RANJANA NATARAJAN, SBN 230149
PETER BIBRING, SBN 223981
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone: (213) 977-9500 x236
Facsimile: (213) 250-3980
rnatarajan@aclu-sc.org
pbibring@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
JEREMY ROSS, SBN 244529
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tdohadwa@probonolaw.com
jeross@probonolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | No.: SACV07-1088 CJC (ANx) <br><br> **NOTICE OF APPEARANCE** |

1 | Undersigned counsel, Peter Bibring, respectfully enters his notice of
2 | appearance as counsel for Plaintiffs in the above-referenced case.

4 | Counsel's contact information is as follows:

> PETER BIBRING, SBN 223981
> ACLU Foundation of Southern California
> 1616 Beverly Boulevard
> Los Angeles, CA  90026
> Telephone:  (213) 977-9500 x295
> Facsimile:  (213) 250-3919
> pbibring@aclu-sc.org

Respectfully submitted,

Dated:  February 26, 2008

    /s/ Peter Bibring
PETER BIBRING
ACLU of Southern California