JEFFREY S. BUCHHOLTZ
Acting Assistant Attorney General
ELIZABETH J. SHAPRIO
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470
marcia.sowles@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., <br><br>Plaintiffs, <br><br>v. <br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br>Defendants. | No. SACV07-1088 CJC (ANx) <br><br>JOINT STIPULATION TO AMEND THE BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT <br><br>[ Before Hon. Cormac J. Carney] |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that the briefing schedule set forth in the Joint Report filed by the parties pursuant To Rule 26(f) and Local Rule 26-1 (Dkt. No. 9) is amended as follows:

    a.    Defendants will file their motion for summary judgment together with supporting declaration by March 21, 2008.

    b.    Plaintiffs will file to file their opposition to defendants' motion and any cross- motion for summary judgment by May 23, 2008.

      c.    Defendants will file their reply in support of their motion for summary judgment and opposition to any cross-motion for summary judgment by July 3, 2008.

      d.    Plaintiffs will file their reply in support of their cross-motion for summary judgment by August 15, 2008.

This amendment extends the time for defendants to file their motion by four days and adjusts the subsequent deadlines accordingly. This brief extension is required because defendants' counsel has a hearing in another case which was not expected at the time that the parties proposed the briefing schedule in their Joint Report.

Respectfully submitted,

*[signature]*

RANJANA NATARAJAN, SBN 230149
PETER BIBRING, SBN 223981
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
Tel: (213) 977-9500 x236
Fax: (213) 250-3980

*[signature]*

TASNEEM DOHADWALA, SBN 218067
JEREMY ROSS, SBN 244529
300 South Grand Avenue
34th Floor
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 621-5687

Attorneys for Plaintiffs

JEFFREY S. BUCHHOLTZ
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

*/s/ Marcia K Sowles*
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants