JEFFREY S. BUCHHOLTZ
Acting Assistant Attorney General
ELIZABETH J. SHAPRIO
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470
marcia.sowles@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> ORDER RE: AMENDING BRIEFING SCHEDULE FOR MOTIONS SUMMARY JUDGMENT <br><br> [Before Hon. Cormac J. Carney] |

The Court having considered the parties' Joint Stipulation to Amend the Briefing Schedule for Motions for Summary Judgment,

IT IS HEREBY ORDERED that briefing schedule set forth in the Joint Report filed by the parties pursuant To Rule 26(f) and Local Rule 26-1 (Dkt. No. 9) be amended as follows:

    a. Defendants will file their motion for summary judgment together with supporting declaration by March 21, 2008.

    b. Plaintiffs will file to file their opposition to defendants' motion and any cross- motion for summary judgment by May 23, 2008.

      c.    Defendants will file their reply in support of their motion for summary judgment and opposition to any cross-motion for summary judgment by July 3, 2008.

      d.    Plaintiffs will file their reply in support of their cross-motion for summary judgment by August 15, 2008.

DATED: March 14, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ELIZABETH SHAPIRO
Assistant Director
Federal Programs Branch


s/Marcia K. Sowles
MARCIA K. SOWLES, D.C. Bar No. 396455
U.S. Department of Justice
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470
marcia.sowles@usdoj.gov

Attorneys for Defendants