1  JEFFREY S. BUCHHOLTZ
   Acting Assistant Attorney General
2  ELIZABETH J. SHAPRIO
   MARCIA K. SOWLES
3  D.C. Bar No. 369455
   Department of Justice
4  Civil Division
   Federal Programs Branch
5  P.O. Box 883
   Washington, D.C. 20044
6  Telephone: (202) 514-4960
   Facsimile: (202) 514-8470
7

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
11 ISLAMIC SHURA COUNCIL OF          )
   SOUTHERN CALIFORNIA;             )
12 COUNCIL ON AMERICAN              )
   ISLAMIC RELATIONS  -            )  No. SACV07-1088 CJC
13 CALIFORNIA; ISLAMIC CENTER      )  (ANx)
   OF SAN GABRIEL VALLEY;          )
14 ISLAMIC CENTER OF               )  NOTICE OF MOTION AND
   HAWTHORNE; WEST COAST           )  MOTION FOR SUMMARY
15 ISLAMIC CENTER; HUMAN           )  JUDGMENT OF LAW
   ASSISTANCE AND                  )
16 DEVELOPMENT                     )  DATE: September 8, 2008
   INTERNATIONAL, INC.;            )  TIME: 1:30 P.M.
17 MUZAMMIL SIDDIQI; SHAKEEL       )  JUDGE: Hon. Cormac J. Carney
   SYED; HUSSAM AYLOUSH;           )
18 MOHAMMED ABDUL ALEEM;           )
   and RAFE HUSAIN,                )
19                                 )
         Plaintiffs,               )
20                                 )
       v.                          )
21                                 )
   FEDERAL BUREAU OF               )
22 INVESTIGATION; and UNITED       )
   STATES DEPARTMENT OF JUSTICE,   )
23                                 )
         Defendants.               )
   _____ )
24
25        PLEASE TAKE NOTICE that defendants Federal Bureau of Investigation

26 and the United States Department of Justice will bring the following Motion for

27 Summary Judgment ("Motion") before the Honorable Cormac J. Carney, United

28 States District Judge, in his courtroom, U.S. Courthouse, 411 West

Fourth St., Santa Ana, California, on September 8, 2008, at 1:30 p.m., or at such time as the Court may direct that the matter be heard.

Defendants move this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there is no genuine issue as to any material fact and that they are entitled to judgment as a matter of law. The Motion is based upon this notice, the attached Memorandum in Support of Defendants' Motion for Summary Judgment, the Declaration of David M. Hardy and the exhibits attached thereto, any reply memorandum, the pleadings, and such oral argument as may be advanced in support on the Motion.

This Motion is made following several telephone conferences of counsel and pursuant to Local Rule 7-3, which beginning with their initial conference on December 14, 2007. Based on their discussions in those conferences, the parties agreed to the following briefing schedule:

a.    Defendants will file their motion for summary judgment together with supporting declaration by March 21, 2008;

b.    Plaintiffs will file their opposition to defendants' motion and any cross-motion for summary judgment by May 23, 2008;

c.    Defendants will file their reply in support of their motion for summary judgment and opposition to any cross-motion for summary judgment by July 5, 2008;

d.    Plaintiffs will file their reply in support of their cross-motion for summary judgment by August 15, 2008.

This schedule was approved by the Court. See Order re: Amending Briefing Schedule for Motions for Summary Judgment (Dkt. No. 12).

Respectfully Submitted,

JEFFREY S. BUCHHOLTZ
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendants