| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 7 |
| BATES PAGE NUMBER(S): | ACLU-10 through 11 |
| DATE OF DOCUMENT: | 1/25/2003 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 2 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

## Justification of Deletions of Information
### Summary of Deletions of Information:

### ACLU-10

The first and sixth deletion of information on ACLU-10 is the file number which has been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is located as follows: **ACLU-10,** the bracketed portion of the "Case ID" and the bracketed portion of the "RE" line at top of page. The withheld information contains a FBI file number that is assigned to a specific intelligence activity for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on **ACLU-1, supra.** This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

The second deletion of information on ACLU-10 is information pertaining to the location

and identification of the unit involved in the underlying investigation which has been deleted

pursuant to FOIA exemption (b)(2) and (b)(7)(E) as it would reveal internal practices and

techniques used by the FBI in the underlying investigation.  The third, fourth and fifth deletions

of information on ACLU-10 are the names and telephone number of an FBI SA and two FBI

support employees, which has been deleted pursuant to FOIA Exemptions (b)(2), (b)(6) and

(b)(7)(C).  Release of the identities of these individuals and an internal FBI phone number to the

public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy

under Exemption (b)(6).  Moreover, the individuals' names  appear in a law enforcement file

that, if released, would constitute an unwarranted invasion of their privacy under Exemption

(b)(7)(C).  Exemption (b)(2) has been used to withhold a telephone number, because it relates

solely to the internal practices of the FBI. Last portion of information deleted on ACLU-10 is

outside of the scope of plaintiffs' requests.

## ACLU-11

The first deletion of information at the top of ACLU-11 is the file number which has been

deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is contained

within the bracketed portion of the "RE" line at top of page. The withheld information contains a

FBI file number that is assigned to a specific intelligence activity for channelization and

dissemination.  The harm to national security and the justifications for  withholding this

information are the same as previously addressed on **ACLU 1, supra.**  This information is

properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, §

1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.  Information contained within

the last paragraph on ACLU-11 is outside the scope of plaintiffs' requests.

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 8 |
| BATES PAGE NUMBER(S): | ACLU-12 through 13 |
| DATE OF DOCUMENT: | 05/06/2003 |
| DESCRIPTION OF DOCUMENT: | Report |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 2 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information</u>:

## ACLU-12

The first, second, fourth, sixth, eighth, tenth, twelfth, fourteenth, sixteenth, eighteenth, twentieth, twentieth two, twentieth four, and twentieth five deletions of information on ACLU-12 is information pertaining the location and identification of the unit involved on the underlying investigation which has been deleted pursuant to FOIA exemption (b)(2) and (b)(7)(E), as it would reveal internal practices and techniques used by the FBI in the underlying investigation The third, fifth, seventh, ninth, eleventh, thirteenth, fifteenth, seventeenth, nineteenth, twenty-first, twenty-third, twenty-fifth, and twenty-seventh are the names of two SSAs, eight SAs, and two other federal law enforcement agency employees names, which has been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C).  Release of the identities of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy

under Exemption (b)(6).  Moreover, the individuals' names  appear in a law enforcement file

that, if released, would constitute an unwarranted invasion of their privacy under Exemption

(b)(7)(C).

### ACLU-13

The first deletion of information at the top of ACLU-13 is the file number which has been

deleted pursuant to FOIA Exemption (b)(1).  The classified information withheld is located

within the bracketed portion of the "RE" line at top left of page. The withheld information

contains a FBI file number that is assigned to a specific intelligence activity for channelization

and dissemination.  The harm to national security and the justifications for withholding this

information are the same as previously addressed on ACLU-1, supra.  This information is

properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, §

1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1. The remaining redacted

paragraphs are outside the scope of plaintiffs' requests.

| FILE NUMBER: | Classified |
|---|---|
| DOCUMENT NUMBER: | 9 |
| BATES PAGE NUMBER(S): | ACLU-14 through 16 |
| DATE OF DOCUMENT: | 09/07/2005 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 3 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 3 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

### Justification of Deletions of Information
### Summary of Deletions of Information:

### ACLU-14

The first and third deletions of information at the top of ACLU-14 is information pertaining the identification of the unit involved on the underlying investigation which has been deleted pursuant to FOIA exemption (b)(2) and (b)(7)(E) to protect internal practice and investigative techniques used by the FBI in the underlying investigation. The second, fourth, fifth and sixth deletions of information on ACLU-14 are the names of a SA and his telephone number, and two support employees of the FBI, which has been deleted pursuant to FOIA Exemptions (b)(2), (b)(6) and (b)(7)(C). Release of the identities of these individuals and an internal FBI phone number to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of

their privacy under Exemption (b)(7)(C).  Exemption (b)(2) has been used to withhold a

telephone number, because it relates solely to the internal practices of the FBI.

