FILE NUMBER:                                    288A-LA-C221061

DOCUMENT NUMBER:                                25

BATES PAGE NUMBER(S):                           ACLU-47

DATE OF DOCUMENT:                               03/29/2001

DESCRIPTION OF DOCUMENT:                        FD-302

TOTAL NUMBER OF PAGES:                          1

TOTAL NUMBER OF WITHHELD PAGES:                 0

TOTAL NUMBER OF PAGES WITH
DELETIONS OF INFORMATION:                       1

TOTAL NUMBER OF DUPLICATE PAGES:                0

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information:</u>

<u>ACLU-47</u>

The first through fifth deletions of information in the fourth paragraph on ACLU-47 protects the name and title of a third party merely mentioned, which has been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identity of this individual to the public could reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy under Exemption (b)(6). Moreover, the individual's name appears in a law enforcement file that, if released, would constitute an unwarranted invasion of his/her privacy under Exemption (b)(7)(C). The sixth and seventh deletions of information in the fifth paragraph on ACLU- 47 protect the name and description of a third party merely mentioned, which has been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identity of this individual to the public could reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy under Exemption (b)(6). Moreover, the individual's name appears in a law enforcement file that, if released, would constitute an unwarranted invasion of his/her privacy under Exemption (b)(7)(C).

FILE NUMBER:                                    188A-LA-C236680

DOCUMENT NUMBER:                                26

BATES PAGE NUMBER(S):                           ACLU-48 through 50

DATE OF DOCUMENT:                               04/28/2006

DESCRIPTION OF DOCUMENT:                        Electronic Communication

TOTAL NUMBER OF PAGES:                          3

TOTAL NUMBER OF WITHHELD PAGES:                 0

TOTAL NUMBER OF PAGES WITH
DELETIONS OF INFORMATION:                       3

TOTAL NUMBER OF DUPLICATE PAGES:                0

## Justification of Deletions of Information
## Summary of Deletions of Information:

### ACLU-48

The first through fourth deletions of information on ACLU-48 protect the name of one support employee and his/her phone number and the names of two additional support employees of the FBI, which have been deleted pursuant to FOIA Exemptions (b)(2) and (b)(6) inasmuch as release of the identity of the telephone number and three support employees of the FBI could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy and would disclose internal information of the FBI. The fifth through eighth deletions of information on ACLU-48 are the names of third parties merely mentioned, which have been deleted pursuant to FOIA Exemptions (b)(6) inasmuch as release of the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy. The ninth deletion of information on ACLU-48 is the name of an FBI SA, which has been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of an S A could reasonably be expected to constitute a clearly unwarranted invasion of his/her personal privacy.

**ACLU-49**

The first through third, fifth through eleventh, thirteenth and fourteenth deletions of information on ACLU-49 are names of twelve third parties merely mentioned, which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy. The fourth and twelfth deletions of information on ACLU-49 are names of two non-FBI Federal Law Enforcement employees, which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the non-FBI Federal Law Enforcement employees could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

**ACLU- 50**

The first, second, and fourth through seventh deletions of information on ACLU-50 are names of six third parties merely mentioned, which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy. The third and eighth deletions of information on ACLU-50 are the names of two FBI SAs, which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the SAs could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

| | |
|---|---|
| FILE NUMBER: | 188A-LA-C236680 |
| DOCUMENT NUMBER: | 27 |
| BATES PAGE NUMBER(S): | ACLU-51 through 61 |
| DATE OF DOCUMENT: | 10/19/2006 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 11 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 7 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information:</u>

### <u>ACLU-51</u>

The first through fourth deletions of information on ACLU-51 protect the name of one support employee and his/her phone number and the names of two FBI support employees, which have been deleted pursuant to FOIA Exemptions (b)(2) and (b)(6) inasmuch as release of the identity of the telephone number and three support employees could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy and would disclose internal agency rules and practices of the FBI. The fifth through ninth deletions of information on ACLU-51 are the names of five third party individuals merely mentioned, which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

### <u>ACLU-52</u>

The first through sixth, eleventh and twelfth deletions of information on ACLU-52 are the names of eleven third party individuals merely mentioned, which have been deleted pursuant to FOIA

Exemption (b)(6) inasmuch as release of the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy. The seventh through tenth deletions of information on ACLU-52 are the names of four FBI SAs, which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

## ACLU- 53

The first through fourteenth deletions of information on ACLU-53 are the names, telephone numbers and email addresses of third party individuals merely mentioned,  which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

## ACLU- 54

The deletion of information on ACLU-54 contains the names, telephone numbers and email addresses of third party individuals merely mentioned, which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

## ACLU-55

The deletion of information on ACLU -55 contains the names, telephone numbers and email addresses of third party individuals merely mentioned , which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

## ACLU-56

There are no deletions of information on ACLU-56 which is being released in its entirety.

