IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

ISLAMIC SHURA COUNCIL OF
SOUTHERN CALIFORNIA; COUNCIL ON
AMERICAN ISLAMIC RELATIONS -
CALIFORNIA; ISLAMIC CENTER OF SAN
GABRIEL VALLEY; ISLAMIC CENTER OF
HAWTHORNE; WEST COAST ISLAMIC
CENTER; HUMAN ASSISTANCE AND
DEVELOPMENT INTERNATIONAL, INC.;
MUZAMMIL SIDDIQI; SHAKEEL SYED;
HUSSAM AYLOUSH; MOHAMMED
ABDUL ALEEM; and RAFE HUSAIN,

    Plaintiffs,

        v.

FEDERAL BUREAU OF INVESTIGATION;
and UNITED STATES DEPARTMENT OF
JUSTICE,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. SACV
07-1088 CJC (ANx)

**EXHIBIT A**

ACLU | LIBERTY AND JUSTICE FOR ALL

ACLU FOUNDATION OF SOUTHERN CALIFORNIA    1616 BEVERLY BOULEVARD LOS ANGELES CA 90026-5711 T: 213 977 9500 F: 213 250 3919 WWW.ACLU-SC.ORG

*By Facsimile, Regular and Certified Mail, Return Receipt Requested*

May 15, 2006

Federal Bureau of Investigation
Record Information/Dissemination Section (RIDS)
Service Request Unit, Room 6359
935 Pennsylvania Ave. NW
Washington, DC 20535
Fax: (202) 324-3752

Federal Bureau of Investigation
Los Angeles Field Office
Attn: FOIA Office
Suite 1700, FOB
11000 Wilshire Blvd.
Los Angeles, CA 90024-3672

Re:    Request Under Freedom of Information Act and Privacy Act

Dear FOIA officer:

This letter constitutes a request for records made pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, by and on behalf of the Islamic Shura Council of Southern California, the Council on American Islamic Relations (Southern California chapter), the Islamic Center of San Gabriel Valley, the Islamic Center of Hawthorne, the West Coast Islamic Center, Human Assistance Development International (HADI), Dr. Muzammil Siddiqi, Shakeel Syed, Hussam Ayloush, Mohammed Abdul Aleem, Rafe Hussain, and Yasser Aman (collectively, "the Requestors"). See Exhibit A (requestors' authorizations).

The Requestors make this request for records because of their concerns about disproportionate targeting of Muslim Americans and Muslim organizations

## The Requestors

1.    The Islamic Shura Council of Southern California (Shura Council) is a federation of over sixty mosques and Muslim organizations in Southern California, representing over 500,000 area Muslims. Founded in 1995, the Shura Council is a tax-exempt non-profit organization headquartered in Anaheim, California and led by a Board of Directors. The Shura Council's mission is to promote communications, understanding, cooperation, and coordination among the Muslim communities in Southern California. The Shura Council also represents its Muslim membership in interfaith forums, socio-civic groups and with government agencies.

CHAIR JARL MOHN I PRESIDENT DANNY GOLDBERG I EXECUTIVE DIRECTOR RAMONA RIPSTON I LEGAL DIRECTOR MARK D. ROSENBAUM
CHAIRS EMERITI, DANNY GOLDBERG I ALLAN K JONAS I BURT LANCASTER*
IRVING LICHTENSTEIN MD* I LAURIE OSTROW* I STANLEY K SHEINBAUM I *DECEASED

Federal Bureau of Investigation
May 15, 2006
Page 2

2.      The Council on American Islamic Relations is a non-profit, grassroots membership organization that was established to promote a positive image of Islam and Muslims in the United States. CAIR's Southern California chapter is based in Anaheim, California, and its mission is to present Islamic perspectives on issues of importance to the American public and to empower Muslim communities through political and social activism. CAIR also holds a position on the Board of Directors of the Shura Council.

3.      The Islamic Center of San Gabriel Valley, also known as Masjid Quba, is a mosque located in Rowland Heights, California that serves the religious needs of the Muslim communities of Walnut, Rowland Heights, West Covina and surrounding areas. The Islamic Center of San Gabriel Valley is a member of the Shura Council.

4.      The Islamic Center of Hawthorne is a mosque located in Hawthorne, California that serves the religious needs of the Muslim communities of Hawthorne, Lawndale, Torrance, Inglewood and surrounding areas. The Islamic Center of Hawthorne is a member of the Shura Council.

5.      The West Coast Islamic Center, also known as Masjid Al Ansar, is a mosque located in Anaheim, California that serves the religious needs of the Muslim communities of Anaheim, Garden Grove, Cypress, Fullerton and surrounding areas. The West Coast Islamic Center is a member of the Shura Council.

6.      Human Assistance and Development International, Inc. (HADI) is an organization that works towards the long-term social, economic, educational, and scientific development of people worldwide. HADI is a tax-exempt non-profit organization based in Culver City, California. HADI operates IslamiCity (www.islam.org), a website advancing information, fostering community, and educating people about Islam.

7.      Dr. Muzammil Siddiqi is the Chariman of the Board of the Islamic Shura Council of Southern. California. He is a past president of the Islamic Society of North America. He has organized and participated in several national and international conferences relating to Islam. He lectures widely on Islam and interfaith dialogue in North America and abroad. Dr. Siddiqi teaches undergraduate classes at Chapman University. He has authored numerous books and articles on Islamic practice and concepts, and regularly delivers sermons at area mosques.

