1

2      IN THE UNITED STATES DISTRICT COURT
       FOR THE CENTRAL DISTRICT OF CALIFORNIA
3

4   ISLAMIC SHURA COUNCIL OF                    )
    SOUTHERN CALIFORNIA; COUNCIL ON             )
5   AMERICAN ISLAMIC RELATIONS -                )
    CALIFORNIA; ISLAMIC CENTER OF SAN           )
6   GABRIEL VALLEY; ISLAMIC CENTER OF           )
    HAWTHORNE; WEST COAST ISLAMIC               )
7   CENTER; HUMAN ASSISTANCE AND                )
    DEVELOPMENT INTERNATIONAL, INC.;            )
8   MUZAMMIL SIDDIQI; SHAKEEL SYED;             )
    HUSSAM AYLOUSH; MOHAMMED                    )
9   ABDUL ALEEM; and RAFE HUSAIN,               )

10      Plaintiffs,                             )

11                                              )
             v.                                 )
12                                              )Civil Action No. SACV
                                                )07-1088 CJC (ANx)
13  FEDERAL BUREAU OF INVESTIGATION;            )
    and UNITED STATES DEPARTMENT OF             )
14  JUSTICE,                                    )

15      Defendants.                             )

16

17

18

19

20                    **EXHIBIT D**

21

22

23

24

25

26

27

28



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD                                    April 27, 2007
LOS ANGELES, CA 90026 5711

Request No.: 1049664- 000
Subject: ISLAMIC SHURA COUNCIL OF
SOUTHERN CALIFORNIA (THE)

Dear Requester:

This is in response to your Freedom of Information Acts (FOIA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD                                    April 27, 2007
LOS ANGELES, CA 90026 5711

Request No.: 1049666- 000
Subject: ISLAMIC CENTER OF SAN
.        GABRIEL VALLEY (THE)

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division        .

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify <u>any</u> information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04



U.S. Department of Justice

---

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD                         April 27, 2007
LOS ANGELES, CA 90026 5711


                                    Request No.: 1049667- 000
                                    Subject: ISLAMIC CENTER OF
                                             HAWTHORNE (THE)

Dear Requester:

       This is in response to your Freedom of Information-Privacy Acts (FOIA) request noted above.

       To promptly respond to requests, we concentrate on identifying main files in the Central Records
System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIA
request were located by a search of the automated indices.

       You may file an administrative appeal by writing to the Director, Office of Information and Privacy,
United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-
0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked
"Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your
request so that it may be easily identified.

       Enclosed for your information is a copy of the FBI File Fact Sheet.


                                    Sincerely yours,



                                    David M. Hardy
                                    Section Chief,
                                    Record/Information
                                     Dissemination Section
                                    Records Management Division


Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,**
**CHECK OUT OUR WEBSITE AT**
**http://www.fbi.gov**

3-23-04



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD                              April 27, 2007
LOS ANGELES, CA 90026 5711

Request No.: 1049669- 000
Subject: WEST COAST ISLAMIC CENTER
(THE)

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD                                  April 27, 2007
LOS ANGELES, CA 90026 5711

Request No.: 1049670- 000
Subject: HUMAN ASSISTANCE AND
DEVELOPMENT INTERNATIONAL, INC

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify __any__ information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERITIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD                          April 27, 2007
LOS ANGELES, CA 90026 5711

                                    Request No.: 1071071- 000
                                    Subject: SIDDIQI, MUZAMMIL

Dear Requester:

        This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

        To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

        You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

        Enclosed for your information is a copy of the FBI File Fact Sheet.

                                    Sincerely yours,

                                    David M. Hardy
                                    Section Chief,
                                    Record/Information
                                       Dissemination Section
                                    Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04



U.S. Department of Justice



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD                      April 27, 2007
LOS ANGELES, CA 90026 5711


Request No.: 1071079- 000
Subject: SYED, SHAKEEL

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division


Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States**.

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify <u>any</u> information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD                        April 27, 2007
LOS ANGELES, CA 90026 5711

                                 Request No.: 1071083- 000
                                 Subject: ALEEM, MOHAMMED ABDUL

Dear Requester:

        This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

        To promptly respond to requests, we concentrate on identifying main files in the Central Records
System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIPA
request were located by a search of the automated indices.

        You may file an administrative appeal by writing to the Director, Office of Information and Privacy,
United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-
0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked
"Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your
request so that it may be easily identified.

        Enclosed for your information is a copy of the FBI File Fact Sheet.

