EXHIBIT O FILED UNDER SEAL