JEFFREY S. BUCHHOLTZ
Acting Assistant Attorney General
ELIZABETH J. SHAPRIO
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; and RAFE HUSAIN, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> DEFENDANTS' EX PARTE APPLICATION FOR PERMISSION TO FILE A BRIEF EXCEEDING THE 25-PAGE LIMIT; AND DECLARATION OF MARCIA K. SOWLES <br><br> DATE: September 8, 2008 <br> TIME: 1:30 P.M. <br> JUDGE : Hon. Cormac J. Carney |

Simultaneous with this ex parte application, defendants United States Department of Justice and Federal Bureau of Investigation will lodge its Memorandum in Support of Defendants' Motion for Summary Judgment, the hearing on which is scheduled to occur before this Honorable Court on September 8, 2008 at 1:30 p.m. The brief is 39 pages in length. An extension of the page

limit is required because of the number of claims and defenses raised in this action. This is an action filed by the plaintiffs under the Freedom of Information Act, 5 U.S.C. § 552. Defendants have asserted six different exemptions to support the withholding of portions of 124 pages of documents. Specifically, defendants have asserted exemption 1, 2, 6, 7(C), 7(D) and 7(E). See Declaration of David M. Hardy. Plaintiffs have also challenged the adequacy of the search. In addition to addressing the merits of the claims raised by plaintiffs, defendants have raised the defenses of failure to exhaust administrative remedies and mootness as to certain claims. In order to adequately address all of these issues, defendants request permission to file a brief which exceeds the 25 page limit under Local Rule 11-6.

This application is submitted pursuant to Local Rule 7-19, Local Rules of the Court, Central District of California, and is based on the attached declaration of Marcia K. Sowles, the files and pleadings in this case.

## NOTICE TO COUNSEL OF INTENTION TO FILE EX PARTE APPLICATION

On March 19, 2008, defendants' counsel, Marcia K. Sowles, communicated by email with plaintiffs' counsel, Tasneem Dohawala, explaining defendants' need to file an over-sized brief and plaintiffs' counsel indicated that they do not oppose the ex parte application.

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule 11-6 of the Local Rules for the Central District of California provides as follows:

> No memorandum of points and authorities, pre-trial brief, trial brief, or post-trial brief shall exceed 25 pages in length, excluding indices and exhibits, unless permitted by order of the judge.

The bases for defendants' request for permission to file a brief exceeding the 25-page limit under Local Rule 11-6 are contained in the Declaration of Marcia K. Sowles. Defendants refer to and incorporates by reference the Ford Decl. As if

fully restated here.

    Defendants respectfully request permission to file an over-sized brief, not to exceed 39 pages. A proposed order is filed.

DATED:

                                    Respectfully Submitted,

                                    JEFFREY S. BUCHHOLTZ
                                  Acting Assistant Attorney General

                                  ELIZABETH J. SHAPIRO
                                  Assistant Branch Director

                                  _S/Marcia K. Sowles_
                                  MARCIA K. SOWLES
                                  DC Bar No. 369455
                                  Senior Counsel
                                  United States Department of Justice
                                  Civil Division
                                  Federal Programs Branch
                                  P.O. Box 883
                                  Washington, D.C. 20044
                                  Tel.: (202) 514-4960
                                  Fax: (202) 616-8470
                                  E-mail: marcia.sowles@usdoj.gov

                                  Attorneys for Defendants

## DECLARATION OF MARCIA K. SOWLES

I, Marcia K. Sowles, declare as follows:

1. I am a Senior Counsel in the Federal Programs Branch, Civil Division, United States Department of Justice, in Washington, D.C. I am the attorney assigned to defend the Department of Justice and the Federal Bureau of Investigation in the civil action entitled "<u>Islamic Shura of Southern California, et al. v. Federal Bureau of Investigations, et al.</u>, No. SACV07-1088 CJS (Anx)." I make this declaration in support of defendants' *ex parte* application to file a brief exceeding the 25 page limit, pursuant to Local Rule 7-19.

2. Simultaneous with this *ex parte* application, defendants will lodge its Memorandum in Support of Defendants' Motion for Summary Judgment, the hearing of which is scheduled to occur before this Honorable Court on September 8, 2008, at 1:30 p.m. The brief is 39 pages in length.

3. This extension of the page limit is required because of the number of claims and defenses raised in this action. This is an action filed by the plaintiffs under the Freedom of Information Act, 5 U.S.C. § 552. The defendants have asserted six different exemptions to support the withholding of portions of 124 pages of documents. Specifically, defendants have asserted exemption 1, 2, 6, 7(C), 7(D) and 7(E). Plaintiffs have also challenged the adequacy of the search. In addition to addressing the merits of the claims raised by plaintiffs, defendants have raised the defenses of failure to exhaust administrative remedies and mootness as to certain claims. In order to adequately address all of these issues, an extension of the page limit is required.

4. On March 19, 2008, defendants' counsel, Marcia K. Sowles, spoke with plaintiffs' counsel, Tasneem Dohadwala, explaining defendants' need to file an over-sized brief and plaintiffs' counsel indicated that they do not oppose the ex parte application.

I declare under penalty of perjury under the laws of the United States of

1 | America that the foregoing is true and correct.
2 |     Executed on March 21, 2008, at Washington, D.C.

*Marcia K. Sowles*
MARCIA K. SOWLES