JEFFREY S. BUCHHOLTZ
Acting Assistant Attorney General
ELIZABETH J. SHAPRIO
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER TO FILE EXHIBIT UNDER SEAL; <br><br> [ Hon. Cormac J. Carney] |

Defendants United States Department of Justice and the Federal Bureau of Investigation apply pursuant to Local Rules 79-5.1 and 7-19, for an <u>ex parte</u> order to file Exhibit O to the Declaration of David M. Hardy under seal. The declaration was filed in support of defendants' Motion for Summary Judgment. Exhibit O consists of the documents produced by defendants to plaintiffs in response to their request under the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, for documents relating to themselves. Five of the plaintiffs

are individuals as defined by the Privacy Act, 5 U.S.C. § 552a(2).[1] Because of the nature of their request, the documents contain personal information about these individuals. That information is protected from disclosure to the public by the Privacy Act. 5 U.S.C. § 552a(b). The defendants, therefore, request that Exhibit O be filed under seal. A proposed Order is submitted with this request.

This ex parte application is submitted pursuant to Local Rules 7-19 and 79-5.1, Local Rules of the Court, Central District of California, and is based on the attached declaration of Marcia K. Sowles, the files and pleadings in this case.

On March 21, 2008, defendants' counsel, Marcia K. Sowles, contacted plaintiffs' counsel, Tasneem Dohawala, regarding this matter and she had no objection to placing the exhibit under seal.

Respectfully Submitted,

JEFFREY S. BUCHHOLTZ
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Branch Director

 s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O Box 883
Washington, D.C. 20044
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail: marcia.sowles@usdoj.gov

Attorneys for Defendants

---

[1] The term "individual" under the Privacy Act is defined as "a citizen of the United States or an alien lawfully admitted for permanent residence" 5 U.S.C. § 552a(a)(2). The declaration was filed in support of Defendants' Motion for Summary Judgment.

## DECLARATION OF MARCIA K. SOWLES

I, Marcia K. Sowles, declare as follows:

1. I am Senior Counsel in the Federal Programs Branch, Civil Division, U.S. Department of Justice in Washington, D.C. I am the attorney assigned to defend the Department of Justice and the Federal Bureau of Investigation in the civil action entitled "Islamic Shura Counsel of Southern California, et al. v. Federal Bureau of Investigations, et al., No. SACV07-1088 CJS (Anx)." I make this declaration in support of defendants' ex parte application to file Exhibit O to the Declaration of David M. Hardy under seal. The declaration of Mr. Hardy was file in support of defendants' motion for summary judgment.

2. This application to file Exhibit O under seal is required to protect personal information of the five individual plaintiffs. Exhibit O consists of the documents produced by defendants to plaintiffs in response to their request under the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, for documents relating to themselves. Five of the plaintiffs are individuals as defined by the Privacy Act, 5 U.S.C. § 552a(2). Because of the nature of their request, the documents contain personal information about these individuals. That information is protected from disclosure to the public by the Privacy Act. 5 U.S.C. § 552a(b).

3. On March 21, 2008, defendants' counsel, Marcia K. Sowles, contacted plaintiffs' counsel, Tasneem Dohadwala, regarding the application, and she had no objection to placing Exhibit O under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2008, at Washington, D.C.


MARCIA K. SOWLES