# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Islamic Shura Council of Southern California, et al.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Federal Bureau of Investigation and U.S. Department of Justice.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SA CV07-1088CJC<br><br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Exhibit O to Declaration of David M. Hardy Filed in Support of Defendants' Motion of Summary Judgment

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☐ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

3/21/08
Date

Marcia K Sowles
Attorney Name

Defendants
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                                    NOTICE OF MANUAL FILING