JEFFREY S. BUCHHOLTZ
Acting Assistant Attorney General
ELIZABETH J. SHAPRIO
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants



LODGED



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> [PROPOSED] ORDER SEALING <br><br> [ Hon. Cormac J. Carney] |

Upon ex parte application of defendants United States Department of Justice and the Federal Bureau of Investigation, IT IS HEREBY ORDERED THAT the document entitled "Exhibit O to the Declaration of David M. Hardy" shall be filed under seal.

DATED: March 26, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ELIZABETH SHAPIRO
Assistant Director
Federal Programs Branch


s/Marcia K.Sowles
MARCIA K. SOWLES, D.C. Bar No. 396455
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-4960
Fax: (202) 616-8470

Attorneys for Defendants