RANJANA NATARAJAN, SBN 230149
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone: (213) 977-9500 x236
Facsimile: (213) 250-3980
rnatarajan@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tasneem.dohadwala@probonolaw.com

Attorneys for Plaintiffs

GREGORY G. KATSAS
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
MARCIA K. SOWLES, D.C. Bar No. 369455
Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470
marcia.sowles@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | Case No: SA CV07-01088-CJC (ANx) <br><br> JOINT STIPULATION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE |

THE PARTIES THROUGH COUNSEL HEREBY STIPULATE AND AGREE:

1. On March 12, 2008, the parties stipulated to a schedule for the filing of cross-summary judgment motions, which the Court ordered on March 14, 2008.

2. In accordance with the March 14, 2008 order, on March 21, 2008, Defendants filed and served a motion for summary judgment. Along with that motion, Defendants produced 124 pages of records responsive to Plaintiffs' FOIA requests, of which 4 pages had been produced previously prior to commencement of suit.

3. Based upon the 124-page production, the parties through counsel have engaged and are continuing to engage in negotiations in order to resolve and eliminate some issues from the parties' summary judgment motions. In light of such negotiations, which are expected to conclude on or about May 30, 2008, the parties have agreed to modify the motion schedule as set forth below.

4. The parties agree that:

a) Plaintiffs will file their Opposition to Defendants' Summary Judgment Motion and Cross-Motion for Summary Judgment on or before August 1, 2008;

b) Defendants will file their Reply Supporting Defendants' Summary Judgment Motion and Opposition to Plaintiffs' Cross-Motion for Summary Judgment on September 12, 2008; and

c) Plaintiffs will file a Reply Supporting Plaintiffs' Cross-Motion for Summary Judgment on October 24, 2008.

Respectfully submitted,

*[signature]*

TASNEEM DOHADWALA, SBN 218067
300 South Grand Avenue
34th Floor
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 621-5687

Attorneys for Plaintiffs


ELIZABETH SHAPIRO
Assistant Director, Federal Programs Branch

*[signature]*

MARCIA K. SOWLES, D.C. Bar No. 396455
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7114
Washington, D.C. 20530
Tel: (202) 514-4960
Fax: (202) 616-8470

Attorneys for Defendants

504823-Los Angeles Server 1A - MSW