1 | RANJANA NATARAJAN, SBN 230149
2 | MARK ROSENBAUM, SBN 59940
    ACLU Foundation of Southern California
    1616 Beverly Boulevard
3 | Los Angeles, CA 90026
    Telephone: (213) 977-9500 x236
4 | Facsimile: (213) 250-3980
    rnatarajan@aclu-sc.org
5 |
    TASNEEM DOHADWALA, SBN 218067
6 | JEREMY ROSS, SBN 244529
    300 South Grand Ave., Suite 3400
7 | Los Angeles, CA 90071-3144
    Telephone: (213) 687-5627
8 | Facsimile: (213) 621-5627
    tdohadwa@probonolaw.com
9 | jeross@probonolaw.com

10 | Attorneys for Plaintiffs

11 | GREGORY G. KATSAS
    Acting Assistant Attorney General
12 | ELIZABETH J. SHAPIRO
    MARCIA K. SOWLES, D.C. Bar No. 369455
13 | Department of Justice, Civil Division
    Federal Programs Branch
14 | P.O. Box 883
    Washington, D.C. 20530
15 | Telephone: (202) 514-4960
    Facsimile: (202) 514-8470
16 | marcia.sowles@usdoj.gov

17 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., | Case No: SA CV07-01088-CJC (ANx) |
|---|---|
| Plaintiffs, | |
| v. | [PROPOSED] ORDER RE: AMENDED SUMMARY JUDGMENT BRIEFING SCHEDULE |
| FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE | |
| Defendants. | |

1  The Court having considered the parties' Joint Stipulation to Amend Summary Judgment Briefing Schedule,

2  IT IS HEREBY ORDERED that the briefing schedule for summary judgment motions be amended as follows:

a) Plaintiffs will file their Opposition to Defendants' Summary Judgment Motion and Cross-Motion for Summary Judgment on or before August 1, 2008;

b) Defendants will file their Reply Supporting Defendants' Summary Judgment Motion and Opposition to Plaintiffs' Cross-Motion for Summary Judgment on September 12, 2008; and

c) Plaintiffs will file a Reply Supporting Plaintiffs' Cross-Motion for Summary Judgment on October 24, 2008.

DATED: May __, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

s/Tasneem Dohadwala
TASNEEM DOHADWALA, SBN 218067
300 South Grand Avenue
34th Floor
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 621-5687
tasneem.dohadwala@probonolaw.com

Attorneys for Plaintiffs

1