RANJANA NATARAJAN, SBN 230149
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone: (213) 977-9500 x236
Facsimile: (213) 250-3980
rnatarajan@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
JEREMY ROSS, SBN 244529
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tdohadwa@probonolaw.com
jeross@probonolaw.com

Attorneys for Plaintiffs

GREGORY G. KATSAS
Acting Assistant Attorney General
ELIZABETH J. SHAPIRO
MARCIA K. SOWLES, D.C. Bar No. 369455
Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470
marcia.sowles@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | Case No: SA CV07-01088-CJC (ANx) <br><br> [~~PROPOSED~~] ORDER RE: AMENDED SUMMARY JUDGMENT BRIEFING SCHEDULE |

1. The Court having considered the parties' Joint Stipulation to Amend Summary Judgment Briefing Schedule,

IT IS HEREBY ORDERED that the briefing schedule for summary judgment motions be amended as follows:

a) Plaintiffs will file their Opposition to Defendants' Summary Judgment Motion and Cross-Motion for Summary Judgment on or before August 1, 2008;

b) Defendants will file their Reply Supporting Defendants' Summary Judgment Motion and Opposition to Plaintiffs' Cross-Motion for Summary Judgment on September 12, 2008; and

c) Plaintiffs will file a Reply Supporting Plaintiffs' Cross-Motion for Summary Judgment on October 24, 2008.

DATED: May 7, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

s/Tasneem Dohadwala
TASNEEM DOHADWALA, SBN 218067
300 South Grand Avenue
34th Floor
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 621-5687
tasneem.dohadwala@probonolaw.com

Attorneys for Plaintiffs