# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **ISLAMIC CHURA COUNCIL OF SOUTHERN CALIFORNIA, et al,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION, et al,**<br><br>**Defendants.** | **CASE NO. SACV 07-01088-CJC(ANx)**<br><br>**SCHEDULING ORDER** |

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

[1] All discovery, including discovery motions, shall be completed by October 10, 2008. Discovery motions must be filed and heard prior to this date.

[2] The parties shall have until December 12, 2008 to file all other motions, including motions to join or amend the pleadings.

[3] A Pretrial Conference will be held on **Monday, January 12, 2009 at 3:30 p.m.** Full compliance with Local Rule 16 is required.

[4]  The court trial of the case shall begin on **Tuesday, January 20, 2009 at 9:00 a.m.**

**IT IS SO ORDERED**.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

DATED: May 16, 2008

_____

CORMAC J. CARNEY
United States District Judge

- 2 -