RANJANA NATARAJAN, SBN 230149
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone: (213) 977-9500 x236
Facsimile: (213) 250-3980
rnatarajan@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tasneem.dohadwala@probonolaw.com

Attorneys for Plaintiffs

GREGORY G. KATSAS
Assistant Attorney General
ELIZABETH J. SHAPIRO
MARCIA K. SOWLES, D.C. Bar No. 369455
Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470
marcia.sowles@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants. | Case No: SA CV07-01088-CJC (ANx)<br><br><br><br>JOINT STIPULATION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE |

1       THE PARTIES THROUGH COUNSEL HEREBY STIPULATE AND
2 AGREE:
3       1. On March 12, 2008, the parties stipulated to a schedule for the filing of
4 cross-summary judgment motions, which the Court ordered on March 14, 2008.
5       2. In accordance with the March 14, 2008 order, on March 21, 2008,
6 Defendants filed and served a motion for summary judgment. Along with that
7 motion, Defendants produced 124 pages of records responsive to Plaintiffs' FOIA
8 requests, of which 4 pages had been produced previously prior to commencement of
9 suit.
10       3. The parties through counsel have engaged and are continuing to engage in
11 negotiations in order to resolve and eliminate issues from the parties' summary
12 judgment motions.
13       4. The FBI is processing and intends to produce certain additional documents
14 responsive to Plaintiffs' FOIA requests.
15       5. In light of the ongoing negotiations and anticipated production of
16 documents, the parties have agreed to modify the motion schedule as set forth below.
17       6. The parties agree that the issues remaining to be resolved are inappropriate
18 for trial, and any issues remaining after negotiations are completed will be better
19 resolved through summary judgment motions.
20       7. The parties respectfully request that the Court's Scheduling Order dated
21 May 16, 2008 be vacated in light of the proposed motion schedule set forth below.
22       8. The parties agree that:
23       a) Plaintiffs will file their Opposition to Defendants' Summary Judgment
24           Motion and Cross-Motion for Summary Judgment on or before October 31,
25           2008;
26
27
28

1

b) Defendants will file their Reply Supporting Defendants' Summary Judgment Motion and Opposition to Plaintiffs' Cross-Motion for Summary Judgment on December 19, 2008; and

c) Plaintiffs will file a Reply Supporting Plaintiffs' Cross-Motion for Summary Judgment on January 30, 2009.

Respectfully submitted,

DATED: July 22, 2008

TASNEEM DOHADWALA, SBN 218067
300 South Grand Avenue, 34th Floor
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 621-5687

Attorneys for Plaintiffs

DATED: July 22, 2008

ELIZABETH SHAPIRO
Assistant Director, Federal Programs Branch

MARCIA K. SOWLES, D.C. Bar No. 396455
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 7114
Washington, D.C. 20530
Tel: (202) 514-4960
Fax: (202) 616-8470

Attorneys for Defendants