```
 1  RANJANA NATARAJAN, SBN 230149
    MARK ROSENBAUM, SBN 59940
 2  ACLU Foundation of Southern California
    1616 Beverly Boulevard
 3  Los Angeles, CA 90026
    Telephone: (213) 977-9500 x236
 4  Facsimile: (213) 250-3980
    rnatarajan@aclu-sc.org
 5
    TASNEEM DOHADWALA, SBN 218067
 6  300 South Grand Ave., Suite 3400
    Los Angeles, CA 90071-3144
 7  Telephone: (213) 687-5627
    Facsimile: (213) 621-5627
 8  tdohadwa@probonolaw.com

 9  Attorneys for Plaintiffs

10  GREGORY G. KATSAS
    Assistant Attorney General
11  ELIZABETH J. SHAPIRO
    MARCIA K. SOWLES, D.C. Bar No. 369455
12  Department of Justice, Civil Division
    Federal Programs Branch
13  P.O. Box 883
    Washington, D.C. 20530
14  Telephone: (202) 514-4960
    Facsimile: (202) 514-8470
15  marcia.sowles@usdoj.gov

16  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., | Case No: SA CV07-01088-CJC (ANx) |
|---|---|
| Plaintiffs, | |
| v. | [PROPOSED] ORDER RE: AMENDED SUMMARY JUDGMENT BRIEFING SCHEDULE |
| FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE | |
| Defendants. | |

[Proposed] Order Re: Amended Summary Judgment Briefing Schedule
Case No. CV 07-01088 CJC (ANx)

1 | The Court having considered the parties' Joint Stipulation to Amend Summary Judgment Briefing Schedule,

IT IS HEREBY ORDERED that the Scheduling Order dated May 16, 2008 is vacated and the briefing schedule for summary judgment motions be amended as follows:

a) Plaintiffs will file their Opposition to Defendants' Summary Judgment Motion and Cross-Motion for Summary Judgment on or before October 31, 2008;

b) Defendants will file their Reply Supporting Defendants' Summary Judgment Motion and Opposition to Plaintiffs' Cross-Motion for Summary Judgment on December 19, 2008; and

c) Plaintiffs will file a Reply Supporting Plaintiffs' Cross-Motion for Summary Judgment on January 30, 2009.

DATED: July __, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/ Tasneem Dohadwala
TASNEEM DOHADWALA, SBN 218067
300 South Grand Avenue
34th Floor
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 621-5687
tasneem.dohadwala@probonolaw.com

Attorneys for Plaintiffs

---

1

[Proposed] Order Re: Amended Summary Judgment Briefing Schedule
Case No. CV 07-01088 CJC (ANx)