1  RANJANA NATARAJAN, SBN 230149
   MARK ROSENBAUM, SBN 59940
2  ACLU Foundation of Southern California
   1616 Beverly Boulevard
3  Los Angeles, CA 90026
   Telephone: (213) 977-9500 x236
4  Facsimile: (213) 250-3980
   rnatarajan@aclu-sc.org
5
   TASNEEM DOHADWALA, SBN 218067
6  300 South Grand Ave., Suite 3400
   Los Angeles, CA 90071-3144
7  Telephone: (213) 687-5627
   Facsimile: (213) 621-5627
8  tdohadwa@probonolaw.com

9  Attorneys for Plaintiffs

10 GREGORY G. KATSAS
   Assistant Attorney General
11 ELIZABETH J. SHAPIRO
   MARCIA K. SOWLES, D.C. Bar No. 369455
12 Department of Justice, Civil Division
   Federal Programs Branch
13 P.O. Box 883
   Washington, D.C. 20530
14 Telephone: (202) 514-4960
   Facsimile: (202) 514-8470
15 marcia.sowles@usdoj.gov

16 Attorneys for Defendants



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

17                UNITED STATES DISTRICT COURT

18            FOR THE CENTRAL DISTRICT OF CALIFORNIA

19

20 ISLAMIC SHURA COUNCIL OF          )  Case No: SA CV07-01088-CJC(ANx)
   SOUTHERN CALIFORNIA et al.,       )
21                                   )
                  Plaintiffs,        )
22                                   )
             v.                      )  [PROPOSED] ORDER RE:
23                                   )  AMENDED SUMMARY
   FEDERAL BUREAU OF                 )  JUDGMENT BRIEFING
24 INVESTIGATION; and UNITED         )  SCHEDULE
   STATES DEPARTMENT OF              )
25 JUSTICE                           )
                                     )
26                Defendants.        )
                                     )
27                                   )

28

---

[Proposed] Order Re: Amended Summary Judgment Briefing Schedule
Case No. CV 07-01088 CJC (ANx)

1  The Court having considered the parties' Joint Stipulation to Amend Summary
2  Judgment Briefing Schedule,
3  IT IS HEREBY ORDERED that the Scheduling Order dated May 16, 2008 is
4  vacated and the briefing schedule for summary judgment motions be amended as
5  follows:
6  a) Plaintiffs will file their Opposition to Defendants' Summary Judgment
7  Motion and Cross-Motion for Summary Judgment on or before October 31, 2008;
8  b) Defendants will file their Reply Supporting Defendants' Summary
9  Judgment Motion and Opposition to Plaintiffs' Cross-Motion for Summary Judgment
10 on December 19, 2008; and
11 c) Plaintiffs will file a Reply Supporting Plaintiffs' Cross-Motion for Summary
12 Judgment on January 30, 2009.

16 DATED: July 23, 2008

   CORMAC J. CARNEY
   UNITED STATES DISTRICT JUDGE

20 SUBMITTED BY:

22   /s/ Tasneem Dohadwala
   TASNEEM DOHADWALA, SBN 218067
23 300 South Grand Avenue
   34th Floor
24 Los Angeles, CA 90071-3144
   Tel: (213) 687-5000
25 Fax: (213) 621-5687
   tasneem.dohadwala@probonolaw.com

   Attorneys for Plaintiffs

1

[Proposed] Order Re: Amended Summary Judgment Briefing Schedule
Case No. CV 07-01088 CJC (ANx)