RANJANA NATARAJAN, SBN 230149
MARK ROSENBAUM, SBN 59940
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500 x229
Facsimile: (213) 250-3980
rnatarajan@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tdohadwa@probonolaw.com

Attorneys for Plaintiffs

GREGORY G. KATSAS
Assistant Attorney General
ELIZABETH J. SHAPIRO
MARCIA K. SOWLES, D.C. Bar No. 369455
Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470
marcia.sowles@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants.<br>_____ | Case No. SA CV 07-01088 CJC (ANx)<br><br>JOINT STIPULATION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE |

THE PARTIES THROUGH COUNSEL HEREBY STIPULATE AND AGREE:

1. On March 12, 2008, the parties stipulated to a schedule for the filing of cross-summary judgment motions, which the Court ordered on March 14, 2008.

2. In accordance with the March 14, 2008 order, on March 21, 2008, Defendants filed and served a motion for summary judgment. Along with that motion, Defendants produced 124 pages of records responsive to Plaintiffs' FOIA requests, of which four pages had been produced previously prior to commencement of suit.

3. On August 28, 2008, Defendants produced over 1200 pages of responsive documents found in the FBI's review of the Multi-Cultural Advisory Board Committee file.

4. Based on this production of documents, the parties, through counsel, have engaged in negotiations in order to resolve issues from the parties' summary judgment motions.

5. Defendants, through counsel, have agreed to Bates stamp the documents produced on August 29, 2008 and to provide a supplemental declaration describing the most recent searches that the FBI conducted, the responsive documents produced to Plaintiffs as a result, and the redactions made in these documents. This declaration will serve to update the declaration of David M. Hardy, which was filed with Defendants' motion for summary judgment. Defendants anticipate they will need until the end of October or early November to produce this supplemental declaration and index.

6. In light of these developments, the parties agree that:

a) Plaintiffs will file their Opposition to Defendants' Summary Judgment Motion and Cross-Motion for Summary Judgment on or before November 26, 2008;

///

    b) Defendants will file their Reply Supporting Defendants' Summary Judgment Motion and Opposition to Plaintiffs' Cross-Motion for Summary Judgment on January 23, 2009; and

    c) Plaintiffs will file a Reply Supporting Plaintiffs' Cross-Motion for Summary Judgment on March 6, 2009.

IT IS SO STIPULATED.

Dated: October ___, 2008

                                                    _____
                                                  TASNEEM DOHADWALA
                                                  Attorneys for Plaintiffs

Dated: October____, 2008

                                                  _____
                                                  MARCIA K. SOWLES
                                                  Attorneys for Defendants

1  Judgment Motion and Opposition to Plaintiffs' Cross-Motion for Summary
2  Judgment on January 23, 2009; and
3      c) Plaintiffs will file a Reply Supporting Plaintiffs' Cross-Motion for
4  Summary Judgment on March 6, 2009.

6  IT IS SO STIPULATED.

8  Dated: October 20, 2008

                                      TASNEEM DOHADWALA
                                      Attorneys for Plaintiffs

12 Dated: October 20, 2008

                                      MARCIA K. SOWLES
                                      Attorneys for Defendants