RANJANA NATARAJAN, SBN 230149
MARK ROSENBAUM, SBN 59940
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500 x229
Facsimile: (213) 250-3980
rnatarajan@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tdohadwa@probonolaw.com

Attorneys for Plaintiffs

GREGORY G. KATSAS
Assistant Attorney General
ELIZABETH J. SHAPIRO
MARCIA K. SOWLES, D.C. Bar No. 369455
Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470
marcia.sowles@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al.,<br><br>             Plaintiffs,<br><br>       vs.<br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>             Defendants.<br>_____ | Case No.  SA CV 07-01088 CJC (ANx)<br><br>[PROPOSED] ORDER RE JOINT STIPULATION TO AMEND BRIEFING SCHEDULE |

Good cause having been shown in the parties stipulation to amend briefing schedule, the briefing schedule is hereby amended as follows:

a) Plaintiffs will file their Opposition to Defendants' Summary Judgment Motion and Cross-Motion for Summary Judgment on or before November 26, 2008;

b) Defendants will file their Reply Supporting Defendants' Summary Judgment Motion and Opposition to Plaintiffs' Cross-Motion for Summary Judgment on January 23, 2009; and

c) Plaintiffs will file a Reply Supporting Plaintiffs' Cross-Motion for Summary Judgment on March 6, 2009.

IT IS SO ORDERED.

Dated: October ___, 2008

_____
HONORABLE CORMAC J. CARNEY
United States District Judge