1  GREGORY G. KATSAS
   Assistant Attorney General
2  JOHN TYLER
   MARCIA K. SOWLES
3  D.C. Bar No. 369455
   Department of Justice
4  Civil Division
   Federal Programs Branch
5  P.O. Box 883
   Washington, D.C. 20530
6  Telephone: (202) 514-4960
   Facsimile: (202) 514-8470
7
   Attorneys for Defendants
8

9            UNITED STATES DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  ISLAMIC SHURA COUNCIL OF          )
    SOUTHERN CALIFORNIA, et al.,      )
13                                    )   No. SACV07-1088 CJC
              Plaintiffs,             )   (ANx)
14                                    )
          v.                          )   NOTICE OF FILING OF
15                                    )   SECOND DECLARATION
                                      )   OF DAVID M. HARDy
16  FEDERAL BUREAU OF                 )
    INVESTIGATION; and UNITED         )   [ Hon. Cormac J. Carney]
17  STATES DEPARTMENT OF JUSTICE,     )
                                      )
18            Defendants.             )
                                      )
19 _____ )

20
         Defendants United States Department of Justice and the Federal Bureau of
21
   Investigation file the Second Declaration of David M. Hardy. This declaration
22
   corrects and clarifies certain statements made by Mr. Hardy, the Section Chief of
23
   the Record/Information Dissemination Section, Records Management Division of
24
   the FBI in his initial declaration, which was filed in support of defendants' Motion
25
   for Summary Judgment (Dkt # 13). The Supplemental Declaration also describes
26
   the supplemental search conducted by the FBI of the file pertaining to the Los
27
   Angeles Multi-Cultural Advisory Committee, the results of that search and the
28

1  justification for withholding of information from these records.

2                                              Respectfully Submitted,

3                                              GREGORY G. KATSAS
                                               Assistant Attorney General

4
5                                              JOHN TYLER
                                               Assistant Branch Director

6                                               s/Marcia K. Sowles
                                               MARCIA K. SOWLES
7                                              DC Bar No. 369455
                                               Senior Counsel
8                                              United States Department of Justice
                                               Civil Division
9                                              Federal Programs Branch
                                               P.O Box 883
10                                             Washington, D.C.  20044
                                               Tel.: (202) 514- 4960
11                                             Fax: (202) 616- 8470
                                               E-mail:  marcia.sowles@usdoj.gov

12
                                               Attorneys for Defendants
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28