IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, <u>et al</u>., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civ. A. No. 07-1088-CJC |
| FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, ) ) ) ) | |
| Defendants. ) ) | |

# EXHIBIT E

(08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 01/27/04

**To:** Los Angeles

**From:** Los Angeles
      OPCA
      **Contact:** SA ⬚ ext. ⬚
               SA ⬚ ext. ⬚

b6
b2

**Approved By:** SSA ⬚

**Drafted By:** ⬚ ; nil

**Case ID #:** 66F-LA-NEW    (Pending)

**Title:** Los Angeles Arab/Muslim/Sikh Ombudsman Program

**Synopsis:** EC requesting that a Los Angeles Arab/Muslim/Sikh Ombudsman Program file be opened.

**Details:** The Los Angeles Field Office intends to create an Arab/Muslim/Sikh Ombudsman Program as tasked by Director Mueller. Los Angeles' intended Ombudsman Program will include the formation of a committee of leaders from the Arab, Muslim, and Sikh communities and special agents of various levels from the Los Angeles Field Office. It is anticipated that this committee will meet on a quarterly basis to discuss and identify problems in the community, and work together to find viable solutions. It is the goal of the Program to establish positive ties with these community leaders and educate them on the mission of the FBI, with the expectation that they will, in turn, impart such information to their constituents. It is the belief that bridging the gap through this Program will help the individuals in these communities feel secure and help the FBI with it's mission.

      The following individuals are being considered for the above discussed committee:

1.

2.

4.

5.

6.

b6

186A-LA-C236680-1

ACLU-679

(Rev. 8-28-2000)

## FEDERAL BUREAU OF INVESTIGATION



7.

8.

9.
10.
11.

12.

13.

14.

15.

16.
17.

19.

20.                                      = Member of the Islamic Shura Council of

21.
22.

23.

24.

25.

b6

b6

The above intended Ombudsman Program is supported by
Los Angeles Assistant Director in Charge Richard T. Garcia. It
has also been discussed and supported by Unit Chief
of the Community Relations Unit at FBIHQ.

♦♦

ACLU-680

TO:        FILE (66F-LA-C236680)

FROM:      SA _____

SUBJECT:   MULTI-CULTURAL FORUM MEETING 5/17/04

DATE:      MAY 18, 2004

b6

On May 17, 2004, the Office of Public and Congressional Affairs of the Los Angeles Field Division held the first meeting of the Multi-Cultural Forum. The meeting was attended by the following FBI Los Angeles personnel: ADIC Richard Garcia, SAC Steve Gurley, SSA _____ SS_____ SA_____ SA_____ and Community Outreach Specialist _____ The meeting was also attended by the following Muslim/Arab/Sikh community leaders:

1.  _____
    Muslim Public Affairs Council

2.  _____
    Islamic Center of Orange County

3.  _____
    Islamic Center of the South Bay

4.  _____
    Omar Ibn Al Khattab Foundation

5.  _____
    Council on American-Islamic Relations

6.  _____
    Coptic Orthodox Church/Diosce of Los Angeles

7.  _____
    Islamic Shura Council of Southern California

8.  _____

9.  _____
    Orange County Islamic Foundation

10. _____
    Los Angeles Latino Muslim Association

b6

188A - LA-C236680-16

16

11. [ ]
Singh Chevrolet

12. [ ]
International Relations Council

13. [ ]
Masjid Al-Fatiha of America

14. [ ]
Muslim Public Affairs Council

15. [ ]
Muslim Public Affairs Council

b6

16. [ ]
South Asian Network

17. [ ]
LEDtronics

18. [ ]
Islamic Center of the South Bay

19. [ ]
[ ]ne Minaret and Muslim Observer

20. [ ]
Masjid Ibadillah

21. [ ]
Inter Religious Federation for World Peace

The first meeting of the Forum began with SSA [ ] discussing the formation of
the Forum. Basically, SSA [ ] explained that the Forum was formed in response to a
directive by Director Mueller that the Field Offices build partnerships with members of the
Muslim/Arab/Sikh communities. The Los Angeles Field Office determined that the best way to
partner with the Arab/Muslim/Sikh communities was to first organize a forum of community
leaders to discuss issues and then hold town hall meetings to impart the information discussed .
SSA [ ] hen spoke of the need for Muslim/Arab/Sikh communities to assimilate.

b6

Everyone attending the meeting was asked to introduce themselves and the organization
with whom they were affiliated. SA [ ] then informed the committee members that they were
selected to participate on the Forum because their name was provided to SA [ ] as someone
who was active and well respected in their communities.

