# THE MIDDLE EAST
# CLARION

# A Call for Peace

## Seventh Pilgrimage to the Holy Land



ACLU-716

# RELIGIOUS INITIATIVES FOR PEACE IN THE MIDDLE EAST



*Excerpts of remarks given at a symposium entitled "Reconsidering the Cross and Middle East Peace" at Union Theological Seminary, New York, N.Y., November 17, 2003.*

The American Clergy Leadership Conference, which has rapidly grown into one of the largest clergy organizations in America, so far this year has held three pilgrimages to Israel. In Jerusalem, the holy city of the three major religions of Judaism, Christianity and Islam, we visited the holy sites over which the descendants of Abraham are still fighting. We also visited the city of Gaza, which has been stained with blood over the last 50 years.

On May 18, 2003, Jewish rabbis, Christian ministers and Muslim Imams gathered and proclaimed the Jerusalem Declaration, by which the three religions opened the door to reconciliation and agreement on core issues. In September and again in October, the descendants of Abraham marched for peace through the streets of Jerusalem. Shouting, "Peace, shalom, salaam aleikum," They walked arm in arm from the Church of the Holy Sepulcher to the Western Wall and up to the Dome of the Rock. At conferences held after each march, Abraham's descendants shared their views and hugged one another in warmth and love.

We should understand that political power and military power alone cannot resolve the conflict between Israelis and Palestinians. Physical confrontations are continuing between both sides, despite the announcement of the so-called "roadmap." This is because the conflict is deeply rooted in spiritual and religious resentments going back over many centuries. Military, political and economic programs will not solve the hatred that grows out of these resentments. Instead, religious leaders, who understand the origins of these resentments, must step in and take a leading role in resolving them.

Palestinian hatred towards Israel and Israeli mistreatment of Palestinians should be the objects of repentance. It is only natural that religious leaders, who are dealing with the realm of the spirit, should guide the leaders of politics and economics, the domain of the body. The biblical paradigm is that of the Old Testament kings heeding the words of the prophets. However what remains in question here is the consciousness and standard of religious leaders. In other words, the question is whether or not the major religions can embrace each other.

DR. CHANG SHIK YANG, NATIONAL CHAIRMAN, ACLC

# THE MIDDLE EAST
# CLARION

### SEPTEMBER 2004



**2** **RELIGIOUS INITIATIVES FOR PEACE IN THE MIDDLE EAST**
Dr. Chang Shik Yang

**4** **THE PATH TO RECONCILIATION**
Rev. Michael Jenkins

**6** **THE SEVENTH PILGRIMAGE TO THE HOLY LAND**
Welcome message by Rev. Levy Daugherty

**8** **MUSLIMS, CHRISTIANS, AND JEWS EMBRACING**
Joy Schmidt Pople

**12** **THE NAZARETH DECLARATION**

## THE MIDDLE EAST CLARION

Publisher
*Dr. Chang Shik Yang*

Associate Publisher
*Rev. Michael Jenkins*

Editor-In-Chief
*Levy M.B. Daugherty*

Editor
*Arthur Herstein*

Graphic Designer
*Angela Eisenbart*

Contributor
*Joy Schmidt Pople*

The Middle East Clarion is published by the American Clergy Leadership Conference, copyright 2004. The ideas, thoughts and opinions expressed by contributors to this publication are strictly those of the writers and do not necessarily reflect the thoughts and opinions of the editorial staff of this magazine, nor of the board or general membership of the ACLC.



American Clergy Leadership Conference
3224 16th Street NW
Washington, DC 20010

3

ACLU-718

# The Path to Reconciliation

## From the Cross to the Crown

### Rev. Michael Jenkins

Because of the anointing of the Holy Spirit, clergy throughout all fifty states united as one body of Christ during the "We Will Stand" tour. This led to a blessing movement in which clergy of all denominations could experience the healing power of Father and Mother Moon. The blessing has the power to strengthen families. In Matthew 19:4–6 it says, "Man will leave his father and mother and cleave unto his wife, and they will be one flesh. What God has joined together, let no man put asunder."

The blessing movement created a bond of heart among the most courageous clergy in America: Rev. E.V. Hill, Dr. Wyatt T. Walker, Rev. Leroy Elliott, and Archbishop George Augustus Stallings Jr., to name just a few. When the revelation came to end the era of the cross, these clergymen made a historic stand for God. On Easter Sunday 2003, 120 Christian leaders took down the crosses from their churches, acknowledging that the power of Jesus is in his love, forgiveness, and subjugation over sin.

