TO: FILE (66F-LA- C236680)

FROM: Acting Supervisory Special Agent [redacted] [b6]

RE: Islamic Shura Council of Southern California's 4th Annual Ramadan Dinner

DATE: October 24, 2004

---

On Sunday, October 24, 2004, SAC James Sheehan, A/ASAC Eric Velez, A/SSA [redacted] SSA [redacted] and CO [redacted] attended the Islamic Shura Council of Southern California 4th Annual Ramadan Dinner at the Embassy Suites in Garden Grove, California. In attendance were the leaders of various faiths, the Mayor of Garden Grove, several Garden Grove City Council Members, U.S. House of Representative Loretta Sanchez, representatives of numerous Muslim Organizations, and representatives of the ACLU. Shura Council Board Member and LA FB Multi Cultural Advisory Committee Member, [redacted] spoke of the increased dialogue and relationship between the FBI and Muslim/Arab/Sikh Community. [redacted] then introduced SSA [redacted] who spoke on behalf of the FBI. SSA [redacted] spoke about the great work being done by the FBI's Multi Cultural Advisory Committee [redacted] stressed the need to work together to keep the United States safe for all. SSA [redacted] speech was well received by the attendees. Many individuals approached SA [redacted] and SA [redacted] after the dinner and thanked the FBI for attending. Several individuals asked for more information about becoming a member of the Multi Cultural Advisory Committee. There were approximately 250 people in attendance. [b6]

Attached is the program for the above event.

188A-LA-C236650-48



## 4TH ANNUAL RAMADAN DINNER PROGRAM

### *Shura Majlis (Board)*

| | |
|---|---|
| Dr. Muzammil Siddiqi | Chairman |
| Imam Sadiq Saafir | Vice Chairman |
| Imam Mustafa Ghazvini | Member |
| Dr. Atef Helmy | Member |
| Dr. Zaher Azawy | Member |
| Khalil Momand | Member |
| Sherrel Johnson | Member |
| Shakeel Syed | Member |
| Dr. Mustafa Kuko | Member |
| Sr. Saide Khan | Member Elect |
| Br. Tawfiq Deek | Member Elect |

### *Staff Members*

| | |
|---|---|
| Kalim Farooki | Facilitator |
| Masoud Nassimi | Secretary |
| Naim Shah | Treasurer |
| Dr. Atiq Siddiqi | Member |
| Helie Nazarzai | Administrative Assistant |
| Daud Mohmand | Web Master |

***The Islamic Shura Council of Southern California appreciates and thanks the distinguished guests for their participation and to all the Shura members for their support to make this program successful. May Allah Subhanahu wa Ta'ala bless all – Ameen***

Islamic Shura Council of Southern California
2125 West Crescent Avenue, Suite # 216
Anaheim, CA 92705
Phone: 714-239-6473
www.shuracouncil.org, e-mail: info@shuracouncil.org

*In the Name of Allah, Most Gracious, Most Merciful*

ISLAMIC SHURA COUNCIL
OF SOUTHERN CALIFORNIA
4TH ANNUAL RAMADAN
DINNER PROGRAM

*Ramadan - A Way to Spiritual Attainment*

Islamic Shura Council
of Southern California

*Together, we can make a difference.*

RAMADAN 10, 1425
SUNDAY, OCTOBER 24, 2004

5:00–8:00 PM

## PROGRAM

*Moderators:* N sim Shah & Sherrel Johnson

*Reception*

| | |
|---|---|
| *Adhan — Call for Prayer* | Ghazali Saleem |
| *Iftar (Breaking of the fast)* | |
| *Interactive Session* | Sadullah Khan<br>Director, Islamic Center of Irvine<br>Yassir Fazaga, Imam<br>Orange County Islamic Foundation |

*Salat al-Maghrib (Prayers) after Sunset)*

### Banquet Dinner Program

| | |
|---|---|
| *Recitation from The Glorious Qur'an* | Ghazali Saleem |
| *Translation* | Madihah Falak Akhter |
| *Welcome Address:* | Dr. Muzammil Siddiqi<br>Chairman, Shura Council of Southern California |
| *Welcome Remarks* | Bruce Broadwater<br>Mayor of Garden Grove |

