

www 949-466-3528
Digital Movies.us
Digital movies about you!
Digital Movies
Web Design
Web TV Broadcasting
Technology Consulting
Short and long movies made about your accomplishments and life. Great for celebrities, fitness professionals, athletes, competitors and anyone who wants to preserve great moments of their lives utilizing digital movie technologies. Other services includes web design, web TV broadcasting & technology consulting!

818 - 50 50 100

سازمان
IRTV
Communications

Pars Insurance Agency
www.parsinsurance.com

خدمات بیمه پارس

مشاور مورد اعتماد شما

جلال بهپورنیا

(818) 906-1454 (800) 779-PARS 7277

FAX: (818) 906-2682 e-mail: parsins@pacbell.net

13437 Ventura Blvd., Suite 204, Sherman Oaks, CA 91423



www.gwhloans.com
HOME LOANS
18340 Ventura Blvd Suite 206, Tarzana, CA 91356

"Providing customized Real Estate financing for local communities"

Our integrated software, hardware, and "peopleware" strategy allows us to provide the most cost-effective loan solutions available throughout the industry.

Specializing in

* Commercial and Multi Family Loans
* Lot Loans
* Construction Loans
* 1-4 Single Family Dwelling Loans
* Equity Loans

For more information please contact:

Alex Khoshnam
@ ext 31 or via E-mail @ alex.khoshnam@gwhloans.com

Allen Khoshnam
@ Ext 25 or via E-mail @ allen.khoshnam@gwhloans.com

Licensed under California Department of Corporation, license number 603 8959 and Department of Real Estate, license number 01176526

## 2004 Officers, Directors and Committee Chairs

### OFFICERS

**PRESIDENT**
**P. PATRICK ASHOURI**
1875 Century Park East, Suite 1240
Los Angeles, CA 90067
(818) 989-3333

**PRESIDENT ELECT**
**MICHAEL PAYMAN KADE**
15760 Ventura Blvd., Suite 2030
Encino, CA 91436
(818) 995-9454

**TREASURER**
**ALI MAKOUI**
336 Alginet Dr.
Encino, CA 91436
(818) 990-5701

**SECRETARY**
**PADIDEH S. JAFARI**
16000 Ventura Blvd., 5th Floor
Encino, CA 91436
(818) 785-7272

### DIRECTORS

**MARK K. AMELI**
8383 Wilshire Blvd., Suite 1038
Beverly Hills, CA 90211
(323) 655-1133

**SEAN TABIBIAN**
9000 West Sunset Blvd., Suite 407
Los Angeles, CA 90069
(310) 888-8700

**FRANK HAKIM**
1925 Century Park East, Suite 500
Los Angeles, CA 90067
(310) 789-2240

**SHAHRAM A. SHAYESTEH**
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211

### COMMITTEE CHAIRS

Events:
**ZOHREH MIZRAHI**
2049 Century Park E #2680
Los Angeles, CA 90067
310-843-9292

Pro Bono:
**P. PATRICK ASHOURI**
**PADIDEH S. JAFARI**
16000 Ventura Blvd., 5th Floor
Encino, CA 91436
(818) 785-7272

MCLE:
**MICHAEL PAYMAN KADE**
15760 Ventura Blvd., Suite 2030
Encino, CA 91436
(818) 995-9454

Unauthorized Practice of Law
**MICHAEL PAYMAN KADE**
15760 Ventura Blvd., Suite 2030
Encino, CA 91436
(818) 995-9454

Law Day:
**P. PATRICK ASHOURI**
1875 Century Park East, Suite 1240
Los Angeles, CA 90067





Metropolitan News-Enterprise
شرکت کتاب
LOS ANGELES
COUNTY BAR
ASSOCIATION
Radio Sedaye IRAN
رادیو صدای ایران
KRSI.NET

THE IRANIAN YELLOW PAGES
KETAB CORP.
یلوپیج ایرانیان شرکت کتاب
818.9.08.08.08
www.08.net
با تیراژ چهل هزار جلد
موثرترین کار تبلیغاتی در جامعه ایرانی
CIRCULATION 40,000
The most effective advertising tool in the Iranian community



The Most Comprehensive Legal Presentation Services for Great Lawyers in California

