---- Working Copy ----                                    Page        4

36. [_____]
Congressional Staffer for Ken Calvert

                                                                    b6

37. [_____]
Congressional Staffer for Grace Napolitano

38. [_____]
Congressional Staffer for Adam Schiff

39.        Congressional Staffer for Jane Harman

    SSA [_____] and SA [_____] opened the
meeting by greeting the MCAC Committee Members.  All the Members
introduced themselves for the congressional staffers in
attendance.

    It had been announced prior to the meeting that ADIC
Richard Garcia was to retire at the end of July.  ADIC Garcia was
honored for his work with the MCAC Committee and with making
great strides in building relations between the FBI and the Los
Angeles Community.

    [_____] informed the congressional staffers               b6
present about MPAC's grassroots effort to fight terrorism in the
mosques. Several other members of MCAC informed of the decrease
in hate crimes in the Los Angeles area.  The congressional
staffers were further informed of the prior MCAC meeting with the
British Delegation from London.  The congressional staffers were
asked several questions regarding immigration matters,
specifically the long delays in obtaining citizenship. [_____]
[_____] from Congressman Adam Schiff's Office stated that
Congressman Schiff's Office had received similar questions from
constituents and she had been looking into the matter and seeing
what can be done to reduce the delay.

    The Members of MCAC discussed organizing townhall
meetings to inform the community of the issues discussed during
the MCAC meetings and hear the concerns of the community.  It was
decided that a "Townhall Subcommittee" would be formed to begin
the process. [_____]
[_____] volunteered for the subcommittee.

    It was also discussed to invite media to the meetings
to get the message of MCAC to the public. Specifically, the
Members believed that the ethnic media should be invited.

    SA [____] informed that an e-mail regarding the date and
agenda of the next meeting would be sent to all MCAC members. The
meeting then ended.  Attached is the sign-in sheet for this
meeting.

1

ACLU-781

## *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-782

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |

b6

ACLU-783

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-784

## *Congressional Office Contacts -- LA/DC*

| Office | Contact | After Hours Phone | Office Address | Office # |
|--------|---------|-------------------|----------------|----------|
| **Representative Joe Baca** | | | | |
| D 43   Industry/Commerce | | | | |
| | | | | |
| | | | | |
| **Representative Xavier Becerra** | | | | |
| D 31   Atwater/Boyle Hgts./Chinatown/Hollywood | | | | |
| | | | | |
| **Representative Howard L. Berman** | | | | |
| D 28   Mission Hills | | | | |
| | | | | |

b6

ACLU-785

| Office | Contact | After Hours Phone | Office Address | Office # |
|---|---|---|---|---|
| **Representative Mary Bono** | | | | |
| R 45 Inland Empire/Palm Springs | | | | |
| **Senator Barbara Boxer** | | | | |
| D CA California | | | | |
| **Representative Ken Calvert** | | | | |
| R 44 Riverside/Corona/Norco/Lake Elsinore | | | | |
| **Representative Lois Capps** | | | | |
| D 23 Santa Barbara | | | | |



b6

ACLU-786



| Office | | Contact | After Hours Phone | Office Address | Office # |
|---|---|---|---|---|---|
| **Representative Christopher Cox** | | | | | |
| R  48 | Orange County | | | | |
| **Representative David Dreier** | | | | | |
| R  26 | Covina/Glendora/Claremont/La Verne | | | | |
| **Senator Dianne Feinstein** | | | | | |
| D  CA | California | | | | |
| **Representative Elton Gallegly** | | | | | |
| R  24 | Ventura County/Oxnard/Simi Valley | | | | |

b6

ACLU-787

| Office | Contact | After Hours Phone | Office Address | Office # |
|---|---|---|---|---|
| Representative Jane Harman | | | | |
| D  36    South Bay | | | | |
| | | | | |
| Representative Darrell Issa | | | | |
| R  49    San Juan Capistrano | | | | |
| | | | | |
| Representative Jerry Lewis | | | | |
| R  41    San Bernardino/Redlands/Inyo | | | | |
| | | | | |
| Representative Howard "Buck" McKeon | | | | |
| R  25    Santa Clarita/Antelope Valley | | | | |

b6

ACLU-788

| Office | Contact | After Hours Phone | Office Address | Office # |
|---|---|---|---|---|
| **Representative Juanita Millender-McDonald** | | | | |
| D  37    Compton/Carson | | | | |
| **Representative Gary G. Miller** | | | | |
| R  42    Diamond Bar/Yorba Linda | | | | |
| **Representative Grace F. Napolitano** | | | | |
| D  38    East L.A. | | | | |
| **Representative Dana Rohrabacher** | | | | |
| R  46    Costa Mesa | | | | |

b6

ACLU-789

| Office | Contact | After Hours Phone | Office Address | Office # |
|--------|---------|-------------------|----------------|----------|
| **Representative Lucille Roybal-Allard** | | | | |
| D  34    South Central L.A. | | | | |
| **Representative Ed Royce** | | | | |
| R  40    Buena Park/Fullerton | | | | |
| **Representative Linda Sanchez** | | | | |
| D  39    Anesia/La Mirada/Whittier | | | | |
| **Representative Loretta Sanchez** | | | | |
| D  47    Santa Ana | | | | |

b6

ACLU-790

| Office | Contact | After Hours Phone | Office Address | Office # |
|--------|---------|-------------------|----------------|----------|
| **Representative Adam Schiff** | | | | |
| D 29    Altadena/Burbank/Glendale | | | | |
| | | | | |
| | | | | |
| **Representative Brad Sherman** | | | | |
| D 27    San Fernando Valley | | | | |
| | | | | |
| | | | | |
| **Representative Hilda Solis** | | | | |
| D 32    East L.A./El Monte/Azusa /Baldwin Park | | | | |
| | | | | |
| | | | | |
| **Representative Maxine Waters** | | | | |
| D 35    South Central L.A. | | | | |
| | | | | |

b6

ACLU-791

| Office | Contact | After Hours Phone | Office Address | Office # |
|--------|---------|-------------------|----------------|----------|
| **Representative Diane Watson** | | | | |
| D 33    Culver City | | | | |
| | | | | |
| | | | | |
| **Representative Henry Waxman** | | | | |
| D 30    Santa Monica/Beverly Hills/W. Hollywood | | | | |

b6

ACLU-792

---- Working Copy ----                          Page        1

Precedence:  ROUTINE                    Date:  07/19/2005

To:  Los Angeles

From:  Los Angeles                                          b6
        OPCA                                                 b2
        Contact: [          ] ext. [        ]

Approved By: [                        ]

Drafted By:  [                ] : nil

Case ID #: 66F-LA-C236680 (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM.

