(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 10/18/2005

**To:** Los Angeles

**From:** Los Angeles
          OPCA
          **Contact:** [redacted], ext. [redacted]                    b6
                                                                        b2

**Approved By:** [redacted]

**Drafted By:** [redacted] : ni

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
           OMBUDSMAN PROGRAM.

**Synopsis:** Document the 19th Meeting of the Multi Cultural
Advisory Committee.

**Enclosure(s):** The Multi-Cultural Sign-In Sheet and agenda of the
19th meeting.

**Details:** On Wednesday, September 28, 2005, at 6 p.m., the 19th
meeting of the Multi-Cultural Advisory Committee (MCAC) was held
at the FBI Office in Westwood, California. The meeting was
attended by the following Committee Members:

1. [redacted]
   Omar Ibn Al-Khattab Foundation

2. [redacted]                                                           b6
   Iranian American Lawyers Association

3. [redacted]
   CAIR

4. [redacted]
   MPAC

5.        SSA [redacted]
   FBI Los Angeles

*188A-LA-C-236680-115*

*272NC01.05*

*115*

To: Los Angeles    From: Los Angeles
Re: 66F-LA-C236680 (Pending), 10/18/2005



6.        SA[                    ]
FBI Los Angeles

7.        ADIC Randy Parsons
FBI Los Angeles

8.    [                          ]
Shura Council of Southern California

9.    [                        ]
CAIR

10.   [                        ]
Los Angeles Latino Muslim Association

11.   [                    ]
Immigration Attorney

12.   [                      ]
USC Muslim Student Union

13.   [                  ]
CAIR

14.   [                          ]
Bahai Foundation

15.   [                    ]
Masjid Al-Faitha of America

16.   [                    ]
Inter Religious Federation for World Peace

17.   [                ]
Riverside Muslim Community

18.   [                ]
COPAA

19.       ASAC Ethel McGuire
FBI Los Angeles

20.   [                      ]
MPAC

21.   [              ]
Department of Homeland Security

b6

2

ACLU-832

To:  Los Angeles   From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 10/18/2005



22.
Armenian Community

23.
USC Student Union

35.
Syriac Church

36.
Syriac Church

37.
DOJ Community Relations Service

38.
DOJ Community Relations Service

39.        Steven Gomez
ASAC Oklahoma City

b6

     SSA⬛⬛⬛⬛⬛⬛ and SA⬛⬛⬛⬛⬛ opened the
meeting by greeting the MCAC Committee Members.  The focus of
this meeting discussed the original mission of MCAC and manner in
which to achieve such mission⬛⬛⬛⬛⬛⬛ moderated the
discussion.  One of the main issues impeding the achievement of
such mission noted by members from MPAC and the Shura Council was
the need for the FBI to inform the members of any investigations
regarding the impacted communities to made public by the FBI.
Such members explained that it is difficult to say to their
constituents that they have a working relationship with the FBI,
when information regarding relevant investigations is made public
by the FBI and they are unaware.  FBI Los Angeles agreed to
provide the press releases to MCAC members, via e-mail, at the
same time the FBI is providing such press release to the media
outlets.  FBI Los Angeles also agreed to provide a briefing
regarding such public information at the request of MCAC members.
The MCAC members were pleased with such efforts.  The meeting
ended on a positive note and with members expressing their desire
to move forward with the mission.

b6

     SA⬛⬛⬛⬛ informed that an e-mail regarding the date and
agenda of the next meeting would be sent to all MCAC members. The
meeting then ended.  Attached is the sign-in sheet and agenda for
this meeting.

♦♦

3

ACLU-833

9|28|05

## Multi Cultural Forum Sign-In

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-834

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-835

| *Full Name* | *Sign-In* | *Work Phone* | *Mobile Phone* | *Email Address* |
|-------------|-----------|--------------|----------------|-----------------|
|             |           |              |                |                 |

b6

ACLU-836

## Multi-Cultural Advisory Committee
## Los Angeles Field Office

*"The Multi-Cultural Advisory Committee (MCAC) endeavors to create an environment to facilitate dialogue and enhance the
relationship between the FBI and the Community which is based on mutual respect, understanding, and the protection of
Constitutional rights and civil liberties." Formed May 2004*

September 28, 2005 General Meeting

Items:

1) Member Issues/Concerns:

Addressing MCAC member's forwarded issues/concerns continued from at 9-19 meeting.

2) Actions pending:

a) Town hall meeting
Final announcement draft and date
MCAC Panelists

b) Youth education, activities and events.
Update from members regarding respective youth related activities and coordination.

3) MCAC issuing a summary traveler's information from information provided by former MCAC speaker U.S.
CBP, Area Port Director Ana Hinojosa.

4) Addressing post press conference meeting for MCAC members who don't have press passes to attend press
conferences.

5) Update on inviting new organizations.

6) Next meeting date/location.

ACLU-837

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  10/24/2005

To:  Los Angeles

From:  Los Angeles
        OPCA                                              b6
        Contact: _____ ext. _____            b2

Approved By: _____

Drafted By: _____ : nil

Case ID #: 66F-LA-C236680 (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
       OMBUDSMAN PROGRAM.

Synopsis:  Document attendance of Assistant Director In Charge
Stephen Tidwell, Supervisory Special Agent_____
and Special Agent_____ at Shura Council 5th Annual
Ramadan Interfaith Banquet on Saturday, October 22, 2005.

Enclosure(s):  Enclosed are the following items: (1) invitation
to the Shura Council 5th Annual Ramadan Interfaith Banquet, (2)        b6
program of the Shura Council 5th Annual Ramadan Interfaith
Banquet, and (3) pamphlet of sponsor Guidance Financial Group.

Details:  On Saturday, October 23, 2005, ADIC Tidwell, SSA
_____ and SA_____ attended the Shura Council 5th Annual
Ramadan Interfaith Banquet. Several government officials where
in attendance such as Sheriff Lee Baca and representatives from
the British Consulate and Los Angeles' Mayor's Office.  In
addition to other guest speakers, ADIC Tidwell addressed the
audience and stated that he was pleased to be invited to the
event and looked forward to working together with all communities
in the greater Los Angeles area in keeping such communities safe.
When the FBI was announced as being in attendance, the audience
showed appreciation.

