## AGENDA FOR MONDAY, AUGUST 28, 2006, MEETING OF THE MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

| | |
|---|---|
| 6:00 P.M. - 6:15P.M. | Meet and Greet |
| 6:15 P.M. - 7:00 P.M. | Current Issues/ Upcoming events<br>-Arab American Day Festival, September 8-10, 2006<br>-Supervisor's meeting September 6, 2006<br>-Recent articles:<br>   *Ohio's Multicultural Outreach Plan<br>   *Chicago's MCAC |
| 7:00 P.M. - 7:15 P.M. | Website update |
| 7:15 P.M. - 7:30 P.M. | Break |
| 7:30 P.M. - 7:45 P.M. | Discuss Future Town Hall Meetings<br> *(date/location)<br>-Alternate meeting location |
| 7:45 P.M. - 8:00 P.M. | New Membership Process |
| 8:00 P.M. | Conclusion |

/73

## Multi Cultural Forum Sign-In

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-884

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|
| | | | | |

ACLU-885

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

ACLU-886

## *Multi Cultural Forum Sign-In*



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|

b6

ACLU-887

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|



b6

ACLU-888

b6

| *Full Name* | *Sign-In* | *Work Phone* | *Mobile Phone* | *Email Address* |
| --- | --- | --- | --- | --- |
| | | | | |

ACLU-889

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## AUGUST 28, 2006 MEETING

**Current Events/New Business:**

- Arab American Day Festival is on 9/8/06. It is FREE! FBI Recruiters will be present all three days to meet people and provide information. Please see flyer for additional details on this event.
- The quarterly supervisors meeting for the Los Angeles Field Office will be a type of informational session (sort of an Islam 101 course). Education is needed for our management, and we're looking to expand our knowledge together. If anyone else would like to host the FBI, please let us know and we'll definitely be there. Thanks!
- ADIC Tidwell is meeting with USC administration on Tuesday 8/29/06. This is the only school so far that has requested a meeting.
- Please see the articles in the hand outs for the MCAC groups in other offices. If you see anything that interests you, or have any new ideas from these articles, please let us know.
- Fox National News wanted to do a piece on MCAC. Basically, they didn't tell the entire story of it, and provided a true disservice to the public, as well as our group. They informed the community that the FBI is spying on/monitoring certain groups. Also CNN interviewed Zabie in reference to the youth group, but they definitely tried to put a negative spin on the interview. Although Zabie held up quite well, and the questions were answered wonderfully, he agreed that although MCAC members should be mindful of what is said to the media, although there isn't much that can be done after the producers edit the content.
- See the hand out on the outline for the MCAC website. The page given was a sample from the FBI intranet site that had a section on the MCAC. Please note that the content was just something to give you an idea of the site outline. There are meetings in progress to discuss the ideas for the external website. The small team that is working on it is requesting your input. Phone meetings will occur every two weeks. We need to find skills for updating/maintaining the site, and additional ideas on how to fund the domain. It will have to be an entity completely independent from the FBI, due to strict Headquarters regulations. However, there will be a link to the MCAC site from the FBI Los Angeles website. Press releases will also be available with information regarding the liaison between the FBI and MCAC.
- Per ADIC Tidwell: Many individuals are requesting additional information and further descriptions regarding the specific characteristics on wanted individuals. At this time, we cannot describe what specific characteristics they possess, however, it must be noted that it is more of a behavior. This cannot be pinpointed, and currently the message to the public is to "stay vigilant". We understand that there is no way that the community can be vigilant if they do not know what to look for; however, we currently need to be clear that these new "home grown" groups are just that: self trained, self funded, self radicalizing, home grown groups. Although there are still camps out there, many of these groups are indeed home grown. We must recognize that these are the real threats today, and this information will be crucial, and need to be given to our communities.
- We're currently in discussion with FBI Headquarters regarding the need for the public to

ACLU-890

have specific, sort of checklists/guidelines on what behaviors to be aware of.
Additionally, stronger parent education is critical, since many of these groups are young
adults/children.

- We need to establish a location and theme for the next Town Hall Meeting (currently
  scheduled for November). We'll email everyone with a outline/platform for the meeting
  to operate from.
- The Islamic Society would like to host the November meeting, if possible. The City of
  Anaheim (Brookhurst Center) is also another possible venue. At this time, we are open to
  all invitations, including places of worship, not just community centers that are non-faith
  based. We need to be able to bring this informational group to all types of people, not
  just those active within their religion. We may be alternating locations in the future (e.g.
  November at the Islamic Society, and the next meeting at a community hall/center)
- Publicity for the next TH meeting (other than the flyer/press release given to members for
  distribution) needs to be budgeted accordingly. Please plan ahead, and allow us to do so
  as well. Let us know by the next meeting so that we have sufficient time and funding for
  the ads. Additionally, all the discounted rates (and donations) from the last set of ads
  were greatly appreciated. Keep up those fundraising and sponsorship ideas!
- The first meeting of the Orange County/Inland Empire MCAC will be scheduled for
  January 2007 in the Santa Ana Resident Agency office of the FBI. It will give us the
  opportunity for each entity to grow (membership-wise). Maybe one time each quarter,
  both MCACs will convene.
- New membership process: if organization wants to be a part of the MCAC, they must
  identify themselves as a valid non-prophet, community serving group. The basic criteria
  include: who they are, what they do, and who their members are. They need to be in a
  leadership position and have access to a group of constituents or the community. They
  need to submit the nomination/application document that we created earlier. If you have
  groups that you'd be interested in inviting to the meetings, we'll have an open house and
  take it from there. Your input is appreciated.

