**Subject:**     Chicago's MCAC

Muslims For A Safe America encourages honest and informed discussion among American Muslims about Islam, Muslims, and American national security. Muslims For A Safe America, 200 S. Michigan Ave., Suite 1240, Chicago, IL 60604, (312) 961-2354.

http://muslimsforasafeamerica.org/?p=42

## Meeting With Head of the FBI's Chicago Office

By Kamran Memon
Civil Rights Attorney
kamran@muslimsforasafeamerica.org

In June 2006, Abdul Malik Mujahid, Chairperson of the Council of Islamic Organizations of Greater Chicago (CIOGC), Saleem Shaikh, CIOGC Executive Committee Member, and I met with Rob Grant, head of the FBI's Chicago office. We discussed a number of issues of importance to Chicagoland Muslims.

### THE FBI FEARS HOMEGROWN ATTACKS

Agent Grant said that Osama Bin Ladin has transformed from a battlefield commander to an inspirational figure. He said the government remains concerned about Al Qaeda agents from outside the U.S. bringing weapons of mass destruction into the U.S., but the more likely threat comes from self-motivating individuals in the U.S. coming together to form well-trained, disciplined groups who decide on their own to launch attacks because of their opposition to American governmental actions, like the invasions of Iraq and Afghanistan. (He said these types of local groups were responsible for the 2004 Madrid bombings and the 2005 London bombings.) He is concerned about such groups making bombs, using publicly available information and materials, and attacking trains in Chicago. (He said angry individuals may be inspired by a leader and by videos on the Internet. (He said there are over 4,000 pro-Al Qaeda websites on the Internet.)

Agent Grant said the FBI is not concerned about Muslims criticizing U.S. policy, but the FBI is concerned about anti-American rhetoric that encourages violence. (He cited the example of Matthew Hale, imprisoned former head of the "World Church of the Creator," a white supremacist leader who inspired his followers to launch racial attacks in Chicagoland a few years ago.) Agent Grant said such encouragement likely takes place behind closed doors, not publicly. He said inspirational leaders look for people who are susceptible to manipulation.

Agent Grant said that such plots are hard to detect using wiretaps and other intelligence tools. Instead, they are more likely to be detected by local police who have good relations with local communities. (He said that local police and neighbors in London should have known that something suspicious was going on in the apartment where the bombs were being made in 2005; for example, plants were dying outside the apartment, because of dangerous chemicals inside the apartment, but neighbors never brought this to the attention of local law enforcement, and law enforcement was not on the lookout for clues regarding the presence of chemicals.) He said such plots have been discovered in various cities in the U.S. Agent Grant said that local Muslims should notify law enforcement if there is someone the local community is concerned about.

Abdul Malik Mujahid said many Muslims are skeptical about the existence of domestic terror plots. He said the government has been watching Muslims since 9/11, so if there were plots, they would have been discovered already. He said he is not aware of local imams who advocate isolation from American society (such as opposition to getting involved in American politics), the way a Canadian imam, arrested in June 2006 on terrorism charges, did. Abdul Malik Mujahid said he is aware of online praise by some Muslims for violence, but he asked how other Muslims could tell when someone using heated rhetoric was really dangerous, rather than just letting off steam.

Agent Grant said one sign of possible danger is when a group of Muslims change their behavior (as the London bombers did) or separate from the rest of the Muslim community.

Agent Grant also expressed concern about angry, young Muslim prison inmates being recruited for attacks. Therefore, he said,

8/28/2006

ACLU-899

the FBI is concerned about who is preaching to prisoners, and whether the preachers express hatred for America. Agent Grant cited the example of Muslim prisoners and ex-prisoners in California who were charged in August 2005 with planning to attack National Guard facilities, synagogues, and the Israeli Consulate in Los Angeles.

Agent Grant also expressed concern about individuals acting alone. He cited the example of a North Carolina Muslim who was charged in March 2006 with attempted murder and felony assault after he attempted to run people over with an SUV. Nine people were injured. He wrote a letter to the media saying his attack on Americans was in retaliation for U.S. military attacks on Muslims overseas.

## FBI INVESTIGATIONS IN CHICAGO

Agent Grant said the FBI investigates anytime they learn of a possible threat. He said the FBI has six teams working on terrorism investigations in Chicago. He said that most people who are investigated are ultimately cleared by the FBI.

He said that, around the country, the FBI has investigated Muslims whose phone numbers were found in computers that were found in Al Qaeda caves in Afghanistan after the U.S. invasion; Muslims who trained in Al Qaeda camps in Afghanistan before 9/11; Muslims who donated money to groups designated by the U.S. government as terrorist organizations; and Muslims who have made statements public or private statements in support of violence, including statements supporting the 9/11 attacks.

## CHICAGOLAND IRAQIS HELPED THE FBI

Agent Grant said that Chicagoland Iraqis, who were interviewed prior to the 2003 invasion of Iraq, provided the U.S. government with information on who needed to be captured in Iraq.

## THE FBI WANTS AN ENDORSEMENT FROM MUSLIM LEADERS

Agent Grant said there are Muslim agents working in the Chicago FBI office. He said young Muslims should not feel like the government is their enemy. He said young people should be encouraged to go into law enforcement, but the FBI cannot effectively recruit Muslims, because the FBI is perceived to be hostile to the Muslim community. He said that if Muslim leaders and parents believe that it's good for young Muslims to pursue law enforcement careers, they can successfully encourage young Muslims to join law enforcement.

Abdul Malik Mujahid said it would be difficult to convince Muslims to join the FBI, because many Muslims believe the Muslim community has been unfairly targeted by law enforcement. He said Muslims were offended when the government scanned mosques for radioactivity (from dirty bombs or nuclear weapons). He also raised concerns about the government's use of sting operations that encourage Muslims to join terror plots. He said many Muslims feel like second-class citizens.

## PROTECTING MUSLIMS IF THERE IS ANOTHER ATTACK IN AMERICA

Abdul Malik Mujahid expressed concern about possible mob violence against Muslims if there is another terrorist attack in America. He expressed appreciation for local law enforcement officials who helped protect the Mosque Foundation after 9/11.

Agent Grant said it is wrong to judge all Muslims for the acts of a few, but he expects that if there is another attack in the U.S., there will be another backlash against Muslims. He said he hopes such a backlash will not be worse than the backlash that occurred after 9/11. If there is another attack, he said mosques should contact local law enforcement for protection. On 9/11, local law enforcement officials may not have known where local mosques were, he said, so they may not have sent protection to local mosques right away. But now, law enforcement officials know where local mosques are, and they might send protection to mosques even before mosques call for help. He said the FBI investigated hate crimes after 9/11, and it will do so in the future as well.

