U.S. Department of Homeland Security



U.S. Citizenship and Immigration Services

Dear Sir or Madam:

Thank you for your interest in becoming a citizen of the United States of America. Your decision to apply for U.S. citizenship is a very meaningful demonstration of your commitment to this country and we applaud your efforts.

The United States has a long and rich history of welcoming immigrants from all parts of the world. U.S. citizenship is the common thread that connects people from different cultures and backgrounds. For more than 200 years, the United States has remained strong because of our citizens and the common values we share. As President George W. Bush said, "America has never been united by blood or birth or soil. We are bound by ideals that move us beyond our backgrounds, lift us above our interests and teach us what it means to be citizens. Every child must be taught these principles. Every citizen must uphold them. And every immigrant, by embracing these ideals, makes our country more, not less, American."

Enclosed is a copy of *Learn About the United States: Quick Civics Lessons*, a publication to help you study for the naturalization test and learn more about U.S. history and government. The *Quick Civics Lessons* are based on each of the sample civics questions that you should study for the naturalization test. During your naturalization interview, you will not be tested on the additional information in the short lessons. An audio CD that allows you to listen to the questions, answers, and civic lessons read aloud, is also included.

For additional study tools, or to learn more about naturalization, please visit http://www.uscis.gov or contact the National Customer Service Center at 1-800-375-5283. Again, thank you for your interest in U.S. citizenship.

Sincerely,

Dr. Emilio T. González
Director

ACLU-933

www.uscis.gov

U.S. Department of Homeland Security



U.S. Citizenship and Immigration Services

# Clarification Sheet
for the publication
*Learn About the United States: Quick Civics Lessons*

Clarification posted May 19, 2006

| Question | Page Number | Clarification |
|---|---|---|
| 80 | 12 | The answer to Question 80 is incomplete. It should read as follows: *The rights of freedom of religion, of speech, of the press, of assembly, and to petition the Government.* |





أهلاً وسهلاً إلى الولايات المتحدة: دليل للمهاجرين الجدد

U.S. Citizenship and Immigration Services

(M 617 A)

### كيفية الحصول على دليل "أهلاً وسهلاً إلى الولايات المتحدة: دليل للمهاجرين الجدد"

تستطيع طبع نسخة من دليل "أهلاً وسهلاً إلى الولايات المتحدة" من الانترنت، لكن إذا لم يكن لديك جهاز كمبيوتر في منزلك، تستطيع استعمال أحد أجهزة الكمبيوتر في إحدى المكتبات العامة في منطقتك أو في أحد مقاهي الإنترنت "[Internet café]".



يستطيع المقيمون الدائمون الجدد طلب نسخة مجانية من الدليل بالإنجليزية من دائرة خدمات الجنسية والهجرة الأميركية (USCIS) خط الاستمارات بالاتصال على الرقم 1-800-870-3676.

للحصول على المزيد من المعلومات من دائرة USCIS:

- يرجى زيارة موقعنا على الانترنت على العنوان http://www.uscis.gov.
- يرجى الاتصال بـ"المركز الوطني لخدمات الزبائن" [National Customer Service Center] التابع لنا على الرقم: 1-800-375-5283 أو 1-800-767-1833 (لضعفاء السمع).
- للحصول على استمارات دائرة خدمات الجنسية والهجرة الأميركية، يرجى الاتصال بـ 1-800-870-3676.

### مشاركة في نشاطات منطقتك المحلية

ن الحكومة الأميركية هي حكومة للشعب ومنه ومن بله، مما يعني أن الشعب يستطيع رسم بنية الحكومة وسياساتها. فكل شخص يلعب دوراً هاماً في منطقته المحلية. وأنت تستطيع بدورك المشاركة في نشاطات منطقتك المحلية من خلال الهيئات

لمحلية، أو مكان ممارسة ديانتك أو عملك، أو حيك، أو دارس أولادك. ويقدم لك دليل "أهلاً وسهلاً إلى ولايات المتحدة" بعض الأفكار عن المشاركة في شاطات منطقتك المحلية والمزيد من المعلومات عن لحياة في هذا الوطن.



### كيف تصبح مواطناً أميركيا

يقدم دليل "أهلاً وسهلاً إلى الولايات المتحدة" معلومات هامة للمهاجرين الذين يريدون أن يصبحوا مواطنين أميركيين عن طريق عملية التجنس. ويعطيك الدليل المعلومات عن كيفية المباشرة بعملية التجنس في الوقت المناسب، والشروط المطلوبة، وكيفية تقديم الطلب لذلك باستعمال الاستمارة رقم N-400.

