

The President's home, the White House

this, they limited the powers of the head of the new U.S. government. They decided that the President would have to be elected by the people every four years.

### Question 32: What is the highest part of the Judiciary Branch of our Government?
### Answer 32: The Supreme Court

Many different federal courts make up the judiciary branch. The Constitution created the Supreme Court, but gave Congress the right to create lower federal courts. District and appellate courts are two examples of lower courts. Decisions made by these courts can be reviewed and overturned by the higher-ranking Supreme Court. The lower courts are spread throughout the country, in various districts and circuits.

### Question 33: What are the duties of the Supreme Court?
### Answer 33: To interpret and explain the laws



The Supreme Court

The U.S. Supreme Court makes sure that laws are consistent with the Constitution. If they are not, the Court can declare them unconstitutional and therefore not valid. In this case, the laws are rejected. The Court has the last word on all cases that have to do with federal laws and treaties. It also rules on other cases, such as those between states.

### Question 34: What is the supreme law of the United States?
### Answer 34: The Constitution

The government set up by the Constitution is based on the consent, or agreement, of the governed. The introduction to the Constitution reflects this idea. This introduction is called the Preamble. It states that "We the People" establish the Constitution. The actual system of the U.S. government is a representative democracy. The Constitution also reflects the idea of consent of the governed. The "governed"—all U.S. citizens—choose representatives to make the nation's laws and a president to lead the executive branch.

### Question 35: What is the Bill of Rights?
### Answer 35: The first 10 amendments to the Constitution



The Bill of Rights

When the Constitution was first written, it did not focus on individual *rights*. Its goal was to create the system and structure of government. Many Americans, including a group called the Anti-Federalists, wanted a specific list of things the government could not do. James Madison responded with a list of individual rights and limits of government. Some of these included citizens' rights to practice their religion freely, to speak and publish freely, and to complain publicly about anything they wanted. The list was in the form of changes, or Amendments, to the Constitution. These Amendments were ratified in 1791. They soon became known as the Bill of Rights.

### Question 36: What is the capital of the state you live in?
### Answer 36: The answer to this question depends on the state where you reside. To learn the capital of your state, go to http://www.firstgov.gov and select the state government link.



### Question 37: Who is the current Governor of the state you live in?
### Answer 37: The answer to this question depends on where you live. To learn the name of the Governor of your state, go to http://www.firstgov.gov and select the state government link.

### Question 38: Who becomes President if both the President and Vice President die?
### Answer 38: The Speaker of the House

The answer to this question has changed throughout history. At first, following a 1791 law, the *Senate President Pro Tempore* was second in line to become President after the Vice President. Later, Congress passed a law making the *Secretary of State* next in line if the President and Vice President died.

★ For definitions of words that are in italics, please see the Civics Glossary in t

ACLU-943

However, in 1947 Congress returned to the original idea of a Congressional leader being next in line. This time, though, the *Speaker of the House* was chosen to be the next in line after the President and Vice President.

### Question 39: Who is Chief Justice of the Supreme Court?
Answer 39:   John G. Roberts, Jr.

John G. Roberts, Jr. is currently the 17th Chief Justice of the U.S. Supreme Court. President George W. Bush nominated him for this position following the death of former Chief Justice William Rehnquist in September 2005. At age 50, Judge Roberts became the youngest Chief Justice since 1801, when John Marshall was *confirmed* at the age of 45. Previously, Judge Roberts served on the U.S. Court of Appeals for the District of Columbia Circuit.

### Question 40: What were the original 13 states?
Answer 40:   Virginia, Massachusetts, Maryland, Rhode Island, Connecticut, New Hampshire, North Carolina, South Carolina, New York, New Jersey, Pennsylvania, Delaware, and Georgia

These 13 states had been colonies before the United States became an independent country. The British king ruled the 13 colonies, but Great Britain was very far away and focused on *domestic affairs* or wars in Europe, not on the colonies. Therefore, even before their independence, the colonies largely governed themselves. This was done partly through colonial legislatures. These legislatures were elected by the colonists. Until the American Revolution, though, most colonists considered the British king their true ruler.

