## Civics Glossary

1) **The Allies**—The formal partnership of countries that first opposed Germany during World War I and then formed once again to oppose the Axis countries during World War II.
2) **Ambassador**—A person who officially represents a country somewhere outside that country.
3) **American Revolution**—The struggle by which the United States won independence from Great Britain. It took place from 1775 to 1783.
4) **Abroad**—Outside of one's home country; in a foreign country.
5) **The Axis**—The partnership, or alliance, of Germany, Italy, and Japan during World War II. The Axis opposed the Allies, which included the United States.
6) **Bill**—Legislation that has formally been introduced in Congress.
7) **Bloodshed**—Violence that causes injuries or death; carnage.
8) **Branch**—A section or division of something; a part.
9) **Census**—An official count of the number of persons living in a country.
10) **Civil liberty**—A freedom that involves limiting the power of the government over people. The individual freedoms mentioned in the Bill of Rights are often known as civil liberties.
11) **Civil rights**—Idea that all people of a nation or society should be treated equally.
12) **Civil rights movement**—An organized effort that promoted equality, political rights, and fair treatment for all Americans, no matter what their skin color was.
13) **Colonies**—Areas of land controlled by a foreign country.
14) **Compact**—A formal agreement between two (or more) groups, which often is signed.
15) **Compromise**—When two groups of people with opposing views on some issue come to an agreement; a deal.
16) **To confirm**—When the Senate approves the President's choice for an important government position.
17) **Constellation**—A group of stars in the night sky.
18) **Constituents**—People who are represented by an elected official.
19) **To debate**—When people argue by presenting their different opinions about something.
20) **Debt**—Money that someone, or some government, owes to someone else.
21) **Declaration**—A statement of some idea or argument.
22) **Declaration of war**—Official statement by one country that it is at war with another country (or countries).
23) **Deliberate**—Careful and methodical; taking time to think.
24) **Democratic**—Having to do with government by the people or the idea of political equality for all.
25) **Domestic affairs**—Things that go on within a country, or political issues that affect one country and its people; having nothing to do with foreign or international affairs.
26) **Equal**—The exact same; identical.
27) **Equality**—The idea that all humans have the same rights, and that none are worse or lower than others simply because of their skin color or ethnic background.
28) **To execute**—To carry out; to turn a written rule into an action.
29) **Feast**—A big, special meal, which is often held to celebrate something; banquet.
30) **Federal**—Having to do with the national, or central, government, rather than the government of a specific state.
31) **Federalist Papers**—85 essays that were printed in New York newspapers while that state was deciding whether or not to support the U.S. Constitution. The essays were written by Alexander Hamilton, John Jay, and James Madison in 1787 and 1788 and explained why New Yorkers should support the Constitution.
32) **Fiery**—Intense and forceful; passionate.
33) **Founding Fathers**—The men who wrote the U.S. Constitution. They created, or "founded," our system of government.
34) **To govern**—To set rules that people have to follow; to use political power to lead or to administer.
35) **Hardiness**—Ability to survive difficulties and keep going.
36) **Harvest**—The food that farmers get from the crops they have been growing during the summer.
37) **Ideals**—Basic principles or morals, which often discuss how a society should operate.
38) **To inaugurate**—To have gone through the ceremony of becoming President, known as inauguration.
39) **To invade**—To enter somewhere by force, using the military; to march into a place that belongs to your enemy.
40) **Jury**—Group of citizens that listens to a case in court and makes a decision about the case; each U.S. citizen is called from time to time to serve on a jury.
41) **Justice** [1]—Fairness; the state of being morally good. (Question 1)
42) **Justice** [2]—Another word for a judge, used especially for the judges who are members of the Supreme Court. (Question 39)
43) **Legislative**—Having to do with making laws; often refers to the group of elected officials, such as the U.S. Congress, who get together to make laws.
44) **Liberties**—Special freedoms or rights.
45) **Lofty**—Very high or elevated; grand.
46) **Naturalization**—The process by which a foreign-born person can become a United States citizen.
47) **Noble**—Having very good qualities, excellent.
48) **Nominee**—A person who is selected, or nominated, for an important government position.
49) **Oath**—A promise or vow; a pledge.
50) **Perseverance**—Never giving up and always going ahead.
51) **Pilgrims**—English settlers who came to America long ago and set up communities.
52) **Planter**—A farmer, especially one who operates a large farm called a plantation.

53) **Polling station**—Where people go to vote in elections.

54) **Posterity**—Future generations.

55) **To protest**—To publicly oppose or complain about something; to object to something.

56) **Ratification**—To give formal consent to; when a majority of the state legislatures approve a proposed constitutional Amendment.

57) **To represent**—To serve within government as the voice of the people who elected you.

58) **Representation**—The right or privilege of being represented by delegates in a legislative body.

59) **Republican**—When a country's political power comes from the citizens, not the rulers, and is put into use by representatives elected by the citizens.

60) **Rights**—Basic things that people can freely do; freedoms and privileges.

61) **Secretary of State**—The government official in charge of directing and supervising the foreign relations of the United States. He or she leads the main foreign policy agency of the United States, the Department of State. The Secretary of State is the highest-ranking head of a department in the President's Cabinet.

62) **Segregation**—Separation of citizens of different races.

63) **Senate President Pro Tempore**—The Senator who, when the Vice President is not present, presides over the Senate. This means that he or she chooses which Senators can speak to the Senate. The President Pro Tempore is the Senator from the majority political party—the party which has the most Senators—who has served in the Senate for the longest time.

64) **Speaker of the House**—The most powerful member of the House of Representatives, who always comes from the majority party—the party with the most Representatives. The Speaker presides over the House by deciding which Representatives can speak during debate and usually plays a very visible role in public.

65) **Speedy**—Fast; done quickly.

66) **Supreme**—Highest; cannot be challenged; ultimate.

67) **Temperate**—Calm, composed, and reasonable; self-controlled.

68) **Term**—Length of time that a government leader serves bef[illegible] he or she must be elected once again.

69) **Term limits**—A limit on the number of terms that a leader can be elected to serve. A term is the length of time that a government leader serves before he or she must be elected once again.

70) **Territory**—New land controlled by a government; many states were U.S. territories before officially becoming states.

71) **Treaty**—A formal agreement between two (or more) countries; a pact.

72) **Unanimous**—When everyone in a group that is deciding something decides the same way.

73) **Valor**—Bravery in facing great danger, especially in battle.

74) **Vigilance**—The state of being alert and watching out for da[illegible]ger.

75) **Whigs**—American political party of the 1800s. The party stood for business and banking interests and opposed Andre[illegible] Jackson and his Democratic Party. Four Presidents, all serving in the 1840s and 1850s, were Whigs.

