Southern California InFocus | **NATIONAL** | November 2006 **9**

# Third South African Muslim Deported from US in Past Month

By Roxx Van Zyl and Tom Mapham
Daily Dispatch and News Agencies

A storm is brewing after leading South African academic and Muslim, Professor Adam Habib, was deported from the US on October 21.

Habib, executive director of the Human Sciences Research Council's Democracy and Governance Research Programme, was questioned for more than seven hours at John F Kennedy International Airport in New York.

He was then revoked and he was escorted back to a plane by armed guards and deported.

Habib is the third South African Muslim to be deported from the US in the past month.

South African human rights activists, including Muslim groups, have reacted with outrage, calling on the US to justify their actions.

Habib told the Daily Dispatch that on his arrival in the US, officials pulled him

aside and asked whether he knew any terrorists or if he belonged to any terror organization.

"They asked me if I was a terrorist and I said no. Then they asked if I had ever been in prison and I said yes, I was politically detained by the apartheid government," he said.

Habib, who has not been given a reason for his deportation, said he felt his "personal right" were severely infringed. "You can't just deny someone access to a country and not give them any reasons why. It's like you access someone, but you don't tell them what for," he said.

Habib's ordeal started on Saturday when he arrived in New York with an HSRC delegation scheduled to meet officials of a number of US institutions, including the



*South African human rights activists are outraged at Professor Adam Habib's deportation*

National Institute of Health, the Center for Disease Control, the World Bank, Columbia University and some donor agencies. It came "out of the blue. I have a 10-year multiple entry visa issued three years ago. The last time I traveled to the US was in 2004 and I did not have any problems."

In 2002 and 2003 the Financial Mail described Habib as one of the 300 most influential black opinion makers in South Africa.

Habib said he had visited the US more than 20 times previously for work and personal reasons without any problems.

Also on the same day, Muslim scholar Fathur Rahman Azmi was detained by officials from US Customs and Border Protection when he arrived at San Francisco International Airport from London to lead prayers in Ramadan.

Azmi, who had made previous visits to the country as recently as April without

problems, was questioned for hours before being denied entry and sent on a plane out of the country on Saturday, the group said.

Azmi, a 60-year-old diabetic, told the Council on American-Islamic (CAIR) relations that he was "put in jail" and treated "like I did a big crime" despite the fact that he was never informed why he was refused entry. He said he only ate bread during his time in detention and that he slept in a chair Friday night.

The way visiting Islamic leaders are treated by American authorities can send either a positive or negative message to Muslims worldwide," CAIR spokesperson Ibrahim Hooper said in a statement. "So far, the message in this case has been negative."

In September, another Islamic scholar from South Africa, Ismail Mullah, was denied entry into the country when he arrived at Dulles International Airport for a trip to visit Muslims in northern Virginia.

# Mobilized US Muslims Decisive Voting Block

By Sahar Kassaimah
IslamOnline.net

With over two million registered voters and growing political awareness, experts believe American Muslims could affect the outcome of the upcoming mid-term elections, especially in heavily Muslim-populated districts.

There are several states in which, given the size of the Muslim population and the size of the political core, that large Muslim voter turnouts could make a difference, Mahdi Bray, the Executive Director of the Muslim American Society Freedom Foundation (MAS), told IslamOnline.net.

Some of those states are Virginia, New Jersey, Maryland, Texas, Florida,



*Hussam Ayloush, Executive Director of the Council on American-Islamic Relations (CAIR)*

Arizona, California, Ohio, Pennsylvania, New York, Illinois, and Minnesota," he said.

"Additionally, if one factor in voter apathy among many non-Muslim Americans, large Muslim voter turnout becomes even more significant," asserted Bray.

Hussam Ayloush, executive director of the Council on American-Islamic Relations at Los Angeles, agrees.

"In certain portions of the country, where American Muslims are concentrated such as Dearborn, Michigan, they can make a difference and change the side of politics in their favor," he told IOL.

estimated at between five and seven millions, have already set up voter registration booths in mosques across the country to encourage fellow Muslim voters to sign up for the mid-term elections.

They have also established a website to enable online registrations. There are over two million registered Muslim voters in the United States.

All 435 House seats, 34 of 100 Senate seats and 36 governorships are up for grabs in November elections.

A new poll by CAIR, the largest Muslim civil advocacy group in the US, shows the Muslim community has changed its great deal since supporting Republicans in 2000.

The wars in Iraq and Afghanistan, the staunch support for Israel especially during the recent Lebanon war, the suspension of civil rights and the war on terrorism, increasingly perceived by Muslims as a war on Islam, and personal Islamophobia

are critical issues that haven't been resolved to Muslim Americans' satisfaction," said Ayloush.

"These issues will help rally Muslim Americans to become more politically active," he asserted.

The CAIR poll was based on interviewing 1,000 registered Muslim voters. Eighty nine percent of those surveyed said they vote regularly.

Bray also believes that American Muslims are highly motivated to be more politically active. "They recognize that if they don't want to be second class citizens in their own country then they have an option but to be politically active."

The latest poll commissioned by CAIR is a good example and goes to show that Muslim Americans and Muslim political parties are issue-oriented instead of being —

SEE MOBILIZED MUSLIMS — PAGE 10

# 40% Believe Israel Lobby Key Factor in Iraq

[bar chart]

CNI

A new poll commissioned by the Council for the National Interest Foundation shows that a significant number of Americans are wary of the power of the Israel lobby, and believe it is behind the invasion of Iraq and the current belligerent tone of the White House and Congress toward Iran.

The poll, which was carried out by Zogby International, reveals that 39% of the American public "agree" or "somewhat agree" that "the work of the Israel lobby on Congress and the Bush administration has been a key factor for going to war in Iraq and now confronting Iran." However, a similar number, 40%, "strongly disagreed" or "somewhat disagreed" with this position. Some 20% of the public, or more than one in five, were not sure.

The poll suggests that the espionage charges against two employees of the American Israel Public Affairs Committee (AIPAC) and the publicity given to a new study of the power of the Israel lobby by two mainstream academic professors has had an effect on people's awareness of the lobby.

The academic study, done by Professor John Mearsheimer of the University of Chicago and Professor Stephen Walt of

Harvard University, was published in the London Review of Books in March 2006, and was the subject of a recent debate at Peter Cooper Union that included Professor Mearsheimer, Prof. Rashid Khalidi (Columbia University), and Prof. Tony Judt (New York University) and three influential pro-Zionists, Martin Indyk, Dennis Ross, and Shlomo Ben-Ami.

The poll's details show that 45% of Democrats tended to believe that the lobby was influential in the decision to go to war in Iraq while 45% of Republicans tended to believe it was not.

Along religious lines, while Protestants tended to be evenly divided on the role of the Israel Lobby in the Iraq invasion, 49% of Catholics tended to see the lobby's hand in the invasion, while 77% of Jewish Americans overwhelmingly disagreed with the premise. Among ethnic groups, Hispanics (53%) believed that the lobby's role was influential.

