





1,2,3 at King Fahad Masjid in Culver City (YKKB) * 4,6,11 at Islamic Institute of Orange County in Anaheim (Aziza Khamis) * 5 at Palmdale (Affad Shaikh) * 7,8 at Orange County Islamic Foundation in Mission Viejo (Umer Khan) * 9 at Masjid Al Fatihah in Azusa (Sharaf Mauljee) * 10 at Boomers (Eman Al-Dabbagh) * 12 at San Diego (Zaid Shakur) * 13 at Islamic Center of Irvine (Aisha Aslam) * 14 at Pomona Fairplex (Muhammad Mertaben)

## ISNA West Zone Conference

**Hyatt Regency Long Beach**

**December 22-24, 2006**

**Sample Topics**
Education, Children, Parenting, Domestic Violence, Fiqh, Moon Sighting, Media, Business Networking, Government, Seerah, Leadership

**Speakers**
Ingrid Mattson, Abdalla Idris Ali, Sayyid M. Syeed, Altaf Hussain, Maher Hathout, Salam Al-Marayati, Hussam Ayloush, Khadija Marta Galedari.
Invited: Anwer Ibrohim, Zaid Shakir, Ahmed Sakr

Contact Info: 317-839-8157 Registration: Ext 241 Booth Reservation (Bazaar) & Sponsorships: Ext. 244

**Rejuvenate the Spirit of Islam**

ISNA - MSA - MYNA Co-Sponsored by

Register online: www.isna.net

Islamic Society of North America




ACLU-975

# NAIM SHAH: Beacon of Social Change

By Angie El Sherif

Naim Shah, Jr. could not be doing more for the Muslim community here in Southern California. His extensive list of roles include Executive Director of ILM Foundation, managing partner of Shah and Associates CPA Firm, Assistant Imam and Chairman of the Board of Masjid Ibaadillah, Program Director of Coalition to Preserve Human Dignity, board member of UMMA Community Clinic, former Treasurer of Islamic Shura Council of Southern California, Co-National Coordinating Director of Humanitarian of the Homeless, Consultant for the Bilal Learning Center School Project and volunteer mentor for Dorsey High School Football Team.

37-year-old Shah was born and raised in Los Angeles. He has a Bachelor of Science degree in Business Administration from Fresno State University and started working for the corporate world before devoting himself to Islam. Recently, InFocus had the privilege of talking to him about his inspiring journey.

**InFocus: What are your day-to-day responsibilities?**

Naim Shah: First and foremost, my job is being a husband and father of four beautiful children. I oversee the operations of the ILM Foundation. I am a managing partner of my CPA firm that provides tax and audit services. Other work includes establishing and maintaining relationships with the Muslim community in Southern California, which has supported the foundation over the past eight years. I am also invited to speak about Islam and the ILM Foundation.

**IF: Describe your life growing up.**

NS: I was blessed with a very strong family that instilled in me the love for Islam and hard work. My father had such a strong presence in our home and the neighborhood that I had no desire to join gangs or commit any crimes. All my brothers and I played sports and all earned full football scholarships to college.

**IF: What was it that made you leave the Nation of Islam and come to mainstream Islam?**

NS: In 1975, the Nation of Islam under the leadership of Imam W.D. Muhammad made the transition into mainstream Islam. My parents also made that transition and have been Muslim ever since. My mom in fact made her pilgrimage to Hajj three years ago.

**IF: In what way have your roots been cultivated by the Nation of Islam?**

NS: The original Nation of Islam, as an organization, was second to none in removing many of the social ills that plagued the African American community from the 1930s through the 1970s. What impressed me most about the Nation of Islam were the members. They were so sincere, very hard working and extremely courageous. My parents, Imam Saadiq Saafir, Al Hajj Malik Shabazz and Muhammad Ali are products of the Nation of Islam. It was the people of this great movement who paved the way for living Islam in America in the twenty first century. And it was those same members Allah blessed to evolve into mainstream Islam, so I am grateful for those roots.

**IF: What made you leave the corporate world?**

NS: I wanted to devote all my time toward developing my character and the Muslim community. So I prayed and left with the experience I gained and hoped that the work the ILM was doing in the community could grow to sustain me and my family.

**IF: What is the ILM Foundation?**

NS: The ILM Foundation really stands for Knowledge Foundation, but the acronym stands for Intellect, Love, and Mercy. It is a 501(c)3 non profit organization that focuses on establishing programs that can serve those in need, which implies low income or a certain location in Los Angeles. The programs provide immediate services such as food, education, crisis management and mentoring. In addition



From left to right: Ahmad Hattab, Abdul Wahab, Naim Shah, Imam Saadiq Saafir (sitting down)

came from Qur'an and life examples of Prophet Muhammad. Islam began addressing the social needs of people; therefore, our goal was to use the same model to address the social needs in our neighborhood. We had to do something in the face of more youth going to jail than college and more likely to be killed on the streets of Los Angeles than in Iraq.

**IF: ILM Foundation's mission is to "Teach Life Skills to Replace Social Ills." What do you mean by "social ills"?**

NS: A social ill is simply a barrier to faith. Social ills are things Islam encourages humanity to guard against and not participate. Of the multitude of social ills, we focus on those affecting the youth and homeless. This list includes hunger, lack of shelter, job/leadership training, human dignity, mentoring and education. Also, I would like to announce ILM Foundation's new chapter in Las Vegas, whose executive director is Imam Fateen. The Las Vegas chapter programs are well established and they are doing an excellent job.

