Southern California InFocus | **TRAVEL** | November 2006 **29**

# California Weekend Getaway: Yosemite National Park

By Affad Shaikh




Yosemite National Park is referred to as "the incomparable valley," and with over 1200 square miles of wilderness and 800 miles worth of hiking trails you can imagine the solitude and immensity of this preserved natural wonder.

There are two ways to see Yosemite, by driving in the valley and to the villages or by hiking the trails. Most people are content with driving, which I recommend to families with small children and elderly members - but I will focus on planning to hike Half Dome.

Like any trip, I suggest a certain degree of preparation. Plan a weekend retreat. There is a park entrance fee, but purchasing a National Park pass will allow access to all National parks in the US. Plan to avoid critical weekends like Fourth of July, Labor Day, Veterans Day, and Memorial Day. Ideally, your weekend visit should be before or after these weekends, which is still during peak season (May to September). Towards the end of the season the snow has largely melted, which might make the falls less spectacular, but in my opinion, it does not take away from the beauty of the park.

I suggest arriving early Friday evening, get situated and rested, Saturday should be physically intensive while Sunday should be leisurely "drive by" sight seeing, with departure depending on the drive back. Accommodations range in price; the cheapest is to set up a tent at one of the camp sites, but reserve the spot in advance. If camping, I advise arriving early to set up your tents during sunlight, so planning your drive will be critical.

Looking for more comfort than a tent can offer? There are alternatives, which include lodging in the park as well as places outside the park, but remember that entrance fee. Peak seasons require you to have a two day minimum stay and advance booking.

There is one section at the entrance of the park with miles of one-way highways and steep inclines, so planning ahead will maximize your trip. After settling down, visit Yosemite Valley and enjoy the sunset and stars, which most people do not take the opportunity to do.

Half Dome is strenuous. I have seen kids as young as eight and people who are elderly hike it, but the hike is long (17 miles roundtrip), steep (close to 6000 foot elevation gain from where you begin to the top), high in altitude (8842 feet from sea level) and requires "climbing" the last quarter mile.

Fit hikers take 7 hours to make the round trip, less fit and experienced hikers can take up to 12 hours. The goal should be to make it downhill by sunset, and your goal should be to make it to the peak no later than 3 PM. Park at Curry Village and take the bus to the Happy Isle Trail head where the Half Dome hike begins. The free shuttle service ends at 10PM, so you want to make it on time, or else there is a painful walk to your car.

For gear, I suggest bringing plenty of water, a camelback pack is a good investment, trail mix and Gatorade. Also, having worn in hiking shoes helped, but a pair of sneakers will do; however, downhill will be painful on your ankles. Bring a pair of sturdy gloves, because the last quarter mile requires that you hold onto a cable; if you forget, not to fret, you can find a pair at the cables, some hikers leave them there. Finally, bring a flashlight just in case your descent is after sunset.

Finally, after hiking all day, you might want to take advantage of eating out. For twelve dollars, you can enjoy a variety of food at the Buffet Cafeteria at Curry Village or a pizza, but both stop serving by 9:45 pm. There is a grocery store located at Yosemite village, but the cafeteria is a good way to wind down after a hard day of hiking in the sun. Also for campers, there are community showers at Curry Village behind the Cafeteria. (Use at your risk – bring a LARGE towel, slippers, and your own soap, but try not to touch anything.)

For Sunday, I suggest visiting some of the sightseeing spots of the Ansel Adams Museum, most of which you can drive to. There are numerous places you can visit. Also to get an idea of the beauty of the park, the Gene Autry Museum is holding an exhibit called, Yosemite Art of an American Icon from September 2006 to January 2007.

For links, more inside information and other places of interest or activities at Yosemite, or to get general questions or concerns addressed please visit the Muslim Travel Guide blog at http://muslimtravelguide.blogspot.com.



ACLU-985

# In the footsteps of PROPHETS

*The following is the first in a series of articles InFocus will be running to highlight the lives of Prophets of the three Abrahamic religions and the peaceful nature of their message. Each piece will postulate a theme relevant to our times. The theme beforehand is "Peaceful Resistance."*

**By Abdussalam Mohamed**

## Peaceful Resistance: Is it a modern concept?

Mahatma Gandhi once said, "I like your Christ but I don't like your Christians. Your Christians are so unlike your Christ." Gandhi, who achieved legendary status by leading a non-violent uprising against the British in his native India, became an exemplar for "peaceful resistance." His comments about Christians were directed at the British who occupied and plundered his homeland. He was keen to distinguish between the Christian faith and the actions of its followers.

During the Civil Rights movement, Martin Luther King Jr. emulated Gandhi by preaching non-violence. Ironically, both men were assassinated. Nelson Mandela treaded in his predecessors' footsteps during the Apartheid regime and paid the price by spending most of his life in jail. He too earned a place in the pantheon of peaceful warriors.

As wars and terrorism flare up around the world, humanity seems in need now more than ever for the likes of Gandhi, King and Mandela, who are often regarded as icons of peaceful resistance. But is the concept a modern one?

Prophets in the Bible and the Qur'an are honored by followers of the three Abrahamic faiths. Although their stories are almost identical, the Qur'an is especially reverent in its approach. In Islam, infallibility of character is key to prophethood. Allah, or God, only chooses the best among His creation. He then purifies hearts and minds to prepare the chosen ones for the onerous task of preaching salvation.

Prophets and messengers are a breed apart because they are supposed to be exemplary beacons of behavior to be both emulated and followed. Lapses of judgment or improprieties of character would certainly undermine message and messenger and drive followers away. Politicians in our time, for instance, fall easily for as little as questionable behavior. How could Prophets be held to a different standard when their message addresses humanity's very salvation?

