

b6

ACLU-996

202 324 3752    P. 06/11

FOIPA-SRU

AUG-01-2008  15:25

b6

ACLU-997

202 324 3752    P.07/11

FOIPA-SRU

AUG-01-2008 15:25

## *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|
| | | | | |

b6

*Monday, November 13, 2006*                                                                 *Page 1 of 4*

ACLU-998



b6

ACLU-999

AUG-01-2008  15:25        FOIPA-SRU                                    202 324 3752    P.09/11

# AGENDA FOR MONDAY, NOVEMBER 13, 2006, MEETING OF THE MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

6:00 P.M. - 6:15 P.M.        Meet and Greet

6:15 P.M. - 6:30 P.M.        Current Issues                                                    b6
                             [          ] U.S. Citizenship & Immigration Services

6:30: P.M. - 7:30 P.M.       Townhall Meeting

                                  -Agenda
                                  -Speakers
                                  -Publicity
                                  -Refreshments

7:30 P.M.                    Conclusion

ACLU-1000

## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## NOVEMBER 13, 2006 MEETING

**Announcements:**

- Next month's MCAC meeting will be on **12/18/06**, at 6 p.m.

**Immigration Info from** [                    ]

- Name checks/security checks are still the big issue. Notes/pamphlet information were provided at this meeting with details on the three tiered name check system, as well as the revised naturalization exam.

- In reference to the three tiers, please note that the most time consuming is the last one: the FBI name checks. This is problematic because when there is a match on the name provided by Immigration, the application process is held up. This is not because the FBI is deciding whether or not to let the individual in; they are merely searching and providing their results of the databases, and the decision lies with the immigration office.

- 80% of names come back shortly. Of the 20% that don't come back immediately, most cases are resolved within six months. The top countries are Mexico, Korea, Iraq and Iran.

- The naturalization exam is in the process of revision due to the subjectivity among various locations. Pilot testing will begin in Tuscon and Washington state, with ESL's "High Beginnings" program. The program itself won't be deployed until 2008 though. It will be civics based, with 96 questions and a short lesson plan included. This new format will try to show what the individual's attachment to the constitution is.

- Also in process is the Comprehensive Fee Review. The last one took place in 1998, and this is the first year that the program is not funded by tax revenue dollars. All the money from the user fees collected from the application process are paying for the agency's entire services, including the employees' salary. This is approximately $4 million of Citizenship/Immigration Services that general tax revenue is not funding. Rumors have been circulating regarding the increase of the fee from $400 to $800. Although the fee study will probably show the results of a necessary increase, an increase of $400 is not likely.

- The DHS Public Affairs contact for reg is [          ] Office of Civil Rights/Civil Liberties. [    ] will provide the contact number via email.

**Town Hall Meeting:**

- The TH Meeting will be this Sunday, 11/19/06 from 4-7 p.m. at the Brookhurst Community Center.

ACLU-1001

- Light refreshments are needed for estimated 100-200 people. MCAC will cover the cost as a group, and next month reimbursement will be discussed. It was decided at this meeting that the local members of MCAC will assist in obtaining the pastries from a local Arab bakery, as well as coffee from a local shop. Details will be discussed at the next meeting.

- Setting up will be from approximately 4 - 4:30 p.m., with informational booths set up within the venue and auditorium. Booths present will include information on: Crimes against children, hate crimes, public corruption, internet fraud, identity theft, gangs and violent crime, terrorists, recruitment/community outreach, etc. Each booth will have an expert in the subject matter, as well as pamphlet information.

- Anaheim Police Department requested that the Chief of Police speak at the meeting. So, the order of speakers for the program is as follows:
  Moderator: Tareef
  1st speaker: Richard Chavez
  2nd speaker: Chief John Welter (of Anaheim PD)
  3rd speakers: Sireen & Hussam with opening remarks (MCAC)
  4th speaker: ADIC Steve Tidwell, FBI LA

b6

- Special thanks to [ ] for the discounted "In Focus" ad. She also took care of publicity with the OC mosques.

- CAIR's banquet is this Saturday evening. We'll bring flyers and Tidwell will also speak about the TH Meeting there, too.

