# Iranian American Lawyers Association

*Welcomes you to the*

# *10th Anniversary Gala*
# *&*
# *Award Ceremony*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-24-2008 BY 65179 DMH/HKG/VTA

**Iranian American Lawyers Association**

The first lawyer's association of Iranian American attorneys in the U.S. - Established in 1994

# IALA President's Message

*The path into and through the next decade*

A generation later, the Iranian American community is proud to have established relationships with successful individuals, in all industries, including chip and technology industries such as Ebay, scientists at NASA and several others who serve as scholars and professors of universities. In all my years as a practicing attorney, partnering in law firms and serving on various boards of directors, I have come across a few pointers which I thought would help mark the pathway into the future of our organization.

Contrary to the common myth, I have learned that most leaders are developed through personal experience and are not just born great leaders. I have also learned that to be most effective, we must continually evaluate issues at hand and strive to be multi-cultural in planning and implementing the association's future plans.

To be an efficient and effective association, we must develop leadership networking and identify common tasks while incorporating multi-cultural and multi-sector parts in events. We should also be enthusiastic while motivating others "to step up to the plate" while being open to new ideas and adaptive to changes.

Furthermore, it is also as important to learn to work with other leaders and associations and to be aware of when to lead and when to follow. We should always remember that we are representing a group and its interests and not any individual idea, interest or agenda. We should always expand on on developing abilities to manage and resolve conflicts.

Effective leadership for an association is more than accomplishments. One must show up, build and develop relationships, motivate others, foster team work, value diversity, build trust and lead by example.

We should fully explore our self actualized power, positional power and coalitional power to achieve the best for the association. We should not forget that most leaders are risk takers and the effective ones don't follow a path, but create their own path to be followed.

Last but not least, when it is all said and done, and after the minority and the majority has had their say and the issues are stalled, we will know where and when democracy spins and leadership ought to start. Lets keep the wheels of democracy pushing forward.

P. Patrick Ashouri, Esq. President
Iranian American Lawyers Association

# IALA's 10th Anniversary program:

7:00 pm - Reception
8:00 pm - President's Welcome
8:15 pm - Recognitions
- The State Bar of California President, John Van de Kamp
- Honorable Bruce J. Einhorn
- CNN Senior VP, Parisa Khosravi
- President Elect's Message

9:30 pm - Dinner
10:00pm- Entertainment

***We are honored to have as our speakers the State Bar of California's President, John Van de Kamp***

*Former state Attorney General John K. Van de Kamp of Los Angeles is the 80th president of the State Bar of California. Last year as a vice president of the bar's Board of Governors, Van de Kamp chaired the Regulation, Admissions and Discipline Committee and led a successful effort to expand the operating hours of the State Bar's discipline consumer hotline.*
*John Van de Kamp is of counsel at the Los Angeles offices of Dewey Ballantine LLP.*

---

***Parisa Khosravi, Senior Vice President and Managing Editor, International News gathering of CNN***

*Parisa Khosravi is a senior vice president for the CNN News Group, charged with overseeing all international coverage and newsgathering resources, including the network's international bureaus. Based in CNN's world headquarters in Atlanta, Khosravi reports to Eason Jordan, chief news executive and president of Newsgathering for the CNN News Group.*

*Named as senior vice president in January 2001, Khosravi was vice president and managing editor of international news coverage from 1999-2001, and previously served as deputy managing editor and director of coverage on the international assignment desk. Before that, Khosravi was senior international editor for CNN from 1994-1995. She joined the international assignment desk as an assistant editor in 1988 and was promoted to assignment editor in 1989. She began her career with CNN as a video journalist in 1987.*

# IALA's Recognitions

Multi-Cultural Pro Bono, Civil and Immigrant Rights Advocacy

**CHIRLA** Advancing the Rights of Immigrants and Refugees in Los Angeles Since 1986

CHIRLA works to advance the human and civil rights of immigrants and refugees and to foster an environment of positive human and community relations in our society.

