(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 01/30/2005

**To:** Los Angeles

**From:** Los Angeles
      OPCA
       **Contact:** [          ] ext. [      ]                    b6
                                                  b2

**Approved By:** [          ]

**Drafted By:** [          ] : nil

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM.

**Synopsis:** Document Ninth Meeting of the Multi Cultural Advisory Committee.

**Enclosure(s):** The Multi-Cultural Sign-In Sheet for Ninth Meeting is enclosed.

**Details:** On Wednesday, January 26, 2005, at 6pm, the Ninth meeting of the Multi-Cultural Advisory Committee (MCAC) was held at the FBI Office in Westwood, California. The meeting was attended by the following members:

1.
Omar Ibn Al-Khattab Foundation

2.
Iranian American Lawyers Association

3.
Coptic Orthodox Church

4.
USC Muslim Student Union

5.
South Asian Network                    b6

6.
CAIR

7.
CAIR

3INLO1.05

To:   Los Angeles   From:  Los Angeles
Re:   66F-LA-C236680 (Pending), 01/30/2005



8.
Shura Council of Southern California

9.
MPAC

10.
Los Angeles Latino Muslim Association

11.
Sikh Center of Orange County

12.
Sikh Center of Orange County

13.        A/ADIC Randy Parsons
FBI Los Angeles

14.        SSA
FBI Los Angeles                                    b6

15.        A/SSA
FBI Los Angeles

16.
President School Board/Syriac Church

17.
MPAC

18.
Arab-American Anti-Discrimination Committee

19.
Islamic Center of Orange County

20.
Immigration Lawyer

21.
USC Muslim Student Union

22.
Islamic Center of Southern California

23.
UCI Muslim Student Union

2

ACLU-1054

To: Los Angeles  From: Los Angeles
Re: 66F-LA-C236680 (Pending), 01/30/2005



24.
Free Musl[          ]coalition Against Terrorism

25.
South Asi[an] Network

26.
Syrian Orthodox Church

27.
LEDTronic

28.
Inter Religious Federation for World Peace

29.
UCI Muslim Student Union

30.    SA
FBI Los Angeles

b6

A/SSA[          ]opened the meeting by greeting the
members and having them introduce themselves as there were new
members in attendance. A/SSA[     ] then introduced A/ADIC Randy
Parsons who welcomed the members and introduced United States
Attorney for the Central District of California Debra Yang.

USA Yang gave an overview of the jurisdiction of the
United States Attorney's Office and the types of violations they
prosecute. USA Yang specifically discussed immigration
violations, stating that the US Attorney's Office prosecutes
those violations related to human trafficking and re-entry after
being deported. All cases involving immigration issues initiated
in the District Court are also handled by the US Attorney's
Office. These cases include habeas and mandamus cases.

USA Yang provided an overview, as viewed by the US
Attorney's Office, of the JTTFs in the Central District of
California. USA Yang then discussed the US Attorney's Office
working relationship with the JTTFs.

b6

USA Yang also emphasized that her office aggressively
prosecutes hate crimes. USA Yang discussed the status of the
[          ]case, basically that it's going to trial in the near
future. USA Yang stressed that if anyone is a victim of hate
crimes to report it to law enforcement so that the individual(s)
responsible are brought to justice.

3

ACLU-1055

To:   Los Angeles  From:  Los Angeles
Re:   66F-LA-C236680  (Pending), 01/30/2005


        USA Yang then asked the MCAC members if they had any
questions.  A question was asked about asylum cases related to
Coptic individuals.  USA Yang stated that she was unaware of the
Coptic plight, but suggested that the Office of Immigration
Litigation be contacted for assistance.

        USA Yang was then asked about TSA's "no fly" list.  USA
Yang stated that she was not aware of the requirements of the "no
fly" list and suggested to contact TSA.  USA Yang also stated
that she has been stopped and has gone through secondary herself.

        Several members asked USA Yang if she could facilitate
a meeting between them and ICE.  USA Yang stated that she had no
control over ICE, but suggested the members draft a letter to ICE
requesting a meeting and she would forward it to a high level
official in the Department of Homeland Security.  USA Yang then
informed that she needed to depart and thanked the MCAC members
for their time.

