---- Working Copy ----                        Page      1

Precedence:  ROUTINE                    Date:  07/19/2005

To:  Los Angeles

From:  Los Angeles
         OPCA
         Contact: [                    ]  ext. [          ]
                                                              b6
Approved By: [                        ]                        b2

Drafted By: [                    ] : nil

Case ID #: 66F-LA-C236680 (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM.

Synopsis:  Document the 15th Meeting of the Multi Cultural
Advisory Committee.

Enclosure(s):  The Multi-Cultural Sign-In Sheet, agenda, and
minutes of the 15th meeting.

Details:  On Monday, July 18, 2005, at 6 p.m., the 15th meeting
of the Multi-Cultural Advisory Committee (MCAC) was held at the
FBI Office in Westwood, California.  The meeting was attended by
the following Committee Members:

        1. [                    ]
        Omar Ibn Al Khattab Foundation

        2. [                         ]        ALL INFORMATION CONTAINED
        Iranian American Lawyers Association  HEREIN IS UNCLASSIFIED
                                              DATE 07-01-2008 BY 65179 DMH/HKG/VTA

        3. [                ]
        CAIR
                                 188A- LA- C236680 -104

        4. [                ]                                      b6
        MPAC

        5.    SSA [                    ]
        FBI Los Angeles


        6.    SA [                ]
        FBI Los Angeles

--------------------------------------------------------------

ACLU-1089

---- Working Copy ----                          Page      2

7.
Free Muslim Coalition Against Terrorism

8.
LEDTronics

9.        ADIC Richard Garcia
FBI Los Angeles

10.
COPTIC Church

11.
South Asian Network

12.
Council of Pakistan American Affairs COPAA

13.
Armenian Church

14.
Shura Council of Southern California

15.
Department of Justice Community Relations Services

16.
Summer Intern for MPAC

17.
Representative Bahai Foundation

18.        ASAC Barbara Walls
FBI LA

19.

b6

b6

    SSA [                    ] and SA [              ] opened the
meeting by greeting the MCAC Committee Members. The agenda for
the evening, drafted by the newly appointed
[                    ] was distributed. The agenda and minutes of the
meeting are attached to this EC.

ACLU-1090

b6

       SA☐informed that an e-mail regarding the date and
agenda of the next meeting would be sent to all MCAC members. The
meeting then ended.  Attached is the sign-in sheets for this
meeting.

## Multi-Cultural Advisory Committee
## Los Angeles Field Office

*"The Multi-Cultural Advisory Committee (MCAC) endeavors to create an environment to facilitate dialogue and enhance the relationship between the FBI and the Community which is based on mutual respect, understanding, and the protection of Constitutional rights and civil liberties." Formed May 2004*

July 18, 2005 general meeting commenced at 6:30 p.m.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-26-2008 BY 65179 DMH/HKG/VTA

Items discussed, decided and resolved as indicated:

1) London attacks of 7-07 and responses.

    a) Briefing from members
        i) MCAC's letter to British Counsel sent on July 7, 2005
        ii) Individual members efforts [_____] of Omar Ibn Al Khattab Foundation [_____] of CAIR, b6
             [_____] of MPAC and [_____] of Islamic Shura Council of Southern California, explained various press conferences, condemnations of terrorist acts as well as radio interviews which were conducted and were broadcasted by local TV & Radio. CAIR, through Hussam Ayloush, had engaged in an interview with Radio Station 640 AM KFI to condemn attacks and discuss how they are working with law enforcement.

    b) Comments from MCAC members about any related backlash issues here in CA or other states?

        i) The only instance of possible hate related situation was 2 emails reported by MPAC (described as hate mail) and one e-mail reported by the Shura Council, which had been forwarded to the agents in charge. SSA [_____]

    c) Update from FBI (Any recent hate crimes/hate speech concerns or reports, any about backlashes in UK in relation to suggestions about community's reactions possible backlashes here?)

        i) None other than the 2-3 emails referred to above.
    d) Any other comments/concerns of the FBI.               b6
        i) None

2) Doing something more meaningful for the victims of 7-07?

    a) [_____] MPAC) to coordinate a plaque containing the group picture with the British Counsel [_____] and a message from MCAC. She will forward an estimate of costs basic to be proposed to those members who may want to chose to share their proportional contribution.

3) FBI clarifying the right to counsel during interviews/investigations

    a) Senior Special Agent [_____] explained the difference between "custodial" vs. "non-custodial" situations and added that the interviewee in a non-custodial (voluntary) situation has the power to stop the interview at any time, or simply not answer objectionable questions.· He went on to explain that in disseminating that to the community there is an inherent message which ought to be equally communicated that the community has a moral obligation to report crime or criminal activity.

4) Youth interaction/education aspect of MCAC

    a) ☐ from MPAC and ☐ from (USC) to begin to organize this sub-committee.

5) Inviting California Attorney General's office.  (Office of immigration assistance)

    a) ☐ o send invitation

6) MCAC members' other issues as future agenda items, recommendations for inviting potential speakers or other government agency's representatives.

b6

    a) Assistant Director in Charge, Richard Garcia, offered to forward an invitation to a Federal Judge in the Central District

7) Administration
    a) Sub-Committees
        i) Internet. ☐ had volunteered to coordinate the efforts in the last meeting.  Members to forward ideas and their bio to him via email before the next general meeting.
        ii) Town hall, (report from chair ☐ explained the sub-committee's meeting. ☐ asked that ☐ the U.S. Copts Association and ☐ of the South Asian Network join the sub-committee, to which they agreed.
        iii) Other future sub-committees? (youth education, finance, Media, others?)
        -youth subcommittee as discussed above

    b) Membership criteria.
        i) Attendance -- Members agreed that effective August 2005, if any member has 3 or more absences during a 12 month period, the member would have to reapply for membership of the MCAC.
        ii) Voting Members and associate members -- Members will be categorized in two categories: "members" which would be community based organizations or associations and "Associate members" which would be individual activists or contributors.  Also, anyone applying for membership must be approved by the existing members of the MCAC.
        iii) Guest invitations, criteria/purpose -- Members who invite their guests, should inform Special Agent ☐ t least 2 days before the meeting

    c) MCAC member's roster/staff.

b6

        i) Updating index information -- Members to update their contact information.
        ii) Organizations' description, a summary of the respective mission statements. -- Members to prepare a brief description of their mission statement for their introductions at the subsequent meetings and all members to wear their issued badges during all the meetings.
        iii) Staff/secretary for meeting. --- Senior Special Agen ☐ will update by next meeting about availability of staff/secretary for the meeting

    d) Meeting rules of order
        i) It was agreed that the meeting have an agenda prepared and distributed before the meeting where the members would have an opportunity to actively participate in requesting items or issues to be added to the agenda.  It was further agreed that after the meetings, the minutes of the meeting to be prepared and distributed to the members.  Media contact or a sub-committee to deal with the media issues was deferred to the next meeting

8) Next meeting date/location.
    a) August 15, 2005 at the Federal building.  Meeting adjourned at approximately 9:15 p.m.

