(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                     **Date:** 2/21/2006

**To:** Los Angeles

**From:** Los Angeles
　　　　OPCA
　　　　**Contact:** [redacted] ext. [redacted]                  b6
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　b2

**Approved By:** [redacted]

**Drafted By:** [redacted] nil

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
　　　　　OMBUDSMAN PROGRAM.

**Synopsis:** Document the March 20, 2006 Multi-Cultural Advisory
Committee (MCAC) meeting.

**Enclosure(s):** Enclosed is the sign in sheet, agenda, and minutes
of the February 21, 2006 MCAC meeting.

**Details:** On Monday, March 20, 2006, at 6 p.m., the monthly
Multi-Cultural Advisory Committee (MCAC)meeting was held at the
FBI Office in Westwood, California. The following individuals
were in attendance:

　　1. [redacted]
　　Council of Pakistan American Affairs

　　2. [redacted]
　　Iranian American Lawyers Association                          b6

　　3. [redacted]
　　CAIR

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-01-2008 BY 65179 DMH/HKG/VTA

　　4. [redacted]
　　MPAC

　　5. [redacted]
　　USC Muslim Student Association

188A-LA-C236680-143

52NL01.06

To: Los Angeles   From: Los Angeles
Re: 66F-LA-C236680 (Pending), 2/21/2006

6.        SA [redacted]
FBI Los Angeles

7.        [redacted]
Free Muslim Coalition Against Terrorism

8.        [redacted]
Syriac Orthodox Foundation

9.        [redacted]
COPTIC Church

10.       [redacted]
Department of Justice, Community Service Relations

11.       [redacted]
Armenian Church

12.       [redacted]
Bahai Foundation

13.       [redacted]
Masjid Al Fatiha of America

14.       [redacted]
Inter Religious Federation for World Peace

15.       [redacted]
Sikh Community

17.       [redacted]
Department of Homeland Security

18.       [redacted]
Islamic Center of Southern California

b6

2

ACLU-1143

To:  Los Angeles   From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 2/21/2006

19.
Council of Pakistan American Affairs

20.
Council of Pakistan American Chamber of Commerece

21.
UC Irvine Muslim Student Union

22.
Pakistan American Business Executives

23.
Shura Council

b6

24.
Pakistan-American Business Executives

25.
UCLA Stud

26.      SAC Warren Bamford
FBI Los Angeles

27.      SSA
FBI Los Angel

28.      ASAC Barbara Walls
FBI Los Angeles

29.
Muslim Student Assocation West

30.
UCLA Stu

3

ACLU-1144

To:   Los Angeles  From:  Los Angeles
Re:   66F-LA-C236680 (Pending), 2/21/2006

b6

        SA[          ]informed that the next MCAC meeting will be
held on March 20, 2006.  Attached is the sign-in sheet, agenda,
draft town hall flyer, and minutes for the above meeting.

♦♦

4

ACLU-1145

# AGENDA FOR THE MARCH 20, 2006
## MULTI-CULTURAL ADVISORY COMMITTEE MEETING

b6

6:00-6:15pm        Meet and Greet

6:15-6:25pm        Presentation by MCAC Member [          ]
                   [          ] regarding Youth Advisory Meeting

6:25-6:40pm        Introduction Of New Counter Terrorism
                   Special Agent In Charge Warren Bramford

6:40-7:00pm        Current Issues
                      * Islamic Center of Claremont
                        Incident Update

7:00-7:10pm        Break

7:10-8:00pm        Town Hall Meeting
                      * Structure of Town Hall Meeting
                      * Speakers
                      * Moderator
                      * Press
                      * MCAC Logo
                      * Set Up and Break Down

8:00pm             Conclusion

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-27-2008 BY 65179 DMH/HKG/VTA

# FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## MARCH 20, 2006 MEETING

**Current Events:**

- Description of Iranian New Year
- Advisory Council Youth update by MPAC member [ ]
- Introduction of new Counter Terrorism SAC Warren Bamford

## Town Hall Meeting Section:

- Final edition of flyer will be emailed shortly (entitled final320.doc)
- Approximately 14 FBI employees (subject matter experts) will be present at the meeting
- Meeting schedule is 10:30 am - 1:00 pm
- Initial meeting will be solely FBI question & answer. We will invite other agencies to future town hall meetings.
- MCAC 's spokesperson at the Town Hall meeting will be [ ] and the Town Hall moderator will be [ ]
- FBI press advisory will go out shortly announcing the event.
- All MCAC members need to advertise the event with their constituents.
- Coordinate ideas with [ ] in reference to ADIC Tidwell's offer to cover expenses for newsmedia outlet running ads for the meeting.
- Each entity present at the meeting should provide an informational flyer/pamphlet about the organization represented
- Maximum occupancy of the room is 300.

b6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-27-2008 BY 65179 DMH/HKG/VTA

ACLU-1147

# TOWN HALL MEETING



## PRESENTED BY:

## THE FBI AND MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)



Join members of MCAC and Special Agents from the Los Angeles FBI Office at Exposition Park for an informal question and answer session.