The seventh deletion on ACLU-14 is the file number, which has been deleted pursuant to

FOIA Exemption (b)(1).  The classified information withheld is located within the bracketed

portion of the "Case ID", lines 1 and 2. The withheld information contains a FBI file number

that is assigned to a specific intelligence activity for channelization and dissemination. The harm

to national security and the justifications for withholding this information are the same as

previously addressed on ACLU-1. supra.  This information is properly classified at the "Secret"

level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure

pursuant to FOIA Exemption 1.  The last portion of information on ACLU-14 is outside the

scope of plaintiffs' requests.

**ACLU-15**

The first deletion of information at the top of ACLU-15 is the file number which  is been

deleted pursuant to FOIA Exemption (b)(1).   The classified information withheld is located

within the bracketed portion of the "RE" line at top left of page. The withheld information

contains a FBI file number that is assigned to a specific intelligence activity for channelization

and dissemination. The harm to national security and the justifications for withholding this

information are the same as previously addressed on ACLU-1, supra.  This information is

properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, §

1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.  Additional information

contained within  ACLU-15 is outside the scope of plaintiffs' requests.

**ACLU-16**

The first deletion of information at the top of ACLU-16 is the file number which is deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is located on within the bracketed portion of the "RE" line at top left of page. The withheld information contains a FBI file number that is assigned to a specific intelligence activity for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1, supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1. The last paragraph is outside the scope of plaintiffs' requests.

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 10 |
| BATES PAGE NUMBER(S): | ACLU-17 through 18 |
| DATE OF DOCUMENT: | 05/21/2005 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 2 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

## Justification of Deletions of Information
## Summary of Deletions of Information:

### ACLU-17

The first and second deletions of information at the top of ACLU-17 is information pertaining the identification of the unit involved in the underlying investigation which has been deleted pursuant to FOIA exemption (b)(2) and (b)(7)(E) to protect internal practice and investigative techniques used by the FBI in the underlying investigation . The third, fourth, and fifth deletions of information on ACLU-17 are the name of an SA, his telephone number, the name of a support employee of the FBI, which has been deleted pursuant to FOIA Exemptions (b)(2), (b)(6) and (b)(7)(C). Release of the identities of these individuals and an internal FBI phone number to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy

under Exemption (b)(7)(C). Exemption (b)(2) has been used to withhold a telephone number, because it relates solely to the internal practices of the FBI.

The sixth deletion of information on ACLU-17 is the file number, which has been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion of the "Case ID", line 2. The withheld information contains FBI file numbers assigned to specific intelligence activities, for channelization and dissemination . The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1, supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1. Information contained within lasts paragraphs at the bottom of ACLU-17 is outside the scope of plaintiffs' requests.

**ACL-18**

The first deletion of information at the top of ACLU-18 is the file number which  is been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion of the "RE" line at top left of page. The withheld information contains FBI file numbers assigned to specific intelligence activities, for channelization and dissemination . The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1, supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1. Additional information deleted from ACLU-18 is outside of the scope of plaintiffs' requests.

FILE NUMBER:                              Classified

DOCUMENT NUMBER:                          11

BATES PAGE NUMBER(S):                     ACLU-19 through 20

DATE OF DOCUMENT:                         04/29/2005

DESCRIPTION OF DOCUMENT:                  Electronic Communication

TOTAL NUMBER OF PAGES:                    2

TOTAL NUMBER OF WITHHELD PAGES:           0

TOTAL NUMBER OF PAGES WITH
DELETIONS OF INFORMATION:                 2

TOTAL NUMBER OF DUPLICATE PAGES:          0

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information:</u>

**ACLU-19**

  The first, second, fourth, sixth and seventh deletions of information at the top  ACLU-19

is information pertaining to the identification of the unit involved on the underlying investigation

which has been deleted pursuant to FOIA exemption (b)(2) and (b)(7)(E), to protect internal

practice and investigative techniques used by the FBI in the underlying investigation . The third,

fifth, eighth, ninth and tenth deletions of information on ACLU-19 are the names of three SAs,

an internal FBI telephone number, and the name of a support employees of the FBI, which has

been deleted pursuant to FOIA Exemptions (b)(2), (b)(6) and (b)(7)(C).  Release of the identities

of these individuals and an internal FBI phone number to the public could reasonably be

expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6).