## ACLU- 57

The first and second deletions of information on ACLU-57 are the names of third party individuals

merely mentioned, which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of
the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion
of their personal privacy.

ACLU-58

The first and second deletions of information on ACLU-58 are the names of third party individuals
merely mentioned, which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of
the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion
of their personal privacy.

ACLU-59 through 61

There are no deletions of information on ACLU-59 through 61 which are being released in their
entirety.

FILE NUMBER:                              LA 266-0-407

DOCUMENT NUMBER:                          28

BATES PAGE NUMBER(S):                     ACLU-62 through 63

DATE OF DOCUMENT:                         06/24/2004

DESCRIPTION OF DOCUMENT:                  FD-302

TOTAL NUMBER OF PAGES:                    2

TOTAL NUMBER OF WITHHELD PAGES:           0

TOTAL NUMBER OF PAGES WITH
DELETIONS OF INFORMATION:                 1

TOTAL NUMBER OF DUPLICATE PAGES:          0

### Justification of Deletions of Information
### Summary of Deletions of Information:

**ACLU-62**

The deletion of information on ACLU-62 is the names of two SAs of the FBI, which have been

deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identity of these individuals to

the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy

under Exemption (b)(6).  Moreover, the individuals' name appears in a law enforcement file that, if

released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C).


ACLU-63

There are no deletions of information on ACLU-63 which is being released in its entirety.

| | |
|---|---|
| FILE NUMBER: | Unlisted |
| DOCUMENT NUMBER: | 29 |
| BATES PAGE NUMBER(S): | ACLU-64 through 72 |
| DATE OF DOCUMENT: | Unlisted |
| DESCRIPTION OF DOCUMENT: | |
| TOTAL NUMBER OF PAGES: | 9 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 2 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>**Justification of Deletions of Information**</u>
<u>**Summary of Deletions of Information:**</u>

<u>**ACLU-64 and 65**</u>

There are no deletions of information on ACLU-64 and 65 which are being released in their entirety.

<u>ACLU- 66</u>

The first deletion of information on ACLU-66 is the name of an SA of the FBI which has been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the SA could reasonably be expected to constitute a clearly unwarranted invasion of his/her personal privacy. The second deletion of information on ACLU-66 protects the names of third party individuals merely mentioned which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the third parties could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

<u>ACLU-67</u>

There are no deletions of information on ACLU-67 which is being released in its entirety.

**ACLU-68**

The deletion of information on ACLU-68 is the name of an SA of the FBI, which has been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of the SA could reasonably be expected to constitute a clearly unwarranted invasion of his/her personal privacy.

**ACLU-69 through 72**

There are no deletions of information on ACLU Pages 69 through 72 which are being released in their entirety.

| | |
|---|---|
| FILE NUMBER: | CLASSIFIED |
| DOCUMENT NUMBER: | 30 |
| BATES PAGE NUMBER(S): | ACLU-73 through 75 |
| DATE OF DOCUMENT: | 9/7/2004 |
| DESCRIPTION OF DOCUMENT: | FD 302 |
| TOTAL NUMBER OF PAGES: | 3 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 3 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information:</u>

**<u>ACLU-73</u>**

The first, third, and fourth deletions of information on ACLU-73 are outside the scope of plaintiffs'

request.  The second deletion of information is the name and identifying information of a third party

merely mentioned, which has been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C).  Release

of the identity of this individual to the public could reasonably be expected to constitute a clearly

unwarranted invasion of his/her privacy under Exemption (b)(6).  Moreover, the individual's name

appears in a law enforcement file that, if released, would constitute an unwarranted invasion of his/her

privacy under Exemption (b)(7)(C).  The fifth through seventh deletions of information on ACLU-73

protect the file number, which is deleted pursuant FOIA Exemption (b)(1).  The classified information

withheld is contained within the bracketed portion of the "Case ID," line 3, located at the bottom of the

page.  The withheld information contains an FBI file number that is assigned to a specific intelligence

activity for channelization and dissemination.  The harm to national security and the justifications for

withholding this information are the same as previously addressed on ACLU 1, supra.  This information

is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.