8.      Shakeel Syed is the Executive Director of the Islamic Shura Council of Southern California and an activist for social justice issues in Southern California. As the Executive Director of the Shura Council, Mr. Syed is a frequent speaker on issues related to Muslims and Islam at educational institutions, places of worship, and other public forums. Mr. Syed also delivers sermons at area mosques and is a volunteer chaplain at United States Bureau of Prisons facilities.

9.      Hussam Ayloush is the Executive Director of the Southern California chapter of the Council of American-Islamic Relations. Mr. Ayloush is a frequent public speaker, delivering sermons at area mosques as well as speaking on issues relating to Islam and Muslims in America at conferences,



Federal Bureau of Investigation
May 15, 2006
Page 3

interfaith gatherings, and to the media.

10.      Mohammed Abdul Aleem is a co-founder and the Chief Executive Officer of IslamiCity, a
website advancing information, fostering community, and educating people about Islam. Mr. Abdul
Aleem delivers lectures on inter-faith dialogue and other issues facing Muslim Americans at area
colleges and universities. He is also a member of the Board of Directors of the Shura Council.

11.      Rafe Husain is a former President and member of the Board of Directors of the Islamic
Society of Corona-Norco, a mosque located in Corona, California that serves the religious needs of
the Muslim communities in Corona and Norco.

12.      Yasser Aman is the President and CEO of the University Muslim Medical Association
(UMMA) Community Clinic in South Los Angeles. The UMMA clinic is a community clinic
providing access to high-quality health care to under-served and indigent communities in Los
Angeles. The UMMA clinic was founded by Muslim Americans and operates under Islamic values
of service, compassion, human dignity, social justice, and ethical conduct. Mr. Aman is also a
member of the Board of Directors of the Shura Council.

## The Request for Records

The Requestors seek disclosure of any records[1] created from January 1, 2001 to the present, which
were prepared, received, transmitted, collected and/or maintained by the FBI, the
National Joint Terrorism Task Force, or any Joint Terrorism Task Force relating or referring to
the following:

1.      Any records relating or referring to the Requestors, including but not limited to
records that document any collection of information about, monitoring, surveillance, observation,
questioning, interrogation, investigation and/or infiltration of any of the Requestors or their
activities[2];

---

[1] The term "records" as used herein includes but is not limited to all records or
communications preserved in electronic or written form, including but not limited to
correspondence, documents, data, videotapes, audio tapes, faxes, files, guidance, guidelines,
evaluations, instructions, analyses, memoranda, agreements, notes, orders, policies, procedures,
protocols, reports, rules, technical manuals, technical specifications, training manuals, or studies.

[2] The term "activities" as used herein includes but is not limited to any activities of the
Requestors described above, and any provision of services, dissemination of information,
organizing, fundraising, involvement with meetings, marches, rallies, protests, conventions,
conferences, campaigns, and any media or communications to, from or about the Requestors in
any form (including any oral, written, electronic or online communications, including but not
limited to any books, pamphlets, brochures, newsletters, fundraising letters, correspondence,



Federal Bureau of Investigation
May 15, 2006
Page 4

2.     Any records authorizing, ordering, instructing, or agreeing to collect information about,
monitor, conduct surveillance of, observe, question, interrogate, investigate, and/or infiltrate any of
the Requestors;

3.     Any records relating or referring to how, why or when any of the Requestors was
selected for collection of information, monitoring, surveillance, observation, questioning,
interrogation, investigation, and/or infiltration;

4.     Any records relating or referring to how collection of information about, monitoring,
surveillance, observation, questioning, interrogation, investigation, and/or infiltration
of any of the Requestors was or will be conducted;

5.     Any records relating or referring to the names of any federal, state, or local government
agencies participating in any collection of information about, monitoring, surveillance, observation,
questioning, interrogation, investigation and/or infiltration of any of the Requestors;

6.     Any records relating or referring to the specific role of the National Joint Terrorism Task
Force or any local Joint Terrorism Task Force in any collection of information about, monitoring,
surveillance, observation, questioning, interrogation, investigation and/or infiltration of any of the
Requestors;

7.     Any records relating or referring to the specific role of any federal, state, or local
government agency participating in any collection of information about, monitoring, surveillance,
observation, questioning, interrogation, investigation, and/or infiltration of any of the Requestors;

8.     Any records relating or referring to how records about any of the Requestors have
been, will be, or might be maintained or used;

9.     Any policies or procedures for analyzing records about any of the Requestors;

10.    Any policies or procedures for cross-referencing records about any of the Requestors with
information contained in any database;

11.    Any policies or procedures for cross-referencing records about any of the Requestors with
information about any other organizations or individuals;

12.    Any policies or procedures for cross-referencing records about any of the Requestors with any
other information not covered in numbers 10 and 11 above;

13.    Any policies or procedures regarding retention of records about any of the Requestors;

---

action alerts, e-mail, web communications, discussion groups, or listservs).