                                 Sincerely yours,

                                 David M. Hardy
                                 Section Chief,
                                 Record/Information
                                   Dissemination Section
                                 Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD                    April 27, 2007
LOS ANGELES, CA 90026 5711

                            Request No.: 1071089- 000
                            Subject: HUSAIN, RAFE

Dear Requester:

        This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

        To promptly respond to requests, we concentrate on identifying main files in the Central Records
System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIPA
request were located by a search of the automated indices.

        You may file an administrative appeal by writing to the Director, Office of Information and Privacy,
United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-
0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked
"Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your
request so that it may be easily identified.

        Enclosed for your information is a copy of the FBI File Fact Sheet.

                            Sincerely yours,

                            David M. Hardy
                            Section Chief,
                            Record/Information
                              Dissemination Section
                            Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify <u>any</u> information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04

1

2       IN THE UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA
3

4   ISLAMIC SHURA COUNCIL OF                    )
    SOUTHERN CALIFORNIA; COUNCIL ON             )
5   AMERICAN ISLAMIC RELATIONS -                )
    CALIFORNIA; ISLAMIC CENTER OF SAN           )
6   GABRIEL VALLEY; ISLAMIC CENTER OF           )
    HAWTHORNE; WEST COAST ISLAMIC               )
7   CENTER; HUMAN ASSISTANCE AND                )
    DEVELOPMENT INTERNATIONAL, INC.;            )
8   MUZAMMIL SIDDIQI; SHAKEEL SYED;             )
    HUSSAM AYLOUSH; MOHAMMED                    )
9   ABDUL ALEEM; and RAFE HUSAIN,               )
                                                )
10       Plaintiffs,                            )
                                                )
11                                              )
         v.                                     )
12                                              )Civil Action No. SACV
                                                )07-1088 CJC (ANx)
13  FEDERAL BUREAU OF INVESTIGATION;            )
    and UNITED STATES DEPARTMENT OF             )
14  JUSTICE,                                    )
                                                )
15       Defendants.                            )
                                                )
16

17

18

19

20                    **<u>EXHIBIT E</u>**

21

22

23

24

25

26

27

28



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 09, 2007

ESQ RANJANA ACLU/NATARAJAN
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD

Request No: 1049665-000
Subject: COUNCIL ON AMERICAN
  ISLAMIC RELATIONS (THE)

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is in the "perfected backlog", where your request is waiting assignment to an analyst. Requests in the backlog are divided into three groups, small (<500 pages), medium (501-2499 pages), and large (2500> pages). Large requests take the longest time to be assigned an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

1

2                              IN THE UNITED STATES DISTRICT COURT
                              FOR THE CENTRAL DISTRICT OF CALIFORNIA
3

4    ISLAMIC SHURA COUNCIL OF                    )
     SOUTHERN CALIFORNIA; COUNCIL ON             )
5    AMERICAN ISLAMIC RELATIONS -                )
     CALIFORNIA; ISLAMIC CENTER OF SAN           )
6    GABRIEL VALLEY; ISLAMIC CENTER OF           )
     HAWTHORNE; WEST COAST ISLAMIC               )
7    CENTER; HUMAN ASSISTANCE AND                )
     DEVELOPMENT INTERNATIONAL, INC.;            )
8    MUZAMMIL SIDDIQI; SHAKEEL SYED;             )
     HUSSAM AYLOUSH; MOHAMMED                    )
9    ABDUL ALEEM; and RAFE HUSAIN,               )
                                                 )
10        Plaintiffs,                            )

11                                               )
               v.                                )
12                                               )Civil Action No. SACV
                                                 )07-1088 CJC (ANx)
13   FEDERAL BUREAU OF INVESTIGATION;            )
     and UNITED STATES DEPARTMENT OF             )
14   JUSTICE,                                    )
                                                 )
15        Defendants.                            )
                                                 )
16

17

18

19

20                                **EXHIBIT F**

21

22

23

24

25

26

27

28



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 30, 2007

MR RANJANA NATARAJAN
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026

Request No: 1071082-000
Subject: AYLOUSH, HUSSAM

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of
Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently
your request is being reviewed by an analyst. The analyst will confirm that all records are responsive
to your request and apply exemptions allowed under FOIPA. If your request is for sensitive national
security information, then the records must undergo a systematic declassification review prior to
application of FOIPA exemptions. Large requests take the longest time to be processed by an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public
Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