ADIC Garcia was then introduced and gave an overview of the FBI and discussed the Los Angeles Field Office's territory and mission. He also discussed the FBI Legats and their mission. ADIC Garcia explained the difference between the FBI and other federal agencies, and stressed the need for the community and law enforcement to work together.

Several committee members asked about the Patriot Act. The committee members were informed that at the next meeting, to be held on June 21st, the FBI would ask[                    ] Chief Division Council, to speak about the Patriot Act. The committee members were informed that at some point in the future, personnel from the FBI would also like to hold town hall meetings to discuss the Patriot Act with members in their communities.

Several committee members asked if the FBI had an Explorer/Internship Program. One member explained that such a program would be beneficial as it would expose the FBI and it's mission to the Muslim/Arab/Sikh youth. Members were informed that the FBI had a Junior Special Agents Program and that it would be a good idea to bring such program to the Arab/Muslim/Sikh youth through the schools, Islamic Centers, etc.

Supervisory Special Agent [            ] then spoke on the topic of Hate Crimes. SSA[        ] discussed the elements needed in order to establish a hate crime at the federal level. SSA[        ] informed that the FBI aggressively investigates hate crimes and advised the committee members that if they become aware of any incidents that met the elements to inform him directly. SSA[        ] also discussed state hate crimes.

The committee members suggested that they may need to hire a PR group to help them get a positive image of the Arabs/Muslims/Sikhs out to the American public. Many members felt that the media is promoting an unwarranted negative image of them. Basically, the view is that they support terrorism, they do not cooperate with law enforcement and that hey have not condemned 9/11. Several of the members felt the need to counter negative media attention with a positive message. They also felt that they needed to utilize their congressional members and partner with them to get their positive message out. Specifically, that they denounce terrorism, they cooperate with law enforcement, and they condemn 9/11.

b6

Members of the committee stated that people in their communities were concerned about the future. The belief is that another "Iraqi Interview Project" was on it's way. They were informed that the FBI currently had no such plans.

SSA[                ] then provided an general overview of FBI tactics when serving a search/arrest warrant and rational for such tactics. SSA[        ] emphasized that such tactics were used in all cases. After the overview was presented, a discussion was held as to how to impart this information to Muslim/Arab/Sikh communities.

Finally, cultural sensitivity awareness/training was addressed. SSA[        ] provided a list of actions which FBI agents could take when interviewing Muslims to show respect to the Muslim/Arab/Sikh culture. The committee members where asked to provide the FBI with cultural guidelines which would be useful when interviewing Muslim/Arabs/Sikhs.

The meeting was then ended.  The next meeting was scheduled for June 21st.

ACLU-684

TO        FILE (66F-LA-C236680)

b6

FROM: [                    ]

DATE:    6/16/04

RE:       SIGN IN SHEET FOR MONDAY 17, 2004 MULTI-CULTURAL FORUM MEETING

On May 17, 2004, the first meeting of the Los Angeles Field Office's Multi Cultural Forum was held in the ADIC's conference room.  The Multi Cultural Forum Sign-In sheet and Agenda has been placed in the case file in a 1-A Envelope.