I Peter 5:4 says, "When the chief shepherd shall appear, we all shall receive our crown of glory." Thus, Christians could now receive the crown and bind together with the elder brother, the Jewish people, who also believe in the crown.

When the Jewish people saw Christians showing repentance for not loving as Jesus would have us to love, and when they understood that Jesus' love went beyond what anyone had previously known, Jewish leaders stepped forward, embraced the Christian brothers, and repented alongside them.

Muslim leaders also played a key role in bringing about this reconciliation. One rabbi, who was to sign the Jerusalem Declaration, became hesitant at the last minute. At the very moment he was to sign, he said, "I will sign if my Muslim brother will join with me and also sign," which is what indeed happened. The Jerusalem Declaration became a significant stepping stone in restoring the 2,000-year-old failure to receive the Messiah.

With this love and heart, the ACLC went to Gaza to deal with the suffering of the Holy Land. The root cause of the division there is in the family of Abraham himself. Sarah,

Abraham's wife, could not conceive a child, and she offered her handmaid, Hagar, to be the vessel through which God could bless Abraham. God did give that blessing and Ishmael came forth. Sarah and Hagar should have united under the love of God. When Hagar felt she could not be with Sarah, an angel appeared and told her, you must go back and be with Sarah.

When Ishmael was thirteen, Sarah conceived a child, and again felt she could not share her family with Hagar. She complained to Abraham, and even though he should have stood strong and kept the unity of the family, he told Sarah to do as she pleased. Sarah then asked Hagar and Ishmael to leave. Scripture tells us that Hagar wept, but that God heard Hagar's prayer and blessed her and Ishmael, because he was the seed of Abraham.

It is with this profound understanding that Father Moon approaches the reconciliation of the family of man. It is not simply an embrace of brothers, or simple human kindness, that liberates us from the divisions of race, nationality, and religion. Only by going to the very root cause of our division can we restore and repair the violation or breakdown. Only that course of action can set right that which was wrong. This is the reason the ACLC must go beyond the barriers of denomination to bring the body of Christ together, which now expands to include the Muslim family, Jewish family, and beyond.



Rev. Michael Jenkins, right, in Rafah with a Palestinian man whose house was destroyed.

ACLU-719

Jesus manifested this power when he embraced the Samaritan woman, tax collector, or Roman, for there were no boundaries to his love. The Holy Spirit, unleashed through reconciliation, helps us to love each other and challenges us to see ourselves as historical figures, representatives of our past history. I fully agree with the idea of paying reparations in the process of reconciliation between our country's black and white races. Restitution is necessary to set right that which was wrong, and it cannot be done just through verbal means. Some physical condition, some action, is necessary to show that the heart has now been set in order. The power of reconciliation lies in that process.

When we examine how Jacob and Esau finally united, it could not have taken place simply by verbal praise, or even a good feeling of heart. Without Jacob offering the physical blessings that he had accumulated, the restitution necessary to resolve the lifelong conflict could not have occurred. The rift could be repaired only when sacrifice was made by the one who had been blessed and anointed by God.

The situation in Gaza and Jerusalem, seen from this historical perspective, requires that two brothers, divided from the time of Sarah and Hagar, must now be brought back together. Dr. Chang Shik Yang, our ACLC chairman, has observed that truly when we see these two brothers we cannot tell which one is Jacob and which one is Esau. The one who receives God's blessing and responds to God stands in the anointed position and should then make sacrifices to win the heart of his disaffected brother. This is the course of the providence and the course we take in our journey to Jerusalem and Gaza.

With that heart of love, the gates of Jerusalem opened and welcomed us. We saw Imam Bundakji being touched by the spirit of the ACLC. He stood on the holy ground of Al Aqsa Mosque, and cried out, "No more violence, no more war. We must bring peace. Peace, shalom, salaam aleikum." He then repented of any wrongs he had done to his Jewish brothers and also forgave them for any wrongs they did to him. Because of that, Rabbi Lazarovitz, Imam Bundakji, and Father Hatoum, a Christian from Nazareth, embraced and wept. That same day, another very historic step occurred, one that no one could ever have imagined. Jewish leaders, loyal to the Torah, felt called by God to reconcile with their brother Jesus.