*Banquet Dinner and Introduction of Guests*

| | |
|---|---|
| *Reflections* | Rabbi Stuart Altschuler<br>Congregation Eilat Temple |
| | Father Peter Rood<br>Holy Nativity Parish, Westchester |
| *Government Relations* | Matt McLaughlin<br>Supervisory Special Agent, FBI |
| *Proclamation* | Chris Norby<br>OC Board of Supervisor |

## PROGRAM

*Community Service Award*

| | |
|---|---|
| *Closing Remarks and Dua (Supplications)* | Imam Saadiq Saafir<br>Vice Chairman<br>Shura Council of Southern California |

## ENGLISH TRANSLATION OF THE VERSES RECITED

*In the name of Allah, Most Gracious, Most Merciful. All Praise be to Allah, the Cherisher and Sustainer of the worlds; Most Gracious, Most Merciful; Master of the Day of Judgment. Thee (alone) we worship; Thee (alone) we ask for help. Show us the straight way, The path of those whom Thou hast favored; Not the (path) of those who earn Thine anger nor of those who go astray. Ameen*

The Opening (Al-Fatiha) (Chapter 1:1-7)

*O ye who believe! Fasting is prescribed to you as it was prescribed to those before you, that ye may (learn) self-restraint.*

The Cow (Chapter 2:183)

*O mankind! We created you from a single (pair) of a male and a female, and made you into nations and tribes, that ye may know each other (not that ye may despise (each other). Verily the most honored of you in the sight of Allah is (he who is) the most righteous of you. And Allah has full knowledge and is well acquainted (with all things).*

Private Homes (Chapter 49:13)

---

*Program Committee*

Dr. Muzammil Siddiqi, Chairman
Shakeel Syed - Coordinator
Mohannad Malas
Farid El-Kasim
Mahboob Akhtar
Ibrahim Ali
Naeem Saleemi
Kalim Farooki
Special thanks to all other dedicated volunteers.

b6

TO: FILE (66F-LA-C236680)

FROM: SA [redacted] YVV

SUBJECT: MULTI-CULTURAL ADVISORY COMMITTEE MEETING 12/13/04

DATE: DECEMBER 14, 2004

---

On Monday, December 13, 2004, at 6pm, the Office of Public and Congressional Affairs of the FBI Los Angeles Field Division held it's seventh meeting of the Multi-Cultural Advisory Committee (MCAC) at the FBI Office in Westwood, California. The meeting was attended by the following FBI Los Angeles personnel: A/ADIC Randy Parsons, SSA [redacted] and A/SSA [redacted] The following Muslim/Arab/Sikh community leaders were also in attendance:

1. [redacted]
Omar Ibn Al Khattab Foundation

2. [redacted]
Iranian American Lawyers Association

3. [redacted]
Coptic Orthodox Church

4. [redacted]
Southern California Islamic Center

5. [redacted]
South Asian Network

6. [redacted]
CAIR

7. [redacted]
CAIR

8. [redacted]
Shura Council of Southern California

9. [redacted]
MPAC

b6

188A-LA-C236650-62

10. [redacted]
Los Angeles Latino Muslim Association

11. [redacted]
Singh Chevrolet

12. [redacted]
Sikh Center of Orange County

b6

The eighth meeting of MCAC began at 6:00 p.m. A/ADIC Randy Parsons welcomed the MCAC members. A/SSA [redacted] provided each of the members a portfolio with the FBI seal and the words "Multi-Cultural Advisory Committee" embossed on the front cover. A/SSA [redacted] explained that the portfolio was provided to them to be used for their notes and documents related to MCAC. The members were very appreciative.