Executive Presentations Congratulates the

# Iranian American Lawyers Association's 10th Anniversary

Design Consulting & Exhibit Preparation

Legal Video Services

Digital Trial Presentations

PowerPoint Presentations

Event & Site Photography

Animation & 3D Illustration

Digital Trial Presentations

All of your documents, photos, videos & animations available and displayed on a single large screen

Design Consulting & Exhibit Preparation

Rick Kraemer
President

executive presentations

animation • digital trials • graphics • video services

tel: 213.480.1644 fax: 213.480.1838
www.executivepresentations.com

## Iranian American Lawyers Association

The first lawyer's association of Iranian American attorneys in the U.S. - Established in 1994

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE **Date:** 01/30/2005

**To:** Los Angeles

**From:** Los Angeles
OPCA
**Contact:** [redacted] ext. [redacted]

b6
b2

**Approved By:** [redacted]

**Drafted By:** [redacted]: nil

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH OMBUDSMAN PROGRAM.

**Synopsis:** Document Ninth Meeting of the Multi Cultural Advisory Committee.

**Enclosure(s):** The Multi-Cultural Sign-In Sheet for Ninth Meeting is enclosed.

**Details:** On Wednesday, January 26, 2005, at 6pm, the Ninth meeting of the Multi-Cultural Advisory Committee (MCAC) was held at the FBI Office in Westwood, California. The meeting was attended by the following members:

1. [redacted]
Omar Ibn Al Khattab Foundation

2. [redacted]
Iranian American Lawyers Association

3. [redacted]
Coptic Orthodox Church

4. [redacted]
USC Muslim Student Union

5. [redacted]
South Asian Network

6. [redacted]
CAIR

7. [redacted]
CAIR

b6

188A-LA-C236680-72

31NL01.05

To: Los Angeles From: Los Angeles
Re: 66F-LA-C236680 (Pending), 01/30/2005

8.
Shura Council of Southern California

9.
MPAC

10.
Los Angeles Latino Muslim Association

11.
Sikh Center of Orange County

12.
Sikh Center of Orange County

13. A/ADIC Randy Parsons
FBI Los Angeles

14. SSA
FBI Los Angeles

15. A/SSA
FBI Los Angeles

16.
/Syriac Church

17.
MPAC

18.
Arab-American Anti-Discrimination Committee

19.
Islamic Center of Orange County

20.
Immigration Lawyer

21.
USC Muslim Student Union

22.
Islamic Center of Southern California

23.
UCI Muslim Student Union

b6

2

ACLU-756

24. [redacted]
Free Muslim Coalition Against Terrorism

25. [redacted]
South Asian Network

26. [redacted]
Syrian Orthodox Church

27. [redacted]
LEDTronics

28. [redacted]
Inter Religious Federation for World Peace

29. [redacted]
UCI Muslim Student Union

30. SA [redacted]
FBI Los Angeles

b6

A/SSA [redacted] opened the meeting by greeting the members and having them introduce themselves as there were new members in attendance. A/SSA [redacted] then introduced A/ADIC Randy Parsons who welcomed the members and introduced United States Attorney for the Central District of California Debra Yang.

USA Yang gave an overview of the jurisdiction of the United States Attorney's Office and the types of violations they prosecute. USA Yang specifically discussed immigration violations, stating that the US Attorney's Office prosecutes those violations related to human trafficking and re-entry after being deported. All cases involving immigration issues initiated in the District Court are also handled by the US Attorney's Office. These cases include habeas and mandamus cases.

USA Yang provided an overview, as viewed by the US Attorney's Office, of the JTTFs in the Central District of California. USA Yang then discussed the US Attorney's Office working relationship with the JTTFs.

USA Yang also emphasized that her office aggressively prosecutes hate crimes. USA Yang discussed the status of the [redacted] case, basically that it's going to trial in the near future. USA Yang stressed that if anyone is a victim of hate crimes to report it to law enforcement so that the individual(s) responsible are brought to justice.

b6

USA Yang then asked the MCAC members if they had any questions. A question was asked about asylum cases related to Coptic individuals. USA Yang stated that she was unaware of the Coptic plight, but suggested that the Office of Immigration Litigation be contacted for assistance.