Synopsis:  Document the 15th Meeting of the Multi Cultural
Advisory Committee.

Enclosure(s):  The Multi-Cultural Sign-In Sheet, agenda, and
minutes of the 15th meeting.

Details:  On Monday, July 18, 2005, at 6 p.m., the 15th meeting
of the  Multi-Cultural Advisory Committee (MCAC) was held at the
FBI Office in Westwood, California.  The meeting was attended by
the following Committee Members:

        1. [                    ]
        Omar Ibn Al Khattab Foundation

        2. [                    ]
        Iranian American Lawyers Association

        3. [              ]                                  b6
        CAIR

        4. [            ]
        MPAC

        5.    SSA [            ]
        FBI Los Angeles

                            188A-LA-C236680-104

        6.    SA [          ]
        FBI Los Angeles

------------------------------------------------------------
Case ID : 188A-LA-C236680              Serial : 104

ACLU-793

7.
Free Muslim Coalition Against Terrorism

8.
LEDTronics

9.        ADIC Richard Garcia
FBI Los Angeles

10.
COPTIC Church

11.
South Asian Network

12.
Council of Pakistan American Affairs COPAA

b6

13.
Armenian Church

14.
Shura Council of Southern California

15.
Department of Justice Community Relations Services

16.
Summer Intern for MPAC

17.
Representative Bahai Foundation

18.        ASAC Barbara Walls
FBI LA

19.

b6

SSA[          ]and SA[          ]opened the
meeting by greeting the MCAC Committee Members.  The agenda for
the evening, drafted by the newly appointed [          ]MCAC,
[          ]was distributed. The agenda and minutes of the
meeting are attached to this EC.

---- Working Copy ----                          Page        3

b6

       SA [    ] informed that an e-mail regarding the date and agenda of the next meeting would be sent to all MCAC members. The meeting then ended.  Attached is the sign-in sheets for this meeting.

ACLU-795

Multi-Cultural Advisory Committee
Los Angeles Field Office

*"The Multi-Cultural Advisory Committee (MCAC) endeavors to create an environment to facilitate dialogue and enhance the
relationship between the FBI and the Community which is based on mutual respect, understanding, and the protection of
Constitutional rights and civil liberties." Formed May 2004*

July 18, 2005 general meeting commenced at 6:30 p.m.

Items discussed, decided and resolved as indicated:

1) London attacks of 7-07 and responses.

    a) Briefing from members
        i) MCAC's letter to British Counsel sent on July 7, 2005
        ii) Individual members efforts [          ] of Omar Ibn Al Khattab Foundation [          ] of CAIR,
        [          ] of MPAC and [          ] of Islamic Shura Council of Southern California,
        explained various press conferences, condemnations of terrorist acts as well as radio interviews
        which were conducted and were broadcasted by local TV & Radio. CAIR, through Hussam
        Ayloush, had engaged in an interview with Radio Station 640 AM KFI to condemn attacks and
        discuss how they are working with law enforcement.

b6

    b) Comments from MCAC members about any related backlash issues here in CA or other states?

        i) The only instance of possible hate related situation was 2 emails reported by MPAC (described as
        hate mail) and one e-mail reported by the Shura Council, which had been forwarded to the agents in
        charge. SSA [          ]

    c) Update from FBI (Any recent hate crimes/hate speech concerns or reports, any about backlashes in UK
    in relation to suggestions about community's reactions possible backlashes here?)

        i) None other than the 2-3 emails referred to above.
    d) Any other comments/concerns of the FBI.
        i) None

2) Doing something more meaningful for the victims of 7-07?

    a) [          ] MPAC) to coordinate a plaque containing the group picture with the British Counsel
    [          ] and a message from MCAC. She will forward an estimate of costs basic to be proposed
    to those members who may want to chose to share their proportional contribution.

3) FBI clarifying the right to counsel during interviews/investigations

    a) Senior Special Agent [          ] explained the difference between "custodial" vs. "non-
    custodial" situations and added that the interviewee in a non-custodial (voluntary) situation has the
    power to stop the interview at any time, or simply not answer objectionable questions. He went on to
    explain that in disseminating that to the community there is an inherent message which ought to be
    equally communicated that the community has a moral obligation to report crime or criminal activity.

4) Youth interaction/education aspect of MCAC

   a) [        ] from MPAC and [        ] from (USC) to begin to organize this sub-committee.

5) Inviting California Attorney General's office.  (Office of immigration assistance)

   a) [        ] to send invitation

6) MCAC members' other issues as future agenda items, recommendations for inviting potential speakers or other government agency's representatives.

   a) Assistant Director in Charge, Richard Garcia, offered to forward an invitation to a Federal Judge in the Central District