♦♦

IEEA LA C236680-117

297NC02.05

117

ACLU-838



## Program

| | |
|---|---|
| 5:00 PM to 5:45 PM | Social Gathering |
| 5:45 PM | Seating |
| 6:10 PM | Iftar (Breaking of the Fast) and Maghrib (Sunset) Prayers |
| 6:30 PM to 7:15 PM | Dinner |
| 7:15 PM to 8:00 PM | Guest Speakers and Keynote |
| 8:00 PM | Adjournment |

## Venue and Directions

**Embassy Suites Hotel**
11767 Harbor Blvd., Garden Grove, CA 92840
Phone: 714-539-3300

**Directions:** From Freeway 5 (North or South) exit on Chapman Avenue and proceed west towards Disneyland, turn right on Harbor Boulevard, turn left on Hotels Street (first light). The hotel will be straight ahead

In the month of Ramadan, Muslims fast from dawn to sunset. It is a month of practicing self-control not just in eating and drinking but in behavior as well. It is a time of accelerated reflection and prayer, a time of spirituality and devotion, giving and sharing. Fasting in the month of Ramadan is the ultimate personalization of one's relationship with the Almighty God. Fasting (along with the declaration of faith, daily prayers, charity, and pilgrimage to Mecca) is one of the "five pillars" of Islam.)

ACLU-839

*In the Name of Allah, Most Gracious, Most Merciful*

# ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA

## 5TH ANNUAL RAMADAN DINNER PROGRAM

*Ramadan – A Way to Spiritual Attainment*

Islamic Shura Council of Southern California

*Together, we can make a difference.*

RAMADAN 19, 1426
SUNDAY, OCTOBER 23, 2005

5:30–8:30 PM

---

## 5TH ANNUAL RAMADAN DINNER PROGRAM

### Shura Majlis (Board)

| | |
|---|---|
| Dr. Muzammil Siddiqi | Chairman |
| Imam Sadiq Saafir | Vice Chairman |
| Dr. Atef Helmi | Member |
| Dr. Mustafa Kuko | Member |
| Dr. Zaher Aravwy | Member |
| Tawfiq Deek | Member |
| Sherrel Johnson | Member |
| Mohammed Abdul Aleem | Member |
| Dr. Maher Hathout | Member Elect |
| Masoud Nassimi | Member Elect |
| Yaseer Aman | Member Elect |

### Staff Members

| | |
|---|---|
| Shakeel Syed | Executive Director |
| Kalim Farooki | Facilitator |
| Masoud Nassim | Secretary |
| Naim Shah | Treasurer |
| Fathy Haggag | Member |
| Helie Nazarzai | Administrative Assistant |
| Daud Mehmand | Web Master |

*The Islamic Shura Council of Southern California appreciates and thanks the distinguished guests for their participation and to all the Shura members for their support to make this program successful. May Allah Subhanahu wa Ta'ala bless all – Ameen*

Islamic Shura Council of Southern California
2115 West Crescent Avenue, Suite # 214
Anaheim, CA 92801
Phone: 714-239-6473, Fax: 714-239-6473
www.shuracouncil.org, e-mail: info@shuracouncil.org

ACLU-840

## PROGRAM

Moderator: Yasser Aman

Reception

Adhan — Call for Prayer ........ Salim Ghazali

Translation of Adhan ........ Sameer Patel

Iftar (Breaking of the fast)

Salat al-Maghrib (Prayers after Sunset)

### Banquet Dinner Program

Recitation from The Glorious Qur'an Translation ........ Salim Ghazali

Welcome Address ........ Sameer Patel

Banquet Dinner and Introduction of Guests

Reflections ........ Dr. Muzammil Siddiqi, Chairman, Shura Council of Southern California

Professor Ben Hubbard, Department of Religion of CSUF-Fullerton and a Jewish Leader

Father Alexei Smith, Los Angeles Archdiocese

Dr. Maher Hathout, Spokesperson of ISCC

Government Relations ........ Mr. Stephen Tidwell, Assistant Director, FBI LA

Douglas Nelson, LA Mayor's Office

Sheriff Lee Baca, County of Los Angeles

## PROGRAM

Second Annual Peace Award ........ Imam Saadiq Saafir

Closing Remarks & Dua (Supplications) ........ Vice Chairman of ISCC

### ENGLISH TRANSLATION OF THE VERSES RECITED

In the name of Allah, Most Gracious, Most Merciful
All Praise be to Allah, the Cherisher and Sustainer of the worlds; Most Gracious, Most Merciful; Master of the Day of Judgment. Thee (alone) we worship; Thee (alone) we ask for help. Show us the straight way, The path of those whom Thou hast favored; Not the (path) of those who earn Thine anger nor of those who go astray. Ameen
The Opening (Al-Fatiha) (Chapter 1:1-7)

O ye who believe! Fasting is prescribed to you as it was prescribed to those before you, that ye may (learn) self-restraint. The month of Ramazan is that in which the Quran was revealed, a guidance to men and clear proofs of the guidance and the distinction; therefore whoever of you is present in the month, he shall fast therein, and whoever is sick or upon a journey, then (he shall fast) a (like) number of other days; Allah desires ease for you, and He does not desire for you difficulty, and (He desires) that you should complete the number and that you should exalt the greatness of Allah for His having guided you and that you may give thanks.
The Cow ((Chapter 2:183, 185)

O mankind! We created you from a single (pair) of a male and a female, and made you into nations and tribes, that ye may know each other (not that ye may despise (each other) Verily the most honored of you in the sight of Allah is (he who is) the most righteous of you. And Allah has full knowledge and is well acquainted (with all things)
Private Rooms ((Chapter 49:13)

Program Committee
Dr. Muzammil Siddiqi, Chairman
Shakeel Syed - Coordinator
Kifin Farooq and Masud Massmi
Special thanks to all the volunteers.