ACLU-891



ACLU-892



# The 11th Annual Arab American Day Festival
## at The Village Green Park
### 12762 Main St., Garden Grove CA/Corner of Main and Euclid
### September 8th (12 noon til 10pm), 9th (12 noon til 10pm) and 10th (12 noon til 9pm)

كيفية الوصول الى موقع مهرجان يوم العرب الأمريكيين الحادي عشر



ACLU-893



| Home | Mission | AAC | Founder | Map/Drctions |
| Gallery | Sponsor Pckg | Sponsor App | Booth App | Book App | Contact Us |

## Arab American Council

Mr. Ahmad Alam and a group of leading Arab American Figures had a vision of founding an Arab American Day Festival that would bring together the Arab American Community, to celebrate their mutual heritage and strengthen their economic relations and to promote a positive image about Arab Americans in the United States.

In order to achieve this vision officially, Mr. Alam and a group of local Arab Americans have founded the Arab American Council in April 25 1996. It was registered in Orange County CA as a non profit organization which is dedicated to the cultural, social and economical advancement and prosperity of the Arab American Community in America regardless of race , religion or any political affiliation.

The AAC has started as an Umbrella Organization for The Arab American Day Festival, which was the main agenda of the council during the past nine years.

Meanwhile The AAC has realized and initiated other projects in accordance with its main objectives.

### The AAC agenda is as follow:

### 1-The Arab American Day Festival:

After initiating this event for the first time in September 1996, the council has lobbied the local authorities and obtained an official recognition in September 1997 from the State of California. However, September 21st was proclaimed as the Arab American Day. Since that year the Council was mainly working on preparing annually for the Arab American Day Festival. Its aim was to ensure the growing success of this event in Southern California and to sustain it as an annual tradition in the area. Now that it became an important cultural Arab American tradition in our area, the AAC started thinking of preparing a plan to expand this experience to other States in the U.S. for the whole benefit of all Arab Americans in America.

### 2- The Arab World News:

The AAC has established an Arab American Newspaper called "the Arab World News ". The first issue was published in June 1998. It is an independent newspaper dedicated to be an ARAB American forum for conveying news and various points of view, and to promote the Arab American businesses and various services and advertise them regularly. It is also an important forum to announce various Arab American projects and events. The Arab World News is distributed in most southern California areas and in 27 U.S. States. During the last two years The Arab American Council adopted three

ACLU-894

more projects that fits its main objectives:

## 3-The "Arab Town" Project:

On July 14th 2000, The Arab Town Project has started to materialize in the City of Anaheim, where most of Arab Communities and Businesses existed. The AAC has encouraged and helped Arab Americans to Open and expand their businesses in this Area. The Arab World News started publishing and advertising the Map of the Arab town with its index.

In 2001 the AAC has initiated good communications with the local authorities about obtaining an official recognition of this Town on the same level as the Chinatown.

## 4-The "Arab House" Project:

For many years the Arab Americans dreamed of having an appropriate piece of property where they can build a complete recreational and multi-services compound that will answer their needs as a community. Mr. Ahmad Alam with the support of a group of Businessmen have presented to the Arab American business community a complete vision of this large scale investment based on a shareholding system. The project is still in the advertisement stage, the AAC has already located the appropriate piece of land (15 acres ) for this project, and many businessmen did send letters of intent to invest in The Arab House.

## 5-The United Arab American Chamber of Commerce: (http://www.uaacc.com)

The United Arab American Chamber of Commerce is an association of business people dedicated to improving the Arab American Businesses and Lobbying for the Arab American interests . The Chamber represents hundreds of businesses in Orange County, Ca ,the heart of wealthiest county in the nation. It is rich in business and ethnic diversity. It is the home of different great communities .

Large, medium, and small Arab American businesses from various industries and professions are members. Each new member adds one more voice to the strength of our business community. The Chamber accomplishes collectively what no one business can do alone.

Join the Chamber if you want to maximize your time and resources and expand your customer base, grow your business and gain and be an active member of the Arab American community.

©2006 Arab American Council. All rights reserved.
Designed by ZaT



Home  Mission  AAC  Founder  Map/Drctions
Gallery  Sponsor Pckg

## Mission Statement

Enabling the Arab American Community to play a strong rule in the American
Life and to bring our people together from all ethnic and cultural backgrounds
promoting tolerance and understanding among all Americans.

300'000 People have attended the Arab American Day Festival, we hope to
reach and break this number to 400'000++ this year.

©2006 Arab American Council. All rights reserved.
Designed by ZaT

ACLU-896



ACLU-897

8/28

1. list of Org
2. Rep
3. Mission Statement
4. Logo x2
5. explin / Intr.
6. Sb Stnd alone pri dro        S/S OK
7. list of past events
8. Calndr                        — Skill Set
9. Up coming event                 Technical Experts
10. Press Release                   Work
11. Youth Comm/t-
12. letter for ADIC
    Mssg                          — Domain Names
13. = MCAC                        — Proposal for name Next
                                  — Approval & guideline. Thu
14. Sub committees                —
15. Useful links
                                  — Funding
16. Archive — dup.
17. Comment & feedback.