This entry was posted on Monday, August 7th, 2006 at 8:06 pm and is filed under Discussions With Government Officials. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

**Muslims For A Safe America encourages honest and informed discussion among American Muslims about Islam, Muslims, and American national security. Muslims For A Safe America, 200 S. Michigan Ave., Suite 1240, Chicago, IL 60604, (312) 961-2354.**

ACLU-900

Meeting With Assistant Special Agent In Charge For Counter-Terrorism for the FBI's Chicago Office
By Kamran Memon
Civil Rights Attorney
kamran@muslimsforasafeamerica.org

In June 2006, I met with FBI Agent Greg Fowler, Assistant Special Agent In Charge For Counter-Terrorism for the Chicago FBI office. I requested this meeting because of my concern that certain law enforcement actions which alienate American Muslims may be making our country less safe, because those actions may cause Muslims to hesitate about assisting law enforcement if the need ever arises. Ultimately, we ended up discussing a wide range of issues of concern to our community. The following is a summary.


THE FBI SAYS IT IS NOT SUSPICIOUS OF ALL MUSLIMS


Agent Fowler said a small minority of Muslims pose a potential terrorist threat, and the FBI tries to focus its counter-terrorism resources on them. Agent Fowler said the FBI is not interested in watching all Muslims, and it doesn't have the resources to watch all of us. Right after 9/11, Agent Fowler (who was in Washington State at the time) got calls from people saying they were suspicious of their Muslim neighbors, or of people who looked Muslim. (The FBI still gets calls about "Muslim-looking" people taking pictures of buildings in Chicago.) Agent Fowler said that where there was some reason for concern, the FBI checked it out, and where there was no apparent basis for the caller's concern, the FBI did not check it out.


THE VALUE OF AMERICAN MUSLIMS TO THE FBI


Agent Fowler said it's important for the country's safety for the FBI to have a good relationship with Muslims, because Muslims can provide information that could prevent attacks in the U.S.; by way of example, he said that there were signs that the London bombers were up to something, and British Muslims could have told British authorities about some of the suspicious activities they observed prior to the bombings, but they did not come forward. Agent Fowler said some American Muslims have been helpful to the FBI in some parts of the country.


AMERICAN MUSLIM DISTRUST OF LAW ENFORCEMENT


Agent Fowler said that he is aware that many Muslims distrust the FBI, and this distrust makes some Muslims less likely to offer help.


We discussed some reasons why many Chicagoland Muslims distrust law enforcement.


1. Agent Fowler said the government's ongoing prosecution of Muhammad Salah has contributed to Muslim distrust of law enforcement, especially because of Israel's connections to the case. Agent Fowler could not discuss this case because it is ongoing.


2. Many Muslims believe that law enforcement goes after Muslims, for issues unrelated to American national security, just because they are Muslim.
(a) We discussed the fact that close to 1,000 Muslim men were deported for immigration violations soon after 9/11, even though they had no proven links to terrorism. While it's true that these men had violated immigration laws, the community was concerned about selective enforcement (focusing on Muslims who violated immigration laws, rather than everyone who violated immigration laws). Agent Fowler said there was a focus on Muslims in the immediate aftermath of 9/11, because of the background of the suspected hijackers, and there was a concern about potential terrorists using weak enforcement of immigration laws to stay in the country. [We did not discuss the issue of later Special Registration deportations, due to a lack of time.]
(b) We discussed the fact that several members of the "Virginia Paintball Jihad group" planned to fight against India,

not against U.S. forces (although one was convicted of seeking to fight U.S. forces), and they were prosecuted under the rarely-used Neutrality Act. We talked about the community's perception that people of other faiths (e.g. Jewish Americans conspiring to become settlers and fight Palestinians) would not be prosecuted for violations of the Neutrality Act. Agent Fowler said he was not sufficiently familiar with the Virginia case or the Neutrality Act to fully address these concerns; he said officials from Virginia could provide more information.

Agent Fowler said, in other cities, other non-Muslim communities believe the FBI is out to get them, for example on issues related to financial crimes.

3. Many Muslims believe that sting operations draw Muslims into plots that they might not otherwise consider. We discussed media reports that a Muslim informant encouraged Hamid Hayat from Lodi, CA to attend a terrorist training camp in Pakistan, and the informant cursed at Hayat when he said he hadn't yet attended. We also discussed media reports that a Muslim informant pushed Shahawar Matin Siraj to join a plot to bomb a NY subway station, by telling Siraj that it was religiously acceptable and by showing him pictures of Muslims overseas being mistreated. Many Muslims believe that these cases show that the government is setting up Muslims who have made anti-American statements, but who have not demonstrated any intent or capability to be violent. Agent Fowler said that press reports don't always give a complete picture, and that juries would not have convicted these men if the juries believed these men had been set up by the government. I pointed out that if the government alleges that Muslim men planned to attack local communities, fearful local juries will be tough on the Muslim defendants. Agent Fowler said he was not sufficiently familiar with these California and New York cases to fully address these concerns; he said officials from those states could provide more information.

### FBI CONCERNED ABOUT YOUNG MUSLIMS POSSIBLY BEING RADICALIZED

Agent Fowler said he is concerned that some young American Muslims could be radicalized and become violent. He is aware of public online discussions, involving young Muslims, which suggest that such young Muslims may be susceptible to recruitment by terrorists. Agent Fowler said that it's up to the Muslim community to ensure that our kids stay safe and out of trouble.

### MUSLIMS WORKING FOR/WITH THE FBI

Agent Fowler said there are a number of Muslims working as FBI agents in the Chicago office. These agents help the FBI to understand the Muslim community and various cultures. As is the case with most FBI agents, their identities are unknown to the public. He would not confirm or deny that the FBI sends these agents undercover into the Chicagoland Muslim community, but he said that he would use undercover agents when the situation warranted it. He also said he would use Muslim confidential informants when appropriate. He said the Chicago FBI office uses all legal means available to it.

### FOLLOW-UP

There were additional questions I wanted to ask, but we ran out of time. Insha'Allah, I will be meeting with Agent Fowler (and other government officials) again to follow-up on some of these issues, so if there are any issues you would like me to raise, please email me at kamran@muslimsforasafeamerica.org

This entry was posted on Friday, June 23rd, 2006 at 8:30 pm and is filed under Discussions With Government Officials. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

Muslims For A Safe America

Muslims For A Safe America encourages honest and informed discussion among American Muslims about Islam, Muslims, and American national security. Muslims For A Safe America, 200 S. Michigan Ave., Suite 1240, Chicago, IL 60604, (312) 961-2354.