ACLU-935

## أهلاً وسهلاً إلى الولايات المتحدة!

تهانينا على حصولك حديثاً على صفة "مقيم دائم" [Permanent Resident] في الولايات المتحدة.

لقد أعدت دائرة خدمات الجنسية والهجرة الأميركية [U.S. Citizenship and Immigration Services أو USCIS] التي تشكل جزءاً من وزارة الأمن الوطني الأميركية [U.S. Department of Homeland Security أو DHS] دليلاً يحتوي على المعلومات والخدمات التي أنت بحاجة إليها كي تستقر في الولايات المتحدة، عنوانه *"أهلاً وسهلاً إلى الولايات المتحدة: دليل للمهاجرين الجدد"*.

تستطيع الحصول على الدليل الكامل باللغة:

| | | |
|---|---|---|
| الإنجليزية | الإسبانية | الصينية |
| التاغالوغية | الفيتنامية | الروسية |
| الكورية | العربية | الفرنسية |
| البرتغالية | الكريولية الهايتية | |

على موقع دائرة خدمات الجنسية والهجرة الأميركية على الإنترنت http://www.uscis.gov.



## الاستقرار في الولايات المتحدة

ستستغرق عملية الاستقرار بعض الوقت، لكن هناك سبلاً متوفرة للمساعدة، إذ تستطيع الحصول على معلومات في دليل *"أهلاً وسهلاً إلى الولايات المتحدة"* عن:

- العثور على معلومات مجانية في مجتمعك المحلي وعلى الإنترنت
- البحث عن مكان للإقامة
- الحصول على رقم بطاقة تأمين وطني ورخصة سواقة



- الحصول على عمل
- تسجيل أبنائك في المدارس
- الحصول على العناية الصحية
- العثور على أماكن تقدم دروس تعلم اللغة الإنجليزية وتعليم الراشدين
- الإعداد للحالات الطارئة
- العثور على هيئات مجتمعية تساعد المهاجرين

## حقوقك ومسؤولياتك كمقيم دائم

من المهم جداً أن تفهم حقوقك ومسؤولياتك بصفتك مقيماً دائماً، لذا يتضمن دليل *"أهلاً وسهلاً إلى الولايات المتحدة"* معلومات لمساعدتك على فهم حقوقك، بما فيها تلك التي في الدستور الأميركي ووثيقة الحقوق. وتستطيع أيضاً الحصول على معلومات عن القوانين الفدرالية التي تحميك من التمييز ضدك عندما تبحث عن مسكن أو وظيفة. وسيحذرك الدليل أيضاً من العواقب الوخيمة التي يخضع لها المقيمون الدائمون الذين يرتكبون جريمة في الولايات المتحدة أو تم إدانتهم بها.

من المهم جداً أيضاً أن تعلم كيف تحافظ على صفة "مقيم دائم"، فعليك أن تعلم أنواع الاستمارات التي عليك أن تعبئها، وكيف تتقيد بالمواعيد الهامة. وأنواع النشاطات التي يجب تجنبها إذا أردت أن تصبح مواطناً أميركياً في وقت لاحق. ودليل *"أهلاً وسهلاً إلى الولايات المتحدة"* يعطيك معلومات عن كيفية تلبية شروط:

**تقديم كشوفات التصريح عن ضرائبك الفدرالية لمصلحة ضريبة الدخل [Internal Revenue Service أو IRS].**

- وللحصول على المزيد من المعلومات، اتصل بـ 1-800-829-1040 أو اطلع على http://www.irs.gov.

**التسجيل في "الخدمة العسكرية الإلزامية" [Selective Service]" (للذكور من سن 18 إلى 26).**

- للتسجيل أو الحصول على المزيد من المعلومات، اتصل بـ 1-847-688-6888 أو اطلع على http://www.sss.gov.



**تزويد وزارة الأمن الوطني بعنوانك الجديد في غضون 10 أيام بعد انتقالك.**

- للحصول على الاستمارة رقم AR-11 والاستعلام عن كيفية تعبئتها، اتصل بـ 1-800-870-3676 أو اطلع على http://www.uscis.gov.

**الحفاظ على إقامتك في الولايات المتحدة.**

- إذا كنت تنوي الإقامة خارج الولايات المتحدة لمدة طويلة (أكثر من 12 شهراً)، عليك أولاً تقديم طلب الحصول على تصريح للسماح لك بدخول البلاد ثانية قبل المغادرة. يمكنك الحصول على الاستمارة رقم I-131 من الموقع http://www.uscis.gov. وبالإضافة إلى ذلك، عليك ألا تقيم بشكل دائم في بلد آخر.