### Question 41: Who said, "Give me liberty or give me death"?
Answer 41:   Patrick Henry


American patriot Patrick Henry

Patrick Henry was a *fiery* leader of the American Revolution. Before U.S. independence, he spoke out for colonial rights within the Virginia legislature. Henry represented Virginia in both the First and Second Continental Congresses. He helped push the colonies toward independence. In 1775, when the Revolutionary War began, Henry convinced Virginia to join the colonists' side. Later he became the first governor of Virginia.

### Question 42: Name some countries that were our enemies during World War II.
Answer 42:   Germany, Italy, and Japan


World War II airplanes

The United States officially went to war on December 8, 1941. President Franklin Roosevelt, as Commander-in-Chief of the military, obtained an official *declaration of war* from Congress. This was one day after Japan bombed Pearl Harbor, an American naval base in Hawaii. Japan's partners in the *Axis*, Italy and Germany, then declared war on the United States, Great Britain, and their Allies. The Allies fought against the German Nazis, the Italian Fascists, and Japan's military empire. This was very difficult for the United States, which had to fight wars in both the Pacific region and Europe.

### Question 43: What was the 49th state added to our Union (the United States)?
Answer 43:   Alaska

In 1867, the U.S. government bought the land of Alaska from Russia, paying $7,200,000. Secretary of State William Seward made the decision to buy Alaska. Ninety-two years later, in 1959, Alaska finally became a state. The people of Alaska now honor Seward for his commitment to their state. They celebrate Seward's Day every March.

### Question 44: How many full terms can a President serve?
Answer 44:   Two full terms

The first U.S. President, George Washington, only ran for President twice. Washington felt that one person should not serve as President for a very long time. Following this tradition, no future President served for more than two terms until Franklin Roosevelt. Roosevelt was elected to four terms. Not long after he died, the Constitution was amended so that a President could only serve two terms.

### Question 45: Who was Martin Luther King, Jr.?
Answer 45:   A civil rights leader

Martin Luther King, Jr. was a Baptist minister and *civil rights* hero. During his short life he did much to make America a more fair, tolerant, and equal nation. He was the main leader

ACLU-944

of the *civil rights movement* of the 1950s and 1960s. Because of this movement, civil rights laws that protected voting rights and ended *segregation* were passed. King believed in the *ideals* of the Declaration of Independence. He advanced the idea that every citizen deserves America's promise of *equality* and justice.



The civil rights leader Martin Luther King, Jr.

**Question 46: What are some of the requirements to be eligible to become President?**

**Answer 46:** A candidate for President must
- be a native-born, not naturalized, citizen,
- be at least 35 years old, and
- have lived in the U.S. for at least 14 years.

The writers of the Constitution wanted the President to be an experienced leader with a strong connection to the United States. The eligibility requirements try to make sure that this happens. In *Federalist Paper* #64, John Jay wrote that the President should be a man "of whom the people have had time to form a judgment." This, Jay explains, is one main reason for the eligibility requirements. The youngest person in American history to become President was Theodore Roosevelt. Roosevelt entered the White House when he was 42 years old.

**Question 47: Why are there 100 Senators in the United States Senate?**

**Answer 47:** Each state elects 2 Senators.

The writers of the Constitution wanted the two parts of Congress to have different characters. By giving each state only two Senators, the writers made sure that the Senate would be small. This would keep the Senate more orderly than the larger House of Representatives. As James Madison wrote in *Federalist Paper* #63, the Senate should be a "*temperate* and respectable body of citizens" that operates in a "cool and *deliberate*" way.

**Question 48: Who nominates judges for the Supreme Court?**

**Answer 48:** The President nominates judges for the Supreme Court.

The process of nominating a Supreme Court Justice is an example of checks and balances. The executive branch has the power to choose the members of the judicial branch of the federal government. The legislative branch can check this power, since the Senate must confirm the President's *nominee*. However, once on the Court, the Justices have lifelong terms. Therefore, the judicial branch's power and independence is protected.