To find this and other educational materials for permanent residents, please visit the Office of Citizenship website at http://uscis.gov/graphics/citizenship/

For more information on naturalization requirements, including information on the naturalization test, please visit http://uscis.gov

**Note:** Some of the content in this publication may change due to elections and appointments. U.S. Citizenship and Immigration Services will make every effort to update this publication in a timely manner. As of March 2006, all information in this publication is current.

An audio CD of the civics lessons comes with this booklet. While the CD plays, you can read along in the booklet. Track 1 of the CD has the questions, answers and civics lessons. Track 2 of the CD has only the questions and answers. Remember, you will not be tested on the additional information in the *Quick Civics Lessons.*

The Office of Citizenship would like to acknowledge the **Center for Civic Education** for their assistance in the development of this product. For more information on the Center and its products, visit http://www.civiced.org.

SOUTHERN CALIFORNIA

# InFocus

Vol. 2 Issue No. 10 (Monthly) November 2006 Shawwal/Thul-Qi'dah - 1427H

Serving the Home-less with Dignity

...Page 2

Stunned City Mourns Killing

...Page 7

Naim Shah: Beacon of Social Change

...Page 20

Taxi to Jannah: A Review

...Page 22

Peaceful Resistance: A Modern Concept?

...Page 30

INDEX

| | |
|---|---|
| LOCAL | 2 |
| NO. CALIFORNIA | 7 |
| NATIONAL | 7 |
| INTERNATIONAL | 11 |
| FEATURE | 15 |
| PROFILE | 20 |
| KIDS CORNER | 22 |
| FOOD REVIEW/HEALTH | 24 |
| ARTS/MEDIA | 25 |
| MONEY/LEGAL | 26 |
| ISLAM | 27 |
| TRAVEL | 29 |
| SPECIAL | 30 |
| COMMENTARY | 31 |

# IRAQ WAR: A Medical "Disaster"

By Faisal Ansari

According to a study released last month by the medical journal The Lancet, a staggering 655,000 Iraqi deaths resulted from war-related injury and disease due to the US invasion between March 2003 and July 2006.

The shocking results of the study formed the basis for a conference at the University of California at Los Angeles (UCLA) to address "The Medical Consequences of this War in Iraq."

SEE IRAQ WAR * PAGE 10

# T.V. IN YOUR HOME
## Are your children safe?

By Abdussalam Mohamed

"Rania Naeem" was shocked when her 4-year-old daughter started rubbing herself in a sensitive area of her body and asking questions that would make any parent shudder. Her 7-year old son Dani also gave her the creeps when he started touching adult women in areas that were off-limits to kids his age, or any other age for that matter. Rania and her husband, Kareem, who live in Lake Forest, wondered where their children acquired such behavior. It did not take them long to take action by first limiting their children's access to television and then by monitoring their behavior closely. "We immediately pulled the plug," the mother of two recalls. "We knew that the root cause of the evil was within our household."

Jennifer Kabir, a 28-year old mother of two and a convert to Islam for eight years, shares that sentiment. "I was exposed to television very early in my life," said Kabir, who lives in Mission Viejo. "In fact, my interest in men began when I started watching a sitcom called 'Happy Days.'" The show was very conservative by modern standards, but Kabir never forgot how her sexuality was triggered by something as innocent as a character in the show having several girlfriends. Kabir argues that today's television is highly sexualized and risqué, and that is why she and her husband decided not to have a television set all together.

On the other hand, Sarah Ascha, a 20-year old practicing

SEE TV IN YOUR HOME * PAGE 16

# Discrimination Against Muslims at Workplace

By Anayat Durrani

A Muslim employee at a Dunkin' Donuts franchise in Wilmington, Delaware was told not to report to work wearing her headscarf. Thirty-one Muslim workers walked out of a Dell Inc. plant in Nashville, Tennessee after they were not allowed time for prayers. A Moroccan dining room manager was fired by Albion River Inn in northern California when he reproached a customer for harassing a Tunisian waiter.

Workplace discrimination is on the rise against Muslim employees. Discrimination in the workplace increased from 18 percent in 2004 to more than 25 percent in 2005, according to a report released in September called "The Struggle for Equality" by the Council on American-Islamic Relations (CAIR). The report said that out of the nearly 2,000 complaints received by CAIR during calendar year 2005, over one-quarter of these reports originated in the workplace. CAIR Legal Director Arsalan Iftikhar, the report's author, called the acts of bias the result of "the growth

SEE DISCRIMINATION * PAGE 17

# Muslim Youth Enter Political Arena

By Sarah Hassaine

A new generation of energized and focused young Muslims in America are pursuing career paths that do not fall in the conventional or preferred science and engineering fields. In fact, a growing percentage of youth are considering and practicing careers in the political and social sciences.

Washington D.C., the nation's capital, has become the hotspot for young Muslims across America. The political hub and the home base for national offices of multifarious political, social,

SEE YOUTH POLITICS * PAGE 15

From left to right: Subia Alem, Mayor Pro Tem Sukhee Kang (vice-Mayor

FEATURED SECTION

"Where the Cross Meets the Crescent" ... p. 33

*Each month, Rev. Connie Regener writes on Christian and Muslim spirituality in the Southland. This month's column is a letter to a pastor who is misinformed about Islam.*

Southern California InFocus
2180 W. Crescent Ave. Suite G
Anaheim, CA 92801
ph: (714) 678-1820
Address Service Requested
TIME DATED MATERIAL - DO NOT DELAY

PRESORTED STANDARD U.S. POSTAGE PAID FULLERTON CA PERMIT NO. 519

# Serving the Homeless with Dignity and Respect

By Sahar Kassaimah for IslamOnline.net and InFocus News Staff

The annual Muslim Humanitarian Day to feed the homeless is now in its sixth year, and has expanded to serve all backgrounds in fourteen cities nationwide.

The event, which originated in Los Angeles, has become a Ramadan tradition for Southland Muslims who are eager to earn rewards while in a state of fasting. This year, buses filled with volunteers of all ages from Islamic centers swarmed to Skid Row on October 15 to serve over 1600 people in need.

"We usually provide them with a warm meal like a burger donated by a restaurant," said Mostafa Mahboob, media and public relations representative of Islamic Relief, one of the lead coordinators of the event along with the Intellect, Love, and Mercy (ILM) Foundation.

Beneficiaries received a gift package including hygiene and emergency kits, bath towels, clothing, blankets, ponchos and toys for children. The event also includes free critical medical services, such as health screening, HIV/AIDS screenings, flu vaccinations, educational materials and referral information, and other social and health services.

"Humanitarian Day is a day when we provide service to our fellow homeless in the form of dignity and respect," said Umar A. Hakeem of the Coalition to Preserve Human Dignity (CPHD).

"Ramadan is a time of increased compassion and caring for others," said Habiba Hussain, founder of the Rahima Foundation, the event's primary organizer in the Greater San Francisco Bay Area.