Among age groups, 50% of those between the ages of 18 and 29 agreed that the Israel lobby had a hand in forming the current pre-war policy. As one might expect, those who call themselves progressive (49%) or liberal (52%) also agreed in the role of the lobby, while "moderates" (42%) and "very conservative" (44%) people disagreed with the idea, as did a significant percentage of college graduates (44%).

Eugene Bird, president of CNI Foundation, commented about the poll. "It demonstrates the need for widening the circulation of information about the role of the Neocons and the pro-Israel lobby in the corridors of power during the lead-up to the invasion of Iraq in 2003."

Some 1,035 people participated in the poll, which was conducted in every part of the country.



# HARWELL & WAHID
## An Affiliation of Independent Attorneys

**We Care!**

18 Carson Street, Suite 320
Torrance, California 90503, USA

**310-793-4070**

Email: harwell@earthlink.net
Website: http://www.harwellwahid.com

**We Will Continue to Serve Clients in the Areas of:**

- Immigration and Nationality Law
- Business Transactions and Business Litigation
- Collections
- Personal Injury and Accidents
- Real Estate Transactions and Real Estate Litigation
- Incorporation, LLC and Partnership Formation
- Wills, Trusts, Conservatorships, Probate
- Trademark Registration

ACLU-965

**10** November 2006

## NATIONAL

Southern California InFocus

# Soros-backed American Jews to Launch new Mideast Initiative

By Foreign News Desk
saman.com

The Israeli attacks on Lebanon that were quietly supported by the United States sparked hot debates on Israeli-American relations inside the American Jewish community.

The *Financial Times* claimed that some Jewish circles in the United States are trying to organize a new Jewish lobby that will spend efforts to maintain peace between Israel and Palestine. The paper also noted that the new initiative to be called "The New Israel Project" will be backed by the reputed Jewish tycoon George Soros, also known for his opposition to the U.S. President George Bush.

The paper reported on October 24 that within the Jewish community in the United States,



*Renowned Jewish tycoon George Soros, will be backing a new U.S. lobby that will counter the existing pro-Israeli lobbies in proposing a two-state solution and bringing peace to the region.*

a new initiative was launched with the support of Soros and Palestinians to lobby for a viable peace accord. According to the report, the new group, which will be designed as an alternative to other U.S. Jewish lobbies, will be lobbying for an initiative that will propose a two-state solution, and involve the United States. "The *Financial Times*, which asserted that the new structure might rival the most influential U.S. lobbying institution, the American-Israeli Public Affairs Committee (AIPAC), also noted that the leaders of this initiative, however, denied the allegations of the sort. An organizer of the proposed "New Israel Project", Jeremy Ben-Ami said. "The Lebanon conflict provided a sense of urgency to discussions. The discussions

represent a new effort to promote the perspective in the Jewish community that Israel's security depends on ending the Palestinian conflict peacefully. We deeply care for Israel. The Lebanon conflict shows the dangers facing Israel and its need for peace as quickly as possible."

David Elcott from the U.S. Jewish Congress, Morton Halperin, former State Department foreign policy analyst and executive of the Open Society Institute chaired by Soros; and Debra DeLee, Chair of the Peace Now! Organization, were listed by the paper among the supporters of the new project. It is expected that George Soros, who has been criticizing Israel's tactics against Hezbollah while seeking a political settlement with the Palestinians, will express support for the project.

The discussions over American-Israeli relations were resumed by John Mearsheimer from the University of Chicago and Stephen Walt from Harvard University, who stated in their article on the influence of the Israeli lobby published in March that Israel blockaded the United States by all means, and that no U.S. administration could ever take a step not favored by Israel.

local, state and national political campaigns.

"A select few, and of these political novices, should never draw the community's endorsement without a broad base of participation and the consultation of many of us who have been doing political work for years."

## MOBILIZED MUSLIMS
FROM PAGE 1

quity-oriented," Ayloush said.

The CAIR poll showed that 42 percent of respondents were Democrats and 17 percent Republicans, while some 25 percent ... had no party affiliation ...

## IRAQ WAR
FROM PAGE 14

Dr. David Bush presented the ... ... organized by the Physicians for Social Responsibility (PSR).

Other speakers also emphasized the dire situation.

"For the Iraqi people, it's a disaster, and medical care is worse," said neurosurgeon Dr. Gene Bolles.

"Any American who goes to Iraq for just fifteen minutes will know and want US troops to come back home," Dr. Dahlia Wasfi told InFocus. After completing two trips to Iraq since the 2003 "Shock and Awe" campaign led by the Bush administration, Dr. Wasfi had put her medical career on hold and founded libertothis.com to educate Americans about the war.

According to Wasfi, Iraq's

... noted for Republican presidential candidate George W. Bush, but switched to support the Democrats in 2004 to protest what they saw as Bush's anti-Muslim policies.

"The lesson of the 2000 ... ... that a lost cause ... from ...

... women, substation abuse, suicide, and infertility issues ...

In one counseling session, Dr. Young was told by a female veteran, "The only fabric I am comfortable with is Kevlar." Dr. Young said that female veterans are not able to adapt to motherhood because they are afraid of being too attached. Sixty percent of veterans with brain injuries end up being divorced by their spouse.

According to Congressman Bob Filner, senior democrat on the Committee on Veteran's Affairs, the U.S. is spending one billion dollars every two and half days to fight Iraq. "And they can't spend at least one billion on veterans returning home?" he asked.

"I would recommend we become proactive and stay this war," said Dr. Bolles.

PSR is a non-profit advocacy organization with more than 30 offices nationwide.

# Rising Star Obama Weighs White House Run

Associated Press



Sen. Barack Obama acknowledged Sunday he was considering a run for president in 2008, backing off previous statements that he would not do so.

The Illinois Democrat said he could no longer stand by the statements he made after his 2004 election and earlier this year that he would serve a full six-year term in Congress. He said he would not make a decision until after the Nov. 7 elections.

"That was how I was thinking at that time," said Obama, when asked on NBC's "Meet the Press" about his previous statements.

"Given the responses that I've been getting over the last several months, I have thought about the possibility" although ... ... running for office ...

Obama was largely unknown outside Illinois when he burst onto the national scene with a widely acclaimed address at the 2004 Democratic National Convention.

In recent weeks, has pushed closer to his being ... a potentially viable ... candidate for president in 2008 ... former Virginia Gov. Mark Warner announced earlier this month that he was bowing out of the race.

# US Muslim Charity Aid Worker Killed in Iraq

Associated Press

A key staffer for a Muslim humanitarian organization based in suburban Detroit was slain in his native Iraq, the group said Monday.

Abdul-Sattar Abdullah Ali Mashhadani was killed October 7 on a checkpoint run by one of the sectarian militias in Baghdad.



*After meeting with Osama, Abdul-Sattar Al Mashhadani was killed at a security checkpoint on October 7.*

Mashhadani, 43, was the director of programs for the group's Baghdad office. He oversaw projects including the opening of medical clinics, renovating schools and completing 30 major water treatment plant project in southern Iraq in partnership with UNICEF.