**IF: What types of life skills have you successfully taught?**

NS: The type of life skills we teach at the ILM Foundation is youth leadership training. We recruit youth from the community to run and oversee many of our large events. At ILM Foundation, we are willing to comprise an excellently managed event to train our youth. For the past five years, Hasan and Rahim Muhammad coordinated our annual football camps and next year are speaking of doubling the number of participants. This year, Umar Hakim and Asif Kazi coordinated Humanitarian Day for the Homeless. Imam Saadiq has also established a tradition of educating Muslims here and abroad about living Islam in America. The ILM Foundation offers basic Islamic classes to assist Muslims to practice their faith in this society.

**IF: How is Humanitarian Day different from other homeless feedings that take place throughout the year by other organizations?**

NS: Humanitarian Day is unique for

"Islam began addressing the social needs of people; therefore, our goal was to use the same model to address the social needs in our neighborhood. We had to do something in the face of more youth going to jail than college and more likely to be killed on the streets of Los Angeles than in Iraq."

to that, we strategically try to address the need for peace, justice, unity and youth leadership.

**IF: What inspired such an organization?**

NS: The ILM Foundation was inspired by Imam Saadiq Saafir. He is the founder of the ILM Foundation along with myself and Hanafi Shakur. Our inspiration

feeding that is served off of four tables and 25 volunteers. on this day nearly 2,000 homeless are served by over 500 Muslim volunteers. The gift items include hygiene packs, toys and ponchos. Also, UMMA Community Clinic coordinates a health fair offering various tests and education. Islamic Relief and ILM Foundation also lead the effort to spread this event nationally in over 13 cities that served over 18,000 homeless collectively. This is the largest collective Humanitarian event during Ramadan lead by Muslims in America.

**IF: Do you think there are enough Muslims involved in working to make a social change?**

NS: No, especially domestically. The theme for Coalition to Preserve Human Dignity for 2007 is to make Humanitarian Day a daily affair. Our incentive originates from our faith, which should have greater influence in our life to make a difference here in America. People are dying and children are crying out for help. Our blessing and opportunity in America is tied to answering their call for help. Muslims will be seen as heroes in their eyes, not as terrorists as the media depicts.

**IF: What is the "Go Beyond the G.A.M.E." student athlete mentoring program?**

NS: The youth activities are divided into the following three categories of recreational enrichment, educational support and community service. The recreational enrichment includes sport camps, arts/cultural events and youth conferences. The community service activities include feeding the homeless in Downtown Los Angeles, graffiti removal and helping senior citizens. The educational support services include college and corporate tours, college preparation workshops, homework assistance and entrepreneurial project training.

**IF: What has all this community service taught you, and what can it teach others?**

NS: Charity is the proof of your faith. I learn my religion by serving others. I receive help from Allah by serving others. I am reminded how much Islam and Muslims are needed in this world. The wars are destroying, but in the name of Islam I am taught everyday we can rebuild it.

**IF: What motivates you day after day to do what you do?**

NS: I love Allah; and I want to show Allah that love in my action as our Prophet, peace be upon him, and his companions did.

**IF: What are fields that American Muslims need to get more involved in?**

NS: The field of community activism is wide open. I would like us to get involved in areas that change peoples' lives. Muslims from prominent communities should team up with Muslims from disadvantaged communities and exchange resources to remove the blight in and around the Muslim community. This is how we perpetuate the Ansari tradition of over 1,400 years ago. It is time to put our faith into action.

*For more information on ILM call the office at 323-294-xxxx or online at www.ilmfoundation.*



**MAS ISLAMIC RESTAURANT**
HALAL CHINESE FOOD
DINE IN • TAKE OUT • CATERING • BANQUETS
601 E. Orangethorpe Ave.
Anaheim, CA 92801
**(714) 446-9553**
Open Seven Days a Week
Sunday - Thursday: 11:00 AM - 3:00 PM / 5:00



ACLU-976

Southern California InFocus — ADVERTISEMENTS — November 2006  21




"Muslim hero deserves cheers!" - Muslim Forum

The Fountain Theatre Presents
THE HIT COMEDY WITH THE MUSLIM HERO

Featuring Mueen Jahan Ahmad

Nasruddeen, a Muslim taxi-driver in a large American city, dreams of converting an abandoned store-front Baptist church into a beautiful, small mosque. He is beset by obstacles both painful and hilarious, and gets help from unexpected sources. West coast premier.

**Taxi to Al-Jannah**

"The Muslim answer to 'Everybody Loves Raymond'" - New York Sun
"For the first time a Muslim is the 'good guy'" - Muslims Weekly
"Wonderfully engaging — often hilarious! Who says Muslims can't have fun!" - E.A.P.S

October 28 - December 3
Thurs, Fri, Sat 8:00 pm / Sunday Matinee 2:00 pm
Buy Tickets (323) 663-1525 / Group Sales (323) 663-1365
Tickets $22-$30, Group rates available
www.fountaintheatre.com
5060 Fountain Avenue, Los Angeles CA 90029 (near Normandie)

---

www.WarehART.com

Unique Arabic Calligraphy
Oil and Acrylic Paintings
Custom Engraved Leather Wristbands
Handmade Greeting Cards
Henna Tattoos

Your Local Artist Serving Orange County and Los Angeles

(714) 745-3001

Let Wareh Art create that custom piece you had always wanted to decorate your business or home! Call today for a free quote!

---

This time of year, while most are looking for the moon, we're also seeing stars.

Morningstar Rating

Amana Growth Fund (AMAGX)     Amana Income Fund (AMANX)
Overall ★★★★★               Overall ★★★★★
3-Year ★★★★★                3-Year ★★★★★
5-Year ★★★★★                5-Year ★★★★★
10-Year ★★★★★               10-Year ★★★★★

**Amana Mutual Funds Trust**
www.amanafunds.com    1-888-73-AMANA



ACLU-977

## KIDS CORNER

### Ramadan's Over

By Fatima Khan

THUMP-THUMP! THUMP-THUMP! Mohsin raced down the stairs of his house.