Prophets share a common theme: uniformity of message. All preached the same precept: worship one God. When Prophet Musa, or Moses, stood in Pharaoh's court and preached that precept he faced overwhelming odds. Weak and with only his brother Aaron as an ally, he asked for the impossible: let thousands of enslaved children of Israel go! Moses could have asked for an army or perhaps himself tried to stir up rebellion by enlisting followers to take up arms against the Egyptians. He did neither. Spilling blood to free his people was not an option in spite of Pharaoh's overwhelming injustice. In the end, Moses' peaceful Jihad triumphed. His faith in a just God eventually defeated the most powerful nation of his time without firing a single arrow.

In 610 AD, Muhammad, the son of Abdullah, who for months withdrew to a cave to worship the God of Abraham, came down one day with a message that would change the fate of humanity. At the time Arabs did not have a civilization like the Greeks or the Persians. They were nomads whose only claim to notoriety was confined to hospitality and mastery of the Arabic language. When the illiterate Muhammad came down with the Qur'an, he put their most eloquent poets to shame. While preaching his message in Makkah, Muhammad never once advocated violence even though his followers were openly persecuted. He lived thirteen years in his native town peacefully preaching his faith and putting up with the most egregious of physical and verbal abuse. Thirteen years of unbearable hardship went by before he was forced to flee to Medina. There he established a state and was later forced to wage few defensive wars against his enemies. When the Makkans broke a peace treaty, he marched on his hometown at the helm of ten thousand men. Upon his peaceful entrance to the holy city his enemies were brought before him for retribution. It was his chance to get even and it seemed like fair reciprocity. However, the merciful Prophet took only one glance at his former enemies before proclaiming, "Go, you are free men!" These were not the words of a man who spread his faith with the sword or brought anarchy to the world, they were the words of a man God called "a mercy to mankind."

Before Gandhi, King or Mandela brought about the idea of peaceful resistance, mighty prophets of God pioneered the concept, practiced it to perfection and were able to win the battle of hearts and minds without resorting to violence. They never invaded and plundered countries, killed in the name of God or moralized hatred of other faiths. They also didn't fly planes into buildings, behead prisoners on the Internet, plant car bombs or wage suicidal terrorist attacks on civilians.

Today, many who claim to be followers of Prophet Moses, Christ and Muhammad practice everything these mighty Prophets did not preach and preach everything they repudiated, namely hatred and random acts of violence to achieve political or religious goals. What is the difference between Pat Robertson and Osama Bin Laden for example? Both preach hatred. While the former has the luxury of being in the camp of the most powerful nation, the latter resorts to violence as an end that justifies the means.

As far as Muslims are concerned, there is much soul searching to be done. In spite of the West's many sins against the Islamic world, Muslims today must take a critical look at themselves and wonder if they exemplify the teachings of their Prophet. Detractors alone cannot always shoulder the blame for the calamities befalling the Islamic world. The way one reacted to the Danish cartoons or to the infallible words was certainly not in line with the teachings of Prophet Muhammad. Muslims must open up to criticism and learn to respond only with love, kindness and wisdom when verbally attacked.

But this message applies to people of all faiths too, and not just to Muslims. Jews and Christians must also embrace the concept of non-violence in the tradition of God's mighty prophets. They must denounce hate and aggression being done in their name.

Injustice will not prevail. That is a promise God made in the Torah, the Gospel and the Qur'an. By embracing non-violence, the children of Abraham must celebrate their faiths and lead by example, by being a light unto the nations. If they were to fail, Gandhi's words would easily apply to all of them: "I like your Moses/Jesus/Muhammad but I don't like your Jews/Christians/Muslims. Your Jews/Christians/Muslims are so unlike your Moses/Jesus/Muhammad."

## Islamic Institute of Orange County

### Al-Farouk Learning Center

### "Where Children Learn with Love"

**The First Grade private school curriculum based on California State requirements:**

Reading / Math / English / Social Studies / Science

Quran / Islamic Studies / Computers

Science Lab / Music / Physical Education

Art / Penmanship / Cursive

1220 N. State College Blvd.
Anaheim, CA 92806

Phone: 714-533-6271
Fax: 714-533-6272

www.masjidomar.com
school@masjidom[...]

Case 8:07-cv-01088-CJC-AN   Document 31-16   Filed 11/04/08   Page 2 of 11   Page ID #:716

ACLU-986

## No Veiled Threat



By Sheema Khan

Last week, I stopped at a local mosque to offer my sunset prayers before heading off to a restaurant for an iftar dinner with friends (iftar is the meal for breaking the daylong fast during the month of Ramadan). I met a pleasant young woman who had removed her niqab (face veil) in the privacy of the women's section. She was gracious to all, offering dates and milk to break the fast. Her demeanour exuded a generous spirituality. While we spoke, she gently exhorted her children to stop running, restraining her exasperation when they disobeyed. What mother hasn't gone through the same?

At the restaurant, a niqabi woman came up to me whom I did not recognize at first. Her eyes glistened with familiarity. "Assalaamu aleikum, Sheema, I see you more often on TV than in person," she joked. I immediately recognized her voice. We had first met 15 years ago and had struck an instant friendship. Life had taken us in different directions; now we were both married with kids. She had memorized the entire Koran during that time, and was now teaching women and children to do the same. I felt humbled in the presence of her knowledge.

I respect women who wear the niqab. At Harvard, after much spiritual reflection, I donned the hijab (headscarf) and also tried the niqab — for all of one hour. I found it stifling and unnatural. Yet others don't. And their choice should be respected. In some places, women are forced by the state to cover up. In other places, some have exercised their own choice to do so. At a recent scientific conference in Dubai, I met intelligent, assertive niqabis who discussed current research with both genders. What is the big deal?

The niqab has been in the news recently, often in the most unflattering terms. These new WMDs (women in Muslim dress) seem to evoke the same fear once reserved for real WMDs (weapons of mass destruction). The most vocal critics are European men in positions of power, with feminists being equally vocal or mute. Few have taken the time to understand the issue from veiled women themselves.