- ADIC Steve Tidwell did various interviews and plugged the TH Meeting during press advisories, the Iranian based newspapers, NBC, Wall Street Journal and the last ten interviews as well. We will send out press advisories via email, and printed interviews he's done, too. We are also open to future press conferences with MCAC for the next meetings.

b6

**MCAC Website Update:**

- [ ] announced that MCAC has a separate account with HADI (Human Assistance Development International). Please write any checks to HADI and place MCAC in the memo/notes line of your check. Per our last meeting, it was agreed upon to have each organization contribute a total of $300 for the next year. That should cover the expenses estimated with maintaining the site.

ACLU-1002



**U.S. Department of Justice**

Federal Bureau of Investigation

*Los Angeles Field Office*

Office of the Assistant Director in Charge

11000 Wilshire Boulevard, 11th Floor
Los Angeles, California 90024

February 28, 2007

b6

Islamic Shura Council of Southern California
2115 West Crescent Avenue, Suite 216
Anaheim, California 92801

Dear M

      I always welcome the opportunity to address the concerns of the community as they relate to matters concerning the FBI. Per your recent request, the attached data indicates all the cultural awareness training provided to FBI Los Angeles employees since September 11, 2001. I hope the enclosed information is helpful and answers any questions or concerns that you have regarding this matter.

      Again, I appreciate you taking the time to bring the concerns of the community to my attention. I hope that with our continued dialogue and cooperation we will be able to work together in making the Los Angeles area a safer place to live.

Sincerely,

J. Stephen Tidwell
Assistant Director in Charge

188A-LA-C23668o

ACLU-1003

| Course | Description | Location |
|---|---|---|
| Iran/Arabian Peninsula Conference | Understanding the historical, cultural, and religious factors on the Arabian Peninsula. | Quantico, VA |
| Overview of Islam | Understanding Islamic culture | Santa Maria RA |
| International Terrorism Training Conference | Understanding Muslims in America | Los Angeles, CA |
| Counterterrorism Training | Understanding the Islamic culture | Elkridge, Maryland |
| Understanding Islam & the Middle East | Seminar on cultural awareness along with topics on: suicide bomber techniques, profiling a bomber, and new techniques for defeating stand alone suicide bombers and car bombs. | Los Angeles, CA |
| Introduction to Islam | The fundamentals of Islamic culture held at the Omar Ibn Al Khattab Islamic Center and Foundation | Los Angeles, CA |

ACLU-1004

**From:** ☐☐☐☐☐☐☐ (LA) (FBI)                                        b6
**Sent:** Thursday, October 12, 2006 10:37 PM
**To:** ☐☐☐☐☐☐ (LA) (FBI)
**Cc:** TIDWELL, J STEPHEN (LA) (FBI); ☐☐☐☐☐☐☐ (LA) (FBI)
**Subject:** Another Referral
**UNCLASSIFIED**
**NON-RECORD**

☐☐☐☐☐☐

We received another "potential hate crime" matter from another member of our Multi-Cultural
Advisory Committee (MCAC). A one-page letter entitled "Attention Muslim Scum" was left at the
Islamic Society of Corona Mosque this past Saturday, October 7, 2006. ADIC Tidwell was given     b6
the letter by ☐☐☐☐☐☐ of the Islamic Shura Council. ADIC Tidwell has requested that LAFO
(your squad) follow-up on the matter with ☐☐☐☐☐☐☐ Islamic Society of Corona
at (714) 493-1224.

Please give me a call upon receipt of this e-mail and I will fax over to you the one-page letter and
forward the hard copy of the letter to you via burnail. Please keep me abreast of developments.
Thanks ☐☐☐☐

☐☐☐☐☐                                                                                b6
                                                                                       b2

**UNCLASSIFIED**

ACLU-1005

(PA 08-28-2000)

## FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE

**Date:** 01/27/04

**To:** Los Angeles

**From:** Los Angeles
OPCA
**Contact:** SA [                    ] ext. [        ]          b6
SA [                    ] ext. [        ]          b2

**Approved By:** SSA [                    ]

**Drafted By:** [                    ] : nil

**Case ID #:** 66F-LA-NEW    (Pending)

**Title:** Los Angeles Arab/Muslim/Sikh Ombudsman Program

**Synopsis:** EC requesting that a Los Angeles Arab/Muslim/Sikh Ombudsman Program file be opened.

**Details:** The Los Angeles Field Office intends to create an Arab/Muslim/Sikh Ombudsman Program as tasked by Director Mueller. Los Angeles' intended Ombudsman Program will include the formation of a committee of leaders from the Arab, Muslim, and Sikh communities and special agents of various levels from the Los Angeles Field Office. It is anticipated that this committee will meet on a quarterly basis to discuss and identify problems in the community, and work together to find viable solutions. It is the goal of the Program to establish positive ties with these community leaders and educate them on the mission of the FBI, with the expectation that they will, in turn, impart such information to their constituents. It is the belief that bridging the gap through this Program will help the individuals in these communities feel secure and help the FBI with it's mission.          b6

The following individuals are being considered for the above discussed committee:

1.