**Greg Simons**
Executive Director

**South Asian Network**

The South Asian Network (SAN) is a community-based non-profit organization dedicated to promoting the health and empowerment of people of South Asian origin living in southern California. SAN was founded in 1990 to fill a critical service gap in the South Asian Community, which traditionally has been underserved by public interest organizations, even by those focused on the Asian community. Together, staff and volunteers have established the only staffed agency in Southern California serving South Asians and have created a multilingual, culturally appropriate program of direct service, community education and advocacy in four areas: immigration, public health, domestic violence and hate crime/discrimination

**Hamid Khan**
Executive Director

**Ban Al-Wardi, Esq.**
Director, Los Angeles/Orange County
ADC is a grassroots civil rights organization which welcomes people of all backgrounds, faiths and ethnicities as members.

# Honorable Judge Shahla Sabet at IALA meeting in 1995

# IALA's History

Iranian American Lawyers Association, the first lawyer's association of Iranian American attorneys in the U.S., is a non-profit organization formed in California in 1994 and based in Los Angeles since.

Our members have been admitted attorneys, law students and Honorable Bench Officers. We continue to offer various programs (radio broadcasts and call-in Q&A law days, radio announcements of deadlines, radio interviews, press releases) in informing the Iranian American community of significant legal issues.

We promote equal access to Justice and encourage pro-bono representation as well as provide a networking forum for our members, conducting various events (mentor program for newly admitted lawyers, CLE programs and general social mixers and our annual dinner Gala). We are exclusively supported by our membership dues and event sponsorships.

## Mission Statement

Portion of the Association's Articles:

1. To maintain the honor and integrity of the legal profession.
2. To promote and maintain the sound administration of independent justice.
3. To encourage discussion of legal matters or issues, to promote mutual aid among its members.
4. To further equal opportunity and justice for the members of the legal profession and to provide an organization for collective action.
5. To advance and preserve the integrity of the Iranian American lawyers within the community.
6. To promote the legal education and general understanding of the legal system within the Iranian community.
7. This association shall not participate in partisan politics nor recommend any person for any political office other than a judicial office.

# IALA's General meeting in 1994

# Iranian American Lawyers Association's

## CRACKDOWN ON
## THE UNAUTHORIZED PRACTICE OF LAW

For years, non-lawyer Iranians have held themselves out as lawyers, taking millions of dollars from unsuspecting victims within the Persian community in exchange for a promise they never delivered. Their conduct has resulted in deportation and jail time for the victims. Others' dream of living in the US remained only that; a dream. This year, after receiving numerous complaints from the public, the board decided to stop these perilous and illegal practices and formed the Unauthorized Practice of Law Committee. The committee's chair, formerly a Los Angeles Police Officer, Michael Payman Kade, Esq., IALA's 2004 Vice president, launched the most aggressive investigation IALA has ever come to see. Hours of witness and victim interviews, evidence gathering and examination lead to the compilation of credible evidence that is shared with various state and federal law enforcement agencies.

This challenge has just begun. In the upcoming year, IALA will ***expand*** and continue its investigations into the work of other individuals and entities. The encounter rages on to make sure wrongdoers face civil and criminal punishment.

A next-generation world-wide online TV promoting Attorneys, Doctors and other business professionals.
Fresh weekly educational shows promoting you and your practice -- accessible 24/7 worldwide.
Local and online advertising and promotion to bring users to your weekly online shows. Our service includes full digital
shooting, editing and streaming - 24/7!
Contact us now for special pre-new year discounted pricing!
Khosrow (Koz) Khosravani
Koz@ExpertsTV.com
949.466.3528
www.ExpertsTV.com
Irvine, CA 92614

**SHAHROUZI & FURNESS**
CERTIFIED PUBLIC ACCOUNTANTS
Sean Shahrouzi, C.P.A., Raymond Furness, C.P.A.

16000 Ventura Boulevard, Suite 500
Encino, California 91436
**Tel. (818) 379-1107**

433 N. Camden Dr. Suite 400
Beverly Hills, California 90210
**(866) 299-4117**

www.la-cpa.com
Advance Tax and Financial Planners

**FAMILY LAW OFFICES OF JAFARI & ASSOCIATES**
Padideh S. Jafari, Attorney at Law

16000 Ventura Boulevard, Fifth Floor
Encino, California 91436
**Tel. (818) 785-7272**

1925 Century Park East. Suite 500
Los Angeles, California 90067
**Tel. (818) 785-3888**

www.jafarilaw.com

Law Offices of Mike S. Manesh
A PROFESSIONAL CORPORATION
Online estate planning learning center
Mike S. Manesh
Zohreh Mizrahi