        After USA Yang's departure, [          ] and [          ]
[          ] spoke of their recent meeting with the SAC, lead
prosecutor, and media representative of the Los Angeles ICE
Division.  According to [     ] the meeting was not well received.
Additionally the media representative for ICE was upset with
[          ] for publicly stating that they had met with ICE.                b6

        The MCAC members asked if the FBI could extend an
invitation to TSA for an upcoming meeting.  MCAC members were
informed that ATF was scheduled for the February meeting, but
that an invitation would be extended to TSA for the March
meeting.

        A/SSA [     ] informed that an e-mail regarding the date
and agenda of the next meeting would be sent to all MCAC members.
The meeting then ended.


◆◆


                              4


ACLU-1056



*Multi Cultural Forum Sign-In*

b6

ACLU-1057



b6

ACLU-1058



b6

ACLU-1059

(n.V. vi-s f-2005)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 02/22/2005

**To:** Los Angeles

**From:** Los Angeles
    OPCA
    **Contact:** [            ] ext. [      ]                    b6
                                                                b2

**Approved By:** [            ]

**Drafted By:** [            ] : nil

**Case ID #:** 66F-LA-C236680 (Pending)-87

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
    OMBUDSMAN PROGRAM.

**Synopsis:** Document the Tenth Meeting of the Multi Cultural
Advisory Committee.

**Enclosure(s):** The Multi-Cultural Sign-In Sheet for the Tenth
Meeting is enclosed.

**Details:** On Tuesday, February 22, 2005, at 6 p.m., the Tenth
meeting of the Multi-Cultural Advisory Committee (MCAC) was held
at the FBI Office in Westwood, California. The meeting was
attended by the following members:

1. [            ]
   Omar Ibn Al Khattab Foundation

2. [            ]
   Iranian American Lawyers Association

3. [            ]
   USC Muslim Student Union                              b6

4. [            ]
   South Asian Network

5. [            ]                  ALL INFORMATION CONTAINED
   CAIR                           HEREIN IS UNCLASSIFIED
                                  DATE 07-01-2008 BY 65179 DMH/HKG/VTA

6. [            ]
   CAIR

7. [            ]
   Shura Council of Southern California

*188A-LA-C236680-87*

*87*

To:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 02/22/2005

8.
MPAC

9.
International Relations Council

10.      SAC Randy Parsons
FBI Los Angeles

11.      SSA
FBI Los Angeles

12.      A/SSA
FBI Los Angeles

13.
Arab-American Anti-Discrimination Committee

14.
USC Muslim Student Union

15.
Free Muslim Coalition Against Terrorism

16.
Syrian Orthodox Church

17.
LEDTronics

18.
Inter Religious Federation for World Peace

19.      SA
FBI Los Angeles

20.
USC Muslim Student Union

21.
SAC International Steel

22.
Free Muslim Coalition Against Terrorism

23.
Masjid Al-Faitha of America

b6

2

ACLU-1061

TO:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 02/22/2005



24.
Iranian American Advisory Committee

25.
DOJ Community Service Relations

b6

26.
USCIS/Immigration

27.
Armenian Church

28.
ACLU

29.        ADIC Richard Garcia
FBI Los Angeles

A/SSA            opened the meeting by greeting the
members. A/SSA            then introduced Assistant Special Agent In
Charge            of the Bureau of Alcohol, Firearms & Tobacco
(ATF).            spoke of the jurisdiction of the ATF and the types
of violations they investigate. Specifically,            stressed that
they investigated violent crimes and usually teamed up with other
law enforcement agencies because of their small size.

b6

After            finished his presentation,
proposed that the first portion of each meeting be devoted to
issues/concerns of the community.  All the committee members
agreed.

            of the United States Citizenship and
Immigration Service next spoke of her perspective of Los Angeles
ICE's recent meeting with CAIR and MPAC.            basically stated
that ICE's Media Coordinator            had good intentions in
mind in setting up the meeting, but felt that she had conveyed
that she did not want their meeting to be made public.  When
discovered the meeting had been made public and Headquarters
admonished her for having the meeting, she felt betrayed.
Several committee members who were at the meeting stated that
they asked            if they could make the meeting public, and that
she had agreed.

b6

At the previous MCAC meeting, United States Attorney
Debra Yang informed the committee members that if they wished to
write a letter requesting a meeting with Los Angeles ICE
Division, she would provide such letter to a high ranking
official of Department of Homeland Security in Washington, D.C.
The members asked            if she thought sending the letter would
be a good idea.            thought it would be a good idea as

3

To:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 02/22/2005

had noted that Headquarters had told her not to hold community
outreach meetings.  ADIC Garcia emphasized that the decision to
write the letter was up to the committee members and that it
could not be endorsed by the FBI. [                    ] was nominated,
and agreed, to draft the letter.