# Multi Cultural Forum Sign-In



Monday, July 18, 2005

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179 DMH/HKG/VTR

b6

*Page 1 of 3*

ACLU-1094

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |

b6

ACLU-1095

| Full Name | Sign-In | | Work Phone | Mobile Phone | Email Address |
|-----------|---------|--|------------|--------------|---------------|
|           |         |  |            |              |               |

b6

ACLU-1096

---- Working Copy ----                              Page      1

Precedence:  ROUTINE                          Date:   08/19/2005

To:  Los Angeles

From:  Los Angeles
        OPCA
        Contact: [                    ] ext. [          ]

Approved By: [                              ]                              b6
                                                                          b2
Drafted By: [                    ]: nil

Case ID #: 66F-LA-C236680 (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM.

Synopsis:  Document the 16th Meeting of the Multi Cultural
Advisory Committee.

Enclosure(s):  The Multi-Cultural Sign-In Sheet, agenda, and
minutes of the 16th meeting.

Details:  On Monday, July 18, 2005, at 6 p.m., the 15th meeting
of the  Multi-Cultural Advisory Committee (MCAC) was held at the
FBI Office in Westwood, California.  The meeting was attended by
the following Committee Members:

        1. [                    ]
        Omar Ibn Al Khattab Foundation


        2. [                              ]
        Iranian American Lawyers Association


        3. [                ]
        CAIR                    188A-LA- C236690-109                    b6

        4. [                ]
        MPAC


        5.    SSA [                    ]
        FBI Los Angeles

                                ALL INFORMATION CONTAINED
                                HEREIN IS UNCLASSIFIED
        6.    SA [                ]    DATE 07-01-2008 BY 65179 DMH/HKG/VTA
        FBI Los Angeles

-------------------------------------------------------------------
Case ID : 188A-LA-C236680                  Serial : 109

ACLU-1097

7. _____
Free Muslim Coalition Against Terrorism

8. _____
LEDTronics

9.          ADIC Randy Parsons
FBI Los Angeles

10. _____
COPTIC Church

11. _____
South Asian Network

12. _____
Syriac Orthodox Church

13. _____
Armenian Church

14. _____
Shura Council of Southern California

15. _____
LASD Advisory Council

16. _____
MPAC

19. _____
USC Muslim Student Union

20 _____
CAIR

21. _____
Los Angeles Latino Muslim Assocation

22. _____
The Sikh Community

23. _____

   SSA _____ and SA _____ opened the
meeting by greeting the MCAC Committee Members.  The agenda for
the evening  drafted by the _____ MCAC,
_____ was distributed. The agenda and minutes of the

b6

ACLU-1098

---- **Working Copy** ----                    **Page**    **3**

meeting are attached to this EC.                                        b6

         SA[          ]informed that an e-mail regarding the date and
agenda of the next meeting would be sent to all MCAC members. The
meeting then ended.   Attached is the sign-in sheets for this
meeting.

ACLU-1099

Multi-Cultural Advisory Committee
Los Angeles Field Office

*"The Multi-Cultural Advisory Committee (MCAC) endeavors to create an environment to facilitate dialogue and
enhance the relationship between the FBI and the Community which is based on mutual respect, understanding, and
the protection of Constitutional rights and civil liberties." Formed May 2004*

August 15, 2005 General Meeting

Items:

1) Adopting minutes of last meeting, July 18, 2005.

July 18, 2005 was adopted and approved.

2) Administration

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-26-2008 BY 65179 DMH/HKG/VTA

   a) Sub-Committees updates
     i)  Media relation.
    Media relations to be formed, chairman to act as spokesperson on MCAC issues and
    member organizations not to make any representations on behalf of MCAC and if they
    choose, refer only to their relationship with MCAC.

     ii) Town hall
    Town Hall, the location to be a community center with easy parking access, on a
    Saturday, during last week of September through first week of October as the facilities
    availability would allow. The panelist to be MCAC members and the Q&A session to be
    moderated open microphone. The sub-committee to meet and coordinate the logistics

     iii) Youth education
    Youth Outreach, "Junior MCAC", the member organizations will forward contact
    information of their respective interested youth groups to the sub-committee to
    coordinate a plan of meeting and introduction of MCAC to encourage a youth aspect of
    the MCAC activities

     iv) Internet
    Internet activities were continued to the meeting after the Town Hall

   b) Inviting new organizations for membership.
    It was agreed to extend invitation to other organizations who's participation would
    contribute to and enhance the quality of the diversity represented at this committee.

   c) MCAC member's roster/staff.
    All present reviewed and corrected as necessary their index information. Access to
    services of staff was continued to future meeting.
*Continued on page 2*

*/ɔ੧*

ACLU-1100

3) Update on inviting speakers.

Chairman reported that the California Attorney General's Office had received and responded    b6
positively to MCAC's invitation and will follow up with scheduling. Senior Special Agent
[                    ] suggested that the committee extend an open invitation to the FBI
Director, Robert S. Mueller for a visit when he is in Los Angeles and available.

4) MCAC members' other issues as future agenda items, recommendations for inviting potential
speakers or other government agency's representatives.

MCAC members were reminded to email their respective issues relevant to the committee.

5) MCAC members meeting before next general meeting.

It was agreed that a meeting of all members to evaluate performance would be a good idea to
identify means by which to be more productive and efficient and to be again discussed and
coordinated after the Town Hall meeting.

6) MCAC plaque's message.

MPAC to forward via email a draft of the revised message which was read for all members to
review and comment.

7) Next meeting date/location.
September 19, 2005 at 6:00 p.m. at the Federal Building.

Meeting adjourned at 9:30 p.m.

Page 2 of 2

ACLU-1101

## Multi-Cultural Advisory Committee
## Los Angeles Field Office

*"The Multi-Cultural Advisory Committee (MCAC) endeavors to create an environment to facilitate dialogue and enhance the relationship between the FBI and the Community which is based on mutual respect, understanding, and the protection of Constitutional rights and civil liberties."* Formed May 2004

August 15, 2005 General Meeting

Items:

1) Adopting minutes of last meeting, July 18, 2005.