### LEARN ABOUT:

- •Civil Rights
- •Internet Crimes
- •Crimes Against Children
- •MCAC

- •Gangs/Organized Crime
- •Identity Theft
- •Employment with the FBI
- •Myths and Facts about the FBI

- •Hate Crimes
- •Counter Terrorism
- •Public Corruption

## Location: Exposition Park Community Center
### 3980 South Menlo Avenue, Los Angeles (Directions Attached)
### Date: Saturday, April 8th, 2006
### Time: 10:30 a.m. - 1:00 p.m.
### Refreshments Served

Members of the MCAC include the following organizations:

Bahai Faith- Beverly Hills Spiritual Assembly
Council of Pakistan American Affairs
Council on American Islamic Relations
Free Muslims Coalition
Inter Religious Federation for World Peace
Iranian American Lawyers' Association
Islamic Center of Orange County
Islamic Center of Southern California
LA County Sheriff's Advisory Council
LA Latino Muslim Association

Muslim Public Affairs Council
Masjid Al-Fatiha of America
Maleki Foundation
Omar Ibn Al Khattab Foundation
Pakistani Chamber of Commerce
Pakistan-American Business Executives
Shura Council of Southern California
Sikh Society
Syriac Orthodox Foundation
US COPTS Association

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-27-2008 BY 65179 DMH/HKG/VTA

ACLU-1148

## *Multi Cultural Forum Sign-In*



Monday, March 20, 2006

b6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-17-2008 BY 65179 DMH/HKG/VTA

Full Name

Sign-In

Work Phone    Mobile Phone    Email Address

b6

Monday, March 20, 2006

Page 2 of 3

ACLU-1150

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

ACLU-1151

(Rev.01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 4/28/2006

**To:** Los Angeles

**From:** Los Angeles
    OPCA
    **Contact:** ☐ ext. ☐                    b6
                                     b2

**Approved By:** ☐

**Drafted By:** ☐ : nil

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
OMBUDSMAN PROGRAM.

**Synopsis:** Document the April 28, 2006 Multi-Cultural Advisory
Committee (MCAC) meeting.

**Enclosure(s):** Enclosed is the sign in sheet, agenda, and minutes
of the April 28, 2006 MCAC meeting.

**Details:** On Monday, January 28, 2006, at 6 p.m., the monthly
Multi-Cultural Advisory Committee (MCAC)meeting was held at the
FBI Office in Westwood, California.  The following individuals
were in attendance:



1.
Omar Ibn Al-Khattab Foundation

2.
Iranian American Lawyers Association                    b6

3.
Shura Council of Southern California

4.
MPAC

5.
CAIR

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-01-2008 BY 65179 DMH/HKG/VTA

186A-LA-C236680-150

107 NL01.06  150

ACLU-1152

To:  Los Angeles   From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 4/28/2006



6.        SA
FBI Los Angeles

7.
Free Muslim Coalition Against Terrorism

8.
Islamic Society of Orange County

9.
Council of Pakistan American Chamber of Commerce

10.
Department of Homeland Security

11.
Armenian Church

12.
Bahai Foundation

13.
Masjid Al-Faitha of America

14.
Inter Religious Federation for World Peace

15.
COPAA

16.
Pakistan -American Business Executives

17.
Council of Pakistan American Chamber of Commerce

b6

2

ACLU-1153

To:  Los Angeles   From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 4/28/2006



18.
Department of Homeland Security

21.
Los Angeles Latino Muslim Association

22.
Council of Pakistan American Affairs COPAA

24.
Former UC Irvine/Muslim Student Union

25.
Community Outreach Specialist

26.       SSA
FBI Los Angeles

27.
Arab American Republican Club of Orange County

28.
MPAC

29.       ASAC Eric Velez
FBI Los Angeles

30.
Associated Press

31.

b6

    SA [    ] informed that the next MCAC meeting will be
held on April 17, 2006.  Attached is the sign-in sheet, agenda,
and minutes for the above meeting.

♦♦

3

To:   Los Angeles   From:   Los Angeles
Re:   66F-LA-C236680 (Pending), 4/28/2006

4

ACLU-1155

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## APRIL 17, 2006 MEETING

**Current Events:**

b6

- Youth Advisory Committee update by MCAC Member
- CT ASAC Eric Velez-Villar addresses MCAC Members concerns over TSA security measures. FBI LA will invite TSA back to another MCAC meeting to discuss issues. MCAC Members noted that although individuals do find fault with the search and questioning procedures, they recognize this security is indeed necessary in order to protect us from possible attacks in the future. The goal is to work to find a happy medium.

**Discussion of April 8th Town Hall Meeting:**

- Everyone agreed that the first town hall meeting was a success.
- In terms of future media exposure, consensus was that there should be more positive articles. Associated Press reporter Jeremiah Marquez was present at the MCAC meeting and his article regarding the April 8th town hall meeting was addressed with him. It was noted that Jeremiah's article does not intend to focus on negative images of Muslims complaining. Often times, after the journalist completes article, other information is added in by editors, thus changing the content.