Moreover, the individuals' names appear in a law enforcement file that, if released, would

constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C). Exemption (b)(2) has been used to withhold a telephone number, because it relates solely to the internal practices of the FBI.

The eleventh deletion of information on ACLU-19 is the file number, which has been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion of the "Case ID", line 1. The withheld information contains a FBI file number assigned to a specific intelligence activity, for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1, supra.  This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1. Additional information deleted on ACLU-19 is outside of the scope of plaintiffs' requests.

ACLU-20

The first deletion of information on ACLU-20 is the file number, which has been deleted pursuant FOIA Exemption (b)(1).  The classified information withheld is contained within the bracketed portion of the "RE" line at top left of pages. The withheld information contains a FBI file number assigned to a specific intelligence activity, for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1, supra.  This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

Information contained within last paragraphs at the bottom of ACLU-20 is outside the

scope of plaintiffs' requests. Information contained within the second and last paragraph on

ACLU-20 is outside the scope of plaintiffs' requests.

| FILE NUMBER: | Classified |
|---|---|
| DOCUMENT NUMBER: | 12 |
| BATES PAGE NUMBER(S): | ACLU-21 |
| DATE OF DOCUMENT: | Undated |
| DESCRIPTION OF DOCUMENT: | FD 302 |
| TOTAL NUMBER OF PAGES: | 1 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 1 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>**Justification of Deletions of Information**</u>
<u>**Summary of Deletions of Information:**</u>

## <u>ACLU-21</u>

The first, second and fourth paragraphs on ACLU-21 contains information that is outside the scope of plaintiffs' requests. The third deletion of information on ACLU-21 is the name of a local law enforcement police officer who was providing information to the FBI which has been deleted pursuant to FOIA Exemptions (b)(6), (b)(7)(C), and (b)(7)(D) inasmuch as release of the identity of a confidential source who is providing the information on a confidential basis and for a national security investigation. Release of the identities of this individual to the public could reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy under Exemption (b)(6). Moreover, the individual's name appears in a law enforcement file that, if released, would constitute an unwarranted invasion of his/her privacy under Exemption (b)(7)(C).

The second deletion of information on ACLU-21 is the file number, which has been
deleted pursuant to FOIA Exemption (b)(1).  The classified information withheld is located
within the bracketed portion of the "Case ID" located at the bottom of page.  The withheld
information contains a FBI file number that is assigned to a specific intelligence activity for
channelization and dissemination.  The harm to national security and the justifications for
withholding this information are the same as previously addressed on ACLU-1 , supra.  This
information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as
amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 13 |
| BATES PAGE NUMBER(S): | ACLU-22 through 23 |
| DATE OF DOCUMENT: | 04/28/2003 |
| DESCRIPTION OF DOCUMENT: | FD 302 |
| TOTAL NUMBER OF PAGES: | 1 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 1 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

### Justification of Deletions of Information
### Summary of Deletions of Information:

### ACLU-22

The only deletion of information on ACLU-22 is the file number which has been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion of the "Case ID" located at bottom of page. The withheld information contains FBI file numbers assigned to a specific intelligence activities, including channelization and dissemination instructions. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1, supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

Additional deleted information contained within this document is outside the scope of plaintiffs' requests.

**ACLU-23**

The first deletion of information o ACLU-23 is the information provided by a confidential source, which has been deleted pursuant to FOIA Exemption (b)(6), (b)(7)(C), and (b)(7)(D) to protect the identity of the source who furnished the information on a confidential basis in the course of the underlying national security investigation. Release of the identity of this individual to the public could reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy under Exemption (b)(6).  Moreover, the individual's name appears in a law enforcement file that, if released, would constitute an unwarranted invasion of his/her privacy under Exemption (b)(7)(C).