### ACLU-74

The first deletion of information on ACLU-74 is outside the scope of plaintiffs' request. The second and third deletions of information on ACLU-74 protects the name and identifying information of a third party who provided information to the FBI and the names of third parties who are merely mentioned. These third parties were deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identity of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' name appears in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C).

### ACLU-75

The first and fourth deletions of information on ACLU-75 are outside the scope of plaintiffs' request. The second and third deletions of information on ACLU-75 protect the name and identifying information of a third party who provided information to the FBI and the names of third parties who were merely mentioned. This information was deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identity of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appears in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C).

| FILE NUMBER: | 66F-LA-C236680[17] |
| --- | --- |
| DOCUMENT NUMBER: | 31 |
| BATES PAGE NUMBER(S): | ACLU-76 through 92 |
| DATE OF DOCUMENT: | 5/15/2006 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 17 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 7 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

## Justification of Deletions of Information
## Summary of Deletions of Information:

### ACLU-76

The first, second, third and fourth deletions of information on ACLU-76 protect the names of FBI
SAs and one internal FBI telephone number. The fifth, sixth and seventh deletions of information on
ACLU-76 are the names of third parties who were merely mentioned.  The names of FBI employees, the
names of third parties merely mentioned and the internal FBI telephone number of an SA have been
deleted pursuant to FOIA Exemptions (b)(2) and (b)(6) inasmuch as release of the identity of the these
FBI employees, third parties merely mentioned and an internal FBI telephone number could reasonably be
expected to constitute a clearly unwarranted invasion of their personal privacy and would disclose the
internal information of the FBI.

### ACLU-77

The first through the eighth deletions of information on ACLU-77 protect the names of third

---

[17]File 66F-LA-C236880 is same as 188A-LA-C236880.

parties who were merely mentioned and one FBI SA, which have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as release of the identity of these third parties merely mentioned and the FBI SA would reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

## ACLU-78

The first and third though the eighth deletions of information on ACLU-78 are the names of third parties who were merely mentioned.  The second deletion on ACLU-78 is an FBI SA. The ninth and tenth deletions of information on ACLU-78 are the names of FBI SAs.  The names of third parties merely mentioned and the names of the FBI SAs have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as the release of the identity of the third parties merely mentioned and the names of the FBI SAs would reasonably be expected to constitute a clearly unwarranted invasion of personal privacy.

## ACLU-79

The first deletion of information on ACLU-79 is the name of an FBI SA. The second, third and fourth deletions of information on ACLU-79 are the names of third parties who were merely mentioned. The names of third parties merely mentioned and the name of an FBI SA were deleted pursuant to FOIA Exemption (b)(6) inasmuch as the release of the name of an FBI SA and the release of the names of third parties merely mentioned would reasonably be expected to constitute a clearly unwarranted invasion of personal privacy.

## ACLU- 80 through 89

There are no deletions of information on ACLU-80 through 89, which are being released in their entirety.

## ACLU-90

The first and second deletions of information on ACLU-90 are the names and identifying information of fourteen third parties who were merely mentioned, which were deleted pursuant to FOIA Exemption (b)(6) inasmuch as the release of these third party names and/or their identifying information

would reasonably be expected to constitute a clearly unwarranted invasion of personal privacy.

## ACLU-91

The deletion of information on ACLU-91 protects the names and identifying information of seventeen third parties who were merely mentioned, which were deleted pursuant to FOIA Exemption (b)(6) inasmuch as the release of these third party names and/or their identifying information would reasonably be expected to constitute a clearly unwarranted invasion of personal privacy.

## ACLU-92

The deletion of information on ACLU-92 protects the names and identifying information of nine third parties who were merely mentioned, which were deleted pursuant to FOIA Exemption (b)(6) inasmuch as the release of these third party names and/or their identifying information could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

FILE NUMBER:                                    66F-LA-C236680[18]

DOCUMENT NUMBER:                               32

BATES PAGE NUMBER(S):                          ACLU-93 through 100

DATE OF DOCUMENT:                              2/21/2006

DESCRIPTION OF DOCUMENT:                       Electronic Communication

TOTAL NUMBER OF PAGES:                         8

TOTAL NUMBER OF WITHHELD PAGES:                0

TOTAL NUMBER OF PAGES WITH
DELETIONS OF INFORMATION:                      7

TOTAL NUMBER OF DUPLICATE PAGES:               0

### Justification of Deletions of Information
### Summary of Deletions of Information:

#### ACLU-93

The first, second, third and fourth deletions of information on ACLU-93 are the names of FBI SAs

and one internal FBI telephone number.  The fifth, sixth, seventh, eighth and ninth deletions of

information on ACLU-93 are the names of third parties who were merely mentioned. The names of the