Federal Bureau of Investigation
May 15, 2006
Page 5

14.    Any records referring or relating to the destruction of records about any of the
Requestors, including any policies permitting or prohibiting the destruction of records;

15.    Any records referring or relating to how records about any of the Requestors were
destroyed or might be destroyed in the future;

16.    Any policies or procedures in place to protect the privacy of records that refer or relate to the
employees, members, and/or board of directors of any of the Requestors;

17.    Any records relating or referring to how, why or when collection of information about,
monitoring, surveillance, observation, questioning, interrogation, investigation, and/or infiltration of
any of the Requestors was or will be suspended or terminated;

18.    Any records referring or relating to the recipient(s) of records about any of the Requestors;

19.    A complete list of all recipient(s) of data about any of the Requestors.

## Limitation of Processing Fees and Waiver of Search and Review Fees

We request a limitation of processing fees pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) ("fees shall be
limited to reasonable standard charges for document duplication when records are not sought for
commercial use and the request is made by . . . a representative of the news media . . .") and 28 C.F.R.
§§ 16.11(c)(1)(i), 16.11(d)(1) (search and review fees shall not be charged to "representatives of the
news media."). The information sought in this request is not sought for a commercial purpose. The
requestors include non-profit religious organizations serving the community who intend to
disseminate the information gathered by this Request to the public at no cost.

The ACLU of Southern California (ACLU-SC) also requests limitation of fees. ACLU-SC is a non-
profit organization dedicated to the defense of civil rights and civil liberties. As part of its work,
ACLU-SC disseminates information to the public through newsletters, news briefings, "Know Your
Rights" documents, and other educational and informational materials. ACLU-SC also disseminates
information to individuals, tax-exempt organizations, not-for-profit groups, and members through its
website, http://www.aclu-sc.org/. In addition, ACLU-SC shares information with the national ACLU
office. The ACLU publishes information through multiple outlets including newsletters, action alerts,
videos, and other media. ACLU publications are disseminated across the country to individuals and
organizations. The ACLU also publishes an electronic newsletter, which is distributed to subscribers
by e-mail, and maintains a website of civil rights and civil liberties information at
http://www.aclu.org/.

## Waiver of All Costs

We request a waiver of all costs pursuant to 5 U.S.C. §552(a)(4)(A)(iii) ("Documents shall be
furnished without any charge . . . if disclosure of the information is in the public interest because it is



Federal Bureau of Investigation
May 15, 2006
Page 6

likely to contribute significantly to public understanding of the operations or activities of the
government and is not primarily in the commercial interest of the requester"). Disclosure of the
information sought is in the public interest and will contribute to public understanding of FBI and
JTTF policies and practices of surveillance and infiltration of religious organizations. The records
requested are not sought for commercial use, and the Requestors plan to disseminate the information
disclosed through print and other media to the public at no cost, and through meetings with members
and affected communities.

## Request for Expedited Processing

Expedited processing is warranted because there is "an urgency to inform the public about an actual
or alleged federal government activity" by organizations "primarily engaged in
disseminating information" 28 C.F.R. § 16.5(d)(1)(ii). This request implicates a matter of urgent
public concern: namely, government policies and practices of increased surveillance and infiltration
of religious organizations by the FBI and JTTF. Such government activity may infringe upon the
public's freedoms of religion, speech, association, and privacy, which are guaranteed by the First,
Fourth, Fifth, and Fourteenth Amendments to the United States Constitution. Requests for
information bearing upon potential Constitutional violations require an immediate response to cease
present violations, prevent future violations, and prevent any chilling effect on public participation in
potentially targeted groups and/or activities.

Expedited processing is also warranted because the information sought relates to "a matter of
widespread and exceptional media interest in which there exist possible questions about the
government's integrity which affect public confidence." 28 C.F.R. § 16.5(d)(1)(iv). The instant
request relates to possible violations of Constitutional rights by federal law enforcement and possible
targeting of groups based on religion.

The exceptional media interest in this issue is reflected in widespread news coverage at both the local
and national level. See, e.g., Caroline Dees, In Terror War, U.S. Muslims Wary of American
"Outreach," www.dailytimes.com.pk, May 10, 2006; FBI Town Hall Meeting: With Advisors in Tow,
FBI Multicultural Panel Opens Up to Public, Daily Press (Newport News, VA) April 9, 2006;
Jonathan S. Landay, FBI Report Shows Agency Monitored Antiwar Group, Philadelphia Inquirer,
March 15, 2006; Muslim Groups Seek Answers on Spying, Christian Century, January 24, 2006, Vol.
123, Issue 2; Mosque Members Mistrust Camera, San Jose Mercury News, January 15, 2006; Jerry
Seper, Monitoring of Muslims Addressed, Washington Times, January 12, 2006; Muslim Group
Wants Gonzales Meeting: MPAC Protesting Reports of Widespread Surveillance and Nuclear
Monitoring of American Muslims, The Arab American News, December 31, 2005; Larry Margasak,
Muslim Locales in U.S. Tested: Secret Radiation Checks Done Without Warrants, Akron Beacon
Journal, December 24, 2005; Richard A. Serrano, Muslims Angered by FBI Radiation Checks at
Mosques, Seattle Times, December 24, 2005; Katherine Cocoran, Rights Group Focus on Iranians:
Discrimination Cases Reported, San Jose Mercury News, August 4, 2005; Gail Ryall, Civil Rights
Groups Contest FBI on Lodi Arrests, People's Weekly World, June 26, 2005; Daily Star Staff,
American Arabs Concerned Over FBI's 'October Plan,' www.dailystar.com.lb, October 6, 2004;