1

2                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE CENTRAL DISTRICT OF CALIFORNIA
3
    ─────────────────────────────────────
4   ISLAMIC SHURA COUNCIL OF                     )
    SOUTHERN CALIFORNIA; COUNCIL ON              )
5   AMERICAN ISLAMIC RELATIONS -                 )
    CALIFORNIA; ISLAMIC CENTER OF SAN            )
6   GABRIEL VALLEY; ISLAMIC CENTER OF            )
    HAWTHORNE; WEST COAST ISLAMIC                )
7   CENTER; HUMAN ASSISTANCE AND                 )
    DEVELOPMENT INTERNATIONAL, INC.;             )
8   MUZAMMIL SIDDIQI; SHAKEEL SYED;              )
    HUSSAM AYLOUSH; MOHAMMED                     )
9   ABDUL ALEEM; and RAFE HUSAIN,                )
                                                 )
10       Plaintiffs,                             )
                                                 )
11                                               )
              v.                                 )
12                                               )Civil Action No. SACV
                                                 )07-1088 CJC (ANx)
13  FEDERAL BUREAU OF INVESTIGATION;             )
    and UNITED STATES DEPARTMENT OF              )
14  JUSTICE,                                     )
                                                 )
15       Defendants.                             )
                                                 )
    ─────────────────────────────────────
16

17

18

19

20                          **EXHIBIT G**

21

22

23

24

25

26

27

28



AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA

**16**16 BEVERLY BOULEVARD LOS ANGELES CA 90026-5711 T 213 977 9500 F: 213 250 3919 WWW.ACLU-SC.ORG

**President**
Isabelle R Gunning

**Vice-Presidents**
Antonio Brown
Carrie Hempel
Alan Toy

**Secretary**
Anne Richardson

**Treasurer**
James Gilliam Jr.

**Affirmative Action Officer**
Shelan Joseph

**National Board Representative**
David Cruz

**ACLU/ACLU FOUNDATION**

**Chief Executive Officer**
Ramona Ripston

**Chief Operating Officer**
Heather Carrigan

**Communications Director**
Celeste Durant

**Development Director**
Lindsay Rachelefsky

**Director of Finance & Administration**
Brenda Mautl

**Director of Investments & Gift Planning**
Harold Gunn

**Legal Director**
Mark D Rosenbaum

**Managing Attorney & Manheim Family Attorney for First Amendment Rights**
Peter J Eliasberg

**Director of Program Support**
Elizabeth Schroeder

## VIA FACSIMILE & U.S. MAIL

June 7, 2007

Director
Office of Information & Privacy
United States Department of Justice
1425 New York Ave., NW
Suite 11050
Washington, DC 20530-0001
Facsimile No.: (202) 514-1009

Re:   The Islamic Shura Council of Southern California (Request No. 1049664-000)
      •The Council on American Islamic Relations (Request No. 1049665-000)
      •The Islamic Center of San Gabriel Valley (Request No. 1049666-000)
      •The Islamic Center of Hawthorne (Request No. 1049667-000)
      : The West Coast Islamic Center (Request No. 1049669-000)
      ¿ › Human Assistance and Development International, Inc. (Request No. 1049670-000)
      ‡ ⋅ Muzammil Siddiqi (Request No. 1071071-000).
      ⁷ •Shakeel Syed (Request No. 1071079-000).
      •Hussam Ayloush (Request No. 1071082-000).
      ›Mohammad Abdul Aleem (Request No. 1071083-000) ⋅
      ⋅ Rafe Husain (Request No. 1071089-000)
      ⸝ ⸳.Yasser Amam (Request No. 1071090-000)

Dear Madam or Sir:

I am writing in response to your letters of April 27, 2007, May 10, 2007 and May 30, 2007 regarding the above-referenced FOIA requests made in May 2006. This is written in furtherance of my written appeal of the FOIA request, originally submitted on July 14, 2006.

First, with regard to the FBI's responses that it has searched the Central Records Service and found no responsive records with respect to eleven requestors, I believe that this database search was not adequate under the FOIA, and that all other databases and offices that may have responsive records should have been searched as well. Second, with regard to the FBI's responses regarding requestors CAIR and Hussam Ayloush, these responses are untimely under the FOIA, and responsive records should be disclosed promptly, with only those exempt records redacted and exemptions claimed in accordance with the FOIA.



Office of Information and Privacy
U.S. Department of Justice
June 5, 2007
Page 2

Finally, since I have previously appealed the FOIA request dated May 16, 2006 on July 14, 2006,
I believe that the above issues are encompassed within that appeal, and that no further
administrative appeal is necessary or appropriate. Therefore, in considering my original appeal,
please include the issues enumerated above.

I believe we have exhausted all administrative remedies. I look forward to a prompt response in
hopes of avoiding litigation. Please call me at (213) 977-5236 to discuss this matter.