ACLU-685

Agenda
1st meeting of the
Multi-cultural Advisory Committee
on 5/17/04
in the Assistant Director's Conference Room
FBI Los Angeles

6:00 p.m. - 6:10 p.m.: Everyone to table

6:10 p.m. - 6:20 p.m.: Greeting - SSA[                    ]                                        b6
                          Advisory Committee background and partnership
                          Assimilation
                          Transparency and background checks
                          Future of MCAC re general crime and traditional minorities
                          Selection process - SA[            ]

6:20 p.m. - 6:25 p.m.: Introductions of all in attendance

6:25 p.m. - 6:40 p.m.: Welcome and overview of FBI and LAFO - ADIC Rich Garcia

6:40 p.m. - 7:00 p.m.: Hate Crime overview [                    ]

7:00 p.m. -7:15 p.m.: Brake

7:15 p.m. - 7:45 p.m.: Violent crime overview of tactics - SSA[            ]
                          Scarf case overview
                          Cultural Sensitivity

                          1. Never compromise safety for sensitivity.
                          2. When possible, address the "man of the house".
                          3. When possible, schedule interviews in advance.
                          4. Use appropriate gender-specific greeting.
                          5. Establish rapport
                          6. Shoes stay on.  ·  ·  ;  ¡ ¹ ¦ ·.·  ·.·.·· ·.· ·.· ¦
                          7. Lack of eye contact may not be indicator of deception.
                          8. Personal space.
                          9. Tea
                          10. Head covering

7:45 p.m.- 8:30 p.m.: Round Table discussion - All attendees

ACLU-686

b6

## *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

*Monday, May 17, 2004*                                                                                                    *Page 1 of 2*

ACLU-687

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

*Monday, May 17, 2004*

*Page 2 of 2*

ACLU-688

TO:          FILE (66F-LA-C236680)                                                b6

FROM:        SA[                    ]

SUBJECT:     MULTI-CULTURAL FORUM MEETING 5/17/04

DATE:        JUNE 22, 2004

---

On June 22, 2004, the Office of Public and Congressional Affairs of the Los Angeles Field Division held the second meeting of the Multi-Cultural Forum. The meeting was attended by the following FBI Los Angeles personnel: ADIC Richard Garcia, SSA[          ] Chief Division Council[          ]SA[          ]SA[          ]SA[          ] Community Outreach Specialist[          ], SAC James Sheehan, and ASAC Herbert Brown. The meeting was also attended by the following Muslim/Arab/Sikh community leaders:

1.. [                    ]
Omar Ibn Al Khattab Foundation

2. [                    ]
Council on American-Islamic Relations

3. [                    ]
Coptic Orthodox Church/Diosce of Los Angeles

4. [                    ]
Islamic Shura Council of Southern California

5. [                    ]

6. [                    ]
Orange County Islamic Foundation

7. [                    ]
Los Angeles Latino Muslim Association

8. [                    ]
Singh Chevrolet

9. [                    ]              198A - LA C236680 -15
International Relations Council

10. [                    ]
Muslim Public Affairs Council

b6

11. [redacted]
Muslim Public Affairs Council

12. [redacted]
South Asian Network

13. [redacted]
LEDtronics

14. [redacted]
Masjid Ibadillah

15. [redacted]
Inter Religious Federation for World Peace

b6

16. [redacted]
Arab Anti-Discrimination Committee

17. [redacted]
Iranian American Lawyers' Association

18. [redacted]
Muslim Public Affairs Council

19. [redacted]
[redacted] of the Islamic Shura Council

20. [redacted]
Masjib Ibadillah

21, [redacted]
South Asian Network

The second meeting of the Forum began with ADIC Garcia welcoming the committee members and introducing SAC James Sheehan and ASAC Herbert Brown to the committee members. ADIC Garcia again stressed the need for the community and law enforcement to work together.

b6

SSA [redacted] then introduced Chief Division Council [redacted] who gave a presentation on the Patriot Act. The committee members had many questions regarding the Patriot Act and how it was being implemented by the FBI and the rest of the federal government. The presentation/discussion was extensive, beginning at 6:00 p.m. and ending at approximately 10:30 p.m. Several committee members stated that they did not have a problem with how the FBI was implementing the Patriot Act, but with the policy makers. [redacted] [redacted]
[redacted] for MPAC, agreed that the pamphlet criticizing the Patriot Act, which they currently

ACLU-690

distribute to the community, had inaccuracies and requested a meeting with FBI personnel to discuss the needed changes. The meeting was then ended. The next meeting was scheduled for July 19th.