During Jesus' life, reconciliation with his older cousin, John the Baptist, and their two families, was to take place. Unfortunately, John began to doubt that Jesus was the lord. The Pharisees and other religious leaders were therefore not given any witness from John the Baptist. Yes, John did testify when he first baptized Jesus, but when doubts crept in he could not embrace his younger cousin. Jesus' own family also fell into doubt.

To restore this failure, on December 22, 2003, three thousand religious leaders walked from the Western Wall to Al Aqsa Mosque and gathered together with thousands more in Independence Park in Jerusalem. Representing John the Baptist, and representing the Jewish leaders of two thousand years ago, a Jewish man and woman walked forward and gave the Crown of David and the robe of the king to Jesus.

Christian, Muslim, Jewish, and Druze representatives shouted with joy. Muslim leaders then offered a menorah to the Jewish leaders, reconciling the difficulties between Ishmael and Isaac. The Christian leaders also recognized Muhammad as God's true prophet. Three Christian ministers came forward and presented the robe of anointing to a representative of Islam, symbolically embracing Muhammad. No one could ever have imagined a rally of Muslims, Christians, and Jews in an area of the world recognized as one of the most dangerous places on earth. The audience shouted with joy.

During that event, many there recognized that God had anointed Father and Mother Moon to be the manifestation of this heart of love. On February 4 there was another gathering, on Capitol Hill in Washington, D.C., where America's leaders caught the spirit. Again,



**The ACLC pilgrimage gathered near the Western Wall in the holy city of Jerusalem in December 2003.**

Jesus was lifted up and embraced as king by Jewish theologians, scholars, and people of faith.

Rise, ACLC! You are the body of Christ. Within your ranks are the great men and women of God who have been prepared to be the leaders, like Joshua, David, Moses, who led us across the troubled waters of history into the land of milk and honey, Canaan. The desire of God is that Canaan belong to all the chosen people, the seed of Abraham. Rise, ACLC, for your hour to shine in the world has come.

---

Rev. Michael Jenkins is president of the Family Federation for World Peace and Unification in America, and the co-convener of the ACLC.

ACLU-720



# *A Message to the Participants of the "Seventh Pilgrimage"*.

Dear leaders of peace,

Peace, Shalom, Salaamu 'alaikum. We sincerely welcome you on this "Seventh Pilgrimage to the Holy Land – Mission for Peace and Reconciliation." Since the beginning of 2003 there have been seven pilgrimages in which religious leaders from all over the world have marched for peace. This pilgrimage will be part of a world gathering of 500 peacemakers from each of the five continents. To date, over 5000 leaders will have marched in the holy land calling for peace.

As religious leaders called and prepared by God for such a time as this, we share a profound sense of history and feel the anointing of God as we return to the birthplace of the Abrahamic faiths – Judaism, Christianity and Islam. According to early biblical interpretations, even the Garden of Eden was located along the banks of the Jordan River. We are excited to be traveling with you, responding to the call of God to bring healing and understanding to this troubled area of the world

In the Holy City we will reach back in history to encounter the beginning of the ministry of Jesus in the land where Abraham, Isaac, Ishmael and Jacob walked the path of God's will, retracing the footsteps of Christ to Golgotha. We will join there in prayer that the end of the cross and the time of bloodshed will yield to the era of the crown and a time of resurrection.

I Peter 5:4 states, "When the chief Shepherd shall appear we shall receive a Crown of glory that shall not fade away." You are the clergy who have boldly stepped forward in response to God's call to lay our cross down and exchange them for a crown. The spirit of the Lord is revealing to us that this kind of movement and condition is the very thing from which a new history can be made. Through this heart of love a new age is dawning; an age in which reconciliation between the children of Abraham must be realized.

II Corinthians 5:20 states, " Now then we are ambassadors for Christ, as though God did beseech you by us: we pray you in Christ's stead, be ye reconciled to God." As religious leaders we represent the divine connection of God's ideal for America and the world. We are ambassadors for Christ and it is our prayer that the Jerusalem Declaration for peace will emerge as a new bond of love between the children of Abraham.