A draft MCAC Mission statement was reviewed by all the members attending, and all members voted to approve such mission statement. Below is the approved mission statement:

> *The Multi-Cultural Advisory Committee (MCAC) endeavors to create an environment to facilitate dialogue and enhance the relationship between the FBI and the Community which is based on mutual respect, understanding, and the protection of Constitutional Rights and civil liberties.*

b6

A/SSA [redacted] then informed that it was requested by several members that a Secretary be selected to record the minutes of the meetings and furnish them to the members for future reference. Several members were nominated, but declined. A/SSA [redacted] volunteered to perform the task and all the members approved A/SSA [redacted]

A/SSA [redacted] also informed that certain members had requested that those members who did not consistently attend the meetings be removed. It was explained that it was not fair to those members who consistently came to all the meetings and it was difficult to progress to the next level if the same issues were covered on more than one occasion to accommodate those few who did not attend. It was noted that additional individuals had expressed a desire to become members of MCAC. A discussion was held as to how many meetings a member could miss before being removed. MCAC member [redacted] stated that he had just gone through a similar episode with the members of another board on which he serves and that he would provide A/SSA [redacted] with the details of their agreed removal procedure. A/SSA [redacted] stated that she would review such details and provide them to the members at the next meetings for their review and approval.

A/ADIC Parsons next spoke and informed the members that there were no new threats. A/ADIC Parsons stated that although there were no specific threats, there was concern with the Presidetial Inauguration.

[redacted] then commended the FBI for bringing to the attention the abuses they saw at Guantanamo Bay. [redacted] stated that the community was aware of the FBI's actions and were appreciative. A/ADIC Parsons replied that he believed that reflected the culture of the FBI.

b6

A/SSA [redacted] informed the members that the current head of the ATF in Los Angeles would be attending the next MCAC meeting and asked what topics the members wished for him to address. The members stated that they would like for the ATF representative to speak about their mission, jurisdiction, and authority. They also wished for any discussion on what, if any, role the ATF play in immigration violations. The members were also informed that the United States Attorney for the Central District of California, Debra Yang, or a representative from her Office was interested in attending a MCAC meeting. The members were very interested in having someone from the United States Attorney's Office attend.

[redacted] thanked the FBI for it's assistance in the [redacted] matter. [redacted] noted that she spoke to the FBI Special Agent over seeing the situation and noted that she believed the matter was in good hands. [redacted] then informed A/ADIC Parsons of an individual in the community who allegedly voluntarily contacted the FBI to report some information. During the course of the interview, the Special Agents asked about the individual's immigration status. The individual was honest and stated that he was out of status. Within a week after the interview, ICE Agents appeared at the home of this individual and was informed that he was going to be deported. Accordingly, the perception in the community is that if you cooperate with the FBI and are out of status, you risk being deported. [redacted] asked what the FBI's investigative role is with respect to immigration violations and if there was any guarantee that could be given to the public that they will not be deported if they voluntarily provide information to the FBI.. A/ADIC Parsons explained that the FBI has discretion regarding immigration matters, and that there are no guarantees. A/ADIC Parsons stressed, however, that the main goal of the FBI is to investigate criminal violations, not immigration violations. SSA [redacted] stated that time will show that the FBI does not routinely have individuals deported who provide assistance. A/ADIC Parsons asked [redacted] for the name of the individual at issue and that he would follow-up on it.

b6

[redacted] reported that an individual in the Orange County recently was approached by FBI Special Agents requesting an interview. This individual told the Special Agents that he would consent to be interviewed, but that he wanted to conduct the interview at the CAIR office. The Special Agent replied that it was against policy to conduct such an interview at the CAIR office. [redacted] asked if there was a policy against conducting interviews at the CAIR office. A/ADIC Parsons explained that there was no such policy, but because of time constraints and logistics, it may have not been feasible for the Special Agents to conduct the interview at CAIR's office.

Next [redacted] stated that an individual in the community had just been interviewed by the FBI and wanted to get a copy of the report of the interview. [redacted] was informed that this individual could get such report by making a Freedom of Information Privacy Act request. [redacted] was instructed that the individual could get all the information from the FBI's website, "fbi.gov."

A/ADIC Parsons informed the members that he would like to see college age youth as members of the committee. A/ADIC Parsons felt it was important to reach out to the youth and dialogue. The members agreed, but stated that there would be some animosity. A/ADIC Parsons stated that he was aware that there may be some tension and hard questions, but that the youth needed to be included. With that said, [redacted] presented A/SSA [redacted] with two applications from USC students who wanted to join MCAC.