USA Yang was then asked about TSA's "no fly" list. USA Yang stated that she was not aware of the requirements of the "no fly" list and suggested to contact TSA. USA Yang also stated that she has been stopped and has gone through secondary herself.

Several members asked USA Yang if she could facilitate a meeting between them and ICE. USA Yang stated that she had no control over ICE, but suggested the members draft a letter to ICE requesting a meeting and she would forward it to a high level official in the Department of Homeland Security. USA Yang then informed that she needed to depart and thanked the MCAC members for their time.

After USA Yang's departure, [redacted] and [redacted] [redacted] spoke of their recent meeting with the SAC, lead prosecutor, and media representative of the Los Angeles ICE Division. According to [redacted], the meeting was not well received. Additionally, the media representative for ICE was upset with [redacted] for publicly stating that they had met with ICE.

b6

The MCAC members asked if the FBI could extend an invitation to TSA for an upcoming meeting. MCAC members were informed that ATF was scheduled for the February meeting, but that an invitation would be extended to TSA for the March meeting.

A/SSA [redacted] informed that an e-mail regarding the date and agenda of the next meeting would be sent to all MCAC members. The meeting then ended.

♦♦

# *Multi Cultural Forum Sign-In*

| *Full Name* | *Sign-In* | *Work Phone* | *Mobile Phone* | *Email Address* |
| --- | --- | --- | --- | --- |
| | | | | |

b6

*Thursday, January 20, 2005*

*Page 1 of 3*

ACLU-759

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|
| | | | | |

b6

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE **Date:** 02/01/2005

**To:** Los Angeles

**From:** Los Angeles
OPCA
**Contact:** [redacted] ext. [redacted] b6 b2

**Approved By:** [redacted]

**Drafted By:** [redacted]: nil

**Case ID #:** 66F-LA-C236680 (Pending)-77

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH OMBUDSMAN PROGRAM.

**Synopsis:** E-mail

**Enclosure(s):** E-mail from [redacted] dated January 25, 2005.

**Details:** On January 26, 2005, [redacted] member of the Multi Cultural Advisory Committee and Shura Council of Southern California provided Acting Supervisory Special Agent [redacted] [redacted] with an e-mail sent to him on January 25, 2005. This e-mail basically provided that the sender was a highly disgruntled Army Veteran who would be willing to be hired to coach Muslim Freedom Fighters on where to strike in the United States with equipment readily available in the United States. This e-mail was sent to numerous Muslim organizations, including the organization employing [redacted] b6

The above e-mail was provided to SAC Randy Parsons for his review and action.

♦♦

188A-LA-C236680-77

37 NLC1.05
-77

Tuesday, January 25, 2005 ... 43 PM

To: [redacted]@786.co.za

Cc: AFFD@MAIL.COM; [redacted]@islamtoday.net; info@IslamiCity.com; membership@IslamiCity.com; techsupport@IslamiCity.com; [redacted]@IslamiCity.com; media@IslamiCity.com; feedback@IslamiCity.com; sales@IslamiCity.Com; orderstatus@IslamiCity.Com; order@IslamiCity.com; Sponsor@IslamiCity.com; banners@IslamiCity.com; editor@muslimedia.com; herald@ais.org; [redacted]@ais.org; [redacted]@ais.org; bsb@ais.org; editor@islamicvoice.com

b6

**Subject:** U.S. Army Vet for hire to Muslim Freedom Fighters.

I have become disgruntled with the United States for turning its back on right and wrong. What I am interested in learning from any one of you is this.

Would you please pass this email on to anyone you know who would be willing to hire an E Army (U.S. Army) person who would be willing to coach Muslim Freedom Fighters on where to strike in the United States with equipment readily available in the United States. With the purpos of getting the United States to pull out of the Middle East, and begin to deal with it corruption at home.

The target and means that I will propose will speed up the Bush Administrations move out the Middle East because of Concerns at home. If he does not pull the troops home to the United States, he will put the American Public in a state of panic.

The means by which Muslims are trying to strike, is a lot harder target to hit than what I have to propose. In addition to the fact that the proposals that I have to make will remain availabl or be clamped down so tight as to kill the U.S. Economy.

If you have contacts, or suspect someone else of having contacts, please pass on this emai to them. Or talk it over with them.

If I can get an interesting offer I will be willing to discuss these proposals with whomever, further detail.