7) Administration
   a) Sub-Committees

      i) Internet [   ·  ] had volunteered to coordinate the efforts in the last meeting. Members to forward ideas and their bio to him via email before the next general meeting. [      ]
      ii) Town hall, (report from chair) [    ] explained the sub-committee's meeting. [    ] asked that [   ] of the U.S. Copts Association and [    ] of the South Asian Network join the sub-committee, to which they agreed.
      iii) Other future sub-committees? (youth education, finance, Media, others?)
      -youth subcommittee as discussed above

b6

   b) Membership criteria.
      i) Attendance -- Members agreed that effective August 2005, if any member has 3 or more absences during a 12 month period, the member would have to reapply for membership of the MCAC.
      ii) Voting Members and associate members -- Members will be categorized in two categories: "members" which would be community based organizations or associations and "Associate members" which would be individual activists or contributors. Also, anyone applying for membership must be approved by the existing members of the MCAC.
      iii) Guest invitations, criteria/purpose – Members who invite their guests, should inform Special Agent [     ] at least 2 days before the meeting

   c) MCAC member's roster/staff.
      i) Updating index information – Members to update their contact information.
      ii) Organizations' description, a summary of the respective mission statements. – Members to prepare a brief description of their mission statement for their introductions at the subsequent meetings and all members to wear their issued badges during all the meetings.
      iii) Staff/secretary for meeting.  --- Senior Special Agent [     ] will update by next meeting about availability of staff/secretary for the meeting

   d) Meeting rules of order
      i) It was agreed that the meeting have an agenda prepared and distributed before the meeting where the members would have an opportunity to actively participate in requesting items or issues to be added to the agenda. It was further agreed that after the meetings, the minutes of the meeting to be prepared and distributed to the members. Media contact or a sub-committee to deal with the media issues was deferred to the next meeting

8) Next meeting date/location.
   a) August 15, 2005 at the Federal building.  Meeting adjourned at approximately 9:15 p.m.

## *Multi Cultural Forum Sign-In*



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-798

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Addre:s |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

*Monday, July 18, 2005*

b6

ACLU-799

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |

b6

*Monday, July 18, 2005*

*Page 3 of 3*

ACLU-800

---- Working Copy ----                          Page

Precedence:  ROUTINE                     Date:   08/19/2005

To:  Los Angeles

From:  Los Angeles
       OPCA                                               b6
       Contact:                    ext.                   b2

Approved By:

Drafted By:                    : nil

Case ID #: 66F-LA-C236680 (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM.

Synopsis:  Document the 16th Meeting of the Multi Cultural
Advisory Committee.

Enclosure(s):  The Multi-Cultural Sign-In Sheet, agenda, and
minutes of the 16th meeting.

Details:  On Monday, July 18, 2005, at 6 p.m., the 15th meeting
of the  Multi-Cultural Advisory Committee (MCAC) was held at the
FBI Office in Westwood, California.  The meeting was attended by
the following Committee Members:

        1.
        Omar Ibn Al Khattab Foundation

        2.                                                      b6
        Iranian American Lawyers Association

        3.
        CAIR

        4.
        MPAC

        5.       SSA
        FBI Los Angeles

                              188A-LA-C236680-109

        6.       SA
        FBI Los Angeles

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ACLU-801

---- Working Copy ----                                    Page

7. [redacted]
Free Muslim Coalition Against Terrorism

8. [redacted]
LEDTronics

9.        ADIC Randy Parsons
FBI Los Angeles

10. [redacted]
COPTIC Church

11. [redacted]
South Asian Network

12. [redacted]
Syriac Orthodox Church

13. [redacted]
Armenian Church

14. [redacted]
Shura Council of Southern California

15. [redacted]
LASD Advisory Council

16. [redacted]
MPAC

19. [redacted]
USC Muslim Student Union

20 [redacted]
CAIR

21. [redacted]
Los Angeles Latino Muslim Assocation

22. [redacted]
The Sikh community

23. [redacted]

SSA [redacted] and SA [redacted] opened the
meeting by greeting the MCAC Committee Members. The agenda for
the evening, drafted by the newly appointed [redacted] MCAC,
[redacted] was distributed. The agenda and minutes of the

b6

---- Working Copy ----                            Page

meeting are attached to this EC.                                      b6

        SA[    ]informed that an e-mail regarding the date and
agenda of the next meeting would be sent to all MCAC members. The
meeting then ended.  Attached is the sign-in sheets for this
meeting.

ACLU-803

## Multi-Cultural Advisory Committee
## Los Angeles Field Office

*"The Multi-Cultural Advisory Committee (MCAC) endeavors to create an environment to facilitate dialogue and enhance the relationship between the FBI and the Community which is based on mutual respect, understanding, and the protection of Constitutional rights and civil liberties." Formed May 2004*

August 15, 2005 General Meeting

Items:

1) Adopting minutes of last meeting, July 18, 2005.

July 18, 2005 was adopted and approved.

2) Administration

    a) Sub-Committees updates
        i) Media relation.
        Media relations to be formed, chairman to act as spokesperson on MCAC issues and
        member organizations not to make any representations on behalf of MCAC and if they
        choose, refer only to their relationship with MCAC.

        ii) Town hall
        Town Hall, the location to be a community center with easy parking access, on a
        Saturday, during last week of September through first week of October as the facilities
        availability would allow. The panelist to be MCAC members and the Q&A session to be
        moderated open microphone. The sub-committee to meet and coordinate the logistics

        iii) Youth education
        Youth Outreach, "Junior MCAC", the member organizations will forward contact
        information of their respective interested youth groups to the sub-committee to
        coordinate a plan of meeting and introduction of MCAC to encourage a youth aspect of
        the MCAC activities

        iv) Internet
        Internet activities were continued to the meeting after the Town Hall

    b) Inviting new organizations for membership.
        It was agreed to extend invitation to other organizations who's participation would
        contribute to and enhance the quality of the diversity represented at this committee.

    c) MCAC member's roster/staff.
        All present reviewed and corrected as necessary their index information. Access to
        services of staff was continued to future meeting.

*Continued on page 2*

*/ * /)̈

ACLU-804

3) Update on inviting speakers.

Chairman reported that the California Attorney General's Office had received and responded
positively to MCAC's invitation and will follow up with scheduling. Senior Special Agent
[                    ] suggested that the committee extend an open invitation to the FBI
Director, Robert S. Mueller for a visit when he is in Los Angeles and available.

b6

4) MCAC members' other issues as future agenda items, recommendations for inviting potential
speakers or other government agency's representatives.