## MODERN FINANCIAL S _UTIONS
### THAT UPHOLD OUR VALUES

We understand buying a home is a major personal decision. It is a decision that goes well beyond how much home you can afford. You want your home to reflect your values and your lifestyle. That is why Guidance Financial Group is pleased to offer you a unique Sharia-compliant home financing program.

Whether you are buying a home or wish to replace an existing mortgage, our Declining Balance Co-ownership Program allows you to enjoy the benefits of home ownership with peace of mind.

The Declining Balance Co-ownership Program is offered by Guidance Residential, LLC, a wholly-owned subsidiary of Guidance Financial Group, LLC.



Guidance Financial Group was founded to provide you with Sharia-compliant financial products that are competitive and of the highest quality. Our products allow you to participate in today's financial opportunities without compromising quality or your principles.

We work closely with leading financial institutions and world-renowned Sharia scholars to develop and offer products that you can use with confidence. Our team of financial experts and accomplished professionals are committed to delivering quality products with only the highest level of service.

Every product that we offer is certified by Guidance's Sharia Supervisory Board to ensure strict standards of Sharia compliance. Our Sharia Board, an independent body, comprises some of the world's leading experts in the Islamic law of financial transactions. These Sharia scholars are actively engaged in designing our products and in overseeing them.

ACLU-842

## OUR PROMISE

## PEACE OF MIND

### QUALITY PRODUCTS

All our financial products meet the highest industry standards, and
offer you competitive pricing and strict regulatory compliance.

### SHARIA COMPLIANCE

Our products are carefully designed for strict adherence to the prin-
ciples of Sharia. Every product we offer is reviewed, approved, and
overseen by a Board of highly respected, independent Sharia scholars.

### SERVICE EXCELLENCE

We are committed to the highest level of professionalism, and
strive to be respectful, responsive, and reliable.



Guidance was founded on a vision that is increasingly shared by our
community — to honor the principles of Sharia while benefiting
from the best of what is available in the modern financial marketplace.

At Guidance, we understand your needs and we are dedicated to
serving them with products that are relevant and competitive, and
that help you achieve prosperity with peace of mind.

ACLU-843



**MBA**

This p
Co-ov
progra
Please
Progra
Financ
License
Banki
the Ca
Result
is not
a Lace
a licen



HOME OWNERSHIP
THE SHARIA WAY

guidance
FINANCIAL

ACLU-845

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 11/22/2005

**To:** Los Angeles

**From:** Los Angeles
          OPCA                                              b6
          **Contact:** [          ], ext. [     ]           b2

**Approved By:** [          ]

**Drafted By:** [          ]: nil

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
OMBUDSMAN PROGRAM.

**Synopsis:** Document the November 21, 2005 Multi-Cultural Advisory
Committee (MCAC) meeting.

**Enclosure(s):** Enclosed is the sign in sheet and minutes of the
November 21, 2005 MCAC meeting.

**Details:** On Monday, November, 2005, at 6 p.m., the monthly
Multi-Cultural Advisory Committee (MCAC) meeting was held at the
FBI Office in Westwood, California.  The following individuals
were in attendance:

1. [          ]
Omar Ibn Al Khattab Foundation

2. [          ]
Iranian American Lawyers Association                    b6

3. [          ]
CAIR

4. [          ]
MPAC

5. SSA [          ]
FBI Los Angeles

1B8A-LA- C236680-119

ACLU-846

TO:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 11/22/2005

6.        SA
FBI Los Angeles

7.
Free Muslim Coalition Against Terrorism

8.
LEDTronics

9.        ASAC Ethel McGuire
FBI Los Angeles

b6

10.
COPTIC Church

11.
Department of Homeland Security

12.
Syriac Orthodox Church

13.
Armenian Church

14.
Shura Council of Southern California

15.
Sikh Community

16.
Bahai Foundation

17.
COPAA

18.
Syriac Orthodox Church

19.
USC Muslim Student Union




2

ACLU-847

TO:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 11/22/2005



20
Masjid Al Fatiha of America

21.
Sikh Community

22.
Inter Religious Federation for World Peace

b6

23.
Immigration Attorney

24.
Riverside Muslim Community

25.
COPAA

26.
Pakistani Chamber of Commerce

27.      ADIC Steven Tidwell
FBI Los Angeles

        SA [        ] informed  at the end of the meeting that an e-
mail regarding the date and agenda for the next meeting would be
sent to all MCAC members.  Attached is the sign-in sheet and
minutes for the above meeting.


♦♦

3

ACLU-848

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## NOVEMBER 21, 2005 MEETING

**PRESENTATION:**

- CDC[          ] presented a 30 minute Power Point presentation on the Privacy Act and Freedom of Information Act (FOIA). CDC[      ] resentation mainly focused on the rational as to why the FBI is not allowed to disclose information to the general public on pending investigations.

**GENERAL MEETING:**

b6

PRIVACY CONCERNS
- SSA[          ] nd SA[          ] stressed the importance of the members to provide the FBI with any issues/concerns raised by community members regarding actions taken by FBI personnel . SSA[      ] and SA[    ] explained that the proper manner in which to bring such concerns to the attention of the FBI was to contact either of them directly by phone or e-mail with the specific details. Also, for oversight purposes, there is no problem if a reporting party copies MCAC members regarding an issue as they report it to the FBI. However, out of concerns for fairness and privacy, the name of the Agent(s) central to the issue should be provided only to SSA[          ] r SA[    ] and not to members of MCAC. Once the matter has been investigated, the results will be provided to the MCAC members where warranted.

- With respect to requesting information regarding third parties, the FBI will try to assist if possible. However, the findings can only be provided to the party to which the information pertains.

TOWN HALL MEETINGS
- Scheduling MCAC's first town hall meeting was discussed. The committee discussed the need to agree on the message MCAC wanted to impart to the public and the style of town hall meeting before scheduling the first meeting.

- It was agreed that one absolute style was not for all town hall meetings . However, all members of MCAC should be able to come to a general agreement of desired topics prior to setting concrete date.