« Canadians Discuss Islam, Muslims, and National Security After the June 2006 Arrests
England Discusses Islam, Muslims, & National Security Following The 7/7/05 Bombings »

Meeting With Assistant Special Agent In Charge For Counter-Terrorism for the FBI's Chicago Office

By Kamran Memon
Civil Rights Attorney
kamran@muslimsforasafeamerica.org

In June 2006, I met with FBI Agent Greg Fowler, Assistant Special Agent In Charge For Counter-Terrorism for the Chicago FBI office. I requested this meeting because of my concern that certain law enforcement actions which alienate American Muslims may be making our country less safe, because those actions may cause Muslims to hesitate about assisting law enforcement if the need ever arises. Ultimately, we ended up discussing a wide range of issues of concern to our community. The following is a summary.

### THE FBI SAYS IT IS NOT SUSPICIOUS OF ALL MUSLIMS

Agent Fowler said a small minority of Muslims pose a potential terrorist threat, and the FBI tries to focus its counter-terrorism resources on them. Agent Fowler said the FBI is not interested in watching all Muslims, and it doesn't have the resources to watch all of us. Right after 9/11, Agent Fowler (who was in Washington State at the time) got calls from people saying they were suspicious of their Muslim neighbors, or of people who looked Muslim. (The FBI still gets calls about "Muslim-looking" people taking pictures of buildings in Chicago.) Agent Fowler said that where there was some reason for concern, the FBI checked it out, and where there was no apparent basis for the caller's concern, the FBI did not check it out.

### THE VALUE OF AMERICAN MUSLIMS TO THE FBI

Agent Fowler said it's important for the country's safety for the FBI to have a good relationship with Muslims, because Muslims can provide information that could prevent attacks in the U.S.; by way of example, he said that there were signs that the London bombers were up to something, and British Muslims could have told British authorities about some of the suspicious activities they observed prior to the bombings, but they did not come forward. Agent Fowler said some American Muslims have been helpful to the FBI in some parts of the country.

### AMERICAN MUSLIM DISTRUST OF LAW ENFORCEMENT

Agent Fowler said that he is aware that many Muslims distrust the FBI, and this distrust makes some Muslims less likely to offer help.

We discussed some reasons why many Chicagoland Muslims distrust law enforcement:

1. Agent Fowler said the government's ongoing prosecution of Muhammad Salah has contributed to Muslim distrust of law enforcement, especially because of Israel's connections to the case. Agent Fowler could not discuss this case because it is ongoing.

2. Many Muslims believe that law enforcement goes after Muslims, for issues unrelated to American national security, just because they are Muslim.
(a) We discussed the fact that close to 1,000 Muslim men were deported for immigration violations soon after 9/11, even though they had no proven links to terrorism. While it's true that these men had violated immigration laws, the community was concerned about selective enforcement (focusing on Muslims who violated immigration laws, rather than everyone who violated immigration laws). Agent Fowler said there was a focus on Muslims in the immediate aftermath of 9/11, because of the background of the suspected hijackers, and there was a concern about potential terrorists using weak enforcement of immigration laws to stay in the country. [We did not discuss the issue of later Special Registration deportations, due to a lack of time.]
(b) We discussed the fact that several members of the "Virginia Paintball Jihad group" planned to fight against India, not against U.S. forces (although one was convicted of seeking to fight U.S. forces), and they were prosecuted under

the rarely-used Neutrality Act. We talked about the community's perception that people of other faiths (e.g. Jewish Americans conspiring to become settlers and fight Palestinians) would not be prosecuted for violations of the Neutrality Act. Agent Fowler said he was not sufficiently familiar with the Virginia case or the Neutrality Act to fully address these concerns; he said officials from Virginia could provide more information.

Agent Fowler said, in other cities, other non-Muslim communities believe the FBI is out to get them, for example on issues related to financial crimes.

3. Many Muslims believe that sting operations draw Muslims into plots that they might not otherwise consider. We discussed media reports that a Muslim informant encouraged Hamid Hayat from Lodi, CA to attend a terrorist training camp in Pakistan, and the informant cursed at Hayat when he said he hadn't yet attended. We also discussed media reports that a Muslim informant pushed Shahawar Matin Siraj to join a plot to bomb a NY subway station, by telling Siraj that it was religiously acceptable and by showing him pictures of Muslims overseas being mistreated. Many Muslims believe that these cases show that the government is setting up Muslims who have made anti-American statements, but who have not demonstrated any intent or capability to be violent. Agent Fowler said that press reports don't always give a complete picture, and that juries would not have convicted these men if the juries believed these men had been set up by the government. I pointed out that if the government alleges that Muslim men planned to attack local communities, fearful local juries will be tough on the Muslim defendants. Agent Fowler said he was not sufficiently familiar with these California and New York cases to fully address these concerns; he said officials from those states could provide more information.

## FBI CONCERNED ABOUT YOUNG MUSLIMS POSSIBLY BEING RADICALIZED

Agent Fowler said he is concerned that some young American Muslims could be radicalized and become violent. He is aware of public online discussions, involving young Muslims, which suggest that such young Muslims may be susceptible to recruitment by terrorists. Agent Fowler said that it's up to the Muslim community to ensure that our kids stay safe and out of trouble.

## MUSLIMS WORKING FOR/WITH THE FBI

Agent Fowler said there are a number of Muslims working as FBI agents in the Chicago office. These agents help the FBI to understand the Muslim community and various cultures. As is the case with most FBI agents, their identities are unknown to the public. He would not confirm or deny that the FBI sends these agents undercover into the Chicagoland Muslim community, but he said that he would use undercover agents when the situation warranted it. He also said he would use Muslim confidential informants when appropriate. He said the Chicago FBI office uses all legal means available to it.

## FOLLOW-UP

There were additional questions I wanted to ask, but we ran out of time. Insha'Allah, I will be meeting with Agent Fowler (and other government officials) again to follow-up on some of these issues, so if there are any issues you would like me to raise, please email me at kamran@muslimsforasafeamerica.org

This entry was posted on Friday, June 23rd, 2006 at 8:30 pm and is filed under Discussions With Government Officials.

ACLU-904

### Introduction

In the aftermath of the tragic events of 9/11, new realities forced our nation to confront
a new threat and a new danger. With an open and free society with large population and
long borders, the U.S is no longer separated from the rest of the world by two massive
oceans. The danger of terrorism is present and real. While Homeland Security and law
enforcement agencies are busy fighting terrorism, and since most global terrorism is
carried not by countries or governments but rather by groups difficult to identify, it
becomes clear that the government is but one party in this fight. To win this war, there
need to be collaborative efforts between governments fighting terrorism around the world
but also the participation of all citizens in this war is essential.