ACLU-936



# Learn About the United States:

## Quick Civics Lessons



U.S. Citizenship
and Immigration
Services

M-638

ACLU-937

# Learn About the United States: Quick Civics Lessons

To become a United States citizen, you need to learn about the history of the United States and how its government works. Knowing about your new country is a very important part of being a good citizen.

*Learn About the United States: Quick Civics Lessons* will help you learn more about U.S. history and government as you prepare for citizenship. This booklet provides short lessons, based on each of the sample civics questions that you should study for your naturalization test. As you study the Questions and Answers you can learn more about the topic by reading the paragraph. To help you learn words that may not be familiar, a glossary is provided at the end.

The United States has a rich, interesting history and a unique system of government. Learning more about the United States as you prepare to naturalize will help make your journey toward U.S. citizenship more meaningful.

**During your naturalization interview, you will not be tested on the additional information in the short lessons.**

## Another Option to Help You Study: Civics Flash Cards

The USCIS Civics Flash Cards are a useful study tool for those preparing to take the naturalization test. These colorful, easy-to-use cards present each of the questions that can be asked during the test. The Civics Flash Cards are available for free online at http://uscis.gov/graphics/citizenship/. Hard copies can be ordered from the Government Printing Office (GPO) by calling 1-866-512-1800 or by going online to http://bookstore.gpo.gov/ and searching for "flash cards."




ACLU-938

# Quick Civics Lessons

**Question 1:** What are the colors of our flag?
**Answer 1:** Red, white, and blue

We call the American flag the "Stars and Stripes." Congress chose the "Stars and Stripes" design for our flag on June 14, 1777. Americans celebrate June 14th as Flag Day. Much later, Congress explained the colors: red stands for *hardiness* and *valor*, white for purity and innocence, and blue for *vigilance*, *perseverance*, and *justice*.



**Question 2:** What do the stars on the flag mean?
**Answer 2:** One for each state

The white stars on the flag represent the United States as being like "a new *constellation*" in the sky. The nation was seen as a new constellation because the *republican* system of government was new and different in the 1770s. Very few other countries were republics at that time. In the republican system of government, leaders work to help all of the country's people. They do not act to help only a few special citizens. Since the people themselves choose these leaders, the people hold the power of government.

**Question 3:** How many stars are there on our flag?
**Answer 3:** There are 50 stars on our flag.

Each star represents a state. This is why the number of stars has changed over the years from 13 to 50. The number of stars reached 50 in 1959. In that year, Hawaii joined the United States as the 50th state.

**Question 4:** What color are the stars on our flag?
**Answer 4:** The stars on our flag are white.

The stars represent the *Founding Fathers'* view of the American experiment in democracy. To them, the goal of a republic based on individual freedom was a noble, lofty idea. Stars are considered a symbol of the heavens and the high, ambitious vision that our Founders were trying to reach.

**Question 5:** How many stripes are there on our flag?
**Answer 5:** There are 13 stripes on our flag.

For 18 years after becoming an independent country, the United States had only 13 states. In 1794, Kentucky and Vermont joined the United States, making the number of states 15. At that time, Congress increased the number of stars and stripes on the flag from 13 to 15. The number of stripes was not changed again to 13 for many years.

**Question 6:** What do the stripes on the flag represent?
**Answer 6:** The first 13 states

In 1818, Congress decided that the number of stripes on the flag should always be 13. This would honor the original states, no matter how many new states would join the United States later. These original 13 states had been *colonies* of Great Britain before America's independence.

**Question 7:** What colors are the stripes on the flag?
**Answer 7:** The stripes on the flag are red and white.

The pre-independence American flags also had stripes. The "Boston Liberty" flag, for example, was flown in the early part of the *American Revolution*. This flag was flown by a famous group of patriots called the Sons of Liberty. This group and others felt that British laws treated the American colonists unfairly. They were also angry at being taxed by the British while having no say, or *representation*, in the government.

**Question 8:** How many states are there in the Union (the United States)?
**Answer 8:** 50 states

There are 50 states in the Union. The first 13 states, which were the original 13 colonies, were Connecticut, New Hampshire, New York, New Jersey, Maryland, Virginia, Pennsylvania, Rhode Island, Massachusetts, Georgia, Delaware, North Carolina, and South Carolina. The last state to join the Union was Hawaii.

**Question 9:** What do we celebrate on the 4th of July?
**Answer 9:** Independence Day

Congress voted for the United States to become independent from Great Britain on July 2, 1776. However, we celebrate Independence Day on July 4th. This is because it took two days for Congress to vote to accept an official *Declaration of Independence*. This Declaration was written by Thomas Jefferson and edited by Congress. It explained why the American colonies were separating from their British ruler. The 4th of July is now considered to be the birthday of America. We celebrate with parades, fireworks, the playing of patriotic songs, and live readings of the Declaration of Independence.