**Question 49: How many Supreme Court Justices are there?**

**Answer 49:** There are 9 Supreme Court Justices.

The number of Justices is not established in the Constitution. In the past, it has been as high as ten and as low as six. Now, there are eight Associate Justices and one Chief Justice. The current Associate Justices are Ruth Bader Ginsburg, David Souter, Clarence Thomas, Stephen Breyer, Antonin Scalia, John Paul Stevens, Anthony Kennedy, and Samuel Alito. The Chief Justice of the Supreme Court is John Roberts.

**Question 50: Why did the Pilgrims come to America?**

**Answer 50:** To gain religious freedom

In the early 1600s, the Pilgrims left England. They first went to Holland, where they lived for a few years, then America. Many English settlers sailed across the Atlantic Ocean to the American colonies during the 17th century. Many came for political freedom or, like the Pilgrims, the right to practice their religion. Others came because of economic opportunity. These freedoms and opportunities often



Pilgrims

did not exist in the home countries of these settlers. For them, the American colonies meant a new chance in life and the freedom to live as they wanted.

**Question 51: What is the executive of a state government called?**

**Answer 51:** The Governor

The position of governor is not the same in every state. The number of years that a governor is elected to serve—called a term—may differ from state to state. The governor's job within a state government is similar to the President's job within the federal government. However, the state laws that a governor carries out are different from the federal laws that the President carries out. The Constitution says that certain issues are covered by federal, not state, laws. All other issues are covered by state laws. This system is known as federalism. Federalism forces states and the federal government to share power on many issues.

**Question 52: What is the head executive of a city government called?**

**Answer 52:** The Mayor



Like a Governor or the President, a mayor usually shares power with a legislative body. In city government, this is often called the City Council. Cities in the United States are located within larger regions called counties. Usually, each county has its own government.

**Question 53: What holiday was celebrated for the first time by American colonists?**

**Answer 53:** Thanksgiving

The first Thanksgiving feast was held in Massachusetts in 1621. The Pilgrims who had traveled to this colony gave thanks for a successful fall harvest. They learned from local Native Americans, or Indians, which crops would grow and how best to grow them. The Indians' lessons helped the Pilgrims grow enough food to survive the winter. In 1941, President Franklin Roosevelt signed a bill that officially made the last Thursday of November Thanksgiving Day.

**Question 54: Who was the main writer of the Declaration of Independence?**

**Answer 54:** Thomas Jefferson



Thomas Jefferson

Jefferson was a Virginia lawyer and planter when he wrote the Declaration in 1776. He would become a very important political leader and thinker. Before becoming President, he was the governor of Virginia and the first U.S. Secretary of State. Jefferson strongly supported individual rights, especially freedom of religion. Because he wanted to protect these rights, Jefferson opposed a strong national government. Instead, he argued for states' rights. He wanted America to be a nation of small farmers who actively participated in their democracy.

**Question 55: When was the Declaration of Independence adopted?**

**Answer 55:** July 4, 1776

In 1774, representatives from 12 of the colonies met in Philadelphia, Pennsylvania, for the First Continental Congress. They protested British laws that treated them unfairly. They also began to organize an army. After fighting began between the colonists and the British army, a Second Continental Congress met. This group appointed Jefferson and others to create the Declaration of Independence. This document stated that, if a government does not protect the rights of the people, the people can create a new government. Following this idea, the colonists broke from their British rulers and formed a new country.

**Question 56: What are some of the basic beliefs of the Declaration of Independence?**

**Answer 56:** That all men are created equal and have the right to life, liberty, and the pursuit of happiness

The Declaration is based on ideas about freedom and individual rights. For Jefferson and the Founding Fathers, people are born with natural rights that no government can take away. Government exists only to protect these rights. Because the people voluntarily give up power to a government, they can take that power back. The British government was not protecting the rights of the colonists, they took back their power and separated from Great Britain.