"I really like it because they made me feel really good. They upped my spirits," said a middle-aged, female beneficiary.

"This is new to me. I have never been in this situation before. I just lost everything and I'm now trying to pick myself back up," said another beneficiary.

SEE HUMANITARIAN DAY • PAGE 6

## My Reflections on Humanitarian Day

By Hannah Sorabi [illegible]

My first experience of Humanitarian Day was something I will never forget, something I will probably carry for the rest of my life. Physically helping people less fortunate than I am was something different from giving zakkat. My main goal was not to hand out shirts or supplies, it was to bring a smile to their faces and bring a little hope to their lives. The people were so polite, thankful and humorous that I couldn't help but smile to myself. Every time someone came by our booth, the other volunteers and I would ask them what color shirt they wanted or what style, and when they picked up their shirts, we would say, "have a nice [illegible] day, we hope you enjoy your shirts," and the people would just smile at us and say, "thank you for coming out here, you guys are doing something amazing." Just hearing them say that made me swell with pride that I could barely croak out the words "you're welcome." One man felt so special that he began to cry. [illegible] On the bus heading back home my legs were very sore, but I knew it had been worth it. I was thinking that maybe I gave the homeless a tiny drop of hope that day. I would do it again because it is my duty as a Muslim to help people in their time of need. That's what you do in the month of Ramadan and in any month because that is [illegible] always describes a Muslim. [illegible] *Hannah Sorabi is a freshman at [illegible] High School* [illegible]

# Congresswoman's Name on No Fly List

By Gillian Flaccus
Associated Press

A California congresswoman said she was briefly denied access to a United Airlines flight last week because her name appeared on a "no fly list" set up after the Sept. 11 terrorist attacks.

Rep. Loretta Sanchez, a Democrat who has been a critic of the no-fly list, said her staff had booked her a one-way ticket from Boise, Idaho, to Cincinnati through Denver. But they were prevented from printing her boarding pass online and at an airport kiosk. Sanchez said she was instructed to check in with a United employee, who told her she was on the terrorist watch list. The employee asked her for identification, Sanchez said.

Loretta Sanchez

"I handed over my congressional ID and he started laughing and said, 'I'm going to need an ID that has your birthday on it,'" Sanchez said in a phone interview with The Associated Press. The employee used Sanchez's birth date to determine she was not the same Loretta Sanchez on the list, and she was able to board her flight.

Transportation Security Administration spokeswoman Jennifer Peppin said that for security reasons she couldn't confirm that the name was on the list. But she said that name mix-ups do occur. "Generally what happens is people have a name that is very similar to someone who is on the no-fly list. It's the airlines' responsibility to do further checking," Peppin said.

Sanchez is favored to win a sixth term representing the 47th Congressional District. The district includes many of the 24,000 Arab Americans who live in Orange County and is home to the Islamic Society of Orange County, one of the state's largest Islamic centers.

Sanchez said that she has fought to get some of her constituents' names off the no-fly list and that doing so can take up to six months. "When they want to, TSA can make sure that you don't have that identification problem," she said. "Sometimes it's taken us months to get these people off the lists so they can travel in a normal way. I can't have to worry

# Muslim Appointed to Human Relations Commission

By Aisha Aziz

Riverside resident Omar Zaki recently became the first Muslim to be appointed to the Riverside Human Relations Commission (HRC).

Zaki hopes that having a seat on one of the city's most prominent commissions will bring American Muslims closer to the mainstream and encourage the community to foster bonds.

"I believe we as Muslims have a duty to be ambassadors of bringing people together and developing cooperation, understanding and respect for all people, irrespective of race, ethnicity or religion," Zaki said. "The HRC is an excellent vehicle in achieving these important goals that help strengthen our communities and ultimately, our country."

Election to the commission is open to Riverside residents, but is a highly competitive process. One has to have the right experience, background and interest to be eligible for selection.

Zaki's case was somewhat different. He was directly appointed by Riverside Mayor Ron Loveridge, a result of the mayor's work with the Muslim community there.

Loveridge said, "I was looking for first rate people to appoint to the Human Relations Commission. I met, shared platforms, and worked with Omar Zaki. He comes with outstanding community credentials, excellent analytical skills, and a personal style that is effective in small (and large) groups. I value his perspectives on Riverside and its governance approach. I value his ability to speak as a member of the Islamic community in Riverside. And most of all, Omar Zaki will help make the Human Relations Commission more attentive and more effective for all residents of Riverside."

*Riverside resident Omar Zaki is sworn in*

Zaki is currently vice president of a high-tech company in Orange County. He previously served as Director of Government Relations for the Southern California based Council on American-Islamic Relations. His background has been in the area of business development and marketing, and he possesses a BS in marketing and management from the University of Redlands. He also studied law at the University of La Verne, College of Law. Zaki is married and has two girls, Nina,

# STAFF

SOUTHERN CALIFORNIA INFOCUS

2180 W. Crescent Ave., Suite G
Anaheim, CA 92801

Phone: (714) 678-1820
Fax: (714) 776-8340

email: info@infocusnews.net
web: www.infocusnews.net

*Southern California InFocus is the largest American Muslim newspaper in California, with a circulation of 25,000 papers and a distribution to over 350 Muslim businesses and 70 mosques throughout California. It is a monthly newspaper and is published on the first of every month.*

Publisher
GOOD TREE INC.

Managing Editor
ASMA AHMAD

Deputy Editor
MUNEER ADHAMI

WRITERS
ABDUSSALAM MOHAMED
AFSHA KAWANY
ANAYAT DURRANI
ALTAF MOHAMED
AMAL S. ABDULLAH
ANGELA COLLINS
ANGUR EL SHERIF
FATIMA KHAN
FIRDAUS SEHHAL
GENENE SALMAN
GHALIA MORDEN
[illegible]
SAADIA RANGOONWALA
ASMA WASEH
TRACY AHMED

COLUMNISTS
CONNIE BRAUNER
LAWRENCE SWAIM
MAHAM ABDUL-KHALIQ
SAGHIR ASLAM
YASMIN MOHAMED

POLITICAL CARTOONIST
KHALIL BENDIB

CONTRIBUTING WRITERS
ZAHIAD KHAZI
NADIA HUSAIN
AISHA AZIZ
SAHAR KASSAIMAH
SARAH MASSAINE
TODD GALLINGER
HANNAH SORABI
DR. KHALID SIDDIQ
JAIME BANYALMARJEH
AFFAD SHAIKH
SHEEMA KHAN
PARVEZ AHMED
NIHAD AWAD
SABER MARDISI
SABIHA KHAN

BOARD OF DIRECTORS
BASIM ABDULKARIM
MOHAMMAD AUWAL
HEYBEH ABDELGHANI
SAQUIB RANGOONWALA
SONDOS KHOLAKI
UMAIR MAHMOOD

Advertisements
MUNEER ADHAMI
(714) 678-1820
ADS@INFOCUSNEWS.NET

Southern California InFocus does not [illegible]



IN THE NAME OF ALLAH (GOD), MOST GRACIOUS, MOST MERCIFUL.