Al-Mashhadani was the first LIFE staffer to be killed during the sectarian violence in Iraq, spokesman Mohammed Alomari said.

Survivors include Al-

Mashhadani's pregnant wife, four children and three brothers. He was buried October 9.

"Our staff members in Iraq are really risking their lives everyday to help needed humanitarians work that the country desperately needs," said Khalid Jarusami, the charity's chief executive. "It's the end." Abdul-Sattar paid the ultimate price. He will be greatly missed."

FBI agents ... searched Life's Southfield offices on Sept. 18, seizing computer servers, donor records and other financial documents. They also searched the homes of the charity's chief executive, an ex-employee and two board members.

No charges have been brought in the case. Life has sought to reassure the Detroit area's Muslim community that it is a legal to donate money to the organization, which was founded in 1992 by Iraqi immigrants.

# Jarir Bookstore
www.JarirBooks.net

Our unique selection includes Arabic & English...
are you looking for...

Islamic, Poetry, Islamic Education, Arabic literature...
Children individual titles of Arabic literature...
DVDs to educate or just to entertain...
Decorative items including beautiful calligraphy for your home...
And if you can't find it in the store...
Then we invite you to browse our website or visit our store located on Brookhurst & Katella...

1-877-90-JARIR

11107 Brookhurst St. Garden Grove, CA 92840 Tel: (714) 539-8100

ACLU-966

Southern California InFocus     **INTERNATIONAL**     November 2006   **11**

# Israel Used Phosphorous Bombs in Lebanon

By Ramit Plushnick-Masti
Associated Press

The Israeli army used phosphorous artillery shells against Hezbollah guerrilla targets during their war in Lebanon this summer, an Israeli Cabinet minister said October 29, confirming Lebanese allegations for the first time.

Until now, Israel had said it only used the weapons — which cause severe chemical burns — to mark targets or territory, according to Israeli media reports. The Geneva Conventions ban using white phosphorous against civilians or civilian areas and Israel said the weapons were used solely against military targets.

Cabinet Minister Jacob Edery said Israel used the weapons before an Aug. 14 cease-fire went into effect, ending its 34-day war against Hezbollah. Edery's spokeswoman Orly Yehezkel said he was speaking on behalf of Defense Minister Amir Peretz.

"The Israeli army holds phosphorous munitions in different forms," Edery said. "The Israeli army made use of phosphorous shells during the war against Hezbollah in attacks against military targets in open

ground."

The Lebanese government accused Israel of dropping phosphorous bombs during the war. Edery did not specify where or against what types of targets the shells were used.

White phosphorous is a translucent wax-like substance with a pungent smell that, once ignited, creates intense heat and smoke.

The United States acknowledged last year that U.S. troops used white phosphorous as a weapon against insurgent strongholds during the battle of Fallujah in November 2004, but said it had never been used against civilian targets.

Israel is a signatory to the Geneva Conventions. The Israeli military said in July its use of weapons "conforms with international law" and it investigates claims of violations based on the information provided.

Overall, more than 1,200 civilians were killed on both sides during the conflict, which started with Hezbollah's kidnapping of two Israeli soldiers in July.

Israel has been accused of firing as many as 4 million cluster bombs into Lebanon during the war, especially in the last hours before the cease-fire. U.N. demining experts say up to 1 million cluster bombs failed to explode immediately and continue to threaten civilians.

On October 29, a cluster bomb exploded in a southern Lebanese village, killing a 12-year-old boy and wounding his younger brother, security officials said. At least 21 people have been killed and more than 100 wounded by cluster bombs since the end of the war, the U.N. Mine Action Center said.

## Bangladeshi Bank Wins Nobel Prize

Aljazeera



Muhammad Yunus

The Nobel peace prize has been jointly awarded to the economist Muhammad Yunus and the bank he founded, which provides loans to the rural poor of Bangladesh.

The Grameen bank and its creator were praised by the Nobel committee for their efforts to help "create economic and social development from below" in their home country by using innovative economic programs such as micro-credit lending.

"Across cultures and civilizations, Yunus and Grameen Bank have shown that even the

poorest of the poor can work to bring about their own development," the Nobel committee said in a statement.

"Lasting peace cannot be achieved unless large population groups find ways in which to break out of poverty. Micro-credit is one such means," the statement said.

Yunus himself told Norway's NRK public television that he was "delighted, really delighted."

"You are endorsing a dream to achieve a poverty-free world," he said.

The 66-year-old economist said he would use part of his share of the award money to create a company that would make low-cost, high-nutrition food for the poor and the rest would go toward setting up the hospital for the repayment rate.

Yunus has drawn praise for giving loans to poor Bangladeshi women which help pull them out of poverty.

Grameen Bank, which was founded by Yunus in 1976, provides credit to "the poorest of the poor" in rural Bangladesh, without any collateral, according to its website.

Loans average about $200 and go towards buying items such as cows to start a dairy, chickens for an egg business, or cell phones to start businesses where villagers who have no access to phones pay a small fee to make calls.

As of May 2006, it had 6.6 million borrowers in 71,371 villages, 97 percent of whom are women, the website says.

Grameen, which means rural in the Bengali language, says it encourages social responsibility. The model are hard to argue with that banks help in taking up their repayment rate.

The Nobel prize, an international award administered by the Nobel Foundation in Sweden, are awarded for achievements in physics, chemistry, physiology or medicine, economics, literature and for peace.

### Micro-Credit Helps Egyptian Women

<span>(lower portion illegible — ad/print noise)</span>

**12** November 2006    **INTERNATIONAL**    Southern California InFocus

## Musharraf Defends Pakistan School Attacks

*News Agencies*

Pakistan President Pervez Musharraf defended the October 30 army action against an Islamic school which killed 80 alleged terrorists, as Islamists across the country protested what their top leader called "the unpardonable crime."

Musharraf told an international gathering in Islamabad that anyone saying those killed in the airstrike on the madrassa were innocent "is telling lies."

"They were all militants. They were doing military training there. We were watching on them for last six, seven days and we know who they are and what they were doing," the president said.

Thousands of Pakistanis protested the missile strike in several rallies on October 31. Speakers declared it was a U.S.



*Leaders and activists of a political party protest in Hyderabad against the air strike on a seminary in Bajaur.*

attack, with Pakistan participating in the operation in order to hide the Americans'

role.

US television channel ABC News reported that a US Predator drone had fired the missiles that destroyed the Chinagai madrassa in Bajaur tribal region, which borders Afghanistan's.

The NWFP Assembly set aside routine work on Tuesday to debate the attack on madrassas. Some speakers alleged that the US carried out the attack to sabotage the peace deal with the Bajaur tribes.

They rejected Musharraf's claim that the school was being used for terrorist training. No arms were recovered from the destroyed madrassa, they pointed out. Even if those inside were identified as terrorists,

as claimed by Musharraf, they should have been taken into custody and prosecuted in courts of law, provincial lawmakers said.

The White House said that it supported Pakistan's deadly air raid on an Islamic school and praised President Pervez Musharraf for showing "determination" to fight terrorism.