"Moooooooooommmmm!!! I want a BIG omelet with LOTS of cheese, and I want cereal, and I want orange juice, and I want a bagel, and I want a croissant, and I want—"

"Sweetie, you can't possibly eat that much. Let's not be greedy now."

"Mom, Ramadan is OVER, and I need to make up for all those meals that I missed, all those lunches I had to skip! Oh! That reminds me! I need to watch me some TV!!! Didn't get to do any of that last month either!" Mohsin said as he sat down at the kitchen table.

"For now, I'll just give you the omelet and toast; we'll see about the rest a bit later. And TV? I thought you stopped watching TV in Ramadan."

"Like I said, Mom, Ramadan's over!" Mohsin jumped off his chair. "Let me know when the food's ready." He turned on the television and planted himself on the floor in front of it. Within moments, he was engrossed.

After breakfast, Mohsin dashed out the front door, jumped on his bike, and sped to his friend Abdullah's house down the street.

Mohsin rang the doorbell. Abdullah opened the door with a copy of the Qur'an in his hand.

"Assalamu alaikum!" Abdullah smiled, clearly happy to see his friend.



"Come on in. What's up?" They walked inside the house and flopped on the couch in the living room.

"Nothing much, man; getting over Ramadan! What're you doing with that mushaf?" asked Mohsin, surprised to see his friend with the Qur'an even after Ramadan.

"Oh, nothing much, just reciting some Qur'an. I'm really missing Ramadan, and I'm trying to learn from it.."

"How will you have enough time to recite with homework and everything?" asked Mohsin. I never have enough time for reciting the Qur'an, he thought to himself.

"I figure if I have enough time to watch TV, then I definitely have enough time to recite! Plus, I'll be gaining rewards instead of losing time."

Mohsin felt his conscience bothering him. Ramadan was not just about fasting for one month. He knew that even though Ramadan was over, he should take some good from it.

"Hey, why don't you do that too! It'll be great! We'll see who can finish first!" Abdullah said, excited.

Mohsin smiled. This was his chance. "Sounds good to me! Hand me another mushaf so I can get a head start."

### Most Beautiful Names of Allah

```
R X H W W K O A N O Y P Y X A O E W R W
F I A L Q U D D U S Z O P O D Z U N Y J
K L B F X B C T D I X U D Y Y T A I K Q
J H S B O L Q V Z U I P J B C X L M A Y
A H A Y A K K A L S J X T N E U K Y K L
W L S W O K L J X J X E A M A F H A R T
A Y J L P A A C Z U W M E Q H X A H F E
G W I A E M P T F P H D E W P K L U S J
B M F Z B O V Q U A R Z T D S W I M C E
O Q I E X B G T R M R F Y M B F Q L G C
W D V V I G A R K I L A M L A P R A W T
Q X D H H O A R F T V A L O L L J G J P
J E Y V Y O A K E D T Y D L L H A D R G
V D A H O R N L R Y G D M C E W L S N H
V X Y Q R F R H B X X T K P S I U B S P
G U L A T B Z F O O Z F S V G M D O Z A
D B H A C K N W C C R Y K Q T U X E O S
D I A L B A R I K L I S U H F M A G Y K
M H G W A K A F E A M X R U U L K W E T
H C C D Y Z Y K W H D Z R X T A Y E D S
```

Ar-Rahman
Ar-Rahim
Al-Malik
Al-Quddus
As-Salam
Al-Mu'min

Al-Muhaymin
Al-'Aziz
Al-Jabbar
Al-Mutakabbir
Al-Khaliq
Al-Bari

**InFocus** would like to thank all of its ADVERTISERS who have made it possible for InFocus to continue its mission of educating and empowering the community.

CAN YOU READ THIS? So can 50,000 others who read InFocus every month.

Call now for our special rates for small businesses.
(714) 678-1820
info@infocusnews.net

San Giovanni Pizza · Leading the Industry
We bring innovative and delicious Halal products to mainstream cuisine!



100% HALAL New York Style **Pizza**

GOURMET PIZZA - PASTA
SALADS - ITALIAN SUBS

(714) 999-1500

1001 N. Euclid St.
Anaheim, CA

www.sangiovannipizza.com

DINE-IN   CARRY-OUT   DELIVERY

Open 7 Days a week - 11am to 11pm



Al Hannah Islamic Clothing
www.alhannah.com
(860) 229-3838

Everyday low prices on authentic traditional Islamic Clothing for your whole family.

Shop online 24 hours a day from the comfort of your home and save!

Al Hannah has a friendly, knowledgable staff that's glad to help you.

Mail & Telephone orders welcome.



ACLU-978

Southern California InFocus — FOOD REVIEW/HEALTH CORNER — November 2006  23

## WHAT'S COOKIN'
### Restaurant Review by Aidan Qasim Muhammad

### How about Sri Lankan?

I was discussing food with a friend of mine, and asked him for something different, new, and unique. His suggestion: Curry Bowl in Tarzana. So I thought, great, more curries and basmati rice. Being Pakistani, there is no need for "Indian" eats out when your Mom is the head chef.

But I was in for a surprise.

While the name might mislead some to think it is an Indian eatery, the restaurant is actually Sri Lankan. People often associate Sri Lanka with the Tamil Tigers, the recent tsunami, and possibly the thirty years of civil war, but Sri Lanka has a much richer history. An island nation off the southern tip of the Indian peninsula, Sri Lanka was colonized by the Portuguese, Dutch, and British, and is populated by two distinct groups — the Singhalese and Tamils — and has a healthy Muslim minority.