The debate is eerily similar to the discourse that took place during the British occupation of Egypt in the late 1800s. Intent on controlling the natives, the Empire sought to weaken nationalist sentiment by stripping away indigenous Egyptian identity. In the colonial hierarchy, Victorian England was the pinnacle of civilization; the rest had to be civilized.

Lord Cromer (Evelyn Baring), the first British proconsul of Egypt, viewed Islam as the "other" — a faith utterly devoid of any good. In particular, he focused on the dress (i.e. the veil) and seclusion of Muslim women as emblematic of their oppression and inferiority. They were in need of rescue — by the Empire. He pushed the feminist envelope to ostensibly liberate Egyptian women. Yet during his rule, he greatly reduced women's access to education. When he returned to England, he opposed the women's movement at every turn. Feminism was good for the colonized, but not for the colonizer.

Many [members] of the Egyptian elite internalized the superiority of British civilization, and championed Lord Cromer's call. One such person was Qasim Amin, who published the controversial tract Liberation of Women in 1899. In it, he derided all of Egyptian society for its inferiority. Women were described in the most misogynistic terms. In contrast, the sycophantic Amin extolled the virtues of the European male.

Amin was not interested in substantive issues of equality, such as women's education, health or employment. His main focus was on the veil, as the symbol of all of society's ills. It represented backwardness. He called on women to discard it so that Egypt could join the ranks of the civilized. He had as much interest in the welfare of Egyptian women as did Lord Cromer.

The reaction was predictable. An uproar ensued, with the greatest outrage expressed by nationalists. While many of them were not particularly religious, they championed the veil in reaction to colonialist designs.

Thus began a series of chain reactions, wherein the veil became a symbol, acquiring new meanings that were never part of classical Islamic teachings. It was a banner of resistance in Algeria (against the French) and Iran (against the Shah), a response to autocratic rulers who banned the veil as a symbol of inferiority. These simplistic debates deflected attention away from examination of substantive issues. Complex problems could simply be solved by either donning or discarding the veil.

Which brings us to current events. In a Monty Pythonesque scenario, the British political establishment demands that a particular minority (Muslims) integrate into British society, by coercing a minority within that minority to change its appearance. British Prime Minister Tony Blair and House of Commons leader Jack Straw have appropriated the veil as a symbol of "separateness" and an impediment to integration. In the 1890s, it symbolized backwardness and an impediment to civilization.

Integration is a complex issue. It is disingenuous to think that discarding the niqab will engender a new path toward integration — especially into a society as hierarchical as that of the British. In a recent study by the Home Office, Muslim students were found to be far more tolerant than their non-Muslim counterparts. By placing full onus on the Muslim community, the government has abdicated its responsibility in the integration impasse. It also has embarked on a dangerously divisive path.

If history is any indication, we can expect a counter-reaction. Especially at a time when an increasing number of Muslims see the "war on terror" as a "war on Islam," it is critical that cooler heads (covered or not) prevail, so that issues can be discussed objectively and dispassionately.

## Reject the Political Muslim-bashing Smears



By Parvez Ahmed and Nihad Awad

There has been much sound and fury in certain circles about the American Muslim community's support for Keith Ellison and his campaign to represent Minnesota's Fifth Congressional District.

A handful of right-wing bloggers, agenda-driven commentators and political operatives have used scurrilous smear tactics in an attempt to derail his campaign and to marginalize American Muslim voters. These smears and distortions send an un-American message of intolerance and bigotry.

We are proud of our personal donations to Ellison's campaign. He has proven himself to be an effective legislator and his commitment to social justice is worthy of admiration. We believe his election will send a powerful message to the world about America's commitment to religious inclusion and tolerance.

No one should be vilified merely for exercising their rights as an American citizen. Yet attacks on Ellison fit a disturbing pattern of Muslim-bashing that has been seen nationwide this election season.

In New York, Rep. Peter King tarred the vast majority of mosques in his state and nationwide as being run by "radicals." In California, a Muslim candidate for the Anaheim City Council is labeled "anti-American" by his Republican opponents. In Wisconsin, a candidate for Congress questioned about his call for profiling of Muslims suggested looking for anyone who is wearing a turban and his name is Muhammad.

We understand the fear some Americans have of all things Muslim and Islamic. We hear these fears when visiting temples, synagogues and churches. We see the fear in people's eyes when we board an aircraft.

The current wave of terror committed in the name of Islam by a tiny minority of misguided individuals makes it all too easy to attack Islam and stereotype Muslims. Yet a look beyond the violent headlines reveals a more complex situation.

When churches in the Occupied Territories were vandalized, apparently in reaction to comments on Islam by Pope Benedict, major Muslim organizations condemned the violence and reached out for dialogue. Our organization also raised money to repair the damaged churches.

At the Council on American-Islamic Relations (CAIR), we are proud of our record of promoting interfaith understanding. We are also proud of our commitment to peace and our repeated condemnations of terrorism in all its forms, whether carried out by individuals, groups or states.

A CAIR statement released on the fifth anniversary of 9/11 said: "As American Muslims ... we will not allow terrorist groups like Al-Qaida to be the voice of Muslims or the representation of Islam to the rest of the world."

Other CAIR antiterror initiatives include our "Not in the Name of Islam" online petition, signed by hundreds of thousands of Muslims, and the Islamic religious ruling (fatwa) repudiating religious extremism and violence (see www.cair-net.com).

When President Bush visited a Washington, D.C. mosque immediately after the 9/11 attacks, he met with CAIR officials. Over the years, CAIR representatives have been in numerous discussions about our nation's affairs with Condoleezza Rice, Al Gore, Karen Hughes, Bill Clinton, and any number of other top government officials. CAIR officials have also been invited by the FBI to participate in its press conferences.