2.

4.

5.

6.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-01-2008 BY 65179 DMH/HKG/VTA

*18B4-LA-C236680 -1*

ACLU-1006

(↓  U8-28-2000)



# FEDERAL BUREAU OF INVESTIGATION



7.
8.
9.
10.
11.                                                                          b6
12.
13.
14.                                                              for CAIR in
Southern California.
15.
16.
17.
19.
20.

21.
22.
23.

24.
25.

    The above intended Ombudsman Program is supported by
Los Angeles Assistant Director in Charge Richard T. Garcia. It
has also been discussed and supported by Unit Chief
of the Community Relations Unit at FBIHQ.                          b6

♦♦

TO:         FILE (66F-LA-C236680)                                            b6

FROM:      SA [                    ]

SUBJECT:    MULTI-CULTURAL FORUM MEETING 5/17/04

DATE:       MAY 18, 2004

---

On May 17, 2004, the Office of Public and Congressional Affairs of the Los Angeles Field Division held the first meeting of the Multi-Cultural Forum. The meeting was attended by the following FBI Los Angeles personnel: ADIC Richard Garcia, SAC Steve Gurley, SSA [          ] SSA [          ], SA [          ] SA [          ] and Community Outreach Specialist [          ] The meeting was also attended by the following Muslim/Arab/Sikh community leaders:

1. [          ]
Muslim Public Affairs Council                                              b6

2. [          ]
Islamic Center of Orange County

3. [          ]
Islamic Center of the South Bay

4. [          ]
Omar Ibn Al Khattab Foundation

5. [          ]
Council on American-Islamic Relations

6. [          ]
Coptic Orthodox Church/Diosce of Los Angeles

7. [          ]
Islamic Shura Council of Southern California

8. [          ]

9. [          ]                    188 A - LA - C236680 -16
Orange County Islamic Foundation

10. [          ]
Los Angeles Latino Muslim Association

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-01-2008 BY 65179 DMH/HKG/VTA

16

11. [redacted]
Singh Chevrolet

12. [redacted]
International Relations Council

13. [redacted]
Masjid Al-Fatiha of America

14. [redacted]
Muslim Public Affairs Council

15. [redacted]
Muslim Public Affairs Council

b6

16. [redacted]
South Asian Network

17. [redacted]
LEDtronics

18. [redacted]
Islamic Center of the South Bay

19. [redacted]
[redacted] The Minaret and Muslim Observer

20. [redacted]
Masjid Ibadillah

21. [redacted]
Inter Religious Federation for World Peace

        The first meeting of the Forum began with SSA [redacted] discussing the formation of
the Forum. Basically, SSA [redacted] explained that the Forum was formed in response to a
directive by Director Mueller that the Field Offices build partnerships with members of the
Muslim/Arab/Sikh communities. The Los Angeles Field Office determined that the best way to
partner with the Arab/Muslim/Sikh communities was to first organize a forum of community
leaders to discuss issues and then hold town hall meetings to impart the information discussed.
SSA [redacted] then spoke of the need for Muslim/Arab/Sikh communities to assimilate.

b6

        Everyone attending the meeting was asked to introduce themselves and the organization
with whom they were affiliated.   SA [redacted] then informed the committee members that they were
selected to participate on the Forum because their name was provided to SA [redacted] someone
who was active and well respected in their communities.

ACLU-1009

ADIC Garcia was then introduced and gave an overview of the FBI and discussed the Los Angeles Field Office's territory and mission. He also discussed the FBI Legats and their mission. ADIC Garcia explained the difference between the FBI and other federal agencies, and stressed the need for the community and law enforcement to work together.

Several committee members asked about the Patriot Act. The committee members were         b6
informed that at the next meeting, to be held on June 21st, the FBI would ask[         ]
Chief Division Council, to speak about the Patriot Act. The committee members were informed that at some point in the future, personnel from the FBI would also like to hold town hall meetings to discuss the Patriot Act with members in their communities.