**LAW OFFICES OF MIKE S. MANESH**
A PROFESSIONAL CORPORATION
2049 CENTURY PARK EAST, SUITE 2680
LOS ANGELES, CALIFORNIA 90067
Tel: (310)843-9292
Fax: (310)843-9777

Areas of practice
Immigration, Estate Planning, Incorporation

# Community responses to IALA

**MINA [redacted]**
**[redacted] Street**
**[redacted], New York 11229[redacted]**

P. Patrick Ashouri, Esq.
President, Iranian American Lawyers Association
1875 Century Park East Ste. 1240
Los Angeles, California 90067

Dear Mr. Ashouri:

I apologize for the delay in writing to you. I only wish I had the words in my lexicon to convey my respect, appreciation and heartfelt gratitude for your efforts on my behalf.

It would be remiss of me not to acknowledge the importance of the Iranian American Lawyers Association and the significance of the organization in our world today.

Please convey to your colleagues that it is heartening to know that in a world burdened with discord and disunity Iranian and American colleagues can join to accomplish together what each could not do alone.

More important, to give of self, time and professional services freely is volunteerism in the truest and best sense of the word.

I wish you health and success in your personal and professional endeavors.

Sincerely,
Mina [redacted], [redacted]

# Some of IALA's pro bono activities

**4 hour Radio Law Day Program**
**Sunday May 23, 2004**
Attorney Participants

- Michael Sabzevar
- Frank Hakim
- Nick Ebrahimian
- Mike Manesh

- Tabi Katouzi
- P.Patrick Ashouri
- Padideh Jafari
- Sousan Alemansour
- Steve Seppasi
- Ardy Kiarash
- Alaleh Kamran
- Sean Tabibian

Ares covered

Family Law
Labor Law
Worker's Compensation
Estate Planning
Criminal Defense & traffic appeals

**3 hour Radio Law Day Program**
**Sunday June 20, 2004**
Attorney Participants

- Michael Sabzevar
- Roxana Soltani
- Frank Hakim

- Mike Manesh
- Tabi Katouzi
- P.Patrick Ashouri
- Steve Seppasi
- Zohreh Mizrahi
- Haleh Mansouri
- Ali Golchin

Ares covered
Immigration
Labor Law
Worker's Compensation
Estate Planning
Medical Planning

نیک دانش
**NICK DANESH**

**Allied Company**
وام تجاری
**Commercial Loan**

**310-820-2000**
Nd@alliedcompany.com
Www.alliedusacorp.com
Www.alliedcompany.com
11454 san vicente Blvd.Los angeles, CA 90049

ACLU-1045

# IALA's RADIO PUBLIC SERVICE PROGRAM TRANSCRIPT

In an hour long radio program, an interview hosted and translated at KRSI radio on Saturday April 24, 2004, guests Jane Arellano, District Director CIS (L.A.) and P. Patrick Ashouri, Esq., President of Iranian American Lawyers Association discussed the implementation of Info Pass services of the Department of Homeland Security, Citizenship and Immigration Services and other issues, the transcript of a brief part of the program regarding unauthorized or illegal practices is provided below.

Q. P. Patrick Ashouri: Director Arellano, as the President of the Iranian American Lawyers Association and our association, just like any other lawyer, law or Bar association has always continued to encourage, acknowledge and appreciate members who are all licensed State or Federal attorneys to continue their competent representation of their clients in immigration. We have always promoted and encouraged their [attorneys] community information participation and we appreciate those who do that. A question that comes up and has come up quite often is that in light of some irreversible consequences in filling out an application that could be perhaps unintentional or sometimes negligent, by completing, submitting petitions, applications, the appropriate attachments, what advisc would you have for an applicant out there who is trying to get assistance of somebody other than themselves in preparing their paper work for the Immigration Services [CIS]?