        Finally, [                    ] the Citizens'
Academy Alumni Association, spoke to the members about joining
the Citizens' Academy hosted by the FBI Los Angeles. [          ]
also spoke about the Citizens' Academy Alumni Association that
one can join after they go through the Academy.

        A/SSA [      ] informed that an e-mail regarding the date
and agenda of the next meeting would be sent to all MCAC members.
The meeting then ended.

♦♦

b6

4

# *Multi Cultural Forum Sign-In*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-07-2008 BY 65179 DMH/HKG/CH

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|

b6

Tuesday, February 22, 2005

Page 1 of 3

ACLU-1064



Full Name          Sign-In          Work Phone    Mobile Phone    Email Address

b6

Tuesday, February 22, 2005

Page 2 of 3

ACLU-1065



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|

be

ACLU-1066

---- Working Copy ----                          Page        1


Precedence:  ROUTINE                        Date:  02/22/2005

To:  Los Angeles

From:  Los Angeles
        OPCA
        Contact: [                ], ext. [        ]                        b6
                                                                            b2
Approved By: [              ]

Drafted By: [              ] : nil    188A-LA-C236680-GG

Case ID #: 66F-LA-C236680 (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM.

Synopsis: Document the February 22, 2005, meeting with the [        ]
[          ] of the Claremont Mosque, [              ]a; [              ]
for the Shura Council and member of the Los Angeles Field
Office's Multi Cultural Advisory Committee [              ] ACLU            b6
Representative, [              ] for the Southern
California CAIR Chapter; [              ] Government
[              ] SSA [              ] and A/SSA
[              ]

Details:  On Tuesday, February 22, 2005, [      ] informed that the
leaders of the Claremont Mosque wished to have a meeting with
ADIC Richard T. Garcia, A/SSA [          ] and SSA [          ]
[          ]   The leaders wished to discuss the interviews of
mosque members currently being conducted by the FBI.  A/SSA [      ]
informed [      ] that such a meeting could be held, but that ADIC
Garcia would be unable to attend.  A/SSA [      ] also informed
that they would not be able to discuss any pending
investigations, if any, to which [      ] stated he understood.  The
meeting was set for five o'clock that evening.

        At approximately five o'clock, [              ] and           b6
[              ] of the Claremont Mosque, [              ]
ACLU Representative arrived at the Los Angeles Field Office.  SSA
[          ]and A/SSA [      ] greeted [              ] at
which time the meeting began.  [          ] first thanked A/SSA [      ]
and SSA [          ] for taking the time to meet. [          ] then
informed that the reason for calling the meeting was to inform
that because of the recent activities of the FBI, members of the
Claremont Mosque were afraid to attend the Mosque.
[          ] explained that the current belief of the members is that
if you donate and/or attend Mosque, you will be targeted by the FBI.
Accordingly, attendance and donations have dropped by half.
[          ] and [          ] are concerned that the FBI's recent
activities could cause the shut down of the Mosque.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-25-2008 BY 65179 DMH/HKG/VTA

--------------------------------------------------------------
Case ID : 188A-LA-C236680                    Serial : 96

ACLU-1067

---- Working Copy ----                           Page      2

[ ] stated that he had various examples of
questionable behavior by agents.  Specifically, [ ] stated
that several members of the Mosque have been "detained and
questioned" by agents on more than one occasion.  During this
"questioning," threats were made to these members.  During one
such interview, an agent told the member that he was "lying" and
that "we will get your Imam, we will get your Center!"  Other
interviews have included questioning which they felt was
inappropriate.  Such questions included, where do you pray; how
many times a day to you pray; are you a Sunni or Shite Muslim;
what do you preach during Friday prayer; do you donate to the
Mosque; and to where does your Mosque send the donations.  They
also noticed agents surveilling the Mosque.