2) Administration

   a) Sub-Committees updates
      i) Media relation.
      ii) Town hall
      iii) Youth education
      iv) Internet

   b) Inviting new organizations for membership.

   c) MCAC member's roster/staff.
      i) Member organizations' description.
      ii) Staff.

3) Update on inviting speakers.

4) MCAC members' other issues as future agenda items, recommendations for inviting potential speakers or other government agency's representatives.

5) MCAC members meeting before next general meeting.

6) MCAC plague's message.

7) Next meeting date/location.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-26-2008 BY 65179 DMH/HKG/VTA

ACLU-1102

## *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179 DMH/HKG/VTA

ACLU-1103



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

*Monday, August 15, 2005*

be

ACLU-1104

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|

b6

ACLU-1105

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 09/01/2005

**To:** Los Angeles

**From:** Los Angeles
　　　　OPCA
　　　　**Contact:** [redacted] ext. [redacted]                    b6
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b2

**Approved By:** [redacted]

**Drafted By:** [redacted] : nil

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
　　　　OMBUDSMAN PROGRAM.

**Synopsis:** Document conference call meeting on August 30, 2005, between Los Angeles FBI and members of the Multi Cultural Advisory Committee.

**Details:** On Tuesday, August 30, 2005, Los Angeles FBI called a conference call with members of the Multi Cultural Advisory Committee to discuss issues related to media leaks recently occurring on law enforcement matters related to individuals of the Muslim Faith.   The meeting was attended by the following Committee Members:

1. [redacted]
Omar Ibn Al Khattab Foundation

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-01-2008 BY 65179 DMH/HKG/VTA

2. [redacted]
Iranian American Lawyers Association
　　　　　　　　　　　　　　　　　　　　　　　　　　b6

3. [redacted]
CAIR

*186A-LA-C 236 680-110*

4. [redacted]
MPAC

5. [redacted]
International Relations Council

ACLU-1106



To: Los Angeles    From: Los Angeles
Re: 66F-LA-C236680 (Pending), 09/01/2005

6.        SSA [_____]
FBI Los Angeles

7.        SA [_____]
FBI Los Angeles

8.        [_____]
Masjid Al-Faitha of America

9.        A/SAC Eric Velez
FBI Los Angeles

10.       ASAC Ethel McGuire
FBI Los Angeles                                            b6

12.       A/ADIC Randy Parsons
FBI Los Angeles

13.       [_____]
COPTIC Church

14.       [_____]
MPAC

15.       [_____]
South Asian Network

16.       [_____]
Shura Council of Southern California

        First, A/ADIC Parsons informed the Committee Members
that the meeting was called to address the concerns of some of
the members regarding the recent media leaks/reports. First,
[_____] noted his concern with the media's assertions concerning
Orange County community member [_____] and how the FBI was quoted          b6
in the media regarding such matter. A/ADIC Randy Parsons stated
that the media improperly spun the FBI's quote and that the FBI
had no control over how the media reports matters.

        [_____] and [_____] also expressed their concerns over
the leaked information to the press regarding the "Torrance"
investigation. A/ADIC Parsons stressed that the FBI did not leak

                                2

To:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 09/01/2005

the information and per FBI policy, and legally was prohibited
from discussing the matter. [          ] and [          ] xpressed concern       b6
and asked if the leak could be investigated.  A/ADIC Parsons
stated that it would take to many man hours to do so and everyone
working on investigations are informed that they are not leak
information to the media. [          ] and [          ] requested the FBI to
inform the community leaders of investigations before the media
leaks/releases the information.  Again, A/ADIC Parsons stressed
that the FBI was constrained by policy and/or legally from
releasing information in such a manner.  A/ADIC Parsons did state
that information which the FBI can make public and is to make
public, via press release, can be released to the Committee
Members at the same time as to the press.  This would alleviate
their concern that they would be called by community members
asking about information out in the news media of which they were
not aware.  The Committee Members were pleased with such effort.

     It was agreed that this discussion would continue at
the next MCAC meeting scheduled for September 19th.


◆◆

3

ACLU-1108

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 10/18/2005

**To:** Los Angeles

**From:** Los Angeles
     OPCA
     **Contact:** [                    ], ext. [        ]                    b6
                                                                       b2

**Approved By:** [                                        ]

**Drafted By:** [                    ]: nil

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
      OMBUDSMAN PROGRAM.

**Synopsis:** Document the 20th Meeting of the Multi Cultural Advisory Committee.

**Enclosure(s):** The following items are enclosed: (1) Multi-Cultural Sign-In Sheet, (2) agenda of the 19th meeting, (3) biography of the Islamic Center of Southern California, (4) biography of [          ] (5) biography of [          ] (6) biography of CAIR, (7) biography of [          ] and (8) biography of Attorney General Bill Lockyer.

**Details:** On Monday, October 17, 2005, at 6 p.m., the 20th meeting of the Multi-Cultural Advisory Committee (MCAC) was held at the FBI Office in Westwood, California. The meeting was attended by the following Committee Members:                    b6

    1. [                    ]
    Omar Ibn Al-Khattab Foundation

    2. [                    ]
    Iranian American Lawyers Association

    3. [                    ]
    CAIR
                    ALL INFORMATION CONTAINED
                    HEREIN IS UNCLASSIFIED
                    DATE 07-01-2008 BY 65179 DMH/HKG/VTA
    4. [                    ]
    MCAC

*1EEA-LA-C236680-114*

114

To: Los Angeles   From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 10/18/2005



5.        SSA
FBI Los Angeles

6.        SA
FBI Los Angeles

7.
Free Muslim Coalition Against Terrorism

8.        ADIC Randy Parsons
FBI Los Angeles

9.
Syriac Orthodox Church

10.
Shura Council of Southern California

11.
Department of Justice Community Relations Services

12.
CAIR

13.
Los Angeles Latino Muslim Association

14.
The Sikh

15.
Immigration Attorney

16.
USC Muslim Student Union

17.
CAIR

18.
Bahai Foundation

19.
Syriac Orthodox Church

20.

b6

2

To:  Los Angeles   From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 10/18/2005

Masjid Al-Faitha of America



21.
Inter Religious Federation for World Peace

22.
Riverside Muslim Community

23.
COPAA

24.
DOJ Community Relations Service

25.        ASAC Ethel McGuire
FBI Los Angeles

26.
MPAC

27.
US COPTS Assocation

28.
Department of Homeland Security

29.
Islamic Center of Southern California

30.
Pakistani Community

31.
MPAC

32.
Armenian Community

33.