- For the next town hall meeting, the members need to decide whether to invite the press. It was agreed that MCAC members needed to do more advertisement for the next MCAC meeting. It was also agreed that the ideal audience is approximately 150-200 people. After 200+ guests, is when the group dynamic starts to change and may become ineffective.
- MPAC noted that a "hook" was needed when advertising for the next town hall meeting. Ideas regarding a "hook" needed to be discussed at the next MCAC meeting.

b6

- The next town hall meeting will most likely be held in Orange County. MCAC Member volunteered the Islamic Society of Orange County's facilities.
- It was agreed to further discuss the particulars of the next town hall meeting at the May MCAC meeting.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-27-2008 BY 65179 DMH/HKG/VTA

ACLU-1156

# AGENDA FOR APRIL 17, 2006 MEETING OF THE MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

6:00P.M. - 6:15P.M.          Meet and Greet

6:15P.M. - 6:30 P.M.         Current Issues
                                   Media Matters
                                   -Associated Press Reporter Jeremiah Marquez

6:30P.M. - 6:45P.M.          Update on Formation of Youth Advisory Committee
                                   MCAC Member                                                    b6

6:45P.M. - 6:55P.M.          Break

6:55 P.M. - 8:00 P.M.        Review/Discussion of the Town Hall Meeting

8:00 P.M.                    Conclusion

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

ACLU-1157

*Multi Cultural Forum Sign-In*

NEED ID



Full Name    Sign-In    Work Phone    Mobile Phone    Email Address

b6

Monday, April 17, 2006

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179 DMH/HEG/VTA

Page 1 of 3

ACLU-1158

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address | b6 |
|-----------|---------|------------|--------------|---------------|-----|
|           |         |            |              |               |     |

Monday, April 17, 2006

Page 2 of 3

ACLU-1159

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

ACLU-1160

---- Working Copy ----                    Page      1

Precedence:  ROUTINE                      Date:  07/11/2006

To:  Los Angeles

From:  Los Angeles
       OPCA
       Contact:  SA                        ext.                    b6
                                                                   b2
Approved By:

Drafted By:                    bgg

Case ID #: 66F-LA-C236680    (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM .

Synopsis:  Document the June 19, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s):  Enclosed are the following documents: (1)the sign
in sheet, (2) agenda, (3) minutes of the June 19, 2006 MCAC
meeting,

Details:  On Monday, June 19, 2006, at 6 p.m., the monthly Multi-
Cultural Advisory Committee (MCAC) meeting was held at the FBI
Office in Westwood, California.  The following individuals were
in attendance:

        1.                                                         b6
        Omar Ibn Al Khattab Foundation

        2.
        Iranian American Lawyers Association
                                          ALL INFORMATION CONTAINED
        3.                                HEREIN IS UNCLASSIFIED
        Shura Council of Southern California   DATE 07-01-2008 BY 65179 DMH/HKG/VTA

        4.
        MPAC

        5.
        Free Muslim Coalition Against Terrorism

        6.
        Bahai Foundation          188A- LA- C236680 -165

        7.
        Council of Pakistan American Affairs COPAA

        8.

--------------------------------------------------------------
Case ID : 188A-LA-C236680              Serial : 165

MPAC

9.      ☐

10.    ☐
Jane Harman's Office, Field Representative

11.        ADIC Steven Tidwell
FBI Los Angeles

12.        SSA ☐
FBI Los Angeles                                        b6

13.        SA ☐
FBI Los Angeles

14.    ☐
FBI Los Angeles

15.    ☐
C.A.I.R.

16.    ☐

    SA ☐ informed that the next MCAC meeting will be
held on July 17, 2006.  Attached is the sign-in sheet, agenda,
minutes of the meeting

## Multi Cultural Forum Sign-In

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

Monday, June 19, 2006

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179 DMH/HKG/VTA

Page 1 of 3

b6

b6



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |

Monday, June 19, 2006                                                                 Page 2 of 3

ACLU-1164

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

ACLU-1165

## AGENDA FOR MONDAY, JUNE 19, 2006 MEETING OF THE
## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)


6:00P.M. - 6:15P.M.          Meet and Greet


6:15P.M. - 6:30 P.M.         Current Issues
                             -Confirm e-mail addresses


6:30P.M. - 7:00 P.M.         Briefing on Youth Advisory Committee Meeting and Orange
                             County Town Hall Meeting concerning OC Register Article
                             -Joint Press Release


7:00P.M. - 7:10P.M.          Break


7:10 P.M. - 7:40 P.M.        Discuss Future Town Hall Meetings
                             * September Orange County Town Hall Meeting
                               (date/location)
                             * Identity Theft/Crimes Against Children/etc Presentations


7:40 P.M. -8:00 P.M.         New Membership Process


8:00 P.M.                    Conclusion


ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

ACLU-1166

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## JUNE 19, 2006 MEETING

**Current Events:**

- Community Relations Executive Seminar Training program (CREST) information is forthcoming (CREST is the condensed version of the Citizen's Academy)
- If interested in having ADIC Steven Tidwell meet with your constituents, please let [        ] know and he will be glad to schedule something with your group
- FBI internet site now has the press release up. It was also sent out to all the regular media outlets.
- Please help us bridge the gap between the community and the law enforcement agencies. You may serve as the liaison between the two, collecting anonymous information from the community (i.e. latest internet scams, immigration scams, crimes against children, identity theft, etc.) and pass this information onto our office.
- Information on the Orange County branch of the MCAC, with Town hall meeting details will be coming out soon

b6

**Town Hall Meeting Section:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

- Below are questions that ADIC Tidwell asked the MCAC members:

  Tidwell: Was it too much to have the experts on each subject matter present?
  MCAC: Possibly. Perhaps it was due to the fact that not all supervisors were able to speak individually.
  Tidwell: A possible solution could be to have tables set up with the subject matter experts seated individually, and with hand outs available. However, the community will still continue to have the opportunity to direct the majority of the Town Hall Meeting.