The second deletion of information on ACLU-23 is the file number, which has been withheld pursuant to FOIA Exemption (b)(1).  The classified information withheld is located within the bracketed portion at bottom left of page.  The withheld information contains a FBI file number that is assigned to a specific intelligence activity, for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-L supra.  This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 14 |
| BATES PAGE NUMBER(S): | ACLU-24 through 25 |
| DATE OF DOCUMENT: | 08/21/2005 |
| DESCRIPTION OF DOCUMENT: | FD 302 |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 2 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

## Justification of Deletions of Information
## Summary of Deletions of Information:

### ACLU-24

Information contained in the narrative part on ACLU-24 is outside of the scope of plaintiffs' requests. The first deletion of information on ACLU-24 is the file number which is been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion located at bottom left of page.

The withheld information contains a FBI file number assigned to a specific intelligence activity, for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1, supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

-78-

**ACLU-25**

The second deletion of information at the center of ACLU-25 is the information provided by a confidential source to the FBI, which has been deleted pursuant to FOIA Exemptions (b)(6), (b)(7)(C), and (b)(7)(D) to protect the identity and the information provided by a confidential source in a national security investigation to the FBI. Release of the identities of this individual to the public could reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy under Exemption (b)(6). Moreover, the individual's name appears in a law enforcement file that, if released, would constitute an unwarranted invasion of his/her privacy under Exemption (b)(7)(C). Additional information contained withing ACLU Page 25 is outside of the scope of plaintiffs' requests.

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 15 |
| BATES PAGE NUMBER(S): | ACLU-26 |
| DATE OF DOCUMENT: | Undated |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 1 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 1 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

## Justification of Deletions of Information
## Summary of Deletions of Information:

**ACLU-26**

The first and third deletion of information on ACLU-26 is the file number, which has been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion located at top left of page and the bracketed portion of the "Case ID," located at the bottom of page. The withheld information contains an FBI file number that is assigned to a specific intelligence activity for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1, supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1. The second deletion is information contained within the first paragraph on the body of the document on ACLU-26 which is outside the scope of plaintiffs' requests.

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 16 |
| BATES PAGE NUMBER(S): | ACLU-27 through28 |
| DATE OF DOCUMENT: | 06/01/2004 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 2 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>**Justification of Deletions of Information**</u>
<u>**Summary of Deletions of Information;**</u>

<u>**ACLU-27**</u>

The first, third, seventh, eighth, and ninth deletions of information on ACLU-27 are the names of two SAs and the name and telephone number of a third SA, and two support employees of the FBI which has been deleted pursuant to FOIA Exemptions (b)(2), (b)(6), and (b)(7)(C). Release of the identities of these individuals and an internal FBI phone number to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C). Exemption (b)(2) has been used to withhold a telephone number, because it relates solely to the internal practices of the FBI. The second, fourth, fifth, and sixth deletions of information on ACLU-27 protects information pertaining to the location and identification of the unit involved in the underlying investigation which has been deleted pursuant to FOIA exemption (b)(2) and

(b)(7)(E), to protect internal practices and investigative techniques used by the FBI in the underlying investigation.

The tenth and thirteenth deletions of information on ACLU-27 protect the file number, which has been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion of the "Case ID", line 1 at top and bottom of page. The withheld information contains FBI file numbers assigned to a specific intelligence activities, for channelization and dissemination.  The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1, supra.  This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.  The twelfth and fourteenth deletions of information contained within the middle and final paragraphs of the electronic communication are outside the scope of plaintiffs' requests.

**ACLU-28**

The first deletion of information contained within the first portion of the document on ACLU-28 is outside the scope of plaintiffs' requests.

The second deletion of information on ACLU-28 is the file number, which has been deleted pursuant FOIA Exemption (b)(1).  The classified information withheld is contained within the bracketed portion of paragraph 4, line 10. The withheld information contains an FBI file number that is assigned to a specific intelligence activity, for channelization and dissemination.  The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1,  supra.  This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

In addition, ACLU-28, within the bracketed portion of paragraph 4, line 10, contains standard terminology/phraseology that appears in the most recent FBI investigations. Disclosure would reveal the scope and depth of the FBI's investigation of this particular intelligence matter. Stated another way, disclosure would reveal the limitations of the FBI's efforts in a particular investigation or the amount of resources or efforts that the FBI is willing to expend on this particular matter. This allows a target to determine what information has been learned concerning him and what additional steps may be expected. If the information described by this phraseology is shallow, yet the subject was heavily involved in matters under investigation, it alerts the subject to the fact that his activities may continue without fear or detection. Conversely, if the information is substantial, it will prompt the subject to alter his course of conduct. Although these results may not occur in the narrow context of this case, the results described are likely to occur if information of this nature is routinely released. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

The third deletion of information on ACLU-28 contains the name of a third party merely mentioned, which has been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identities of this individual to the public could reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy under Exemption (b)(6). Moreover, the individual's name appears in a law enforcement file that, if released, would constitute an unwarranted invasion of his/her privacy under Exemption (b)(7)(C).