FBI SAs, an internal FBI telephone number and the names of third parties merely mentioned have been

deleted pursuant to FOIA Exemptions (b)(2) and (b)(6) inasmuch as release of the identity of the these

FBI employees, third parties merely mentioned and an internal FBI telephone number could reasonably be

expected to constitute a clearly unwarranted invasion of their personal privacy and would disclose the

internal information of the FBI.

#### ACLU-94

The first deletion of information on ACLU- 94 is the name of an FBI SA.  The second, third,

[18]File 66F-LA-C236880 is same as  188A-LA-C236880

fourth, sixth, seventh, eighth, ninth, tenth, and twelfth deletions of information are the names of third parties merely mentioned.  The fifth and eleventh deletions of information on ACLU-94 are the names of non-FBI federal law enforcement employees.  The name of an FBI SA, the names of third parties merely mentioned and the names of non-FBI law enforcement employees have been denied pursuant to FOIA Exemption (b)(6) inasmuch as the release of these names would reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

## ACLU-95

The first through the sixth in addition to the eighth and ninth deletions of information on ACLU-95 are the names of third parties merely mentioned, the seventh deletion of information on ACLU-95 is the name of an FBI SA. The names of third parties merely mentioned and the name of an FBI SA have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as the release of this information would reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

## ACLU-96

The deletion of information on ACLU-96 is the name of an FBI SA, which has been deleted pursuant to FOIA Exemption (b)(6) inasmuch as the release of the name of an FBI SA could reasonably be expected to constitute a clearly unwarranted invasion of his/her personal privacy.

## ACLU-97

The first and second deletions of information on ACLU-97 protects the name of a third party merely mentioned, which has been deleted pursuant to FOIA Exemption (b) (6) inasmuch as the release of this third party name would reasonably be expected to constitute a clearly unwarranted invasion of his/her personal privacy.

## ACLU-98

The first, second and third deletions of information on ACLU-98 are the names of third parties merely mentioned, the fourth deletion of information on ACLU-98 is the name of an FBI employee.  The

names of third parties and the name of an FBI employee have been deleted pursuant to FOIA Exemption (b)(6) inasmuch as the release of this information would reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy.

## ACLU-99

There are no deletions of information on ACLU-99 which is being released in its entirety.

## ACLU-100

The first and second deletions of information on ACLU-100 are the names and identifying information of twelve third parties who were merely mentioned, which were deleted pursuant to FOIA Exemption (b)(6) inasmuch as the release of these third party names and/or their identifying information would reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

| | |
|---|---|
| FILE NUMBER: | CLASSIFIED |
| DOCUMENT NUMBER: | 33 |
| BATES PAGE NUMBER(S): | ACLU-101 through 102 |
| DATE OF DOCUMENT: | 6/30/2004 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 2 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

## Justification of Deletions of Information
## Summary of Deletions of Information:

### ACLU-101

The first deletion of information on ACLU-101 is to protect the information pertaining to the location and identification of the unit involved in the underlying investigation which has been deleted pursuant to Exemptions (b)(2) and (b)(7)(E) as the release of this information would disclose FBI methods and techniques that could reasonably be expected to risk circumvention of the law. The second through the fifth along with the eighth deletions of information on ACLU-101 are to protect the names of two FBI S As, the identifying information of a third party merely mentioned, and an internal FBI telephone number, which have been deleted pursuant to Exemptions (b)(2), (b)(6) and (b)(7)(C). Release of the identities of these individuals and an internal FBI phone number to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C). Exemption (b)(2) has been used to withhold a telephone number, because it relates solely to the internal practices of the FBI.

The sixth, seventh, tenth and thirteenth deletions of information on ACLU-101 are to protect a

classified file number deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is

contained within the bracketed portion of the "Case ID," located at the top and bottom of page.  The

withheld information contains a FBI file number that is  assigned to a specific intelligence activity for

channelization and dissemination.  The harm to national security and the justifications for withholding

this information are the same as previously addressed on ACLU 1, supra.  This information is properly

classified at the "Secret" level and withheld pursuant to E.O.  12958, as amended, § 1.4(c) and exempt

from disclosure pursuant to FOIA Exemption 1.