Federal Bureau of Investigation
May 15, 2006
Page 7

David Shepardson, FBI Agents Hunt for Terror Leads: Agency Combs Muslim Neighborhoods for Help in Preventing Election Day Attack, The Detroit News, October 1, 2004; Eric Lichtblau, Subpoena Seeks Records About Delegate Lists on Web, NY Times, August 30, 2004, at P10; Alex Bradley and John Mayer, The War at Home: Nationwide Crackdown on Activists Part, www.saveourliberties.com, September 2, 2004; Eric Lichtblau, Protestors at Heart of Debate on Security vs. Civil Rights, NY Times, August 27, 2004, at A9; Larry Abramson, FBI Questioning Political Demonstrators, NPR.org; Susan Greene, Activists Decry Pre-Convention Security Tactics: Questions by FBI, The Feds Say They're Trying to Avoid Terror Threats, But Many People Say the Steps Veer Toward Intimidation, The Denver Post, August 26, 2004, at A-08; Eric Lichtblau, F.B.I. Goes Knocking for Political Troublemakers, NY Times, August 16, 2004, at A1; Amy Herder, Teaching the Silent Treatment, The Denver Post, August 8, 2004, at C-01; Jayashri Srikantiah, Few Benefits to Questioning Targeted Groups, San Francisco Chronicle, August 6, 2004; Camille T. Taiara, New F.B.I. Witch-Hunt, San Francisco Bay Guardian, August 4-10, 2004; Kelly Thornton, F.B.I.'s Home Visits Have Some Muslims Feeling Harassed, Alienated, Signonsandiego.com, August 4, 2004; Richard Schmitt and Donna Horowitz, FBI Starts to Question Muslims in U.S. About Possible Attacks, latimes.com, July 18, 2004; Karen Abbott, FBI's Queries Rattle Activist, www.rockymountainnews.com, July 27, 2004; Mary Beth Sheridan, Interviews of Muslims to Broaden, www.washingtonpost.com, July 17, 2004; Jeff Eckhoff and Mark Siebert, Group Fights Anti-war Inquiry, The Des Moines Register, February 7, 2004; Jeff Eckhoff and Mark Siebert, Anti-war Inquiry Unrelated to Terror, The Des Moines Register, February 10, 2004, at 1A; Jeff Eckhoff and Mark Siebert, Group Fights Anti-war Inquiry, The Des Moines Register, February 7, 2004; Monica Davey, An Antiwar Forum in Iowa Brings Federal Subpoenas, NY Times, February 10, 2004, at A14; Monica Davey, Subpoenas on Antiwar Protest Are Dropped, NY Times, February 11, 2004, at A18; Michelle Goldberg, A Thousand J. Edgar Hoovers, www.salon.com, February 12, 2004; Michelle Goldberg, Outlawing Dissent, www.salon.com, February 11, 2004; Kerri Ginis, Peace Fresno Seeks Damages, The Fresno Bee, February 28, 2004; Eric Lichtblau, F.B.I. Scrutinizes Antiwar Rallies, www.nytimes.com, November 23, 2003.

We appreciate your prompt response to this request. Please provide us responsive documents as soon as they are identified. If you have questions, please contact me at 213-977-5236. Thank you in advance for your timely consideration of this request.

Sincerely,

Ranjana Natarajan
Staff Attorney



## AUTHORIZATION

I, __SHAKEEL SYED__, in my official capacity as

__EXECUTIVE DIRECTOR__ of the

__ISLAMIC SHURA COUNCIL OF S. CA__ , hereby authorize attorneys at the

ACLU of Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the

attached "Request Under Freedom of Information Act and Privacy Act" to the Federal

Bureau of Investigation (and all components) and receive any responsive documents on

behalf of the __ISLAMIC SHURA COUNCIL OF S.CA__ .

I declare under penalty of perjury that the foregoing is true and correct.


Executed on ~~March~~ April __12__, 2006, in __Orange__ , California


__SHAKEEL SYED__
Name (Print)

__ISLAMIC SHURA COUNCIL OF S.CA.__
Name of Org'n (Print)

__2115 W. CRESCENT AVE., SUITE 216,__
Address

__ANAHEIM, CA, 92801.__
City State Zip

Signature    4/12/06

Signature


NORMAN L. PETTERSEN
Commission # 1597735
Notary Public - California
Orange County
My Comm. Expires Aug 26, 2009

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of ____Orange____ } ss.

On 12th of April, 2006 before me, Norman L Pattersen
Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared ____Shakeel Syed____
Name(s) of Signer(s)

NORMAN L. PETTERSEN
Commission # 1597735
Notary Public - California
Orange County
My Comm. Expires Aug 26, 2009

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

---

--- **OPTIONAL** ---

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

## Description of Attached Document

Title or Type of Document: __Authorization__

Document Date: _____  Number of Pages: __1__

Signer(s) Other Than Named Above. _____

## Capacity(ies) Claimed by Signer

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing: _____

## AUTHORIZATION

I, Hussam Ayloush , in my official capacity as

Executive Director of the

CAIR California , hereby authorize attorneys at the

ACLU of Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the

attached "Request Under Freedom of Information Act and Privacy Act" to the Federal

Bureau of Investigation (and all components) and receive any responsive documents on

behalf of the CAIR California .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2006, in Anaheim , California

Hussam Ayloush
Name (Print)

Alternate address:

3000 Scott Blvd.

Suite 212

Santa Clara, CA
95054

CAIR California
Name of Org'n (Print)

2180 W. Crescent Ave., Ste F
Address

Anaheim, CA 92801
City State Zip

Signature

Signature

Subscribed and Sworn

'fore me this 27th Day of March, 2006

t The County of ORANGE

tan an Jabarth

## AUTHORIZATION

I, _Ashraf Jakvani_, in my official capacity as

_Member_ of the _(Why C I·C·S·G·V)_
_Islamic Center of San Gabriel_, hereby authorize attorneys at the
ACLU of Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the
attached "Request Under Freedom of Information Act and Privacy Act" to the Federal
Bureau of Investigation (and all components) and receive any responsive documents on
behalf of the _I·C·S·G·V_.

i declare under penalty of perjury that the foregoing is true and correct.