Sincerely,

RNatarajan

Ranjana Natarajan

1

2          IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4   ISLAMIC SHURA COUNCIL OF                    )
    SOUTHERN CALIFORNIA; COUNCIL ON             )
5   AMERICAN ISLAMIC RELATIONS -                )
    CALIFORNIA; ISLAMIC CENTER OF SAN           )
6   GABRIEL VALLEY; ISLAMIC CENTER OF           )
    HAWTHORNE; WEST COAST ISLAMIC               )
7   CENTER; HUMAN ASSISTANCE AND                )
    DEVELOPMENT INTERNATIONAL, INC.;            )
8   MUZAMMIL SIDDIQI; SHAKEEL SYED;             )
    HUSSAM AYLOUSH; MOHAMMED                    )
9   ABDUL ALEEM; and RAFE HUSAIN,               )
                                                )
10       Plaintiffs,                            )
                                                )
11                                              )
              v.                                )
12                                              )Civil Action No. SACV
                                                )07-1088 CJC (ANx)
13  FEDERAL BUREAU OF INVESTIGATION;            )
    and UNITED STATES DEPARTMENT OF             )
14  JUSTICE,                                    )
                                                )
15       Defendants.                            )
                                                )
16

17

18

19

20                    **<u>EXHIBIT H</u>**

21

22

23

24

25

26

27

28



MR. RANJANA NATARAJAN
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

June 13, 2007

Subject: AYLOUSH, HUSSAM

FOIPA No. 1071082- 000

Dear Requester:

     The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|  | Section 552 |  |  | Section 552a |
|---|---|---|---|---|
| ☐(b)(1) | | ☐(b)(7)(A) | | ☐(d)(5) |
| ☒(b)(2) | | ☐(b)(7)(B) | | ☒(j)(2) |
| ☐(b)(3)_____ | | ☒(b)(7)(C) | | ☐(k)(1) |
| _____ | | ☐(b)(7)(D) | | ☐(k)(2) |
| _____ | | ☐(b)(7)(E) | | ☐(k)(3) |
| _____ | | ☐(b)(7)(F) | | ☐(k)(4) |
| ☐(b)(4) | | ☐(b)(8) | | ☐(k)(5) |
| ☐(b)(5) | | ☐(b)(9) | | ☐(k)(6) |
| ☒(b)(6) | | | | ☐(k)(7) |

3 **page(s)** were reviewed and 3 **page(s)** are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐  referred to the OGA for review and direct response to you.

    ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

□ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

□ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

1

2          IN THE UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA

3 ───────────────────────────────────

4 ISLAMIC SHURA COUNCIL OF )
SOUTHERN CALIFORNIA; COUNCIL ON )
5 AMERICAN ISLAMIC RELATIONS - )
CALIFORNIA; ISLAMIC CENTER OF SAN )
6 GABRIEL VALLEY; ISLAMIC CENTER OF )
HAWTHORNE; WEST COAST ISLAMIC )
7 CENTER; HUMAN ASSISTANCE AND )
DEVELOPMENT INTERNATIONAL, INC.; )
8 MUZAMMIL SIDDIQI; SHAKEEL SYED; )
HUSSAM AYLOUSH; MOHAMMED )
9 ABDUL ALEEM; and RAFE HUSAIN, )

10      Plaintiffs, )

11 )

         v. )

12 )Civil Action No. SACV
)07-1088 CJC (ANx)
13 FEDERAL BUREAU OF INVESTIGATION; )
and UNITED STATES DEPARTMENT OF )
14 JUSTICE, )

15      Defendants. )

16 ───────────────────────────────────

17

18

19

20 **<u>EXHIBIT I</u>**

21

22

23

24

25

26

27

28



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

June 14, 2007

Subject: COUNCIL ON AMERICAN ISLAMIC RELATIONS

FOIPA No. 1049665- 000

Dear Requester:

    The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | Section 552a | |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

1 **page(s) were reviewed and 1 page(s) are being released.**

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

   ☐  referred to the OGA for review and direct response to you.

   ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s).

If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

□ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)    (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)    related solely to the internal personnel rules and practices of an agency;

(b)(3)    specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)    trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)    inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)    personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)    records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)    contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)    geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)    information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)    material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)    information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)    investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)    material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)    required by statute to be maintained and used solely as statistical records;

(k)(5)    investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)    testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)    material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