Attached to this document is the Multi-Cultural Sign-In sheet.

ACLU-691

# Multi Cultural Forum Sign-In



Full Name                    Sign-In                    Work Phone    Mobile Phone    Email Address

b6

Monday, June 21, 2004                                                                    Page 1 of 2

ACLU-692

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|



b6

ACLU-693

TO        FILE (66F-LA-C236680)                                                                    b6

FROM:  SPECIAL AGENT

DATE:   JUNE 21, 2004

RE:      ISLAMIC CITY WEBSITE HATE MAIL

_____

             a committee member of the newly formed Federal Bureau of Investigation (FBI) Multi-Cultural Forum, sent a fax to the Los Angeles Field Office requesting the status of a complaint supposedly made to the FBI regarding hate mail posted on the Islamic City Website on September 26, 2001. Supervisory Special Agent (SSA)              as informed of such request. SSA         thus conducted a review of FBI files, but no evidence of such complaint being made to the FBI was located.

      Accordingly, Special Agent (SA              was assigned the matter for further investigation. Specifically,             the Islamic City Website, is scheduled to be interviewed by SA       on June 22, 2004.

      On June 21, 2004         as informed that the matter was being investigated explained that         ad already informed him of the scheduled interview and was pleased by the quick attention given to the matter by the FBI.

      Attached is a copy o         etter to Assistant Director In Charge Richard Garcia and fax to         from the Islamic City dated 9/27/01.  Also attached is a copy of the alleged hate mail posted on the Islamic City Website.

b6

188A-LA-C236680-20

ACLU-694



**ADIC RICHARD T. GARCIA
LOS ANGELES FIELD OFFICE
ROUTING SLIP**

DATE: 5/18/04

**TO:**

___ SAC Steve Gurley
___ A/SAC Randy Parsons
___ SAC Jim Sheehan
___ ASAC Ralph Boelter
___ ASAC Herb Brown
___ ASAC Lou Caprino
___ ASAC Norm Embry
___ A/ASAC Mike Hartman
___ PM
___ PM
___ CDC
___ AO Kerry Hadaway
___ SSA

___ SSA _____
___ Other _____

___ SSRA
___ SSRA
___ SSRA
___ A/SR
___ SSRA
___ SRA
___ SSR
___ SRA
___ SSRA
___ ADIC Secretary
___ SSA
_X_ SA
___ SA
___ PAS
___ PAS
___ PAS

b6

___ For Your Information
___ Handle
___ Initial and Forward/Return
___ Return with explanation
___ See me

b6

**NOTE:**

Can you follow-up on this. This was sent to
~ 9/27/2001 — See what was done
if any thing.

RTG

From:            [redacted]ara.com>
To:              [redacted]fbi.gov>
Sent:            Tuesday, May 18, 2004 3:13 PM
Subject:         Thank You

Dear Mr. Garcia.

I like to record my thanks to you and the team on behalf of Shura Council ( www.shuracouncil.org ) for hosting us last night.

The Multi-Cultural Advisory Initiative is a worthy one indeed. We must continue to build more on this. I'll keep thinking and share my ideas with [redacted] for our next meeting.

I did find records of one of the cases that we had reported earlier. I'll have the two pages faxed out to you today. Apparently, [redacted] was handling our case at the time.

Best Regards.

b6

[redacted]

To: MR. RICHARD GARCIA

Fx:

Fm:

Fx:

3 pgs. incl. this.

5/18/2004

ACLU-696

5860 Hannum Ave, Culver City, CA 90230, USA
Tel: (310) 642-0006, Fax: (310) 568-9533
Email: info@ijara.com



IslamiCity
.com

*The Global Muslim eCommunity*

# Fax

| To: | | From: | |
|-----|--|-------|--|
| Fax: | | Phone: | |
| Phone: | | Email: | |
| Pages: | | Date: | 9/27/2001 |
| Re: | | CC: | |

□ Urgent    x For Review    □ Please Comment    □ Please Reply    □ Please Recycle

b2
b6

Hi

I tried to email the attachment to ____@LEO.com but got a delivery failure.

b6

Anyway, I hope you are doing well. I wanted to pass along the attached message that was posted in our comment section. It was in response to one of our contributing authors, Michael Wolfe's article http://islamicity.com/articles/Articles.asp?ref=IC0109-345

We have received several hate mails but the tone of this one is a little more threatening. We have the date, time and the IP. The attached PDF is a copy of the actual record posted.