We believe this mission will succeed in laying the cornerstone of the kingdom in which all the Children of God will begin their journey together forging ahead home to "our Father who art in heaven… Thy Kingdom come, thy will be done, on earth as it is in heaven." And as it reads in the Qur'an (Surah 29:46), our Il-lah (god) and your Il-lah (god) is one.

If we cannot resolve conflict and bring peace in the Middle East there will be no peace in the world. Jesus came as the Prince of Peace; we want to represent him as Ambassadors of Peace.

*Sincerely,*
*Levy M.B. Daugherty*
*Secretary General, ACLC*

ACLU-721

# Seventh Pilgrimage to the Holy Land
## September 2004

*Some highlights of the trip (subject to change):*

Al Aqsa Mosque
Ariel Jewish settlement (possible)
Beith Shean (border of Jordan)
Bethlehem
Capernahum
Church of Gethsemane
Church of the Nativity
Church of the Holy Sepulcher
David's City
Deheisheh Palestinian refugee camp (tentative)
Dome of the Rock
Druze Community
Gaza
Haram al Sharif
Jaffa Gate
Jericho

Jordan River
Kibbutz
Mount of Olives
Mount of the Beatitudes
Mt. Scopus
Mt. Zion
Nazareth
Old City of Jerusalem
Omar's Mosque
Panoramic View of Jerusalem
Tabgha
The Church of the Annunciation
The Knesset
The Sea of Galilee
The Upper Room
Tiberias
Western Wall.
Yad Vashem Holocaust Museum



ACLU-722

By Joy Schmidt Pople

# *Muslims, Christians, and Jews*
# *Embracing*

> *He hath showed thee, O man, what is good; and what doth the Lord require of thee but to do justly, and to love mercy, and to walk humbly with thy God?*
>
> *— Micah 6:8*

*This article is from a chapter from the soon-to-be published book, Heart to Heart for Peace: Interfaith Pilgrimages to the Holy Land, by Joy Schmidt Pople, copyright 2004.*

One Baptist pastor came back from Jerusalem with a changed heart and reached out to reconcile with an imam whom he had publicly opposed. Rev. Carl V. Rawls returned home to Selma, Alabama, determined to do more to reconcile races and religions in his city, whose name is associated with racial strife. A black preacher with a commanding stature, he decided to lead an interfaith and interracial march commemorating a key moment in civil rights history, when the attention of the nation was focused on Selma.

Rev. Rawls, pastor of Hopewell Baptist Church in nearby Beloit, planned a commemorative event in Selma on August 30, 2003, that would bring together blacks and whites, Asians and Hispanics, rabbis and imams, Syrians and Selmans in a march across the Edmund Pettus Bridge. He began by reaching out to a local Muslim leader. Rev. Rawls had opposed Imam Yusuf Salaam when he ran for mayor of Selma. Having had a change of heart through the pilgrimage, Rev. Rawls repented publicly for his religious bias and invit-ed Imam Salaam to offer a prayer during the march. He also invited Rabbi David Ben-Ami to offer a prayer.

Rabbi Ben-Ami, founder of the American Forum for Jewish-Christian Cooperation, has had a long connection with the civil rights movement. During the 1960's, he had moved to Hattiesburg, Mississippi to support Dr. King's civil rights work. Rabbi Ben-Ami suffered greatly there, side by side with black religious leaders. Somehow, he could feel that the plights of black people and Jewish people were very similar, since both have been through the path of slavery and both have held on to religious convictions in order to overcome the trials and tribulations of an evil world.



**Father Hatoum of Nazareth (left), leads religious leaders from many faiths in a pledge of solidarity for peace, during the Heart to Heart program in December 2003.**

8

ACLU-723



Rev. Rawls explained to the marchers the ACLC vision of bringing together the children of Abraham. ... Afterwards, Rev. Rawls invited people with open hearts and open minds to sit down, listen to each other, and dispel myths that have been passed down from generation to generation. A white Southern Baptist minister testified that the church he attended as a child and still attends had a committee whose job it was to keep blacks out of the church. The committee no longer exists, he stated, and he repented for its past. Rev. Rawls reported, "I believe that was the first time I heard a white person in Selma, Alabama, in the presence of an interfaith and interracial group such as this, acknowledge and repent for racism."