The topic of town hall meetings was next discussed. The members agreed that it would be a good idea to have another agency at the meetings so that the FBI was not made the scapegoat. The members recommended that representatives from ICE or the United States Attorney's Office attend.

b6

Several members stated that for one of the next meetings they would like ICE to attend. A/SSA [redacted] informed that they had invited ICE, but they had not accepted as of yet. The members were very eager to dialogue with ICE and stated that they may write a letter to ICE asking for a meeting with them. The members also requested that we invite TSA to a meeting. A/SSA [redacted] stated that the FBI would extend an invitation to TSA. The meeting ended at approximately 9:00 p.m.

Attached to this document is the December 13th "Sign In Sheet." Also attached is the "10th Anniversary Gala & Award Ceremony" program provided to A/SSA [redacted] by [redacted] [redacted] SSA [redacted] attended this event on December 9th at the Biltmore Hotel in Los Angeles. This event was well attended by state and local officials.

# *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|

b6



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
| --- | --- | --- | --- | --- |

b6

# Iranian American Lawyers Association

*Welcomes you to the*

# *10th Anniversary Gala*
# *&*
# *Award Ceremony*

**Iranian American Lawyers Association**

The first lawyer's association of Iranian American attorneys in the U.S. - Established in 1994



# IALA President's Message

*The path into and through the next decade*

A generation later, the Iranian American community is proud to have established relationships with successful individuals, in all industries, including chip and technology industries such as Ebay, scientists at NASA and several others who serve as scholars and professors of universities. In all my years as a practicing attorney, partnering in law firms and serving on various boards of directors, I have come across a few pointers which I thought would help mark the pathway into the future of our organization.

Contrary to the common myth, I have learned that most leaders are developed through personal experience and are not just born great leaders. I have also learned that to be most effective, we must continually evaluate issues at hand and strive to be multi-cultural in planning and implementing the association's future plans.

To be an efficient and effective association, we must develop leadership networking and identify common tasks while incorporating multi-cultural and multi-sector parts in events. We should also be enthusiastic while motivating others "to step up to the plate" while being open to new ideas and adaptive to changes.

Furthermore, it is also as important to learn to work with other leaders and associations and to be aware of when to lead and when to follow. We should always remember that we are representing a group and its interests and not any individual idea, interest or agenda. We should always expand on on developing abilities to manage and resolve conflicts.

Effective leadership for an association is more than accomplishments. One must show up, build and develop relationships, motivate others, foster team work, value diversity, build trust and lead by example.

We should fully explore our self actualized power, positional power and coalitional power to achieve the best for the association. We should not forget that most leaders are risk takers and the effective ones don't follow a path, but create their own path to be followed.

Last but not least, when it is all said and done, and after the minority and the majority has had their say and the issues are stalled, we will know where and when democracy spins and leadership ought to start. Lets keep the wheels of democracy pushing forward.

P. Patrick Ashouri, Esq. President
Iranian American Lawyers Association

# IALA's 10th Anniversary program:

7:00 pm - Reception
8:00 pm - President's Welcome
8:15 pm - Recognitions
- The State Bar of California President, John Van de Kamp
- Honorable Bruce J. Einhorn
- CNN Senior VP, Parisa Khosravi
- President Elect's Message

9:30 pm - Dinner
10:00pm- Entertainment

***We are honored to have as our speakers the State Bar of California's President, John Van de Kamp***

*Former state Attorney General John K. Van de Kamp of Los Angeles is the 80th president of the State Bar of California. Last year as a vice president of the bar's Board of Governors, Van de Kamp chaired the Regulation, Admissions and Discipline Committee and led a successful effort to expand the operating hours of the State Bar's discipline consumer hotline. John Van de Kamp is of counsel at the Los Angeles offices of Dewey Ballantine LLP.*

---

***Parisa Khosravi, Senior Vice President and Managing Editor, International News gathering of CNN***

*Parisa Khosravi is a senior vice president for the CNN News Group, charged with overseeing all international coverage and newsgathering resources, including the network's international bureaus. Based in CNN's world headquarters in Atlanta, Khosravi reports to Eason Jordan, chief news executive and president of Newsgathering for the CNN News Group.*