A highly disgruntled Army Veteran.

---

Do you Yahoo!?
Yahoo! Search presents - Jib Jab's 'Second Term'

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE **Date:** 02/22/2005

**To:** Los Angeles

**From:** Los Angeles
OPCA
**Contact:** [redacted] ext. [redacted]

b6
b2

**Approved By:** [redacted]

**Drafted By:** [redacted] : nil

**Case ID #:** 66F-LA-C236680 (Pending)-87

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH OMBUDSMAN PROGRAM.

**Synopsis:** Document the Tenth Meeting of the Multi Cultural Advisory Committee.

**Enclosure(s):** The Multi-Cultural Sign-In Sheet for the Tenth Meeting is enclosed.

**Details:** On Tuesday, February 22, 2005, at 6 p.m., the Tenth meeting of the Multi-Cultural Advisory Committee (MCAC) was held at the FBI Office in Westwood, California. The meeting was attended by the following members:

1. [redacted]
Omar Ibn Al Khattab Foundation

2. [redacted]
Iranian American Lawyers Association

3. [redacted]
USC Muslim Student Union

4. [redacted]
South Asian Network

b6

5. [redacted]
CAIR

6. [redacted]
CAIR

7. [redacted]
Shura Council of Southern California

188A-LA-C236680-87

87

To: Los Angeles From: Los Angeles
Re: 66F-LA-C236680 (Pending), 02/22/2005

8. [redacted]
MPAC

9. [redacted]
International Relations Council

10. SAC Randy Parsons
FBI Los Angeles

11. SSA [redacted]
FBI Los Angeles

12. A/SSA [redacted]
FBI Los Angeles

13. [redacted] b6
Arab-American Anti-Discrimination Committee

14. [redacted]
USC Muslim Student Union

15. [redacted]
Free Muslim Coalition Against Terrorism

16. [redacted]
Syrian Orthodox Church

17. [redacted]
LEDTronics

18. [redacted]
Inter Religious Federation for World Peace

19. SA [redacted]
FBI Los Angeles

20. [redacted]
USC Muslim Student Union

21. [redacted]
SAC International Steel

22. [redacted]
Free Muslim Coalition Against Terrorism

23 [redacted]
Masjid Al-Faitha of America

2

ACLU-765

24. [redacted]
Iranian American Advisory Committee

25. [redacted]
DOJ Community Service Relations

26. [redacted]
USCIS/Immigration

27. [redacted]
Armenian Church

28. [redacted]
ACLU

29. ADIC Richard Garcia
FBI Los Angeles

b6

A/SSA [redacted] opened the meeting by greeting the members. A/SSA [redacted] then introduced Assistant Special Agent In Charge [redacted] of the Bureau of Alcohol, Firearms & Tobacco (ATF). [redacted] spoke of the jurisdiction of the ATF and the types of violations they investigate. Specifically, [redacted] stressed that they investigated violent crimes and usually teamed up with other law enforcement agencies because of their small size.

b6

After [redacted] finished his presentation [redacted] proposed that the first portion of each meeting be devoted to issues/concerns of the community. All the committee members agreed.

[redacted] of the United States Citizenship and Immigration Service next spoke of her perspective of Los Angeles ICE's recent meeting with CAIR and MPAC. [redacted] basically stated that ICE's Media Coordinator [redacted] had good intentions in mind in setting up the meeting, but felt that she had conveyed that she did not want their meeting to be made public. When [redacted] discovered the meeting had been made public and Headquarters admonished her for having the meeting, she felt betrayed. Several committee members who were at the meeting stated that they asked [redacted] if they could make the meeting public, and that she had agreed.

At the previous MCAC meeting, United States Attorney Debra Yang informed the committee members that if they wished to write a letter requesting a meeting with Los Angeles ICE Division, she would provide such letter to a high ranking official of Department of Homeland Security in Washington, D.C. The members asked [redacted] if she thought sending the letter would be a good idea. [redacted] thought it would be a good idea as [redacted]

To: Los Angeles From: Los Angeles
Re: 66F-LA-C236680 (Pending), 02/22/2005

had noted that Headquarters had told her not to hold community outreach meetings. ADIC Garcia emphasized that the decision to write the letter was up to the committee members and that it could not be endorsed by the FBI. [redacted] was nominated, and agreed, to draft the letter.