MCAC members were reminded to email their respective issues relevant to the committee.

5) MCAC members meeting before next general meeting.

It was agreed that a meeting of all members to evaluate performance would be a good idea to
identify means by which to be more productive and efficient and to be again discussed and
coordinated after the Town Hall meeting.

6) MCAC plaque's message.

MPAC to forward via email a draft of the revised message which was read for all members to
review and comment.

7) Next meeting date/location.
September 19, 2005 at 6:00 p.m. at the Federal Building.

Meeting adjourned at 9:30 p.m.

ACLU-805

## Multi-Cultural Advisory Committee
## Los Angeles Field Office

*"The Multi-Cultural Advisory Committee (MCAC) endeavors to create an environment to facilitate dialogue and enhance the relationship between the FBI and the Community which is based on mutual respect, understanding, and the protection of Constitutional rights and civil liberties."* Formed May 2004

August 15, 2005 General Meeting

Items:

1) Adopting minutes of last meeting, July 18, 2005.

2) Administration

    a) Sub-Committees updates
        i) Media relation.
        ii) Town hall
        iii) Youth education
        iv) Internet

    b) Inviting new organizations for membership.

    c) MCAC member's roster/staff.
        i) Member organizations' description.
        ii) Staff.

3) Update on inviting speakers.

4) MCAC members' other issues as future agenda items, recommendations for inviting potential speakers or other government agency's representatives.

5) MCAC members meeting before next general meeting.

6) MCAC plague's message.

7) Next meeting date/location.

ACLU-806

## *Multi Cultural Forum Sign-In*



*Full Name*          *Sign-In*          *Work Phone*   *Mobile Phone*   *Email Address*

b6

*Monday, August 15, 2005*

*Page 1 of 3*

ACLU-807

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|



b6

ACLU-808

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |

b6

ACLU-809

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                     **Date:** 09/01/2005

**To:** Los Angeles

**From:** Los Angeles
          OPCA                                                    b6
          **Contact:** [redacted] ext. [redacted]                b2

**Approved By:** [redacted]

**Drafted By:** [redacted]: nil

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
          OMBUDSMAN PROGRAM.

**Synopsis:** Document conference call meeting on August 30, 2005, between Los Angeles FBI and members of the Multi Cultural Advisory Committee.

**Details:** On Tuesday, August 30, 2005, Los Angeles FBI called a conference call with members of the Multi Cultural Advisory Committee to discuss issues related to media leaks recently occurring on law enforcement matters related to individuals of the Muslim Faith. The meeting was attended by the following Committee Members:



1.
Omar Ibn Al Khattab Foundation

2.
Iranian American Lawyers Association                          b6

3.
CAIR

4.
MPAC

5.
Internat[redacted] Relations Council

*188A-LA-C236680-11C*

*1/0*

To:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 09/01/2005

6.       SSA ☐
FBI Los Angeles

7.       SA ☐
FBI Los Angeles

8.    ☐
Masjid Al-Faitha of America

9.       A/SAC Eric Velez
FBI Los Angeles

10.      ASAC Ethel McGuire
FBI Los Angeles                                                    b6

12.      A/ADIC Randy Parsons
FBI Los Angeles

13.    ☐
COPTIC Church

14.    ☐
MPAC

15.    ☐
South Asian Network

16.    ☐
Shura Council of Southern California

        First, A/ADIC Parsons informed the Committee Members
that the meeting was called to address the concerns of some of
the members regarding the recent media leaks/reports. First,
☐ noted his concern with the media's assertions concerning
Orange County community member ☐ nd how the FBI was quoted
in the media regarding such matter.  A/ADIC Randy Parsons stated   b6
that the media improperly spun the FBI's quote and that the FBI
had no control over how the media reports matters.

☐ also expressed their concerns over
the leaked information to the press regarding the ☐
investigation.  A/ADIC Parsons stressed that the FBI did not leak

                              2

To:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 09/01/2005

the information and per FBI policy, and legally, was prohibited
from discussing the matter. [                    ] expressed concern          b6
and asked if the leak could be investigated.  A/ADIC Parsons
stated that it would take to many man hours to do so and everyone
working on investigations are informed that they are not leak
information to the media. [                    ] requested the FBI to
inform the community leaders of investigations before the media
leaks/releases the information.  Again, A/ADIC Parsons stressed
that the FBI was constrained by policy and/or legally from
releasing information in such a manner.  A/ADIC Parsons did state
that information which the FBI can make public and is to make
public, via press release, can be released to the Committee
Members at the same time as to the press.  This would alleviate
their concern that they would be called by community members
asking about information out in the news media of which they were
not aware.  The Committee Members were pleased with such effort.

        It was agreed that this discussion would continue at
the next MCAC meeting scheduled for September 19th.

♦♦

3

ACLU-812

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 10/18/2005

**To:** Los Angeles

**From:** Los Angeles                                          b6
    OPCA                                                b2
      Contact: [                    ] ext. [        ]

**Approved By:** [                              ]

**Drafted By:** [                    ]: nil

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
OMBUDSMAN PROGRAM.

**Synopsis:** Document the 20th Meeting of the Multi Cultural
Advisory Committee.

**Enclosure(s):** The following items are enclosed: (1) Multi-
Cultural Sign-In Sheet, (2) agenda of the 19th meeting, (3)
biography of the Islamic Center of Southern California, (4)
biography of [                ] (5) biography of [                ],
(6) biography of COPAA, (7) biography of [                ] and
(8) biography of Attorney General Bill Lockyer.