- It was also agreed that the purpose of the town hall meetings would be to alleviate community concerns/issues and to educate and inform the community about the FBI. Basically, the town hall meeting should serve as an extended representation of the MCAC meetings, but in the community setting.

- The location of future town hall meetings was also addressed. A neutral meeting place was suggested (i.e. a high school location was used previously). Churches and Mosques were also suggested as community members are accustomed to attending functions at

such locations.

- It was further discussed whether to continue to discuss the particulars of the town halls in a sub committee forum. It was agreed that because town halls are too important to MCAC, it should be discussed during general meetings. Although complete consensus will not be possible for any topic, the main goal is to be respectful of the various opinions as we work together.

ACLU-850

## *Multi Cultural Forum Sign-In*



Full Name                    Sign-In                    Work Phone    Mobile Phone   Email Address

b6

Monday, November 21, 2005

Page 1 of 3

ACLU-851



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-852 _____

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b5

ACLU-853

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## APRIL 17, 2006  MEETING

**Current Events:**                                                                                          b6

- Youth Advisory Committee update by MCAC Member[_____]y.
- CT ASAC Eric Velez-Villar addresses MCAC Members concerns over TSA security measures. FBI LA will invite TSA back to another MCAC meeting to discuss issues. MCAC Members noted that although individuals do find fault with the search and questioning procedures, they recognize this security is indeed necessary in order to protect us from possible attacks in the future. The goal is to work to find a happy medium.

**Discussion of April 8th Town Hall Meeting:**

- Everyone agreed that the first town hall meeting was a success.
- In terms of future media exposure, consensus was that there should be more positive articles. Associated Press reporter Jeremiah Marquez was present at the MCAC meeting and his article regarding the April 8th town hall meeting was addressed with him. It was noted that Jeremiah's article does not intend to focus on negative images of Muslims complaining. Often times, after the journalist completes article, other information is added in by editors, thus changing the content.

- For the next town hall meeting, the members need to decide whether to invite the press. It was agreed that MCAC members needed to do more advertisement for the next MCAC meeting. It was also agreed that the ideal audience is approximately 150-200 people. After 200+ guests, is when the group dynamic starts to change and may become ineffective.
- MPAC noted that a "hook" was needed when advertising for the next town hall meeting. Ideas regarding a "hook" needed to be discussed at the next MCAC meeting.                  b6
- The next town hall meeting will most likely be held in Orange County. MCAC Member [_____] volunteered the Islamic Society of Orange County's facilities.
- It was agreed to further discuss the particulars of the next town hall meeting at the May MCAC meeting.

188A-LA-C234680-150
enclosure only

ACLU-854

### AGENDA FOR APRIL 17, 2006  MEETING OF THE
### MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

6:00P.M. - 6:15P.M.          Meet and Greet

6:15P.M. - 6:30 P.M.        Current Issues
                            Media Matters
                            -Associated Press Reporter Jeremiah Marquez

6:30P.M. - 6:45P.M.          Update on Formation of Youth Advisory Committee          b6
                             MCAC Membe

6:45P.M. - 6:55P.M.          Break

6:55 P.M. - 8:00 P.M.        Review/Discussion of the Town Hall Meeting

8:00 P.M.                    Conclusion

ACLU-855

NEED ID

## *Multi Cultural Forum Sign-In*



Full Name        Sign-In        Work Phone    Mobile Phone    Email Address

b6

*Monday, April 17, 2006*

*Page 1 of 3*

ACLU-856

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

*Monday, April 17, 2006*

*Page 2 of 3*

ACLU-857



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

*Monday, April 17, 2006*

*Page 3 of 3*

ACLU-858

---- Working Copy ----                                    Page      1

Precedence:  ROUTINE                        Date:   07/11/2006

To:  Los Angeles

From:  Los Angeles
       OPCA
       Contact:  SA [          ]    ext. [      ]        b6
                                                         b2
Approved By:  [                    ]

Drafted By:  [                    ] bgg

Case ID #: 66F-LA-C236680    (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM .

Synopsis:  Document the June 19, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s):  Enclosed are the following documents: (1) the sign
in sheet, (2) agenda, (3) minutes of the June 19, 2006 MCAC
meeting,

Details:  On Monday, June 19, 2006, at 6 p.m., the monthly Multi-
Cultural Advisory Committee (MCAC) meeting was held at the FBI
Office in Westwood, California.  The following individuals were
in attendance:

1.  [                    ]                                    b6
Omar Ibn Al Khattab Foundation

2.  [                    ]
Iranian American Lawyers Association

3.  [                    ]
Shura Council of Southern California

4.  [                    ]
MPAC

5.  [                    ]
Free Muslim Coalition Against Terrorism

6.  [                    ]
Bahai Foundation

7.  [                    ]
Council of Pakistan American Affairs COPAA

8.  [                    ]

------------------------------------------------------------
Case ID : 188A-LA-C236680              Serial : 165

1884-LA-C236680-165

__ACLU-859

---- Working Copy ----                        Page     2

MPAC

9.     [redacted]

10.    [redacted]
Jane Harman's Office, Field Representative

11.     ADIC Steven Tidwell
FBI Los Angeles

12.     SSA [redacted]
FBI Los Angeles                                              b6

13.     SA [redacted]
FBI Los Angeles

14.     [redacted]
FBI Los Angeles

15.     [redacted]
C.A.I.R.