While military response is important in this war, it does not guarantee a solution for
eliminating terrorism in the long run. The threat of global terrorism requires using more
efforts in creating new fronts critical for success. These fronts should include among
other things understanding the root causes for terrorism (without having to agree with
them); agents of extremism; factors that lead to radicalization; differences in religions;
and above all knowledge of global cultures. Building bridges of understanding among
world cultures requires communication, connection and mutual respect. This is not a new
approach to tackle threats and dangers like terrorism, but they don't seem to have been
utilized enough to address human conflicts, hate and anger. Politically, culturally and
diplomatically, we can create an environment conducive to human cooperation with less
conflict and violence

As we have begun our campaign against terrorism, prevention becomes very important. It
requires technologies, intelligence, cooperation and above all the active support of all
citizens in this fight. Some groups in particular we need to work with are Arab and
Muslim Americans. There are approximately 200,000 Arab and Muslim Americans live
in the State of Ohio. These communities had been affected by the events of 9/11 on many
levels:
1. Arabs and Muslims are as much target of terrorism as any other group.
2. Many Arabs and Muslim Americans lost loved ones on 9/11
3. Arabs and Muslim Americans were and still to some extent the target of hate and
   discrimination (guilty by name, look, and ethnicity) by some people.

To avoid profiling and discrimination, Arab and Muslim Americans began a self-imposed
seclusion and isolation that resulted in less public visibility and minimum contacts with
all cultural institutions including the media. Consequently, communication with these
communities ceased to exist at the time when it's needed the most. Despite the fact that
most of these communities are deeply rooted in American culture and many of these
families have been living in the U.S for many generations, there was a deeply seated fear
among them to be victimized as Japanese Americans in the aftermath of WWII. But we
can't win the war on terrorism without working closely with all citizens including Arab
and Muslim Americans, and here where the office of multicultural relations plays a vital
role.

ACLU-905

## Multicultural Relations Office

MCR was born in November, 2005 out of a need to establish an outreach program to all
Ohio communities with an emphasis on cultural diversity and the groups that it
represents. The Department of Public Safety/Division of Homeland Security recognizes
the need to develop regular communication with all citizens for the purpose keeping Ohio
and Ohioans safe and secure. The office will pay special attention on building positive
relationship with Arab and Muslim Americans because they're very important part in this
fight. Unlike the status of Arab and Muslim Europeans who were invited as workers but
were not treated as equal citizens as evident in the riots in France for the last several
years, Arab and Muslim Americans immigrated ( and still immigrating) to the United
States since the end of the 19th century. The American system treats them with equality as
citizens with rights and duties. They're proud Americans who have contributed greatly to
the success of the American culture as many of them ascended to positions of prominence
in all fields like politics, science, entertainment, sports. MCR will reach out to these
communities, affirm their citizenry, and work closely them and law enforcement
agencies.

**Primary Objective**: To communicate, coordinate, and engage the communities
throughout the state of Ohio with a focus on the Arab Muslim American communities on
matters related to fighting terrorism.

## Goals of the Office

1. Forming advising councils that represent our community to help build a society
   that is based on mutual respect, understanding and cooperation.
2. Engage the community to become part of the Homeland Security mission of
   prevention, protection, response and recovery.
3. Present terrorism awareness programs to the community through public speaking,
   workshops and training and by visiting schools and work place in both public and
   private sectors
4. Encourage state wide cooperation and build partnerships within the community
   and citizen groups
5. Participation in the celebration and cultural events observed by our diverse
   citizens and groups.
6. Nurturing a relationship or mutual respect between the community and Law
   Enforcement/Homeland Security.
7. Hold regular meeting with the members of the community
8. Establish a task force representing community based organizations that include
   leadership of the largest spectrum of the society
9. Work as bridge to promote harmony, cooperation, understanding, and mutual
   respect among different religious and cultural organization in the state of Ohio.
10. Counter issues of stereotypes and profiling of multicultural groups
11. Establish direct lines of communications with the leaders of the multicultural
    groups.

12. Create a working relationship with all mediums of communication to provide accurate information regarding multiple cultures.
13. Offer training workshops to public employees regarding multiculturalism to include presentations on Islam and Middle Eastern cultures
14. Create a public speaking program that presents issues relate to the goals of the office
15. Publish and make available to the public synaptic literature on religious and cultural issues relate to multicultural groups in the community

## Action plans:

1. Identify and list all cultural and religious organizations important to work with
2. Identify and list leadership within these organizations
3. Identify important members of these communities in private and public sectors.
4. Choose a contact person with the necessary background for successful contacts.
5. Contacts should be personal and slow in order to build trust in mission and establish communication and working relationship.
6. Engage the leadership in as many meetings as possible to keep lines of communication open. Meetings' agendas should establish major and specific matters that are important to both government and communities.
7. Explain the mission of the office and the role they have in working with OHLS
8. Solicit their input, cooperation , and consultation in your work
9. Coordinate and Plan with community organizations town hall meetings in which the larger number of members attends to address their issues and concerns and OHLS issues and concerns. Meetings should include representatives of various governmental agencies.
10. Form advisory councils with members that represent the diverse population.
11. Formalize these councils in appointments and media announcements.
12. Councils should be divided into task forces to address issues of concern
13. Councils should select members as contact persons with 24 hours contact access.
14. Attend meetings and cultural events celebrated by the communities.
15. Work closely with the communities to counter profiling and stereotyping.
16. Enable the communities to represent themselves and make their voice heard when and where it's needed.

## Advisory Councils

Community advisory councils represent all groups that feel disconnected or alienated or those who don't have same access to the law Enforcement/Homeland Security

- Bring in a diverse population of one community to regularly meet with Law Enforcement/Homeland Security for the purpose of increasing communication with the community. Presenting a whole spectrum of diverse views, these councils can help LE/HLS understand issues they face
- each Group will be assigned a member of the staff of HLS that has an experience in working with each particular group
- groups meet to discuss issues of concerns, needs, and recommendations
- In order to promote trust and honesty communication between HLS and the community, groups will provide directly to HLS their feedback on issues of concerns.
- Each council meets and works with Law Enforcement/Homeland Security differently

In addition to advisory councils and task force, MCR will work with liaisons to work in the following four areas:

## Youth Liaison

**General goals**: To engage the youth in a multitude of programs and activities for the purpose of preventing violence and terrorism by producing good citizens less vulnerable to extremism and fanaticism.

Steps to achieve plan:
1. Engaging Muslim youth in civic duties and provide them with a sense of belonging to the larger community
2. Provide the youth with a voice in expressing and discussing their issues and concerns
3. Provide support through coordinating with other youth and service organizations to address issues not addressed by faith based organizations
4. Establish leadership initiative to empower and activate youngsters in political and cultural life. This initiative can be achieved through organizing training programs and by soliciting the help of specialists in this field
5. Create awareness of good citizenry with focus on rights and duties to confirm the concepts of " natural rights", societal obligation, and social contract
6. Engage the Arab/Muslim American communities in working with youth

7. Engage the youth in discussing and debating ideologies of cultural and religious extremism with focus on alternative views and ramification of each possibility. OHLS should develop literature to serve this purpose. Literature should include among other things mainstream Islam and its universal appeal
8. Establish a list of printed and digital sources with easy and open access to serve the youth on wider range of issues
9. Establish a hotline for youth as an empowering tool of communication and participation
10. Provide educational materials published by a various educational organizations on Islam and Arabic culture to youth in schools and detention centers.
11. Engage the youth in anti-drug campaign and anti gang activities

### Women Liaison

**General Goals:** In work place and in popular culture, Arab/Muslim American women seem to be either misrepresented or under-represented. While women can't be defined as homogenous or monolithic, we recognize the importance of working with these groups for the important role they can play in the fight against terrorism. Their role as parents is very important in education and preparing good citizenry. We feel the need to empower women to be active participant in issues like health, employment, harassment, discrimination, racism, misogyny, and religious issues in a free format.