★ For definitions of words that are in italics, please see the Civics Glossary in the [

**Question 10:** Independence Day celebrates independence from whom?

**Answer 10:** Independence from Great Britain

The decision to break from the British was not an easy choice for many colonists. However, Great Britain's "repeated injuries" against the Americans, as noted in the Declaration of Independence, convinced many to join the rebellion. After years of difficult fighting, the colonists went on to win their freedom.



Fireworks on the 4th of July

**Question 11:** What country did we fight during the Revolutionary War?

**Answer 11:** We fought Great Britain in the Revolutionary War.

The American colonists' anger had been building for years before the Revolutionary War began. The Americans fought this war because they wanted freedom from British rule. The fighting of the war ended in 1781, after the Battle of Yorktown. The Americans, with French help, won this battle. It was not until 1783 that the British fully accepted United States independence.

**Question 12:** Who was the first president of the United States?

**Answer 12:** George Washington



George Washington

We honor George Washington as the first President of the United States. After leading the military campaign to win American independence, Washington played an important role in the new nation's formation. He was the elected leader of the meeting, or convention, that was held to create the Constitution. Later on, Washington's service as the first U.S. President set a tradition for future presidents to follow. For example, he refused to try to become President more than twice. This began the very democratic tradition of a President not serving more than two terms. This limit is now required by a Constitutional Amendment.

**Question 13:** Who is the President of the United States today?

**Answer 13:** George W. Bush



President Bush

George W. Bush is the 43rd President of the United States. He was the Governor of Texas before winning the presidential election of 2000. Four years later, Bush won election to a second term as President. The name of the President's wife, called "the First Lady," is Laura. President Bush's father was the 41st President of the United States. His name is also George. He was President from 1989 until 1993.

**Question 14:** Who is the Vice President of the United States today?

**Answer 14:** Dick Cheney

Richard B. (Dick) Cheney is the 46th Vice President of the United States. Vice President Cheney grew up in Wyoming. He later represented the people of Wyoming in the U.S. Congress. As Vice President, Cheney is President of the U.S. Senate and a top advisor to the President.

**Question 15:** Who elects the President of the United States?

**Answer 15:** The Electoral College

The Electoral College is not a place or a school. It is a process that was designed by the writers of the Constitution to select presidents. It came from a compromise between the President being elected directly by the people and the President being chosen by Congress. Combining these ideas, the American people vote for a "college" of electors, who then meet to choose the President. Today, the people of each of the 50 states and the District of Columbia vote for the electors in November. The electors then officially vote for the President in December.

**Question 16:** Who becomes President if the President dies?

**Answer 16:** The Vice President

The Vice President is first in line to take over as President. This has happened eight times in U.S. history. William Henry Harrison died in office in 1841. Zachary Taylor died in office in 1850. Abraham Lincoln was killed in office in

ACLU-940

1865. James Garfield was killed in office in 1881. William McKinley was killed in office in 1901. Warren Harding died in office in 1923. Franklin Roosevelt died in office in 1945. John F. Kennedy was killed in office in 1963.

**Question 17: What is the Constitution?**
**Answer 17:   The supreme law of the land**



The Constitution of the United States

The U.S. Constitution has lasted longer than any other country's constitution. It is the basic legal framework establishing the U.S. government. Every person and every agency and department of government must follow the Constitution. This is why it is called the "supreme law of the land." Under this system, the powers of the national government are limited to those written in the Constitution. The guiding principle behind this system is often called the rule of law.

**Question 18: What do we call changes to the Constitution?**
**Answer 18:   Amendments**

It is not easy for the Constitution to be changed, or amended. First, two-thirds of the Senate and two-thirds of the House of Representatives must vote to approve an Amendment. Then, three-fourths of the states must approve the Amendment. This process is called ratification. Six times an Amendment has passed the U.S. Senate and House of Representatives, but was not approved by enough states to be ratified.

**Question 19: How many changes, or amendments, are there to the Constitution?**
**Answer 19:   Twenty-seven amendments**

The first Amendments to the Constitution were added in 1791. These original ten Amendments are called the Bill of Rights. Since the Bill of Rights passed, 17 more Amendments have been added. The 27th Amendment is the most recent addition. It was added in 1992 and addresses how Senators and Representatives are paid. Interestingly, Congress first discussed this Amendment back in 1789.