**Question 57: What is the national anthem of the United States?**

**Answer 57:** The Star-Spangled Banner

During the War of 1812, British soldiers invaded the United States. On the night of September 13, 1814, British warships bombed Fort McHenry. This fort protected the city of Baltimore. An American named Francis Scott Key watched the fierce bombing, and thought that the fort would fall. As the sun rose the next morning, Key looked toward the fort. He saw that the American flag above the fort was still flying, proving that the United States had not been defeated. Key immediately wrote the words to "The Star-Spangled Banner"

**Question 58: Who wrote The Star-Spangled Banner?**

**Answer 58:** Francis Scott Key

Key first wrote the words to "The Star-Spangled Banner" as a poem. He named this poem "The Defence [sic] of Fort M'Henry." Many years later music was added to the words of the poem. This music came from a piece called "Anacreon in Heaven." The combination of the poem with the music created the song that is now so well-known. It was not until 1931 that Congress passed a law naming "The Star-Spangled Banner" the official national anthem.

**Question 59: What is the minimum voting age in the United States?**

**Answer 59:** 18 is the minimum voting age.

For most of U.S. history, Americans had to be at least 21 years old to vote. By the 1970s, many people thought that if someone was old enough to fight in a war, he or she should be old enough to vote. So, in 1971 the 26th Amendment changed the minimum voting age to 18.

**Question 60: Who signs bills into law?**

**Answer 60:** The President

A bill is a proposed law being considered by Congress. Both parts of Congress—the Senate and the House of Representatives—must pass the same version of the bill. When they do so, the bill goes to the President to be signed into law. The President does, however, have veto power. This means that the President can reject a bill passed by Congress. If two-thirds of the House and two-thirds of the Senate vote to pass the bill again, though, the bill becomes a law. This process is called overriding the President's veto.

**Question 61: What is the highest court in the United States?**

**Answer 61:** The Supreme Court

The U.S. Supreme Court exercises complete authority over all federal courts. It has the final word on cases heard in federal court. The Supreme Court's interpretations of federal laws and of the Constitution are final. The Supreme Court is limited, though, in its power over states. It cannot interpret state law or state constitutions. The Court can, however, decide that a state law conflicts with federal law or the U.S. Constitution and is, thus, invalid.

**Question 62: Who was President during the Civil War?**

**Answer 62:** Abraham Lincoln



The Lincoln Memorial in Washington, DC

We honor Abraham Lincoln because he led the nation during the Civil War, a very difficult time. The war began when a group of southern states, known as the Confederacy, tried to separate from the United States. They wanted to preserve slavery and their farm-based economic system. This system was threatened by the northern states. Lincoln was a lawyer, legislator, and celebrated speaker before he was President. He became nationally famous for his debates with Senator Stephen A. Douglas. These took place when Lincoln and Douglas ran against each other for Illinois' U.S. Senate seat in 1858.



Civil War Engineers in the Union Army

**Question 63: What did the Emancipation Proclamation do?**

**Answer 63:** The Emancipation Proclamation freed the slaves.

President Lincoln issued the Emancipation Proclamation in the middle of the Civil War, in 1863. It freed the slaves in the rebelling Confederate states. In 1865, the northern soldiers, known as the Union soldiers, defeated the soldiers from the South, known as the Confederate soldiers. The bitter, bloody Civil War was over, and the Union had been preserved. Soon afterwards, the 13th Amendment made the abolition of slavery part of the Constitution.

**Question 64: What special group advises the President?**

**Answer 64:** The Cabinet advises the President.

The Constitution says that the leaders of the executive departments should advise the President. These department leaders, most of them called Secretaries, make up the Cabinet. Throughout history, Presidents have been able to change who makes up the Cabinet. For instance, when Congress created the Department of Homeland Security, President George W. Bush added the leader of this department to his Cabinet.



A meeting with the President in the Oval Office

★ For definitions of words that are in italics, please see the Civics Glossary in the

**Question 65:** Which President is called the "Father of our Country"?

**Answer 65:** George Washington

Washington was a brave military general, a respected leader of the American Revolution, and our first President. His leadership was very important during America's transition from war and revolution to stability under the new government. After his victory over the British army, Washington retired. He reluctantly left this retirement when problems arose with the new country's system of government. Washington helped lead the effort to create a Constitution for the United States.