The Council on American-Islamic Relations invites you to its Annual Fundraising Banquet

AMERICAN MUSLIMS

# Connecting & Sharing

SATURDAY, NOVEMBER 18, 2006

**Registration 5:00 | Dinner & Program 6:00**

**Dr. Sulayman Nyang**
Professor of African Studies
Howard University, Washington D.C.

**Imam Siraj Wahhaj**
Masjid At-Taqwa
Brooklyn, New York

**Mohammad Amer**
Muslim American Comedian

**And various interfaith leaders & public officials**

**Anaheim Hilton**
**777 Convention Way, Anaheim, CA 92802 | 714-740-4270** TEL

TICKETS

**$45 per person**
**Table of 10: $400**

**Call in advance to reserve or purchase them online**

**Childcare available for a fee**

RESERVATIONS

**Seating is limited, reserve your seat early.**

**CAIR-LA**
**2180 W. Crescent Ave, Suite F**
**Anaheim, CA 92801**

**714-776-1847** TEL
**socal@cair.com** EMAIL
**www.cair-california.com**

# WORD ON THE STREET: Ramadan's Over, Now What?

By Ghalia Mohder

*During the holy month of Ramadan, many Muslims go the extra mile with worship as they strive to improve their character and iman (faith). With the blessed month now over, InFocus asked Muslims what they could do to help maintain iman after Ramadan.*

[illegible]

# MAKING A SPLASH:

## *Local company provides swim apparel for Muslim women*

By Sara Wareh

Underwater photography, scuba diving, and professional surfing - not the hobbies you would expect from the average American Muslim woman, especially a hijab-clad one.

But Shereen Sabet, who does all three in addition to swimming, has made it possible for women to conform to Islamic dress codes while in the water.

While companies providing in-water modest apparel have gained increasing popularity in Muslim countries, southern California based Sabet has founded her own - Splashgear.

"After she decided to wear the hijab, Sabet had to find an alternative to the skin-tight wetsuit required for the scuba diving." She found a solution within the existing dive suit market, but realized that for other water activities, American Muslim women had few options.

"Muslim women all over the nation really want to go in the water, but feel hindered," said Sabet.

The breaking point for Sabet was when an older Muslim woman asked her for some modest in-water clothing. The Syrian woman—who was in her sixties—was able to get into the swimming pool and Jacuzzi for the first time in her life. "She said that the hot water in the Jacuzzi made her arthritis feel better. That was when I decided to do Splashgear," Sabet told *InFocus*.

Sabet identified four criteria for the Splashgear swimming outfits. "They

must be modest, comfortable, safe to use, and fashionable," she said.

For the Muslim women who have tried Splashgear's products, the excitement of being able go in the water while maintaining their modesty can hardly be contained.

"I loved it!" said Dalia, a local customer from Rancho Palos Verdes. "Not only did it dry fast, but it didn't stick like all other water clothing does, and that's great for someone who is a bit self-conscious."

Sabet has tested different fabrics to find the best one to maintain modesty in and out of the water. Her product line includes hair covers ($10-$15), swim shirts ($25-$40), and swim pants ($50-60). She sells through the website and also plans to start mail-ordering.

*For more information, please visit www.splashgearusa.com.*

# Empowering Young Muslims to Vote

By Radia Husain

*Co-organizers, Sharaf Mowjood and Anbar Mahar address a room full of young adults on the importance of political activism.*

With the November elections around the corner, two young Muslims hosted an iftar to encourage political participation and dialogue about related issues of concern.

"We want to bring back faith in the system by empowering people to vote and participate," said Sharaf Mowjood, who co-hosted the event with Anbar Mahar.

Attendees had a chance to voice their concerns in a moderated discussion.

"Many people in the world where democracy isn't widespread do not have the luxury or right to participate in free elections," said guest speaker Dina Huella, an active young Arab-American Muslim serves as a field representative for Congresswoman Loretta Sanchez. "By throwing away our vote that counts, we are making a mockery of their situation. The youth need to be more involved and active by showing concern and involvement in political life."

Fawad Shaiq, a graduate student in history at the UCLA, said that the event was an important first step in educating the young community members about "how the system works" but said that more needs to be done. "It would be nice to have small discussion groups on a regular basis to talk about the actual issues and current events, especially since people don't have that much time to read the news," he said.

For more on voting, visit www.smartvoter.org. Also, check out the newly released report "American Muslim Voters: A Demographic Profile and Survey of Attitudes," available at www.cair.com.

# Controversies Continue in Anaheim Elections

By Ghalia Mohder

Last month, InFocus reported that Republican candidate Tan Nguyen was spreading Islamophobia with his attacks on Loretta Sanchez, implying that Sanchez has the support of terrorist sympathizers. Nguyen has again created controversy and is under investigation by the state after his office was found to have links to a threatening letter mailed to Latinos informing them that immigrants can be imprisoned for voting.

Nguyen denied approving the letter; however, County Republican Chairman Scott Baugh found that Nguyen was personally involved and has called for him to drop out of the race for the 47th Congressional District seat.

In other local election news, Anaheim City Council Candidate Bill Dalati re-registered as a Democrat after encountering racism and religious intolerance from members of the Republican Party. Earlier this month, former State Republican Party Chair Shawn Steel accused Dalati of being a "Manchurian Candidate" and "Extremist" because of his Muslim faith and Arab ethnicity.

In a press conference held on October 13, Dalati expressed his disappointment with Steel's remarks. "It's very sad that I am being attacked based on my faith and heritage in a non-partisan race."

County Democratic Chair Frank Barbaro and Anaheim City Council members Richard Chavez and Lori Galloway welcomed Dalati to the Democratic Party on November 1.