"There was a strike and it was intended to go after Al-Qaeda. And the Pakistani government did it on the basis of intelligence that it had gathered and we support them in this," said spokesman Tony Snow.

Human Rights Watch and Pakistani politicians meanwhile called for an independent probe into claims that the 80 people who died in Monday's strike in Bajaur tribal agency were all students and teachers.

## Eid in Europe

### Happy Eid for Spanish Muslims

*By A-Amin Andalusi, IOL Correspondent*

Eid Al-Fitr was a bit different this year for Spanish Muslims after two years of police arrests, vile media campaigns and suspicious looks from fellow Spaniards.

The government seems ready to turn a new leaf in its relations with the Muslim minority, deciding to allocate cash for the main representative Muslim body on par with Christians and Jews.

The decision: put on ice since 1992, is expected to enter into force in 2008, according to ABC newspaper.

Though it is not clear how much the government would set aside for Muslims, the move is a significant goodwill gesture towards much stereotyped Islam, the second religion in Spain after Catholic Christianity.

Spain has a Muslim minority of about 800,000 people out of a total population

of 40 million.

Unlike in the past few years, Spanish media objectively covered Muslim activities during the last days of the holy fasting month of Ramadan.

Reporters and editors left their desks and interviewed Muslims in areas with dense Muslim population to convey unvarnished facts about Muslims to fellow countrymen.

Some TV channels have also aired short documentaries on preparation for Eid Al-Fitr, one of the two most important Islamic celebrations, together with Eid Al-Adha.

### French Dwarfs Arabic in Eid Greetings

*By Hadi Yahmid, IOL Correspondent*

"Bonne Fete" [Happy Eid] has become the favorite Eid greeting for the second and third generations of French Muslims, eclipsing traditional Arabic ones used by their parents and grandparents.

"It is obvious from the outpour of text messages I have received that French greetings like "bonne fete" have replaced



*Cordoba Mosque in Spain*

traditional ones like the Algerian Eid "Bisas [May God bless you]' Eid," Murad Alami, a Muslim activist, told IslamOnline.net on Monday, October 23, the first day of Eid Al-Fitr in France.

Though the Arabic world Eid has entered the French lexicon and is used by politicians to wish Muslims a happy Eid, "bonne fete" has become the favorite among the younger generations.

There are approximately 500,000 French

of Moroccan background and 500,000 of Tunisian origin. The rest of the sizable Muslim minority hails from Turkey, Pakistan, India and South East Asia.

### Eid Comforts Italian Muslims

*By Hadi Yahmid, IslamOnline.net*

The three-day Eid Al-Fitr brought a long-lost smile to the faces of many Italian Muslims who have had a very hard time with rising Islamophobia in the southern European country.

"We are resolved to leave behind continuing media onslaughts against Islam and enjoy the Eid," Ali Abu Oshwaima, the director of the Islamic Center in Milan, north of Rome, told IslamOnline.net.

"All Muslims in Italy should use Eid to wash away their problems." Italy has a Muslim population of about 1.2 million, including 20,000 reverts, according to Terrorism, violence, Islam and Muslims have been making headlines recently in Italy.

Le-Stampa newspaper ran a story on Friday, October 20, on the new controversial movie "Propaganda" by Gianfranco Fini which associates Islam with violence.

Publishing a report on the arrest of Pakistani currency smugglers, the local Stadia Milano used a photo of a praying Muslim to run with the story.



جميع انواع التأمينات
جميع انواع الاعمال العقارية
شركة اللاتي

**Worker's Comp**
**Business General Liability**

**714-956-2222**

بدل بدلاتي

التأمين على السيارات والمنازل والصحة
**AUTO, HOME, BUSINESS, HEALTH**



*Aisha's Mane Objective Beauty Salon*

BRIDAL MAKE UP
FLOWER
ARRANGEMENT
WEDDINGS

Auto Accidents
Medical Malpractice
Theft Offense
Assault & Battery
DUI & DMV
Immigration

**MASHNEY**
LAW OFFICE

(714) 535-5000
(888) 656-3678

www.MashneyLaw.com    Trust@MashneyLaw.com
501 NORTH BROOKHURST STREET, SUITE 306, ANAHEIM

Southern California InFocus ADVERTISEMENT November 2006 13



With our jewelry, your special occasions become priceless

Raj Jewels

(562) 809-9378

18608 Pioneer Blvd
Artesia, CA 90701

ACLU-969

# Dubai Tours Offer Positive View of Islam

By Jim Krane
Associated Press

With tensions high between the Western and Islamic worlds, Dubai's leaders are trying to help with an unusual new form of tourism in this Gulf Arab boomtown best known for shopping and sunbathing.

Dubai's leader, Sheik Mohammed bin Rashid Al Maktoum, is funding mosque tours for Western visitors that aim to clear up misconceptions about Islam, especially that the religion condones violence. The ultimate goal is defusing strains between Muslims and Christians that rose after the Sept. 11, 2001 attacks in the United States, and the war in Iraq.

The hope is that tourists can spread understanding of Muslims in their home countries.

"They are our messengers," said Abdulla K bin Eisa al-Serkal, a 40-year-old real estate salesman who moonlights as director of the Sheik Mohammed Center for Cultural Understanding.

The tours of Jumeirah Mosque have grown over a decade from irregular gatherings of a dozen people to five-times-weekly tours of a hundred or more.

Now, the government-linked center wants to expand inside the United Arab Emirates and beyond with an eye on the more than 1 million Westerners, mostly Europeans, who visit every year. It has budgeted $2.7 million for a multimedia center devoted to Islam and Arab culture at the mosque. The center is also expanding tours to seven more mosques in Dubai and Abu Dhabi, capital of the Emirates.

On a recent Sunday, about 100 Western tourists reclined on a [illegible]

Jumeirah Mosque, Dubai

perfumed carpet under the soaring dome of the Jumeirah Mosque to listen to al-Serkal describe the beliefs of 1.6 billion Muslims with references to common themes in Judaism and Christianity.

He explained the idea behind Ramadan fasting — sacrificing "things you like" — and demonstrated Muslim prayer technique: standing, bowing, kneeling, sitting and then pressing his forehead to the carpet.

Then he revealed the contents of his prayers. Standing, he cleared his mind of anything related to work. Kneeling, he recited a bit of the Quran. Prostrate, he whispered "glory to God in the highest." And sitting, he prayed for his parents.

Tourists had plenty of questions, asking about the differences between Sunni and Shiite sects and between Christianity and Islam, as well as Islam's problem with violent extremists. Two of the 19 hijackers in the Sept. 11 attacks were from the Emirates.

Briton Steve Smith, 63, who works for the London Underground train system, said al-Serkal's message didn't explain how suicide bombers could use Islam in 2005 to justify killing 52 [illegible] commuters.

"This message is all peace and happiness. As an English person I see the bad side of it. How can you equate one with the other?" Smith asked.

Al-Serkal said Muslim lands suffer from extremist "psychos and crazy people."