Rukshan Pillai and his business partner, Rajiv Locamwhasam, co-established ownership of the restaurant four years ago. They have fostered the Sri Lankan atmosphere of harmony, inclusiveness and community incredible food lost by years of war.

Pillai says that most people approach Sri Lankan food as an extension of Indian food, which is a critical mistake. To appreciate the cuisine, a sense of adventurism and an open mind is necessary, because the curry here is nothing like Indian food and you might be disappointed if that is what you want.

Perhaps the one commonality that Sri Lankan food shares with Indian food is how hot it can get. Except here it's more built in taste that is experienced as you chew, much like South Indian food from Kerala and Tamil Nadu. So beware of this food, it's all based on the "mildly medium hot" scale.

The menu is halal, but I tried the veggie dishes from the buffet. There are nine dishes to choose from, and each day the dishes vary, so there is wide variety of choices on any given visit. One thing that is incredible is this banana bud sauté

that is truly unique in flavor. The food has a stronger hint of cardamom, cloves, and coconut milk, creating a soothing aroma appealing to the taste buds.

Much like Thai food, coconut milk is a staple ingredient. Most meats are marinated in it before being cooked. But there are distinctions, and these distinctions matter.

For instance, one is the light and pleasant dish referred to as "hoppers". A decent description of hoppers is like vermicelli noodles often cooked in coconut milk, and eaten as a replacement to Indian naan and/or basmati rice: either shredded and mixed with vegetables (prepared like rice), or made into small pancakes (like pasam cakes). Hoppers are light to an extent bland do they hardly, the spice, and do not sustain on their own in flavor. If your heart desires a bit more adventure, then I suggest two other dishes that are sure to knock your taste buds around: kottu roti and lampries. Kottu roti is a dry curry with your choice of meat mixed with carrots, hot peppers, bits of egg and chopped flat bread. With curry flavorings and roti bread diced in, the dish is multi like a large dish of hash browns mixed with curry. The food is very rich and comes in a little savory spicy heap. Lampries is an exciting dish meant to take you into a state of awe. It is like a routine state of awe when kept over night and repeated. This is the Sri Lankan answer to TV dinner with class.

Lampries is prepared by wrapping a banana leaf around rice, chicken curry, eggplant and plantain curries, a couple of sambols (hot, sour, spicy coconut), there are three types. You can also have for appetizers: Pol Kattu and Seeni Sambol, which I will leave for you to discover, and a fish cutlet and then it baked to mingle the taste. Whether often hot, or taken home and reheated it will be a dish that will keep you coming back to Curry Bowl.

With no sea view like Colombo or Galle, the Curry Bowl does make up the Sri Lankan experience with the authenticity of the food and above all the love and care the owners place in the service. Prices are decent, and the ambience is mixed, but the center piece here is the food.

**Curry Bowl**
19662 Ventura Blvd.
Tarzana, CA 91356
Ph: (818) 609-7683
Hours: 11am to 8pm

---

## Depressed?
### By Dr. Khaliq Siddiq

Recent statistics show that depression is a common condition that affects about 121 million people worldwide. It spares no group. In fact, recent studies from the United Kingdom suggest that Muslim men may be at higher risk for depression.

Depression can be triggered by an event — the death of a loved one, a divorce, the loss of a job, or any major change in one's life.

Depression is not just a state of mind. It is related to physical changes in the brain and connected to an imbalance of neurotransmitters, a type of chemical that carries signals in the brain and nerves.

**Symptoms**
One of the most recognized symptoms of depression is a profound feeling of sadness, hopelessness, or emptiness. There may be physical symptoms as well.

**Emotional**
- Sadness throughout the day, nearly every day
- Loss of interest in or enjoyment of your favorite activities
- Feelings of emptiness or hopelessness
- Feeling stressed, nervous, or overwhelmed
- Trouble concentrating or making decisions
- Feelings of worthlessness
- Excessive or inappropriate feelings of guilt
- Irritability or restlessness
- Thoughts of death or suicide

**Physical**
- Fatigue or lack of energy
- Sleeping too much or too little
- Change in appetite or weight
- Aches and pains
- Headache — Back pain
- Digestive problems — Dizziness

If you think you might have depression, see your doctor. For people diagnosed with depression, there are some things they can do to help in addition to the treatment prescribed by their doctor.

Don't bottle things up — Talking to

someone about one's problems can be therapeutic.

Keeping active — Get outdoors and exercise, even if it's only a walk. It prevents dwelling on painful thoughts and feelings. Eating properly — Eat a balanced diet. It's easy to lose weight and run low on vitamins when depressed.

Fun activities — Set some time aside regularly each week to do something one enjoys, such as exercising, reading, or a hobby.

Lifestyle change — A lot of people who have depression are perfectionists and tend to drive themselves too hard. Setting more realistic targets and reducing workload may help.

Take a break — Getting away from normal routine for a few days — even a few hours — can be helpful.

Individuals diagnosed with depression should not ignore the spiritual aspects of healing, in addition to the treatment prescribed by their doctor. Many Muslim scholars have given us the means to cure depression. For example, the book Medicine of the Prophet provides many recommendations for depression. An imam or religious scholar can be a valuable source of guidance.

See your doctor if you think you might have depression. Medications may be necessary in treating depression. Severe depression can result in suicidal thoughts — take any such thoughts seriously. If you feel like giving up or feel like you might hurt yourself, get help immediately: call your doctor, go to the emergency room, or call 911.

Depression is a treatable condition, and overcoming one's embarrassment or fear of being stigmatized is often the biggest hurdle to being cured.