In a desperate bid to boost sagging poll numbers, an Ellison opponent sent campaign materials to voters smearing him as being linked to terrorism, all because he accepted donations from Muslims like us.

This type of guilt by association has been tried in the past. Fortunately, the vast majority of

SEE MUSLIM BASHING : PAGE 33



## Why Advertise in Southern California InFocus?

❖ The largest American Muslim Newspaper in California.

❖ 25,000 copies distributed to more than 250 local businesses and Islamic centers, public libraries, and in select Las Vegas and Northern California

❖ Southern California is home to the largest American Muslim community, numbering over 600,000. Let them know about your product and services!

❖ InFocus is also mailed to media, interfaith, and political leaders. Your support will help us educate them about the Muslim community and its issues.

❖ Support independent community media.

❖ Up to 50% discounts for small businesses and non-profits

❖ Free ad placed online.

For advertising rates and information,
Call (714) 678-1820 or email...

Case 8:07-cv-01088-CJC-AN  Document 31-16  Filed 11/04/08  Page 3 of 11  Page ID #:717

ACLU-987

32 November 2006     COMMENTARY     Southern California InFocus

# Lebanon's War With Cluster Bombs

By Saree Makdisi

Of all the statistics to emerge from Israel's recent war on Lebanon, the most shocking concerns the number of cluster bombs that Israel dropped on or fired into Lebanon.

A cluster bomb is made up of a canister that opens and releases hundreds of individual bomblets, which are dispersed and explode over a wide area, showering it with molten metal and lethal fragments. About 40% of the bomblets dropped by Israel (many of which were American-made) did not explode in the air or on impact with the ground. They now detonate when someone disturbs them — a soldier, a farmer, a shepherd, a child attracted by the lure of a shiny metal object.

Cluster bombs are, by definition, inaccurate weapons that are designed to affect a very wide area unpredictably. If they do not discriminate between civilian and military targets when they are dropped, they certainly do not discriminate in the months and years after the end of hostilities, when they go on killing and maiming anyone who happens upon them.

When the count of unexploded cluster bomblets passed 100,000, the United Nation's undersecretary-general for humanitarian affairs, Jan Egeland, expressed his disbelief at the scale of the problem.

"What's shocking and, I would say to me, completely immoral," he said, "is that 90% of the cluster-bomb strikes occurred in the last 72 hours of the conflict, when we knew there would be a resolution, when we really knew there would be an end of this..." That was on Aug. 30, by which time U.N. teams had identified 359 separate cluster-bomb sites.

Since then, the true dimensions of the problem have become even clearer: 770 cluster-bomb sites have now been identified. And the current U.N. estimate is that Israel dropped between 2 million and 3 million bomblets on Lebanon, of which up to a million have yet to explode.

In fact, it is estimated that there are more unexploded bomblets in southern Lebanon than there are people. They lurk in tobacco fields, olive groves, on rooftops, in farms, mixed in with rubble. They are injuring two or three people every day, according to the United Nations, and have killed 20 people since the cease-fire in August.

"What we did was insane and monstrous," one Israeli commander admitted to the newspaper Haaretz. "We covered entire towns in cluster bombs."

As Egeland noted, the majority of these bombs were dropped in the last three days of the war — a time when the U.N. resolution to end the fighting had been agreed to, when the war was virtually over, when it was clear that Israel had failed to accomplish its declared objectives in launching this campaign.

Dropped as late in the war, it's hard to imagine what specific military objective these bombs could possibly have been meant to accomplish. Instead, they seem to have been dropped as a final, gratuitous act of violence in a war waged against



*Lebanese men grieve at the funeral of a child killed in the Israeli attacks against Lebanon this year.*

an entire population. The vast majority of the 1,200 Lebanese killed by Israeli bombardments were civilians; one in three was a child.

With 100,000 innocent people trapped in the south because they could not, or dared not, flee on roads that Israel was indiscriminately bombing every day, Israel's justice minister declared that they were all — men, women and children — "terrorists who are related in some way to Hezbollah."

Nor was this his view alone. The Israelis dropped leaflets warning that "any vehicle of any kind traveling south of the Litani River will be bombed, on suspicion of transporting rockets, military equipment and terrorists." The Israeli chief of staff was especially clear: "Nothing is safe in

Lebanon, he said. "As simple as that." Israel carried out 7,000 air raids and fired 160,000 artillery projectiles into Lebanon, a tiny country. That's about two air raids and 40 projectiles per square mile.

But the punishment was not evenly distributed. Israel's war was aimed specifically at Lebanon's Shiite population. Shiite neighborhoods in Beirut were destroyed, but other neighborhoods remained untouched. Shiite villages in the south were obliterated — literally wiped from the surface of the Earth — while nearby Christian villages escaped unscathed, mercifully able to shelter their Shiite neighbors.

Israeli officials said this was a war against Hezbollah, that Hezbollah was hiding in the midst of the population. But this wasn't a war against Hezbollah. It was a war to punish the entire population for its support of the guerrillas.

Not only was Hezbollah not hiding behind civilians, it ought to be obvious that the violence was directed in the first instance at the civilians themselves. To direct such violence at one community, one religious group, one minority — and to deny them the ability to return safely home — was what this war was all about.

To drop two or three bomblets for every man, woman and child in southern Lebanon — after having wiped out their homes, smashed their communities, destroyed their livelihoods — is to wage war against them all.

And we supplied the weapons.

*Saree Makdisi is a professor of English and comparative literature at UCLA.*

---

## WHERE THE CROSS MEETS THE CRESCENT

### A Letter to a Pastor

*Reflections on Muslim and Christian Spirituality in the Southland*

By Rev. Connie Regener

*Note: This month's column provides a model for answering a recent letter sent to a local Muslim organization from a local Christian pastor.*

Dear Brother,

I am glad to provide this information concerning your impression that "there is no congruent theological evidence that the Allah of Islam is the same source as Jehovah of Christianity and Judaism." Rev. Bill Baker, an expert on this topic, in his book More in Common Than You Think, states, "Indeed, the universality of believers in the One God, along with numerous biblical passages make clear that the God of the Bible bears no special allegiance or commitment to any nation or state today. Believers in God transcend the checkerboard of political systems and human ideologies, and those who submit to and obey the teachings of God, regardless of where they are found throughout the world are, in reality, spiritually related and thus become the only nation, a spiritual nation of the Holy One" (p. 42).