Several committee members asked if the FBI had an Explorer/Internship Program. One member explained that such a program would be beneficial as it would expose the FBI and it's mission to the Muslim/Arab/Sikh youth. Members were informed that the FBI had a Junior Special Agents Program and that it would be a good idea to bring such program to the Arab/Muslim/Sikh youth through the schools, Islamic Centers, etc.

Supervisory Special Agent[         ]then spoke on the topic of Hate Crimes.         b6
SSA[     ]discussed the elements needed in order to establish a hate crime at the federal level. SSA[     ]informed that the FBI aggressively investigates hate crimes and advised the committee members that if they become aware of any incidents that met the elements to inform him directly. SSA[     ]also discussed state hate crimes.

The committee members suggested that they may need to hire a PR group to help them get a positive image of the Arabs/Muslims/Sikhs out to the American public. Many members felt that the media is promoting an unwarranted negative image of them. Basically, the view is that they support terrorism, they do not cooperate with law enforcement and that hey have not condemned 9/11. Several of the members felt the need to counter negative media attention with a positive message. They also felt that they needed to utilize their congressional members and partner with them to get their positive message out. Specifically, that they denounce terrorism, they cooperate with law enforcement, and they condemn 9/11.

Members of the committee stated that people in their communities were concerned about the future. The belief is that another "Iraqi Interview Project" was on it's way. They were informed that the FBI currently had no such plans.

SSA[         ]then provided an general overview of FBI tactics when serving a search/arrest warrant and rational for such tactics. SSA[     ]emphasized that         b6
such tactics were used in all cases. After the overview was presented, a discussion was held as to how to impart this information to Muslim/Arab/Sikh communities.

Finally, cultural sensitivity awareness/training was addressed. SSA[         ]
provided a list of actions which FBI agents could take when interviewing Muslims to show respect to the Muslim/Arab/Sikh culture. The committee members where asked to provide the FBI with cultural guidelines which would be useful when interviewing Muslim/Arabs/Sikhs.

The meeting was then ended. The next meeting was scheduled for June 21st.

ACLU-1011

TO      FILE (66F-LA-C236680)                                                           b6

FROM: [                    ]

DATE:   6/16/04

RE:     SIGN IN SHEET FOR MONDAY 17, 2004 MULTI-CULTURAL FORUM MEETING

_____

     On May 17, 2004, the first meeting of the Los Angeles Field Office's Multi Cultural
Forum was held in the ADIC's conference room.  The Multi Cultural Forum Sign-In sheet and
Agenda has been placed in the case file in a 1-A Envelope.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-24-2008 BY 65179 DMH/HKG/VTA

Agenda
1st meeting of the
Multi-cultural Advisory Committee
on 5/17/04
in the Assistant Director's Conference Room
FBI Los Angeles

6:00 p.m. - 6:10 p.m.: Everyone to table

6:10 p.m. - 6:20 p.m.: Greeting - SSA [ ]

                       Advisory Committee background and partnership     b6
                       Assimilation
                       Transparency and background checks
                       Future of MCAC re general crime and traditional minorities
                       Selection process - S [ ]

6:20 p.m. - 6:25 p.m.: Introductions of all in attendance

6:25 p.m. - 6:40 p.m.: Welcome and overview of FBI and LAFO - ADIC Rich Garcia

6:40 p.m. - 7:00 p.m.: Hate Crime overview - [ ]

7:00 p.m. -7:15 p.m.: Brake

7:15 p.m. - 7:45 p.m.: Violent crime overview of tactics - SSA [ ]
                       Scarf case overview
                       Cultural Sensitivity

                             1. Never compromise safety for sensitivity.
                             2. When possible, address the "man of the house".
                             3. When possible, schedule interviews in advance.
                             4. Use appropriate gender-specific greeting.
                             5. Establish rapport
                             6. Shoes stay on.
                             7. Lack of eye contact may not be indicator of deception.
                             8. Personal space.
                             9. Tea
                            10. Head covering

7:45 p.m.- 8:30 p.m.: Round Table discussion - All attendees

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-24-2008 BY 65179 DMH/HKG/VTA

## *Multi Cultural Forum Sign-In*

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|
| | | | | |

*Monday, May 17, 2004*

*Page 1 of 2*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-07-2008 BY 65179 dmh/hkg/ch

ACLU-1014

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

ACLU-1015

TO:        FILE (66F-LA-C236680)