A. ***Director Arellano:*** *I would caution anybody who is seeking assistance in making an application to CIS to insure and be sure that they are dealing with some one who is competent, a licensed individual who has got the knowledge and ability to properly advise this individual and the unauthorized practice of law is something that we discourage and speaking to community based organizations, we also caution them. If you are not attorneys, you can not give advice. We do not give advice. Immigration Officers are not authorized to give advice, we give information only so anybody who has even a simple, but also a very complex case should seek competent legal advice from a licensed practitioner.*

Q. P. Patrick Ashouri : Another question Director Arellano that has surfaced and has been mentioned by the practitioners and the Bar, is that when an applicant is harmed financially and the family harmony is placed at risk because an immigration status is in jeopardy because wrong or incomplete or sometimes never filed applications or petitions are the case, what steps, safeguards or levels of cooperation does the Service [CIS] have with other law enforcement agencies, Federal, County or State to investigate, charge and prosecute public fraud, theft or unauthorized practice of law against those who have conducted themselves accordingly?

A. ***Director Arellano:*** *Well, I wanted to make sure that we let you know that we are the Service side of the Department of Homeland Security, CIS. We do have our counterpart in the enforcement side, Immigration and Customs Enforcement, (ICE), we stay in touch with them on a daily basis, they still investigate into fraud and any kind of unauthorized practice of law could be reported to the ICE component. They too are in touch with Local, County and Consumer Affair's Department and together we have cooperation with them. If we get the report at CIS, we are going to turn it over to them [ICE]. We also have a contact at the county of Los Angeles, who will take up and make an inquiry into the type of practices that has been going on.*

Q. P. Patrick Ashouri : So the ramifications one could summarize, could have some criminal prosecution consequences for those who are breaking the law and not being licensed nor authorized and causing losses to applicants by form of fraud?

A. ***Director Arellano:*** *Absolutely.*

Q. P. Patrick Ashouri : Thank you.

ACLU-1046

# IALA's CLE Event
July 22, 2004

Speaker, Thomas Girardi, Esq.

## MORTGAGE BANKERS CORP.

**Shawn Ely**

Mortgage Banker

**Our Interest is Ultimate Service**

310. 472. 5454 800. 868.8000

11911 San Vicente Blvd., Suite 255, Los Angeles, CA 90049

www.mtgbankers.com

www.ketab.com

KETAB CORP.

شرکت کتاب

Books کتاب

Music موسیقی

Films فیلم

(310) 477-7477
1419 Westwood Blvd.
Los Angeles, CA 90024 USA

1-800-FOR IRAN
367-4726
email: ketab1@ketab.com

A next-generation world-wide online TV promoting Attorneys, Doctors and other business professionals.
Fresh weekly educational shows promoting you and your practice -- accessible 24/7 worldwide.
Local and online advertising and promotion to bring traffic to your weekly online shows. Our service includes full digital movie shooting, editing and streaming - 24/7!
Contact us now for special pre-new year discounted pricing!
Khosrow (Koz) Khosravani
Koz@ExpertsTV.com
949.466.3528
www.ExpertsTV.com
17173 Gillette Ave.
Irvine, CA 92614

www 949-466-3528
Digital Movies.us
Digital movies about you!
Digital Movies
Web Design
Web TV Broadcasting
Technology Consulting
Short and long movies made about your accomplishments and life. Great for celebrities, fitness professionals, athletes, competitors and anyone who wants to preserve great moments of their lives utilizing digital movie technologies. Other services includes web design, web TV broadcasting & technology consulting!

818 - 50 50 100
سازمان
IRTV
Communications

Pars Insurance Agency
www.parsinsurance.com
خدمات بیمه پارس
مشاور مورد اعتماد شما
جلال بهپورنیا
PIA
(818) 906-1454 (800) 779-PARS
7277
FAX: (818) 906-2682 e-mail: parsins@pacbell.net
13437 Ventura Blvd., Suite 204, Sherman Oaks, CA 91423

ACLU-1049

www.gwhloans.com

HOME LOANS

18340 Ventura Blvd Suite 206, Tarzana, CA 91356

"Providing customized Real Estate financing for local communities"

Our integrated software, hardware, and "peopleware" strategy allows us to provide the most cost-effective loan solutions available throughout the industry.