[ ] provided the case of [ ]
According to [ ] the FBI and/or Weights and Measures agents
searched his business pursuant to a search warrant.  Once the
agents were finished searching his place of business, they asked
permission to search his residence.  At first [ ] did not give
verbal approval and the agents threatened that if they had to get
a search warrant for the residence, they would be back with more
agents and guns and embarrass [ ] in front of his neighbors.
[ ] acquiesced and signed the waiver because of these threats.
While they were searching [ ] residence, the agents apparently
asked his ten year old daughter if she prayed at the Mosque and
what they taught during the prayers.

Basically, [ ] and [ ] wanted to know what
kinds of questions were "off the table" and whether FBI agents
could threaten the people they were questioning.  [ ] and
[ ] specifically wanted to know the FBI Policy/Procedures
regarding terrorism investigations.

At the end of the meeting [ ]
the Southern California CAIR Chapter and [ ]
[ ] for CAIR joined the meeting.  SSA [ ]
[ ] and A/SSA [ ] asked [ ] to write down all the
concerns of the members, to include the name of the agents
involved, the dates and places of the interviews, and the
questionable activity.  SSA [ ] asked them to include as
much specificity as possible so that their concerns can be
adequately addressed.  All agreed that the matter would be
revisited once the specific concerns were provided to SSA
[ ] and A/SSA [ ] to investigate.

b6

b6

ACLU-1068

---- Working Copy ----                    Page    1

Precedence:  ROUTINE                    Date:  05/05/2005

To:  Los Angeles

From:  Los Angeles
       OPCA
       Contact:  [                    ] ext.[          ]                    b6
                                                                            b2
Approved By:  [                    ]

Drafted By:  [                ]: nil

Case ID #: 66F-LA-C236680 (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM.

Synopsis:  Document the twelfth meeting of the Multi Cultural
Advisory Committee and visit of British Government Officials.

Enclosure(s):  The Multi-Cultural Sign-In Sheet for the twelfth
meeting is enclosed.

Details:  On Tuesday, May 3, 2005, at 6 p.m., the twelfth
meeting of the  Multi-Cultural Advisory Committee (MCAC) was held
at the FBI Office in Westwood, California.  The meeting was
attended by the following Committee members:

       1.  [                        ]
       Omar Ibn Al Khattab Foundation

       2.  [                            ]
       Iranian American Lawyers Association

       3.  [                    ]                                           b6
       CAIR

       4.  [                ]
       CAIR                        *188A-LA-C236680-99*

       5.  [                ]
       MPAC

       6.  [                    ]
       MPAC                        ALL INFORMATION CONTAINED
                                   HEREIN IS UNCLASSIFIED
                                   DATE 07-14-2008 BY 65179 DMH/HKG/CH

       7.  [                            ]
       International Relations Council

       8.    SSA [                  ]
---------------------------------------------------------------------
Case ID : 188A-LA-C236680                    Serial : 99

ACLU-1069

FBI Los Angeles

9.        SA ▯
FBI Los Angeles

10.    ▯
Free Muslim Coalition Against Terrorism

11.    ▯
LEDTronics

12.    ▯
Masjid Al-Faitha of America

13.       ADIC Richard Garcia
FBI Los Angeles

14.    ▯
COPTIC Church

15.    ▯
Latino Muslim Association

17.    ▯
Sikh Center of Orange County

17.       SAC Randy Parsons
FBI Los Angeles

b6

18.    ▯
Los Angeles County Sheriff's Department

19.    ▯
USC Muslim Student Union

20.    ▯
Syrian Orthodox Church

21.    ▯
COPTIC Orthodox Church

22.    ▯
Garden Grove Mosque

23.    ▯
South Asian Pacific Network

24.    ▯
Immigration Attorney

25.    ▯
USC Muslim Student Union

26.    ▯
Masjid Al-Faitha of America

27.    ▯

ACLU-1070

Syrian Orthodox Church

28. ▮▮▮▮▮▮▮▮▮▮
Armenian Church

29. ▮▮▮▮▮▮▮▮▮▮
Shura Council

30. ▮▮▮▮▮▮▮▮▮▮
Inter Religious Federation for World Peace

31. ▮▮▮▮▮▮▮▮
British Home Office

32. ▮▮▮▮▮▮▮▮▮▮
British Inter-Faith Academic

33. ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮National Community Tension Team                                    b6