34.
Los Angeles Community Muslim Activist

35. .        ADIC Stephen Tidwell
FBI Los Angeles

b6

3

To: Los Angeles  From: Los Angeles
Re:  66F-LA-C236680 (Pending), 10/18/2005

36.     [ ]
British Consulate

37.     Bill Lockyer
Attorney General of California


    SSA [ ] and SA [ ] opened the meeting by
greeting the MCAC members of guests.  As this meeting was held
during the month of Ramadan, prayer was held by the MCAC members
of the Islamic faith and the fast was broken.  A plaque was
presented to [ ] of the British Consulate, which
expressed MCAC's deep sorrow over the recent bombings in London.
[ ] was touched by this unexpected gift and expressed his
continued enthusiasm to outreach to the community.

b6


    Thereafter, Attorney General Lockyer addressed the MCAC
members regarding the role/duties of his office.  Attorney
General Lockyer specifically spoke about civil rights, hate
crimes, and immigration issues affecting California.  Lockyer
was well received.

    At this time, ADIC Tidwell introduced himself to the
MCAC members as the new Assistant Director of Los Angeles.  ADIC
Tidwell expressed his desire to continue with the work of MCAC.
All the members in attendance then introduced themselves and
provided background as to the organization/community they
represent, including some of the concerns/issues in their
community.

    SA [ ] informed that an e-mail regarding the date and
agenda of the next meeting would be sent to all MCAC members. The
meeting then ended.


♦♦

4

Store     iPod + iTunes     .Mac     QuickTime     Support     Mac OS

Mail     Address Book     Bookmarks     HomePage     Groups     iCards     Help     Log Out

Mail   Compose   Delete   Reply   Reply All   Forward   Add Sender   Print Ready     **Move Message To:**

27 of 1167 in Sent Messages

**From:** [                ]nloza1@mac.com>

**To:** [             ]ic.fbi.gov>

**Cc:** <MPACUSA@aol.com>, <counsel@ashouri.com>, [       ]@cair.com>,
[      ]@bwslaw.com>, [        ]@aol.com>, [           ]@usdoj.gov>,
[    ]y@aol.com>, [        ]@yahoo.com>, [        ]hotmail.com>,
[    ]i@socal.rr.com>, <[        ]@yahoo.com>, [     ]@southasiannetwork.org>,
[      ]msn.com>, [        ]com>, <[     ]awyer@hotmail.com>,
[      ]hevrolet.com>, [      ]@amtrend.com>[       ]@yahoo.com>,
[    ]lasd.org>, [    ]sacintl.com>, [        ]aol.com>[       ]usc.edu>,
[    ]sbcglobal.net>, [      ]@usc.edu>[      ]yahoo.com>,
<publicrelations@[      ]com>, [        ]hotmail.com>, [       ]@hotmail.com>,
[      ]@gmail.com>, <COMDEX123@aol.com> [       ]@charter.net>,
[    ]pacbell.net>, [        ]@ic.fbi.gov>, [      ]@dhs.gov>,
[    ]adilalaw.com>, [      ]@mpac.org>, <[     ]@aol.com>, [     ]msn.com>,
<socal@cair.com>, [       ]hotmail.com>, [       ]hotmail.com>, [      ]gmail.com>,
[      ]pacbell.net>, <[     ]awyer@yahoo.com>

**Date:** Fri Oct 14, 2005 04:21:10 PM PDT

**Subject:** Re: MEETING

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-27-2008 BY 65179 DMH/HKG/VTA

To everyone:

Just wanted to let you know that MCAC Member[        ]has graciously volunteered to
host the dinner for our meeting on Monday. Even though[    ]has generously given his time,
effort, and resources to the relief effort in Pakistan, he still insists on giving to MCAC. Although
[      ]did not want me to tell anyone that he was hosting the dinner, I can't help wanting to
recognize his selfless nature. He is truly an example of generosity and caring to all.

Thanks,

P.S.: If someone would like to bring a dessert that would be great!

Thanks again to[      ]
On Friday, October 14, 2005, at 02:50PM[            ]@mac.com> wrote:

>To all:
>
>With respect to our meeting on Monday, Attorney Bill Lockyer will now speak at 7pm to allow
>for dinner and prayer. Thus, the agenda will be as follows:
>
>1) 6pm-6:20pm - meet and greet, followed by plaque presentation to Angus McCay

b6

b6

ACLU-1113

>2) 6:20-7pm - dinner and prayer
>3) 7pm-8pm- Attorney General Lockyer presentation and Q&A
>4) 8pm-  ADIC Tidwell will introduce himself, followed by all MCAC members introducing
themseveles, including community they represent and concerns/issues of community they
represent (if circumstances permit, we can have ADIC Tidwell introduce himself during the
dinner break and maybe some MCAC members as well, we'll be flexible!)
>
>With the above said, please have your statement prepared (keep it concise!) so that we can
keep things going during the meeting and end at a relatively decent time.
>
>Thanks!
>

>
>On Thursday, October 13, 2005, at 12:57PM, [            ]@mac.com> wrote:
>
>>Hello All:
>>
>>Just a reminder that our next meeting is on Monday, October 17th at 6pm sharp.  We will try
to keep this meeting short and thus the agenda will be as follows:
>>
>>1) 6pm-6:30pm - Attorney General will speak, followed by Q&A
>>2) 7:00pm-7:10pm- Break
>>3) 7:10pm-7:25pm- Present plaque to [            ] of the British Consulant
>>4) 7:25pm-8:30pm - New Assistant Director In Charge of Los Angeles, Steven Tidwell, will
introduce himself to the Committee. In turn, each member will introduce themselve (including
organization/community they represent and issues/concerns of their community) to ADIC Tidwell
and the rest of the committee!
>>
>>As many of you will be fasting throughout the day, we will have food ready to go before 6pm
so you could fix your plate before the Attorney General speaks and begin to eat at around
6:20ish.  Or we can take a break at around 6:30 so that people can fix their plates and pray.  We
will work it out!
>>
>>See you Monday!
>>
>[            ] :)
>
>

b6

27 of 1167 in Sent Messages

Delete | Reply | Reply All | Forward

nloza1@mac.com

© Copyright 2005 Apple Computer, Inc. All rights reserved.