- Other concerns among members included the Press Release/Flyer. It was suggested that the document is too busy, with too much information. Maybe focus on only two strong points of information, in order to draw interest and attendance from the community. (i.e. using only identity theft and crimes against children)
- Orange County outreach should be active. Make yourself accessible. This is a process, and often a slow one, so please be patient.
- As an advisory committee, it's recommended that this organization needs to be prepared as well as possible before a Town Hall Meeting with the community. Although that is true, please remember that the FBI LA cannot comment on pending investigations, nor explain actions/specific situations that occurred in other divisions. We are trying to provide information to our local communities, and we will do the best we can to show that they can trust and communicate with us. At times, there will be questions that we simply cannot comment on, but we're not necessarily ignoring the issues at hand.

ACLU-1167

---- Working Copy ----                          Page     1

Precedence:  ROUTINE                      Date:  07/31/2006

To:  Los Angeles

From:  Los Angeles
       OPCA
       Contact:  SA [                    ]  ext. [        ]                    b6
                                                                              b2

Approved By:  [                                  ]

Drafted By:   [                         ] bgg

Case ID #: 66F-LA-C236680    (Pending)

Title:  LOS ANGELES ARAB/MUSLLIM/SIKH
        OMBUDSMAN PROGRAM

Synopsis:  Document the July 17, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s):  Enclosed are the following documents:  (1) the
sign in sheet, (2) agenda, (3) minutes of July 17, 2006 MCAC
Meeting, (4) brochures handed out by members regarding upcoming
events.

Details:  On Monday, July 17, 2006, at 6:00pm, the monthly Multi-
Cultural Advisory Committee (MCAC) meeting was held at the FBI
Office in Westwood, California.  The following individuals were
in attendance:                                                          b6

1. [                    ]
Omar Ibn Al Khattab Foundation

2. [                      ]                ALL INFORMATION CONTAINED
Iranian American Lawyers Association      HEREIN IS UNCLASSIFIED
                                          DATE 07-01-2008 BY 65179 DMH/HKG/VTA

3. [                   ]
Sikh Center of Orange County

4. [                   ]
Free Muslim Coalition Against Terrorism

5. [              ]
Syrian Orthodox Church

6. [            ]
MPAC

7. [                 ]                     188A-LA-C236680-166
U.S. Department of Justice

8. [                     ]

---------------------------------------------------------------
Case ID : 188A-LA-C236680                  Serial : 166

ACLU-1168

9. ☐

10. ☐
Bahai Foundation

11. ☐
Council of Pakistan American Affairs COPAA

12. ☐
Jane Harman's Office, Field Representative

13. ☐

14. ☐
C.A.I.R.

15. ☐

16. ☐

17. ☐
MPAC

18. ☐

19.  ADIC Steven Tidwell
FBI Los Angeles

20.  SSA ☐
FBI Los Angeles

21.  SA ☐
FBI Los Angeles

22. ☐
FBI Los Angeles

23. ☐
FBI Los Angeles

24.  Larry Fetters
TSA, Federal Security Director

b6

     SA ☐ has informed MCAC members that the next
meeting is being rescheduled from August 21, 2006 to August 28,
2006.

## AGENDA FOR MONDAY, JULY 17, 2006 MEETING OF THE
## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

6:00 P.M. - 6:15P.M.          Meet and Greet

6:15 P.M. - 6:30 P.M.        Current Issues
                              -Crimes Against Children presentation on 7/7/06

                              -Youth Advisory Committee meeting on 7/20/06

                              -Protesting at the Federal Building

6:30 P.M. - 7:15 P.M.        TSA - Larry Fetters, Federal Security Director

7:15 P.M. - 7:30P.M.         Break

7:30 P.M. - 7:45 P.M.        Discuss Future Town Hall Meetings
                              * September Orange County Town Hall Meeting