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 17 |
| BATES PAGE NUMBER(S): | ACLU-29 through 30 |
| DATE OF DOCUMENT: | 08/24/2004 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 2 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

## Justification of Deletions of Information
## Summary of Deletions of Information:

### ACLU-29

The first deletions of information on ACLU-29 protect information pertaining the identification of the unit involved on the underlying investigation which has been deleted pursuant to FOIA exemption (b)(2) and (b)(7)(E), to protect internal practice and investigative techniques used by the FBI in the underlying investigation. The second, third, fourth, and fifth deletions of information on ACLU-29 are the names of a SA and his telephone number, and two support employees of the FBI, which have been deleted pursuant to FOIA Exemptions (b)(2), (b)(6) and (b)(7)(C). Release of the identities of these individuals and an internal FBI phone number to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C). Exemption (b)(2) has been used to withhold a telephone number,

-84-

because it relates solely to the internal practices of the FBI.

The sixth and eighth deletions on ACLU-29 protect the file number, which has been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is located within the bracketed portion of the "Case ID" at top and bottom of page. The withheld information contain a FBI file number that is assigned to a specific intelligence activity for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1, supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1. The seventh deletion on ACLU-29 is outside the scope of plaintiffs' requests.

## **ACLU-30**

The first deletion of information at the top of ACLU-30 is outside the scope of plaintiffs' requests. The second deletion of information on ACLU-30 are names of an FBI SA and eight third parties merely mentioned, which have been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), Release of the identities of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C).

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 18 |
| BATES PAGE NUMBER(S): | ACLU-31 |
| DATE OF DOCUMENT: | 11 /24/2004 |
| DESCRIPTION OF DOCUMENT: | FD 302 |
| TOTAL NUMBER OF PAGES: | 1 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 1 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information:</u>

**ACLU-31**

The first through the twenty-second deletions of information on ACLU-31 contained in paragraphs 2 through 6 are the names of three third parties merely mentioned, which have been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identities of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C). The twenty-third deletion of information on ACLU-31 is the file number, which has been deleted pursuant FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion of the "Case ID" located at bottom of page. The withheld information contains a FBI file number that is assigned to a specific intelligence activity for channelization and dissemination. The harm to national security and the

justifications for withholding this information are the same as previously addressed on ACLU-1,

supra.  This information is properly classified at the "Secret" level and withheld pursuant to E.O.

12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 19 |
| BATES PAGE NUMBER(S): | ACLU-32 through 34 |
| DATE OF DOCUMENT: | 11/24/2004 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 3 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH | |
| DELETIONS OF INFORMATION: | 3 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>**Justification of Deletions of Information**</u>
<u>**Summary of Deletions of Information**</u>**:**

<u>**ACLU-32**</u>

The first, second, third, fourth, fifth, thirteenth and fourteenth deletions of information on ACLU-32 are the names of two FBI SAs, a Task Force Officer and his telephone number, and two support employees of the FBI, which have been deleted pursuant to FOIA Exemptions (b)(2), (b)(6) and (b)(7)(C). Release of the identities of these individuals and an internal FBI phone number to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C). Exemption (b)(2) has been used to withhold a telephone number, because it relates solely to the internal practices of the FBI.

The sixth, sixteenth and seventeenth deletions of information on ACLU-32 protect the file

number, which has been deleted pursuant FOIA Exemption (b)(1). The classified information is

contained within the bracketed portion of the "Case ID" located at the top and bottom of page.

The withheld information contains a FBI file number that is assigned to a specific intelligence

activity for channelization and dissemination. The harm to national security and the

justifications for withholding this information are the same as previously addressed on ACLU-1,

supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O.

12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

The seventh, ninth, eleventh, twelfth and fifteenth deletions of information on ACLU-32

are the names and identifying information of two third parties merely mentioned which have

been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identities of

these individuals to the public could reasonably be expected to constitute a clearly unwarranted

invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a

law enforcement file that, if released, would constitute an unwarranted invasion of their privacy

under Exemption (b)(7)(C).