The eleventh deletion of information on ACLU page 101 contains classified information.  The

classified information withheld is paragraph 2 in its entirety.  The withheld information contains standard

terminology/phraseology that appears in the most recent FBI investigations.  The harm to national

security and the justifications for withholding this information are the same as previously addressed on

ACLU-28 $_4$ supra.  This information is properly classified at the "Secret" level and withheld pursuant to

E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1.  The ninth

and twelfth deletions of information on ACLU-1-1 are outside the scope of plaintiff s request.

## **ACLU-102**

The first deletion of information on ACLU-102 is to protect the name of a local law enforcement

officer, which has been deleted pursuant to Exemptions (b)(6) and (b)(7)(C).  Release of the identity of

this individual to the public could reasonably be expected to constitute a clearly unwarranted invasion of

his/her privacy under Exemption (b)(6).  Moreover, the individual's name appears in a law enforcement

file that, if released, would constitute an unwarranted invasion of his/her privacy under Exemption

(b)(7)(C). The second deletion on ACLU-102 is outside the scope of plaintiffs' request.

| | |
|---|---|
| FILE NUMBER: | CLASSIFIED |
| DOCUMENT NUMBER: | 34 |
| BATES PAGE NUMBER(S): | ACLU-103 through 104 |
| DATE OF DOCUMENT: | 5/1/2006 |
| DESCRIPTION OF DOCUMENT: | Electronic Communication |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 2 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

<u>**Justification of Deletions of Information**</u>
<u>**Summary of Deletions of Information:**</u>

<u>**ACLU-103**</u>

The first deletion of information on ACLU-103 is to protect the information pertaining to the location and identification of the unit involved in the underlying investigation which has been deleted pursuant to Exemptions (b)(2) and (b)(7)(E) as the release of this information would disclose FBI methods and techniques that could reasonably be expected to risk circumvention of the law. The second, third and fourth deletions of information on ACLU-103 is to protect the names of two FBI SAs and one internal FBI telephone number which have been deleted pursuant to Exemptions (b)(6) and (b)(7)(C) inasmuch as the release of the identity of these FBI employees and an internal FBI telephone number could reasonably be expected to constitute both a clearly unwarranted and an unwarranted invasion of their personal privacy and would disclose internal information of the FBI.

The fifth, sixth and eighth deletions of information on ACLU Page 103 are to protect classified file numbers which have been deleted pursuant to FOIA Exemption (b)(1). The classified information withheld is contained within the bracketed portion of the "Case ID," lines 1-2 and the bracketed portion

located at bottom center of page. The withheld information contains FBI file numbers assigned to a specific intelligence activities, for channelization and dissemination. The harm to national security and the justifications for withholding this information are the same as previously addressed on ACLU 1, supra. This information is properly classified at the "Secret" level and withheld pursuant to E.O. 12958, as amended, § 1.4(c) and exempt from disclosure pursuant to FOIA Exemption 1. The seventh deletion of information on ACLU-103 is outside the scope of plaintiff s request.

**ACLU-104**

The first and sixth deletions of information on ACLU-104 are outside the scope of plaintiffs' request. The second, third, fourth and fifth deletions of information on ACLU-104 protect the names and identifying information of third parties merely mentioned, which have been deleted pursuant to Exemptions (b)(6) and (b)(7)(C). Release of the identity of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appears in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C).

FILE NUMBER:                                           265C-LA-232103-4

DOCUMENT NUMBER:                                 35

BATES PAGE NUMBER(S):                          ACLU-105

DATE OF DOCUMENT:                                10/24/2002

DESCRIPTION OF DOCUMENT:                   FD-302

TOTAL NUMBER OF PAGES:                        1

TOTAL NUMBER OF WITHHELD PAGES:       0

TOTAL NUMBER OF PAGES WITH
DELETIONS OF INFORMATION:                   1

TOTAL NUMBER OF DUPLICATE PAGES:       0

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information:</u>

**<u>ACLU-105</u>**

The first deletion of information on ACLU-105 is information pertaining to the name and

investigative techniques and procedures of a non-FBI federal law enforcement agency and its employee

involved in the underlying investigation which has been deleted pursuant to FOIA exemptions (b)(2),