Executed on March _31_, 2006, in _Walnut_, California

_Ashraf M. Jakvani_
Name (Print)

_Islamic Center of San Gabriel Valley_
Name of Org'n (Print)

_17164 E. Walnut Dr. N._
Address

_Rowland Heights, CA 91748_
City State Zip

_____
Signature

Signature

05-09-2006
MUKESH RAMI
LOS ANGELES, COUNTY

## AUTHORIZATION

I, MoHAMED IDRIS TRAINA in my official capacity as __PRESIDENT__ of the

ISLAMIC CENTER OF HAWTHORNE hereby authorize attorneys at the ACLU of

Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the attached

"Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of

Investigation (and all components) and receive any responsive documents on behalf of the

ISLAMIC CENTER OF HAWTHORNE .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2006, in HAWTHORNE , California

MOHAMED IDRIS TRAINA
Name (Print)

ISLAMIC CENTER OF HAWTHORNE
Name of Org'n (Print)

12209 HAWTHORNE WAY
Address

HAWTHORNE, CA 90250
City State Zip

Signature

Signature



HUSHMET ALI KHAN
Commission # 1627310
Notary Public - California
Los Angeles County
My Comm. Expires Nov 16, 2008

State of California County of
LOS ANGELES
Subscribed and sworn to (or affirmed)
before me on this 18 day of 04, 2026 by
MOHAMEDIDRIS M TRAINA
personally known to me or proved to me on
the basis of satisfactory evidence to be the
person(s) who appeared before me
Signature Hushmet Ali Khan

(Seal)

## AUTHORIZATION

I, __Tawfiq S. Deek__, in my official capacity as

__Chairma of Board of Directors__ of the

__West Coast Islamic Society - Al.Ansar__, hereby authorize attorneys at the

ACLU of Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the

attached "Request Under Freedom of Information Act and Privacy Act" to the Federal

Bureau of Investigation (and all components) and receive any responsive documents on

behalf of the __West Coast Islamic Society__.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March __23__, 2006, in __Anaheim__, California



State of California, County of __Orange__
Subscribed and sworn to (or affirmed) before me
on this __8th__ day of __March__, 20 __06__.
by __Tawfiq S. Deek__
personally known if me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.
Signature: __Elaine Younes__

__TAWFIQ S. DEEK__
Name (Print)

__WEST COAST ISLAMIC SOCIETY__
Name of Org'n (Print)

__1717 S. BROOKHURST ST.__
Address

__ANAHEIM CA 92804__
City State Zip

Signature

Signature



## AUTHORIZATION

I, ~~MOHAMMED ABDUL ALEEM~~, in my official capacity as

_____ _C E O_ _____ _____ of the

~~HUMAN ASSISTANCE & DEVELOPMENT~~  _INTERNATIONAL, INC_  _____, hereby authorize attorneys at the

ACLU of Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the

attached "Request Under Freedom of Information Act and Privacy Act" to the Federal

Bureau of Investigation (and all components) and receive any responsive documents on

behalf of the  _HUMAN ASSISTANCE & DEVELOPMENT INTERNATIONAL, INC._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~April~~ MAY  _3_ , 2006, in _CULVER CITY_ _____, California

_____

_MOHAMMED ABDUL ALEEM_
Name (Print)

_HUMAN ASSISTANCE & DEVELOPMENT_  _INTERNATIONAL,_
Name of Org'n (Print)  _INC._

_5860 HANNUM AVE_
Address

_CULVER CITY, CA 90230_
City State Zip

_____
Signature

Signature  _SEE ATTACH ACKNOWLEDGMENT_

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _LOS ANGELES_ } ss.

On _MAY 3rd, 2006_, before me, _CHARANJIT K. SINGH_
Date                                              Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _MOHAMMED ABDUL ALEEM_
Name(s) of Signer(s)

◻ personally known to me

☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

CHARANJIT K. SINGH
Commission # 1422852
Notary Public - California
Los Angeles County
My Comm. Expires Jun 19, 2007

Place Notary Seal Above

WITNESS my hand and official seal.