1

2         IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
3

4    ISLAMIC SHURA COUNCIL OF                    )
     SOUTHERN CALIFORNIA; COUNCIL ON             )
5    AMERICAN ISLAMIC RELATIONS -                )
     CALIFORNIA; ISLAMIC CENTER OF SAN           )
6    GABRIEL VALLEY; ISLAMIC CENTER OF           )
     HAWTHORNE; WEST COAST ISLAMIC               )
7    CENTER; HUMAN ASSISTANCE AND                )
     DEVELOPMENT INTERNATIONAL, INC.;            )
8    MUZAMMIL SIDDIQI; SHAKEEL SYED;             )
     HUSSAM AYLOUSH; MOHAMMED                    )
9    ABDUL ALEEM; and RAFE HUSAIN,               )
                                                 )
10        Plaintiffs,                            )
                                                 )
11                                               )
              v.                                 )
12                                               )Civil Action No. SACV
                                                 )07-1088 CJC (ANx)
13   FEDERAL BUREAU OF INVESTIGATION;            )
     and UNITED STATES DEPARTMENT OF             )
14   JUSTICE,                                    )
                                                 )
15        Defendants.                            )
                                                 )
16

17

18

19

20                    **EXHIBIT J**

21

22

23

24

25

26

27

28



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                     *Washington, D.C. 20530*

**JUL 1 6 2007**

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026-5711

Re: Request No. 1049664-The Islamic Shura Council of Southern California

Dear Ms. Natarajan:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 07-1922. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

CR.1



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                              _Washington, D.C. 20530_

**JUL 1 6 2007**

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA  90026-5711

Re:  Request No. 1049665-The Council on American Islamic Relations

Dear Ms. Natarajan:

This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on June 13, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt.  Your appeal has been assigned number
**07-1923.**  Please mention this number in any future correspondence to this Office regarding this
matter.

We will notify you of the decision on your appeal as soon as we can.  We regret the
necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

 **U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_     _Washington, D.C 20530_

**JUL 1 6 2007**

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026-5711

Re: Request No. 1049666-The Islamic Center of San Gabriel Valley

Dear Ms. Natarajan:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-1924**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

Ms. Ranjana Natarajan                                    **JUL 1 6 2007**
ACLU of Southern California
1616 Beverly Buolevard
Los Angeles, CA 90026-5711

      Re:  Request No. 1049667-The Islamic Center of Hawthorne

Dear Ms. Natarajan:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-1925**. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                    Sincerely,

                    Priscilla Jones
                    Supervisory Administrative Specialist

**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                               _Washington, D.C. 20530_


**JUL 1 6 2007**

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA  90026-5711

      Re:  Request No. 1049669-The West Coast Islamic Center

Dear Ms. Natarajan:

      This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on June 13, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt.  Your appeal has been assigned number
**07-1926.**  Please mention this number in any future correspondence to this Office regarding this
matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the
necessity of this delay and appreciate your continued patience.

                   Sincerely,

                   Priscilla Jones
                   Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                        _Washington, D.C. 20530_

JUL 1 6 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026-5711

            Re:  Request No. 1049670-Human Assistance and Development International, Inc.

Dear Ms. Natarajan:

        This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on June 13, 2007.

        The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt.  Your appeal has been assigned number
**07-1927.**  Please mention this number in any future correspondence to this Office regarding this
matter.

        We will notify you of the decision on your appeal as soon as we can.  We regret the
necessity of this delay and appreciate your continued patience.

                                        Sincerely,

                                        Priscilla Jones
                                        Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**JUL 1 6 2007**

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026-5711

Re: Request No. 1071071-Muzammil Siddiqi

Dear Ms. Natarajan:

This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on June 13, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt. Your appeal has been assigned number
**07-1928**. Please mention this number in any future correspondence to this Office regarding this
matter.

We will notify you of the decision on your appeal as soon as we can. We regret the
necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*


**JUL 1 0 2007**

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026-5711

     Re: Request No. 1071079-Shakeel Syed

Dear Ms. Natarajan:

     This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on June 13, 2007.

     The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt. Your appeal has been assigned number
**07-1929**. Please mention this number in any future correspondence to this Office regarding this
matter.

     We will notify you of the decision on your appeal as soon as we can. We regret the
necessity of this delay and appreciate your continued patience.

                       Sincerely,

                       Priscilla Jones
                       Supervisory Administrative Specialist

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

JUL 1 6 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA  90026-5711

      Re:  Request No. 1071082-Hussam Ayloush

Dear Ms. Natarajan:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **07-1930**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                  Sincerely,

                  Priscilla Jones
                  Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**JUL 1 6 2007**

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026-5711

Re: Request No. 1071083-Mohammad Abdul Aleem

Dear Ms. Natarajan:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-1931**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**JUL 1 6 2007**

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026-5711

     Re: Request No. 1071089-Rafe Husain

Dear Ms. Natarajan:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-1932**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                  Sincerely,

                  Priscilla Jones
                  Supervisory Administrative Specialist