On the positive side 90% of the comments we are getting are supportive and very positive. Below is an article from LA Times that came out today.

During these difficult times, I want to sincerely thank you for all your assistance and may God make your task easy.

Ref    20

IP    207.127.201.71

Email    ragheadkiller@fuckislam.com

Name    True American Patriot

Country    USA

Cdate    9/26/2001

CTime    3:55:10 PM

Publisher

Publish Flag    ☐ :

Subject    Twin Towers Viewed from A Western Minaret    iC0109-345

AutoGen    92620013551027

Comments Short    You can kiss my non-Believing Infidel ass. I'm going to have lots of fun when I get sent to Afghani...

Comments    You can kiss my non-Believing Infidel ass. I'm going to have lots of fun when I get sent to Afghanistan to pay back your asshole friends for what they did to my nation. You are a traitor. You have embraced an alien ideology that has brought death to our shores. If the right government ever comes to power we'll make sure your are shot for treason. And we can find you. You were stupid enough to put your name on this article.

Editor

Searc
True
Towe
non-E
I get :

File Path

Folder Path    0109

ExportFile

ExportPath

ACLU-698

TO:         FILE (66F-LA-C236680)

FROM:       SA[                    ]

SUBJECT:    MULTI-CULTURAL FORUM MEETING 7/19/04

DATE:       July 19, 2004

---

     On July 19, 2004, the Office of Public and Congressional Affairs of the Los Angeles Field Division held it's third meeting of the Multi-Cultural Forum. The meeting was attended by the following FBI Los Angeles personnel: ADIC Richard Garcia, SAC Randy Parsons, A/ASAC Steve Gomez, SSA[          ], , SA[          ]and Community Outreach Specialis[          ]The meeting was also attended by the following Muslim/Arab/Sikh community leaders:

1. [          ]
Muslim Public Affairs Council

2. [          ]
Omar Ibn Al Khattab Foundation

3. [          ]
Council on American-Islamic Relations

4. [          ]
Islamic Shura Council of Southern California

b6

5. [          ]
Orange County Islamic Foundation

6. [          ]
Singh Chevrolet

7. [          ]
International Relations Council

8. [          ]
Islamic Center of Southern California

9. [          ]
Muslim Public Affairs Council

10. [          ]
South Asian Network

1884-LA-C236680-3|

11. [ ]
LEDtronics

12. [ ]
Masjid Ibadillah

13. [ ]
Inter Religious Federation for World Peace

14. [ ]
Immigration Attorney

15. [ ]
Sikh Mediawatch and Awareness Resource Team

b6

16. [ ]
Anti-Discrimination Committee

17. [ ]
Iranian American Lawyers Association

18. [ ]
Coptic Orthodox Church

19. [ ]
Department of Justice Community Relations Service

20. [ ]
South Asian Community

21. [ ]
South Asian Community

The third meeting of the Forum began with SSA [    ] welcoming all the members of the Forum and asking everyone to introduce themselves. SSA [        ] ted that there had been new members added to the Forum since the first meeting and initial introduction.

b6

ADIC Garcia was then introduced and welcomed the members. ADIC Garcia discussed recent events, specifically, the discontinuation and replacement of the CAPSII airport screening system. Members of the Forum were pleased to hear that CAPSII had been discontinued and hoped the new system would be fair and effective.

SAC Randy Parsons next discussed the formation and mission of the Joint Terrorism Task Force (JTTF). SAC Parsons also discussed the 2004 Fall Threats and stressed the need for all communities, including the Arab/Muslim/Sikh communities, to be vigilant and assist law

enforcement to avert another terrorist attack.  SAC Parsons finally discussed the up-coming
"interviews" to be conducted in connection with the 2004 Fall Threats.  There was much
discussion of the scope of the interviews and their impact on the Arab/Muslim/Sikh
communities.  Several members offered to provide sensitivity training to agents if that would
help them in conducting their interviews.