Imams from the United States have been joining each pilgrimage. Their courage and embracing spirit touch the hearts of Christians and Jews alike. During the September pilgrimage, Imam Haitham Bundakji contacted Muslim leaders and described how his heart had changed toward Jews while on a pilgrimage joined in Mecca. His witness moved the imams at Al Aqsa Mosque to welcome us to the plaza, the first interfaith group to visit there since the second *intifada* began in September 2000. With each successive pilgrimage, more doors are opened and more friendships are strengthened.

On the steps of the Dome of the Rock, Imam Bundakji led us in proclaiming: "*Allah Akbar!*" (God is great). Out of total respect and reverence for the Islamic tradition and the heart with which the Muslim people cherish the Creator, Jews and Christians joined in shouting out the holy Arabic words honoring God. Tears streamed down the imam's face, and the men around him embraced him and kissed away the tears. The imams of Al Aqsa deeply respect Rev. Moon for opening the way for Christians and Jews to understand Islam as a central religion created by God.

At Al Aqsa, one Palestinian man approached Imam Mozuul Abdul Jaami of Dallas, Texas, and said, "*See, we have police at our mosque. Why do we have to have police?*" The imam gave him a challenge: "*Do not worry about the police being at your mosque. Prophet Muhammad would never worry about that. He was concerned about pleasing Allah. Go give the police some water. Let him see our Prophet in you.*" The Palestinian paused and said, "*Alhamdulillah.*" (All praise be to God) "*I felt so blessed. It was hard not to cry,*" Imam Jaami



Top: Special permission was granted to the Heart to Heart delegation to gather at the Dome of the Rock mosque in Jerusalem. It was the first time such a large group that included non-Muslims was allowed to enter the grounds. Above: ACLC clergy of different faiths find common ground for peace, love, and understanding.

reported.

We met living examples of Jews and Muslims demonstrating sacrificial love for each other. Joseph Glesner, an Israeli Jew, told us how his family was at the hospital when his nineteen-year-old son was dying from injuries suffered during a bus bombing, and the doctor came to him and said, "If you sign this paper then your son's organs can be used to save an eight-year-old Palestinian girl. Will you do so?" The father took a moment

9



**Many ACLC clergy and friends chose to receive baptism in the Jordan River during the pilgrimage. For some, this fulfilled a life-long goal.**

to pray and then said, "Yes, I want to let my son's life help someone else live." He signed the paper, and the Jewish boy's organs were donated so the Palestinian girl could live.

Personal contact changes people's misconceptions. Utah State Senator Howard Stephenson, a member of the Church of Jesus Christ of Latter-Day Saints, felt the scales fall from his eyes during the week in Israel. Formerly, he had been wary of Muslims, but he began to see the beauty of all of God's children and the purpose behind such amazing diversity. Despite the outward differences, he could see that all are alike. He stayed at the home of Dr. Hassan Amer and met hundreds of people in his Arab village, Kafr Kasem, near Tel Aviv.

When Israel declared its independence fifty-five years ago, that village had been the site of a brutal massacre of Arab civilians, yet its citizens had determined to move forward and live in peace with the Jewish people. This helped Senator Stephenson realize how diligently many Muslims obey God's commandments and seek peace, despite what a tiny percent of Muslims may be doing to incite hate and envy. Dr. Amer introduced the senator to a sheik, and for about an hour they discussed the pilgrimage and prospects for peace. Later, Senator Stephenson realized that he was able to understand the sheik's words in Arabic without an interpreter. It seemed so natural that he didn't realize how remarkable it was at the time.

Repeated embraces can open windows to the soul. After a peace march in Nazareth, we joined the local people for a ban-

quet featuring the food they love: flat bread and numerous plates of cabbage, tomatoes and cucumber, spinach, basil, hummus, olives, pickles and corn relish, followed by lamb and chicken shish kebobs. There were introductions and welcoming speeches. Then Rev. Jenkins called the Jewish participants in our pilgrimage to come forward and line up on the stage. Every Arab in the hall became alert. When Rev. Jenkins introduced these Jews as people who are working to bring peace to the Holy Land, the applause was overwhelming. He then invited all the Muslim leaders present to come forward and give each Jew a warm welcome. The reception line moved slowly as people took time to connect heart to heart. For some of the American Jews, the most meaningful experience of their peace mission took place that day on the stage in the banquet hall in Nazareth. To be received so warmly and sincerely by Muslims, as if they were family, stirred them to their core.