*Named as senior vice president in January 2001, Khosravi was vice president and managing editor of international news coverage from 1999-2001, and previously served as deputy managing editor and director of coverage on the international assignment desk. Before that, Khosravi was senior international editor for CNN from 1994-1995. She joined the international assignment desk as an assistant editor in 1988 and was promoted to assignment editor in 1989. She began her career with CNN as a video journalist in 1987.*

# IALA's Recognitions

Multi-Cultural Pro Bono, Civil and Immigrant Rights Advocacy

**CHIRLA** Advancing the Rights of Immigrants and Refugees in Los Angeles Since 1986

CHIRLA works to advance the human and civil rights of immigrants and refugees and to foster an environment of positive human and community relations in our society.

**Greg Simons**
Executive Director

**South Asian Network**

The South Asian Network (SAN) is a community-based non-profit organization dedicated to promoting the health and empowerment of people of South Asian origin living in southern California. SAN was founded in 1990 to fill a critical service gap in the South Asian Community, which traditionally has been underserved by public interest organizations, even by those focused on the Asian community. Together, staff and volunteers have established the only staffed agency in Southern California serving South Asians and have created a multilingual, culturally appropriate program of direct service, community education and advocacy in four areas: immigration, public health, domestic violence and hate crime/discrimination

**Hamid Khan**
Executive Director

**Ban Al-Wardi, Esq.**
Director, Los Angeles/Orange County
ADC is a grassroots civil rights organization which welcomes people of all backgrounds, faiths and ethnicities as members.

# Honorable Judge Shahla Sabet at IALA meeting in 1995

# IALA's History

Iranian American Lawyers Association, the first lawyer's association of Iranian American attorneys in the U.S., is a non-profit organization formed in California in 1994 and based in Los Angeles since.

Our members have been admitted attorneys, law students and Honorable Bench Officers. We continue to offer various programs (radio broadcasts and call-in Q&A law days, radio announcements of deadlines, radio interviews, press releases) in informing the Iranian American community of significant legal issues.

We promote equal access to Justice and encourage pro-bono representation as well as provide a networking forum for our members, conducting various events (mentor program for newly admitted lawyers, CLE programs and general social mixers and our annual dinner Gala). We are exclusively supported by our membership dues and event sponsorships.

## Mission Statement

Portion of the Association's Articles:

1. To maintain the honor and integrity of the legal profession.
2. To promote and maintain the sound administration of independent justice.
3. To encourage discussion of legal matters or issues, to promote mutual aid among its members.
4. To further equal opportunity and justice for the members of the legal profession and to provide an organization for collective action.
5. To advance and preserve the integrity of the Iranian American lawyers within the community.
6. To promote the legal education and general understanding of the legal system within the Iranian community.
7. This association shall not participate in partisan politics nor recommend any person for any political office other than a judicial office.

# IALA's General meeting in 1994



# Iranian American Lawyers Association's

### CRACKDOWN ON
### THE UNAUTHORIZED PRACTICE OF LAW

For years, non-lawyer Iranians have held themselves out as lawyers, taking millions of dollars from unsuspecting victims within the Persian community in exchange for a promise they never delivered. Their conduct has resulted in deportation and jail time for the victims. Others' dream of living in the US remained only that; a dream. This year, after receiving numerous complaints from the public, the board decided to stop these perilous and illegal practices and formed the Unauthorized Practice of Law Committee. The committee's chair, formerly a Los Angeles Police Officer, Michael Payman Kade, Esq., IALA's 2004 Vice president, launched the most aggressive investigation IALA has ever come to see. Hours of witness and victim interviews, evidence gathering and examination lead to the compilation of credible evidence that is shared with various state and federal law enforcement agencies.

This challenge has just begun. In the upcoming year, IALA will ***expand*** and continue its investigations into the work of other individuals and entities. The encounter rages on to make sure wrongdoers face civil and criminal punishment.