Finally, [redacted] the Citizens' Academy Alumni Association, spoke to the members about joining the Citizens' Academy hosted by the FBI Los Angeles. [redacted] also spoke about the Citizens' Academy Alumni Association that one can join after they go through the Academy.

b6

A/SSA [redacted] informed that an e-mail regarding the date and agenda of the next meeting would be sent to all MCAC members. The meeting then ended.

♦♦

# *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Addres: |
| --- | --- | --- | --- | --- |

b6

Full Name
Sign-In
Work Phone
Mobile Phone
Email Address

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
| --- | --- | --- | --- | --- |

b6

Precedence: ROUTINE Date: 02/22/2005

To: Los Angeles

From: Los Angeles
OPCA
Contact: [redacted] ext. [redacted]

b6
b2

Approved By: [redacted]

Drafted By: [redacted] nil

Case ID #: 66F-LA-C236680 (Pending) 188A-LA-C236680-96

Title: LOS ANGELES ARAB/MUSLIM/SIKH OMBUDSMAN PROGRAM.

Synopsis: Document the February 22, 2005, meeting with the [redacted] [redacted] Claremont Mosque, [redacted] for the Shura Council and member of the Los Angeles Field Office's Multi Cultural Advisory Committee. [redacted] ACLU Representative, [redacted] [redacted] the Southern California CAIR Chapter, [redacted] [redacted] of Government Relations for CAIR, [redacted]; SSA [redacted]; and A/SSA [redacted]

b6

Details: On Tuesday, February 22, 2005, [redacted] informed that the leaders of the Claremont Mosque wished to have a meeting with ADIC Richard T. Garcia, A/SSA [redacted] and SSA [redacted] [redacted] The leaders wished to discuss the interviews of mosque members currently being conducted by the FBI. A/SSA [redacted] informed [redacted] that such a meeting could be held, but that ADIC Garcia would be unable to attend. A/SSA [redacted] also informed [redacted] that they would not be able to discuss any pending investigations, if any, to which [redacted] stated he understood. The meeting was set for five o'clock that evening.

At approximately five o'clock [redacted] [redacted] the Claremont Mosque; and [redacted] ACLU Representative arrived at the Los Angeles Field Office. SSA [redacted] and A/SSA [redacted] greeted [redacted] at which time the meeting began. [redacted] first thanked A/SSA [redacted] and SSA [redacted] for taking the time to meet. [redacted] then informed that the reason for calling the meeting was to inform that because of the recent activities of the FBI, members of the Claremont Mosque were afraid to attend the Mosque. [redacted] explained that the current belief of the members is that if you donate and/or attend Mosque, you will be targeted by the FBI. Accordingly, attendance and donations have dropped by half. [redacted] are concerned that the FBI's recent activities could cause the shut down of the Mosque.

b6

b6

[redacted] stated that he had various examples of questionable behavior by agents. Specifically, [redacted] stated that several members of the Mosque have been "detained and questioned" by agents on more than one occasion. During this "questioning," threats were made to these members. During one such interview, an agent told the member that he was "lying" and that "we will get your Imam, we will get your Center!" Other interviews have included questioning which they felt was inappropriate. Such questions included, where do you pray; how many times a day to you pray; are you a Sunni or Shite Muslim; what do they preach during Friday prayer; do you donate to the Mosque; and to where does your Mosque send the donations. They also noticed agents surveilling the Mosque.

[redacted] also provided the case of [redacted]. According to [redacted] the FBI and/or Weights and Measures agents searched his business pursuant to a search warrant. Once the agents were finished searching his place of business, they asked permission to search his residence. At first, [redacted] did not give verbal approval and the agents threatened that if they had to get a search warrant for the residence, they would be back with more agents and guns and embarrass [redacted] in front of his neighbors. [redacted] acquiesced and signed the waiver because of these threats. While they were searching [redacted] residence, the agents apparently asked his ten year old daughter if she prayed at the Mosque and what they taught during the prayers.