**Details:** On Monday, October 17, 2005, at 6 p.m., the 20th
meeting of the  Multi-Cultural Advisory Committee (MCAC) was held
at the FBI Office in Westwood, California.  The meeting was
attended by the following Committee Members:

    1. [                        ]                    b6
    Omar Ibn Al-Khattab Foundation

    2. [                        ]
    Iranian American Lawyers Association

    3. [                    ]
    CAIR

    4. [                    ]
    MPAC

188A-LA C2366JR-114

ACLU-813

To:. Los.Angeles   From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 10/18/2005

5.          SSA 
FBI Los Angeles

6.          SA 
FBI Los Angeles

7. 
Free Muslim Coalition Against Terrorism

8.          ADIC Randy Parsons
FBI Los Angeles

9. 
Syriac Orthodox Church

10. .
Shura Council of Southern California

11.
Department of Justice Community Relations Services

12.
CAIR

13.
Los Angeles Latino Muslim Association

14.
The Sikh Community

15.
Immigration Attorney

16.
USC Muslim Student Union

17.
CAIR

18.
Bahai Foundation

19.
Syriac Orthodox Church

20.

b6

2

ACLU-814

```
To:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 10/18/2005
```



Masjid Al-Faitha of America

21.
Inter Religious Federation for World Peace

22.
Riverside Muslim Community

23.
COPAA

24.
DOJ Community Relations Service

25.        ASAC Ethel McGuire
FBI Los Angeles

26.
MPAC

27.
US COPTS Association

28.
Department of Homeland Security

29.
Islamic Center of Southern California

30.
Pakistani Community

31.
MPAC

32.
Armenian Community

33.

34.
Los Angeles Community Muslim Activist

35.        ADIC Stephen Tidwell
FBI Los Angeles

b6

3

ACLU-815

To: Los Angeles   From: Los Angeles
Re: 66F-LA-C236680 (Pending), 10/18/2005

36.
British Consulate

37.       Bill Lockyer
Attorney General of California


    SSA[            ]and SA[        ]opened the meeting by
greeting the MCAC members of guests. As this meeting was held
during the month of Ramadan, prayer was held by the MCAC members
of the Islamic faith and the fast was broken. A plaque was
presented to [            ] of the British Consulate, which
expressed MCAC's deep sorrow over the recent bombings in London.
[        ] was touched by this unexpected gift and expressed his
continued enthusiasm to outreach to the community.


    Thereafter, Attorney General Lockyer addressed the MCAC     b6
members regarding the role/duties of his office. Attorney
General Lockyer specifically spoke about civil rights, hate
crimes, and immigration issues affecting California. Lockyer
was well received.

    At this time, ADIC Tidwell introduced himself to the
MCAC members as the new Assistant Director of Los Angeles. ADIC
Tidwell expressed his desire to continue with the work of MCAC.
All the members in attendance then introduced themselves and
provided background as to the organization/community they
represent, including some of the concerns/issues in their
community.

    SA[        ]informed that an e-mail regarding the date and
agenda of the next meeting would be sent to all MCAC members. The
meeting then ended.


◆◆

4

ACLU-816

27 of 1167 in Sent Messages

| | Store | iPod + iTunes | .Mac | QuickTime | Support | Mac OS |
| Mail | Address Book | Bookmarks | HomePage | Groups | iCards | Help | Log Out |

Mail    Compose    Delete    Reply    Reply All    Forward    Add Sender    Print    Ready

**Move Message To:**

**From:** [ ]t@mac.com>
**To:** [ ]@ic.fbi.gov>
**Cc:** <MPACUSA@aol.com>, <counsel@[ ]com>, [ ]@cair.com>,
[ ]@bwslaw.com>, [ ]@aol.com>, [ ]@usdoj.gov>,
[ ]@aol.com>, [ ]@yahoo.com>, [ ]@hotmail.com>,
[ ]@socal.rr.com>, [ ]@yahoo.com> [ ]@southasiannetwork.org>,
[ ]@msn.com>, [ ]@[ ].com>, [ ]awyer@hotmail.com>,
[ ]@chevrolet.com>, [ ]@amtrend.com> [ ]@yahoo.com>,
[ ]@lasd.org>, [ ]com>, [ ]@aol.com>, [ ]@usc.edu>,
[ ]@sbcglobal.net> [ ]@usc.edu>, [ ]@yahoo.com>,
<publicrelations@[ ]om> [ ]@hotmail.com>, [ ]@hotmail.com>,
[ ]@gmail.com>, <COMDEX123@aol.com> [ ]@charter.net>,
[ ]@pacbell.net>, [ ]n@ic.for.gov>, [ ]@dhs.gov>,
[ ]@adilalaw.com> [ ]@mpac.org>, [ ]@aol.com>, [ ]@msn.com>,
[ ]@cair.com>, [ ]@hotmail.com>, [ ]@hotmail.com> [ ]@gmail.com>,
[ ]@pacbell.net>, [ ]awyer@yahoo.com>
**Date:** Fri Oct 14, 2005 04:21:10 PM PDT
**Subject:** Re: MEETING

To everyone:

Just wanted to let you know that MCAC Member [ ] has graciously volunteered to host the dinner for our meeting on Monday. Even though [ ] as generously given his time, effort, and resources to the relief effort in Pakistan, he still insists on giving to MCAC. Although [ ] did not want me to tell anyone that he was hosting the dinner, I can't help wanting to recognize his selfless nature. He is truly an example of generosity and caring to all.

Thanks,

[ ]

P.S.: If someone would like to bring a dessert that would be great!

Thanks again to [ ]
On Friday, October 14, 2005, at 02:50PM [ ]@mac.com> wrote:

>To all:
>
>With respect to our meeting on Monday, Attorney Bill Lockyer will now speak at 7pm to allow for dinner and prayer. Thus, the agenda will be as follows:
>
>1) 6pm-6:20pm - meet and greet, followed by plaque presentation to [ ]

ACLU-817

>2) 6:20-7pm - dinner and prayer
>3) 7pm-8pm- Attorney General Lockyer presentation and Q&A
>4) 8pm-  ADIC Tidwell will introduce himself, followed by all MCAC members introducing
themseveles, including community they represent and concerns/issues of community they
represent (if circumstances permit, we can have ADIC Tidwell introduce himself during the
dinner break and maybe some MCAC members as well, we'll be flexible!)
>
>With the above said, please have your statement prepared (keep it concise!) so that we can
keep things going during the meeting and end at a relatively decent time.
>
>Thanks!
>