16.     [redacted]

    SA [redacted] informed that the next MCAC meeting will be
held on July 17, 2006.  Attached is the sign-in sheet, agenda,
minutes of the meeting

ACLU-860

## *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-861

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

ACLU-862

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|  |  |  |  |  |

b6

ACLU-863

## AGENDA FOR MONDAY, JUNE 19, 2006 MEETING OF THE
## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

6:00P.M. - 6:15P.M.          Meet and Greet

6:15P.M. - 6:30 P.M.         Current Issues
                             -Confirm e-mail addresses

6:30P.M. - 7:00 P.M.         Briefing on Youth Advisory Committee Meeting and Orange
                             County Town Hall Meeting concerning OC Register Article
                             -Joint Press Release

7:00P.M. - 7:10P.M.          Break

7:10 P.M. - 7:40 P.M.        Discuss Future Town Hall Meetings
                             * September Orange County Town Hall Meeting
                               (date/location)
                             * Identity Theft/Crimes Against Children/etc Presentations

7:40 P.M. -8:00 P.M.         New Membership Process

8:00 P.M.                    Conclusion

ACLU-864

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC) JUNE 19, 2006  MEETING

**Current Events:**

*   Community Relations Executive Seminar Training program (CREST) information is forthcoming (CREST is the condensed version of the Citizen's Academy)
*   If interested in having ADIC Steven Tidwell meet with your constituents, please let [          ]know and he will be glad to schedule something with your group                b6
*   FBI internet site now has the press release up. It was also sent out to all the regular media outlets.
*   Please help us bridge the gap between the community and the law enforcement agencies. You may serve as the liaison between the two, collecting anonymous information from the community (i.e. latest internet scams, immigration scams, crimes against children, identity theft, etc.) and pass this information onto our office.
*   Information on the Orange County branch of the MCAC, with Town hall meeting details will be coming out soon

**Town Hall Meeting Section:**

*   Below are questions that ADIC Tidwell asked the MCAC members:

    Tidwell: Was it too much to have the experts on each subject matter present?
    MCAC: Possibly. Perhaps it was due to the fact that not all supervisors were able to speak individually.
    Tidwell: A possible solution could be to have tables set up with the subject matter experts seated individually, and with hand outs available. However, the community will still continue to have the opportunity to direct the majority of the Town Hall Meeting.

*   Other concerns among members included the Press Release/Flyer. It was suggested that the document is too busy, with too much information. Maybe focus on only two strong points of information, in order to draw interest and attendance from the community. (i.e. using only identity theft and crimes against children)
*   Orange County outreach should be active. Make yourself accessible. This is a process, and often a slow one, so please be patient.
*   As an advisory committee, it's recommended that this organization needs to be prepared as well as possible before a Town Hall Meeting with the community. Although that is true, please remember that the FBI LA cannot comment on pending investigations, nor explain actions/specific situations that occurred in other divisions. We are trying to provide information to our local communities, and we will do the best we can to show that they can trust and communicate with us. At times, there will be questions that we simply cannot comment on, but we're not necessarily ignoring the issues at hand.

---- Working Copy ----                                    Page      1

Precedence:  ROUTINE                        Date:  07/31/2006

To:  Los Angeles

From:  Los Angeles
        OPCA
        Contact:  SA [          ] ext. [    ]          b6
                                                       b2
Approved By: [                    ]

Drafted By: [                ]pgg

Case ID #: 66F-LA-C236680    (Pending)

Title:  LOS ANGELES ARAB/MUSLLIM/SIKH
        OMBUDSMAN PROGRAM

Synopsis:  Document the July 17, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s):  Enclosed are the following documents:  (1) the
sign in sheet, (2) agenda, (3)minutes of July 17, 2006 MCAC
Meeting, (4)brochures handed out by members regarding upcoming
events.

Details:  On Monday, July 17, 2006, at 6:00pm, the monthly Multi-
Cultural Advisory Committee (MCAC) meeting was held at the FBI
Office in Westwood, California.  The following individuals were
in attendance:
                                                                    b6

1. [                  ]
Omar Ibn Al Khattab Foundation

2. [                    ]
Iranian American Lawyers Association

3.[              ]
Sikh Center of Orange County

4. [                ]
Free Muslim Coalition Against Terrorism

5. [          ]
Syrian Orthodox Church

6. [            ]          188A-LA-C236680-166
MPAC

7. [              ]
U.S. Department of Justice

8. [              ]

---------------------------------------------------------------
Case ID : 188A-LA-C236680              Serial : 166

ACLU-866

9. [            ]

10. [                    ]
Bahai Foundation

11. [                    ]
Council of Pakistan American Affairs COPAA

12. [          ]
Jane Harman's Office, Field Representative

13. [        ]

14. [            ]
C.A.I.R.

15. [              ]

16. [              ]

17. [            ]
MPAC                                                                b6

18. [            ]

19.  ADIC Steven Tidwell
FBI Los Angeles

20.  SSA [              ]
FBI Los Angeles

21.  SA [                ]
FBI Los Angeles

22. [            ]
FBI Los Angeles

23. [            ]
FBI Los Angeles

24.  Larry Fetters
TSA, Federal Security Director


     SA [        ] has informed MCAC members that the next
meeting is being rescheduled from August 21, 2006 to August 28,
2006.

## AGENDA FOR MONDAY, JULY 17, 2006  MEETING OF THE
## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

6:00 P.M. - 6:15P.M.          Meet and Greet

6:15 P.M. - 6:30 P.M.         Current Issues
                                    -Crimes Against Children presentation on 7/7/06

                                    -Youth Advisory Committee meeting on 7/20/06

                                    -Protesting at the Federal Building

6:30 P.M. - 7:15 P.M.         TSA - Larry Fetters, Federal Security Director                    b6

7:15 P.M. - 7:30P.M.          Break

7:30 P.M. - 7:45 P.M.         Discuss Future Town Hall Meetings
                                    * September Orange County Town Hall Meeting