### Steps to achieve goals:

1. Encourage women to participate in civic duties and public service. OHLS should coordinate with workplace in public and private sector to address sensitivity to faith-based employment.
2. Create women task force comprising of members of professional women in both public and private sectors. This task force would work as an example of success to the general population and as a role model for Arab/Muslim American women
3. Support established women organizations and solicit their participation in achieving OHLS mission.
4. Affirm equal opportunity employment for women of faith especially when Islamic attire or prayer create issues in work place
5. Steer the establishment of issues based women organizations to attract the participation of Muslim/Arab American women so a network of women voices is heard.
6. Encourage intellectual and cultural participation for women. OHLS should help in providing women a podium for public speaking, writing and publishing

7. Working with Arab and Islamic organizations to provide educational research on political, cultural and religious issues. OHLS should create a dynamic forum to continuously engage women to debate and discuss their issues.

8. Create a manual detailing Muslim and Arab women past and present contributions to world cultures and civilizations.

9. Coordinate between Arab/Muslim women organizations and local, national, and international women organizations for the purpose of increasing the cooperation and connection with women everywhere.

10. Work with the popular media to enable women to express their views and debate their issues in public forums

11. Establish a plethora of printed and digital resources to inform, communicate, and educate women on family, health and maternal issues.

12. Facilitate societal awareness and help for women and families who face social, cultural, or personal issues with no re-course.

## Community Organizations and Leadership Liaison

**General Goals:** Recognizing the importance of communication and information, OHLS works tirelessly to connect with and activate the Arab/Muslim communities throughout the state of Ohio to work closely with first responders to protect these communities in specific and Ohio in general by creating effective security measures to prepare for and prevent terrorism. In the aftermath of 9/11, Arab and Muslim Americans came under scrutiny and many in the popular media and their communities became isolated and secluded. Consequently, contacts with Arab and Muslim Americans were minimized. Working with the community organizations and their leadership should re-connect Arab and Muslim Americans with society on one hand, and with law enforcement agencies on the other. OHLS will help in countering profiling, stereotyping, misconception, false information, and coordinate in presenting the true culture of Islam and Arabs.

## Steps to implement plan:

1. Establish continuous lines of communication with the leadership of Arab/Muslim American organizations.

2. Develop a list of representative names as anytime contacts with the community for the purpose of disseminating information as needed.

3. Hold periodical and open town hall meeting to enable members of these communities and the law enforcement to ask and answer questions of concern to both sides

4. Form advisory councils with members representing the A/M communities in all cities of Ohio. These councils should advise and recommend to OHLS on matters of importance.

5. Work with communities in providing the correct knowledge of Islam and the Arabic culture by initiating educational programs, seminars, workshops, and public speaking on these issues.
6. Advise and recommend to the school systems in Ohio on curriculum and information regarding both the religion and the cultures of the Middle East
7. Encourage the A/M communities to actively participate in the popular culture as a member of diverse community with rights, duties, and roles to play in American society.
8. Work hard to minimize discrimination against A/M Americans in all sectors including employment.
9. Generate an interfaith dialogue among the willing pious to develop mutual respect, awareness and understanding of all faiths. This should be part of a general plan to promote harmony among all communities including minorities and majority and how can they relate to each other. Mosques should be encouraged to extend themselves to the community through open house tours and dialogues
10. Engage the A/M communities in frank and productive discussion on extremism and fanaticism in all religions including Islam.
11. Develop a public campaign for the purpose of affirming the cultural inclusiveness and the right of every American citizen to "belong" to our society.
12. Bridge the gap between A/M American organizations and other organizations by spearing cooperation and close working relationship between the diverse communities.

## Liaison working with the Law Enforcement

OHLS recognizes that Arab and Muslim American groups have the utmost interest in a safer Ohio with proven support for a pluralistic and a "salad bowl" society with different parts, colors, and taste yet all essential and work together to produce cohesiveness. Enabling Law enforcement agencies in Ohio to use all sources available to fight, prevent prepare for terrorism, OHLS should establish a dynamic connection with the diverse communities including Arab and Muslim Americans.

## Steps to achieve plan:

1. Familiarize the Arab Muslim American communities with law enforcement work, mission, law, rights and duties. Exchange of tours and face-to-face meetings between the two sides should "humanize" the other and thus minimize misconception, stereotyping and profiling. The image of law enforcement in the Middle East is very negative and many immigrants still have the same views even though they live in the United States.
2. Develop cultural and religious awareness seminars and workshops to empower law enforcement with the correct information on do's and taboos in world cultures.

ACLU-911

3. Coordinate with the law enforcement to develop informational public events as needed in which representatives of all agencies can educate the public and answer questions on law enforcement.

4. Develop and distribute educational materials to all law enforcement agencies to help as a source on working with and interacting with Arab and Muslim Americans.

5. Coordinate with law enforcement to maintain a balance between the fight against terrorism and the preservation of civil liberties

6. Collaborate with colleges and universities to develop courses on Homeland Security and certification to law officers throughout the state of Ohio.

7. Coordinate town hall meetings to enable law enforcement to be part of panels to communicate issues and concerns to the Arab/Muslim American communities

8. Work as a liaison between the local mosques and law enforcement agencies for the purpose of working with the mosques and soliciting the help of imams in the fight against terrorism.

9. Engage the A/M groups and solicit their participation and recommendation in the ways to fight terrorism

10. Work with law enforcement and the media to counter anti-Islamic views and events.

11. Work with cultural organizations to initiate exhibits and cultural events depicting Islamic culture, art, contribution to world civilization, and way of life in order to bring more factual understanding to the public.

ACLU-912

 ervisor

FEDERAL BUREAU OF INVESTIGATION
Westwood, California

July 23,2006


Nowadays people are quick to criticize our government and its agencies
in unprecedented ways, and are given to make remarks on every issue.
While that is a necessary check and test of our freedoms, many of those
issues are completely unjustified, make no justice and are ungrateful
to all those anonimous people who voluntarily put themselves in the
front line, wearing the flag on their hearts, and sacrificing many
things -sometimes everyting- for the common good.
It is true some people are not up to high standards, but that is com-
pensated by all of those others who pass the bar with colors. And these
are the FBI people.
I now gladly take the opportunity and give firsthand proof that many
of these people are first rate citizens, the ones our country loves
and needs.