**Question 20: What are the three branches of our government?**
**Answer 20:   Executive, Judicial, and Legislative**

The Constitution divides the government's power among three branches. These branches operate under a system of checks and balances. This means that each branch can block, or threaten to block, the action of another branch. This way, no one branch can grow too powerful and harm the liberties of citizens. For example, the Senate can block a treaty signed by the President, or the U.S. Supreme Court can reject a law passed by Congress. In the first example, the legislative branch is "checking" the executive, and in the second, the judicial branch is "checking" the legislative.

**Question 21: What is the legislative branch of our Government?**
**Answer 21:   Congress**

The main job of Congress is to make federal laws. Congress is divided into two parts—the Senate and the House of Representatives. By dividing Congress into two parts, the Constitution put the checks and balances idea to work within the legislative branch. Each part of Congress makes sure that the other does not become too powerful. These two "check" each other because both must agree for a law to be made. A Congress divided into two parts is known as a bicameral legislature.



The Capitol in Washington, DC, where Congress meets to make federal laws

**Question 22: What makes up Congress?**
**Answer 22:   The Senate and the House of Representatives**

Specific powers are assigned to each of these chambers. Only the Senate has the power to reject a treaty signed by the President or a person chosen to serve on the Supreme Court. Only the House of Representatives has the power to begin considering a bill that makes Americans pay taxes. Also, only the House has the power to make a President go to trial for a crime against the United States. This is called impeachment.

ACLU-941

★ For definitions of words that are in italics, please see the Civics Glossary in the back. ★      3

**Question 23: Who makes the Federal laws in the United States?**

**Answer 23:** Congress

A federal law is a rule that all people living in the United States must follow. Every law begins as a proposal made by a member of Congress. Tax proposals must begin in the House. Other types of proposals can be made by any Senator or Representative. When the Senate or House begins to debate the proposal, it is called a bill. If the President signs the bill, it becomes a federal law.

**Question 24: Who elects Congress?**

**Answer 24:** The citizens of the United States

The nation is divided into 435 Congressional districts. The people of each district are represented by a member of the House of Representatives. The people of each state also vote for two U.S. Senators. The term of office for members of the House of Representatives is two years. The term for Senators is six years. Before 1913, state legislatures elected the U.S. Senators to represent that state. Since then, the people of a state have directly elected their two Senators.

**Question 25: How many Senators are there in Congress?**

**Answer 25:** There are 100 Senators in Congress, 2 from each state.

One reason the Senate was created was to give states with few people equal power to states with many people. With two Senators representing each state, states with small populations have the same Senate representation as states with large populations. In contrast, in the House, states with more people have more Representatives and therefore more power.

**Question 26: For how long do we elect each Senator?**

**Answer 26:** 6 years

The writers of the Constitution wanted Senators to be independent from public opinion. A longer, six-year term would give them this protection. They also wanted the Senate to balance the two-year term of the members of the House, who would more closely follow public opinion. The Constitution puts no limit on the number of terms a Senator may serve.

**Question 27: Name two Senators from your state.**

**Answer 27:** The answer to this question depends on where you live.

For a complete list of United States Senators and the states they represent, go to http://www.senate.gov.

**Question 28: How many voting members are in the House of Representatives?**

**Answer 28:** There are 435 voting members in the House of Representatives.

The House has had 435 members since 1912. Since that year, however, the distribution among the states of those 435 members has changed. This is because the number of Representatives from each state is re-calculated every ten years. New information from the Census is used in this re-calculation. If one state gains many residents while another state loses many, the first state could get one or more new Representatives, while the other state could lose one or more. But the overall number of U.S. Representatives does not change.



The U.S. House of Representatives in Washington, DC

**Question 29: For how long do we elect each member of the House of Representatives?**

**Answer 29:** For 2 years

People living in a Representative's district are called constituents. Representatives tend to reflect the views of his or her constituents. If Representatives do not do this, they may be voted out of office. The writers of the Constitution believed that short two-year terms and frequent elections keep Representatives closer to their constituents and public opinion. The Constitution puts no limit on the number of terms a Representative may serve.

**Question 30: Who is the head of the Executive Branch of the U.S. Government?**

**Answer 30:** The President

The President is both the head of state and the head of government. Presidential powers include the ability to sign treaties with other countries and select ambassadors to represent the United States abroad. As head of the executive branch, the President names the top leaders of the federal departments. However, the Senate has the power to reject the President's choices. This limit on the power of the President is another example of checks and balances.

**Question 31: For how long is the President elected?**

**Answer 31:** The President is elected for 4 years.

Early American leaders felt that the head of the British government, the king, had too much power. Because of