**Question 66:** Which President was the first Commander-in-Chief of the U.S. Army and Navy?

**Answer 66:** George Washington

The writers of the Constitution argued over how much power the new President should have. They decided that the President's powers should be limited in many ways, but that the President should be Commander-in-Chief of the military. During the Revolutionary War, George Washington had been supreme commander of the military. From this position, he led the U.S. forces to victory. This helped make him a unanimous choice to be the first President and Commander-in-Chief.

**Question 67:** What was the 50th state to be added to our Union (the United States)?

**Answer 67:** Hawaii

Hawaii is the only state completely separated from the continent of North America. There are six major islands and many smaller ones in this state. Hawaii is located in the Pacific Ocean, about 2,400 miles from Los Angeles, California. The islands officially became a U.S. territory in 1898. For many decades after this, Hawaiians pushed for Congress to make the territory a state. This finally happened in 1959.

**Question 68:** Who helped the Pilgrims in America?

**Answer 68:** The American Indians/Native Americans

At the time of the Pilgrims' arrival, great Indian tribes such as the Navajo, Sioux, Cherokee, and Seminoles lived in America. When the Pilgrims came to America, they settled in an area where a tribe called the Wampanoag lived. The Wampanoag taught the Pilgrims important skills, such as how to grow corn, beans, and squash. As more Europeans moved to America, relations with the Indians were not always peaceful. Eventually, after much bloodshed, the settlers defeated the Indian tribes and took much of their land.

**Question 69:** What is the name of the ship that brought the Pilgrims to America?

**Answer 69:** The Mayflower

The Mayflower left from Plymouth, England, on September 6, 1620. After 65 days crossing the ocean, the ship landed in what is now the state of Massachusetts. Soon after, the Pilgrims signed an agreement called the Mayflower Compact. In it, the Pilgrims agreed to unite into a "Civil Body Politic." The Compact did not set up a governing system, as the Constitution later would. It did, however, contain the idea that the people freely agreed to live under the government. The power of this government came directly from the people themselves.

**Question 70:** What were the 13 original states of the United States called before they were states?

**Answer 70:** Colonies

European countries began taking control of areas of America in the 1500s. These European-controlled areas were called colonies. England's first successful American colony was Virginia. Virginia began in 1607 as a small camp at Jamestown. Later, Pennsylvania was founded as a home for a religious group, the Quakers. This group opposed war and rejected all rituals and oaths. The Dutch colony of New Netherlands was captured by British forces in 1664 and renamed New York. The 13 American colonies would later unite into one country, but the history of each one was quite distinct.

**Question 71:** What group has the power to declare war?

**Answer 71:** Congress has the power to declare war.

Congress has formally declared war 11 times. The Senate vote for war was very close two of these times. These close votes took place before the War of 1812 and the Spanish-American War. Congress has not declared war since the United States entered World War II in 1941. However, seven times since then Congress has authorized military action. This step reflects the democratic tradition of the legislative branch approving the President's use of troops.

**Question 72:** Name the amendments that guarantee or address voting rights.

**Answer 72:** The 15th, 19th, 24th and 26th amendments

The 19th Amendment gave women the ability to vote. It was a result of decades of hard work by the women's rights movement. This was also known as the women's suffrage movement. The 15th



Suffragette parade in New York City in 1912

Amendment was written after the Civil War and the end of slavery. It allowed all American men of all races to vote. Some leaders of southern states were upset that the 15th Amendment allowed African-Americans to vote. These leaders designed fees called poll taxes to stop them from voting. The 24th Amendment made it illegal to stop someone from voting because he or she did not pay a poll tax. The 26th Amendment lowered the voting age to 18.