Townhall Meeting
Members of the Los Angeles Office- Multicultural Advisory Committee
(MCAC) include the following organizations:

Southern California InFocus
ADVERTISEMENT
November 2006 5
Muslim Public Affairs Council
Muslim Public Affairs Council
6TH ANNUAL CONVENTION
Save the Date!
REFORM, RENEWAL AND RELEVANCE:
UNDERSTANDING ISLAM FOR THE FUTURE
DECEMBER 16, 2006
LONG BEACH CONVENTION CENTER
ROBERT FISK
Middle East Correspondent
The Independent
IMAM MOHAMED MAGID
Vice President, Islamic Society of North America (ISNA)
Executive Director, All Dulles Area Muslim Society (ADAMS) Center
AMY GOODMAN
Host & Executive Producer, "Democracy Now"
Author, "The Exception to the Rulers"
JOHN ESPOSITO
Professor of International Affairs & Islamic Studies, Georgetown University
Author, "What Everyone Needs to Know About Islam"
SHERMAN JACKSON
Professor of Islamic Studies, University of Michigan
Author, "Islam and the Black American"
DR. ASMA AFSARUDDIN
University of Notre Dame
Prof. of Arabic and Islamic Studies
And more to be announced.
TO PURCHASE TICKETS & FOR MORE INFO:
www.mpac.org
213.383.3443
convention@mpac.org
ADULTS
STUDENTS
Convention only $35
Banquet only $45
Both $65
Convention only $20
Banquet only $20
Both $30
Childcare $20
All ticket prices do not include lunch

ACLU-960

Case 8:07-cv-01088-CJC-AN Document 31-13 Filed 11/04/08 Page 9 of 12 Page ID #:691

# Lebanon's War With Cluster Bombs

By Saree Makdisi

Of all the statistics to emerge from Israel's recent war on Lebanon, the most shocking concerns the number of cluster bombs that Israel dropped on or fired into Lebanon.

A cluster bomb is made up of a canister that opens and releases hundreds of individual bomblets, which are dispersed and explode over a wide area, showering it with molten metal and lethal fragments.

About 40% of the bomblets dropped by Israel (many of which were American-made) did not explode in the air or on impact with the ground. They now detonate when someone disturbs them — a soldier, a farmer, a shepherd, a child attracted by the lure of a shiny metal object.

Cluster bombs are, by definition, inaccurate weapons that are designed to affect a very wide area unpredictably. If they do not discriminate between civilian and military targets when they are dropped, they certainly do not discriminate in the months and years after the end of hostilities, when they go on killing and maiming anyone who happens upon them.

When the count of unexploded cluster bomblets passed 100,000, the United Nations undersecretary-general for humanitarian affairs, Jan Egeland, expressed his disbelief at the scale of the problem.

"What's shocking and, I would say to me, completely immoral," he said, "is that 90% of the cluster-bomb strikes occurred in the last 72 hours of the conflict, when we knew there would be a resolution, when we really knew there would be an end of this."

That was on Aug. 30, by which time U.N. teams had identified 359 separate cluster-bomb sites.

Since then, the true dimensions of the problem have become even clearer: 770 cluster-bomb sites have now been identified. And the current U.N. estimate is that Israel dropped between 2 million and 3 million bomblets on Lebanon, of which up to a million have yet to explode.

In fact, it is estimated that there are more unexploded bomblets in southern Lebanon than there are people. They lurk in tobacco fields, olive groves, on rooftops, in farms, mixed in with rubble. They are injuring two or three people every day, according to the United Nations, and have killed 20 people since the cease-fire in August.

"What we did was insane and monstrous," one Israeli commander admitted to the newspaper Haaretz. "We covered entire towns in cluster bombs."

As Egeland noted, the majority of these bombs were dropped in the last three days of the war — a time when the U.N. resolution to end the fighting had been agreed on, when the war was virtually over, when it was clear that Israel had failed to accomplish its declared objectives in launching this campaign.

Dropped so late in the war, it's hard to imagine what specific military objective these bombs could possibly have been meant to accomplish. Instead, they seem to have been dropped as a final, gratuitous act of violence in a war waged against an entire population. The vast majority of the 1,200 Lebanese killed by Israeli bombardments were civilians; one in three was a child.

Lebanese men grieve at the funeral of a child killed in the Israeli attacks against Lebanon this year.

With 100,000 innocent people trapped in the south because they could not, or dared not, flee on roads that Israel was indiscriminately bombing every day, Israel's justice minister declared that they were all — men, women and children — "terrorists who are related in some way to Hezbollah."

Nor was this his view alone. The Israelis dropped leaflets warning that "any vehicle of any kind traveling south of the Litani River will be bombed, on suspicion of transporting rockets, military equipment and terrorists." The Israeli chief of staff was especially clear. "Nothing is safe" in Lebanon, he said. "As simple as that."

Israel carried out 7,000 air raids and fired 160,000 artillery projectiles into Lebanon, a tiny country. That's about two air raids and 40 projectiles per square mile.

But the punishment was not evenly distributed. Israel's war was aimed specifically at Lebanon's Shiite population. Shiite neighborhoods in Beirut were destroyed, but other neighborhoods remained untouched. Shiite villages in the south were obliterated — literally wiped from the surface of the Earth — while nearby Christian villages escaped unscathed, mercifully able to shelter their Shiite neighbors.

Israeli officials said this was a war against Hezbollah, that Hezbollah was hiding in the midst of the population. But this wasn't a war against Hezbollah. It was a war to punish the entire population for its support of the guerrillas.

Not only was Hezbollah not hiding behind civilians, it ought to be obvious that the violence was directed in the first instance at the civilians themselves. To direct such violence at one community, one religious group, one minority — and to deny them the ability to return safely home — was what this war was all about.

To drop two or three bomblets for every man, woman and child in southern Lebanon — after having wiped out their homes, smashed their communities, destroyed their livelihoods — is to wage war against them all.

And we supplied the weapons.

*Saree Makdisi is a professor of English and comparative literature at UCLA.*

# A Letter to a Pastor

**WHERE THE CROSS MEETS THE CRESCENT**

*Reflections on Muslim and Christian Spirituality in the Southland*

By Rev. Connie Regener

*Note: This month's column provides a model for answering a recent letter sent to a local Muslim organization from a local Christian pastor.*

Dear Brother,

I am glad to provide this information concerning your impression that "there is no congruent theological evidence that the Allah of Islam is the same source as Jehovah of Christianity and Judaism."

Rev. Bill Baker, an expert on this topic, in his book More in Common Than You Think, states, "Indeed, the universality of believers in the One God, along with numerous biblical passages make clear that the God of the Bible bears no special allegiance or commitment to any nation or state today. Believers in God transcend the checkerboard of political systems and human ideologies, and those who submit to and obey the teachings of God, regardless of where they are found throughout the world are, in reality, spiritually related and thus become the only nation, a spiritual nation of the Holy One" (p. 42).

You also refer to the "globalization of terrorism in the name of Islam," but this is a selective statement that falsely implies a cause and effect relationship between Islam and terrorism. The same inappropriate comparison can be made of Christianity during the Crusades, or the Jewish adoption of Zionism against the Palestinian claim of the right of return to the disputed Holy Land. A careful study of all these religions reveals that no one ... than another. It is the fundamentalist or radical elements of any religion that are a danger to civil society. Again, a simple literature search easily reveals excellent expositions of this topic by R. Scott Appleby in his Strong Religion: The Rise of Fundamentalism around the World, and Religious Fundamentalisms and Global Conflicts.