It isn't just tourists who seek answers about Islam in Dubai. The Jumeirah mosque recently hosted 180 U.S. Navy sailors and an American businesswomen's group.

The center has managed to turn its Ramadan fast-breaking dinners into a vogue event for Western diplomats and dignitaries.

Eventually, the center wants to open branches in Europe and North America. Al-Serkal stressed that he wants only to improve the West's view of Islam, not chase converts.

Al-Serkal's message did make some headway. Belgian Loïc De Busscher, 43, and his Slovak wife Zdenka Ochodnicka, 33, said they now questioned their "very negative" opinions of Muslims in Belgium.

Ochodnicka said she was scared when arriving in Dubai, seeing women veiled and men in traditional Arab robes. After a few days, she realized Dubai was safe and that her negative impressions stemmed from television.

"When anything is Muslim, it's automatically negative," Ochodnicka said. "Maybe it shouldn't be that way. That's why I'm glad I came here. Now I'm open to this."

For more information on the Sheik Mohammed Center, visit http://www.cultures.ae/index.php [illegible]

# Somalian Leader Urges Ethiopia Revolt

By Mohamed Olad Hassan
Associated Press

Sheik Hassan Dahir Aweys

A senior leader of the Islamic group who control much of southern Somalia urged people in neighboring Ethiopia on October 23 to revolt against their government, calling it an oppressive regime led by an unpopular minority group.

Tensions between Ethiopia and the Islamic group have been mounting in recent months with reports that Ethiopian troops have entered Somalia to support the country's weak government. So far they have avoided direct clashes, but the rhetoric on both sides has been fiery, raising fears of a conflict that could engulf the Horn of Africa region.

"I dare you to come and fight us. Do not just run," Islamic leader Shaikh Hassan Dahir Aweys said in a challenge to Ethiopia. He was addressing thousands of Somalis gathered in the capital, Mogadishu, to celebrate the end of the fasting month of Ramadan.

"We urge Ethiopian people, who are not part of this aggression against Somalia, to revolt against and remove the oppressive regime led by (Ethiopia Prime Minister) Meles Zenawi," a senior Islamic leader, Shaikh Sharif Shaikh Ahmed, said at the same event.

Somalia's Islamic leaders made similar calls in other towns, threatening to drive Ethiopian forces from Baidoa, the only town the Somali government controls, about 150 miles from Mogadishu.

Ethiopia, whose population of 77 million is nearly half Muslim, is fearful of a fundamentalist state developing next door. It consistently has denied that its forces are in Somalia, but Meles acknowledged October 26 that his troops were training Somali government forces.

Eritrea, which fought a border war with Ethiopia that ended in 2000, is accused of providing military support to the Islamic group.

Aweys' comments came as Somali government troops withdrew from Bur Haqaba, a strategic hilltop town they had taken over with the help of Ethiopian troops two days earlier, a resident said.

Islamic officials said they re-entered the town Monday morning after the government forces had pulled out. Militia leader Mohammed Ibrahim Bilal said an Islamic court would be established there and the town would become one of his movement's biggest bases.

One government soldier who remained was shot and killed by the militia, resident Ahmed Osman told The Associated Press by telephone. Officials were not immediately available to comment.

Somalia has not had an effective national government since 1991, when warlords overthrew dictator Mohamed Siad Barre and turned on one another, throwing the country into anarchy. The current government was formed in 2004 with U.N. help in hopes of restoring order.

# Bin Mahfouz Libel Rulings Boost Saudi Confidence

By Siraj Wahab
Arab News

A Saudi banker's name has been cleared after a book accused him of funding Al-Qaeda.

Banker Khalid Bin Mahfouz received an unqualified apology and substantial damages from Jean-Charles Brisard and Guillaume Dasquie who alleged in their 2001 book, "The Forbidden Truth," that he had funded Al-Qaeda. The book is now set to be withdrawn from sale worldwide.

"Ever since Sept. 11, 2001, Saudi and Muslim businessmen have been under intense attack from upstart Western writers who, passing themselves off as international terrorism financing experts, have been dishing out all kinds of nonsense

TRUTH

*The 2001 bestseller will been taken off the stands for libeling a Saudi banker*

in the name of journalism. This verdict will serve as a kind of deterrent to would-be mudslingers and character-assassins," said an ecstatic Jeddah-based businessman. "We can fight back and we should."

Judges in the UK and Switzerland found that in the book Brisard and Dasquie had defamed Khalid Bin Mahfouz and his son, Abdul Rahman Bin Mahfouz. Upon publication, the book received huge publicity and rave reviews. Brisard published additional allegations in a 2002 report, "Terrorism Financing," which he submitted to the United Nations.

In in a written apology to the Bin Mahfouz family, the authors said, "As a result of what we now know, we accept and acknowledge that all of those allegations about you and your families, businesses and charities are entirely and manifestly false."

This is perhaps the first time that a non-fiction book has been withdrawn from sale because of falsehoods.

Khalid Bin Mahfouz was formerly the chairman of the National Commercial Bank (NCB), which his father, Salem Bin Mahfouz, founded in the 1950s. Salem Bin Mahfouz was a Saudi entrepreneur who rose from being a smalltime money changer to becoming the founder of the leading Saudi bank.

ORANGE COUNTY'S CARGO VAN HEADQUARTERS!
FAM VANS
CHEVY ASTROS, CHEVY SAVANNAH, FORD VANS, FORD CLUB WAGONS, ISUZU NPRS AND MANY MORE!
CHEVY ASTRO
FORD CLUB WAGONS
VISIT OUR NEW VAN HEADQUARTERS! MORE VANS FOR MORE CHOICES
VAN HEADQUARTERS
10870 Kalama River Rd.
Fountain Valley
@ The 405 & Euclid
next to Fry's
(714) 274-1144

## YOUTH POLITICS
FROM PAGE 1

and humane organizations, is extracting impressive and ambitious youth that genuinely aspire to make a difference.

Razen Ghayoub, community outreach coordinator for the D.C. office of the Council on American-Islamic Relations (CAIR) said that she has definitely seen more involvement from Muslim youth in the past five years. "My generation of over 50 years of age is just now seeing the value of coming and of participating in our communities, but the youth today are well aware of their responsibility and are working hard already."

Shafiyah Ghori, 25, the D.C. program director for MPAC the Muslim Public Affairs Council, said that she enjoys the "political atmosphere" of the city. "There are excellent opportunities for Muslims to get involved in government. It is great that our community is producing more and more young people who want to make a difference on the governmental level."

Influenced by 9/11, Ghori chose to attend law school. "After 9/11, I realized the need for Muslim lawyers and activists, and I understood that a legal education would equip me with the skills to make a difference for the Muslim community. We as Muslim Americans are not aware of our rights. By studying law, I feel like I can contribute more towards establishing an American Muslim identity."

Many young Muslims like Ghori are realizing that they have a responsibility to fulfill.

Aamin Al-Sarrof, 21, a resident of Los Angeles, grew up immersed in politics and as a teenage activist. He came to D.C. to pursue his

undergraduate degree at George Washington University and obtained internships with MPAC and with the United States State Department at the Office of Israeli and Palestinian Affairs.