*Dr. Siddiq is a co-founder of the UMMA Clinic and also serves on its Advisory Board. He practices internal medicine in Orange County.*

---

## UMMA COMMUNITY CLINIC
### HEALTH CORNER

---

## HELP SAVE BABY AARIZ



9-month-old Aariz Aatif was diagnosed with a rare form of liver cancer (hepatoblastoma) in Pakistan when he was 2 months old. He has already undergone 11 chemotherapy sessions and now is in New York for surgery. He has no insurance and as a foreigner is not entitled to any emergency medicaid. His medical costs are expected to be around $500,000.

*Please give a donation to help save this baby's life. No amount is too small. Make your checks out to "Save Aariz Foundation" and mail to:*
51 Clarke St. Brentwood, NY 11717

ph: (914) 837-0070   www.saveaariz.com

---

## Mel Rich Pharmacy & Compounding Center



- Diabetic Center
- Incontinent Supplies
- Convalescent Aides and Sickroom Supplies
- Braces/Canes
- Vitamins/Herbal Supplements

**Dr. Iqtadar Malik ~ Pharmacist**

*Most Insurance Plans Accepted — Medicare & Medicaid*

*Come in to see how you can qualify for:*
* A Free Blood Glucose Monitor * A Free Pair of Diabetic Shoes *
* Receive $5 off any transferred or New Prescription *
(1 transaction per household and for qualifying patients)

* Offering immunizations for Hajj travelers *

Hours: Monday - Friday: 9:30 am - 7:00 pm / Saturday: 10:00 am - 3:00 pm

---

## PEARL DENTAL CARE




Come see why Pearl Dental Care is one of the most technologically advanced dental offices in Irvine!!

**Pearl Dental Care**
Woodbridge Square Medical Center
4950 Barranca Pkwy., #203 • Irvine, 92604

FREE $170 Value
- Comprehensive Dental Exam
- Oral Cancer Screening
- Full Mouth X-Rays
- Overall Health Consultation

$299

$500 OFF
Any Invisalign

ACLU-979



**We Invite You** to live without Riba (Interest)

Our Mission is to Remove Riba from the lives of people of all faiths. LARIBA is dedicated to providing Shari'aa compliant products to serve your Financing & Refinancing needs for Homes, Automobiles and Businesses. Home Financing Features include:

- Shari'aa Compliant, Lease-To-Purchase Model
- Up to 30 years financing
- As low as 3% down
- Fees are minimal
- Property purchased is recorded in your name
- Payments are very competitive

Please visit us at www.LARIBA.com or call us toll free at 888 LARIBA-1 (888 527-4221) for more information.

## LARIBA
### American Finance House

Financing and Refinancing for Homes, Autos & Businesses

www.LARIBA.com

EQUAL OPPORTUNITY LENDER • EQUAL HOUSING LENDER | All conditions are subject to change from time to time. Not all applicants will qualify for financing. Terms of Automobile financing and Small Business financing are different from Home financing listed above.

---



**IN OUR COMMUNITY, WE'RE YOUR BANK**

### A Dream Come True ~ A Full Service Community Owned Bank... for Us!

Our Goal at Bank of Whittier is to help you and your business become successful — because your success makes our community more successful.

We cater to the needs of families, small to medium businesses and professionals. Whether you need Riba-Free banking or Shariaa-Compliant Financing we can serve you. We offer On-line banking for your convenience.

We speak your Language! Arabic, Chinese, Gujarati, and Urdu, are a few of the languages with which our bankers can serve you.

Visit us online today at www.WhittierBank.com or call us at (562) 945-7553 for more information.

## BANK of WHITTIER
Since 1982 — National Association
15141 East Whittier Boulevard, Whittier, CA 90603-2198
Whittier Blvd & Colima Road • (562) 945-7553

www.WhittierBank.com

FDIC — Equal Opportunity Lender — FDIC Certificate of Deposits insured up to $100 Million

# TAXI TO JANNAH: Shattering Stereotypes

By Salaam Abdul Kholiq



Taxi to Jannah is a new play with a Muslim as the central character. That's right, a Muslim hero.

It means that the whole play revolves around him. In fact, the entire play is about him trying to open a mosque. And for once he is neither a cardboard stereotype, nor a sidekick to a Caucasian protagonist trying to clean up those left by some swarthy Middle Eastern characters. There has to be a catch, right? In a post 9/11 world, there can possibly be no positive portrayals of Muslims in American pop culture, least of all in the entertainment industry. Sure, Hollywood don't strictly turn out as expected and ought to be crushed by a swinging ball rather than turned into another house of worship. Nasrudeen goes home to wife Rabaab and son Omar every night and unloads his frustrations about the task at hand.

Nasrudeen's luck turns after he picks up a suicidal Jewish man whom he talks out of jumping off a bridge by using reverse psychology. The man overcomes his depression and later suggests to the Muslim taxi driver that his counseling skills are good enough to warrant offering therapy to clients. Nasrudeen latches on to the idea and eventually raises the money needed to pay for the repairs and secure the first month's rent. Unfortunately for him, things...

Taxi to Jannah's plot is altruistic. It was written with a grand intention: to correct misconceptions and present Muslim Americans as regular, likeable and hardworking citizens who are just out to live their faith in peace and raise a family while pursuing the American dream.

[remainder of article heavily degraded]

---

## ARIZONA REAL ESTATE



**1% to 4% Listing Fee**
**Up to 67% Buyers Commission Discount Rebate**

Mohamed Hegazy, Realtor
Top Volume Producer with
DPR Realty LLC

**MOBILE: (602) 326-3552**
MoeHegazy@yahoo.com
Office: 480-994-0800, Fax: 480-802-1133

---

# The Audacity of Hope



Reviewed by Sondos Kholaki

Barack Obama — Illinois Senator, democrat, lawyer, professor, first black president of the Harvard Law Review, and possible future candidate for the White House — has given us a reason to reclaim our faith in modern-day politics.