You also refer to the "globalization of terrorism in the name of Islam," but this is a selective statement that falsely implies a cause and effect relationship between Islam and terrorism. The same inappropriate comparison can be made of Christianity during the Crusades, or the Jewish adoption of Zionism against the Palestinian claim of the right of return to the disputed Holy Land. A careful study of all three religions reveals that no one religion is more likely to promote violence than another. It is the fundamentalist or radical elements of any religion that are a danger to civil society. Again, a simple literature search easily reveals excellent expositions of this topic by R. Scott Appleby in his Strong Religion: The Rise of Fundamentalism around the World, and Religious Fundamentalisms and Global Conflicts.

You call for a dialogue between the Sunnis and Shiites to stop the killing. Hmm. This seems no more shameful than the bloody wars between the Catholics and Protestants, or the animosity among the Hasidic, Reform, and Orthodox Jews. Surely, an experienced pastor such as yourself is aware that all religions find it harder to get along with those who have variant beliefs about their own religion than among those of other religions.

You sarcastically dismiss the suggestion of theological equity between Christianity and Islam. Indeed, it is a serious and puzzling problem that the three Abrahamic religions cannot agree on what is sacred revelation and therefore what is authoritative. But all three religions call for repentance and reconciliation with the Creator God, and for charity to one's neighbors. The many parallels between Christianity and Islam are detailed in Rev. Baker's book, which was previously referenced. This is a must-read for a pastor such as yourself who attempts religious commentary.

You also mention the "Triumphalism of Islam," and question how God honors the intentions of the suicide bombers. Again, this is deceptively selective. Triumphalism has reared its ugly head in Christianity also, as detailed in the LA Times expose of the Trinity Broadcasting Network, defining Christian Triumphalism as a variation of the heretical prosperity doctrine. In each case, Triumphalism causes its adherents to blindly violate the rights of others and to turn a deaf ear to reasoned pleas. It is as lethal as its Jewish version, Zionism. Triumphalism in any

You also refer to the "globalization of terrorism in the name of Islam," but this is a selective statement that falsely implies a cause and effect relationship between Islam and terrorism. The same inappropriate comparison can be made of Christianity during the Crusades, or the Jewish adoption of Zionism.

leaders we are duty bound to oppose it. I agree with you that imposing any political agenda—due to Triumphalism or any other distortion—in the name of God is small-minded. I would go even further and

say that it is unrighteous and shameful. Nevertheless, since good people on both sides vehemently disagree as to the will of Allah, it is even more important that rules of civility be observed.

As you may recall during the United States Civil Rights Movement of the 1960's, it was the Ku Klux Klan who misappropriated the Christian message in order to oppress certain segments of society. This abuse was tolerated by Christian moderates who valued order and comfort more than justice. It is significant that it wasn't the moderates who caused change, but those who practiced civility and non-violence (although they experienced violence in return). Yes, I would agree with you that Muslims should challenge fundamentalist Islamists in the same way that some Christians took on slavery, segregation, lynching, and social injustices.

As a Christian pastor, I encourage you to engage in dialogue that conforms to the pleas for civility that the Council on American-Islamic Relations (CAIR) called for at a news conference in October, to good scholarship, and to the rules of logic. Above all, let us stand shoulder to shoulder with the Muslim community in denouncing all forms of violence in the name of anyone's god.

And that is where I find that the cross meets the crescent.

*Rev. Connie Regener, a graduate of Fuller Theological Seminary in Pasadena, is a religious commentator in the Southland.*

## Maher Azzawi D.D.S.
الدكتور ماهر عزاوي
### Dentist
Laser, Digital X-Ray, and all the latest dental technology!
www.DrAzzawi.com

Southern California InFocus — COMMENTARY — November 2006 — 33

## Build Bridges of Understanding

*By Sabiha Khan*



Often seemingly well-intentioned editorials and public discourse are characterized by broad-brush statements about Islam and Muslims.

One of the oft-repeated canards is that Muslims have not condemned violence or have done little to condemn it. Such perception unfortunately translates into prejudice against Muslims. Recent polls show that nearly 4 in 10 Americans admit to prejudice against Muslims, with 1 in 4 refusing to live next to Muslims.

Ordinary Americans cannot be entirely blamed for their attitudes as they are fed a steady diet of negative news pertaining to Islam and Muslims. But a careful study of the lesser-covered stories beyond the headlines will show that the negative attitudes toward Islam and Muslims are often the result of ignorance, which can be overcome by a dose of reality.

Muslim leaders have and will continue to speak out against violence in the name of Islam for it is Islam that teaches us to value human life. Those Muslims who react violently to protest cartoons or speeches do so despite the teachings of Islam, which advocates peace and justice for all people.

Muslims have condemned the 9/11 attacks on our country. Pages of these condemnations are posted on our Web site at www.cair.com/html/911statements.html.

The Council on American-Islamic Relations has run full-page ads and TV/radio public service announcements condemning terrorism, has held protests and candlelight vigils and has initiated "Not in the Name of Islam" online campaigns. CAIR members have spoken at churches and synagogues, issued numerous statements and conducted hundreds of interviews in our struggle to relay the message of peace to our fellow Americans.

Some Muslims erroneously resorted to violence to protest against Pope Benedict XVI's inaccurate comments about Islam. However, missing from the headlines were gestures for dialogue from Muslims and the unequivocal condemnation of violence. At CAIR, we went further and raised money to repair the churches that were damaged in the misguided attacks.