FROM:     SA [blank]

SUBJECT:  MULTI-CULTURAL FORUM MEETING 5/17/04

DATE:     JUNE 22, 2004

---

On June 22, 2004, the Office of Public and Congressional Affairs of the Los Angeles Field Division held the second meeting of the Multi-Cultural Forum. The meeting was attended by the following FBI Los Angeles personnel: ADIC Richard Garcia, SSA [blank] Chief Division Council [blank] SA [blank] SA [blank] SA [blank] Community Outreach Specialist [blank] SAC James Sheehan, and ASAC Herbert Brown. The meeting was also attended by the following Muslim/Arab/Sikh community leaders:

1. [blank]
Omar Ibn Al Khattab Foundation

2. [blank]
Council on American-Islamic Relations

3. [blank]
Coptic Orthodox Church/Diosce of Los Angeles

4. [blank]
Islamic Shura Council of Southern California

5. [blank]

6. [blank]
Orange County Islamic Foundation

7. [blank]
Los Angeles Latino Muslim Association

8. [blank]
Singh Chevrolet

9. [blank]
International Relations Council

10. [blank]
Muslim Public Affairs Council

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-01-2008 BY 65179 DMH/HKG/VTA

188A-LA-C236680 - 18

b6

b6

18

11. [ ]
Muslim Public Affairs Council

12. [ ]
South Asian Network

13. [ ]
LEDtronics

14. [ ]
Masjid Ibadillah

15. [ ]
Inter Religious Federation for World Peace

b6

16. [ ]
Arab Anti-Discrimination Committee

17. [ ]
Iranian American Lawyers' Association

18. [ ]
Muslim Public Affairs Council

19. [ ]
[ ] the Islamic Shura Council

20. [ ]
Masjib Ibadillah

21, [ ]
South Asian Network

The second meeting of the Forum began with ADIC Garcia welcoming the committee
members and introducing SAC James Sheehan and ASAC Herbert Brown to the committee
members. ADIC Garcia again stressed the need for the community and law enforcement to work
together.

    SSA[ ] then introduced Chief Division Council[ ] who gave a
presentation on the Patriot Act. The committee members had many questions regarding the
Patriot Act and how it was being implemented by the FBI and the rest of the federal government.
The presentation/discussion was extensive, beginning at 6:00 p.m. and ending at approximately
10:30 p.m. Several committee members stated that they did not have a problem with how the
FBI was implementing the Patriot Act, but with the policy makers.[ ]
    [ ] for MPAC, agreed that the pamphlet critizing the Patriot Act, which they currently

b6

distribute to the community, had inaccuracies and requested a meeting with FBI personnel to
discuss the needed changes. The meeting was then ended. The next meeting was scheduled for
July 19th.

Attached to this document is the Multi-Cultural Sign-In sheet.

ACLU-1018

*Multi Cultural Forum Sign-In*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-07-2008 BY 65179 dmh/hkg/ch



Full Name    Sign-In    Work Phone    Mobile Phone    Email Address

b6

Monday, June 21, 2004

Page 1 of 2

ACLU-1019



b6

Monday, June 21, 2004

Page 2 of 2

ACLU-1020

TO:         FILE (66F-LA-C236680)                                          b6

FROM:       SA [                    ]

SUBJECT:    MULTI-CULTURAL FORUM MEETING 7/19/04

DATE:       July 19, 2004

---

On July 19, 2004, the Office of Public and Congressional Affairs of the Los Angeles Field Division held it's third meeting of the Multi-Cultural Forum. The meeting was attended by the following FBI Los Angeles personnel: ADIC Richard Garcia, SAC Randy Parsons, A/ASAC Steve Gomez, SSA [          ] SA [          ] and Community Outreach Specialist [          ] The meeting was also attended by the following Muslim/Arab/Sikh community leaders:

1. [          ]
Muslim Public Affairs Council                                             b6

2. [          ]
Omar Ibn Al Khattab Foundation

3. [          ]
Council on American-Islamic Relations

4. [          ]
Islamic Shura Council of Southern California

5. [          ]
Orange County Islamic Foundation

6. [          ]                           ALL INFORMATION CONTAINED
Singh Chevrolet                           HEREIN IS UNCLASSIFIED
                                          DATE 07-01-2008 BY 65179 DMH/HKG/VTA