Specializing in

* Commercial and Multi Family Loans
* Lot Loans
* Construction Loans
* 1-4 Single Family Dwelling Loans
* Equity Loans

For more information please contact:

Alex Khoshnam
@ ext 31 or via E-mail @ alex.khoshnam@gwhloans.com

Allen Khoshnam
@ Ext 25 or via E-mail @ allen.khoshnam@gwhloans.com

Licensed under California Department of Corporation, license number 603 8959 and Department of Real Estate, license number 01176526

## 2004 Officers, Directors and Committee Chairs

**OFFICERS**

**PRESIDENT**
**P. PATRICK ASHOURI**
1875 Century Park East, Suite 1240
Los Angeles, CA 90067
(818) 989-3333

**PRESIDENT ELECT**
**MICHAEL PAYMAN KADE**
15760 Ventura Blvd., Suite 2030
Encino, CA 91436
(818) 995-9454

**TREASURER**
**ALI MAKOUI**
336 Alginet Dr.
Encino, CA 91436
(818) 990-5701

**SECRETARY**
[illegible]
16000 Ventura Blvd., 5th Floor
Encino, CA 91436
(818) 785-7272

**DIRECTORS**

**MARK K. AMELI**
8383 Wilshire Blvd., Suite 1038
Beverly Hills, CA 90211
(323) 655-1133

**SEAN TABIBIAN**
9000 West Sunset Blvd., Suite 407
Los Angeles, CA 90069
(310) 888-8700

**FRANK HAKIM**
1925 Century Park East, Suite 500
Los Angeles, CA 90067
(310) 789-2240

**SHAHRAM A. SHAYESTEH**
1126 Wilshire Blvd.
Los Angeles, CA 90017
(213) 977-0211

**COMMITTEE CHAIRS**

Events :
**ZOHREH MIZRAHI**
2049 Century Park E #2680
Los Angeles, CA 90067
310-843-9292

Pro Bono:
**P. PATRICK ASHOURI**
**PADIDEH S. JAFARI**
16000 Ventura Blvd., 5th Floor
Encino, CA 91436
(818) 785-7272

MCLE:
**MICHAEL PAYMAN KADE**
15760 Ventura Blvd., Suite 2030
Encino, CA 91436
(818) 995-9454

Unauthorized Practice of Law
**MICHAEL PAYMAN KADE**
15760 Ventura Blvd., Suite 2030
[illegible]
(818) 995-9454

Law Day:
**P. PATRICK ASHOURI**
1875 Century Park East, Suite 1240
Los Angeles, CA 90067





Metropolitan News-Enterprise
شرکت
کتاب
LOS ANGELES
COUNTY BAR
ASSOCIATION
Radio
Sedaye
IRAN
رادیو صدای ایران
KRSI.NET

THE IRANIAN YELLOW PAGES
KETAB CORP.
یلوپیج ایرانیان شرکت کتاب
818.9.08.08.08
www.08.net
CIRCULATION 40,000
The most effective advertising tool in the Iranian community

15

ACLU-1051







The Most Comprehensive Legal Presentation Services for Great Lawyers in California

**Executive Presentations Congratulates the**

# Iranian American Lawyers Association's 10th Anniversary

- *Design Consulting & Exhibit Preparation*
- *Legal Video Services*
- *Digital Trial Presentations*
- *PowerPoint Presentations*
- *Event & Site Photography*
- *Animation & 3D Illustration*

**Digital Trial Presentations**

All of your documents, photos, videos & animations available and displayed on a single large screen

**Design Consulting & Exhibit Preparation**

- Timelines & Chronologies
- Maps & Illustrations
- Excerpts
- Blowups
- Charts & Graphs
- Interactive Exhibits
- Photo Enlargements
- PowerPoint Presentations

Rick Kraemer
President

executive presentations

*animation • digital trials • graphics • video services*

*tel: 213.480.1644 fax: 213.480.1838*
*www.executivepresentations.com*

## Iranian American Lawyers Association

The first lawyer's association of Iranian American attorneys in the U.S. - Established in 1994

16

ACLU-1052