34. ▮▮▮▮▮▮▮▮
Vice Consul of the British Consulate-General

35. ▮▮▮▮▮▮▮▮
Staffer for Congresswoman Grace F. Napolitano

36. ▮▮▮▮▮▮▮▮
Staffer for Congressman Ed Royce

37. ▮▮▮▮▮▮▮▮▮▮
Staffer for Xavier Becerra

38. ▮▮▮▮▮▮▮▮
Staffer for Senator Barbara Boxer

39. ▮▮▮▮▮▮▮▮▮▮
Staffer for Congresswoman Diane Watson

40. ▮▮▮▮▮▮▮▮
Staffer for Darrell Issa


SSA ▮▮▮▮▮▮▮▮▮▮ opened the meeting by discussing
his trip to London to meet with members of the British Government
and British Academics to discuss and observe the outreach efforts
of the British Government to the Muslim Community.  SSA                          b6
▮▮▮▮▮▮▮▮▮▮ also discussed the United State Government's outreach
efforts, specifically FBI Los Angels' efforts, with the British
Government.  SSA ▮▮▮▮▮▮▮▮ then informed that several British
Officials and an Academic were present this evening and wished to
dialogue with them regarding effective community outreach efforts
by the government.  SSA ▮▮▮▮▮▮▮▮ also mentioned that several
congressional staffers were also in attendance to partake in the
meeting.  Everyone attending the meeting (FBI Officials, British
Officials, congressional staffers, and community leaders) then
briefly introduced themselves.

The discussion for the evening basically centered on
what the U.S. Government was doing right/wrong in their community
outreach efforts to the Mulsim/Coptic/Sikh/Middle Eastern
communities.  The MCAC members specifically focused on FBI Los
Angeles' efforts.  The most important item pointed out was
through our meetings and discussions, we had built trust between
us.  The fact that we met monthly, discussed the hard issues, and
looked into matters requested, was very important in building
such trust.  The MCAC members stated that they may not always
agree with the FBI's conclusions, but they respect our honesty
and diligence.  This trust took many months to build and
continues to grow.  The MCAC members were very complimentary of
FBI Los Angeles' efforts.

     Also important was the fact that the FBI was able to
educate the MCAC members about the FBI's investigative
jurisdiction.  It was important to point out that the FBI does
not investigate immigration matters.

     The MCAC members stated that they wished other
agencies, specifically the Department of Homeland Security, would
also engage in dialogue with them.  The MCAC members felt that
just having access to someone at the FBI was so important to
defuse rumors and quell concerns.

     Several MCAC members asked the British Government about
their outreach efforts to the Muslim community in England.  From
their responses, it appeared that the British had a more
difficult time as the dynamics of their Muslim population
differed from the United States. [            ] of the British Home
Office stated that in England their Muslim population is not made
up of recent immigrants and are usually economically
disadvantaged.  Also, England did not have the same recent horrific
terrorist attacks happen on their soil.    More
importantly, there were no clear community leaders.  The MCAC
members stressed that it didn't matter that the dynamics were
different between the Countries, to build a relationship between
the community and government you needed "trust," and that only
came through time and effort.

     The congressional staffers also asked the British
Officials several questions, including how their government dealt
with the outcry from the community when individuals of the Muslim
Faith were arrested. [            ] stated that when the British
Government tried to explain the events, the community was not
very accepting of their explanations.  The Muslim population in
England generally has the belief that all the talk about
terrorist attacks in England are just scare tactics so that the
Government can persecute Muslims.  The MCAC members explained
that the British Government needed to gain the trust of the
communities to elevate their scepticism.  This took hard work and
time.

     This meeting was well received by all.  SA[          ]
informed that the congressional staffers would be MCAC's guest at
the next meeting.  This meeting would take place on June 20th.  A

b6

reminder e-mail would be sent to all MCAC members.    The meeting
then ended.   Attached is the sign-in sheet for this meeting and
the Agenda.

ACLU-1073

---- Working Copy ----                                    Page        1


Precedence:  ROUTINE                        Date:    06/27/2005

To: Los Angeles

From:  Los Angeles
       OPCA
       Contact:                          ext.                        b6
                                                                     b2
Approved By:

Drafted By:                      ; nil

Case ID #: 66F-LA-C236680 (Pending)

Title: LOS ANGELES ARAB/MUSLIM/SIKH
       OMBUDSMAN PROGRAM.

Synopsis:  Document the 14th Meeting of the Multi Cultural
Advisory Committee.