ACLU-1114

10117105

# Multi Cultural Forum Sign-In

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

*Monday, October 17, 2005*                                                                                    *Page 1 of 3*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179 DMH/HKG/VTA

ACLU-1115



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |

b6

ACLU-1116

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address | b6 |
|-----------|---------|------------|--------------|---------------|-----|
|           |         |            |              |               |     |

ACLU-1117



**Council of Pakistan American Affairs**

October 17, 2005

## MISSION:
- To assist public officials and policy makers in the United States in understanding issues of vital interests related to Pakistan, with the aim of bringing about a positive change in policies and attitudes towards Pakistan.
- To participate in the US political process through an organized community effort
- To promote and encourage business, trade and investment locally and internationally

## COPAA ORGANIZATION STRUCTURE:
- Tax Exempt IRS 501( c ) Non-Profit Organization
- Federal Tax ID#95-4575200
- Board: 20 volunteer members. (20% MD, 20% Professionals, 60% Businessmen)

## CONSTITUENTS/COMMUNITY REPRESENTED:
- Pakistani: Visitors, Students, Businessmen
- Pakistani-Americans: Naturalized, Business People, Established Professionals
- Americans: US Born, Students, Young Professionals, Business People

## SAMPLING OF RECENT ACTIVITIES:
Ahmed Arian                                     L.A. Mayor Antonio Villaraigosa
US Senator Tom Harkin                     US Representative Gary Miller
Pakistan Senator Shafquat Mahmood     Pakistan Ambassador Jehangir Karamat
Pakistan Caucus on US Capitol            American Muslim Homeland Security Congress

## CURRENT ISSUES/CONCERNS:
Pakistan Earthquake Relief                Pakistan Earthquake Relief
Travel                                            Immigrations, Naturalization
Post 911 Paradigms/Issues                Improving current Patriot Act Legislation

## TANVIR KHAN:
eMail:            auryk@msn.com          Mobile: 714-801-6522
Born:            Karachi, Pakistan
High School:  Sussex, England.         University: Calpoly, Pomona (BSEE) & UCLA (MBA)
Family:         Married with three ~~spoilt brats~~ children
Profession:    Program Manager, Molecular Biology, Major Diagnostic Company
MCAC Goals: ❶ Disseminate jewels ❷ Develop relationships ❸ Build bridges
Backup:        Hamid Malik.   eMail: hamid@amtrend.com          Mobile: 714-514-5786

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-27-2008 BY 65179 DMH/HKG/VTA

ACLU-1118

P. Patrick Ashouri, Esq.

Volunteer Civic and Community services:

| 1992-1994 | Los Angeles Superior Court, Domestic Violence project. |
|---|---|
| 1994-1997 | Los Angeles Superior Court arbitrator and mediator. |
| 1997 – present | Los Angeles Superior Court, Judge Pro-tem. |
| 2000-present | Iranian American Lawyers Association, Director and former president and officer. www.ialawyers.org<br><br>• 2002-2003, (NSEERS) Special Call in registration, INS related detention release, recall of Notices to Appear (NTA) discussions with then INS along with other organizations (CAIR, CHIRLA, ACRC, SAN, ADC, and others) for Group I (Iran, Iraq, Sudan, Syria and Lybia) and subsequent groups II, III registrant/detainees with pending benefits and without prior excludable convictions.<br>• Visited Lancaster detention facility to interview over 300 Group I detainees to assure accessibility to and having counsel or should have NTA recalled and released.<br>• Various community outreach programs including radio programs with INS director about updates.<br>• Pro bono services.<br>• Obtain accurate and confirmed policy implementations for bar members within their practice area. |
| 2004-2005 | Los Angeles Multi Cultural Advisory Committee. |
| 2005 | State Bar of California and Los Angeles County Bar Association<br>• Co-chair, Planning Committee, speaker and panelist in California State Bar's Bar Leaders' Conference Program 2005<br>• Co-chair. Program Committee, Inn of the Court, Los Angeles County Bar Association Litigation Section 2005-2006. |
| 2000-present | Maleki Foundation, Executive Director, www.malekifoundation.org Sponsorships of events: (partial list)<br><br>• Sacramento -2000 - Youth drug prevention program "Iranians Against Drugs"<br>• Sacramento - 2003 - "The Israeli-Palestinian Conflict: Is Peace Possible?" symposium<br>• Los Angeles - 2003 – Multi Cultural meeting hosted for California Department of Insurance Commissioner John Garamendi.<br>• Sacramento - 2003 - Loaves & Fishes' 20-Year Anniversary Interfaith Service of Celebration and Thanksgiving.<br>• Clean & Sober - Sacramento<br>• Women's Empowerment – Sacramento |

Law Firm's Professional Summary:
• Land Use and Business.
• Offices in Los Angeles and Sacramento.
• Corporate Broker in Charge and of Counsel to CA. Brokerage and finance firm.
• Recent projects: Structuring and negotiating preparation of private and public offerings, financing three 50 story tower developments in Northern California.

'. Patrick Ashouri, Esq. Page1 of 2

*Event co-sponsorships: (partial list)*

- **Sacramento 2000 - Youth drug prevention program "Iranians Against Drugs"**
  Former congressman Campbell and Mr. Ashouri were guest speakers at "Say No to Drugs: Youth Drug
  Prevention Program" which was held at Capitol Plaza Halls in Sacramento in August of 2000. The gathering of Iranians
  at the event was in association with the Sacramento Sheriffs Department and was comprised of law enforcement officials,
  probation officers, and community leaders.

- **Sacramento - 2003 "The Israeli-Palestinian Conflict: Is Peace Possible?" symposium**
  The Israeli-Palestinian Conflict: Is Peace Possible" was a seminar presented by Marcia Freedman, who was
  elected to the Israeli Knesset as a member of the Citizen's Rights Movement, in association with Brit Tzedek V'Shelom,
  the Jewish Alliance for Justice and Peace at The Grand in Sacramento on February 23,2003.

- **Los Angeles 2003 – Multi Cultural meeting hosted for CA Dept of Ins. Commissioner John Garamendi**
  Meeting hosted for California Department of Insurance Commissioner John Garamendi to provide a forum for
  community leaders and organizations to engage in proactive measures to inform and educate the community about various
  programs and concerns of the California Department of Insurance. Partial list of representatives attendees: South Asian
  Network (L.A.), Coalition for Humane Immigrant Rights of Los Angeles (L.A.) , Western Management (Sacramento),
  Union Bank (L.A.), Iranian American Lawyers Association (L.A.), and African Community Resource Center (L.A.).