7:45 P.M. - 8:00 P.M.        Website

8:00 P.M.                    Conclusion

b6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

/ /6

ACLU-1170

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## JULY 17, 2006  MEETING

### Current Events/New Business:

*   Website update: FBI Computer Specialists are currently in the process of putting
    something together for your review. We'll need a volunteer to work at moving it forward
    for MCAC [        ] has agreed to host the website for MCAC.
*   The Islamic Institute of Orange County put on a program with information on Crimes          b6
    Against Children. It provided key points for parents to be aware of to protect children
    from internet sexual predators. The response was amazing, and we'd like to have this
    type of program as a touring presentation for other mosques/churches interested in
    participating. [        ] attended the presentation and spoke about the
    presentation during MCAC meeting.
*   Tidwell offered to have our FBI SAFE team involved in future programs, to give the
    community additional information from the law enforcement side.
*   Youth Advisory Committee Meeting is scheduled for Wednesday the 26th at 7 p.m.
*   Also, if anyone missed the last few e-mails, please do not hesitate to let us know. We're
    currently building a new system with the OCC, and once that is up and running, things
    will be running a lot smoother. Everything will be resolved shortly.
*   The Japanese Committee is having an upcoming Parents Day. Please see the flyer for
    additional details on the event. All are welcome.
*   The meeting with USC will take place on 8/29.
*   8/20 is Open Mosque Day throughout the Los Angeles area.
*   The ICE SAC will be invited to our meeting at your request in the future.
*   It was asked by the Congresswoman Jane Harman's Representative if MCAC is open to
    having regular observers attend the meetings. Also, he mentioned that many other area
    mosques are interested in being included for future meetings. MCAC members voted and
    agreed that there is a standing open invitation to Congressional Office to sit in on the
    meetings. This opportunity will be introduced to the Congressional Staff at the Joint
    Regional Intelligence Center meeting on 8/10.
*   Remember to put applications in for the Citizen's Academy if interested!!!

### Larry Fetters, TSA Federal Security Director at LAX:

*   The Transportation Security Administration (TSA) is the newest Federal entity since
    9/11. It took over the screening of passengers, employees, baggage/luggage and overall
    airport security. It is one of 22 agencies under the Department of Homeland Security.
*   TSA has 3 main functions:
    ‣   Screening passengers, checked luggage, carry on items, cargo, etc.
    ‣   Law enforcement aspects (i.e. air marshals)
    ‣   Authority to oversee airline, cargo shippers, etc. from a security standpoint
*   There are 2 goals TSA seeks to accomplish:
    ‣   To provide world class security (meaningful, effective, tolerable)
    ‣   To provide world class customer service

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

- LAX has been deemed an identified, documented target in California, however, it is also one of the safest airports to travel through America as well. Because of the vigilance in the law enforcement community, and the great security presence on site, it is deemed a secure environment.
- Tips to reduce frustration and allow easier travel through LAX:
  - Plan ahead! Think about what you're going to pack ahead of time. Ensure that prohibited items are not included (i.e. Swiss army knives, toy guns, etc.) Pre-plan the travel. Go to http://www.tsa.gov to find out wait times for flights, list of prohibited items, airline rules, etc.
  - If carrying a laptop, take it out of the case at the security check point.
  - Take off coats and outer or bulky garments before you go through security. It will reduce the time in line.
  - A good idea (but not required) is to take your shoes off while walking through security. You never know what shoes are on the list for screeners to look for.
  - As you approach the screeners, take metal items out of your pocket, and off your body before you set off the detectors. This will help to avoid unnecessary secondary screening. Put the items (change, jewelry, belts, pagers/cell phones, wallet, etc.) in a ziplock or other bag and then slip it into the carry-on item that will run through the X-ray machine. When the screeners are finished, you'll know exactly where to find your belongings, and they will be secure within your bag.
  - Always remember that you can request a private screening with a same gender screener. A wand search will be done, as well as a pat down. This is a good idea for pacemaker patients.
- Selectee List: 1 who is consistently sent to secondary screening due to law enforcement lists, or possibly common/unidentifiable names. Random security checks (the SSSS) are treated the same as selectee individuals.
- No Fly List: government/law enforcement agencies deemed individual unable to fly. These people usually know that they're on the list.
  Mr. Fetters also provided the following customer service phone numbers: (310)242-2911 and (310)215-5370.

**Questions from FBI MCAC to Larry Fetters:**

- How well are screeners themselves screened before hired?
  - *Anyone working at airports completes full background investigation with criminal record/history checks, credit checks, etc. Unknown numbers of people have access to airports, but they have special screening areas for those employees as well (including food services, maintenance, etc.).*
- What about smaller airports? What types of security measures are taken?
  - *Commercial aviation is under the jurisdiction of the Federal government (TSA). Smaller general aviation airports have an outreach program, but TSA does not have presence there.*
- Many Muslims believe they're targets at secondary screening. What is your response to that?
  - *The screening process is totally random and unpredictable. Muslims are not targeted solely on the reason that they're Muslim. The screeners are trained to*

ACLU-1172

> *look for specific behavior, not race. However, there is diversity training that*
> *focuses cultural sensitivity.*

- Where is a good place to pray in the airport? Many other airports, such as Washington
  D.C., have designated places (non-denominational chapels and such) for worship. What
  do you suggest is best for prayer at LAX?
  - *There is no "perfect' place for prayer. It's best to go off to the side to pray. Of*
    *course, it is possible that unnecessary attention is drawn to you, however, please*
    *continue to practice your faith. Do what you need to do. I'd like to speak to you*
    *later and assist you in submitting a formal request (through the appropriate*
    *channels) for a future (designated) place to pray.*