The eighth deletion of information on ACLU-32 contained within the bracketed portion of

the "Title," line 2 is classified and has been deleted pursuant FOIA Exemption (b)(1). The

information identifies the character of the case for a specific type of intelligence activity directed

at a specific target of national security interest. Disclosure of the characterization could

reasonably be expected to cause serious damage to the national security, as it would (a) disclose a

particular intelligence or counterintelligence investigation; (b) disclose the nature, scope or thrust

of the investigation and (c) reveal the manner of acquisition of the intelligence or

counterintelligence information. This information is properly classified at the "Secret" level and

withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to

FOIA Exemption 1.

The tenth deletion of information on ACLU-32 paragraph 2 is classified information, which has been deleted pursuant FOIA Exemption (b)(1). The withheld information contains standard terminology/phraseology that appears in the most recent FBI investigations. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-28 $_a$ supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

ACLU-33

The first through the twenty-seventh, and the thirtieth through the forty-second deletions of information on ACLU-33 are names and identifying information of four third party individuals who are merely mentioned, which have been deleted pursuant FOIA exemption (b)(6) and (b)(7)(C). Release of the identities of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C). The twenty-eighth and twenty-ninth deletions of information on ACLU-33 are names of two Task Force Officers which have been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identities of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C).

## **ACLU-34**

The first through the twentieth deletions of information on ACLU-34 are names and

identifying information of three third party individuals merely mentioned, which have been

deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identities of these

individuals to the public could reasonably be expected to constitute a clearly unwarranted

invasion of their privacy under Exemption (b)(6).  Moreover, the individuals' names appear in a

law enforcement file that, if released, would constitute an unwarranted invasion of their privacy

under Exemption (b)(7)(C).

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 20 |
| BATES PAGE NUMBER(S): | ACLU-35 through 37 |
| DATE OF DOCUMENT: | 05/21/2005 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 3 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 3 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

## Justification of Deletions of Information
## Summary of Deletions of Information:

### ACLU- 35

The first, and second deletions of information on ACLU-35 protects information
pertaining to the location and identification of the unit involved in the underlying investigation
which has been deleted pursuant to FOIA exemptions (b)(2) and (b)(7)(E), to protect internal
practice and investigative techniques used by the FBI in the underlying investigation.  The third,
fourth and fifth deletions of information on ACLU-35 are the names of an FBI SA and his
telephone number, and two support employees of the FBI, which have been deleted pursuant to
FOIA Exemptions (b)(2), (b)(6) and (b)(7)(C).  Release of the identities of these individuals and
an internal FBI phone number to the public could reasonably be expected to constitute a clearly
unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names
appear in a law enforcement file that, if released, would constitute an unwarranted invasion of
their privacy under Exemption (b)(7)(C).  Exemption (b)(2) has been used to withhold a

telephone number, because it relates solely to the internal practices of the FBI.

The sixth and tenth deletions of information on ACLU-35 protect the file number, which has been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion of the "Case ID", lines 1-2, located at top and bottom of the page. The withheld information contains FBI file numbers assigned to a specific intelligence activities, for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU-1 , supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1. The seventh, eighth, ninth, eleventh and twelfth deletions of information on ACLU-35 are outside the scope of plaintiffs' requests.

### ACLU-36

The first and only deletion of information contained within the body of the document on ACLU-36 is outside the scope of plaintiffs' requests.

### ACLU- 37

The first and only deletion of information contained within the second paragraph of the document on ACLU-37 is outside the scope of plaintiffs' requests.

FILE NUMBER:                                      Classified

DOCUMENT NUMBER:                                  21

BATES PAGE NUMBER(S):                             ACLU-38 through 41

DATE OF DOCUMENT:                                 05/06/2003

DESCRIPTION OF DOCUMENT:                          Electronic Communication

TOTAL NUMBER OF PAGES:                            4

TOTAL NUMBER OF WITHHELD PAGES:                   0

TOTAL NUMBER OF PAGES WITH
DELETIONS OF INFORMATION:                         4

TOTAL NUMBER OF DUPLICATE PAGES:                  0

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information:</u>

<u>ACLU-38</u>

The first, second, fourth, sixth, eighth, tenth, twelfth, fourteenth, sixteenth, eighteenth, twentieth, twenty-second, twenty-fourth and twenty-sixth deletions of information on ACLU-38 protect information pertaining to the identification of the unit involved on the underlying investigation which has been deleted pursuant to FOIA exemption (b)(2) and (b)(7)(E), to protect internal practice and investigative techniques used by the FBI in the underlying investigation. The third, fifth, seventh, ninth, eleventh, thirteenth, fifteenth, seventeenth, nineteenth, twenty-first, twenty- third, twenty-fifth, twenty-seventh, twenty-eighth and twenty-ninth deletions of information on ACLU-38 are the names of two SSAs, eight SAs which includes a telephone number of one agent, and four support employees of the FBI, which have been deleted pursuant to FOIA Exemptions (b)(2), (b)(6), and (b)(7)(C). Release of the identities of these individuals and an internal FBI phone number to the public could reasonably be expected to constitute a

clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C). Exemption (b)(2) has been used to withhold a telephone number, because it relates solely to the internal practices of the FBI.

The thirtieth deletion of information on ACLU-38 is the file number, which has been deleted pursuant FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion of the "Case ID," line 1. The withheld information contains an FBI file number that is assigned to a specific intelligence activity, for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU- 1, supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1. The thirty-first deletion of information on ACLU-38 is outside the scope of plaintiffs' requests.

**ACLU-39**

The first and only deletion of information on ACLU-39 is outside the scope of plaintiffs' requests.

**ACLU-40**

All deletions of information on ACLU-40 are outside the scope of plaintiffs' requests.

**ACLU-41**

The first and second deletions of information on ACLU-41 are outside the scope of plaintiff s requests.

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 22 |
| BATES PAGE NUMBER(S): | ACLU-42 |
| DATE OF DOCUMENT: | 04/14/2003 |
| DESCRIPTION OF DOCUMENT: | 302 |
| TOTAL NUMBER OF PAGES: | 1 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 1 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information:</u>

**ACLU-42**

The first and third deletions of information on ACLU-42 are outside the scope of plaintiff s requests. The second deletion of information on ACLU-42 is information provided by an individual under an implied assurance of confidentiality and a third party who provided information to the FBI in a national security investigation, which have been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identities of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C). Exemption (b)(7)(D) is used to withhold information provided by an individual under an implied assurance of confidentiality which could reveal confidential source material. The third deletion of information on ACLU-42 is outside the scope of plaintiffs' requests.

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 23 |
| BATES PAGE NUMBER(S): | ACLU-43 |
| DATE OF DOCUMENT: | 12/25/2003 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | I |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information</u>:

<u>ACLU-43</u>

The first deletion of information on ACLU-43 is information pertaining to the location and identification of the unit involved on the underlying investigation which has been deleted pursuant to FOIA exemptions (b)(2) and (b)(7)(E) to protect internal practice and investigative techniques used by the FBI in the underlying investigation.   The second, third, fourth, fifth and ninth deletions of information on ACLU-43 are names of two Task Force Officers which include a telephone number for one of the Task Force Officers and two support employees of the FBI, all of which have been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identities of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C).

The sixth and tenth deletions of information on ACLU-43 are file numbers, which have

been deleted pursuant FOIA Exemption (b)(1).  The classified information withheld is contained

within the bracketed portions of the "Case ID," lines 1-2 located at top and bottom of page. The

withheld information contains FBI file numbers assigned to a specific intelligence activities for

channelization and dissemination. The harm to national security and the justifications for

withholding this information are the same as previously addressed on ACLU- 1 , supra.  This

information is properly classified at the "Secret" level and withheld pursuant to E.O.  12958, as

amended, §  1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.  The seventh and

eight deletions of information on ACLU-43 are outside the scope of the plaintiffs' requests.

## ACLU-44

There are no deletions of information on ACLU-44, which is being released in its entirety.

| | |
|---|---|
| FILE NUMBER: | Classified |
| DOCUMENT NUMBER: | 24 |
| BATES PAGE NUMBER(S): | ACLU-45 through 46 |
| DATE OF DOCUMENT: | 01/31/2002 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 2 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

## Justification of Deletions of Information
### Summary of Deletions of Information:

ACLU-45

The first through fourth deletions are information contained within the body of the document on ACLU-45 which are outside the scope of plaintiffs' requests.

The fifth deletion of information on ACLU-45 is a file number, which has been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is located within the bracketed portion at bottom left of page. The withheld information contains a FBI file number that is assigned to a specific intelligence activity for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU -1, supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

ACLU-46

The first and second deletions are information contained within the body of ACLU-46 which are outside the scope of plaintiffs' requests.