(b)(6), (b)(7)(C), and (b)(7)(E). The second deletion of information on ACLU-105 is information

pertaining to the name of an SA employed by the outside agency, which has been deleted pursuant to

FOIA exemptions (b)(6) and (b)(7)(C). The third, fourth, fifth and sixth deletions of information on

ACLU-105 protect the name and address of a third party merely mentioned, which have been deleted

pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identity of this individual to the public

could reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy under

Exemption (b)(6). Moreover, the individual's name appears in a law enforcement file that, if released,

would constitute an unwarranted invasion of his/her privacy under Exemption (b)(7)(C). The information

contained in seventh, eighth and ninth deletions of the remaining body of the document are outside the

scope of plaintiffs' request.  The information contained in the tenth deletion at the bottom of page 1, is the name of a non-FBI federal law enforcement employee and is being deleted pursuant to FOIA exemptions (b)(6) and (b)(7)(C).  Release of the identity of this individual to the public could reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy under Exemption (b)(6).  Moreover, the individual's name appears in a law enforcement file that, if released, would constitute an unwarranted invasion of his/her privacy under Exemption (b)(7)(C).

FILE NUMBER:                                    Unlisted

DOCUMENT NUMBER:                                36

BATES PAGE NUMBER(S):                           ACLU-106 through 107

DATE OF DOCUMENT:                               02/15/2006

DESCRIPTION OF DOCUMENT:

Facsimile TOTAL NUMBER OF PAGES:                2

TOTAL NUMBER OF WITHHELD PAGES:                 0

TOTAL NUMBER OF PAGES WITH
DELETIONS OF INFORMATION:                       2

TOTAL NUMBER OF DUPLICATE PAGES:                0

### Justification of Deletions of Information
### Summary of Deletions of Information:

#### ACLU-106

The first, second, third and fourth deletions of information on ACLU-106 is information pertaining

to the name and/or identifying information of a third party merely mentioned, which is being deleted

pursuant to FOIA exemption (b)(6) in as much as the release of this information could reasonable be

expected to constitute a clearly unwarranted invasion of his/her personal privacy. The fifth deletion is

pursuant to exemption (b)(2) as it protects an FBI telephone number.

#### ACLU-107

The first deletion of information at the top of ACLU-107 contains names of third parties merely

mentioned, which were deleted pursuant to FOIA exemption (b)(6) inasmuch as the release of this third

party information could reasonably be expected to constitute a clearly unwarranted invasion of their

personal privacy. The second deletion of information on ACLU-107 is a facsimile number of a third

party merely mentioned, which was deleted pursuant to FOIA exemptions (b)(2), and (b)(6) inasmuch as

the release of this information could reasonably be expected to constitute a clearly unwarranted invasion

of the third party merely mentioned.  The third deletion of information on ACLU-107 is the name of a third party merely mentioned, which was deleted pursuant to FOIA exemptions (b)(6) inasmuch as the release of this information could reasonable be expected to constitute a clearly unwarranted invasion of his/her privacy.  The fourth deletion of information on ACLU-107 is information pertaining to a third party merely mentioned as well as his telephone numbers, which were deleted pursuant to FOIA exemptions (b)(2), and (b)(6) inasmuch as the release of this information could reasonably be expected to constitute unwarranted invasion of his/her personal privacy.

FILE NUMBER:                                            66F-LA-C236680[19]

DOCUMENT NUMBER:                                        37

BATES PAGE NUMBER(S):                                   ACLU-108 through 118

DATE OF DOCUMENT:                                       02/21/2006

DESCRIPTION OF DOCUMENT:                                Electronic Communication

TOTAL NUMBER OF PAGES:                                  11

TOTAL NUMBER OF WITHHELD PAGES:                         0

TOTAL NUMBER OF PAGES WITH
DELETIONS OF INFORMATION:                               11

TOTAL NUMBER OF DUPLICATE PAGES:                        0

### Justification of Deletions of Information
### Summary of Deletions of Information:

#### ACLU-108

The first, second, third and fourth deletions of information at the top of ACLU-108 are the names

of two FBI SAs and one FBI SAs telephone number, which have been deleted pursuant to FOIA

exemptions (b)(2), and (b)(6)  inasmuch as release of the identity of the SAs, and the telephone number to

the public could reasonably be expected to constitute a clearly unwarranted invasion of his/her personal

privacy and would disclose internal information of the FBI. The fifth, sixth, seventh, eighth and ninth

deletions on ACLU-108 are the names and/or information of third parties merely mentioned, which has

been deleted pursuant to FOIA exemption (b)(6) inasmuch as the release of this information could

reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

#### ACLU-109

The first deletion of information on ACLU-109 is information pertaining to the name and/or