_Signature of Notary Public_

———————————— **OPTIONAL** ————————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _AUTHORIZATION_

Document Date: _MAY 3rd, 2006_                Number of Pages: _ONE (1)_

Signer(s) Other Than Named Above: _NONE_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _MOHAMMED ABDUL ALEEM_

☒ Individual
◻ Corporate Officer — Title(s): _____
◻ Partner — ◻ Limited ◻ General
◻ Attorney in Fact
◻ Trustee
◻ Guardian or Conservator
◻ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer's Name: _____
◻ Individual
◻ Corporate Officer — Title(s): _____
◻ Partner — ◻ Limited ◻ General
◻ Attorney in Fact
◻ Trustee
◻ Guardian or Conservator
◻ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5907    Reorder: Call Toll-Free 1-800-876-6827

MAY .5 2006(MON) 11.24   ACLU OF SOUTHERN CALIFORNIA          213 250 3980              PAGE. 17/25
MAY-08-2006  01:32 PM

# AUTHORIZATION

I, _Muzammil H. Siddiqi_ hereby authorize attorneys at the ACLU of

Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the attached

"Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of

Investigation (and all components) and receive any responsive documents on my behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~March~~ May 8 ____, 2006, in _Garden Grove_ , California

_Muzammil H. Siddiqi_
Name (Print)

_9858 Swan Circle_
Address

_Fountain Valley, CA 92708_
City State Zip

_M. H. Sq_
Signature

SUBSCRIBED AND SWORN BEFORE ME THIS     _08_     DAY OF _May_ , _2006_

AT THE COUNTY OF ORANGE. , _CA_ .

SIGNATURE:

_Hanan Jabarin_

HANAN JABARIN
COMM. #1582158
NOTARY PUBLIC · CALIFORNIA
ORANGE COUNTY
Comm. Exp. MARCH 21, 2009

## AUTHORIZATION

I, _SHAKEEL SYED_ , hereby authorize attorneys at the ACLU of

Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the attached

"Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of

Investigation (and all components) and receive any responsive documents on my behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~March~~ _12_, 2006, in _Orange_, California
April)

_SHAKEEL SYED_
Name (Print)

_3945 TILDEN AVE., APT. No: D,_
Address

_CULVER CITY, CA 90232._
City State Zip


Signature
4/12/06.

NORMAN L. PETTERSEN
Commission # 1599735
Notary Public - California
Orange County
My Comm. Expires Aug 26, 2009

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of ___Orange___ } ss.

On _12ʰ of April 2006_ before me, _Norman L Pettersen_
(Date)                    (Name and Title of Officer (e.g., "Jane Doe, Notary Public"))

personally appeared ___Shakeel Syed___
                        (Name(s) of Signer(s))

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
(Signature of Notary Public)

NORMAN L. PETTERSEN
Commission # 1697735
Notary Public - California
Orange County
My Comm. Expires Aug 26, 2009

——————— *OPTIONAL* ———————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: ___Authorization___

Document Date: _____    Number of Pages: ___1___

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

## AUTHORIZATION

I, **Hussam Ayloush**, hereby authorize attorneys at the ACLU of
Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the attached
"Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of
Investigation (and all components) and receive any responsive documents on my behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March **27**, 2006, in **Anaheim**, California

**Hussam Ayloush**
Name (Print)

**2991 McDonald Ln.**
Address

**Corona    CA  92881**
City State Zip

Signature

Subscribed and Sworn Before me This 27th Day
of Mach, 2006. At The County of ORANGE

Signature,

Hanan Jabarin

HANAN JABARIN
COMM. #1562158
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. MARCH 21, 2009

## AUTHORIZATION

I, _MOHAMMED ABDUL ALEEM_, hereby authorize attorneys at the ACLU of

Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the attached

"Request Under Freedom of Information Act and Privacy Act" to the Federal Bureau of

Investigation (and all components) and receive any responsive documents on my behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~April~~ MAY _3_, 2006, in _CULVER CITY_, California

_MOHAMMED ABDUL ALEEM_
Name (Print)

_5845 DOVERWOOD DR, #107_
Address

_CULVER CITY, CA 90230_
City State Zip

Signature

SEE ATTACH ACKNOWLEDGMENT.

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _L OS ANGELES_                      } ss.

On _MAY 3rd, 2006_ before   me,   _CHARANJIT K. SINGH_
            Date                                      Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally      appeared    _MOHAMMED    ABDUL    ALEEM_
                                                Name(s) of Signer(s)

☐ personally known to me

☒ proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: CHARANJIT K. SINGH / Commission # 1422652 / Notary Public - California / Los Angeles County / My Comm. Expires Jun 19, 2007]

Place Notary Seal Above

_____
            Signature of Notary Public

──────────────── OPTIONAL ────────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document
and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _AUTHORIZATION_

Document Date: _MAY 3rd, 2006_        Number of Pages: _ONE (1)_

Signer(s) Other Than Named Above: _NONE_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _MOHAMMED ABDUL ALEEM_
☒ Individual _ALEEM_
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here
[fingerprint]

Signer Is Representing: _____

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5907    Reorder: Call Toll-Free 1-800-876-6827

ID #:104

## AUTHORIZATION

I, ___Rafe Husain_____, hereby authorize attorneys at the

ACLU of Southern California, 1616 Beverly Blvd, Los Angeles CA, 90026, to submit the

attached "Request Under Freedom of Information Act and Privacy Act" to the Federal

Bureau of Investigation (and all components) and receive any responsive documents on

my behalf.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2006, in ___Corona ___, California