Before the meeting was held, several members advised that they had read newspaper
reports that there was a June 17th memorandum distributed by Immigration and Customs
Enforcement (ICE) directing it's employees to closely examine people of Pakistani descent for
evidence they may have been training at a terrorist camp.  The members were upset that only
Pakistani descendants were being targeted and asked that this directive be addressed at the July
19th meeting.  The members were informed that ICE is not a part of the FBI and thus the FBI
could not speak on behalf of their policies and procedures, but that in this case, the information
was provided by ICE HQ to the FBI to disseminate to the members of the Forum.  Specifically,
[                    ] of ICE HQ informed that such memorandum did exist, but that it directed it's
employees to closely examine all travelers from Pakistan who exhibited suspicious travel, for
example short trips to Pakistan not related to family or business, for readably identifiable signs,
i.e. rope burns,  that they may have been training at a terrorist camp.  Accordingly, this
memorandum did not direct it's employees to examine only Pakistani descents, but all travelers.
The members were upset that the media had spun the article as it did.  Several members of the
Forum were upset that the media had been portraying Middle Easterners/Muslims in such a bad
manner and felt that it might be time to do some of their own public relations work.

b6

Several members of the Forum stressed the need for more press regarding investigations
related to terrorism which did not involve Muslims/Arabs.  The members felt that the only time a
terrorist event received  a lot of press was when it involved a  Muslim/Arab.  Several members
named investigations related to non-Muslims which were not treated by law enforcement as high
profile and did not receive a significant amount of  press.

It was agreed that the next meeting would be held on August 16, 2004,  at the Omar Ibnm
Al  Khattab Foundation.  At this meeting, a mission statement for the Forum would be
formulated.  Additionally, conducting future town hall meetings would also be addressed.

Attached to this document is the Multi-Cultural Sign-In sheet and Agenda for the July 19,
2004 meeting.

ACLU-701

## AGENDA FOR THE 3RD MEETING OF THE
## MULTI-CULTURAL ADVISORY COMMITTEE
## ON JULY 19, 2004
## IN THE FBI LOS ANGELES ASSISTANT DIRECTOR'S CONFERENCE ROOM

6:00P.M. - 6:10 P.M.          Assistant Director Richard Garcia
                              - Welcome

6:10 P.M.- 6:35 P.M.          Define Role & Mission Statement of Forum

6:35 P.M. - 6:40 P.M. Supervisory Special Agent [          ] and Special
          Agent [     ]
                              - Follow up on FBI checks performed in conjunction with bond
                      hearings during deportation proceedings
                              - Discussion Regarding U.S. Customs Advisory To Look Out For
                      Suspicious Travel From Pakistan

6:40 P.M. - 7:00 P.M.          Discussion Regarding Town Hall Meetings

7:00P.M. - 7:45 P.M. Special Agent In Charge Randy Parsons
                              -Mission of the Joint Terrorism Task Force (JTTF)/ 2004 Fall
                      Threats/Interviews

7:45 P.M. - 8:15 P.M.          Question & Answer

8:15 P.M. - 8:30 P.M.          Break & Prayer Time

8:30 P.M.                     End of Meeting

b6

ACLU-702

## *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-703

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|



b6

ACLU-704

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-705

✓ CALL

# Multi Cultural Forum Sign-In

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

Friday, July 09, 2004

ACLU-706

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|



b6

ACLU-707

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|

b6

*Friday, July 09, 2004*

*Page 3 of 3*

ACLU-708

TO:        FILE (66F-LA-C236680)                                                                    b6

FROM:      SA [          ]

SUBJECT:   ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA

DATE:      AUGUST 14, 2004

---

On August 14, 2004, Supervisory Special Agent [                    ] and Special Agent [          ] attended the Islamic Shura Council of Southern California (ISCSC) general body meeting at the Islamic Society of Orange County located at One Al-Rahman Plaza, Garden Grove, California.