What touches us all are the simple acts of Muslims, Christians and Jews embracing each other and pledging our common commitment to God. Although we differ in creed, we have taken up the joint quest for peace. The shared experiences with individuals of other faiths opens our hearts to all the people of those faiths. Behind the demonstrations of brotherly love we sense the parental heart of our Creator longing for the children to stop fighting.

Rabbi David Ben-Ami said, "This movement is the most committed and realistic movement in the world at consistently respecting and embracing and unifying all religions to work together harmoniously." Rev. Jesse Edwards testified, "I saw with my own eyes in Israel that the Jews, Christians and Muslims are all from the same Abraham and from the same God. We are true brothers. Now we are becoming brothers in heart. This will bring the Kingdom of God."

We meet God in new ways through the faith, prayers and tears of the brothers and sisters we are meeting in the family of Abraham. We go back home with a deeper desire to connect with Jews, Christians and Muslims in our own communities.

*Joy Schmidt Pople is a writer and editor who resides in Syracuse, New York. This text is a slightly condensed chapter from her soon-to-be published book, Heart to Heart for Peace: Interfaith Pilgrimages to the Holy Land, based on her own experiences on the recent pilgrimages and personal interviews with other participants.*

ACLU-725

# JOIN TODAY!

Conferences and Seminars
Website
Travel discounts
Free monthly newsletter
Free subscription to
American Clergy Magazine
Educational materials
and more...

The nation's most important interdenominational, interfaith, clergy association

**YES!** I will join and receive all these benefits with my annual membership of $100.

For more Information call
1-800-291-3803

Print
Name:
Address:
City:                          State:          Zip:
Phone:                         E-mail:



**Free** subscription with your new membership !

Place this card and your payment in an envelope and send to ACLC, 3224 16th St. NW, Washington, DC 20010.

**American Clergy Magazine** is a forward-thinking, provocative publication that not only talks about how religions should work together, but promotes the action needed in tearing down the walls of division and conflict among all religions.

This magazine does not represent a single denomination, or one hegemonic concept, but looks for the strengths in each religion needed for the good of humanity. There is a message: peace, good will, hope and prosperity to all.

The articles in this magazine will provide good reading for all, whether at college, seminary, in religious or political life, other professions, or just enjoying some leisure time at home.

This quarterly magazine is not sold on newsstands, but is only available through subscription.

**Four important issues per year for only $42.**



Send name, address, phone number, email, and organization, with check or money order payable to:

**American Clergy Magazine**

3224 16th Street, Washington, DC 20010.
Or to use a credit card call 800-291-3793.

11.

# THE NAZARETH DECLARATION

## April 5, 2004

The cry for peace is ringing out all over the Holy Land!

It sounds from the Israelis of Jerusalem, among distinguished rabbis and professors assembled in the conference;

It sounds from the Palestinians of Jerusalem, among distinguished leaders, including leaders of the refugee community, assembled in conference;

It sounds from the streets of Gaza, from Palestinian leaders assembled in conference;

It sounds from Jordan, from professors and leaders of government;

It sounds from the streets of Nazareth, from Israeli Arabs, Christian and Muslim, marching for peace;

It sounds from a hundred American clergy Ambassadors for Peace, who as pilgrims and peacemakers met with this cross-section of the peoples of the Holy Land during the week of March 31 to April 5, 2004.

We the peoples of the Holy Land—Muslims, Jews, and Christians, Israelis, Palestinians and Jordanians—declare that we are one family, brothers and sisters, the children of Abraham.

We worship the same God, the one God of Abraham, Isaac, Jacob, Moses, and Muhammad.

We honor and respect the prophets and holy people of all religions, as was demonstrated on December 22, 2003, in Jerusalem at Independence Park, when Jews honored Jesus by crowning him as the King of Peace; Muslims honored Moses and the Rabbis by the presentation of a menorah; and Christians honored Muhammad by presenting a robe of prophethood. This led to the coronation of the True Parents on February 4 and March 23, and opened the way for all people to receive their crown.

We declare that the way to peace begins from the heart, as we walk together, live together, love and serve each other, forgive and reconcile with each other, rejecting violence and firmly resolve to live together on this land, now and forever more.

**This we pledge to do, for us and future generations.**



ACLU-727

## Multi Cultural Forum Sign-In

*Full Name*

b6

ACLU-728

b6

ACLU-729