A next-generation world-wide online TV promoting **Attorneys**, Doctors and other business professionals.
Fresh weekly educational shows promoting you and your practice -- accessible 24/7 worldwide.
Local and online advertising and promotion to bring to your weekly online shows. Our service includes full digital shooting, editing and streaming - 24/7!
Contact us now for special pre-new year discounted pricing!
Khosrow (Koz) Khosravani
Koz@ExpertsTV.com
949.466.3528
www.ExpertsTV.com
17173 Gillette Ave.
Irvine, CA 92614

**SHAHROUZI & FURNESS**
CERTIFIED PUBLIC ACCOUNTANTS
Sean Shahrouzi, C.P.A., Raymond Furness, C.P.A.

16000 Ventura Boulevard, Suite 500
Encino, California 91436
**Tel. (818) 379-1107**

433 N. Camden Dr. Suite 400
Beverly Hills, California 90210
**(866) 299-4117**

www.la-cpa.com
Advance Tax and Financial Planners

**FAMILY LAW OFFICES OF JAFARI & ASSOCIATES**
Padideh S. Jafari, Attorney at Law

16000 Ventura Boulevard, Fifth Floor
Encino, California 91436
**Tel. (818) 785-7272**

1925 Century Park East. Suite 500
Los Angeles, California 90067
**Tel. (818) 785-3888**

www.jafarilaw.com

Law Offices of Mike S. Manesh
A PROFESSIONAL CORPORATION
Online estate planning learning center
Mike S. Manesh
Zohreh Mizrahi

**LAW OFFICES OF MIKE S. MANESH**
A PROFESSIONAL CORPORATION
2049 CENTURY PARK EAST, SUITE 2680
LOS ANGELES, CALIFORNIA 90067
Tel: (310)843-9292
Fax: (310)843-9777

Areas of practice
Immigration, Estate Planning, Incorporation

# Community responses to IALA

MINA [redacted]
[redacted] Street
[redacted], New York 11229[redacted]

P. Patrick Ashouri, Esq.
President, Iranian American Lawyers Association
1875 Century Park East Ste. 1240
Los Angeles, California 90067

Dear Mr. Ashouri:

I apologize for the delay in writing to you. I only wish I had the words in my lexicon to convey my respect, appreciation and heartfelt gratitude for your efforts on my behalf.

It would be remiss of me not to acknowledge the importance of the Iranian American Lawyers Association and the significance of the organization in our world today.

Please convey to your colleagues that it is heartening to know that in a world burdened with discord and disunity Iranian and American colleagues can join to accomplish together what each could not do alone.

More important, to give of self, time and professional services freely is volunteerism in the truest and best sense of the word.

I wish you health and success in your personal and professional endeavors.

Sincerely,
Mina [redacted], [redacted]

# Some of IALA's pro bono activities

**4 hour Radio Law Day Program**
**Sunday May 23, 2004**
Attorney Participants

- Michael Sabzevar
- Frank Hakim
- Nick Ebrahimian
- Mike Manesh

- Tabi Katouzi
- P.Patrick Ashouri
- Padideh Jafari
- Sousan Alemansour
- Steve Seppasi
- Ardy Kiarash
- Alaleh Kamran
- Sean Tabibian

**Ares covered**

Family Law
Labor Law
Worker's Compensation
Estate Planning
Criminal Defense & traffic appeals

**3 hour Radio Law Day Program**
**Sunday June 20, 2004**
Attorney Participants

- Michael Sabzevar
- Roxana Soltani
- Frank Hakim

- Mike Manesh
- Tabi Katouzi
- P.Patrick Ashouri
- Steve Seppasi
- Zohreh Mizrahi
- Haleh Mansouri
- Ali Golchin

**Ares covered**
Immigration
Labor Law
Worker's Compensation
Estate Planning
Medical Planning

نیک دانش
**NICK DANESH**

**Allied Company**
وام تجاری
**Commercial Loan**

**310-820-2000**
Nd@alliedcompany.com
Www.alliedusacorp.com
Www.alliedcompany.com
11464 san vicente Blvd.Los angeles, CA 90049

# IALA's RADIO PUBLIC SERVICE PROGRAM TRANSCRIPT

In an hour long radio program, an interview hosted and translated at KRSI radio on Saturday April 24, 2004, guests Jane Arellano, District Director CIS (L.A.) and P. Patrick Ashouri, Esq., President of Iranian American Lawyers Association discussed the implementation of Info Pass services of the Department of Homeland Security, Citizenship and Immigration Services and other issues, the transcript of a brief part of the program regarding unauthorized or illegal practices is provided below.