Basically, [redacted] wanted to know what kinds of questions were "off the table" and whether FBI agents could threaten the people they were questioning. [redacted] [redacted] specifically wanted to know the FBI Policy/Procedures regarding terrorism investigations.

b6

At the end of the meeting [redacted] the Southern California CAIR Chapter and [redacted] [redacted] for CAIR joined the meeting. SSA [redacted] [redacted] and A/SSA [redacted] asked [redacted] to write down all the concerns of the members, to include the name of the agents involved, the dates and places of the interviews, and the questionable activity. SSA [redacted] asked them to include as much specificity as possible so that their concerns can be adequately addressed. All agreed that the matter would be revisited once the specific concerns were provided to SSA [redacted] and A/SSA [redacted] to investigate.

Precedence: ROUTINE Date: 05/05/2005

To: Los Angeles

From: Los Angeles
OPCA
Contact: [redacted] ext. [redacted]

b6
b2

Approved By: [redacted]

Drafted By: [redacted] : nil

Case ID #: 66F-LA-C236680 (Pending)

Title: LOS ANGELES ARAB/MUSLIM/SIKH OMBUDSMAN PROGRAM.

Synopsis: Document the twelfth meeting of the Multi Cultural Advisory Committee and visit of British Government Officials.

Enclosure(s): The Multi-Cultural Sign-In Sheet for the twelfth meeting is enclosed.

Details: On Tuesday, May 3, 2005, at 6 p.m., the twelfth meeting of the Multi-Cultural Advisory Committee (MCAC) was held at the FBI Office in Westwood, California. The meeting was attended by the following Committee members:

1. [redacted]
Omar Ibn Al Khattab Foundation

2. [redacted]
Iranian American Lawyers Association

3. [redacted]
CAIR

4. [redacted]
CAIR

188A-LA-C236680-99

b6

5. [redacted]
MPAC

6. [redacted]
MPAC

7. [redacted]
International Relations Council

8. SSA [redacted]

FBI Los Angeles

9. SA [redacted]
FBI Los Angeles

10. [redacted]
Free Muslim Coalition Against Terrorism

11. [redacted]
LEDTronics

12. [redacted]
Masjid Al-Faitha of America

13. ADIC Richard Garcia
FBI Los Angeles

14. [redacted]
COPTIC Church

15. [redacted]
Latino Muslim Association

17. [redacted]
Sikh Center of Orange County

17. SAC Randy Parsons
FBI Los Angeles

18. [redacted]
Los Angeles County Sheriff's Department

19. [redacted]
USC Muslim Student Union

20. [redacted]
Syrian Orthodox Church

21. [redacted]
COPTIC Orthodox Church

22. [redacted]
Garden Grove Mosque

23. [redacted]
South Asian Pacific Network

24. [redacted]
Immigration Attorney

25. [redacted]
USC Muslim Student Union

26. [redacted]
Masjid Al-Faitha of America

27. [redacted]

b6

Syrian Orthodox Church

28. [redacted]
Armenian Church

29. [redacted]
Shura Council

30. [redacted]
Inter Religious Federation for World Peace

31. [redacted]
British Home Office

32. [redacted]
British Inter-Faith Academic

33. [redacted]
[redacted] National Community Tension Team

b6

34. [redacted]
Vice Consul of the British Consulate-General

35. [redacted]
Staffer for Congresswoman Grace F. Napolitano

36. [redacted]
Staffer for Congressman Ed Royce

37. [redacted]
Staffer for Xavier Becerrq

38. [redacted]
Staffer for Senator Barbara Boxer

39. [redacted]
Staffer for Congresswoman Diane Watson

40. [redacted]
Staffer for Darrell Issa

SSA [redacted] opened the meeting by discussing his trip to London to meet with members of the British Government and British Academics to discuss and observe the outreach efforts of the British Government to the Muslim Community. SSA [redacted] also discussed the United State Government's outreach efforts, specifically FBI Los Angels' efforts, with the British Government. SSA [redacted] then informed that several British Officials and an Academic were present this evening and wished to dialogue with them regarding effective community outreach efforts by the government. SSA [redacted] also mentioned that several congressional staffers were also in attendance to partake in the meeting. Everyone attending the meeting (FBI Officials, British Officials, congressional staffers, and community leaders) then briefly introduced themselves.

b6

The discussion for the evening basically centered on what the U.S. Government was doing right/wrong in their community outreach efforts to the Mulsim/Coptic/Sikh/Middle Eastern communities. The MCAC members specifically focused on FBI Los Angeles' efforts. The most important item pointed out was through our meetings and discussions, we had built trust between us. The fact that we met monthly, discussed the hard issues, and looked into matters requested, was very important in building such trust. The MCAC members stated that they may not always agree with the FBI's conclusions, but they respect our honesty and diligence. This trust took many months to build and continues to grow. The MCAC members were very complimentary of FBI Los Angeles' efforts.