>
>On Thursday, October 13, 2005, at 12:57PM,                    @mac.com> wrote:                    b6
>
>>Hello All:
>>
>>Just a reminder that our next meeting is on Monday, October 17th at 6pm sharp.  We will try
to keep this meeting short and thus the agenda will be as follows:
>>
>>1) 6pm-6:30pm - Attorney General will speak, followed by Q&A
>>2) 7:00pm-7:10pm- Break
>>3) 7:10pm-7:25pm- Present plaque to                    of the British Consulant
>>4) 7:25pm-8:30pm - New Assistant Director In Charge of Los Angeles, Steven Tidwell, will
introduce himself to the Committee. In turn, each member will introduce themselve (including
organization/community they represent and issues/concerns of their community) to ADIC Tidwell
and the rest of the committee!
>>
>>As many of you will be fasting throughout the day, we will have food ready to go before 6pm
so you could fix your plate before the Attorney General speaks and begin to eat at around
6:20ish.  Or we can take a break at around 6:30 so that people can fix their plates and pray.  We
will work it out!
>>
>>See you Monday!
>>
>
>

⚡ ⚡  27 of 1167 in Sent Messages

Delete | Reply | Reply All | Forward

nloza1@mac.com

© Copyright 2005 Apple Computer, Inc. All rights reserved.

ACLU-818

10/17/05

## *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |

b6

*Monday, October 17, 2005*                                                    *Page 1 of 3*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

Monday, October 17, 2005

Page 2 of 3

ACLU-820

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
| --- | --- | --- | --- | --- |
| | | | | |

b6

ACLU-821



**Council of Pakistan American Affairs**

October 17, 2005

## MISSION:
- To assist public officials and policy makers in the United States in understanding issues of vital interests related to Pakistan, with the aim of bringing about a positive change in policies and attitudes towards Pakistan.
- To participate in the US political process through an organized community effort
- To promote and encourage business, trade and investment locally and internationally

## COPAA ORGANIZATION STRUCTURE:
- Tax Exempt IRS 501( c ) Non-Profit Organization
- Federal Tax ID#95-4575200
- Board: 20 volunteer members. (20% MD, 20% Professionals, 60% Businessmen)

## CONSTITUENTS/COMMUNITY REPRESENTED:
- Pakistani: Visitors, Students, Businessmen
- Pakistani-Americans: Naturalized, Business People, Established Professionals
- Americans: US Born, Students, Young Professionals, Business People

## SAMPLING OF RECENT ACTIVITIES:
| | |
|---|---|
| Ahmed Arian | L.A. Mayor Antonio Villaraigosa |
| US Senator Tom Harkin | US Representative Gary Miller |
| Pakistan Senator Shafquat Mahmood | Pakistan Ambassador Jehangir Karamat |
| Pakistan Caucus on US Capitol | American Muslim Homeland Security Congress |

## CURRENT ISSUES/CONCERNS:
| | |
|---|---|
| Pakistan Earthquake Relief | Pakistan Earthquake Relief |
| Travel | Immigrations, Naturalization |
| Post 911 Paradigms/Issues | Improving current Patriot Act Legislation |

## TANVIR KHAN:
| | | |
|---|---|---|
| eMail: | auryk@msn.com | Mobile: 714-801-6522 |
| Born: | Karachi, Pakistan | |
| High School: | Sussex, England. | University: Calpoly, Pomona (BSEE) & UCLA (MBA) |
| Family: | Married with three ~~spoilt brats~~ children | |
| Profession: | Program Manager, Molecular Biology, Major Diagnostic Company | |

MCAC Goals: ❶ Disseminate jewels ❷ Develop relationships ❸ Build bridges

Backup:      Hamid Malik.   eMail: hamid@amtrend.com      Mobile: 714-514-5786

ACLU-822

P. Patrick Ashouri, Esq.

Volunteer Civic and Community services:

| | |
|---|---|
| 1992-1994 | Los Angeles Superior Court, Domestic Violence project. |
| 1994-1997 | Los Angeles Superior Court arbitrator and mediator. |
| 1997 – present | Los Angeles Superior Court, Judge Pro-tem. |
| 2000-present | Iranian American Lawyers Association, Director and former president and officer. www.ialawyers.org<br><br>• 2002-2003, (NSEERS) Special Call in registration, INS related detention release, recall of Notices to Appear (NTA) discussions with then INS along with other organizations (CAIR, CHIRLA, ACRC, SAN, ADC, and others) for Group I (Iran, Iraq, Sudan, Syria and Lybia) and subsequent groups II, III registrant/detainees with pending benefits and without prior excludable convictions.<br>• Visited Lancaster detention facility to interview over 300 Group I detainees to assure accessibility to and having counsel or should have NTA recalled and released.<br>• Various community outreach programs including radio programs with INS director about updates.<br>• Pro bono services.<br>• Obtain accurate and confirmed policy implementations for bar members within their practice area. |
| 2004-2005 | Los Angeles Multi Cultural Advisory Committee. |
| 2005 | State Bar of California and Los Angeles County Bar Association<br>• Co-chair, Planning Committee, speaker and panelist in California State Bar's Bar Leaders' Conference Program 2005<br>• Co-chair. Program Committee, Inn of the Court, Los Angeles County Bar Association Litigation Section 2005-2006. |
| 2000-present | Maleki Foundation, Executive Director, www.malekifoundation.org<br>Sponsorships of events: (partial list)<br><br>• Sacramento -2000 - Youth drug prevention program "Iranians Against Drugs"<br>• Sacramento - 2003 - "The Israeli-Palestinian Conflict: Is Peace Possible?" symposium<br>• Los Angeles - 2003 – Multi Cultural meeting hosted for California Department of Insurance Commissioner John Garamendi.<br>• Sacramento - 2003 - Loaves & Fishes' 20-Year Anniversary Interfaith Service of Celebration and Thanksgiving.<br>• Clean & Sober - Sacramento<br>• Women's Empowerment – Sacramento |

Law Firm's Professional Summary:
• Land Use and Business.
• Offices in Los Angeles and Sacramento.
• Corporate Broker in Charge and of Counsel to CA. Brokerage and finance firm.
• Recent projects: Structuring and negotiating preparation of private and public offerings, financing three 50 story tower developments in Northern California.