7:45 P.M. - 8:00 P.M.         Website

8:00 P.M.                     Conclusion

*166*

ACLU-868

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## JULY 17, 2006 MEETING

**Current Events/New Business:**

- Website update: FBI Computer Specialists are currently in the process of putting something together for your review. We'll need a volunteer to work at moving it forward for MCAC [ ] has agreed to host the website for MCAC.
- The Islamic Institute of Orange County put on a program with information on Crimes Against Children. It provided key points for parents to be aware of to protect children from internet sexual predators. The response was amazing, and we'd like to have this type of program as a touring presentation for other mosques/churches interested in participating. [ ] attended the presentation and spoke about the presentation during MCAC meeting.
- Tidwell offered to have our FBI SAFE team involved in future programs, to give the community additional information from the law enforcement side.
- Youth Advisory Committee Meeting is scheduled for Wednesday the 26th at 7 p.m.
- Also, if anyone missed the last few e-mails, please do not hesitate to let us know. We're currently building a new system with the OCC, and once that is up and running, things will be running a lot smoother. Everything will be resolved shortly.
- The Japanese Committee is having an upcoming Parents Day. Please see the flyer for additional details on the event. All are welcome.
- The meeting with USC will take place on 8/29.
- 8/20 is Open Mosque Day throughout the Los Angeles area.
- The ICE SAC will be invited to our meeting at your request in the future.
- It was asked by the Congresswoman Jane Harman's Representative if MCAC is open to having regular observers attend the meetings. Also, he mentioned that many other area mosques are interested in being included for future meetings. MCAC members voted and agreed that there is a standing open invitation to Congressional Office to sit in on the meetings. This opportunity will be introduced to the Congressional Staff at the Joint Regional Intelligence Center meeting on 8/10.
- Remember to put applications in for the Citizen's Academy if interested!!!

### Larry Fetters, TSA Federal Security Director at LAX:

- The Transportation Security Administration (TSA) is the newest Federal entity since 9/11. It took over the screening of passengers, employees, baggage/luggage and overall airport security. It is one of 22 agencies under the Department of Homeland Security.
- TSA has 3 main functions:
  - Screening passengers, checked luggage, carry on items, cargo, etc.
  - Law enforcement aspects (i.e. air marshals)
  - Authority to oversee airline, cargo shippers, etc. from a security standpoint
- There are 2 goals TSA seeks to accomplish:
  - To provide world class security (meaningful, effective, tolerable)
  - To provide world class customer service

b6

- LAX has been deemed an identified, documented target in California, however, it is also one of the safest airports to travel through America as well. Because of the vigilance in the law enforcement community, and the great security presence on site, it is deemed a secure environment.
- Tips to reduce frustration and allow easier travel through LAX:
  - Plan ahead! Think about what you're to pack ahead of time. Ensure that prohibited items are not included (i.e. Swiss army knives, toy guns, etc.) Pre-plan the travel. Go to http://www.tsa.gov to find out wait times for flights, list of prohibited items, airline rules, etc.
  - If carrying a laptop, take it out of the case at the security check point.
  - Take off coats and outer or bulky garments before you go through security. It will reduce the time in line.
  - A good idea (but not required) is to take your shoes off while walking through security. You never know what shoes are on the list for screeners to look for.
  - As you approach the screeners, take metal items out of your pocket, and off your body before you set off the detectors. This will help to avoid unnecessary secondary screening. Put the items (change, jewelry, belts, pagers/cell phones, wallet, etc.) in a ziplock or other bag and then slip it into the carry-on item that will run through the X-ray machine. When the screeners are finished, you'll know exactly where to find your belongings, and they will be secure within your bag.
  - Always remember that you can request a private screening with a same gender screener. A wand search will be done, as well as a pat down. This is a good idea for pacemaker patients.
- Selectee List: 1 who is consistently sent to secondary screening due to law enforcement lists, or possibly common/unidentifiable names. Random security checks (the SSSS) are treated the same as selectee individuals.
- No Fly List: government/law enforcement agencies deemed individual unable to fly. These people usually know that they're on the list.

  Mr. Fetters also provided the following customer service phone numbers: (310)242-2911 and (310)215-5370.

**Questions from FBI MCAC to Larry Fetters:**

- How well are screeners themselves screened before hired?
  - *Anyone working at airports completes full background investigation with criminal record/history checks, credit checks, etc. Unknown numbers of people have access to airports, but they have special screening areas for those employees as well (including food services, maintenance, etc.).*
- What about smaller airports? What types of security measures are taken?
  - *Commercial aviation is under the jurisdiction of the Federal government (TSA). Smaller general aviation airports have an outreach program, but TSA does not have presence there.*
- Many Muslims believe they're targets at secondary screening. What is your response to that?
  - *The screening process is totally random and unpredictable. Muslims are not targeted solely on the reason that they're Muslim. The screeners are trained to*

ACLU-870

*look for specific behavior, not race. However, there is diversity training that
focuses cultural sensitivity.*

- Where is a good place to pray in the airport? Many other airports, such as Washington
D.C., have designated places (non-denominational chapels and such) for worship. What
do you suggest is best for prayer at LAX?
  - *There is no "perfect' place for prayer. It's best to go off to the side to pray. Of
  course, it is possible that unnecessary attention is drawn to you, however, please
  continue to practice your faith. Do what you need to do. I'd like to speak to you
  later and assist you in submitting a formal request (through the appropriate
  channels) for a future (designated) place to pray.*

- What about the cases where the No Fly list selects a child with the same name?
  - *The FBI is contacted and they have the authority to deem suitable for boarding.
  They sort out the information and provide the accurate details (correct DOB,
  POB, etc.), however, there are steps to correct it if needed. Procedures are taken
  to update the information or rectify problems.*

- The concerns of the community are mainly two things: who is the point of contact to
check the status of a request to be removed from the list? and who provides Intel outside
of the government agencies?
  - *If you need to speak to someone regarding the list, you can go to the TSA website
  and click on the Office of the Omsbudsperson. Since TSA doesn't create the list,
  it's not really in their hands. They just receive the list; they can't change/update it
  at all. TSA has merely set up this procedure for request to remove/update as a
  courtesy to the general public. The Omsbudswoman for this area is Kimberly
  Walton. If you need to speak to TSA customer service for any reason, please
  contact (310) 242-2911. To reach Larry's office, you can call*              b6

- You asked us to trust that the screening process is color blind. But what do we tell the
people who are always "randomly" selected?
  - *Please take the information previously discussed into your community. Please
  remember that not all details are given in an incident when accounts are told.
  For instance, an individual contacted me and said they were always randomly
  selected. It turned out that he neglected to share that he wears army boots each
  time he flies. Those will guarantee a secondary check because they're bulky. Or
  maybe the way you execute your plans could shed light on it as well. Habits, etc
  (i.e. one way travel paid with cash within 24 hrs will set a flag off). We do not
  profile, it is all behavior oriented.*