Some months ago, a friend of mine, [                    ], was the target-
ed person of an FBI short investigation.
The act that caused it was wholly innocent but perceived in a different
way because our raised awareness regarding terrorism concerns.
A team of FBI agents, [          ] and his partner, skilfully tracked down
my friend and an interview with her took place at which I was present.
[      ] and his partner questioned [          ] at length, precisely.
During the interview, it became clear that the act was completely
innocuous and did not pose any danger to anyone or anything. But no one
knew that beforehand. Monday quarterbacking is not good for national
defense.                                                                      b6
[              ] and I were very impressed at the persistence, seriousness,
professionalism and great courtesy of agent [      ] and his partner.
When the issue was cleared up, we were left with the feeling that big
good brother is watching everything, even very small unknown possible
threats, and guarding us 24 hours a day.
We felt safer.

We say thank you

[ ]

August 20, 2006

Special Agent
FBI Legal Unit
Los Angeles, California


Dea[ ]

My name is [ ]

[ ] I write this letter to inform
you about my deep appreciation of your staff, helping me with one of the most critical
problems affecting my career and my family life.

As my clinical and research activities at UCI have been funded by federally
funded grants, I needed to clarify my FBI name check (to obtain my permanent residency
status) by August 15th 2006. My FBI name check had been pending for more than 1.5
years and several inquiries from Congressman Campbell and Senator Feinstein's offices
had not resulted in expedited review of my file. As my career and professional life were
on the line, I personally contacted LA FBI office and eventually discussed my desperate
situation with [ ] from Legal Unit. Her patience, professionalism and response
were exemplary and she literally saved my career by her follow up that resulted in
clearance of my name in a timely fashion. Her action has proved to me (and to my
colleagues) that your office is not only very sensitive to security and safety of our
community but also is sensitive to individuals' problems and concerns.

I believe [ ] s an example of a responsible and caring individual whose
kindness and professionalism should be well recognized. Certainly, individuals like
[ ] build our trust in our system and government and we should all be proud of
these responsible and patriotic individuals.

Gratefully,

[ ]

b6

ACLU-914

```
                    ---- Working Copy ----                  Page    1


Precedence:  ROUTINE                      Date:   09/19/2006

To:      Los Angeles

From:  Los Angeles
         OPCA
         Contact:  SA [                    ] (310) [            ]      b6
                                                                       b2
Approved By:     [                              ]

Drafted By:      [                      ]:bgg

Case ID #:  66F-LA-C236680    (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
         OMBUDSMAN PROGRAM

Synopsis:  Document the September 18, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s):  Enclosed are the following documents: (1) the sign in sheet,
(2) agenda, (3) minutes of August 28, 2006 MCAC Meeting, (4)handout on MCAC
Website (rev#2), (5) MCAC application.

Details:  On Monday, September 18, 2006, at 6:00pm, the monthly Multi-
Cultural Advisory Committee (MCAC) meeting was held at the FBI Office in
Westwood, California.  The following individuals were in attendance:
```

1. [        ]
   Congresswoman Jane Harman

2. [        ]
   Shura Council of Southern California

3. [        ]

4. [          ]    Omar Ibn Al Khattab Foundation

5. [        ]                                                  b6

6. [          ]
   Free Muslim Coalition Against Terrorism

7. [        ]
   MPAC

8. [          ]
   Council of Pakistan American Affairs

9. [        ]

10. [        ]

188A-LA-C236680-178

```
-------------------------------------------------------------------
Case ID : 188A-LA-C236680                  Serial : 178
```

ACLU-915

LEDtronics

11. [            ]
    C.A.I.R.

12. [              ]

13 [        ]
    C.A.I.R.

14. [          ]                                                              b6
    Inter Religious Federation for World Peace

15. SSA [        ]
    FBI Los Angeles

16. SA[             ]
    FBI Los Angeles

17. [        ]
    FBI Los Angeles

18 [        ]
    FBI Los Angeles

MCAC members were informed that the next meeting will be held
October 16, 2006.  The above mentioned enclosures are attached.


**

## *Multi Cultural Forum Sign-In*



b6

ACLU-917

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

ACLU-918

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |

b6

ACLU-919

## AGENDA FOR MONDAY, SEPTEMBER 18, 2006, MEETING OF THE MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

6:00 P.M. - 6:15P.M.        Meet and Greet

6:15 P.M. - 6:30 P.M.       Current Issues
                            *October MCAC meeting 10/16/06 - Ramadan

6:30 P.M. - 7:15 P.M.       Discuss Town Hall Meeting
                            * November 4, 2006 - Anaheim

7:15 P.M. - 7:30 P.M.       Break

7:30 P.M. - 7:50 P.M.       Website update

7:50 P.M. - 8:00 P.M.       New Membership Process
                            *applications

8:00 P.M.                   Conclusion

ACLU-920

## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## SEPTEMBER 18, 2006  MEETING

**Announcements:**

- Next month's MCAC meeting will be on 10/16/06, at **5:00** p.m.  Please respond ASAP
  and let us know if you are going to attend, so that the food can be planned accordingly.
  The Muslim members are going to break the fast with us during this meeting, so we will
  be starting a bit earlier to accommodate the schedule.

- Congresswoman Jane Harman is inviting MCAC members to attend a program about the
  value of Muslims in America.  It will be held on Monday, 9/25/06 in Washington, D.C.
  This event has various organizations involved, including MPAC and the Congressional
  Muslim Staff, and is going to be a Bipartisan approach.  Reserved seating is available for
  LA MCAC members.

- Please let [      ] know ASAP if there are costs associated with advertising for the TH
  meeting.  We may be able to assist you.

- On 9/1/06 [      ] hosted 60 FBI supervisors for the meeting at the mosque.  The 6 hour
  day included a tour, prayer and lunch.  It was an introduction type discussion on the
  basics of Islam, jihads, and terrorist issues/concerns.  CNN opted not to attend.  But
  feedback from the FBI side was positive.  Interest was definitely generated, and all
  literature available was taken.  Thank you.  If anyone else would like to invite the FBI,
  please let us know.

- Annual Humanitarian Da with Muslim Comm. of Southern CA 10/15/06.  This will be on
  Skid Row.  Last year over 2100 people were helped.  Volunteers hand out food, clothes,
  toys, etc.  Flyer coming soon!

- USC does a Fastathon to donate money to the Humanitarian day efforts.  Also, MSA will
  do a national day.  Flyers with details for all events are coming soon!