### Question 73: In what year was the Constitution written?
Answer 73: The Constitution was written in 1787.

Before the U.S. Constitution, the Articles of Confederation was the document that established the U.S. system of government. The Articles were ratified in 1783. By 1786, many American leaders had become unhappy with this document. The national government it set up was simply too weak. In 1787, Congress decided that a convention would meet in Philadelphia to revise the Articles. At this meeting, the leaders quickly decided to go beyond revising the Articles. Instead, they wrote a whole new governing document—the Constitution.

### Question 74: What are the first 10 amendments to the Constitution called?
Answer 74: The Bill of Rights

The first ten Amendments to the Constitution, ratified in 1791, became known as the Bill of Rights. The Bill, using principles from the Declaration of Independence, guarantees the rights of individuals and limits government power. The first eight Amendments set out individual rights, such as the freedom of expression, the right to bear arms, freedom from search without warrant, freedom to not be tried twice for the same crime, the right to not testify against yourself, the right to trial by a jury of peers, the right to an attorney, and protection against excessive fines and unusual punishments. The last two Amendments in the Bill of Rights address the rights of the people in their relationship with the state and federal governments.

### Question 75: Whose rights are guaranteed by the Constitution and the Bill of Rights?
Answer 75: All people living in the United States

One reason that millions of immigrants have come to America is this guarantee of rights. The 5th Amendment guarantees everyone in the United States equal protection under the law. This is true no matter what color your skin is, what language you speak, or what religion you practice. The 14th Amendment, ratified after the Civil War, expanded this guarantee of rights. No state would be able to abridge, or block, the rights of any of its citizens.

### Question 76: What is the introduction to the Constitution called?
Answer 76: The Preamble

The preamble says: "**We the People** of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America." This means that our government has been set up by the people, so that it can be responsive to them and protect their rights. All power to govern comes from the people, who are the highest power. This idea is known as popular sovereignty.



The Preamble of the Constitution

### Question 77: Who meets in the U.S. Capitol building?
Answer 77: Congress

In 1791, an area between Maryland and Virginia was chosen to be the new capital city. French engineer Pierre L'Enfant was hired to plan the city. While L'Enfant chose the hill on which to build the Capitol building, he was not the one to actually design the building. A doctor, William Thornton, sent in the successful plan for the Capitol. President Washington approved this design in 1793. Congress first met in the Capitol building in November of 1800.

### Question 78: What is the name of the President's official home?
Answer 78: The White House

The White House was built between 1792 and 1800. President George Washington helped choose its exact location and supervised its construction, but never actually lived there. America's second President, John Adams, was the



The White House in Washington, DC

first to live in the White House. Fourteen years after it was built, the White House was burned by British troops during the War of 1812. Another destructive fire took place there in 1929, when Herbert Hoover was President.

### Question 79: Where is the White House located?
### Answer 79: Washington, DC

When the Constitution established our nation in 1789, the city of Washington did not exist. At that time, the capital was New York City. Congress soon began discussing the location of a permanent capital city. Within Congress, representatives of northern states fought bitterly against representatives of southern states. Each side wanted the capital to be in their region. Finally, with the Compromise of 1790, the north agreed to let the capital be in the south. In return, the north was relieved of some of the debt that they owed from the Revolutionary War.



A view of Washington, DC, from Virginia, across the Potomac River. The view shows the Lincoln Memorial, the Washington Monument, and the Capitol.

### Question 80: Name one right or freedom guaranteed by the first amendment.
### Answer 80: The rights of freedom of speech, of religion, of assembly, and to petition the Government

These 1st Amendment rights are all part of a person's freedom of expression. Protecting free expression promotes open dialogue and debate on public issues, which is the foundation of democracy. Similarly, the free flow of ideas facilitates peaceful change and advances knowledge. Also in the 1st Amendment, freedom of religion has two parts. It blocks Congress from setting up an official U.S. religion, and it protects citizens' rights to hold any religious belief, or none at all.

### Question 81: Who is Commander-in-Chief of the United States military?
### Answer 81: The President

Making the President the Commander-in-Chief shows the Founding Fathers' commitment to democratic ideals. This is because the head of the armed forces is a civilian chosen by the people, rather than a professional military leader. In 1973, many in Congress felt that the President was using his power as Commander-in-Chief wrongly. They thought that the legislative branch was being ignored, which harmed checks and balances. So Congress passed the War Powers Act, which strengthens the role of Congress in the use of U.S. troops. President Richard Nixon vetoed this bill, but Congress overrode his veto.