You call for a dialogue between the Sunnis and Shiites to stop the killing. Hmm. This seems no more shameful than the bloody wars between the Catholics and Protestants, or the animosity among the Hasidic, Reform, and Orthodox Jews. Surely, an experienced pastor such as yourself is aware that all religions find it harder to get along with those who have variant beliefs about their own religion than among those of other religions.

You sarcastically dismiss the suggestion of theological equity between Christianity and Islam. Indeed, it is a serious and puzzling problem that the three Abrahamic religions cannot agree on what is sacred revelation and therefore what is authoritative. But all three religions call for repentance and reconciliation with the Creator God, and for charity to one's neighbors. The many parallels between Christianity and Islam are detailed in Rev. Baker's book, which was previously referenced. This is a must-read for a pastor such as yourself who attempts religious commentary.

You also mention the "Triumphalism of Islam," and question how God honors the intentions of the suicide bombers. Again, this is deceptively selective. Triumphalism has reared its ugly head in Christianity also, as detailed in the LA Times expose of the Trinity Broadcasting Network, defining Christian Triumphalism as a variation of the heretical prosperity doctrine. In each case, Triumphalism causes its adherents to blindly violate the rights of others and to turn a deaf ear to reasoned pleas. It is as lethal as its Jewish version, Zionism. Triumphalism in any ... leaders we are duty bound to oppose it.

I agree with you that imposing any political agenda — due to Triumphalism or any other distortion — in the name of God is small-minded. I would go even further and ...

You also refer to the "globalization of terrorism in the name of Islam," but this is a selective statement that falsely implies a cause and effect relationship between Islam and terrorism. The same inappropriate comparison can be made of Christianity during the Crusades, or the Jewish adoption of Zionism.

... say that it is unrighteous and shameful. Nevertheless, since good people on both sides vehemently disagree as to the will of Allah, it is even more important that rules of civility be observed.

As you may recall during the United States Civil Rights Movement of the 1960's, it was the Ku Klux Klan who misappropriated the Christian message in order to oppress certain segments of society. This abuse was tolerated by Christian moderates who valued order and comfort more than justice. It is significant that it wasn't the moderates who caused change, but those who practiced civility and non-violence (although they experienced violence in return). Yes, I would agree with you that Muslims should challenge fundamentalist Islamists in the same way that some Christians took on slavery, segregation, lynching, and social injustices.

As a Christian pastor, I encourage you to engage in dialogue that conforms to the pleas for civility that the Council on American-Islamic Relations (CAIR) called for at a news conference in October, to good scholarship, and to the rules of logic. Above all, let us stand shoulder to shoulder with the Muslim community in denouncing all forms of violence in the name of anyone's god.

And that is where I find that the cross meets the crescent.

*Rev. Connie Regener, a graduate of Fuller Theological Seminary in Pasadena, is a religious commentator in the Southland.*

Maher Azzawi D.D.S.
الدكتور ماهر عزاوي
Dentist
Laser, Digital X-Ray,
and all the latest dental technology!
www.DrAzzawi.com

# Ten-year-old Goes to College

By Sama Wareh

On a Wednesday evening, when children are playing outside or indoors on their Nintendo 64, Shabana Syed is rushing to make it to a digital electronics and chip design class at Harvey Mudd College in Claremont. But, the class is not for her. It is for her 10-year-old son, Daanyaal Syed.

Syed, a sixth grade student at Sierra Vista Elementary school, is one grade ahead at his elementary school and several steps ahead of his peers.

Syed, along with classmate Jake McLees, was selected to audit the college class for his skills in programming and algebra. Bonnie Fulmer, his fifth grade teacher, had arranged for a small group of her advanced students to do enrichment work with Harvey Mudd professor David Money Harris.

"They took to programming very quickly and went beyond the weekly projects to explore their own ideas," said Harris, who teaches the chip design class at the college. "I realized that they were capable of so much more than I could offer, and it was at this point that they were offered to take this class at Harvey Mudd."

125 college students applied for the class and only 14 students made it in. "They were the thirteenth and fourteenth," Fulmer proudly told InFocus. "They are treated as equals and do the same amount of homework and participate equally, if not more."

It came as no surprise for Syed's parents. "By the time he was three years old, he had already memorized a large deal of Latin words and their pronunciations," said his mother, Shabana.

Despite a high I.Q, Syed enjoys playing games and endures the burdens of peer pressure like any other kid. Syed's preferred hobbies include reading, playing chess, board games, and video games, but unlike other kids, he will hack into the video game instead of actually playing it.

"The biggest challenge that I think that I face at this age is trying to fit in and actually have some social status," Syed told InFocus. But at his elementary school, he seems to have no trouble with that, for he just got elected Student Body President. "In elementary school, it's not a problem, because everyone knows about me and really respects me and I have a lot of friends. I don't know if that will change in junior high as the peer pressure increases," Syed confided.

Syed is also quite the philosopher and offers this advice to parents, "I think that your kids should just try to be really determined to reach their dreams and always try their best. Allah has given everyone the same brain. It's how you use it that matters."

*10-year-old Daanyaal Syed attends a digital electronics and chip design class at Harvey Mudd College*

# Ramadan Brings Different Faith Groups Together

By Zainab Rhazi

*From left to right: Sherrel Johnson, Assistant to Director of Council on American-Islamic Relations (CAIR), Father José Magaña, St. Anthony Catholic Church, Rabbi Mark Goldfarb, Temple Israel*

A Catholic pastor, a Jewish Rabbi and a Muslim imam shared warm words, hugs and a meal in the first annual interfaith Iftar gathering organized by the Long Beach Islamic Center at the Marriott on October 5.

Father José Magana of St. Anthony's Catholic Church spoke about the importance of coming together as a community and teaching tolerance. He also apologized for the Pope's speech. Quoting from Pope John Paul II, Magana spoke about the respect he has for Muslims and their devotion to their faith. "The religiosity of Muslims deserves respect. It is impossible not to admire, for example, their fidelity to prayer. The image of believers in Allah who, almost without caring about time or place, fall to their knees and immerse themselves in prayer remains a model for all those who invoke the true God," he said.

SEE INTERFAITH IFTAR • PAGE 25

# Muslim Selected OC Bailiff of the Year

InFocus News Staff

On October 11, Deputy Anees Hakim was awarded the Bailiff of the Year Award for 2006 by the Orange County Chapter of the American Board of Trial Advocates (ABOTA). This award is presented annually to an Orange County Sheriff's Department Bailiff who consistently demonstrates outstanding professionalism and civility in performing his or her tasks. The members of ABOTA, and all litigants and their attorneys, appreciate being treated with courtesy, dignity, and professionalism, which Hakim exemplifies.