Al-Sarraf's experiences alone delineate the need for more Muslim involvement in political and social issues. He recounts that his meetings on the Hill were trying because a trust had to be built. "They didn't have personal contact with Muslims so they had no idea who Muslims were."

Fortunately, Muslims who arrive in D.C. today meet with their counterparts from all over America. Now, Friday afternoon prayers are held on the Hill and Muslims can easily connect with other Muslims through the Muslim Student Network (MSN) or through the local universities' Muslim Student Associations.

The presence of more young Muslims in offices has also proven to be beneficial in terms of visibility and influence.

Arsh Siddiqui, 33, is Counsel to House Democratic Leader, Congresswoman Nancy Pelosi for the Ways and Means Committee, "one of the most powerful committees on the Hill. Siddiqui serves as Pelosi's point person and helps form democratic positions on tax and trade issues as well as health care and social security. She shared that her work is for a greater good and that there are moments when she knows that this is influencing and shaping something."

Another notable young Muslim is Asad Akhtar, Akhtar, 28, has

been working on Capitol Hill for three years and wishes to run for office one day. He works for Representative Bill Pascrell from New Jersey whose constituent pool is made up of the second largest Muslim community in America. Akhtar has had the opportunity to work on many community concerns, such as immigration and holiday accommodations.



Dina Duclin is the current field representative of Congresswoman Loretta Sanchez

Akhtar is also vice-president of the Congressional Muslim Staffers Association, a congressionally recognized group whose mission is to educate Capitol Hill of Islam. The one-year old association has held a screening of Legacy of a Prophet after the cartoon controversy earlier this year and hosted an event with a professor from the Navy War College on the misuse of words like "jihad."

The Association has garnered positive reception from non-Muslims and has received criticism from the New York Times, the Boston Globe, and the AP.

"The MSN is also a growing vehicle for young Muslims to tap into D.C. while examining their identity and faith and focusing on minority politics," explains a

Aydan Kalyoncu, 60, the Executive Director of the Muslim Public Service Network (MPSN) in D.C. explained that MSN is a summer internship program designed to encourage and support Muslim college students interested in policy-oriented internships in Washington D.C. MPSN is the successor organization created in 2005, which supports American Muslims who want to study and work in the public service and policy arenas.

"We definitely need more Muslims involved in the political process, but what we also need are well educated Muslim's who understand US policy and who are networked with policy-makers and legislators," Kalyoncu pointed out.

Young Muslims are also coming to D.C. through training and leadership programs. KARAMAH, a US based charitable and educational organization of Muslim women lawyers that focuses on the domestic and global issues of human rights for Muslims, has been providing a three-week leadership program for Muslim women for the past four years.

A lot of the participants in this program were not necessarily interested in politics, but more into social work and human rights. Maherat Yutuduri, 24, applied for a leadership and explained that according after working toward her awareness about current issues as well as attractiveness has intrinsic value.

Both MSN and KARAMAH stress the importance of leading a life in a political and social field that is conducive with Islam.

While opportunities are slowly surfacing for upcoming Muslim generations, contemporary challenges are still at bay.

The Muslim community at large lacks understanding in encouraging youth to consider a career in political or social work.

"The community can definitely help by providing more support to students. The only way Muslims can truly assimilate it to the fabric of America is by creating an identity that is integrated into all parts of American society. We need Muslim journalists, Muslim news anchors, Muslim artists, Muslim architects etc.," said Ghori.

More often than not, parents tend to be wary of a career in the political and social field. Many mentioned that their parents are supportive, but that they really don't understand the scope of the work that they do and would have preferred if they had chosen another career route.

While finding work in the political and social field is not easy, Al-Sarraf assured that "if you pursue the persistent long and hard you will find something."

As America observes the five-year anniversary of 9/11, many say that Muslims need to evaluate the advances made in improving relations with the surrounding America's public and with governmental representatives.

"It is imperative that Muslims be engaged in a visible and effective way. Otherwise, they will have no right to complain for the loss of their rights and liberties," said the Dean of Saginaw Valley State University's College of...

YOUTH POLITICS ... continued



# UNITED AMERICAN OIL CO., INC.
## (626) 812-0167

### TOTAL
#### TOP OF THE AUTOMOTIVE LINE

### MOTOR OIL PRICES PER GAL/BULK

| | |
|---|---|
| ATF | $5.88 |
| 10W-40 | $5.88 |
| 10W-30 | $5.88 |
| 20W-50 | $5.88 |
| 5W-30 | $5.88 |
| 5W-20 | $5.88 |

*Prices do not include any fees

DIESEL OIL ● SYNTHETIC OIL
HYDRAULIC FLUID, ANTI-FREEZE, GEAR OILS, AND DEGREASERS
FAX: (626) 812-9398    P.O. BOX 2961, COVINA CA 91722
PRICES SUBJECT TO CHANGE WITHOUT NOTICE

ACLU-971

# 16 November 2006

## FEATURE

### TV IN THE HOME
#### FROM PAGE 1

Muslim women in Covina, does not agree that television is all that bad. "I watch. However and History channels as well as the Arabic channels," Anche said. "My younger brothers only watch children's programming." Anche added that her parents are limits to what the and her three brothers can to can't watch. With Arabic satellite hooked up, they find that watching television keeps them in touch



*Jennifer Kabir provides alternatives to TV watching for her two kids.*

with their cultural heritage. Anche agreed that with the rating system in place, people to get advance warning about what they are about to watch.

Shaikh Tastiz Pazaga, Imam of Mission Viejo mosque, characterized television as being a tool that can be used for either good or evil. "It's like a knife," he said. "You can use it for cooking or you can use it to kill people. What we do with it determines whether it's halal (lawful) or

haram (unlawful)." Pazaga pointed out that television has some positive programming as well as negative ones. What we decide to watch determines how we intend to use television.

However, Imam Muhammad Al-Shareef, founder of Ehutbah.com, argues that parents cannot always monitor their children's television habits. "95% of parents with children aged 6 and over don't monitor the viewing material," he said. "Besides, what happens if the parent dies on the way to work one day, and the children inherit the TV?" Al-Shareef also recalled the verse in the Qur'an that says, "Tell the believing men to lower their gaze (from looking at forbidden things), and protect their private parts (from illegal sexual acts)." That is prayer for them" (Qur'an 24:30). He asks, "How do we reconcile these verses with the television that assaults our eyes with haram almost every second that it is on?"

Pazaga may be more in agreement with Al-Shareef than with proponents of restrictive viewing. Jon P. Barns, a psychiatrist and child expert, said that research has shown that children who constantly spend more than four hours per day watching TV are more likely to be overweight." Moreover, he indicated that kids who view violent events, such as a kidnapping or murder, are also more likely to believe that the world is scary and that something bad will happen to them.