His new book, The Audacity of Hope: Thoughts on Reclaiming the American Dream, is a restorative and heartening work. At a time when campaigning has come to mean mudslinging and image-bashing rather than taking a good, hard look at the core problems facing the US, The Audacity of Hope offers a sensible method of returning to the values this country was founded upon.

For one thing, Obama encourages Americans to reclaim their influence over legislation. "Get involved in an issue that you're passionate about. It almost doesn't matter what it is — improving the school system, developing strategies to wean ourselves off foreign oil, expanding health care for kids. We give too much of our power away, to the professional politicians, to the lobbyists, to cynicism. And our democracy suffers as a result," Obama states.

In addition to covering America's current political climate, Obama addresses a wide range of topics that are not as directly related to our government, including reducing teen pregnancy, strengthening family and traditional morals, and class inequality. However, rather than coming off as superior-minded or preachy, Obama's years of experience working with the poor gives his points credence. As an African-American who grew up in Hawaii and abroad in Indonesia, Obama possesses a heartfelt understanding of "the world of immediate hunger, disappointment, fear, irrationality, and frequent hardship of the other 99 percent of the population—that is, the people that I'd entered public life to serve" that few of his colleagues on Capitol Hill hold.

Part of the magic of The Audacity of Hope is Obama's style of writing that is both modest and resolute. He is able to point out a problem, offer a solution, and motivate the reader all in one, a perfect example of which is taken from the book: "A government that truly represents these Americans—that truly serves these Americans—will require a different kind of politics. That politics will need to reflect our lives as they are actually lived. It won't be pre-packaged, ready to pull off the shelf. It will have to be constructed from the best of our traditions and will have to account for the darker aspects of our past. We will need to understand just how we got to this place, this land of warring factions and tribal hatreds. And we'll need to rebuild ourselves, despite all our differences, just how much we share, common hopes, common dreams, a bond that will not break..."

---



## Lotus Chinese Eatery

**New Halal Islamic Chinese Restaurant**

*Rated the best Restaurant in 2005 by the Orange County Register & Orange County Weekly News*

**DINE-IN * TAKE OUT * BANQUET * CATER**

Open 7 Days a week

Sun - Thu: 11:00 am - 3:00 pm
4:30 pm - 9:30 pm
Fri - Sat: 11:00 am - 3:00 pm
4:30 pm - 10:00 pm

16883 Beach Blvd
Huntington Beach, CA 92647
Tel: (714) 848-4940

ACLU-981

# Don't Make These Investment Mistakes

**By Saghir Aslam**



Investing is a gradual process—purchasing some investments and selling others as the years go by. After a period of years, this can result in a mixture of investments that don't fit your overall investment strategy. Thus, periodically review your portfolio, watching out for the following mistakes.

**You don't use an asset allocation strategy**

Many investors select individual investments over the years, not considering the overall makeup of their portfolio. Add up all your investments and calculate what portion is invested in each investment category. The basic categories are stocks, bonds, and cash, but each category has many subcategories. Since subcategories can have very different risk levels (i.e., blue chip and growth stocks have very different risk levels), review subcategories as well. Assess your current allocation and determine whether it fits your personal situation.

**You have too many investments that aren't adding diversification to your portfolio.**

Diversification helps reduce the volatility in your portfolio, since various investments will respond differently to economic events and market factors. Yet it's common for investors to keep adding investments to their portfolio that are similar in nature. This does not add much in the way of diversification, while making the portfolio more difficult to monitor. Before adding an investment to your portfolio, make sure it will further diversify your investments. (Keep in mind that diversification does not ensure a profit or protect against loss in a declining market.)

**Your portfolio's return is lower than benchmark returns**

While everyone likes to think their portfolio is beating the market averages, many investors simply aren't sure. Review the return of each component of your portfolio, comparing it to a relevant benchmark. While you may not want to sell an investment that has underperformed for a year or two, at least closely monitor any investments that significantly under perform their benchmark. Next, calculate the overall rate of return of your portfolio and compare it to a relevant benchmark. Include all your investments—those in taxable accounts and in your retirement accounts. Also, be sure to compare your actual return to the return you targeted when setting up your investment program. If you aren't achieving your targeted return, you risk not reaching your financial goals. Now honestly assess how well your portfolio is performing. Are major changes needed to get it back in shape?

**You Trade Frequently Without Adequate Research**

In this fast-paced investment world, it's tempting to trade often based simply on other people's recommendations. Yet, besides the tax and trading costs associated with frequent trades, several studies have shown that frequent traders often under perform those who trade less frequently. Instead, purchase investments you are willing to hold onto for the long term.

**You don't consider income taxes when investing**

Ordinary income taxes on short-term capital gains and interest can go as high as 35%, while long-term capital gains and dividend income are taxed at rates not exceeding 15% (5% for taxpayers in the 10% or 15% tax bracket). Using strategies that defer income taxes for as long as possible can make a substantial difference in the ultimate size of your portfolio. Some strategies to consider include utilizing tax-deferred investment vehicles (such as 401(k) plans and individual retirement accounts), minimizing portfolio turnover, selling investments with losses to offset gains, and placing assets generating ordinary income or that you want to trade frequently in your tax-deferred accounts.

## INTERFAITH IFTAR
FROM PAGE 6

Rabbi Mark B. Goldfard of Temple Isreal stressed the importance of dialogue in building bridges. "Peace proves a partnership with God," Goldfard said.

Shaikh Hosni from the Long Beach Islamic Center said that the three faiths had a common link to Prophet Ibrahim, through whom they are brethren.

Sherrel Johnson of the Council on American Islamic Relations (CAIR), Gretchen Krutz of the South Coast Interfaith Council, and Reno Castro of the National Conference for Community and Justice also spoke at the event.