Prophet Muhammad's teachings continue to inspire most of the 1.5 billion Muslims to be kind, tolerant and loving to all people. Unfortunately, most Americans judge Muslims by the sensational headlines of violence and rarely have a chance to correct their misperceptions by interacting with the millions of Muslims who are their neighbors, doctors, teachers, engineers, nurses etc.

> We Muslims will continue to stand for justice and condemn violence in the name of our faith whenever and wherever it occurs.

We Muslims will continue to stand for justice and condemn violence in the name of our faith whenever it occurs. We ask others to judge us not by the minuscule minority of extremists among us. Stereotyping is un-American and hurts our national interest at home and abroad.

It is time our fellow Americans made the effort to learn about Islam and Muslims. More than ever, we must remain united as a nation striving to bring peace and harmony to our world through education and mutual understanding. My office stands ready to offer lectures, seminars and workshops to build a harmonious community. Contact me at (407) 649-1660 or skhan@cair.com.

*Sabiha Khan is executive director of the Council on American-Islamic Relations (CAIR) – Orlando.*

---

## AN INTERFAITH VIEW
## Whose Moderation?

*By Lawrence Swaim*



No sooner had the U.S. political class become aware of Islam than it began trying to manipulate its future. With a great cry it was announced that America would forthwith encourage a hitherto unknown figure to save the West from religiously motivated extremism. This paragon was known as the "Moderate Muslim."

The only problem was that the Bush administration – and the Religious Right and its neoconservative allies – got to define who a moderate had to be. To them, the moderate Muslim possessed two all-important qualities: he will never, ever criticize the Bush administration, and never, ever criticize (you guessed it) the state of Israel.

The real issue, as author George Lakoff sees it, is how issues are framed. Lakoff is a professor of cognitive linguistics at UC Berkeley, who believes that whoever frames the debate wins the debate. If someone says that all Muslims are traitors, you may lose the debate if you try to prove you're not — because you're accepting the frame of the bigot. If, on the other hand, you create your own frame (that free speech and religious pluralism are fundamental to both Islamic and American values), you do better.

The problem with the Moderate Muslim as a frame is that it makes Islam sound like an intrinsically dangerous enterprise. If the Moderate Muslim is the only Muslim the US can talk to, does that mean that all the others are potential terrorists? The Moderate Muslim frame also feeds into the desire of the West to remake Islam to suit its own interests. The reality is that Muslims often see the world differently, and that's okay. Muslims have something to say that the West needs to hear, even if it's sometimes hard for the West to listen.

Negative framing happens often in American discourse. "You're an anti-Semite," says the neoconservative, when a liberal dares to criticize Israel. The liberal, since he values civility in discourse, awkwardly tries to defend himself. But by accepting the frame of his opponent, he ends up sounding like he has something to hide. Neoconservatives know that if you throw enough mud, some of it sticks.

Frames can also be used by unscrupulous leaders to manipulate public opinion. President Bush has recently begun to talk about Muslims who want to restore an Islamic Caliphate. Now, there is about as much chance of the Ottoman Caliphate being restored as I have of playing shortstop for the New York Yankees. But when Bush refers to something, it tends to make the idea attractive to uninformed young people who despise Bush's foreign policy. Therefore the number of Muslims who like the Caliphate idea goes from .0001 percent to maybe .001 percent. And if you don't think that's what Bush wanted – to create more straw men that he and his party can use to frighten the American people – you haven't been paying attention.

President Bush did something similar during the war in Lebanon. Everybody can now see that we are fighting Islamic fascism, Bush said – and suddenly Islamic (or Islamo) fascism became the new buzzword. (The neocons have used it for years, but this was Bush's chance to slip it into popular discourse.) But since when are "we" fighting anybody in Lebanon? I thought the war was between Israel and Hizbullah. Are there new frames that should be found for discourse about Islam in the West and political Islam generally? That, I believe, should be the decision of Muslims themselves. Whatever frames are used, it must be those that Muslims themselves control and can define (or redefine) according to their own interests. Like other religions in the West, Muslims want to define their relationship with God and society based on conscience, not on the imperial inquisition of the rich and powerful. That form of spiritual self-determination is an important aspect of religious liberty.

*Lawrence Swaim is the Executive Director of the Interfaith Freedom Foundation. He taught for eight years at Pacific Union College, and his academic specialties are American Studies and American literature. His column addresses current affairs from an American Christian and interfaith perspective.*

---

### DISCRIMINATION
*FROM PAGE 31*

Americans rejected such tactics when the "other" of the day included Catholics, Irish immigrants, Jews or Asians.

The Rev. Martin Luther King Jr. once said, "The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy."

We are clearly living at a time of challenge and controversy. In a campaign as important as this one, and in a time as trying as ours, it is perfectly acceptable to challenge the ideas and policy positions of any candidate. But smears, distortions and unfounded guilt by association are by people of conscience.

In endorsing Ellison, the American Jewish World wrote: "Voters could make an emphatic statement – one that would gain national and international attention – by casting their ballots for Keith Ellison."

The election of an African-American Muslim supported by Muslims, Christians and Jews will be among the finest displays of American democracy – one that will reverberate across the globe.

*Parvez Ahmed is board chairman of the Council on American-Islamic Relations, the nation's largest Muslim group. Nihad Awad is C...*

---

**G&Z Appraisals**

COURTESY VALUE CHECKS PERFORMED
INDUSTRY LEADING TURNAROUND TIMES
YEARS OF REAL ESTATE EXPERIENCE
COVERING
SAN DIEGO, ORANGE, LOS ANGELES,
VENTURA, RIVERSIDE, SAN BERNARDINO
COUNTY PLUS MORE
FULL APPRAISALS STARTING AT ONLY $350
Mention InFocus for an additional savings

**G & Z APPRAISALS**
HISHAM LABANIEH
12472 Nelson Street       Ph (714) 679-2951
Garden Grove, Ca 92840    Fax (714) 908-1521
E-mail: instantappraisals@sbcglobal.net



# Case Study
## Orphan Programs

### MAKE A DIFFERENCE IN A CHILD'S LIFE



Hamdi is 5 years old and lives in Mandera, Kenya. Her father died of natural causes, leaving behind a wife and children. Her father's death was a shock to the family. Hamdi's mother, Fatuma, was nine months pregnant at the time. Life was difficult for them to absorb.