7. [          ]
International Relations Council

8. [          ]
Islamic Center of Southern California

9. [          ]
Muslim Public Affairs Council

10. [          ]                          188A-LA-C236680-31
South Asian Network

11. [redacted]
LEDtronics

12. [redacted]
Masjid Ibadillah

13. [redacted]
Inter Religious Federation for World Peace

14. [redacted]
Immigration Attorney

15. [redacted]
Sikh Mediawatch and Awareness Resource Team

b6

16. [redacted]
Anti-Discrimination Committee

17. [redacted]
Iranian American Lawyers Association

18. [redacted]
Coptic Orthodox Church

19. [redacted]
Department of Justice Community Relations Service

20. [redacted]
South Asian Community

21. [redacted]
South Asian Community

The third meeting of the Forum began with SSA [redacted] welcoming all the members of the Forum and asking everyone to introduce themselves. SSA [redacted] noted that there had been new members added to the Forum since the first meeting and initial introduction.

b6

ADIC Garcia was then introduced and welcomed the members. ADIC Garcia discussed recent events, specifically, the discontinuation and replacement of the CAPSII airport screening system. Members of the Forum were pleased to hear that CAPSII had been discontinued and hoped the new system would be fair and effective.

SAC Randy Parsons next discussed the formation and mission of the Joint Terrorism Task Force (JTTF). SAC Parsons also discussed the 2004 Fall Threats and stressed the need for all communities, including the Arab/Muslim/Sikh communities, to be vigilant and assist law

enforcement to avert another terrorist attack. SAC Parsons finally discussed the up-coming
"interviews" to be conducted in connection with the 2004 Fall Threats. There was much
discussion of the scope of the interviews and their impact on the Arab/Muslim/Sikh
communities. Several members offered to provide sensitivity training to agents if that would
help them in conducting their interviews.

Before the meeting was held, several members advised that they had read newspaper
reports that there was a June 17th memorandum distributed by Immigration and Customs
Enforcement (ICE) directing it's employees to closely examine people of Pakistani descent for
evidence they may have been training at a terrorist camp. The members were upset that only
Pakistani descendants were being targeted and asked that this directive be addressed at the July
19th meeting. The members were informed that ICE is not a part of the FBI and thus the FBI
could not speak on behalf of their policies and procedures, but that in this case, the information      b6
was provided by ICE HQ to the FBI to disseminate to the members of the Forum. Specifically,
[          ] of ICE HQ informed that such memorandum did exist, but that it directed it's
employees to closely examine all travelers from Pakistan who exhibited suspicious travel, for
example short trips to Pakistan not related to family or business, for readably identifiable signs,
i.e. rope burns, that they may have been training at a terrorist camp. Accordingly, this
memorandum did not direct it's employees to examine only Pakistani descents, but all travelers.
The members were upset that the media had spun the article as it did. Several members of the
Forum were upset that the media had been portraying Middle Easterners/Muslims in such a bad
manner and felt that it might be time to do some of their own public relations work.

Several members of the Forum stressed the need for more press regarding investigations
related to terrorism which did not involve Muslims/Arabs. The members felt that the only time a
terrorist event received a lot of press was when it involved a Muslim/Arab. Several members
named investigations related to non-Muslims which were not treated by law enforcement as high
profile and did not receive a significant amount of press.

It was agreed that the next meeting would be held on August 16, 2004, at the Omar Ibnm
Al Khattab Foundation. At this meeting, a mission statement for the Forum would be
formulated. Additionally, conducting future town hall meetings would also be addressed.

Attached to this document is the Multi-Cultural Sign-In sheet and Agenda for the July 19,
2004 meeting.

**AGENDA FOR THE 3RD MEETING OF THE**
**MULTI-CULTURAL ADVISORY COMMITTEE**
**ON JULY 19, 2004**
**IN THE FBI LOS ANGELES ASSISTANT DIRECTOR'S CONFERENCE ROOM**

6:00P.M. - 6:10 P.M.          Assistant Director Richard Garcia
                              - Welcome

6:10 P.M.- 6:35 P.M.          Define Role & Mission Statement of Forum                    b6

6:35 P.M. - 6:40 P.M. Supervisory Special Agent [                    ] nd Special
        Agent [                    ]
                                   - Follow up on FBI checks performed in conjunction with bond
                              hearings during deportation proceedings
                                        - Discussion Regarding U.S. Customs Advisory To Look Out For
                              Suspicious Travel From Pakistan