Enclosure(s):  The Multi-Cultural Sign-In Sheet for the 14th
Meeting is enclosed.

Details:  On Tuesday, June 20, 2005, at 6 p.m., the 14th meeting
of the  Multi-Cultural Advisory Committee (MCAC) was held at the
FBI Office in Westwood, California.  The meeting was attended by
the following Committee Members:                                      b6

       1.
       Omar Ibn Al Khattab Foundation


       2.
       Iranian American Lawyers Association


       3.                                   188A- LA- C236680 -103
       CAIR


       4.
       CAIR                     ALL INFORMATION CONTAINED
                                HEREIN IS UNCLASSIFIED
                                DATE 07-01-2008 BY 65179 DMH/HKG/VTA
       5.
       MPAC


       6.
       International Relations Council


--------------------------------------------------------------------
Case ID : 188A-LA-C236680                    Serial : 103

ACLU-1074

---- Working Copy ----                        Page      2

7.        SSA [redacted]
FBI Los Angeles

8.        SA [redacted]
FBI Los Angeles

9.    [redacted]
Free Muslim Coalition Against Terrorism

10.    [redacted]
LEDTronics

11.    [redacted]
Masjid Al-Fatiha of America

12.        ADIC Richard Garcia
FBI Los Angeles

13.    [redacted]
COPTIC Church                                                    b6

14.    [redacted]
Riverside Muslim Community Leader

15.    [redacted]
Sikh Center of Orange County

16.    [redacted]
Syrian Orthodox Church

17.    [redacted]
MPAC

18.    [redacted]
Orange County Islamic Society

19.    [redacted]
South Asian Network

20.    [redacted]
Immigration Attorney

21.    [redacted]
Southern California Islamic Center

---- Working Copy ----                    Page      3

22.

Syrian Orthodox Church

23.

Council of Pakistan American Affairs COPAA

24.

Armenian Church

25.

Shura Council of Southern California

26.

Department of Justice Community Relations Services

27.

Sikh Community

28.

Publisher Orange County Arab World New

b6

29.

Summer Intern for MCAC Member

30.

MPAC Summer Intern

31.

MPAC Summer Intern

32.

Representative Bahai Foundation

33.

34.

Congressional Staffer for Darrell Issa

35.

Congressional Staffer for Xavier Becerra

ACLU-1076

36.
Congressional Staffer for Ken Calvert                                    b6

37.
Congressional Staffer for Grace Napolitano

38.
Congressional Staffer for Adam Schiff

39.          Congressional Staffer for Jane Harman
          SSA                    and SA                  opened the
meeting by greeting the MCAC Committee Members.  All the Members
introduced themselves for the congressional staffers in
attendance.

          It had been announced prior to the meeting that ADIC
Richard Garcia was to retire at the end of July.  ADIC Garcia was
honored for his work with the MCAC Committee and with making
great strides in building relations between the FBI and the Los
Angeles Community.

                              informed the congressional staffers
present about MPAC's grassroots effort to fight terrorism in the
mosques. Several other members of MCAC informed of the decrease
in hate crimes in the Los Angeles area.  The congressional
staffers were further informed of the prior MCAC meeting with the
British Delegation from London.  The congressional staffers were
asked several questions regarding immigration matters,
specifically the long delays in obtaining citizenship.
        from Congressman Adam Schiff's Office stated that            b6
Congressman Schiff's Office had received similar questions from
constituents and she had been looking into the matter and seeing
what can be done to reduce the delay.

          The Members of MCAC discussed organizing townhall
meetings to inform the community of the issues discussed during
the MCAC meetings and hear the concerns of the community.  It was
decided that a "Townhall Subcommittee" would be formed.          in
the process.
                       volunteered for the subcommittee.

          It was also discussed to invite media to the meetings
to get the message of MCAC to the public. Specifically, the
Members believed that the ethnic media should be invited.

          SA        informed that an e-mail regarding the date and
agenda of the next meeting would be sent to all MCAC members. The
meeting then ended.  Attached is the sign-in sheet for this
meeting.