- **Sacramento 2003 - Loaves & Fishes' 20-Year Anniversary Interfaith Service of Celebration and
  Thanksgiving.**
  Held on January19, 2003 in Sacramento, the Loaves & Fishes' 20-Year Anniversary Interfaith Service of
  Celebration and Thanksgiving celebrated 20 years of survival services for the homeless. The Native American
  Community, the Jewish Community, and the Muslim Community were brought together in celebration. The celebration
  included readings, dances, and songs from different faiths.

*Other organizational affiliation and constituency co-sponsorships since 1995: (partial list)*

- **Loaves & Fishes—co-sponsor**
  Loaves & Fishes, started in the early 1980s, is a non-profit organization providing service to homeless
  individuals. With roots in the Judeo-Christian tradition, Loaves & Fishes advocate for the needs of the poor and
  homeless, providing numerous services, including food, medical screening, locker storage, showers, etc., to over 2500
  different guests monthly. Loaves & Fishes does not receive money from the government: instead ii relies on donations and
  volunteers, with many of its fundraising events and workshops hosted at the Capital Plaza Ballrooms' and The Grand in
  Sacramento. Loaves & Fishes has provided more than four million meals to homeless people.

- **Clean & Sober—co-sponsor**
  Clean & Sober is a non-profit organization that is a branch of Loaves & Fishes. The organization has about 175
  people in rehabilitation programs at any given time. The treatment programs begin with 12-step recovery meetings,
  providing clients with spiritual and emotional guidance. Program costs are paid through individual and corporate
  donations. The program provides one of the key steps to a life from drugs and alcohol, paving the way toward a life of
  sobriety and success. The annual fundraising event is sponsored at The Grand in Sacramento since its beginning ten years
  ago.

- **Women's Empowerment – co-sponsor**
  Women's Empowerment, an initiative of Loaves & Fishes, is a safe, supportive program for women
  determined to move out of homelessness. The program's goal is to provide the trainings, mentoring, and support
  necessary far homeless women to obtain and maintain employment, resolve personal challenges, and develop
  elf-confidence. Since Its Inception in 2001, Women's Empowerment has been a proud witness to nearly 262
  graduates from its program. The success rate of these women remaining clean, employed, and housed is nearly
  0 percent. The annual fundraising gala is sponsored at The Grand in Sacramento.

Patrick Ashouri, Esq. Page2 of 2



**Pervaiz Lodhie**

Pervaiz Lodhie, Founder & President/CEO of LEDtronics, Shaan Technologies Karachi,
NBA Computers Karachi, a global pioneer in LED Lighting, engineering professional,
entrepreneur and businessman for 35 years.

Prior to coming to the United States, Lodhie was responsible for setting up a world class
woolen carpet yarn spinning plant for United/Axminister carpet manufacturer in Karachi.

He established LEDtronics in 1983 in Torrance California. Today, Ledtronics is one of the
world's leaders in designing, manufacturing and packaging of energy efficient,
environmentally friendly light emitting diode (LED) lamps to some of the world's largest
Fortune 500 Companies.

Pervaiz holds a Bachelor of Science degree in Mechanical Engineering from California State
University at Los Angeles and was honored as its Alumni of the Year 1999. He was also the
recipient of the United States Small Business Administration's Award for Excellence.

Pervaiz Lodhie founded and serves as Chairman of the Pakistani-American Business
Executives Assoc. He is a Founding Director and Trustee of President Musharraf's Pakistan
Human Development Fund. He is an active member of the US Trade Advisory Committee
for Congresswomen Jane Harman, and was recently invited to serve as a member on the
International Circle of the World Affairs Council, an honor he accepted with pleasure.
Pervaiz also served as Chairman of the Industry Advisory Board for the College of
Engineering, Computer Science and Technology at California State University, Los Angeles.

In 2004 Pervaiz Lodhie joined U.S. Pakistan Business Council at the U S Chamber of
Commerce. Same year he also became one of the Founding Directors of PAL-C, a historic
initiative that brought about the successful Pakistan Congressional Caucus in the US
Congress.

## ISLAMIC CENTER OF SOUTHERN CALIFORNIA (ICSC)

### BRIEF OVERVIEW

- Established in 1953

- Membership organization – 450 members

- Provides religious and educational services

- Holds interfaith and social activities

- Membership elects 9 Directors for a 3-year term

- Controls

  - o   4 schools (New Horizon campus - 600 students pre-K to 8th grade)
  - o   Publication – The Minaret
  - o   Education and Outreach Foundation
  - o   Mortuary
  - o   Bookstore

- A budget  of multi-million dollars

ACLU-1122

## ATTORNEY GENERAL BILL LOCKYER INTRO
### Multi-Cultural Advisory Committee
### October 17, 2005 – 6:00 p.m. – Los Angeles

In November 1998, Californians elected Bill Lockyer to the state's highest law enforcement post. Since then he has tackled complex challenges – like securing the integrity of civil rights protections – with forthright, commonsense solutions.

To stop discrimination before it happens and vigorously prosecute it when it does, he created the Department of Justice's first-ever Civil Rights Enforcement Section, the largest public civil rights law firm among all states.

To restore resident's confidence in their police department, he conducted a two-year civil rights investigation into the Riverside police department's practices after the Tyisha Miller shooting, resulting in the first-ever consent decree from an Attorney General.

To crack down on those who prey upon California's newest residents, he created the Office of Immigrant Assistance.

To ensure a swift response to hate crimes, he issued a Rapid Response Protocol, which deploys resources for the investigation, arrest, and conviction of those who commit hate crimes.

And now, please welcome California's 30th Attorney General, Bill Lockyer.

ACLU-1123

# Keyvan (Kevin) Khadem

## Community and Civic Activities:

1999 to Present          Local Spiritual Assembly of the Baha'is of Beverly Hills
                         (Elected members consult on and decide about the affairs of the
                         Faith in that community)

                         Co-chair and Chairperson

1995 to 2004             Rancho Park Rotary Club
                         (Rotary is a world wide organization of business and professional
                         leaders that provides humanitarian service encourages high ethical
                         standards in all vocations, and helps build goodwill and peace in
                         the world.  Approximately 1.2 million Rotarians belong to more
                         than 31,000 Rotary clubs located in 167 countries.)

                         Past President    2000-2001
                         Officer
                         Board Member

2000 to 2004             Iranian American Educational Foundation
                         Board Member

## Profession

1974 to present          Insurance Agent and Broker

ACLU-1124

# THE BAHA'I FAITH

The Baha'i Faith is a religion followed by several million people in the world, from all
countries and backgrounds.