- What about the cases where the No Fly list selects a child with the same name?
  - *The FBI is contacted and they have the authority to deem suitable for boarding.*
    *They sort out the information and provide the accurate details (correct DOB,*
    *POB, etc.), however, there are steps to correct it if needed. Procedures are taken*
    *to update the information or rectify problems.*

- The concerns of the community are mainly two things: who is the point of contact to
  check the status of a request to be removed from the list? and who provides Intel outside
  of the government agencies?
  - *If you need to speak to someone regarding the list, you can go to the TSA website*
    *and click on the Office of the Omsbudsperson. Since TSA doesn't create the list,*
    *it's not really in their hands. They just receive the list; they can't change/update it*
    *at all. TSA has merely set up this procedure for request to remove/update as a*
    *courtesy to the general public. The Omsbudswoman for this area is Kimberly*
    *Walton. If you need to speak to TSA customer service for any reason, please*     b6
    *contact (310) 242-2911. To reach Larry's office, you can call* ⬛

- You asked us to trust that the screening process is color blind. But what do we tell the
  people who are always "randomly" selected?
  - *Please take the information previously discussed into your community. Please*
    *remember that not all details are given in an incident when accounts are told.*
    *For instance, an individual contacted me and said they were always randomly*
    *selected. It turned out that he neglected to share that he wears army boots each*
    *time he flies. Those will guarantee a secondary check because they're bulky. Or*
    *maybe the way you execute your plans could shed light on it as well. Habits, etc*
    *(i.e. one way travel paid with cash within 24 hrs will set a flag off). We do not*
    *profile, it is all* underline *behavior* oriented.

- Do you have agents/offices in other countries for screening?
  - *No TSA screening or U.S. Government Agency representatives or standards are in*
    *other countries. No agents are in the airports. Pacts have not been developed*
    *between other countries. Often people have to be re-screened before returning*
    *home. If you fly internationally, you will be patted down, not on the U.S.*
    *authority, but based on the decision of the other country.*

ACLU-1173

- To what extent does TSA engage in education of behavioral profiling? Who trains on the subject?
  - *Airlines receive the training from TSA. They're required by Federal regulation to report airport security incidents to TSA.*

ACLU-1174

## *Multi Cultural Forum Sign-In*

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|



b6

*Monday, July 17, 2006*                                                                                      *Page 1 of 3*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179 DMH/EKG/VTA

ACLU-1175

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-1176

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
| --- | --- | --- | --- | --- |

ACLU-1177

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA





# PARENTS DAY JOURNAL

1108 West Valley Blvd. #6106 Alhambra, CA 91803 : (323) 526-1496    ·    Jan. 2006. Vol.10

# 10th Nikkei Parents' Day Festival

## Parents' Day Celebrated with New Mayor



**Antonio Villaraigosa joins five couples honored for lifetime dedication as parents.**

By Ted Miyagi



The Japanese and Asian community celebrated the 10th Nikkei Parents' Day Festival on Sunday, July 24, at the Japan America Theatre in downtown Los Angeles. The Nikkei Parents' Day Festival is known as one of the largest National Parents' Day programs in the United States.

The celebration reached new heights this year with the appearances of Mayor Antonio Villaraigosa, County Sheriff Leroy Baca and Consul General of Japan Yoshio Nomoto after the opening address by Chairman Henry Yasuda. Mayor Villaraigosa said, "Being a parent is the toughest job," and appreciated parenting programs like the Nikkei Parents' Day Festival.

The Festival included speech contests and a display of children's art works on the theme of parents and family.  Every year the committee receives over 400 art entries for the contest and approximately 100 art works are selected and displayed in the theater lobby.  Speech contest winners were: Taito Ozaki (Elementary Division), Kiyoko Kauya (Mid/High Schools Division) and Akiko Asami (College/Adult Division).  Art contest winners were: Nagisa Maeda (Gold Award), Hidetoshi Omiya (Silver Award) and Nagisa Shiota (Bronze Award).

Highlight of the program was the Parents of the Year  Award Ceremony.  Five sets of

model parents were selected this year among the applicants who were nominated by various community organizations.  The awardees were:  Shinta and Toshiko Asami (Buena Park), Soichiro and Chikako Mary Hori (Placentia), Paul and Spring Iwata (Van Nuys), Bruce and Frances Midori Kaji (Gardena) and Eizo and Aiko Yasuda (Cerritos).  Each set of parents received a plaque from the Nikkei Parents' Day Coalition and also a Resolution from the Los Angeles City Council and a Commendation from the Los Angeles County Board of Supervisors.

Opening the Parents of the Year Ceremony, video clips from the National Parents' Day DVD with ten years flash back of all our awardees were shown.  While the video was rolling, Charlie Okamura sang "The Impossible Dream"  which reinforced the sense of family values of our awardees.  He then introduced the Parents of the Year 2005.

President George W. Bush proclaimed Sunday, July 24, as Parents' Day to call upon citizens to observe this day with appropriate programs, ceremonies and activities.  Special messages from Governor Arnold Schwarzenegger, United States Senators Daniel Inouye and Dianne Feinstein and Chair of the LA County Board of Supervisor Gloria Molina were printed together with many other representatives of

major community organizations. More than 800 people with many VIPs attended the event from the community.