---

[19]File 66F-LA-C236880 is same as  188A-LA-C236880.

identity of an FBI SA, the second, third, fourth and the sixth through fifteenth deletions are the names of third parties merely mentioned, the fifth deletion of information on ACLU-109 is the name of a non-FBI federal law enforcement employee.  The name and identifying information of an FBI SA, the names of third parties merely mentioned and the name of an non-FBI federal law enforcement employee has been deleted pursuant to FOIA exemption (b)(6)  inasmuch as the release of the name and/or identity of this FBI SA , the name of the third parties merely mentioned and the name of a non-FBI federal law enforcement employee could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

## ACLU-110

The first, second, third and fifth deletions of information on ACLU-110 are the names and/or identifying information of third parties merely mentioned, the fourth and sixth deletions on ACLU-110 are the names of FBI SAs.  The names and/or identifying information of third parties merely mentioned and the names of FBI SAs, were deleted pursuant to FOIA exemption (b)(6) inasmuch as the release of the names and/or identities of third parties merely mentioned and the names of the FBI SAs could reasonably be expected to constitute a clearly unwarranted  invasion of their personal privacy.

## ACLU-111

The entire deletion of information on ACLU-111 are the names, telephone numbers and e-mail addresses of third parties merely mentioned, which have been deleted pursuant to FOIA exemption (b)(6) inasmuch as the release of this third party information could reasonably be expected to constitute a clearly unwarranted  invasion of their personal privacy.

## ACLU-112

The entire deletion of information on ACLU-112 are the names, telephone numbers and e-mail addresses of third parties merely mentioned, which have been deleted pursuant to FOIA exemption (b)(6) inasmuch as the release of this third party information could reasonably be expected to constitute a clearly

unwarranted invasion of their personal privacy.

## ACLU-113

The entire deletion of information on ACLU-113 are the names, telephone numbers and e-mail addresses of third parties merely mentioned, which has been deleted pursuant to FOIA exemption (b)(6) inasmuch as the release of this third party information could reasonably be expected to constitute a clearly unwarranted invasion of their personal privacy.

## ACLlM14throughll5

There are no deletions of information on ACLU-114 through 115, which are being released in their entirety.

## ACLU-116

The first deletion on ACLU-116 is the name of a FBI SA, the second, third, fourth and fifth deletions on ACLU-116 is information pertaining to the names and/or identifying information of third parties merely mentioned.  The name of the FBI SA and the names of third parties merely mentioned have been deleted pursuant to FOIA exemption (b)(6). Release of the identity of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6).

## ACLU-117 through 118

There are no deletions of information on ACLU-117 through 118, which are being released in their entirety.

FILE NUMBER:                                    800D-LA-A242867

DOCUMENT NUMBER:                                38

BATES PAGE NUMBER(S):                           ACLU-119 through 121

DATE OF DOCUMENT:                               9/18/2006

DESCRIPTION OF DOCUMENT:                        Electronic Communication

TOTAL NUMBER OF PAGES:                          3

TOTAL NUMBER OF WITHHELD PAGES:                 0

TOTAL NUMBER OF PAGES WITH
DELETIONS OF INFORMATION:                       3

TOTAL NUMBER OF DUPLICATE PAGES:                0

<u>Justification of Deletions of Information</u>
<u>Summary of Deletions of Information:</u>

## <u>ACLU-I19</u>

The first deletion on ACLU-119 is the name and telephone number of an FBI SA, which has been deleted pursuant to FOIA exemptions (b)(2), (b)(6) and (b)(7)(C). Release of the identity of this individual to the public could reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy under Exemption (b)(6). Moreover, the individual's names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C). Exemption (b)(2) has been used to withhold a telephone number, because it relates solely to the internal practices of the FBI. The second, third, fourth, fifth and sixth deletions on ACLU-119 pertain to the names of FBI SAs, which have been deleted pursuant to FOIA exemptions (b)(6) and (b)(7)(C) inasmuch as the release of their names could reasonably be expected to constitute both a clearly unwarranted and an unwarranted invasion of their personal privacy.