_____ Rafe Husain _____
Name (Print)

_____2618 Mockingbird _____
Address

_____ Corona, Ca, 92881 _____
City State Zip

1

2          IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
3
          _____

4   ISLAMIC SHURA COUNCIL OF                    )
    SOUTHERN CALIFORNIA; COUNCIL ON             )
5   AMERICAN ISLAMIC RELATIONS -                )
    CALIFORNIA; ISLAMIC CENTER OF SAN           )
6   GABRIEL VALLEY; ISLAMIC CENTER OF           )
    HAWTHORNE; WEST COAST ISLAMIC               )
7   CENTER; HUMAN ASSISTANCE AND                )
    DEVELOPMENT INTERNATIONAL, INC.;            )
8   MUZAMMIL SIDDIQI; SHAKEEL SYED;             )
    HUSSAM AYLOUSH; MOHAMMED                    )
9   ABDUL ALEEM; and RAFE HUSAIN,               )
                                                )
10       Plaintiffs,                            )
                                                )
11                                              )
              v.                                )
12                                              )Civil Action No. SACV
                                                )07-1088 CJC (ANx)
13  FEDERAL BUREAU OF INVESTIGATION;            )
    and UNITED STATES DEPARTMENT OF             )
14  JUSTICE,                                    )
                                                )
15       Defendants.                            )
                                                )
16  _____

17

18

19

20                  **EXHIBIT B**

21

22

23

24

25

26

27

28



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 25, 2006

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026-5711

> Request No.: 1049664- 000
> Subject: ISLAMIC SHURA COUNCIL OF
> SOUTHERN CALIFORNIA (THE)

Dear Requester:

☒ This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIA number listed above has been assigned to your request. Your request was also forwarded to FBI Headquarters from the Los Angeles Field Office.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



**U.S. Department of Justice**



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 25, 2006

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026-5711

Request No.: 1049665- 000
Subject: COUNCIL ON AMERICAN
ISLAMIC RELATIONS (THE)

Dear Requester:

    ☒    This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIA number listed above has been assigned to your request. Your request was also forwarded to FBI Headquarters from the Los Angeles Field Office.

    ☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

    ☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

    ☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

    ☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

    ☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 25, 2006

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026-5711

Request No.: 1049666- 000
Subject: ISLAMIC CENTER OF SAN
GABRIEL VALLEY (THE)

Dear Requester:

☒ This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.
The FOIA number listed above has been assigned to your request. Your request was
also forwarded to FBI Headquarters from the Los Angeles Field Office.

☐ For an accurate search of our records, please provide the complete name, alias, date and
place of birth for the subject of your request. Any other specific data you could provide
such as prior addresses, or employment information would also be helpful. If your
subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your
notarized signature or, in place of a notarized signature, a declaration pursuant to Title
28, United States Code 1746. For your convenience, the reverse side of this letter
contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
your arrest record, please follow the enclosed instructions in Attorney General Order
556-73. You must submit fingerprint impressions so a comparison can be made with the
records kept by CJIS. This is to make sure your information is not released to an
unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the
information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the
FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 25, 2006

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA  90026-5711

> Request No.: 1049667- 000
> Subject: ISLAMIC CENTER OF
>  HAWTHORNE (THE)

Dear Requester:

☒      This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIA number listed above has been assigned to your request.  Your request was also forwarded to FBI Headquarters from the Los Angeles Field Office.

☐      For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request.  Any other specific data you could provide such as prior addresses, or employment information would also be helpful.  If your subject is deceased, please include date and proof of death.

☐      To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746.  For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐      If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73.  You must submit fingerprint impressions so a comparison can be made  with the records kept by CJIS.  This is to make sure your information is not released to an unauthorized person.

☒      We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐      Processing delays have been caused by the large number of requests received by the FOIPA.  We will process your request(s) as soon as possible.

     Your request has been assigned the number indicated above.  Please use this number in all correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 25, 2006

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA  90026-5711

Request No.:  1049669- 000
Subject:  WEST COAST ISLAMIC CENTER
(THE)

Dear Requester:

☒    This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.
The FOIA number listed above has been assigned to your request.  Your request was
also forwarded to FBI Headquarters from the Los Angeles Field Office.

☐    For an accurate search of our records, please provide the complete name, alias, date and
place of  birth for the subject of your request.  Any other specific data you could  provide
such as prior  addresses, or employment information would also be helpful.  If your
subject is deceased, please  include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
notarized  signature or, in place of a notarized signature, a declaration pursuant to Title
28, United States Code 1746.  For your convenience, the reverse side of this letter
contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
your arrest record, please follow the enclosed instructions in Attorney General Order
556-73.  You must submit fingerprint impressions so a comparison can be made  with the
records kept by CJIS.  This is to make sure your information is not released to an
unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the
information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the
FOIPA.  We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above.  Please use this number in all
correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

May 25, 2006

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026-5711

Request No.: 1049670- 000
Subject: HUMAN ASSISTANCE AND
DEVELOPMENT INTERNATIONAL, INC

Dear Requester:

⊠    This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI.
The FOIA number listed above has been assigned to your request. Your request was
also forwarded to FBI Headquarters from the Los Angeles Field Office.

☐    For an accurate search of our records, please provide the complete name, alias, date and
place of birth for the subject of your request. Any other specific data you could provide
such as prior addresses, or employment information would also be helpful. If your
subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
notarized signature or, in place of a notarized signature, a declaration pursuant to Title
28, United States Code 1746. For your convenience, the reverse side of this letter
contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
your arrest record, please follow the enclosed instructions in Attorney General Order
556-73. You must submit fingerprint impressions so a comparison can be made with the
records kept by CJIS. This is to make sure your information is not released to an
unauthorized person.