The mission of the ISCSC is to promote communications and coordination among the Muslim communities in Southern California at all levels. The main goal of ISCSC is to act as a catalyst for the emergence of an integrated Muslim community in Southern California and to help in the practice and propagation of Islam in the United States. The total number of Islamic Centers, Masjids, and community organizations represented is over 60 entities.

SSA [          ] and SA [     ] were introduced by [          ] of the ISCSC to the general body. Thereafter, SSA [          ] and SA [     ] addressed the general body regarding general topics related to the FBI. For example, sensitivity/cultural training, donations to charities, and FBI policies and procedures regarding searches and arrests. SSA [          ] also spoke of the need for the Islamic community and the FBI to work jointly.                           b6

The general body was then asked if they would like members of the FBI to attend future meetings, to which an overwhelming number of members voted in the affirmative. The need for future town hall meetings was also expressed.

[                    ] of ISCSC, thanked SSA [          ] and SA [     ] for attending the meeting. [                    ] also stated that he agreed that the FBI and Muslim community needed to work together.

Attached to this document is the Agenda for the August 14, 2004 ISCSC meeting. Also attached, is a flyer for a workshop, Muslims in American, to be held on September 6, 2004, which was provided to SSA [          ] and SA [     ].

188A-LA-C236680-35

*In the Name of Allah, Most Gracious, Most Merciful*

|  | **Islamic Shura Council of Southern California (ISCSC)**<br>**General Body Meeting**<br>**Date: Saturday August 14, 2004**<br>**Time: 10:30 A.M – 1:00 P.M**<br>**Location: Islamic Society of Orange County (Masjid Al-Rahman)**<br>**One Al-Rahman Plaza**<br>**Garden Grove, CA 92844**<br>**(714) 531-1722** | |
|---|---|---|
| **Meeting called by** | ISCSC Majlis | **Type of Meeting** | General Body Meeting |
| **Meeting Chairman** | Dr. Muzammil Siddiqi | **Facilitator & Timekeeper:** | Br. Kalim Farooki |
| **Note Taker** | Sister Helie Nazarzai | **Attendees** | ISCSC Members |

## Agenda

| Topic | Time (Minutes) | Speaker / Facilitator |
|---|---|---|
| Recitation from the Glorious Qur'an & Translation | 5 | Dr. Muzammil Siddiqi |
| Roll Call | 5 | Masoud Nassimi |
| Opening Remarks | 3 | Dr. Muzammil Siddiqi |
| Welcome Remarks by ISOC President/Chairman | 3 | Host |
| Approval of April 18, 2004 GB Meeting Minutes | 5 | Kalim Farooki |
| Financial Report by the Treasurer | 5 | Br. Naim Shah |
| FBI Special Presentations & Q/A | 40 | Moderator: Shakeel Syed<br>SSA: Matt McLaughlin<br>JTTF: Randy Parsons<br>SA: Norma Loza |
| Committee Chair Report:<br>1. Youth Council-Dr. Zaher Azzawi<br>2. Women Council-Sis Sherrel Johnson<br>3. Educational Affairs-Dr. Atef Helmy<br>4. Administrative Affairs-Br. Shakeel Syed<br>5. Dawah & Outreach-Br. Khalil Momand<br>6. Membership Committee- Imam Saadiq Saafir<br>7. Arbitration-Dr. Mustafa Kuko | 15 | Dr. Muzammil Siddiqi |
| Shura Council 10th Year Anniversary Banquet | 10 | Br. Shakeel Syed |
| Shura Council Elections | 5 | Kalim Farooki |
| MPAC Counter Terrorism Campaign | 15 | Salam Al-Marayati |
| Open Forum | 20 | Dr. Muzammil Siddiqi |
| New Business - Additional Topics if approved | 5 | Dr. Muzammil Siddiqi |
| Next Shura Meeting Time and Place | 5 | Kalim Farooki |
| Activities Announcements by Shura Members | 10 | Members |
| Conclusion & Dua'a<br>**Lunch will be served after Salat Dhur** | 5 | Dr. Muzammil Siddiqi<br>Jazak Allah Khair and Was Salaam Aliakum |