Q. P. Patrick Ashouri: Director Arellano, as the President of the Iranian American Lawyers Association and our association, just like any other lawyer, law or Bar association has always continued to encourage, acknowledge and appreciate members who are all licensed State or Federal attorneys to continue their competent representation of their clients in immigration. We have always promoted and encouraged their [attorneys] community information participation and we appreciate those who do that. A question that comes up and has come up quite often is that in light of some irreversible consequences in filling out an application that could be perhaps unintentional or sometimes negligent, by completing, submitting petitions, applications, the appropriate attachments, what advise would you have for an applicant out there who is trying to get assistance of somebody other than themselves in preparing their paper work for the Immigration Services [CIS]?

*A. **Director Arellano**: I would caution anybody who is seeking assistance in making an application to CIS to insure and be sure that they are dealing with some one who is competent, a licensed individual who has got the knowledge and ability to properly advise this individual and the unauthorized practice of law is something that we discourage and speaking to community based organizations, we also caution them. If you are not attorneys, you can not give advice. We do not give advice. Immigration Officers are not authorized to give advice, we give information only so anybody who has even a simple, but also a very complex case should seek competent legal advice from a licensed practitioner.*

Q. P. Patrick Ashouri : Another question Director Arellano that has surfaced and has been mentioned by the practitioners and the Bar, is that when an applicant is harmed financially and the family harmony is placed at risk because an immigration status is in jeopardy because wrong or incomplete or sometimes never filed applications or petitions are the case, what steps, safeguards or levels of cooperation does the Service [CIS] have with other law enforcement agencies, Federal, County or State to investigate, charge and prosecute public fraud, theft or unauthorized practice of law against those who have conducted themselves accordingly?

*A. **Director Arellano**: Well, I wanted to make sure that we let you know that we are the Service side of the Department of Homeland Security, CIS. We do have our counterpart in the enforcement side, Immigration and Customs Enforcement, (ICE), we stay in touch with them on a daily basis, they still investigate into fraud and any kind of unauthorized practice of law could be reported to the ICE component. They too are in touch with Local, County and Consumer Affair's Department and together we have cooperation with them. If we get the report at CIS, we are going to turn it over to them [ICE]. We also have a contact at the county of Los Angeles, who will take up and make an inquiry into the type of practices that has been going on.*

Q. P. Patrick Ashouri : So the ramifications one could summarize, could have some criminal prosecution consequences for those who are breaking the law and not being licensed nor authorized and causing losses to applicants by form of fraud?

*A. **Director Arellano**: Absolutely.*

Q. P. Patrick Ashouri : Thank you.

# IALA's CLE Event

July 22, 2004

Speaker, Thomas Girardi, Esq.

**MORTGAGE BANKERS CORP.**

**Shawn Ely**

**Mortgage Banker**

**Our Interest is Ultimate Service**

شهرام الیاس زاده

**310. 472. 5454** **800. 868.8000**

11911 San Vicente Blvd., Suite 255, Los Angeles, CA 90049

www.mtgbankers.com

www.ketab.com

KETAB CORP.

شرکت کتاب

Books کتاب
Music موسیقی
Films فیلم

(310) 477-7477
1419 Westwood Blvd.
Los Angeles, CA 90024 USA

1-800-FOR IRAN
367-4726
email: ketab1@ketab.com

A next-generation world-wide online TV promoting **Attorneys**, Doctors and other business professionals.
Fresh weekly educational shows promoting you and your practice – accessible 24/7 worldwide.
Local and online advertising and promotion to bring to your weekly online shows. Our service includes full digital shooting, editing and streaming - 24/7!
Contact us now for special pre-new year discounted pricing!
Khosrow (Koz) Khosravani
Koz@ExpertsTV.com
949.466.3528
www.ExpertsTV.com
17173 Gillette Ave.
Irvine, CA 92614