Also important was the fact that the FBI was able to educate the MCAC members about the FBI's investigative jurisdiction. It was important to point out that the FBI does not investigate immigration matters.

The MCAC members stated that they wished other agencies, specifically the Department of Homeland Security, would also engage in dialogue with them. The MCAC members felt that just having access to someone at the FBI was so important to defuse rumors and quell concerns.

Several MCAC members asked the British Government about their outreach efforts to the Muslim community in England. From their responses, it appeared that the British had a more difficult time as the dynamics of their Muslim population differed from the United States. [redacted] of the British Home Office stated that in England their Muslim population is not made up of recent immigrants and are usually economically disadvantaged. Also, England did not have the same recent horrific terrorist attacks happen on their soil. More importantly, there were no clear community leaders. The MCAC members stressed that it didn't matter that the dynamics were different between the Countries, to build a relationship between the community and government you needed "trust," and that only came through time and effort.

b6

The congressional staffers also asked the British Officials several questions, including how their government dealt with the outcry from the community when individuals of the Muslim Faith were arrested. [redacted] stated that when the British Government tried to explain the events, the community was not very accepting of their explanations. The Muslim population in England generally has the belief that all the talk about terrorist attacks in England are just scare tactics so that the Government can persecute Muslims. The MCAC members explained that the British Government needed to gain the trust of the communities to elevate their scepticism. This took hard work and time.

This meeting was well received by all. SA [redacted] informed that the congressional staffers would be MCAC's guest at the next meeting. This meeting would take place on June 20th. A

reminder e-mail would be sent to all MCAC members. The meeting then ended. Attached is the sign-in sheet for this meeting and the Agenda.

Precedence: ROUTINE Date: 06/27/2005

To: Los Angeles

From: Los Angeles
OPCA
Contact: [redacted] ext. [redacted] b6 b2

Approved By: [redacted]

Drafted By: [redacted] nil

Case ID #: 66F-LA-C236680 (Pending)

Title: LOS ANGELES ARAB/MUSLIM/SIKH OMBUDSMAN PROGRAM.

Synopsis: Document the 14th Meeting of the Multi Cultural Advisory Committee.

Enclosure(s): The Multi-Cultural Sign-In Sheet for the 14th Meeting is enclosed.

Details: On Tuesday, June 20, 2005, at 6 p.m., the 14th meeting of the Multi-Cultural Advisory Committee (MCAC) was held at the FBI Office in Westwood, California. The meeting was attended by the following Committee Members:

1. [redacted]
Omar Ibn Al Khattab Foundation

2. [redacted]
Iranian American Lawyers Association

3. [redacted]
CAIR

4. [redacted]
CAIR

5. [redacted]
MPAC

6. [redacted]
International Relations Council

b6

188A-LA-C236680-103

7. SSA
FBI Los Angeles

8. SA
FBI Los Angeles

9.
Free Muslim Coalition Against Terrorism

10.
LEDTronics

11.
Masjid Al-Faitha of America

12. ADIC Richard Garcia
FBI Los Angeles

b6

13.
COPTIC Church

14.
Riverside Muslim Community Leader

15.
Sikh Center of Orange County

16.
Syrian Orthodox Church

17.
MPAC

18.
Orange County Islamic Society

19.
South Asian Network

20.
Immigration Attorney

21.
Southern California Islamic Center

22.
Syrian Orthodox Church

23.
Council of Pakistan American Affairs COPAA

24.
Armenian Church

25.
Shura Council of Southern California

26.
Department of Justice Community Relations Services

27.
Sikh Commu

b6

28.
Orange County Arab World New

29.
Summer Intern for MCAC Member

30.
MPAC Summer Intern

31.
MPAC Summer Intern

32.
Representative Bahai Foundation

33.

34.
Congressional Staffer for Darrell Issa

35.
Congressional Staffer for Xavier Becerra