P. Patrick Ashouri, Esq. Page1 of 2

ACLU-823

*Event co-sponsorships: (partial list)*

- **Sacramento 2000 - Youth drug prevention program "Iranians Against Drugs"**
Former congressman Campbell and Mr. Ashouri were guest speakers at "Say No to Drugs: Youth Drug
Prevention Program" which was held at Capitol Plaza Halls in Sacramento in August of 2000. The gathering of Iranians
at the event was in association with the Sacramento Sheriffs Department and was comprised of law enforcement officials,
probation officers, and community leaders.

- **Sacramento - 2003 "The Israeli-Palestinian Conflict: Is Peace Possible?" symposium**
The Israeli-Palestinian Conflict: Is Peace Possible" was a seminar presented by Marcia Freedman, who was
elected to the Israeli Knesset as a member of the Citizen's Rights Movement, in association with Brit Tzedek V'Shelom,
the Jewish Alliance for Justice and Peace at The Grand in Sacramento on February 23,2003.

- **Los Angeles 2003 – Multi Cultural meeting hosted for CA Dept of Ins. Commissioner John Garamendi**
Meeting hosted for California Department of Insurance Commissioner John Garamendi to provide a forum for
community leaders and organizations to engage in proactive measures to inform and educate the community about various
programs and concerns of the California Department of Insurance. Partial list of representatives attendees: South Asian
Network (L.A.), Coalition for Humane Immigrant Rights of Los Angeles (L.A.), Western Management (Sacramento),
Union Bank (L.A.), Iranian American Lawyers Association (L.A.), and African Community Resource Center (L.A.).

- **Sacramento 2003 - Loaves & Fishes' 20-Year Anniversary Interfaith Service of Celebration and
Thanksgiving.**
Held on January19, 2003 in Sacramento, the Loaves & Fishes' 20-Year Anniversary Interfaith Service of
Celebration and Thanksgiving celebrated 20 years of survival services for the homeless. The Native American
Community, the Jewish Community, and the Muslim Community were brought together in celebration. The celebration
included readings, dances, and songs from different faiths.

*Other organizational affiliation and constituency co-sponsorships since 1995: (partial list)*

- **Loaves & Fishes—co-sponsor**
Loaves & Fishes, started in the early 1980s, is a non-profit organization providing service to homeless
individuals. With roots in the Judeo-Christian tradition, Loaves & Fishes advocate for the needs of the poor and
homeless, providing numerous services, including food, medical screening, locker storage, showers, etc., to over 2500
different guests monthly. Loaves & Fishes does not receive money from the government: instead it relies on donations and
volunteers, with many of its fundraising events and workshops hosted at the Capital Plaza Ballrooms' and The Grand in
Sacramento. Loaves & Fishes has provided more than four million meals to homeless people.

- **Clean & Sober—co-sponsor**
Clean & Sober is a non-profit organization that is a branch of Loaves & Fishes. The organization has about 175
people in rehabilitation programs at any given time. The treatment programs begin with 12-step recovery meetings,
providing clients with spiritual and emotional guidance. Program costs are paid through individual and corporate
donations. The program provides one of the key steps to a life from drugs and alcohol, paving the way toward a life of
sobriety and success. The annual fundraising event is sponsored at The Grand in Sacramento since its beginning ten years
ago.

- **Women's Empowerment ~ co-sponsor**
Women's Empowerment, an initiative of Loaves & Fishes, is a safe, supportive program for women
determined to move out of homelessness. The program's goal is to provide the trainings, mentoring, and support
necessary far homeless women to obtain and maintain employment, resolve personal challenges, and develop
self-confidence. Since Its Inception in 2001, Women's Empowerment has been a proud witness to nearly 262
graduates from its program. The success rate of these women remaining clean, employed, and housed is nearly
80 percent. The annual fundraising gala is sponsored at The Grand in Sacramento.

P. Patrick Ashouri, Esq. Page2 of 2

ACLU-824



**Pervaiz Lodhie**

Pervaiz Lodhie, Founder & President/CEO of LEDtronics, Shaan Technologies Karachi,
NBA Computers Karachi, a global pioneer in LED Lighting, engineering professional,
entrepreneur and businessman for 35 years.

Prior to coming to the United States, Lodhie was responsible for setting up a world class
woolen carpet yarn spinning plant for United/Axminister carpet manufacturer in Karachi.

He established LEDtronics in 1983 in Torrance California. Today, Ledtronics is one of the
world's leaders in designing, manufacturing and packaging of energy efficient,
environmentally friendly   light emitting diode (LED) lamps to some of the world's largest
Fortune 500 Companies.

Pervaiz holds a Bachelor of Science degree in Mechanical Engineering from California State
University at Los Angeles and was honored as its Alumni of the Year 1999. He  was also the
recipient of the United States Small Business Administration's Award for Excellence.

Pervaiz Lodhie founded and serves as Chairman of the Pakistani-American Business
Executives Assoc. He is a Founding Director and Trustee of President Musharraf's Pakistan
Human Development Fund. He is an active member of the US Trade Advisory Committee
for Congresswomen Jane Harman, and was recently invited to serve as a member on the
International Circle of the World Affairs Council,  an honor he accepted with pleasure.
Pervaiz also served as Chairman of the Industry Advisory Board for the College of
Engineering, Computer Science and Technology at California State University, Los Angeles.

In 2004 Pervaiz Lodhie joined U.S. Pakistan Business Council at the U.S Chamber of
Commerce. Same year he also became one of the Founding Directors of PAL-C, a historic
initiative that brought about the successful Pakistan Congressional Caucus in the US
Congress.