- Do you have agents/offices in other countries for screening?
  - *No TSA screening or U.S. Government Agency representatives or standards are in
  other countries. No agents are in the airports. Pacts have not been developed
  between other countries. Often people have to be re-screened before returning
  home. If you fly internationally, you will be patted down, not on the U.S.
  authority, but based on the decision of the other country.*

- To what extent does TSA engage in education of behavioral profiling? Who trains on the subject?
  - *Airlines receive the training from TSA. They're required by Federal regulation to report airport security incidents to TSA.*

ACLU-872

## *Multi Cultural Forum Sign-In*



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|

b6

Monday, July 17, 2006

ACLU-873

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-874

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|
| | | | | |

ACLU-875



ACLU-876



# PARENTS DAY JOURNAL

**1108 West Valley Blvd. #6106 Alhambra, CA 91803 : (323) 526-1496    ·    Jan. 2006. Vol.10**

# 10th Nikkei Parents' Day Festival

## Parents' Day Celebrated with New Mayor



**Antonio Villaraigosa joins five couples honored for lifetime dedication as parents.**

By Ted Miyagi



The Japanese and Asian community celebrated the 10th Nikkei Parents' Day Festival on Sunday, July 24, at the Japan America Theatre in downtown Los Angeles. The Nikkei Parents' Day Festival is known as one of the largest National Parents' Day programs in the United States.

The celebration reached new heights this year with the appearances of Mayor Antonio Villaraigosa, County Sheriff Leroy Baca and Consul General of Japan Yoshio Nomoto after the opening address by Chairman Henry Yasuda. Mayor Villaraigosa said, "Being a parent is the toughest job," and appreciated parenting programs like the Nikkei Parents' Day Festival.

The Festival included speech contests and a display of children's art works on the theme of parents and family. Every year the committee receives over 400 art entries for the contest and approximately 100 art works are selected and displayed in the theater lobby. Speech contest winners were: Taito Ozaki (Elementary Division), Kiyoko Kauya (Mid/High Schools Division) and Akiko Asami (College/Adult Division). Art contest winners were: Nagisa Maeda (Gold Award), Hidetoshi Omiya (Silver Award) and Nagisa Shiota (Bronze Award).

Highlight of the program was the Parents of the Year Award Ceremony. Five sets of

model parents were selected this year among the applicants who were nominated by various community organizations. The awardees were: Shinta and Toshiko Asami (Buena Park), Soichiro and Chikako Mary Hori (Placentia), Paul and Spring Iwata (Van Nuys), Bruce and Frances Midori Kaji (Gardena) and Eizo and Aiko Yasuda (Cerritos). Each set of parents received a plaque from the Nikkei Parents' Day Coalition and also a Resolution from the Los Angeles City Council and a Commendation from the Los Angeles County Board of Supervisors.

Opening the Parents of the Year Ceremony, video clips from the National Parents' Day DVD with ten years flash back of all our awardees were shown. While the video was rolling, Charlie Okamura sang "The Impossible Dream" which reinforced the sense of family values of our awardees. He then introduced the Parents of the Year 2005.

President George W. Bush proclaimed Sunday, July 24, as "Parents' Day" to call upon citizens to observe this day with appropriate programs, ceremonies and activities. Special messages from Governor Arnold Schwarzenegger, United States Senators Daniel Inouye and Dianne Feinstein and Chair of the LA County Board of Supervisor Gloria Molina were printed together with many other representatives of

major community organizations. More than 800 people with many VIPs attended the event from the community.

One year's preparation is needed to prepare for an event like this and is made only possible because of the many dedicated volunteers. At the reception, which followed the program, seven volunteers were recognized with Certificate of Appreciation signed by Howard Self, Executive Director of The American Family Coalition and James Flynn, President of The American Family Coalition.

## CONTENTS

| P.1 | 10TH Nikkei Parents Day Festival |
| --- | --- |
| P.2 | Serial essay |
| P.3 | National Parents' Day |
| P.4 | List of supporters |
| P.5 | Information |
| P.6 | 2005 Parents of the year |
| P.7 | Speech & Art contest winners |
| P.8 | 模範的父母賞エッセイシリーズ |
| P.9 | List of Parents of the Year |
| P.10 | Application form (Art&Speech) |
| P.11 | 第10回日系父母の日祭 |

ACLU-877

## *Serial Essays for the Nikkei Parents of the Year Awardees*

# 2005 Nikkei Parents of the Year

### Eizo and Aiko Yasuda

### Presented at Nikkei Parents Day Festival

**by Stan Yasuda**



Honored guests, families and friends, good afternoon.   My name is Stan Yasuda, and on behalf of my sister, Janet Yasuda Fuji, and my brother, Glenn, I would like to thank the Nanka Kagoshima Kenjinkai and the Nikkei Parents Day Coalition for honoring our parents, Eizo and Aiko Yasuda, with this wonderful award.

Our father, Eizo, was born in 1925 in Monterey, California and returned to Japan at the age of two with his mother and two older brothers. He and his six siblings were raised in Japan by his father Jinnai, and his mother Teru. With limited funds but unlimited determination he returned by himself to the United States in his early twenties. He met Aiko Mayemura and they were married in 1955.  He started as a gardener and worked multiple jobs to support our family while also managing to be active in the leadership of the Nansatsu Dokyojinkai in the 1960's through the 1980's. In 1970, he took on the challenge of purchasing and running a family store. As children, we saw him work tirelessly each day to make a better life for our family. All the while, he encouraged us to seek our own better futures through education and I know that he takes great pride in the fact that we all received our college degrees and have had success in our chosen professions.