**Town Hall Meeting:**

- The next TH meeting will be on 11/04/06 from 4:00 to 6:00 p.m. at the Brookhurst
  Center in Anaheim.  Admission is FREE for all to attend, and free parking is available as
  well.  Because the mayor is hosting this event, the facility use is free.  Additionally,
  advertising for an Orange County newspaper will be used free of cost.

- The format of the next meeting was discussed, and the consensus was that the MCAC
  members should not be asking questions of the expert panel.  Members should allow the
  attendees to present their community issues/concerns.  However, note cards will be
  available for those who wish to submit anonymous questions.  If there is a lull in the
  program, members may pose questions that they feel are issues within the community.

b6

ACLU-921

- The panel of experts will remain, as well as a moderator from MCAC and a question and answer portion. This Q & A will be the main portion of the program. The introductions of the panel members should be shorter than the last meeting (i.e. no more than 1-3 minutes each person) to allow more time for the audience to engage in dialogue. The FBI booths will also remain present, with literature available for the public. If possible, additional pamphlets in other languages are requested.

- Mayor Pro-Temp Chavez is sponsoring the event, and will introduce ADIC Steven Tidwell and say a few words. It will not be anything of political nature.

- The flyer will be updated and sent to everyone by the end of this week. It is pertinent that revisions are given before Monday, so please look for the email! This time around, we are hoping for a more focused flyer, that lists topics of interest to draw in community members (i.e. Crimes against children, identity theft, hate crimes, civil rights, etc.). The official press release will also be given to you shortly, so that we can start publicizing the meeting.

- A sub-committee is needed to facilitate the logistics of the OC TH meeting. We'll send out an email again this week with additional information for those who volunteered.

**MCAC Website Update:**

- Please see the handout from the meeting for details on the website. The notes below are in conjunction with the 11 bullets on the handout:

  1. Team of 4 creative minds designing the site
  2. The plan is to complete it by November.
  3. Proposed sections for release are in asterisks; if you see info that should be included, please let them know
  4. Cost to host and maintain site is $100 per month. Ideas for paying monthly costs included each organization donating the full $100 amount, thus securing the site for a year
  5. Website name ideas were given. Voted on http://www.MCACLA.org
  6. Need web material review team to propose guidelines. Volunteers will be contacted
  7. Fresh material is a must! All members are collectively responsible for providing new information every 2 weeks
  8. Sign in feature will be maintained by a web-savvy member to add the addresses Volunteer will be contacted
  9. All members will have an MCACLA.org email address. For privacy, your personal/business email address will not be given, however, unbeknownst to those contacting you via MCAC, the email will be forwarded to your personal account. (i.e ▮▮▮ email ▮▮▮▮▮ .org and it is sent to her aol email address) Also, there will be both organization addresses as well as individual addresses available

b6

ACLU-922

10.  Press releases will be discussed later, as tools are not yet established
11.  Each organization will have contact info, mission statement and a hot link for
more information on each organization

## Membership Process:

- Needed a formal membership application to recruit new MCAC members. Please review
the handout from the meeting and decide if it needs further revision. (The essay portion
will basically consist of listing why they'd like to join us) It may be necessary to create a
separate application for organizations, and not just individuals. We'll discuss this again
later, but a definite structure is needed for the review process. We'll need volunteers for
the membership/review committee.

- If individuals apply, they must have the ability to influence and inform others within the
community if not representing a specific organization.

- We'll discuss the new invitations for different organizations to join LA MCAC. Tidwell
wants all entities to be well balanced, and healthy, with good membership numbers in
each branch of the LA MCAC. FYI the OC/IE MCAC is scheduled to debut in 2007.

- 

ACLU-923

# MCAC WebSite

## Design, Development & Management Plan

·b6

### (1) Website DDM Team
Members
Develop & Propose guidelines
Documentation will be maintained with Revision Control

### (2) Schedule
Go Live: Nov 2006
Minimal material: See asterisk items in Section #3
Review complete: Oct 2006

### (3) Proposed Sections (* Initial Release)
(a) *FLASH Animation with two hands (MCAC & FBI)
coming to shake with US Flag in background.
Handshake goes to initial screen
(b) *Organization List. (See #11 below)
(c) *Mission, Description & Logos
(d) FBI (Steve) Statement
(e) MCAC [        ] Statement
(f) Database Sign-Up
(g) Visitor Feedback & Comments
(h) Past Events
(i) *Upcoming Events
(j) Archive
(k) Picture Gallery
(l) Press Releases
(m) *Youth Committee
(n) Useful Links

### (4) Estimated Funding
Initial Build: $1,000
Monthly: $100
6 month funding/organization
Recognition of funding organization

### (5) Name
Structure & Umbrella Proposal
Proposed Names:
(a) MCACwest.org
(b) MCACSoCal.org
(c) MCACLA.org
(d) MCACUSA.org

### (6) Web Material Review Team
Website Material Review Team
Develops & proposes guidelines
Request & Nominations for team members

### (7) Content Team
All MCAC Members
Follow guidelines proposed in Section #6
Request & Nominations for team members

### (8) Database
Self Sign-Ups
Request for manual entry person
Using Constant Contact

### (9) eMails
All MCAC members
Example: FirstMILast@mcacla.org
Auto forwarded to your current addresses
Web accessible email
Establishes privacy
Looks professional

### (10) Rapid Response Team
Develop & Propose guidelines
2-3 people who will write & respond
Request & Nominations for team members

### (11) Participating Individuals & Organizations
Name & Alternate
Contact information (eMail, Phone, FAX)
Mission Statement
Hotlinks

Rev #2
pt 13, 2006

ACLU-924

# FBI Los Angeles
## Multi Cultural Advisory Committee Application

Name: _____
         Last                              First                    Full Middle

List all other names you have used, including nicknames and maiden names. If you have ever
used any other surname, please indicate the time period this occurred and describe the
circumstances. If you legally changed your name, please list the date, place, and court:

_____

_____

Date of Birth: _____   Place of Birth: _____   Current Age: _____

Gender:   Male _____   Female _____   Social Security Number: _____

## Personal Data
## Address and Point of Contact

Current Address: _____
Street                        City                 State        Zip Code

Home Phone:  ( ___ ) _____        Work Phone:  ( ___ ) _____

Cellular Phone: ( ___ ) _____      E-Mail: _____

Please provide the name and telephone number of a relative, friend, or associate we can
contact in case of an emergency:

_____

## Employment Information

Current Employer: _____

Business Address: _____
                    Street                    City            State        Zip Code

Job title:_____   Length of time with present employer:_____

Company Website (if applicable): _____

Brief description of business/duties:

ACLU-925

Spouse's full name: _____    Date of birth: _____

Spouse's place of employment, position, and business address: _____

_____

*Relatives*

Please list any organizations, associations, or community groups to which you belong:

Please identify the person who has nominated you to attend:

*Organizational Memberships / Community Service*

ACLU-926

*Referral*
*Authorization to Conduct Law Enforcement Check*

Have you been arrested within the last 6 months?            Yes _____ No _____

Have you ever been convicted of a felony or serious misdemeanor?   Yes _____ No _____

If you answered "yes" to either question, please provide details including date, place, law enforcement agency, court, charge, and disposition:

_____   _____

_____   _____

_____   _____

I hereby authorize the FBI to conduct a standard check of law enforcement records pursuant to my application to the FBI Multi Cultural Advisory Committee.   I understand this check will include, but not be limited to, any record of arrests, prosecutions or convictions for criminal or civil offenses, state or federal.   Any information obtained through this record check will be used exclusively for the purpose of determining my eligibility for a security clearance to allow me to participate in the Multi Cultural Advisory Committee.   My consent is valid for three months from the date of my authorization appearing below.
I also understand that concealing a material fact on this application can be the basis for rejection of my application to the FBI Multi Cultural Advisory Committee.