### Question 82: In what month do we vote for the President
### Answer 82: November

The Constitution did not set a standard national election day. There was no specified day until 1845. Even then, Congress did not set an exact date for elections. Rather, Congress set the Tuesday after the first Monday in November as Election Day. They chose Tuesday so that voters had a full day after Sunday to travel to the polls. At that time, for religious reasons, many Americans considered Sunday to be a strict day of rest. Travel on this day was not allowed.

### Question 83: In what month is the new President inaugurated?
### Answer 83: January

Before 1933, Presidents were inaugurated on March 4th. This meant that there were four months between when new Presidents were elected and when they took office. This gave the new President enough time to make the long journey to Washington, DC. By the 1930s, with the invention of automobiles and speedy trains, it was much faster to travel. The 20th Amendment officially changed the date of inauguration to January 20th. Franklin Roosevelt was the first President inaugurated on this date.

### Question 84: How many times may a Senator or Congressman be re-elected?
### Answer 84: There is no limit.

Several states, such as California, have term limits for members of their state legislature. Also, several states have considered limiting the number of terms that their U.S. Senators and Representatives can serve. In 1995, the U.S. Supreme Court ruled that no state can do this. The Court stated that such a practice would weaken the national character of Congress. The only way that Congressional terms could be limited is through an Amendment to the U.S. Constitution.



A session of the Senate

ACLU-950

**Question 85:** What are the two major political parties in the United States today?

**Answer 85:** The Democratic and Republican parties

The Constitution did not establish political parties, and President George Washington specifically warned against them. Still, a split between two political groups, the Democratic-Republicans and the Federalists, appeared early in U.S. history. The current Democratic Party was created from the old Democratic-Republicans by President Andrew Jackson. The Republican Party took over from the Whigs as a major party in the 1860s. Abraham Lincoln, who was first elected in 1860, was the first Republican President. Throughout U.S. history, other parties, such as the Know-Nothing, Bull-Moose (also called Progressive), Reform, and Green Parties, have played various roles in American politics.

**Question 86:** What is the executive branch of our government?

**Answer 86:** The President, the Cabinet, and departments under the cabinet members

The job of the executive branch is to carry out, or execute, the laws of the nation. While the Constitution does discuss the Cabinet, it does not say what each federal department or agency should do. Throughout U.S. history, Congress has established the specific functions of these organizations. The State Department, Department of Homeland Security, and Environmental Protection Agency are three examples of federal departments.

**Question 87:** Where does freedom of speech come from?

**Answer 87:** The Bill of Rights

Freedom of speech is a very important civil liberty. The very first section of the Bill of Rights, the 1st Amendment, guarantees this freedom. Speech can mean writing, performing, or other ways of expressing yourself. Americans have the basic right to express their views on any subject. This is true even if the government disagrees with these views. However, in certain very specific situations, freedom of expression is limited. For example, no one can shout "fire!" in a theater and cause panic.

**Question 88:** What U.S. Citizenship and Immigration Services form is used to apply for naturalized citizenship?

**Answer 88:** Form N-400 (Application for Naturalization)

The Constitution did not clearly set up a naturalization process. It gave Congress the power to create "a uniform Rule of Naturalization." Beginning in 1790, Congress passed laws to govern naturalization. Since then, Congress has changed this process many times. The naturalization exam is a very important part of the current process.

**Question 89:** What kind of government does the United States have?

**Answer 89:** A Republic

In a republic, the power that the government exercises comes from the people themselves. Government is therefore responsible for protecting the rights of all persons, not just a few special people. The way this happens in the United States is through a system of representative democracy. The people freely choose who will lead them and represent their interests. President Abraham Lincoln said our republican government is "of the people, by the people, and for the people."