*Deputy Anees Hakim*

Hakim is the first American Muslim to receive this prestigious award and honor in Orange County. His career in law enforcement started in 1996 when he joined the Orange County Marshal's Department which merged with the Sheriff's Department in July 2000. Hakim has been assigned to the Honorable Judge David A. Thompson's Courtroom in Santa Ana Superior Court for the past five years.

# Competition Tests Islamic Smarts

More than 40 participants ranging from ages 13 to 17 took part in a religious quiz program entitled "Know Your Deen" at the King Fahad Mosque in Culver City on October 21. Abdurahman Lachgar, a 14 year-old student at Santa Monica College, secured the first place prize of $300. Second and third place winners were Sameer Ahmed and Sara Ihsan. The program was organized by Atif Akbar and focused on general questions on Islam, the Prophet Muhammad (pbuh), and Muslim history.

*Top: Preparing hard - Anum, Inayatullah, Faaizah Patoil, Hanna Yoseph, Mariam Faruqui, Noor Sulaiman, Sarah Ihsan, Sarah Yusuf, Irum Ahmed, Weida Sidiqi, Fatimah Muhammad, Umaymah Muhammad and Aishah Majeed. Left: Umaymah Muhammad thinks hard before giving her final answer to competition host and organizer Atif Akbar. Right: First place winner Abdurahman Lachgar shows off his prize of $300. (Photos by YKRB)*

# ISOC Celebrates 30 Years

By Radia Hussein

From first having prayers in a garage in Fullerton 30 years ago, to becoming the largest and oldest Orange County Islamic organization, the Islamic Society of Orange County (ISOC) has come a long way.

To celebrate 30 years of service to the community, about 600 people attend the ISOC fundraiser on October 15 in Buena Park.

The Garden Grove-based center consists of Masjid Al-Rahman and Orange Crescent School and provides other services such as a Muslim mortuary, Zakat to the needy.

*Attendees and guests*

SEE ISOC 30 YEARS • PAGE 17

# Plight of the Palestinian Children

By InFocus News Staff

On October 7, KinderUSA focused on the plight of Palestinian children at its fourth annual iftar and fundraiser in La Mirada.

Dr. Maher Hathout, the recent recipient of the Los Angeles County Commission on Human Relations; John Allen Buggs award, was the keynote speaker at the interfaith gathering.

With Palestinian unemployment at the highest levels ever, and an unrelenting siege by Israel, more than 60% of Palestinian children suffer from malnutrition and disease. One in every three children born in Gaza dies to lack of nutrition and medical supplies. Further complicating matters is the international effort to deprive the Palestinian people of much needed aid that they had been receiving.

SEE PALESTINIAN PLIGHT • PAGE 17

## HUMANITARIAN DAY

FROM PAGE 2

"And all this is Godsend. And I appreciate it."

Participating organizations included the Muslim American Society (MAS), Council (CPHD) and the Rahima Foundation.

It was organized this year in fourteen cities: Los Angeles, CA, Las Vegas, NV, Detroit, MI, Newark, NJ, Baltimore, MD, Baton Rouge, LA, Boston, MA, Chicago, IL, Dallas, TX, Houston, TX, New Orleans,

# Stunned City Mourns Killing of Afghan Woman

By Jonathan Jones and Ben Aguirre Jr.
Inside Bay Area

As Alia Ansari's body lay in a gray casket beside the still waters of Lake Elizabeth, a group of Muslim men knelt facing east toward Mecca and quietly prayed.

Behind them, another group gathered, many of them non-Muslims, to offer their own prayers according to their own faiths.

They came to Central Park, hundreds strong, for a memorial and Islamic prayer service to remember Ansari, a 38-year-old mother of six who was shot in the head last week as she walked with her 3-year-old daughter along a Glenmoor neighborhood sidewalk.

They came to embrace Ahmad Ansari, Alia's husband, whose eyes stayed downcast as he removed his leather sandals and joined the others to kneel on a checkered mat before God. The six children Alia left behind — ages 3 to 13 — stayed at home with their grandmother.

Speaking somberly in English and Arabic, Shaikh Hamza Yusuf, a well-known Muslim scholar who heads an Islamic study center in Hayward, called Ansari "a helper of God" and asked that her death not be in vain.

"Our sister Alia Ansari was a beneficial servant," Yusuf said to the community, which included rows of Muslim men, some sitting on prayer rugs, others on the grass. "She was serving her family. She was serving her children, and she was serving her community. She preferred others even in the moment of death."

According to witnesses, a dark-skinned man who was either black or Latino drove up to Ansari and shot her in the head, police said. She was pronounced dead at the scene.

Some witnesses told police they heard multiple shots and saw the man flee in a black Toyota Tercel or BMW with a rear spoiler, but at least two witnesses told The Argus they heard only one shot.

Muslims and non-Muslims came to show solidarity at Alia Ansari's funeral.

Officers nearby arrested Urango, 27, whose clothing and vehicle matched the description of the assailant, on an unrelated parole violation. He has been labeled a "person of interest" in the daytime killing, and is being held at Santa Rita county jail in Dublin. [illegible]

Police have not released any new information about the slaying, which has touched a nerve in the community, home to one of the largest Afghan populations in the country.

Last weekend, two churches, two schools and a business in the Centerville district near the crime scene were spray-painted. Four of the sites were tagged with references to an old Afghan gang, and one — at Centerville Presbyterian Church — made a direct reference to Ansari.

Police have yet to determine a motive in the killing, though some family members believe it was a hate crime because Ansari was wearing a hijab, a traditional Muslim head scarf.

On Friday, though, Yusuf said he hoped Ansari's death would serve as a symbol for the community "to unify (and) take care of each other, to protect our women and children (and) the weak among us."

Despite earlier concerns raised by some Afghan elders about the public nature of the event, most in attendance said they were encouraged by the number of people from various faiths and religious organizations who attended Friday's memorial service.

"This is a good show of support," said Sohaila Azimi, a health coordinator for the Afghan coalition.

Sisters Charlotte Shea, Jarleth McGrath and Florence Cumbelich of the Dominican Sisters of Mission San Jose said they heard about the slaying and wanted to be part of the memorial regardless of what faith was being practiced.

Herman Rosenbaum, among about six members of the Jewish Community Relations Council's Islamic Networks Group coalition who attended the gathering, said they came to support Muslims and the victim's family.

Abdullah Kazem, 56, of San Jose, leader of the Afghan Elders Association of the Bay Area, said he fears that being "showy" about Islam in the United States — with various Muslims and Christians "grandstanding about their political agendas and talking about Alia as if she were a religious martyr" — will bring trouble for Afghans from "radicals" in Afghanistan.

Community members pray at Alia Ansari's funeral. Alia was shot in the head in what community members say was a hate crime.

Still, Kazem went to the service, showing up an hour early.