Barns added that research also indicated that TV consistently reinforces gender-role



*text here about pitting each other TV after after watch. Some say that her family promotes controlled TV viewing.*

and racial stereotypes. "Experts agree that it's important for parents to monitor the amount of TV programming and set viewing limits to ensure that children do not spend time watching TV that should be spent on older, activities, such as playing with friends, exercising, and reading," he said.

Mona Mattar, a 30-year-old business proprietor and wife Yassin Riad, a 29-year-old engineer, are aware of the need of child who carefully the veracity of the research. Both said that they have a very productive lifestyle without television. "There is more time to read, worship, and develop other skills, whether it be physical, through sports intellectual be profit-based," said Mattar. "I was shocked by how much I missed out on life when I was addicted to television," Riad added. However, that habit was interrupted a few months ago when World Cup came into the scene. Being slower fans, the Mattars decided to get a television set. Straying from their television views was not televised-out. "All of a sudden, we went back to being couch potatoes. We started watching (regular) television when the games were not on," Riad said. "Once we realized that, we got rid of the television set as soon as World Cup was over."

Another cause for concern with television that should leave parents alarmed, according to experts, is advertisements. According to the American Association of Pediatrics (AAP), children in the United States see over 40,000 commercials each year. Peer pressure and top sales commands during morning cartoons to the promos on the backs of cereal boxes, marketing messages flood children of all ages. And to children, all that glitters is gold. They view these alluring products as something they simply have to have.

Children under the age of 8 years are unable to understand the meaning of commercials and therefore fall easily for their allure. Children 8 years and under are unable to distinguish program content from commercials, especially if their favorite character is promoting the product.

Experts say although it is nearly impossible to eliminate all exposure to commercial messages, parents have the option of turning off or at least restricting their children's watching time. Another cause for worry, experts argue, is commercials that depict risky behaviors such as sex and substance abuse as cool, fun, and exciting. These commercials often ignore the consequences of drinking alcohol, doing drugs, smoking cigarettes, and having premarital sex.

Studies have demonstrated that teens who watch a lot of sexual content are more likely to engage in sexual activity earlier





than peers who do not.

Also, more underage children are being exposed to alcohol ads, and although cigarette ads are banned on television,

SEE TV IN YOUR HOME , PAGE 17

## DISCRIMINATION
### FROM PAGE 1

in Islamophobic rhetoric that has flooded the Internet and talk radio in the post-9/11 era."

CAIR intervened in the case of the Dell employees who were denied time for prayers. After meeting with Dell, the mostly Somali employees were reinstated, received back pay, and granted religious accommodation. The settlement also called for managers to receive additional training on existing religious accommodation policies and practices.

The Dunkin' Donuts employee in Wilmington is now allowed to wear her headscarf to work. The incident occurred after the employee, a new convert to Islam, requested permission to wear the scarf. Her request was denied and she was allegedly threatened with termination. Like many cases, the incident was resolved after CAIR's Civil Rights Department contacted the company explaining the law that states that employees must provide reasonable accommodation in the workplace.

### Post-September 11 America

Following the events of September 11, the Equal Employment Opportunity Commission devoted a section on employment discrimination against people who are or are perceived to be Arab, Muslim, Middle Eastern, South Asian or Sikh. Since Sept. 11, 2001, over 1,000 charges were filed with the EEOC under Title VII alleging post-9/11 backlash employment discrimination against individuals who are, or are perceived to be, Muslim, Arab, Afghani, Middle Eastern, or Sikh, Asian. Through July, EEOC litigation has produced results in the amount of $4.3 million discrimination complaints since 2002, the difference may suggest a hesitance by many Muslims to report such incidents to a government agency.

Abdellatif Hadji filed an EEOC suit on August 31 against the Albion River Inn in Mendocino County, Calif., where he worked as manager. Hadji was fired after he opposed a customer's harassment of himself and of an Arab waiter from Tunisia under his supervision. The EEOC's investigation found that after Hadji protested the customer's harassment of the waiter, the customer turned on him, saying, "If you don't like it, why don't you go back to your country?" and "I fought two wars to get rid of people like you!"

EEOC San Francisco District Director Joan Ehrlich said the comments made by the customer to Hadji and the waiter "reflect the climate of fear and hatred that

has increased after the September 11 attacks." She said litigation of cases like the one involving Hadji, "will, we hope, prevent future situations."

The EEOC filed the suit after attempting to reach a voluntary settlement through conciliation. The suit seeks monetary damages, training on anti-discrimination laws, and other injunctive relief.

"What my employer did to me was wrong," Hadji said in a statement. "All I was trying to do was to protect my staff from racial harassment. Instead of standing up for me, my employer fired me because I wouldn't apologize to the customer!"

Title VII of the Civil Rights Act of 1964 prohibits employers from discriminating against individuals based on their religion in hiring, firing, and other terms and conditions of employment. Title VII covers employers with 15 or more employees, including state and local governments, according to the EEOC.

### What's in a Name?

Marwa Hassen (first name has been changed) said she's always wary when she sends out resumes for jobs. Hassen, who has a graduate degree and work experience in educational research, said she is always well-liked in interviews. But her last name can sometimes work against her.

"Sometimes you really know you are qualified enough to at least get an interview. So, when you don't even wondering 'are they just stopping at my name?'" said Hassen. "I always imagine the person getting the job as a Jim or Jennifer."

A nonprofit group called Discrimination Research Center wanted to find out if names really do make a difference. They sent approximately 6200 resumes to Jewish and Christian names and names of Asians throughout California. The 20 different resume types were distributed usually among male and female job applicants with identifiable Arab/American/ South Asian, Latino, African American, Asian American or white names. Resumes listed comparable education, experience and computer skills for administrative and other jobs. Arab American/South Asian job applicants received significantly fewer responses than any other race or ethnicity. The name Heidi McKenzie received the highest response rate of all applicants at 36.7%, while the name Abdul-Aziz Mansour received the lowest response at 23%.

The report concluded more civil rights law enforcement, and public and community education on worker and employer rights and responsibilities needs to occur. It went further, adding, "Periodic audits of employer hiring

practices by industry associations and the companies themselves are also vital if the nation is going to eliminate barriers to equal employment opportunities and professional advancement."

### Sensitivity Training

Cindy Wigglesworth is owner and founder of Conscious Pursuits, an organization that focuses on integrating spirituality and work. She coordinates with companies on how to religiously accommodate their employees. "Muslim employees are especially of concern because many Americans are suspicious of all Muslims since 9/11," said Wigglesworth. "A little knowledge diffuses a lot of [that] fear."

Wigglesworth said that religion in general is frightening for many companies. They are afraid of proselytizing in the workplace, which could in turn lead to lawsuits.

Wigglesworth works with companies by first trying to reduce the fear by increasing understanding of the major faith traditions, their commonalities, and "the good they are all trying to create in their most noble forms." Then she discusses what is actually needed versus what is desired (such as a private space for prayer vs. a private dedicated Islamic prayer hall). She said in the real world Muslims pray wherever they are so this does not have to be a large expense for the company and can easily be accommodated. She reminds clients that the "tradition of taking off on Sabbath goes back to Jewish and Christian times and has long been standard in the workplaces virtually without thought." She also emphasizes that accommodation needs to come from both sides and should be discussed before taking the issue to outside parties.