The event was initiated by the Long Beach Police Department along with the Islamic Center of Long Beach.

"We want to create an environment where people know they can be free from violence and not be attacked because of their race or gender or national origin or sexual orientation in this city," said Lt. Josef Levy, representing the Long Beach Police Department.

# Preaching From the Pulpit:
## Allowable Political Activities of Mosques and Other Non-Profits

**By Todd Gallinger**



In the last few months, there has been a lot of news coverage about IRS investigations into churches and charities regarding their political activities. One local church, Pasadena's All Saints Episcopal Church, is actively resisting IRS subpoenas regarding an anti-war/anti-Bush sermon given just a few days before the 2004 Presidential election. These recent occurrences demonstrate just how important it is for mosques and other non-profits to ensure that their political activities are within the limits of U.S. Tax Law.

The most common form of categorization for mosques and other non-profits is called a 501(c)(3), after the section of the tax law that grants their tax exempt status. Donations made to these groups, unlike those made to politicians or political groups, are deductible by the donor. Because donors to 501(c)(3)s are able to deduct their contribution, the organization is forbidden from "substantially" engaging in lobbying and absolutely prohibited from participating in any political campaigns. The difference between lobbying and a political campaign is that lobbying is an attempt to influence legislation while a political campaign elects a specific person to a governmental position. Here in California we have referendums or propositions, which are laws voted on by the public. These are considered legislation by the IRS and a 501(c)(3) can attempt to influence the outcome, as long as their efforts are not "substantial."

Unfortunately, the definition of "substantial" can be unclear. The IRS will examine the time devoted by staff and volunteers and the expenditures made in support of legislation. It is within the discretion of the IRS, however, to determine whether the contributions and efforts of the group were substantial.

Charities, other than religious institutions, can elect to use the expenditure test under IRC 501(h). This allows them to avoid the subjective IRS test and instead rely on their actual expenditures. The organization would then be allowed to use up to 20% of the first $500,000 spent in a given year, with the allowable percentage decreasing up to a total of $1,000,000 spent on legislative campaigns. While this creates some additional paperwork for the charities because it lets charities know exactly how much they can spend, it might be wise for non-profits with substantial legislative activities to consider.

The prohibition against non-profit involvement in political campaigns, those in which a person is elected, is much stricter. Non-profits are completely prohibited from participating in these campaigns. Of course, mosques and charities can participate in election activities, such as voter registration drives or candidate forums, but they are absolutely prohibited from supporting any candidate.

If a non-profit does wish to hold a candidate forum, they need to ensure that all candidates have the opportunity to speak at the same or similar events, that no one from the organization expresses direct support of any candidate, and that no fundraising occurs. Alternately, candidates can speak at non-profits as non-candidates, i.e. because of their position in the community, current elected office, or other reason. In these situations, however, both the candidate and representatives of the non-profit are forbidden from mentioning the election and that the speaker is running for office.

Obviously, the regulation of non-profits can be complex. Hopefully this article has helped some community leaders understand exactly what mosques and charities can and cannot do in connection with politics. If any detailed questions arise, the IRS website has good resources, or you can consult with a qualified attorney.

*Todd Gallinger is an attorney with Gill & Gallinger. He represents numerous charities and religious organizations. He can be reached at (949) 863-0010.*

---

**CAN YOU READ THIS?** So can 50,000 others who read InFocus every month.

**Call now for our special rates for small businesses.**
(714) 678-1820
info@infocusnews.net



## LAW OFFICES OF OWAIS QAZI, P.C.
### A PROFESSIONAL CORPORATION

**IMMIGRATION:**
Labor Certification • Health Care Immigration • Work Visas • Investor Visas
Temporary Visas • Permanent Residence • Naturalization • Deportation Defense

**BUSINESS**
Contracts, Review and Drafting
Corporate Formation
Business Development
Business Litigation
International Business

**CIVIL RIGHTS**
Racial Discrimination
Religious Discrimination
Wrongful Termination

**INJURY**
Personal Injury
Workers Compensation
Car Accidents
Construction Accidents

WE ALSO HANDLE CRIMINAL DEFENSE MATTERS!
FREE TELEPHONE CONSULTATION
125 Business Center Drive, Suite F Corona, CA. 92880 Tel. No. 951-273-0956

## Blessing or Punishment:
### Reinterpreting Prosperity and Hardship

By Yasmin Mogahed



Since we were children, we have learned the difference between good and bad. The formula is simple. When something good happens, we're happy. When something bad happens, we're sad. And the criterion is clear. Good is about having, and we play to see results that can be weighed and measured. For example, someone who wins a million dollars is lucky. Someone who loses all they own is unlucky.

Many years ago, there was a group of people who thought just the same way. Qarun was a very wealthy man who lived at the time of Musa, or Moses (pbuh). Qarun was given so many treasures that the very keys to those treasures "would have been a burden to a body of strong men" (Qur'an 28:76). The Qur'an tells us his story, and the story of those around him:

"So he went forth among his people in the (pride of his worldly) glitter. Said those whose aim is the Life of this World: 'Oh! That we had the like of what Qarun has got! For he is truly a lord of mighty good fortune!' But those who had been granted (true) knowledge said: 'Alas for you! The reward of Allah (in the Hereafter) is best for those who believe and work righteousness: but this none shall attain, save those who steadfastly persevere (in good)'" (28:79-80).

"Soon the reality of Qarun's situation became clear, and those who had once envied his position came to realize who the lucky ones really were:

"Then We caused the earth to swallow up him and his house; and he had not (the least little) party to help him against Allah, nor could he defend himself. And those who had envied his position the day before began to say on the morrow: 'Ah! It is indeed Allah Who enlarges the provision or restricts it, to any of His servants He pleases! Had it not been that Allah was gracious to us, He could have caused the earth to swallow us up! Ah! Those who reject Allah will assuredly never prosper'" (Qur'an 28:81-82).