Six months after Hamdi's father died, the family could no longer afford to keep their house. So they built a small hut on their neighbor's plot of land. Months later, they all live and sleep in the same single room, fearing the day they are asked to leave.

"I can't begin to tell you how hard it's been," Fatuma told Islamic Relief. "My children cry at night and I cry with them. I can't console them. The tears just won't stop."

An Islamic Relief donor currently sponsors Hamdi, supplementing the family income and allowing Hamdi to attend school. "If it weren't for Islamic Relief," Fatuma says, "I wouldn't have been able to give my child Hamdi a future. I have books and even a school uniform thanks to them."

Hamdi enjoys math, reading and science with her subjects. Her daily schedule is morning prayer, Qur'an studies, and then breakfast followed by a full day at school. Hamdi says she aspires one day to be a doctor. One day, she hopes to be a doctor.

There are thousands of orphans like Hamdi worldwide. You can make a difference in a child's life. Sponsor an orphan today!

Call (888) 479-7243 or email orphansupport@irw.org



Islamic Relief

# American Muslims: Increasing Political Participation

Election season is upon us once again, and American Muslims are increasingly engaging the political process throughout the country.

A recent survey conducted by the Council on American-Islamic Relations (CAIR) shows that the alienation felt by American Muslims post 9/11 has receded and that American Muslims are integrating into the American political system. After a 5-year decline, The issues that are of most concern to American Muslim voters are, the war on terror and the Iraq war. In addition to CAIR, the Muslim Public Affairs Council (MPAC) and the American Muslim Alliance (AMA) are the main driving forces for increased American Muslim participation in American politics. nation's policies at home as well as abroad. We have seen the results of our failure to influence America's foreign policy in Iraq, Palestine, Lebanon, and elsewhere. We have witnessed the erosion of our civil liberties with the Patriot Act. We have seen our community become targets of the media as well as by politicians seeking office, and we have too few friends in public office who defend us from these unjustified attacks. We have become aware of the anti-immigrant and xenophobic movements that aim to depict members of our community, as well as our neighbors, Jews, as Muslim.

It is high time for the American Muslim community to realize that our ability to vote is a strength that should not be wasted. In the Presidential elections of 2000 and 2004, a small percentage of votes in a few states could have significantly altered the outcome. This election year is also one in which an American Muslim candidate has won a congressional primary, Keith Ellison, a Democrat from Minnesota's 5th Congressional district. He won the democratic primary and is considered the front runner in his district. If elected, he will become the first American Muslim in Congress. In addition to Ellison, other American Muslims are on the ballot in various states for congress and the state senate. Locally, Southern California businessman and Muslim community activist Bilal Dalati is running for Anaheim City Council.

We applaud the increasing participation of American Muslims in American politics. Since the attacks of 9/11, we have all become aware of the consequences of not integrating into American society and not likewise having a say in formulating our



## Letters to the Editor

**Muslims should heed Muslim Comics path**

I enjoyed reading your article on Muslim comedians. It is encouraging to see Muslims penetrating the boundaries of American media and projecting such honest images of Islam. These are the Muslims that perform jihad everyday of their lives in their own personal struggle of fighting the negative images and stereotypes people so often associate with Muslims. I also hope that other Muslims follow their footsteps not only in comedy but also journalism, literature, radio and other media-related fields.

Tasbeeh Herwees
Cerritos, CA

**Proud of American Ramadan Film**

It was heartwarming to see in last month's issue the article about a Muslim American filmmaker who directed a film that portrays the American Muslim experience in the holy month of Ramadan. Especially after being exposed to such negative coverage of Muslims in the American Media day after day, it puts a smile on my face and brings joy to my heart to see that Muslims around America are trying to build bridges with people of all faiths. The film includes commentary by a Jewish Rabbi, Christian doctor and a Muslim Scholar. The article was inspiring and motivated me to increase dialogue and understanding among my fellow neighbors, co-workers and friends of other faiths.

Sumiya Salama
Los Angeles, CA

**"We're not with Stupid!"**

The best way to get our country back, and to especially send a better message to the rest of the world is for all Muslim Americans to wear a shirt with a photo of President Bush and a finger pointing to him which says, "We're not with Stupid!" Everyone around the world would finally understand that bad presidents happen to good people. However, the only people who are allowed to wear these shirts, would be people who actually VOTE. If you don't vote, sorry, you can't say anything to criticize the current administration because you didn't do much to help get them out. So you're technically part of the "stupid" on the t-shirt. (This includes you MSA's!) So please send a clear message to our allies abroad, to a world which has turned hostile to American that Muslim in American are "not with stupid." VOTE on Nov. 7th.

Khalid Ghazi
Mission Viejo, CA

**Najee Ali**

Najee Ali is indeed a true activist and your profile of him shed light on how we can put our own faith into action. Many times we get caught in our own lives, earning a living, and living the "American dream," and we forget about others who are less fortunate than us. This attitude is in complete contradiction to the teachings of Islam. Individuals like Ali remind of the true meaning of a Muslim, one who is a leader in bringing about positive change in him/ herself and others.

Mubeena Siddiqi
Lancaster, CA

Correction: In our October 2006 issue we mistakenly omitted the name of Ahmed Saffie, the photographer for the CAIR Staff banquet picture. We apologize.