6:40 P.M. - 7:00 P.M.          Discussion Regarding Town Hall Meetings

7:00P.M. - 7:45 P.M. Special Agent In Charge Randy Parsons
                                   -Mission of the Joint Terrorism Task Force (JTTF)/ 2004 Fall
                              Threats/Interviews

7:45 P.M. - 8:15 P.M.          Question & Answer

8:15 P.M. - 8:30 P.M.          Break & Prayer Time

8:30 P.M.                      End of Meeting

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-24-2008 BY 65179 DMH/HKG/VTA

ACLU-1024

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-07-2008 BY 65179 DMH/HKG/CH

## Multi Cultural Forum Sign-In



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|

Monday, July 19, 2004

b6

ACLU-1025



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|

b6

Monday, July 19, 2004

ACLU-1026

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-1027

✓

## Multi Cultural Forum Sign-In

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|

b6

Friday, July 09, 2004

ACLU-1028

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|
| | | | | |



b6

ACLU-1029

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-1030

TO:        FILE (66F-LA-C236680)                                                      b6

FROM:      SA [redacted] ͻⱴⱴ✓

SUBJECT:   MULTI-CULTURAL ADVISORY COMMITTEE MEETING 12/13/04

DATE:      DECEMBER 14, 2004

On Monday, December 13, 2004, at 6pm, the Office of Public and Congressional Affairs of the
FBI Los Angeles Field Division held it's seventh meeting of the Multi-Cultural Advisory
Committee (MCAC) at the FBI Office in Westwood, California. The meeting was attended by
the following FBI Los Angeles personnel: A/ADIC Randy Parsons, SS/[redacted]
and A/SS[redacted]   The following Muslim/Arab/Sikh community leaders were also in
attendance:

1. [redacted]                                                                          b6
   Omar Ibn Al Khattab Foundation

2. [redacted]
   Iranian American Lawyers Association

3. [redacted]
   Coptic Orthodox Church

4. [redacted]                              ALL INFORMATION CONTAINED
   Southern California Islamic Center      HEREIN IS UNCLASSIFIED
                                           DATE 07-07-2008 BY 65179 DMH/HKG/CH

5. [redacted]
   South Asian Network

6. [redacted]
   CAIR

7. [redacted]                              /88A - LA - C236680 - 62
   CAIR

8. [redacted]
   Shura Council of Southern California

9. [redacted]
   MPAC
   [handwritten]

[handwritten] 62

10. [redacted]
Los Angeles Latino Muslim Association                                                    b6

11. [redacted]
Singh Chevrolet

12. [redacted]
Sikh Center of Orange County

The eighth meeting of MCAC began at 6:00 p.m. A/ADIC Randy Parsons welcomed the
MCAC members. A/SSA[redacted]rovided each of the members a portfolio with the FBI seal and
the words "Multi-Cultural Advisory Committee" embossed on the front cover. A/SSA[redacted]
explained that the portfolio were provided to them to be used for their notes and documents
related to MCAC. The members were very appreciative.

A draft MCAC Mission statement was reviewed by all the members attending, and all
members voted to approve such mission statement. Below is the approved mission statement:

*The Multi-Cultural Advisory Committee (MCAC) endeavors to create an environment to
facilitate dialogue and enhance the relationship between the FBI and the Community
which is based on mutual respect, understanding, and the protection of Constitutional
Rights and civil liberties.*                                                            b6

A/SSA[redacted]then informed that it was requested by several members that a Secretary be
selected to record the minutes of the meetings and furnish them to the members for future
reference. Several members were nominated, but declined. A/SSA[redacted]volunteered to perform
the task and all the members approved A/SSA[redacted]

A/SSA[redacted]also informed that certain members had requested that those members who
did not consistently attend the meetings be removed. It was explained that it was not fair to those
members who consistently came to all the meetings and it was difficult to progress to the next
level if the same issues were covered on more than one occasion to accommodate those few who
did not attend. It was noted that additional individuals had expressed a desire to become
members of MCAC. A discussion was held as to how many meetings a member could miss
before being removed. MCAC member[redacted]stated that he had just gone through a
similar episode with the members of another board on which he serves and that he would provide
A/SSA[redacted]with the details of their agreed removal procedure. A/SSA[redacted]stated that she
would review such details and provide them to the members at the next meetings for their review
and approval.

A/ADIC Parsons next spoke and informed the members that there were no new threats.
A/ADIC Parsons stated that although there were no specific threats, there was concern with the
Presidetial Inauguration.