ACLU-1077

## *Multi Cultural Forum Sign-In*



Monday, June 20, 2015

b6

ALL FBI INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179/DMH/HKG/VTA

*Page 1 of 3*

ACLU-1078

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |

b6

Monday, June 20, 2005

Page 2 of 3

ACLU-1079

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-1080

# *Congressional Office Contacts -- LA/DC*



| Office | Contact | After Hours Phone | Office Address | Office # |
|---|---|---|---|---|
| **Representative Joe Baca** | | | | |
| D 43 Industry/Commerce | | | | |
| **Representative Xavier Becerra** | | | | |
| D 31 Atwater/Boyls Hgts./Chinatown/Hollywood | | | | |
| **Representative Howard L. Berman** | | | | |
| D 28 Mission Hills | | | | |

b6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-25-2008 BY 65197 DMH/HKG/VTA

*Monday, March 28, 2005*

ACLU-1081



| Office | | Contact | After Hours Phone | Office Address | Office # |
|---|---|---|---|---|---|
| **Representative Ma y Bono** | | | | | |
| R  45 | Inland Emp ire/Palm Springs | | | | |
| **Senator Barbara Bc xer** | | | | | |
| D  CA | California | | | | b6 |
| **Representative Ken Calvert** | | | | | |
| R  44 | Riverside/Cc rona/Norco/Lake Elsinore | | | | |
| **Representative Lois Capps** | | | | | |
| D  23 | Santa Barbar i | | | | |

ACLU-1082

| Office | Contact | After Hours Phone | Office Address | Office # |
|---|---|---|---|---|
| **Representative Chrstopher Cox** | | | | |
| R  45    Orange County | | | | |
| | | | | |
| **Representative David Dreier** | | | | |
| R  26 .  Covina/Glen lora/Claremont/La Verne | | | | |
| | | | | b6 |
| **Senator Dianne Fein:tain** | | | | |
| D  CA    California | | | | |
| | | | | |
| **Representative Elton Sallegly** | | | | |
| R  24    Ventura Coun y/Oxnard/Simi Valley | | | | |

ACLU-1083



| Office | Contact | After Hours Phone | Office Address | Office # |
|--------|---------|-------------------|----------------|----------|
| Representative Jane Harman | | | | |
| D  36    South Bay | | | | |
| Representative Darrell Issa | | | | |
| R  49    San Juan Capistrano | | | | |
| Representative Jerry Lewis | | | | |
| R  41    San Bernardino/Redlands/Inyo | | | | |
| Representative Howard "Buck" McKeon | | | | |
| R  25    Santa Clarita/Antelope Valley | | | | |

b6

ACLU-1084

| Office | Contact | After Hours Phone | Office Address | Office # |
|---|---|---|---|---|

Representative Juanita Millender-McDonald

D  37    Compton/Carson

Representative Gary G. Miller

R  42    Diamond Bar/Yorba Linda

Representative Grace F. Napolitano

D  38    East L.A.

Representative Dana F ohrabac

R  46    Costa Mesa



b6

ACLU-1085

| Office | Contact | After Hours Phone | Office Address | Office # |
|---|---|---|---|---|
| **Representative Lucille Roybal-Allard** | | | | |
| D 34    South Central L.A. | | | | |
| | | | | |
| **Representative Ed Royce** | | | | |
| R 40    Buena Park, Fullerton | | | | |
| | | | | |
| **Representative Linda Sanchez** | | | | |
| D 39    Artesia/La Mirada/Whittier | | | | |
| | | | | |
| **Representative Loretta Sanchez** | | | | |
| D 47    Santa Ana | | | | |

b6

_ACLU-1086

| Office | Contact | After Hours Phone | Office Address | Office # |
|--------|---------|-------------------|----------------|----------|
| **Representative Adam Schiff** | | | | |
| D 29  Altadena/Burbank/Glendale | | | | |
| | | | | |
| **Representative Brad Sherman** | | | | |
| D 27  San Fernando Valley | | | | |
| **Representative Hilda Solis** | | | | |
| D 32  East L.A./El Monte/Azusa Baldwin Park | | | | |
| **Representative Maxine Waters** | | | | |
| D 35  South Central L.A. | | | | |

b6

ACLU-1087

| Office | Contact | After Hours Phone | Office Address | Office # |
|--------|---------|-------------------|----------------|----------|
| **Representative Diane Watson** | | | | |
| D 33   Culver City | | | | |
| | | | | |
| | | | | |
| **Representative Henry Waxman** | | | | |
| D 30   Santa Monica/Beverly Hills/W. Hollywood | | | | |
| | | | | |

b6

ACLU-1088