- All these people believe in the unity of mankind.
- They believe that it is the differences between us which make life interesting, and
  that we should cherish these differences, not ignore them.
- They believe that there has only ever been one religion – the religion of God. God
  sent His Messengers to different places at different times so that everyone in the
  world could hear about Him.
- Baha'is believe that there is only one God, though people may call Him by
  different names. We can only learn about Him through His creation and His
  Messengers.
- Baha'is follow Baha'u'llah, the latest in the long line of Messengers sent by God
  to tell us how we should live and behave. The name Baha'u'llah means the Glory
  of God. Although He passed to the next world nearly a hundred years ago,
  Baha'u'llah wrote down everything we need to know to be able to build a better
  life here on earth and in the world to come.
- Baha'is believe that Christ, Muhammad, Buddha, Mosses and Krishna were all
  Messengers from God.
- All of these Messengers promised a time when a great Messenger would come to
  bring peace to the whole world. Baha'is believe that Baha'u'llah was that
  Messenger and the time for peace is now.

## Basic Principals of the Baha'i Faith

- The oneness of the world of humanity
- The foundation of all religion is one
- Religion must be the cause of unity
- Religion must be in accord with science and reason
- Independent investigation of truth
- Equality between men and woman
- The abolition of all forms of prejudice
- Universal peace
- Universal education
- A universal auxiliary language
- Spiritual solution of economic problems
- An international tribunal

## Some Other Teachings

- We are created as noble and spiritual beings
- The family is the foundation of human society
- Marriage is a means for spiritual development of both partners
- Consultation is a dynamic process for finding truth and for solving conflicts and
  problems
- The soul continues after death

ACLU-1125

# THE BAHÁ'ÍS

## The Bahá'í Faith...

- is established in more than 190 countries
- is the second-most widespread independent world religion
- has significant communities in more countries than any other religion except Christianity
- is among the fastest growing religions in the world
- has some five million members who come from virtually every nationality, religious background, ethnic group, and social class

## Bahá'u'lláh...

- was the founder of the Bahá'í Faith
- lived from 1817 to 1892
- was a Persian nobleman
- suffered 40 years of exile and imprisonment
- revealed more than 100 volumes of sacred writings
- was the most recent in the line of Messengers from God that includes Abraham, Krishna, Moses, Buddha, Zoroaster, Christ, and Muhammad

## Bahá'u'lláh taught...

- that there is only one God
- that all of the world's religions represent one changeless, eternal Faith
- that all humanity is one race, destined to live in peace and harmony
- that the purpose of life on earth is to develop ourselves spiritually, in preparation for an everlasting existence hereafter

## Bahá'í principles include...

- the oneness of humankind
- the equality of women and men
- full racial integration
- economic justice
- universal education
- the harmony of science and religion
- the adoption of a universal auxiliary language
- the creation of a world commonwealth of nations that will keep the peace through collective security

## Bahá'ís...

- are working towards the creation of an ever-advancing, sustainable world civilization
- strive to uphold high moral standards in all their actions
- pray and meditate daily
- understand that strong and healthy families stand at the foundation of society
- have launched more than 3,000 educational, environmental, social and economic development projects, ranging from village-level tutorial schools to regional health campaigns to national literacy projects

## The Bahá'í community...

- has no clergy and accepts no funds from outside
- conducts its affairs through a distinctive system of freely elected lay governing councils, which comprise a global network
- has established local Bahá'í governing councils in nearly 10,000 localities worldwide, and national councils in virtually every nation

ACLU-1126

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE

**Date:** 10/18/2005

**To:** Los Angeles

**From:** Los Angeles
     OPCA
      **Contact:** [ ] ext. [ ]

**Approved By:** [ ]

**Drafted By:** [ ] : niz

b6
b2

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
OMBUDSMAN PROGRAM.

**Synopsis:** Document the 19th Meeting of the Multi Cultural
Advisory Committee.

**Enclosure(s):** The Multi-Cultural Sign-In Sheet and agenda of the
19th meeting.

**Details:** On Wednesday, September 28, 2005, at 6 p.m., the 19th
meeting of the Multi-Cultural Advisory Committee (MCAC) was held
at the FBI Office in Westwood, California. The meeting was
attended by the following Committee Members:



1.
Omar Ibn AL Khattab Foundation

2.
Iranian American Lawyers Association

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-01-2008 BY 65179 DMH/HKG/VTA

b6

3.
CAIR

4.
MPAC

*188A-LA-C236680-115*

5.
FBI Los Angeles    SSA

*272NC01.05*

*·15*

To:  Los Angeles  From:  Los Angeles
'Re:  66F-LA-C236680 (Pending), 10/18/2005



6.        SA
FBI Los Angeles

7.        ADIC Randy Parsons
FBI Los Angeles

8.
Shura Council of Southern California

9.
CAIR

10.
Los Angeles Latino Muslim Association

11.
Immigration Attorney

12.
USC Muslim Student Union

13.
CAIR

14.
Bahai Foundation

15.
Masjid Al Shareef of America

16.
Inter Religious Federation for World Peace

17.
Riverside Muslim Community

18.
COPAA

19.        ASAC Ethel McGuire
FBI Los Angeles

20.
MPAC

21.
Department of Homeland Security

b6

2

SECRET

ACLU-1128

To: Los Angeles  From: Los Angeles
Re: 66F-LA-C236680 (Pending), 10/18/2005



22.
Armenian Community

23.
USC Student Union

35.
Syriac Church

36.
Syriac Church

37.
DOJ Community Relations Service

38.
DOJ Community Relations Service

39.       Steven Gomez
ASAC Oklahoma City

b6



     SSA                        and SA                 opened the
meeting by greeting the MCAC Committee Members.  The focus of
this meeting discussed the original mission of MCAC and manner in
which to achieve such mission.                    moderated the
discussion.  One of the main issues impeding the achievement of
such mission noted by members from MPAC and the Shura Council was
the need for the FBI to inform the members of any investigations
regarding the impacted communities to made public by the FBI.
Such members explained that it is difficult to say to their
constituents that they have a working relationship with the FBI,
when information regarding relevant investigations is made public
by the FBI and they are unaware.  FBI Los Angeles agreed to
provide the press releases to MCAC members, via e-mail, at the
same time the FBI is providing such press release to the media
outlets.  FBI Los Angeles also agreed to provide a briefing
regarding such public information at the request of MCAC members.
The MCAC members were pleased with such efforts.  The meeting
ended on a positive note and with members expressing their desire
to move forward with the mission.