One year's preparation is needed to prepare for an event like this and is made only possible because of the many dedicated volunteers.  At the reception, which followed the program, seven volunteers were recognized with Certificate of Appreciation signed by Howard Self, Executive Director of The American Family Coalition and James Flynn, President of The American Family Coalition.

## CONTENTS

| P.1 | 10TH Nikkei Parents Day Festival |
| P.2 | Serial essay |
| P.3 | National Parents' Day |
| P.4 | List of supporters |
| P.5 | Information |
| P.6 | 2005 Parents of the year |
| P.7 | Speech & Art contest winners |
| P.8 | 摸範的父母真エッセイシリーズ |
| P.9 | List of Parents of the Year |
| P.10 | Application form (Art&Speech) |
| P.11 | 第 10 回日系父母の目祭 |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

ACLU-1179

## *Serial Essays for the Nikkei Parents of the Year Awardees*

# 2005 Nikkei Parents of the Year

## Eizo and Aiko Yasuda

### Presented at Nikkei Parents Day Festival

**by Stan Yasuda**

Honored guests, families and friends, good afternoon. My name is Stan Yasuda, and on behalf of my sister, Janet Yasuda Fuji, and my brother, Glenn, I would like to thank the Nanka Kagoshima Kenjinkai and the Nikkei Parents Day Coalition for honoring our parents, Eizo and Aiko Yasuda, with this wonderful award.

Our father, Eizo, was born in 1925 in Monterey, California and returned to Japan at the age of two with his mother and two older brothers. He and his six siblings were raised in Japan by his father Jinnai, and his mother Teru. With limited funds but unlimited determination he returned by himself to the United States in his early twenties. He met Aiko Mayemura and they were married in 1955. He started as a gardener and worked multiple jobs to support our family while also managing to be active in the leadership of the Nansatsu Dokyojinkai in the 1960's through the 1980's. In 1970, he took on the challenge of purchasing and running a family store. As children, we saw him work tirelessly each day to make a better life for our family. All the while, he encouraged us to seek our own better futures through education and I know that he takes great pride in the fact that we all received our college degrees and have had success in our chosen professions.



While our father's energy and constant desire to excel inspire us, our mother Aiko is our family's heart and soul. Also a Kibei Nisei, she was born in the United States and at the age to two, went to live in Japan with her father Seiji Mayemura, her mother Kiye and her two older brothers, Hiroshi and Katsumi. Not long after moving to Japan, she lost her mother to illness and her father returned to America, leaving her and her brothers to live with their grandparents during the war. Having spent most of her childhood without her mother or her father, she has always placed the highest priority on family. She remembers every birthday, anniversary and special occasions with a card and a phone call and she is happiest when all of her family surrounds her. She loves nothing more than preparing meals for large family get-togethers and delights in spending time with her grandchildren whether at birthday parties, school functions, baseball games or other special occasions. When our father was stricken with asthma and had to be hospitalized on several occasions, she took over running the family business and comforted all of us with her quiet strength. She is undeniably our family's emotional and spiritual center.

We know that our parents feel that they've led ordinary lives, but to us they have been extraordinary role models. Through their words and more importantly, their actions, our parents have set an example for us our entire lives. We saw them working 12 to 16 hour days, side by side, to provide us with financial security. Even then, we always had dinners



together as a family, even if that dinner was in the backroom of the family store. From them we've learned to appreciate the rewards that come from hard work, the importance of treating others with honesty and respect, and to always look and hope for the best in people. They've taught us to value the blessings of family and friends above material things, and they've helped us to understand that love can be expressed in countless ways, not the least of which are patience, faith, forgiveness and sacrifice. From the handmade wooden airplanes that our father created for each of his grandsons to the special celebratory meals that our mother prepares throughout the year, and by their constant devotion, they continue to demonstrate their love for us in the special ways that only parents can. And so we are extremely grateful and equally proud that in this, the year of their golden wedding anniversary, they are being honored as Parents of the Year.



ACLU-1180



## National Parents' Day

Parents' Day was signed into law by President William Clinton in October 1994. Senator Orrin Hatch (R) Utah, Chairman of the Senate Judiciary Committee was a co-sponsor of the bill along with Senator Joe Biden (D) Delaware. Congressman Floyd Flake (D) New York and Dan Burton (R) Indiana jointly sponsored the House Resolution.

The bill established the fourth Sunday in July as Parents' Day, "to be recognized as a recurring perennial day of commemoration. All private citizens, organizations and governmental and legislative bodies at local, State, and Federal levels are encouraged to recognize Parents' Day through proclamations, activities, and educational efforts in furtherance of recognizing, uplifting, and supporting the role of parents in the rearing of their children."

## National Parents' Day Coalition

The National Parents' Day Coalition (NPDC) is a nonprofit, educational organization and the natural outgrowth of a grassroots coalition that came together in 1994 to support the Federal Legislation designating the fourth Sunday in July as Parents' Day.

The goals of the coalition include: 1) establishing a diverse coalition of organizations and individuals to support the spirit of the law of Parents' Day; 2) establishing a national resource center, information network; and 3) developing projects that facilitate public education about marriage, family life, responsible and effective parenting. The Coalition works to ensure that the public is aware of Parents' Day, the newest national holiday.