<u>ACLU **Page 120**</u>

The first, second and third deletions of information on ACLU-120 are the names of FBI SAs,

fourth deletion is the name of a third party merely mentioned, which have been deleted pursuant to FOIA

exemptions (b)(6) and (b)(7)(C). Release of the identities of these individuals to the public could

reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption

(b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would

constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C).

### **ACLU-121**

The first, second and third deletions on ACLU-121 are to protect the names of FBI employees

which have been deleted pursuant to exemptions (b)(6) and (b)(7)(C). Release of the identities of these

individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of

their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file

that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C)

FILE NUMBER:                                    LA 44-0

DOCUMENT NUMBER:                                39

BATES PAGE NUMBER(S):                           ACLU-122

DATE OF DOCUMENT:                               Undated

DESCRIPTION OF DOCUMENT:                        FD-302

TOTAL NUMBER OF PAGES:                          1

TOTAL NUMBER OF WITHHELD PAGES:                 0

TOTAL NUMBER OF PAGES **WITH**
DELETIONS OF INFORMATION:                       1

TOTAL NUMBER OF DUPLICATE PAGES:                0

<u>**Justification of Deletions of Information**</u>
<u>**Summary of Deletions of Information:**</u>

<u>**ACLU-122**</u>

The first deletion of information on ACLU-122 is to protect the name of an FBI SA which has been deleted pursuant to FOIA Exemptions (b)(6) and (b)(7)(C). Release of the identity of this individual to the public could reasonably be expected to constitute a clearly unwarranted invasion of his/her privacy under Exemption (b)(6).  Moreover, the individuals' name appears in a law enforcement file that, if released, would constitute an unwarranted invasion of his/her privacy under Exemption (b)(7)(C). Additional information deleted on ACLU-122 are the name, address, phone number, and e-mail address of a third party merely mentioned, which have been deleted pursuant FOIA Exemption (b)(6) and (b)(7)(C) inasmuch as the release of the name of this FBI S A could reasonably be expected to constitute both a clearly unwarranted and an unwarranted invasion of his/her personal privacy.

| | |
|---|---|
| FILE NUMBER: | LA 266-0 |
| DOCUMENT NUMBER: | 40 |
| BATES PAGE NUMBER(S): | ACLU-123 through 124 |
| DATE OF DOCUMENT: | 6/24/2004 |
| DESCRIPTION OF DOCUMENT: | FD-302 |
| TOTAL NUMBER OF PAGES: | 2 |
| TOTAL NUMBER OF WITHHELD PAGES: | 0 |
| TOTAL NUMBER OF PAGES WITH DELETIONS OF INFORMATION: | 1 |
| TOTAL NUMBER OF DUPLICATE PAGES: | 0 |

### Justification of Deletions of Information
### Summary of Deletions of Information:

### ACLU-123

The deletion of information at the bottom of ACLU-123 is to protect the names of FBI SAs, which have been deleted pursuant to Exemptions (b)(6) and (b)(7)(C). Release of the identities of these individuals to the public could reasonably be expected to constitute a clearly unwarranted invasion of their privacy under Exemption (b)(6). Moreover, the individuals' names appear in a law enforcement file that, if released, would constitute an unwarranted invasion of their privacy under Exemption (b)(7)(C).

### ACLU-124

There are no deletions of information on ACLU-124, which is being released in its entirety

### CONCLUSION

(107) The FBI has processed and released all reasonably segregable information from the records responsive to plaintiffs' joint request to the FBI. Information has been properly withheld pursuant to Privacy Act (j)(2); 5 U.S.C. § 552a and FOIA Exemptions 1, 2, 6, 7(C), 7(D), and 7 (E); 5 U.S.C. §§ 552 (b)(1), (b)(2), (b)(6), (b)(7)(C), (b)(7)(D), and (b)(7)(E). The FBI carefully examined the responsive

documents and determined that the information withheld from plaintiffs, if disclosed, could reasonably be expected to reveal classified information, disclose internal administrative information, cause an unwarranted invasion of personal privacy, disclose a confidential source, or reveal sensitive investigative techniques and methods.   Accordingly, the FBI has released all reasonably segregable, nonexempt information to plaintiffs in response to the joint FOIA/Privacy Act request to the FBI.  After extensive re-review of the documents at issue, I have determined that there is no further reasonably segregable information to be released.

Pursuant to 28 U.S.C. § 1746,1 declare under penalty of perjury that the foregoing is true and correct, and that Exhibits A through O attached hereto are true and correct copies.

Executed this^A  l^day of March,  2008.


DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.