⊠    We are searching the indices to our central records system at FBI Headquarters for the
information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the
FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

1

2    IN THE UNITED STATES DISTRICT COURT
     FOR THE CENTRAL DISTRICT OF CALIFORNIA

3    _____

4    ISLAMIC SHURA COUNCIL OF          )
     SOUTHERN CALIFORNIA; COUNCIL ON   )
5    AMERICAN ISLAMIC RELATIONS -      )
     CALIFORNIA; ISLAMIC CENTER OF SAN )
6    GABRIEL VALLEY; ISLAMIC CENTER OF )
     HAWTHORNE; WEST COAST ISLAMIC     )
7    CENTER; HUMAN ASSISTANCE AND      )
     DEVELOPMENT INTERNATIONAL, INC.;  )
8    MUZAMMIL SIDDIQI; SHAKEEL SYED;   )
     HUSSAM AYLOUSH; MOHAMMED          )
9    ABDUL ALEEM; and RAFE HUSAIN,     )
                                       )
10        Plaintiffs,                  )
                                       )
11                                     )
          v.                           )
12                                     )Civil Action No. SACV
                                       )07-1088 CJC (ANx)
13   FEDERAL BUREAU OF INVESTIGATION;  )
     and UNITED STATES DEPARTMENT OF   )
14   JUSTICE,                          )
                                       )
15        Defendants.                  )
     _____  )

16

17

18

19

20                    **EXHIBIT C**

21

22

23

24

25

26

27

28



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 1, 2007

MR RANJANA NATARAJAN
AMERICAN CIVIL LIBERITIES UNION
 FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

Request No.: 1071071- 000
Subject: SIDDIQI, MUZAMMIL

Dear Requester:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
     to the FBI. The FOIPA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and
     place of birth for the subject of your request. Any other specific data you could  provide
     such as prior  addresses, or employment information would also be helpful.  If your
     subject is deceased, please  include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
     notarized  signature or, in place of a notarized signature, a declaration pursuant to Title
     28, United States Code 1746.  For your convenience, the reverse side of this letter
     contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
     your arrest  record, please follow the enclosed instructions in Attorney General Order
     556-73.  You must submit fingerprint impressions so a comparison can be made  with the
     records kept by CJIS.  This is to make sure your information is not released to an
     unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the
     information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the
     FOIPA.  We will process your request(s) as soon as possible.

    Your request has been assigned the number indicated above.  Please use this number in all
correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 1, 2007

MR RANJANA NATARAJAN
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

Request No.: 1071079- 000
Subject: SYED, SHAKEEL

Dear Requester:

☒   This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
to the FBI. The FOIPA number listed above has been assigned to your request.

☐   For an accurate search of our records, please provide the complete name, alias, date and
place of birth for the subject of your request. Any other specific data you could provide
such as prior addresses, or employment information would also be helpful. If your
subject is deceased, please include date and proof of death.

☐   To make sure information about you is not released to someone else, we require your
notarized signature or, in place of a notarized signature, a declaration pursuant to Title
28, United States Code 1746. For your convenience, the reverse side of this letter
contains a form which may be used for this purpose.

☐   If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
your arrest record, please follow the enclosed instructions in Attorney General Order
556-73. You must submit fingerprint impressions so a comparison can be made with the
records kept by CJIS. This is to make sure your information is not released to an
unauthorized person.

☒   We are searching the indices to our central records system at FBI Headquarters for the
information you requested, and will inform you of the results as soon as possible.

☐   Processing delays have been caused by the large number of requests received by the
FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



**U.S. Department of Justice**



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 1, 2007

MR RANJANA NATARAJAN
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

Request No.:  1071082- 000
Subject:  AYLOUSH, HUSSAM

Dear Requester:

☒      This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐      For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐      To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐      If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒      We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐      Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 1, 2007

MR RANJANA NATARAJAN
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

Request No.: 1071083- 000
Subject: ALEEM, MOHAMMED ABDUL

Dear Requester:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
     to the FBI. The FOIPA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and
     place of birth for the subject of your request. Any other specific data you could provide
     such as prior addresses, or employment information would also be helpful. If your
     subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your
     notarized signature or, in place of a notarized signature, a declaration pursuant to Title
     28, United States Code 1746. For your convenience, the reverse side of this letter
     contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
     your arrest record, please follow the enclosed instructions in Attorney General Order
     556-73. You must submit fingerprint impressions so a comparison can be made with the
     records kept by CJIS. This is to make sure your information is not released to an
     unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the
     information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the
     FOIPA. We will process your request(s) as soon as possible.

    Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division





**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 1, 2007

MR RANJANA NATARAJAN
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

Request No.: 1071089- 000
Subject: HUSAIN, RAFE

Dear Requester:

☒   This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request
      to the FBI. The FOIPA number listed above has been assigned to your request.

☐   For an accurate search of our records, please provide the complete name, alias, date and
      place of birth for the subject of your request. Any other specific data you could provide
      such as prior addresses, or employment information would also be helpful. If your
      subject is deceased, please include date and proof of death.

☐   To make sure information about you is not released to someone else, we require your
      notarized signature or, in place of a notarized signature, a declaration pursuant to Title
      28, United States Code 1746. For your convenience, the reverse side of this letter
      contains a form which may be used for this purpose.

☐   If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for
      your arrest record, please follow the enclosed instructions in Attorney General Order
      556-73. You must submit fingerprint impressions so a comparison can be made with the
      records kept by CJIS. This is to make sure your information is not released to an
      unauthorized person.

☒   We are searching the indices to our central records system at FBI Headquarters for the
      information you requested, and will inform you of the results as soon as possible.

☐   Processing delays have been caused by the large number of requests received by the
      FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all
correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division