ACLU-710

TO:        FILE (66F-LA-C236680)

FROM:      SA [REDACTED]

SUBJECT:   MULTI-CULTURAL ADVISORY COMMITTEE MEETING 10/18/04

DATE:      October 18, 2004

On Monday, October 18, 2004, at 6pm, the Office of Public and Congressional Affairs of the FBI Los Angeles Field Division held it's seventh meeting of the Multi-Cultural Advisory Committee (MCAC) at the FBI Office in Westwood, California. The meeting was attended by the following FBI Los Angeles personnel: AD Richard Garcia, SSA [REDACTED] SA [REDACTED] and A/SSA [REDACTED] The meeting was also attended by [REDACTED] of the United States Department of Citizenship and Immigration Services. The following Muslim/Arab/Sikh community leaders were also in attendance:

1.  [REDACTED]
    Omar Ibn Al Khattab Foundation

2.  [REDACTED]
    Singh Chevrolet

3.  [REDACTED]
    International Relations Council

4.  [REDACTED]
    Inter Religious Federation for World Peace

5.  [REDACTED]
    Iranian American Lawyers Association

6.  [REDACTED]
    Coptic Orthodox Church

7.  [REDACTED]
    Islamic Center of Southern California

8.  [REDACTED]
    Immigration Attorney

9.  [REDACTED]
    DOJ Community Relation Service

10. [redacted]
Orange County Islamic Center

11. [redacted]
LEDTronics

12. [redacted]
Orange County Shura Council

13. [redacted]
UCI Muslim Student Association

14. [redacted]
UCI Muslim Student Association

15. [redacted]
Southern California Islamic Center

16. [redacted]
Arab Anti-Discrimination Committee

17. [redacted]
South Asian Network

18. [redacted]
Inter Religious Federation for World Peace

b6

The seventh meeting of MCAC began at 6:00 p.m.  AD Richard Garcia welcomed the MCAC members and wished them a happy Ramadan.  Several members broke their fast with food provided by Los Angeles FBI.  These members then completed their evening prayer.

On October 1, 2004, SSA [redacted] and A/SSA [redacted] held a conference call with the MCAC members regarding the FBI's current terrorist prevention efforts so that such information could be imparted by them to the community as a whole.  The information provided with in line with the FBIHQ Talking Points.  The MCAC members asked for an up date on the FBI's efforts and asked specific questions regarding such efforts.  An up date and answer to their specific questions were provided in line with the Talking Points provided by FBIHQ.

b6

The MCAC members were informed that their suggestions regarding sensitivity issues for the month of Ramadan were provided to FBI employees during a training held earlier that day. The MCAC members were pleased to hear such news.

MCAC member [redacted] nformed of his recent trip to Washington, D.C. and his meeting with Pakistani President Mustafa and House of Representative Member Jane Harman. [redacted]

informed that he helped form the Pakistani Congressional Caucus and that in just two weeks over 50 Congressional Members signed on. [        ] discussed with Harman the possibility of a meeting with the MCAC members.

b6

    Thereafter, [        ] discussed the mission of the Department of Citizen and Immigration Services. [        ] also discussed the changes and improvements being made.  There were numerous questions for [        ] ranging from length of fingerprint/name checks to length of processing time of applications.  The answers provided to the MCAC members were satisfactory. AD Garcia also provided insight into the fingerprint/name checks conducted by the FBI at the request of local, state, and federal agencies.

    The topics to be addressed at the next meeting was then discussed.    It was decided that MCAC needed to plan future town hall meetings and media coverage.  MCAC members also discussed securing someone from the Immigration and Customs Enforcement to speak at the next meeting.  MCAC members finally noted that a discussion as to taking " MCAC" national needed to be contemplated.

    The meeting ended at 9:30 p.m.  The next MCAC meeting was scheduled for November 22, 2004, at the office of the  Los Angeles FBI in Westwood.

    Attached to this document is the October 18th "Sign In Sheet."  Also attached is a magazine entitled "The Middle East Clarion" provided by [        ] for our information.

b6

ACLU-715