ACLU-825

## ISLAMIC CENTER OF SOUTHERN CALIFORNIA (ICSC)

### BRIEF OVERVIEW

- Established in 1953

- Membership organization ~ 450 members

- Provides religious and educational services

- Holds interfaith and social activities

- Membership elects 9 Directors for a 3-year term

- Controls

  o 4 schools (New Horizon campus - 600 students pre-K to 8th grade)
  o Publication – The Minaret
  o Education and Outreach Foundation
  o Mortuary
  o Bookstore

- A budget of multi-million dollars

ACLU-826

## ATTORNEY GENERAL BILL LOCKYER INTRO
### Multi-Cultural Advisory Committee
### October 17, 2005 – 6:00 p.m. – Los Angeles

In November 1998, Californians elected Bill Lockyer to the
state's highest law enforcement post.  Since then he has
tackled complex challenges – like securing the integrity of
civil rights protections – with forthright, commonsense
solutions.

To stop discrimination before it happens and vigorously
prosecute it when it does, he created the Department of
Justice's first-ever Civil Rights Enforcement Section, the
largest public civil rights law firm among all states.

To restore resident's confidence in their police department,
he conducted a two-year civil rights investigation into the
Riverside police department's practices after the Tyisha
Miller shooting, resulting in the first-ever consent decree
from an Attorney General.

To crack down on those who prey upon California's newest
residents, he created the Office of Immigrant Assistance.

To ensure a swift response to hate crimes, he issued a
Rapid Response Protocol, which deploys resources for the
investigation, arrest, and conviction of those who commit
hate crimes.

And now, please welcome California's 30th Attorney General,
Bill Lockyer.

ACLU

# Keyvan (Kevin) Khadem

## Community and Civic Activities:

| | |
|---|---|
| 1999 to Present | Local Spiritual Assembly of the Baha'is of Beverly Hills (Elected members consult on and decide about the affairs of the Faith in that community)<br><br>Co-chair and Chairperson |
| 1995 to 2004 | Rancho Park Rotary Club (Rotary is a world wide organization of business and professional leaders that provides humanitarian service encourages high ethical standards in all vocations, and helps build goodwill and peace in the world. Approximately 1.2 million Rotarians belong to more than 31,000 Rotary clubs located in 167 countries.)<br><br>Past President    2000-2001<br>Officer<br>Board Member |
| 2000 to 2004 | Iranian American Educational Foundation Board Member |

## Profession

| | |
|---|---|
| 1974 to present | Insurance Agent and Broker |

ACLU-828

# THE BAHA'I FAITH

The Baha'i Faith is a religion followed by several million people in the world, from all countries and backgrounds.
- All these people believe in the unity of mankind.
- They believe that it is the differences between us which make life interesting, and that we should cherish these differences, not ignore them.
- They believe that there has only ever been one religion – the religion of God. God sent His Messengers to different places at different times so that everyone in the world could hear about Him.
- Baha'is believe that there is only one God, though people may call Him by different names. We can only learn about Him through His creation and His Messengers.
- Baha'is follow Baha'u'llah, the latest in the long line of Messengers sent by God to tell us how we should live and behave. The name Baha'u'llah means the Glory of God. Although He passed to the next world nearly a hundred years ago, Baha'u'llah wrote down everything we need to know to be able to build a better life here on earth and in the world to come.
- Baha'is believe that Christ, Muhammad, Buddha, Mosses and Krishna were all Messengers from God.
- All of these Messengers promised a time when a great Messenger would come to bring peace to the whole world. Baha'is believe that Baha'u'llah was that Messenger and the time for peace is now.

## Basic Principals of the Baha'i Faith
- The oneness of the world of humanity
- The foundation of all religion is one
- Religion must be the cause of unity
- Religion must be in accord with science and reason
- Independent investigation of truth
- Equality between men and woman
- The abolition of all forms of prejudice
- Universal peace
- Universal education
- A universal auxiliary language
- Spiritual solution of economic problems
- An international tribunal

## Some Other Teachings
- We are created as noble and spiritual beings
- The family is the foundation of human society
- Marriage is a means for spiritual development of both partners
- Consultation is a dynamic process for finding truth and for solving conflicts and problems
- The soul continues after death

ACLU-829

# THE BAHÁ'ÍS

## The Bahá'í Faith...

- is established in more than 190 countries
- is the second-most widespread independent world religion
- has significant communities in more countries than any other religion except Christianity
- is among the fastest growing religions in the world
- has some five million members who come from virtually every nationality, religious background, ethnic group, and social class

## Bahá'u'lláh...

- was the founder of the Bahá'í Faith
- lived from 1817 to 1892
- was a Persian nobleman
- suffered 40 years of exile and imprisonment
- revealed more than 100 volumes of sacred writings
- was the most recent in the line of Messengers from God that includes Abraham, Krishna, Moses, Buddha, Zoroaster, Christ, and Muhammad

## Bahá'u'lláh taught...

- that there is only one God
- that all of the world's religions represent one changeless, eternal Faith
- that all humanity is one race, destined to live in peace and harmony
- that the purpose of life on earth is to develop ourselves spiritually, in preparation for an everlasting existence hereafter

## Bahá'í principles include...

- the oneness of humankind
- the equality of women and men
- full racial integration
- economic justice
- universal education
- the harmony of science and religion
- the adoption of a universal auxiliary language
- the creation of a world commonwealth of nations that will keep the peace through collective security

## Bahá'ís...

- are working towards the creation of an ever-advancing, sustainable world civilization
- strive to uphold high moral standards in all their actions
- pray and meditate daily
- understand that strong and healthy families stand at the foundation of society
- have launched more than 3,000 educational, environmental, social and economic development projects, ranging from village-level tutorial schools to regional health campaigns to national literacy projects

## The Bahá'í community...

- has no clergy and accepts no funds from outside
- conducts its affairs through a distinctive system of freely elected lay governing councils, which comprise a global network
- has established local Bahá'í governing councils in nearly 10,000 localities worldwide, and national councils in virtually every nation

ACLU-830