While our father's energy and constant desire to excel inspire us, our mother Aiko is our family's heart and soul. Also a Kibei Nisei, she was born in the United States and at the age to two, went to live in Japan with her father Seiji Mayemura, her mother Kiye and her two older brothers, Hiroshi and Katsumi. Not long after moving to Japan, she lost her mother to illness and her father returned to America, leaving her and her brothers to live with their grandparents during the war. Having spent most of her childhood without her mother or her father, she has always placed the highest priority on family.  She remembers every birthday, anniversary and special occasions with a card and a phone call and she is happiest when all of her family surrounds her.   She loves nothing more than preparing meals for large family get-togethers and delights in spending time with her grandchildren whether at birthday parties, school functions, baseball games or other special occasions. When our father was stricken with asthma and had to be hospitalized on several occasions, she took over running the family business and comforted all of us with her quiet strength. She is undeniably our family's emotional and spiritual center.

We know that our parents feel that they've led ordinary lives, but to us they have been extraordinary role models.   Through their words and more importantly, their actions, our parents have set an example for us our entire lives. We saw them working 12 to 16 hour days, side by side, to provide us with financial security. Even then, we always had dinners together as a family, even if that dinner was in the backroom of the family store. From them we've learned to appreciate the rewards that come from hard work, the importance of treating others with honesty and respect, and to always look and hope for the best in people. They've taught us to value the blessings of family and friends above material things, and they've helped us to understand that love can be expressed in countless ways, not the least of which are patience, faith, forgiveness and sacrifice. From the handmade wooden airplanes that our father created for each of his grandsons to the special celebratory meals that our mother prepares throughout the year, and by their constant devotion, they continue to demonstrate their love for us in the special ways that only parents can. And so we are extremely grateful and equally proud that in this, the year of their golden wedding anniversary, they are being honored as Parents of the Year.



ACLU-878



## National Parents' Day

Parents' Day was signed into law by President William Clinton in October 1994. Senator Orrin Hatch (R) Utah, Chairman of the Senate Judiciary Committee was a co-sponsor of the bill along with Senator Joe Biden (D) Delaware. Congressman Floyd Flake (D) New York and Dan Burton (R) Indiana jointly sponsored the House Resolution.

The bill established the fourth Sunday in July as Parents' Day, "to be recognized as a recurring perennial day of commemoration. All private citizens, organizations and governmental and legislative bodies at local, State, and Federal levels are encouraged to recognize Parents' Day through proclamations, activities, and educational efforts in furtherance of recognizing, uplifting, and supporting the role of parents in the rearing of their children."

## National Parents' Day Coalition

The National Parents' Day Coalition (NPDC) is a nonprofit, educational organization and the natural outgrowth of a grassroots coalition that came together in 1994 to support the Federal Legislation designating the fourth Sunday in July as Parents' Day.

The goals of the coalition include: 1) establishing a diverse coalition of organizations and individuals to support the spirit of the law of Parents' Day; 2) establishing a national resource center, information network; and 3) developing projects that facilitate public education about marriage, family life, responsible and effective parenting. The Coalition works to ensure that the public is aware of Parents' Day, the newest national holiday.

## Nikkei Parents' Day Festival

In 1994, President Clinton designated the fourth Sunday in July as "Parents' Day" to recognize emphasize the importance of, and support the role of parents, in the rearing of their children; and urged communities to observe this day with appropriate ceremonies, activities and education efforts."

In response to this proclamation, the Nikkei Parents' Day Festival was formed in 1996, to showcase exemplary parents within the Japanese American Community in Southern California with a Nikkei Parents of the Year Award.

ACLU-879

---- Working Copy ----                    Page     1

Precedence: ROUTINE                 Date:  09/05/2006

To:  Los Angeles

From:  Los Angeles
        OPCA
        Contact:  SA [        ] , x [        ]          b6
                                                          b2

Approved By: [          ]

Drafted By: [          ] gg

Case ID #: 66F-LA-C236680    (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM

Synopsis: Document the August 28, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s):  Enclosed are the following documents: (1) the sign
in sheet, (2) agenda, (3) minutes of August 28, 2006 MCAC
Meeting, (4) two letters received by LAFO, (5) Flyer advertising
the Arab-American Festival 9/8 -9/10/2006, (6) copy of webpage
from intranet, (7)News articles of MCAC in Chicago and Ohio

Details:  On Monday, August 28, 2006, at 6:00pm, the monthly
Multi-Cultural Advisory Committee (MCAC) meeting was held at the
FBI Office in Westwood, California.  The following individuals
were in attendance:

1. [          ]
   Omar Ibn Al Khattab Foundation                          b6

2. [          ]
   Iranian American Lawyers Association

3. [          ]
   Syrian Orthodox Church

4. [          ]
   MPAC

5. [          ]
   C.A.I.R.

   188A-LA-C236680-173

6. [          ]
   Bahai Foundation

7. [          ]

--------------------------------------------------------------
Case ID : 188A-LA-C236680               Serial : 173

ACLU-880

---- Working Copy ----                    Page      2

8.  [          ]
    Shura Council of Southern California

9.  [        ]
    Syriac Orthodox Church

10. [          ]
    C.A.I.R.

11. [           ]
    Islamic Center of Orange County

12. [            ]
    Council Of Pakistan American Affairs

13. [          ]

14. [         ]
    Iranian American Advisory Committee

15. [      ]
    Congresswoman Jane Harman

16. [      ]
    Congresswoman Jane Harman                              b6

17. [      ]
    C.A.I.R.

18. [      ]
    MPAC

19. [        ]

20. [             ]
    International Relations Council

21. [         ]
    Inter Religious Federation for World Peace

22. [     ]

23. ADIC J. Stephen Tidwell
    FBI Los Angeles

24. SSA [        ]
    FBI Los Angeles

25. SA [          ]
    FBI Los Angeles

26. [      ]
    FBI Los Angeles

ACLU-881

27. ☐

FBI Los Angeles

28. ☐

Free Muslim Coalition Against Terrorism                    b6

29. ☐

MPAC

30. ☐

SA☐ nformed MCAC members that the next meeting will be held September 18, 2006.  The above mentioned enclosures are attached.