_____   _____   _____
Full Name (Typed or Printed)      Full Name (Signature)                Date

**Return this form with attached essay to:**

**FBI Los Angeles**
**Community Outreach Program (Los Angeles OPCA)**
**11000 Wilshire Boulevard, Suite 1100,**
**Los Angeles, CA 90024**

**or**

**fax to (310) 996-3345**

ACLU-927

---- Working Copy ----                                    Page    1

Precedence: ROUTINE                Date: 10/30/2006

To:    Los Angeles

From:  Los Angeles
       OPCA                                                                    b6
       Contact:  SA [          ] (310[          ]                              b2

Approved By: [                    ]

Drafted By: [                ]bgg

Case ID #: 188A-LA-C236680

Title: LOS ANGELES ARAB/MUSLIM SIKH OMBUDSMAN
       PROGRAM

Synopsis:  ADIC J. Stephen Tidwell, ASAC Peter Won, ASAC Barbara Walls, SSA
[                    ] and SA [              ] attended The Sixth Annual
Interfaith Iftar Dinner hosted by The Islamic Shura Council of Southern
California on Sunday, October 8, 2006.

Details:  ADIC J. Stephen Tidwell, ASAC Peter Won, ASAC Barbara Walls, SSA
[                    ] and SA [              ] attended the Sixth Annual
Interfaith Iftar Dinner at the Wyndham Hotel in Commerce, California on October
8, 2006.  ADIC Tidwell briefed the audience on FBILA's partnership with the
Multi-Cultural Advisory Committee(MCAC).

     The dinner was attended by over 100 people and lasted for                 b6
approximately 4 hours.  MCAC member[              ]acted as a moderator
during the event.

                                            188A-LA-C236680-153

**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case ID : 188A-LA-C236680           Serial : 183.

ACLU-928



Sixth Annual
# Interfaith
## Iftar Dinner





ıra Council
:ent Ave., Suite 216,
iim, CA 92801
714) 239-6473
714) 239-6493
@shuracouncil.org
.shuracouncil.org

Printed by IslamiCity
niCity.com/Bazar

ACLU-929



in the name  of God, the Most Benevolent, the Most Merciful

# Ramadan

## The Way to Spiritual Attainment

Muslims fast during the month of Ramadan from dawn to
dusk to enhance  self restraint and to get closer to God.
It is a time for spirituality and devotion, giving and sharing.

*"O you who believe fasting is ordained for you as it was ordained for
those before you so that you may become God conscious...."*

*— Quran (2:183)*

*And it is better for you that you fast, if you only knew....*

*— Quran (2:184)*

*Ramadan is the (month) in which was sent down the Qur'an....*

*— Quran (2:185)*

**Chairman:**
Dr. Muzammil Siddiqi

**Vice Chairman:**
Dr. Maher Hathout

**Board Members:**
Mohammad Abdul Aleem, Yasser Aman, Dr. Zaher Azzawi, Dr.
Aref Helmy, Saide Khan, Dr. Mustafa Kuko, Masoud Nassimi.

**Staff:**
Shakeel Syed, Naim Shah, Fathy Haggag, Kalim Farooki,
Hélie Nazarzai, Daud Momand.

---



The Islamic Shura Council of Southern California
cordially invites you to attend the
## Sixth Annual Interfaith Iftar Dinner

**6:00 P.M.**
**Sunday, October 8, 2006**
**Wyndham Hotel**
5757 Telegraph Road, Commerce, CA 90040
Phone: (323) 887-4312

## Program

- Socializing and seating
- Iftar (Fast Breaking - 6:30 p.m.)
- Maghrib (Sunset) Prayers
- Dinner
- Guest Speakers

Please RSVP by September 15th, 2006
Shura Council (714)-239-6473 or
info@ shuracouncil.org

ACLU-930

---- Working Copy ----                          Page      1


Precedence:  ROUTINE                        Date:  11/17/2006

To:     Los Angeles

From:  Los Angeles
        OPCA
        Contact:  SA [                    ]  (310[              ]        b6
                                                                        b2
Approved By:    [                    ]

Drafted By:     [                    ]bgg

Case ID #: 188A-LA-C236680     (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH OMBUDSMAN P

Synopsis:  Document the November 13, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s):  Enclosed are the following documents: (1)the sign
in sheet, (2) agenda, (3) minutes of November 13, 2006 MCAC
Meeting, (4) A fact sheet and two brochures from U.S. Citizenship
and Immigration Services, (5) InFocus Newspaper.

Details:  On Monday, November 13, 2006, at 6:00pm the monthly
Multi-Cultural Advisory Committee (MCAC) meeting was held at the
FBI Office in Westwood, California.  The following individuals
were in attendance:

        1.  [                    ]
            Shura Council of Southern California

        2.  [                ]
            Congresswoman Jane Harman

        3. [                ]
            Syrian Orthodox Church              188A-LA-C236680-188

        4. [                    ]
           C.A.I.R.

        5. [                  ]
           Omar Ibn Al Khattab Foundation                        b6

        6. [                ]

        7.[              ]
           U.S. Citizenship and Immigration Services

        8. [                ]
           C.A.I.R.

------------------------------------------------------------------------

ACLU-931

---- Working Copy ----                                    Page        2

9. [_____]
   Council of Pakistan American Affairs

10. [_____]
    Syrian Orthodox Church

11 [_____]
   LEDtronics

12 [_____]

13. [_____]
    MPAC

14. [_____]                                              b6
    Inter Religious Federation for World Peace

15. SSA [_____]
    FBI Los Angeles

16. SA [_____]
    FBI Los Angeles

17. [_____]
    FBI Los Angeles

18. [_____]
    FBI Los Angeles

     MCAC members were informed that the next will be held
December 18, 2006.  The above mentioned enclosures are attached.


** 

ACLU-932