**Question 90:** Name one of the purposes of the United Nations.

**Answer 90:** For countries to discuss and try to resolve world problems or to provide economic aid to many countries



The United Nations, often called the U.N., was established in 1945, soon after World War II ended. The Charter of the United Nations names the main functions of the U.N.: "to maintain international peace and security...to develop friendly relations among nations...(and) to achieve international cooperation in solving international problems." The two best-known parts of the U.N. are the General Assembly, made up of over 190 countries, and the Security Council, with only ten countries. The United States is one of five countries that is a permanent member of the Security Council. The President has the power to choose the Ambassador of the United States to the United Nations. The Senate must then confirm this choice.

**Question 91:** Name one benefit of being a citizen of the United States.

**Answer 91:** To obtain Federal government jobs, to travel with a U.S. passport, or to petition for close relatives to come to the United States to live

Former Chief Justice of the Supreme Court Earl Warren once said citizenship is "nothing less than the right to have rights." Some of the most important of these are the rights to choose your job, speak freely about your beliefs, and even disagree with government policies. At the same time, citizen responsibilities include obeying the law, voting, and serving on juries. Responsible citizens also take part in their

★ For definitions of words that are in italics, please see the Civics Glossary in

communities. This can mean joining the Parent Teacher Association (PTA) of your child's school, running for a position on the local school board, or volunteering to help at a polling station.

**Question 92: Can the Constitution be changed?**
**Answer 92:   Yes, the Constitution can be changed.**
One of the great things about the U.S. Constitution is that it is flexible, and can be changed. It is changed through an addition called an Amendment. This is why we often refer to it as the "living Constitution." The Constitution's writers wisely decided that Amendments should be rare. Because of this, the Amendment process is difficult. Still, the Constitution has been changed 27 times, with the most recent Amendment added in 1992.

**Question 93: What is the most important right granted to United States citizens?**
**Answer 93:   The right to vote**
No American is required by law to vote, but exercising your right to vote is a very important part of citizenship. This is the case in any democracy. Only by voting can your voice be heard. By voting, you actively commit yourself to the democratic process. Citizens vote to be represented by leaders who share their ideas and stand up for their interests. Constitutional Amendments such as the 15th (former slaves can vote) and 19th (women can vote) greatly improved our democracy. They did this by allowing more groups of citizens to vote.



**Question 94: What is the White House?**
**Answer 94:   The President's official home**
The building was not officially known as the White House until 1901, when Theodore Roosevelt was President. Before then, it was also called the "President's Palace," the "President's House," and the "Executive Mansion." The current look of the White House comes from a renovation that happened when Harry Truman was President.

**Question 95: What is the United States Capitol?**
**Answer 95:   The place where Congress meets**
When Congress moved into the Capitol in 1800, much of the construction of interior rooms was not complete. It took two more years before Congress set aside funding to finish construction. Soon after, when British troops invaded Washington during the War of 1812, they set fire to the Capitol. Luckily, a heavy rainstorm saved the building from being burned down. Rebuilding the massive Capitol was not completed until 1829.

**Question 96: How many branches are there in the United States government?**
**Answer 96:   There are 3 branches**
The writers of the Constitution believed that no one group in government should have total power. They thought that any person or group that has total power over government usually abuses it. In creating the U.S. system, they followed the idea of separation of powers. Along with checks and balances among the parts of government, the separation of powers into three branches prevents concentration of power. This means that the rights of citizens are better protected. The powers to make laws, to execute laws, and to interpret the laws are given to different branches. These are the legislative, executive, and judicial branches.

USCIS has used the following photo with the permission of the Office of the Curator, the Supreme Court of the United States: West Facade of the Supreme Court by Fran Jantzen, Collection of the Supreme Court of the United States.

Photos of Engineers of the 8th New York State Militia, 1861, National Archives and Records Administration (NARA) photo reference No. TLL-B-499, and "TBF (Avengers) flying in formation over Norfolk, Va." (World War II airplanes) attributed to Lt. Comdr. Horace Bristol, September 1942, NARA photo reference 80-G-427475 are courtesy of the NARA.