City leaders, including Police Chief Craig Steckler and Mayor Bob Wasserman, also attended.

Earlier in the day, members of the Council on American-Islamic Relations met with police to discuss the case.

Abiya Ahmed, a spokeswoman for the group's Bay Area chapter, said they came away from the meeting "reassured that the police are doing all they can to get to the bottom of this crime."

The group also is planning to hold an open forum in Fremont next week to discuss the case, Ahmed said, because "there's a gap between what's happening in the investigation and what's getting back to the community."

Wasserman said the memorial service was not only [illegible] but that it was moved from a [illegible] mosque to an open space such as Central Park so that everyone could have the opportunity to attend.

Longtime Fremont resident Zain Ali said he could not remember such a public demonstration of support for a Muslim family.

"To see the community and city officials here voicing their sympathy is really amazing," Ali said. "It hasn't happened before like this. The fact that the community has come together to stand behind this family really shows the unity and the diversity of Fremont."

When the prayers were completed, people lined up beside the hearse to give their condolences as boxes were passed around for donations for the Ansari children.

Afterward, a white hearse took Ansari's body to San Francisco International Airport. The family will fly the body back to her hometown of Maz-e Sharif for burial.

To donate to a fund for the Ansari children, checks can be made out to the "Ansari Family" at Washington Mutual, Account No. 3091558890, and at Fremont Bank, Account No. 6541477. (IL)

MediaNews staff writer Lisa Fernandez contributed to this [illegible]

# Indian Community Burgeoning in America

By Erin Texeira
Associated Press

The train station billboards tell it all.

Local travel agents promise the best airfares from New York to Mumbai. Shagun Fashions is selling dazzling Indian saris. And DirecTV offers "the six top Indian channels direct to you."

Roughly every third person who lives in Edison, a New York suburb, is of Asian Indian ancestry. Many are new immigrants who have come to work as physicians, engineers and high-tech experts and are drawn to "Little India" by convenience — it's near the commuter train — and familiarity.

Although a steady stream of Indians have settled in the U.S. since the 1960s, immigrants positively poured into the country between 2000 and 2005 — arriving at a higher rate than any other group.

Not only is the Indian community burgeoning, it's maturing. Increasingly, after decades of quietly establishing themselves, Indians are becoming more vocal in the American conversation — about politics, ethnicity and many other topics.

"I've been studying the community for 20 years and in the last four or five years something different has been happening," said Madhulika Khandelwal, president of the Asian American Center at Queens College in New York. "Indian-Americans are finally out there speaking for themselves."

A sign at Little India in Artesia, California testament to the growing Indian community in America

Roughly 2.3 million people of Indian ancestry, including immigrants and the American-born, now call the U.S. home, according to 2005 Census data. That's up from 1.7 million in 2000.

They have big communities in New Jersey, New York, California and Texas, and their average yearly household income is more than $60,000 — 35 percent higher than the nation overall. Indian Americans, along with Indian expatriates worldwide, sent about $23 billion back to India in 2005, World Bank data show.

And so when Virginia Sen. George Allen (news, bio, voting record) was caught on video in August calling an Indian American man "macaca" — a type of monkey and an offensive term — the community quickly responded.

Within days after the reports emerged, Sanjay Puri, founder of the U.S. Indian Political Action Committee, and other Indian leaders in the Washington, D.C., area requested and got a lengthy meeting with Allen, Puri said. The senator publicly apologized.

Many Indian immigrants arrived in the U.S. focused almost entirely on individual success — getting a top-notch job, making good money and pushing their children to do the same.

But things are changing. After the Sept. 11 attacks, many Indian Sikhs, who wear turbans as part of their faith, were mistaken for Muslims — and terrorists. Hundreds were harassed or worse: In Mesa, Ariz., a Sikh gas station owner was shot and killed on Sept. 15, 2001, by a man who told police "all Arabs had to be shot."

Few knew their rights because few had been engaged politically, said Amardeep Singh, executive director of The Sikh Coalition in New York.

"We were caught with our pants down," he said. "Sept. 11 created a confrontation. We realized we now need to actively involve ourselves in the policy-making process. Otherwise policies will be made that exclude us."

The group now has two bills pending in the New York city council — one would allow city employees to wear turbans and the other would make city officials craft plans to prevent hate crimes if another terrorist attack happened. The community recently saw three Sikhs elected to low-level offices around the city. "It's a good first step," Singh said. [illegible]

Indians also are working outside politics to influence broader society. They are overrepresented among college professors, engineers and technology workers. Between 10 percent and 12 percent of all medical school students are Indians, according to the American Association of Physicians of Indian Origin, the biggest physicians' group in the nation after the American Medical Association.

Indian filmmaker Mira Nair

Half of all motel rooms in the nation are owned by Indians, according to the Asian American Hotel Owners Association.

There are novelists, including Pulitzer Prize winner Jhumpa Lahiri of Brooklyn; filmmakers like Mira Nair, whose "The Namesake," based on Lahiri's novel and distributed by Fox Searchlight Pictures, is due in theaters next spring; and prime-time television stars such as Parminder Nagra on "E.R." and Naveen Andrews on "Lost."

Many of these things are converging around the same time, so it all adds up," Khandelwal said. "It seems like every other day there's a big book or movie or high-profile accomplishment."

With rapid growth, the community is becoming more complex.

Layered atop the dizzying diversity of India itself — there are dozens of languages, and distinct regional differences in culture, politics and cuisine — are growing class differences among Indian-Americans.

About one-tenth live in poverty, and as many as 400,000 are undocumented, said Deepa Iyer, executive director of South Asian American Leaders of Tomorrow, in Takoma Park, Md.

Such topics are often discussed in New Jersey, home to 170,000 Asian Indians as of Census 2000. Many have fresh memories of gangs of anti-Indian white youth in the late 1980s in Jersey City — then the nexus of the state's Indian community — who called themselves Dotbusters, referring to the decorative bindi some Hindi women wear between their eyebrows. In 1987, a finance manager was beaten to death with a baseball bat while his attackers shouted "Hindu! Hindu!"

Desai, the immigration lawyer, has lived in New Jersey since she was 3, and said she sees many signs of positive change compared to a generation ago.

"We've made an impact in all sorts of things, and now you even have people knowing about our holidays and our culture," she said. "Things are different now. We're more [illegible]"

"Why do they harass us at the airport?"

"Why do people vote against us?"

"Why aren't our voices being heard?"

"Why don't they listen to us?"

"How can I protect the rights of immigrants?"

"Why do they link Islam with fascism?"

"How can I get off the [illegible] list?"

"Why did we invade Iraq?"

"Why do we send missiles and not [illegible] to the Middle East?"

"How did they get away with... [illegible]"

# If you don't vote don't complain

REGISTER TO VOTE

www.cair-california.org

CAIR

www.cair.com