"This isn't opening a Pandora's box, which is what many people fear," said Wigglesworth. "It is actually a healthy way of addressing issues that human beings need to have addressed. We'll have much healthier workplaces as a result."

### Muslim Lawyers On the Rise

Among the American Muslim community, workplace discrimination and other civil rights issues since 9/11 have sparked greater interest in law. The National Association of Muslim Lawyers, which began in 1996 with 20 members, now has over 600. The interest in law comes at a time when American Muslims have experienced some



Marwa Elzankaly, President of Bay Area Association of Muslim Lawyers (BAAML).

of the worst civil rights abuses in their history. As a result, many Muslim lawyers and law students are giving back to their communities.

"Traditionally, members of our community did not go into law, so our community is not very legally sophisticated and that makes us a prime target for workplace discrimination and harassment by law enforcement," said Marwa Elzankaly, President of Bay Area Association of Muslim Lawyers (BAAML).

Sajid Khan is a third year law student attending UC Hastings College of the Law. He wanted to attend law school because he views it as a means to concretize in the tradition of social change and minority empowerment set out by well-known figures like Malcolm X, Martin Luther King Jr., and Thurgood Marshall.

"I wanted to represent the under-represented, and support disadvantaged and discriminated against communities, specifically minority and Muslim groups, and the law was the best path for this ambition of mine," Khan said.

Groups like BAAML have been exceptional resources for their local communities. After 9/11, BAAML teamed up with CAIR to conduct several "Know Your Rights" presentations at local mosques and community centers. The presentations were given by three attorneys and cover immigration, employment discrimination, and FBI investigations.

"The attorneys usually discuss current issues facing Muslims today, so, for example, we talk about how the national's immigration status affects where an FBI agent could come knocking or calls," said Elzankaly. "Or in the employment arena, we talk about what is considered workplace discrimination, how to handle such a situation, issues of workplace accommodation, etc."

BAAML has worked with the ACLU and the NLG to provide community members with referrals for attorneys to contact, particularly attorneys who can handle work on a pro bono or reduced fee basis.

"This work is important post 9/11 because our community has never had to deal with these legal issues on such an intense level," said Elzankaly.

CAIR publishes a booklet called "An Employer's Guide to Islamic Religious Practices." The booklet is designed to assist employers in formulating and implementing policies to help foster a culturally sensitive workplace environment. To obtain a copy, visit www.cair.com.

## YOUTH POLITICS
### FROM PAGE 17

Business and Management, Dr. Marwan Wafa, 48. "I hope to see in my lifetime American Muslims as Senators, Representatives in Congress, Supreme Court judges and leaders of think tanks in D.C."

A generation of youth are rolling up their sleeves and getting their hands dirty - penetrating the American system and working for justice. More Muslims are stepping up to bat to get their voices heard. As Al-Sarraf eloquently said, "We are at an infant stage and the people getting involved now will be our future leaders."

Dina, Dwella, a second generation Libyan who serves as field representative for Congresswoman Laura's Sanchez, sees eye-to-eye with Al-Sarraf. "One thing we're lacking is Muslims in this field," said Dwella. The recent Chapman University graduate believes it's very important for the Muslim community to step up and take on more responsibility in the political arena.

"It's our responsibility and we have to start at any level possible, as long as we get our voices out there." Dwella also thinks it's the youth's responsibility to be a good example of moderate Islam by getting involved and showing people what Muslim values are. Islam are about. "I'm seeing more kids at the university level majoring in political science and getting involved," she said.

Although it is more typical of first generation Muslim immigrants to encourage their offspring to pursue an education in engineering and medicine, Dwella said her parents have always encouraged her and have nurtured her passion and love for debate and political involvement.

With the growing understanding of the importance of involvement of Muslims in the political scene, Dwella said "we should expect more Muslim staffers and more Muslims working in non-profit organizations." "It is important not to give up even if one starts from entry level. There's definitely room for growth in the political world." Dwella believes that Muslims will eventually hold a place since Islam is the fastest growing religion in the United States.

"Muslims need to mobilize and have a voice," Dwella said. "We need to have a mechanism to get the word out about the different possibilities and opportunities available in this country," she said. Muslims tend to not know many of the possibilities granted to them within the United States.

---

## TV IN THE HOME
### FROM PAGE 18

kids and teens are routinely exposed to "product placement" in movies and television shows that make smoking and drinking alcohol acceptable behavior. In fact, children who watch 5 or more hours of television per day are far more likely to begin smoking cigarettes than those who watch less than the suggested 2 hours a day.

"Violence is another concern for children who watch too much television," said Barna. "By age 18, the average American child would have watched over 200,000 violent acts on television." Barna indicated that TV violence sometimes begs for imitation because violence is often promoted as a fun and effective way to get

The images children absorb can also leave them traumatized and vulnerable. According to research, children ages 2 to 7 are particularly frightened by scary-looking things like grotesque monsters. "Simply telling children that these images aren't real won't console them, because they can't yet distinguish between fantasy and reality," Barna said.

Additionally, children aged 2 and under should strictly not be exposed to television. The first 2 years of life are especially important in the growth and development of a child's brain. During this time, children need good, positive interaction with other children and adults. Exposure to television can negatively affect early brain development.

Robia Noeen and her husband

their children at such an early age convinced them that strictly monitoring their children's TV time would protect them from the evil that comes their way through the tube. While Jasmin Kabir and Yasmin Bhuj's families support the idea of a television-free household, many Muslim families would find it hard to get rid of something their children cannot seem to live without. The alternative, according to the Mattars, is to rent or buy DVDs that have films or programs suitable for children without the commercial junk, such as those made by Harun Yahya (www.harunyahya.com). Kabir agrees, but contends that, "children growing up without television at all would not only be more productive members of society, they won't miss it at all."

## ISOC 30 YEARS
### FROM PAGE 6

free iftars during Ramadan, and dawah materials. "Programs are waiting, and with proper funding and full support we can become a full-fledged Islamic center," said Dr. Muzammil Siddiqi, the religious director of ISOC. "ISOC serves people from cradle to grave, and it should continue and grow," he added.

200,000 dollars were raised for building a youth center, a social/senior center, a new high school, expansion of the pre-school, street additions and parking improvements.

"To donate, make your checks out to "ISOC" and mail it to: One Al-Rahman Plaza, Garden Grove, 92844.

## PALESTINIAN PLIGHT
### FROM PAGE 6

prior to 2006 elections.

Dr. Hathout stated that while international attempts to forge a Palestinian state are ongoing, "statehood is meaningless if the Palestinian children suffer long term psychological and physical damage." He concluded his speech by stating that it is the duty of American Muslims to assist the Palestinian children during these harsh times.

KinderUSA board members Dr. Basil Abdelkarim and Dr. Layla Al-Maryati presented the organization's numerous projects in a slideshow including school bus rides for elementary school children, nutritional aid packages, and aid for Katrina relief efforts, audience of approximately



ACLU-974