As it was for the people of Qarun, the common criterion of good and bad is simple enough. But it is also completely wrong. According to this criterion, prosperity is defined largely by how much we own, while poverty is defined as the loss or lack of that which can be owned. Yet the true definition of prosperity—given to us by our Creator—is quite different:

"Every soul shall have a taste of death: And only on the Day of Judgment shall you be paid your full recompense. Only he who is saved far from the Fire and admitted to the Garden will have succeeded: For the life of this world is but goods and chattels of deception" (Qur'an 3:185).

We may live in this world, and have all the goods and chattel of deception that anyone could dream of, but we may have completely failed at the object of our existence. And if the object of our existence is, as Allah tells us, only to serve Him (Qur'an 51:56), then it would follow that only that which brings us closer to that end, would be a blessing, while that which takes us away from that end would be the greatest calamity—no matter what those things were. And so it may be that the loss of everything dear to us is in fact the greatest blessing from Allah. If that loss brings us closer to the very purpose of our creation, what greater blessing could there be?

It is for this reason that Allah's messenger (pbuh) said, "If Allah wants to do good to someone, He afflicts him with trials" (Sahih Bukhari).

And Allah says in the Qur'an: "Whenever We sent a prophet to a town, We took up its people in suffering and adversity, in order that they might learn humility" (7:94).

It is, in fact, out of Allah's mercy for those people that he does so. Because, what would be the greater tragedy? Afflicting a nation with adversity and trials, until they became humble, or providing them with all the wealth and ease, until they became arrogant?

And so, correcting our criterion is a challenge, but is absolutely necessary. Only when we can see through the deceptive definitions that surround us, can we correctly orient ourselves, prepare for the real test, and ever hope to reach true prosperity in this life and the next.

---

## What Drew Me To Islam
### The People Around Me

By Jaime Bahrainiyah

Alhamdulillah (praise and thanks to God), I have been a Muslim for 13 years. I came to Islam because Allah guided me, of course. I was not one who read extensively. For me it was more a matter of the people who surrounded me. When I was 19, I married a fellow student from Syria. He was very adamant that I believed in God before he would marry me. I told him I did although I didn't consider myself a religious person. My immediate family was not religious. We only went to church for special occasions...

Sister Mervat is a special person. She was so genuine and charismatic, loving and patient. You could tell she had a real love of people...

[text partially illegible]

---

### AYAH TO PONDER
"And He provides for him from (sources) he never could imagine. And if anyone puts his trust in Allah, sufficient is (Allah) for him. For Allah will surely accomplish his purpose: verily, for all things has Allah appointed a due proportion." (Qur'an 65:3)

### PROPHETIC WISDOM
Narrated Abu Hurairah: Allah's Messenger said, "Allah will cover up on the Day of Judgement the defect (faults) of the one who covers up the faults of the others in this world." (Muslim)

### SECURITY CONSULTANT SPECIALISTS
Industrial • Commercial • Residential • Hotels
Available All Over California
✓ Best Hourly Rates
✓ Services Offered on a Trial Basis
✓ Computerized DETEX CLOCK System
✓ Fully Trained Security Officers
✓ Marked Vehicles
✓ Armed or Unarmed

**Job Openings!** For more information and a list of available positions, please call 800-482-7371.

All Action Security and Consulting Group, Inc.
800-482-7371
Hamid Arian or Fahim Abid
Satisfaction Guaranteed

### COME JOIN THE WALKING TOGETHER PROGRAM!
This program is aimed at bringing together families from the three Abrahamic faiths of Islam, Judaism & Christianity for parents and children between the ages of 9 to 11 years old.

To participate in the program or to become a facilitator please call Maria Khan at (714) 989-7681. Facilitators must be at least 24 years old and will receive training by the founders.

### Have you always wanted to learn Arabic? Here's your chance!

**Norco campus**
Arabic I (Beginners) Mondays & Wednesdays 2:00–5:15pm
Arabic 2 (Intermediate) Saturdays from 10 am–3:00 pm

**Riverside Campus**
Arabic I (Beginners) Tuesdays & Thursdays from 2:00–4:45pm
Arabic 2 (Intermediate) Thursdays 10:30 am–1:15pm

Advanced conversational classes to plan once enough students enroll.

Enroll Today at www.rcc.edu or (951) 37- . Spring Semester.

For more information contact Huda at huda.aljord@rcc.edu

**28** November 2006     ADVERTISEMENT     Southern California InFocus



*"Working here has taught me what Muslims are all about."*

— Steven Murphy, M.D.

Dr. Steven Murphy works at the UMMA Community Clinic. He turned down several lucrative job offers to become UMMA's full-time Medical Director.

"When I saw the great work going on here, I knew this was where I wanted to be," he says. "I've realized that UMMA is a living example of Muslim beliefs. But it brings together people of different faiths and backgrounds like myself, who share in common a desire to serve humanity."

Located in South Central Los Angeles, 15,000 of the city's poorest residents depend on UMMA for all of their health care. UMMA is the oldest, full-time charitable medical facility in the United States set up by Muslim Americans.

UMMA is the new face of Muslim American community activism. It's a place where the age-old tradition of Islamic charity meets 21st-century medical science.



**UMMA COMMUNITY CLINIC**
University Muslim Medical Association



UMMA CLINIC
**10 YEARS**
MUSLIMS MAKING A DIFFERENCE
1996-2006

711 Florence Avenue ∗ Los Angeles, CA 90044 ∗ 323 789 5610
Donate online at www.ummaclinic.org

ACLU-984