**CAN YOU READ THIS?** So can 50,000 other people who read InFocus

**Call now for our special rates for small businesses.** (714) 678-1820

---

**Subscribe & Support InFocus Today!**

Subscribe to Southern California InFocus today and receive quality news, views, and articles relevant to the Muslim Community right at your doorstep!

Name: _____
Address: _____
Phone: _____
Email: _____

Only $25 for One Year!

☐ Please sign me up for a one year subscription of InFocus for $25.00.
☐ Please send me advertising rates

Please make a check out to "Southern California InFocus" then mail along with subscription form to: Southern California InFocus 2180 W. Crescent Ave., Suite G Anaheim, CA 92801

ACLU-991



ACLU-992

*Press Office*
*U.S. Department of Homeland Security*



April 25, 2006

# Fact Sheet

## Immigration Security Checks—How and Why the Process Works

### Background

All applicants for a U.S. immigration benefit are subject to criminal and national security background checks to ensure they are eligible for that benefit. U.S. Citizenship and Immigration Services (USCIS), the Federal agency that oversees immigration benefits, performs checks on every applicant, regardless of ethnicity, national origin or religion.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. However, in some cases, USCIS customers and immigrant advocates have expressed frustration over delays in processing applications, noting that individual customers have waited a year or longer for the completion of their adjudication pending the outcome of security checks. While the percentage of applicants who find their cases delayed by pending background checks is relatively small, USCIS recognizes that for those affected individuals, the additional delay and uncertainty can cause great anxiety. Although USCIS cannot guarantee the prompt resolution of every case, we can assure the public that applicants are not singled out based on race, ethnicity, religion, or national origin.

USCIS strives to balance the need for timely, fair and accurate service with the need to ensure a high level of integrity in the decision-making process. This fact sheet outlines the framework of the immigration security check process, explaining its necessity, as well as factors contributing to delays in resolving pending cases.

### Why USCIS Conducts Security Checks

USCIS conducts security checks for all cases involving a petition or application for an immigration service or benefit. This is done both to enhance national security and ensure the integrity of the immigration process. USCIS is responsible for ensuring that our immigration system is not used as a vehicle to harm our nation or its citizens by screening out people who seek immigration benefits improperly or fraudulently. These security checks have yielded information about applicants involved in violent crimes, sex crimes, crimes against children, drug trafficking and individuals with known links to terrorism. These investigations require time, resources, and patience and USCIS recognizes that the process is slower for some customers than they would like. Because of that, USCIS is working closely with the FBI and other agencies to speed the background check process. However, USCIS will never grant an immigration service or benefit before the required security checks are completed regardless of how long those checks take.

www.uscis.gov                                                                                                  1

ACLU-993

Immigration Security Checks—How and Why the Process Works

### How Immigration Security Checks Work

To ensure that immigration benefits are given only to eligible applicants, USCIS adopted background security check procedures that address a wide range of possible risk factors. Different kinds of applications undergo different levels of scrutiny. USCIS normally uses the following three background check mechanisms but maintains the authority to conduct other background investigations as necessary:

- **The Interagency Border Inspection System (IBIS) Name Check**— IBIS is a multiagency effort with a central system that combines information from multiple agencies, databases and system interfaces to compile data relating to national security risks, public safety issues and other law enforcement concerns. USCIS can quickly check information from these multiple government agencies to determine if the information in the system affects the adjudication of the case. Results of an IBIS check are usually available immediately. In some cases, information found during an IBIS check will require further investigation. The IBIS check is not deemed completed until all eligibility issues arising from the initial system response are resolved.

- **FBI Fingerprint Check**—FBI fingerprint checks are conducted for many applications. The FBI fingerprint check provides information relating to criminal background within the United States. Generally, the FBI forwards responses to USCIS within 24-48 hours. If there is a record match, the FBI forwards an electronic copy of the criminal history (RAP sheet) to USCIS. At that point, a USCIS adjudicator reviews the information to determine what effect it may have on eligibility for the benefit. Although the vast majority of inquiries yield no record or match, about 10 percent do uncover criminal history (including immigration violations). In cases involving arrests or charges without disposition, USCIS requires the applicant to provide court certified evidence of the disposition. Customers with prior arrests should provide complete information and certified disposition records at the time of filing to avoid adjudication delays or denial resulting from misrepresentation about criminal history. Even expunged or vacated convictions must be reported for immigration purposes.

- **FBI Name Checks**—FBI name checks are also required for many applications. The FBI name check is totally different from the FBI fingerprint check. The records maintained in the FBI name check process consist of administrative, applicant, criminal, personnel and other files compiled by law enforcement. Initial responses to this check generally take about two weeks. In about 80 percent of the cases, no match is found. Of the remaining 20 percent, most are resolved within six months. Less than one percent of cases subject to an FBI name check remain pending longer than six months. Some of these cases involve complex, highly sensitive information and cannot be resolved quickly. Even after FBI has provided an initial response to USCIS concerning a match, the name check is not complete until full information is obtained and eligibility issues arising from it are resolved.

For most applicants, the process outlined above allows USCIS to quickly determine if there are criminal or security related issues in the applicant's background that affect eligibility for immigration benefits. Most cases proceed forward without incident. However, due to both the sheer volume of security checks USCIS conducts, and the need to ensure that each applicant is thoroughly screened, some delays on individual applications are inevitable. Background checks may still be considered pending when either the FBI or relevant agency has not provided the final response to the background check or when the FBI or agency has provided a response, but the response requires further investigation or review by the agency or USCIS. Resolving pending cases is time-consuming and labor-intensive; some cases legitimately take months or even

ACLU-994

**Immigration Security Checks—How and Why the Process Works**

---

several years to resolve. Every USCIS District Office performs regular reviews of the pending caseload to determine when cases have cleared and are ready to be decided. USCIS does not share information about the records match or the nature or status of any investigation with applicants or their representatives.

ACLU-995