ACLU-1032

[                ]hen commended the FBI for bringing to the attention the abuses they saw at
Guantanamo Bay[        ]stated that the community was aware of the FBI's actions and were
appreciative. A/ADIC Parsons replied that he believed that reflected the culture of the FBI.

A/SSA[        ]informed the members that the current head of the ATF in Los Angeles
would be attending the next MCAC meeting and asked what topics the members wished for him
to address. The members stated that they would like for the ATF representative to speak about
their mission, jurisdiction, and authority. They also wished for any discussion on what, if any,
role the ATF play in immigration violations. The members were also informed that the United
States Attorney for the Central District of California, Debra Yang, or a representative from her
Office was interested in attending a MCAC meeting. The members were very interested in
having someone from the United States Attorney's Office attend.                                    b6

[                ]thanked the FBI for it's assistance in the[            ]matter.[    ]noted
that she spoke to the FBI Special Agent over seeing the situation and noted that she believed the
matter was in good hands.[        ]then informed A/ADIC Parsons of an individual in the
community who allegedly voluntarily contacted the FBI to report some information. During the
course of the interview, the Special Agents asked about the individual's immigration status. The
individual was honest and stated that he was out of status. Within a week after the interview, ICE
Agents appeared at the home of this individual and was informed that he was going to be
deported. Accordingly, the perception in the community is that if you cooperate with the FBI and
are out of status, you risk being deported.[        ]asked what the FBI's investigative role is with
respect to immigration violations and if there was any guarantee that could be given to the public
that they will not be deported if they voluntarily provide information to the FBI.. A/ADIC
Parsons explained that the FBI has discretion regarding immigration matters, and that there are
no guarantees. A/ADIC Parsons stressed, however, that the main goal of the FBI is to investigate
criminal violations, not immigration violations. SSA[            ]stated that time will show that
the FBI does not routinely have individuals deported who provide assistance. A/ADIC Parsons
asked[        ]for the name of the individual at issue and that he would follow-up on it.

[                ]eported that an individual in the Orange County recently was approached by
FBI Special Agents requesting an interview. This individual told the Special Agents that he
would consent to be interviewed, but that he wanted to conduct the interview at the CAIR office.
The Special Agent replied that it was against policy to conduct such an interview at the CAIR
office.[        ]asked if there was a policy against conducting interviews at the CAIR office.
A/ADIC Parsons explained that there was no such policy, but because of time constraints and           b6
logistics, it may have not been feasible for the Special Agents to conduct the interview at CAIR's
office.

Next[            ]stated that an individual in the community had just been interviewed
by the FBI and wanted to get a copy of the report of the interview.[        ]was informed that
this individual could get such report by making a Freedom of Information Privacy Act request.
[            ]was instructed that the individual could get all the information from the FBI's website,
"fbi.gov."

A/ADIC Parsons informed the members that he would like to see college age youth as members of the committee. A/ADIC Parsons felt it was important to reach out to the youth and dialogue. The members agreed, but stated that there would be some animosity. A/ADIC Parsons stated that he was aware that there may be some tension and hard questions, but that the youth needed to be included. With that said[        ]presented A/SSA[    ]with two applications from USC students who wanted to join MCAC.

The topic of town hall meetings was next discussed. The members agreed that it would be a good idea to have another agency at the meetings so that the FBI was not made the scapegoat. The members recommended that representatives from ICE or the United States Attorney's Office attend.

Several members stated that for one of the next meetings they would like ICE to attend. A/SSA[    ]informed that they had invited ICE, but they had not accepted as of yet. The members were very eager to dialogue with ICE and stated that they may write a letter to ICE asking for a meeting with them. The members also requested that we invite TSA to a meeting. A/SSA[    ]stated that the FBI would extend an invitation to TSA. The meeting ended at approximately 9:00 p.m.

Attached to this document is the December 13th "Sign In Sheet." Also attached is the "10th Anniversary Gala & Award Ceremony" program provided to A/SSA[    ]by[        ]
[        ] SSA[                ]attended this event on December 9th at the Biltmore Hotel in Los Angeles. This event was well attended by state and local officials.

b6

ACLU-1034

## *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

*Monday, December 13, 2004*                                                                      *Page 1 of 2*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-07-2008 BY 65179 DMH/HRG/CH

ACLU-1035

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-1036