     SA        informed that an e-mail regarding the date and
agenda of the next meeting would be sent to all MCAC members. The
meeting then ended.  Attached is the sign-in sheet and agenda for
this meeting.

b6

♦♦

3

ACLU-1129

9|28|05

## Multi Cultural Forum Sign-In



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|-----------|--------------|---------------|

b6

*Wednesday, September 28, 2005*

*Page 1 of 1*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-17-2008 BY 65179 DMH/HKG/VTA

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|



b6

ACLU-1131



Full Name          Sign-In          Work Phone  Mobile Phone  Email Address

b6

Wednesday, September 28, 2005

Page 3 of 3

ACLU-1132

## Multi-Cultural Advisory Committee
## Los Angeles Field Office

*"The Multi-Cultural Advisory Committee (MCAC) endeavors to create an environment to facilitate dialogue and enhance the
relationship between the FBI and the Community which is based on mutual respect, understanding, and the protection of
Constitutional rights and civil liberties."* Formed May 2004

September 28, 2005 General Meeting

Items:

1) Member Issues/Concerns:

   Addressing MCAC member's forwarded issues/concerns continued from at 9-19 meeting.


2) Actions pending:

   a) Town hall meeting
      Final announcement draft and date
      MCAC Panelists

   b) Youth education, activities and events.
      Update from members regarding respective youth related activities and coordination.

3) MCAC issuing a summary traveler's information from information provided by former MCAC speaker U.S.
   CBP, Area Port Director Ana Hinojosa.


4) Addressing post press conference meeting for MCAC members who don't have press passes to attend press
   conferences.


5) Update on inviting new organizations.


6) Next meeting date/location.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-27-2008 BY 65179 DMH/HKG/VTA

ACLU-1133

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE

**Date:** 11/22/2005

**To:** Los Angeles

**From:** Los Angeles
OPCA
**Contact:** [redacted] ext. [redacted]    b6
b2

**Approved By:** [redacted]

**Drafted By:** [redacted] : nil

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
OMBUDSMAN PROGRAM.

**Synopsis:** Document the November 21, 2005 Multi-Cultural Advisory Committee (MCAC) meeting.

**Enclosure(s):** Enclosed is the sign in sheet and minutes of the November 21, 2005 MCAC meeting.

**Details:** On Monday, November, 2005, at 6 p.m., the monthly Multi-Cultural Advisory Committee (MCAC) meeting was held at the FBI Office in Westwood, California. The following individuals were in attendance:

1. [redacted]
Omar Ibn Al Khattab Foundation

2. [redacted]
Iranian American Lawyers Association

3. [redacted]
CAIR

4. [redacted]
MPAC

5. SSA [redacted]
FBI Los Angel[es]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-01-2008 BY 65179 DMH/HKG/VTA    b6

18AA- LA- C236680-119

To:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 11/22/2005



6.        SA
FBI Los Angeles

7.
Free Muslim Coalition Against Terrorism

8.
LEDTronic

9.        ASAC Ethel McGuire
FBI Los Angeles

10.
COPTIC Church

11.
Department of Homeland Security

12.
Syriac Orthodox Church

13.
Armenian Church

14.
Shura Council of Southern California

15.
Sikh Community

16.
Bahai Foundation

17.
COPAA

18.
Syriac Orthodox Church

19.
USC Muslim Student Union

b6

2

ACLU-1135

To: Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 11/22/2005



20
Masjid Al-Fartha of America

21.
Sikh Community

22.
Inter Religious Federation for World Peace

23.
Immigration Attorney                                          b6

24.
Riverside Muslim Community

25.
COPAA

26.
Pakistani Chamber of Commerce

27.      ADIC Steven Tidwell
FBI Los Angeles

     SA [        ] informed  at the end of the meeting that an e-
mail regarding the date and agenda for the next meeting would be
sent to all MCAC members.  Attached is the sign-in sheet and
minutes for the above meeting.

♦♦

3

ACLU-1136

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## NOVEMBER 21, 2005 MEETING

### PRESENTATION:

•   CDC[     ] presented a 30 minute Power Point presentation on the Privacy Act and Freedom of Information Act (FOIA). CDC[   ] presentation mainly focused on the rational as to why the FBI is not allowed to disclose information to the general public on pending investigations.

### GENERAL MEETING:

b6

#### PRIVACY CONCERNS

•   SSA[     ] and SA[    ] stressed the importance of the members to provide the FBI with any issues/concerns raised by community members regarding actions taken by FBI personnel. SSA[    ] and SA[  ] explained that the proper manner in which to bring such concerns to the attention of the FBI was to contact either of them directly by phone or e-mail with the specific details. Also, for oversight purposes, there is no problem if a reporting party copies MCAC members regarding an issue as they report it to the FBI. However, out of concerns for fairness and privacy, the name of the Agent(s) central to the issue should be provided only to SSA[      ]r SA[  ] nd not to members of MCAC. Once the matter has been investigated, the results will be provided to the MCAC members where warranted.

•   With respect to requesting information regarding third parties, the FBI will try to assist if possible. However, the findings can only be provided to the party to which the information pertains.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-27-2008 BY 65179 DMH/HKG/VTA

#### TOWN HALL MEETINGS

•   Scheduling MCAC's first town hall meeting was discussed. The committee discussed the need to agree on the message MCAC wanted to impart to the public and the style of town hall meeting before scheduling the first meeting.

•   It was agreed that one absolute style was not for all town hall meetings. However, all members of MCAC should be able to come to a general agreement of desired topics prior to setting concrete date.

•   It was also agreed that the purpose of the town hall meetings would be to alleviate community concerns/issues and to educate and inform the community about the FBI. Basically, the town hall meeting should serve as an extended representation of the MCAC meetings, but in the community setting.

•   The location of future town hall meetings was also addressed. A neutral meeting place was suggested (i.e. a high school location was used previously). Churches and Mosques were also suggested as community members are accustomed to attending functions at

ACLU-1137

such locations.

• It was further discussed whether to continue to discuss the particulars of the town halls in
a sub committee forum. It was agreed that because town halls are too important to
MCAC, it should be discussed during general meetings. Although complete consensus
will not be possible for any topic, the main goal is to be respectful of the various opinions
as we work together.

ACLU-1138

## *Multi Cultural Forum Sign-In*



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|

Ms. Felicia's Chancery

b6

*Monday, November 21, 2005*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179 DMH/HXG/VTA

*Page 1 of 3*

ACLU-1139



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|

b6

Monday, November 21, 2005

ACLU-1140

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

ACLU-1141