## Nikkei Parents' Day Festival

In 1994, President Clinton designated the fourth Sunday in July as "Parents' Day" to recognize emphasize the importance of, and support the role of parents, in the rearing of their children; and urged communities to observe this day with appropriate ceremonies, activities and education efforts."

In response to this proclamation, the Nikkei Parents' Day Festival was formed in 1996, to showcase exemplary parents within the Japanese American Community in Southern California with a Nikkei Parents of the Year Award.

ACLU-1181

---- Working Copy ----                              Page        1

Precedence: ROUTINE                        Date:   09/05/2006

To:  Los Angeles

From:  Los Angeles
       OPCA
       Contact:  SA [                    ]   x[        ]          b6
                                                                 b2

Approved By: [                    ]

Drafted By:  [                    ] bgg

Case ID #: 66F-LA-C236680     (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM

Synopsis:  Document the August 28, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s):  Enclosed are the following documents: (1) the sign
in sheet, (2) agenda, (3) minutes of August 28, 2006 MCAC
Meeting, (4) two letters received by LAFO, (5) Flyer advertising
the Arab-American Festival 9/8 -9/10/2006, (6) copy of webpage
from intranet, (7)News articles of MCAC in Chicago and Ohio

Details:  On Monday, August 28, 2006, at 6:00pm, the monthly
Multi-Cultural Advisory Committee (MCAC) meeting was held at the
FBI Office in Westwood, California.  The following individuals
were in attendance:                                              b6

1.  [                    ]
    Omar Ibn Al Khattab Foundation

2.  [                    ]
    Iranian American Lawyers Association

3.  [              ]
    Syrian Orthodox Church          ALL INFORMATION CONTAINED
                                    HEREIN IS UNCLASSIFIED
4.  [                    ]          DATE 07-01-2008 BY 65179 DMH/HKG/VTA
    MPAC

5.  [              ]
    C.A.I.R.                        188A-LA-C236680 -173

6.  [                    ]
    Bahai Foundation

7.  [                    ]

--------------------------------------------------------------
Case ID : 188A-LA-C236680                    Serial : 173

ACLU-1182

---- Working Copy ----                    Page        2

8. [ ]
Shura Council of Southern California

9. [ ]
Syriac Orthodox Church

10. [ ]
C.A.I.R.

11. [ ]
Islamic Center of Orange County

12. [ ]
Council Of Pakistan American Affairs

13. [ ]
LEDtronics

14. [ ]
Iranian American Advisory Committee

15. [ ]
Congresswoman Jane Harman

16. [ ]
Congresswoman Jane Harman

17. [ ]
C.A.I.R.

18. [ ]
MPAC

19. [ ]

20. [ ]
International Relations Council

21. [ ]
Inter Religious Federation for World Peace

22. [ ]

23.   ADIC J. Stephen Tidwell
      FBI Los Angeles

24.   SSA [ ]
      FBI Los Angeles

25.   SA [ ]
      FBI Los Angeles

26. [ ]
      FBI Los Angeles

b6

ACLU-1183

---- Working Copy ----                    Page      3

27. [        ]
    FBI Los Angeles

28. [                    ]
    Free Muslim Coalition Against Terrorism                                    b6

29. [              ]
    MPAC

30. [            ]

        SA [        ] informed MCAC members that the next meeting
will be held September 18, 2006.  The above mentioned enclosures
are attached.

ACLU-1184

**AGENDA FOR MONDAY, AUGUST 28, 2006, MEETING OF THE
MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)**

6:00 P.M. - 6:15P.M.          Meet and Greet

6:15 P.M. - 7:00 P.M.         Current Issues/ Upcoming events
                              -Arab American Day Festival, September 8-10, 2006
                              -Supervisor's meeting September 6, 2006
                              -Recent articles:
                                    *Ohio's Multicultural Outreach Plan
                                    *Chicago's MCAC

7:00 P.M. - 7:15 P.M.         Website update

7:15 P.M. - 7:30 P.M.         Break

7:30 P.M. - 7:45 P.M.         Discuss Future Town Hall Meetings
                              *(date/location)
                              -Alternate meeting location

7:45 P.M. - 8:00 P.M.         New Membership Process

8:00 P.M.                     Conclusion

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

/73

## *Multi Cultural Forum Sign-In*

| *Full Name* | *Sign-In* | *Work Phone* | *Mobile Phone* | *Email Address* |
|---|---|---|---|---|


b6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179 DMH/HKG/VTA

ACLU-1186



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|

b6

ACLU-1187

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
| --- | --- | --- | --- | --- |
| | | | | |

ACLU-1188

## *Multi Cultural Forum Sign-In*



| *Full Name* | *Sign-In* | *Work Phone* | *Mobile Phone* | *Email Address* |
|---|---|---|---|---|
|  |  |  |  |  |

*Monday, August 28, 2006*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-17-2008 BY 65179 DMH/HKG/VTA

*Page 1 of 3*

b6

ACLU-1189

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |



b6

ACLU-1190

b6

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
| | | | | |

ACLU-1191