## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
### AUGUST 28, 2006 MEETING

**Current Events/New Business:**

- Arab American Day Festival is on 9/8/06. It is FREE! FBI Recruiters will be present all three days to meet people and provide information. Please see flyer for additional details on this event.
- The quarterly supervisors meeting for the Los Angeles Field Office will be a type of informational session (sort of an Islam 101 course). Education is needed for our management, and we're looking to expand our knowledge together. If anyone else would like to host the FBI, please let us know and we'll definitely be there. Thanks!
- ADIC Tidwell is meeting with USC administration on Tuesday 8/29/06. This is the only school so far that has requested a meeting.
- Please see the articles in the hand outs for the MCAC groups in other offices. If you see anything that interests you, or have any new ideas from these articles, please let us know.
- Fox National News wanted to do a piece on MCAC. Basically, they didn't tell the entire story of it, and provided a true disservice to the public, as well as our group. They informed the community that the FBI is spying on/monitoring certain groups. Also CNN interviewed Zabie in reference to the youth group, but they definitely tried to put a negative spin on the interview. Although Zabie held up quite well, and the questions were answered wonderfully, he agreed that although MCAC members should be mindful of what is said to the media, although there isn't much that can be done after the producers edit the content.
- See the hand out on the outline for the MCAC website. The page given was a sample from the FBI intranet site that had a section on the MCAC. Please note that the content was just something to give you an idea of the site outline. There are meetings in progress to discuss the ideas for the external website. The small team that is working on it is requesting your input. Phone meetings will occur every two weeks. We need to find skills for updating/maintaining the site, and additional ideas on how to fund the domain. It will have to be an entity completely independent from the FBI, due to strict Headquarters regulations. However, there will be a link to the MCAC site from the FBI Los Angeles website. Press releases will also be available with information regarding the liaison between the FBI and MCAC.
- Per ADIC Tidwell: Many individuals are requesting additional information and further descriptions regarding the specific characteristics on wanted individuals. At this time, we cannot describe what specific characteristics they possess, however, it must be noted that it is more of a behavior. This cannot be pinpointed, and currently the message to the public is to "stay vigilant". We understand that there is no way that the community can be vigilant if they do not know what to look for; however, we currently need to be clear that these new "home grown" groups are just that: self trained, self funded, self radicalizing, home grown groups. Although there are still camps out there, many of these groups are indeed home grown. We must recognize that these are the real threats today, and this information will be crucial, and need to be given to our communities.
- We're currently in discussion with FBI Headquarters regarding the need for the public to

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

have specific, sort of checklists/guidelines on what behaviors to be aware of.
Additionally, stronger parent education is critical, since many of these groups are young
adults/children.

- We need to establish a location and theme for the next Town Hall Meeting (currently
  scheduled for November). We'll email everyone with a outline/platform for the meeting
  to operate from.
- The Islamic Society would like to host the November meeting, if possible. The City of
  Anaheim (Brookhurst Center) is also another possible venue. At this time, we are open to
  all invitations, including places of worship, not just community centers that are non-faith
  based. We need to be able to bring this informational group to all types of people, not
  just those active within their religion. We may be alternating locations in the future (e.g.
  November at the Islamic Society, and the next meeting at a community hall/center)
- Publicity for the next TH meeting (other than the flyer/press release given to members for
  distribution) needs to be budgeted accordingly. Please plan ahead, and allow us to do so
  as well. Let us know by the next meeting so that we have sufficient time and funding for
  the ads. Additionally, all the discounted rates (and donations) from the last set of ads
  were greatly appreciated. Keep up those fundraising and sponsorship ideas!
- The first meeting of the Orange County/Inland Empire MCAC will be scheduled for
  January 2007 in the Santa Ana Resident Agency office of the FBI. It will give us the
  opportunity for each entity to grow (membership-wise). Maybe one time each quarter,
  both MCACs will convene.
- New membership process: if organization wants to be a part of the MCAC, they must
  identify themselves as a valid non-prophet, community serving group. The basic criteria
  include: who they are, what they do, and who their members are. They need to be in a
  leadership position and have access to a group of constituents or the community. They
  need to submit the nomination/application document that we created earlier. If you have
  groups that you'd be interested in inviting to the meetings, we'll have an open house and
  take it from there. Your input is appreciated.

ACLU-1193

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 05-30-2008 BY 65179 DMH/HKG/VTA





ACLU-1195



Home    Mission    AAC    Founder    Map/Drctions
Gallery    Sponsor Pckg    Sponsor App    Booth App    Book App    Contact Us

## Arab American Council

Mr. Ahmad Alam and a group of leading Arab American Figures had a vision of founding an Arab American Day Festival that would bring together the Arab American Community, to celebrate their mutual heritage and strengthen their economic relations and to promote a positive image about Arab Americans in the United States.

In order to achieve this vision officially, Mr. Alam and a group of local Arab Americans have founded the Arab American Council in April 25 1996. It was registered in Orange County CA as a non profit organization which is dedicated to the cultural, social and economical advancement and prosperity of the Arab American Community in America regardless of race , religion or any political affiliation.

The AAC has started as an Umbrella Organization for The Arab American Day Festival, which was the main agenda of the council during the past nine years.

Meanwhile The AAC has realized and initiated other projects in accordance with its main objectives.

### The AAC agenda is as follow:

### 1-The Arab American Day Festival:

After initiating this event for the first time in September 1996, the council has lobbied the local authorities and obtained an official recognition in September 1997 from the State of California. However, September 21st was proclaimed as the Arab American Day. Since that year the Council was mainly working on preparing annually for the Arab American Day Festival. Its aim was to ensure the growing success of this event in Southern California and to sustain it as an annual tradition in the area. Now that it became an important cultural Arab American tradition in our area, the AAC started thinking of preparing a plan to expand this experience to other States in the U.S. for the whole benefit of all Arab Americans in America.

### 2-The Arab World News:

The AAC has established an Arab American Newspaper called "the Arab World News ". The first issue was published in June 1998. It is an independent newspaper dedicated to be an ARAB American forum for conveying news and various points of view, and to promote the Arab American businesses and various services and advertise them regularly. It is also an important forum to announce various Arab American projects and events. The Arab World News is distributed in most southern California areas and in 27 U.S. States. During the last two years The Arab American Council adopted three

ACLU-1196

more projects that fits its main objectives:

## 3-The "Arab Town" Project:

On July 14th 2000, The Arab Town Project has started to materialize in the City of Anaheim, where most of Arab Communities and Businesses existed. The AAC has encouraged and helped Arab Americans to Open and expand their businesses in this Area. The Arab World News started publishing and advertising the Map of the Arab town with its index.

In 2001 the AAC has initiated good communications with the local authorities about obtaining an official recognition of this Town on the same level as the Chinatown.

## 4-The "Arab House" Project:

For many years the Arab Americans dreamed of having an appropriate piece of property where they can build a complete recreational and multi-services compound that will answer their needs as a community. Mr. Ahmad Alam with the support of a group of Businessmen have presented to the Arab American business community a complete vision of this large scale investment based on a shareholding system. The project is still in the advertisement stage, the AAC has already located the appropriate piece of land (15 acres ) for this project, and many businessmen did send letters of intent to invest in The Arab House.

## 5-The United Arab American Chamber of Commerce: (http://www.uaacc.com)

The United Arab American Chamber of Commerce is an association of business people dedicated to improving the Arab American Businesses and Lobbying for the Arab American interests . The Chamber represents hundreds of businesses in Orange County, Ca ,the heart of wealthiest county in the nation. It is rich in business and ethnic diversity. It is the home of different great communities .

Large, medium, and small Arab American  businesses from various industries and professions are members. Each new member adds one more voice to the strength of our business community. The Chamber accomplishes collectively what no one business can do alone.

Join the Chamber if you want to maximize your time and resources and expand your customer base, grow your business and gain and be an active member of the Arab American community.

©2006 Arab American Council. All rights reserved.
Designed by ZaT

ACLU-1197



Home    Mission    AAC    Founder    Map / Dretions
Gallery    Sponsor Pcke

## Mission Statement

Enabling the Arab American Community to play a strong rule in the American Life and to bring our people together from all ethnic and cultural backgrounds promoting tolerance and understanding among all Americans.

300'000 People have attended the Arab American Day Festival, we hope to reach and break this number to 400'000++ this year.

©2006 Arab American Council. All rights reserved.
Designed by ZaT

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2006 BY 65179 DMH/HKG/VTA

http://12.1.41.199/programs_resources/mcac/mcac.htm

LAFO MCAC



FEDERAL BUREAU OF INVESTIGATION
LOS ANGELES FIELD OFFICE

11000 Wilshire Boulevard    Los Angeles, California 90024    Phone: (310) 477-6565    Building Lobby (310) 235-7101

MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

Search    Google

ACLU-1199

8/28

1. list of Org
2. Rep
3. Mision Statement
4. Logo x2
5. Explin / Intr.
6. St Stand alone pri No
7. List of past events
8. ~~Calndr~~
9. Up coming event
10. Pres Release.
11. Tenth Committ~
12. ~~Letter~~ ~~Statem~~ for ADIC
    Meseg
13. = MCAC
14. Sub committees
15. Usefull links
16. Archive — dup
17. Comment & feedback.

S/S OK

— Skill Set
  Technical Experti
  Work

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

– Domain Names
– Proposal for name next
– Approval & guideline. Thu
–

– Funding

ACLU-1200

**Subject:**    Chicago's MCAC

Muslims For A Safe America encourages honest and informed discussion among American Muslims about Islam, Muslims, and American national security. Muslims For A Safe America, 200 S. Michigan Ave., Suite 1240, Chicago, IL 60604, (312) 961-2354.

http://muslimsforasafeamerica.org/?p=42

## Meeting With Head of the FBI's Chicago Office

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

By Kamran Memon
Civil Rights Attorney
kamran@muslimsforasafeamerica.org

In June 2006, Abdul Malik Mujahid, Chairperson of the Council of Islamic Organizations of Greater Chicago (CIOGC), Saleem Shaikh, CIOGC Executive Committee Member, and I met with Rob Grant, head of the FBI's Chicago office. We discussed a number of issues of importance to Chicagoland Muslims.

### THE FBI FEARS HOMEGROWN ATTACKS

Agent Grant said that Osama Bin Ladin has transformed from a battlefield commander to an inspirational figure. He said the government remains concerned about Al Qaeda agents from outside the U.S. bringing weapons of mass destruction into the U.S., but the more likely threat comes from self-motivating individuals in the U.S. coming together to form well-trained, disciplined groups who decide on their own to launch attacks because of their opposition to American governmental actions, like the invasions of Iraq and Afghanistan. (He said these types of local groups were responsible for the 2004 Madrid bombings and the 2005 London bombings.) He is concerned about such groups making bombs, using publicly available information and materials, and attacking trains in Chicago. He said angry individuals may be inspired by a leader and by videos on the Internet. (He said there are over 4,000 pro-Al Qaeda websites on the Internet.)

Agent Grant said the FBI is not concerned about Muslims criticizing U.S. policy, but the FBI is concerned about anti-American rhetoric that encourages violence. (He cited the example of Matthew Hale, imprisoned former head of the "World Church of the Creator," a white supremacist leader who inspired his followers to launch racial attacks in Chicagoland a few years ago.) Agent Grant said such encouragement likely takes place behind closed doors, not publicly. He said inspirational leaders look for people who are susceptible to manipulation.

Agent Grant said that such plots are hard to detect using wiretaps and other intelligence tools. Instead, they are more likely to be detected by local police who have good relations with local communities. (He said that local police and neighbors in London should have known that something suspicious was going on in the apartment where the bombs were being made in 2005; for example, plants were dying outside the apartment, because of dangerous chemicals inside the apartment, but neighbors never brought this to the attention of local law enforcement, and law enforcement was not on the lookout for clues regarding the presence of chemicals.) He said such plots have been discovered in various cities in the U.S. Agent Grant said that local Muslims should notify law enforcement if there is someone the local community is concerned about.

Abdul Malik Mujahid said many Muslims are skeptical about the existence of domestic terror plots. He said the government has been watching Muslims since 9/11, so if there were plots, they would have been discovered already. He said he is not aware of local imams who advocate isolation from American society (such as opposition to getting involved in American politics), the way a Canadian imam, arrested in June 2006 on terrorism charges, did. Abdul Malik Mujahid said he is aware of online praise by some Muslims for violence, but he asked how other Muslims could tell when someone using heated rhetoric was really dangerous, rather than just letting off steam.

Agent Grant said one sign of possible danger is when a group of Muslims change their behavior (as the London bombers did) or separate from the rest of the Muslim community.

Agent Grant also expressed concern about angry, young Muslim prison inmates being recruited for attacks. Therefore, he said,

the FBI is concerned about who is preaching to prisoners, and whether the preachers express hatred for America. Agent Grant cited the example of Muslim prisoners and ex-prisoners in California who were charged in August 2005 with planning to attack National Guard facilities, synagogues, and the Israeli Consulate in Los Angeles.

Agent Grant also expressed concern about individuals acting alone. He cited the example of a North Carolina Muslim who was charged in March 2006 with attempted murder and felony assault after he attempted to run people over with an SUV. Nine people were injured. He wrote a letter to the media saying his attack on Americans was in retaliation for U.S. military attacks on Muslims overseas.

### FBI INVESTIGATIONS IN CHICAGO

Agent Grant said the FBI investigates anytime they learn of a possible threat. He said the FBI has six teams working on terrorism investigations in Chicago. He said that most people who are investigated are ultimately cleared by the FBI.

He said that, around the country, the FBI has investigated Muslims whose phone numbers were found in computers that were found in Al Qaeda caves in Afghanistan after the U.S. invasion; Muslims who trained in Al Qaeda camps in Afghanistan before 9/11; Muslims who donated money to groups designated by the U.S. government as terrorist organizations; and Muslims who have made statements public or private statements in support of violence, including statements supporting the 9/11 attacks.

### CHICAGOLAND IRAQIS HELPED THE FBI

Agent Grant said that Chicagoland Iraqis, who were interviewed prior to the 2003 invasion of Iraq, provided the U.S. government with information on who needed to be captured in Iraq.

### THE FBI WANTS AN ENDORSEMENT FROM MUSLIM LEADERS

Agent Grant said there are Muslim agents working in the Chicago FBI office. He said young Muslims should not feel like the government is their enemy. He said young people should be encouraged to go into law enforcement, but the FBI cannot effectively recruit Muslims, because the FBI is perceived to be hostile to the Muslim community. He said that if Muslim leaders and parents believe that it's good for young Muslims to pursue law enforcement careers, they can successfully encourage young Muslims to join law enforcement.

Abdul Malik Mujahid said it would be difficult to convince Muslims to join the FBI, because many Muslims believe the Muslim community has been unfairly targeted by law enforcement. He said Muslims were offended when the government scanned mosques for radioactivity (from dirty bombs or nuclear weapons). He also raised concerns about the government's use of sting operations that encourage Muslims to join terror plots. He said many Muslims feel like second-class citizens.

### PROTECTING MUSLIMS IF THERE IS ANOTHER ATTACK IN AMERICA

Abdul Malik Mujahid expressed concern about possible mob violence against Muslims if there is another terrorist attack in America. He expressed appreciation for local law enforcement officials who helped protect the Mosque Foundation after 9/11.

Agent Grant said it is wrong to judge all Muslims for the acts of a few, but he expects that if there is another attack in the U.S., there will be another backlash against Muslims. He said he hopes such a backlash will not be worse than the backlash that occurred after 9/11. If there is another attack, he said mosques should contact local law enforcement for protection. On 9/11, local law enforcement officials may not have known where local mosques were, he said, so they may not have sent protection to local mosques right away. But now, law enforcement officials know where local mosques are, and they might send protection to mosques even before mosques call for help. He said the FBI investigated hate crimes after 9/11, and it will do so in the future as well.

This entry was posted on Monday, August 7th, 2006 at 8:06 pm and is filed under Discussions With Government Officials. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

**Muslims For A Safe America encourages honest and informed discussion among American Muslims about Islam, Muslims, and American national security. Muslims For A Safe America, 200 S. Michigan Ave., Suite 1240, Chicago, IL 60604, (312) 961-2354.**

**Meeting With Assistant Special Agent In Charge For Counter-Terrorism for the FBI's Chicago Office**
**By Kamran Memon**
**Civil Rights Attorney**
**kamran@muslimsforasafeamerica.org**

In June 2006, I met with FBI Agent Greg Fowler, Assistant Special Agent In Charge For Counter-Terrorism for the Chicago FBI office. I requested this meeting because of my concern that certain law enforcement actions which alienate American Muslims may be making our country less safe, because those actions may cause Muslims to hesitate about assisting law enforcement if the need ever arises. Ultimately, we ended up discussing a wide range of issues of concern to our community. The following is a summary.

### THE FBI SAYS IT IS NOT SUSPICIOUS OF ALL MUSLIMS

Agent Fowler said a small minority of Muslims pose a potential terrorist threat, and the FBI tries to focus its counter-terrorism resources on them. Agent Fowler said the FBI is not interested in watching all Muslims, and it doesn't have the resources to watch all of us. Right after 9/11, Agent Fowler (who was in Washington State at the time) got calls from people saying they were suspicious of their Muslim neighbors, or of people who looked Muslim. (The FBI still gets calls about "Muslim-looking" people taking pictures of buildings in Chicago.) Agent Fowler said that where there was some reason for concern, the FBI checked it out, and where there was no apparent basis for the caller's concern, the FBI did not check it out.

### THE VALUE OF AMERICAN MUSLIMS TO THE FBI

Agent Fowler said it's important for the country's safety for the FBI to have a good relationship with Muslims, because Muslims can provide information that could prevent attacks in the U.S.; by way of example, he said that there were signs that the London bombers were up to something, and British Muslims could have told British authorities about some of the suspicious activities they observed prior to the bombings, but they did not come forward. Agent Fowler said some American Muslims have been helpful to the FBI in some parts of the country.

### AMERICAN MUSLIM DISTRUST OF LAW ENFORCEMENT

Agent Fowler said that he is aware that many Muslims distrust the FBI, and this distrust makes some Muslims less likely to offer help.

We discussed some reasons why many Chicagoland Muslims distrust law enforcement.

1. Agent Fowler said the government's ongoing prosecution of Muhammad Salah has contributed to Muslim distrust of law enforcement, especially because of Israel's connections to the case. Agent Fowler could not discuss this case because it is ongoing.

2. Many Muslims believe that law enforcement goes after Muslims, for issues unrelated to American national security, just because they are Muslim.
(a) We discussed the fact that close to 1,000 Muslim men were deported for immigration violations soon after 9/11, even though they had no proven links to terrorism. While it's true that these men had violated immigration laws, the community was concerned about selective enforcement (focusing on Muslims who violated immigration laws, rather than everyone who violated immigration laws). Agent Fowler said there was a focus on Muslims in the immediate aftermath of 9/11, because of the background of the suspected hijackers, and there was a concern about potential terrorists using weak enforcement of immigration laws to stay in the country. [We did not discuss the issue of later Special Registration deportations, due to a lack of time.]
(b) We discussed the fact that several members of the "Virginia Paintball Jihad group" planned to fight against India,

ACLU-1203

not against U.S. forces (although one was convicted of seeking to fight U.S. forces), and they were prosecuted under the rarely-used Neutrality Act. We talked about the community's perception that people of other faiths (e.g. Jewish Americans conspiring to become settlers and fight Palestinians) would not be prosecuted for violations of the Neutrality Act. Agent Fowler said he was not sufficiently familiar with the Virginia case or the Neutrality Act to fully address these concerns; he said officials from Virginia could provide more information.

Agent Fowler said, in other cities, other non-Muslim communities believe the FBI is out to get them, for example on issues related to financial crimes.

3. Many Muslims believe that sting operations draw Muslims into plots that they might not otherwise consider. We discussed media reports that a Muslim informant encouraged Hamid Hayat from Lodi, CA to attend a terrorist training camp in Pakistan, and the informant cursed at Hayat when he said he hadn't yet attended. We also discussed media reports that a Muslim informant pushed Shahawar Matin Siraj to join a plot to bomb a NY subway station, by telling Siraj that it was religiously acceptable and by showing him pictures of Muslims overseas being mistreated. Many Muslims believe that these cases show that the government is setting up Muslims who have made anti-American statements, but who have not demonstrated any intent or capability to be violent. Agent Fowler said that press reports don't always give a complete picture, and that juries would not have convicted these men if the juries believed these men had been set up by the government. I pointed out that if the government alleges that Muslim men planned to attack local communities, fearful local juries will be tough on the Muslim defendants. Agent Fowler said he was not sufficiently familiar with these California and New York cases to fully address these concerns; he said officials from those states could provide more information.

### FBI CONCERNED ABOUT YOUNG MUSLIMS POSSIBLY BEING RADICALIZED

Agent Fowler said he is concerned that some young American Muslims could be radicalized and become violent. He is aware of public online discussions, involving young Muslims, which suggest that such young Muslims may be susceptible to recruitment by terrorists. Agent Fowler said that it's up to the Muslim community to ensure that our kids stay safe and out of trouble.

### MUSLIMS WORKING FOR/WITH THE FBI

Agent Fowler said there are a number of Muslims working as FBI agents in the Chicago office. These agents help the FBI to understand the Muslim community and various cultures. As is the case with most FBI agents, their identities are unknown to the public. He would not confirm or deny that the FBI sends these agents undercover into the Chicagoland Muslim community, but he said that he would use undercover agents when the situation warranted it. He also said he would use Muslim confidential informants when appropriate. He said the Chicago FBI office uses all legal means available to it.

### FOLLOW-UP

There were additional questions I wanted to ask, but we ran out of time. Insha'Allan, I will be meeting with Agent Fowler (and other government officials) again to follow-up on some of these issues, so if there are any issues you would like me to raise, please email me at kamran@muslimsforasafeamerica.org

This entry was posted on Friday, June 23rd, 2006 at 8:30 pm and is filed under Discussions With Government Officials. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

ACLU-1204

Muslims For A Safe America

Muslims For A Safe America encourages honest and informed discussion among American Muslims about Islam, Muslims, and American national security. Muslims For A Safe America, 200 S. Michigan Ave., Suite 1240, Chicago, IL 60604, (312) 961-2354.

« Canadians Discuss Islam, Muslims, and National Security After the June 2006 Arrests
England Discusses Islam, Muslims, & National Security Following The 7/7/05 Bombings »

### Meeting With Assistant Special Agent In Charge For Counter-Terrorism for the FBI's Chicago Office

By Kamran Memon
Civil Rights Attorney
kamran@muslimsforasafeamerica.org

In June 2006, I met with FBI Agent Greg Fowler, Assistant Special Agent In Charge For Counter-Terrorism for the Chicago FBI office. I requested this meeting because of my concern that certain law enforcement actions which alienate American Muslims may be making our country less safe, because those actions may cause Muslims to hesitate about assisting law enforcement if the need ever arises. Ultimately, we ended up discussing a wide range of issues of concern to our community. The following is a summary.

### THE FBI SAYS IT IS NOT SUSPICIOUS OF ALL MUSLIMS

Agent Fowler said a small minority of Muslims pose a potential terrorist threat, and the FBI tries to focus its counter-terrorism resources on them. Agent Fowler said the FBI is not interested in watching all Muslims, and it doesn't have the resources to watch all of us. Right after 9/11, Agent Fowler (who was in Washington State at the time) got calls from people saying they were suspicious of their Muslim neighbors, or of people who looked Muslim. (The FBI still gets calls about "Muslim-looking" people taking pictures of buildings in Chicago.) Agent Fowler said that where there was some reason for concern, the FBI checked it out, and where there was no apparent basis for the caller's concern, the FBI did not check it out.

### THE VALUE OF AMERICAN MUSLIMS TO THE FBI

Agent Fowler said it's important for the country's safety for the FBI to have a good relationship with Muslims, because Muslims can provide information that could prevent attacks in the U.S.; by way of example, he said that there were signs that the London bombers were up to something, and British Muslims could have told British authorities about some of the suspicious activities they observed prior to the bombings, but they did not come forward. Agent Fowler said some American Muslims have been helpful to the FBI in some parts of the country.

### AMERICAN MUSLIM DISTRUST OF LAW ENFORCEMENT

Agent Fowler said that he is aware that many Muslims distrust the FBI, and this distrust makes some Muslims less likely to offer help.

We discussed some reasons why many Chicagoland Muslims distrust law enforcement:

1. Agent Fowler said the government's ongoing prosecution of Muhammad Salah has contributed to Muslim distrust of law enforcement, especially because of Israel's connections to the case. Agent Fowler could not discuss this case because it is ongoing.

2. Many Muslims believe that law enforcement goes after Muslims, for issues unrelated to American national security, ust because they are Muslim.
a) We discussed the fact that close to 1,000 Muslim men were deported for immigration violations soon after 9/11, even hough they had no proven links to terrorism. While it's true that these men had violated immigration laws, the :ommunity was concerned about selective enforcement (focusing on Muslims who violated immigration laws, rather han everyone who violated immigration laws). Agent Fowler said there was a focus on Muslims in the immediate ıftermath of 9/11, because of the background of the suspected hijackers, and there was a concern about potential errorists using weak enforcement of immigration laws to stay in the country. [We did not discuss the issue of later ;pecial Registration deportations, due to a lack of time.]
ɔ) We discussed the fact that several members of the "Virginia Paintball Jihad group" planned to fight against India, ot against U.S. forces (although one was convicted of seeking to fight U.S. forces), and they were prosecuted under

ACLU-1205

the rarely-used Neutrality Act. We talked about the community's perception that people of other faiths (e.g. Jewish Americans conspiring to become settlers and fight Palestinians) would not be prosecuted for violations of the Neutrality Act. Agent Fowler said he was not sufficiently familiar with the Virginia case or the Neutrality Act to fully address these concerns; he said officials from Virginia could provide more information.

Agent Fowler said, in other cities, other non-Muslim communities believe the FBI is out to get them, for example on issues related to financial crimes.

3. Many Muslims believe that sting operations draw Muslims into plots that they might not otherwise consider. We discussed media reports that a Muslim informant encouraged Hamid Hayat from Lodi, CA to attend a terrorist training camp in Pakistan, and the informant cursed at Hayat when he said he hadn't yet attended. We also discussed media reports that a Muslim informant pushed Shahawar Matin Siraj to join a plot to bomb a NY subway station, by telling Siraj that it was religiously acceptable and by showing him pictures of Muslims overseas being mistreated. Many Muslims

believe that these cases show that the government is setting up Muslims who have made anti-American statements, but who have not demonstrated any intent or capability to be violent. Agent Fowler said that press reports don't always give a complete picture, and that juries would not have convicted these men if the juries believed these men had been set up by the government. I pointed out that if the government alleges that Muslim men planned to attack local communities, fearful local juries will be tough on the Muslim defendants. Agent Fowler said he was not sufficiently familiar with these California and New York cases to fully address these concerns; he said officials from those states could provide more information.

### FBI CONCERNED ABOUT YOUNG MUSLIMS POSSIBLY BEING RADICALIZED

Agent Fowler said he is concerned that some young American Muslims could be radicalized and become violent. He is aware of public online discussions, involving young Muslims, which suggest that such young Muslims may be susceptible to recruitment by terrorists. Agent Fowler said that it's up to the Muslim community to ensure that our kids stay safe and out of trouble.

### MUSLIMS WORKING FOR/WITH THE FBI

Agent Fowler said there are a number of Muslims working as FBI agents in the Chicago office. These agents help the FBI to understand the Muslim community and various cultures. As is the case with most FBI agents, their identities are unknown to the public. He would not confirm or deny that the FBI sends these agents undercover into the Chicagoland Muslim community, but he said that he would use undercover agents when the situation warranted it. He also said he would use Muslim confidential informants when appropriate. He said the Chicago FBI office uses all legal means available to it.

### FOLLOW-UP

There were additional questions I wanted to ask, but we ran out of time. Insha'Allah, I will be meeting with Agent Fowler (and other government officials) again to follow-up on some of these issues, so if there are any issues you would like me to raise, please email me at kamran@muslimsforasafeamerica.org

This entry was posted on Friday, June 23rd, 2006 at 8:30 pm and is filed under Discussions With Government Officials.

ACLU-1206

OHIO'S MULTICULTURAL OUTREACH PLAN IMPLEMENTED BY OHIO'S DEPARTMENT OF PUBLIC SAFETY

## Introduction

In the aftermath of the tragic events of 9/11, new realities forced our nation to confront
a new threat and a new danger. With an open and free society with large population and
long borders, the U.S is no longer separated from the rest of the world by two massive
oceans. The danger of terrorism is present and real. While Homeland Security and law
enforcement agencies are busy fighting terrorism, and since most global terrorism is
carried not by countries or governments but rather by groups difficult to identify, it
becomes clear that the government is but one party in this fight. To win this war, there
need to be collaborative efforts between governments fighting terrorism around the world
but also the participation of all citizens in this war is essential.

While military response is important in this war, it does not guarantee a solution for
eliminating terrorism in the long run. The threat of global terrorism requires using more
efforts in creating new fronts critical for success. These fronts should include among
other things understanding the root causes for terrorism (without having to agree with
them); agents of extremism; factors that lead to radicalization; differences in religions;
and above all knowledge of global cultures. Building bridges of understanding among
world cultures requires communication, connection and mutual respect. This is not a new
approach to tackle threats and dangers like terrorism, but they don't seem to have been
utilized enough to address human conflicts, hate and anger. Politically, culturally and
diplomatically, we can create an environment conducive to human cooperation with less
conflict and violence

As we have begun our campaign against terrorism, prevention becomes very important. It
requires technologies, intelligence, cooperation and above all the active support of all
citizens in this fight. Some groups in particular we need to work with are Arab and
Muslim Americans. There are approximately 200,000 Arab and Muslim Americans live
in the State of Ohio. These communities had been affected by the events of 9/11 on many
levels:
1. Arabs and Muslims are as much target of terrorism as any other group.
2. Many Arabs and Muslim Americans lost loved ones on 9/11
3. Arabs and Muslim Americans were and still to some extent the target of hate and
   discrimination (guilty by name, look, and ethnicity) by some people.

To avoid profiling and discrimination, Arab and Muslim Americans began a self-imposed
seclusion and isolation that resulted in less public visibility and minimum contacts with
all cultural institutions including the media. Consequently, communication with these
communities ceased to exist at the time when it's needed the most. Despite the fact that
most of these communities are deeply rooted in American culture and many of these
families have been living in the U.S for many generations, there was a deeply seated fear
among them to be victimized as Japanese Americans in the aftermath of WWII. But we
can't win the war on terrorism without working closely with all citizens including Arab
and Muslim Americans, and here where the office of multicultural relations plays a vital
role.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

ACLU-1207

## Multicultural Relations Office

MCR was born in November, 2005 out of a need to establish an outreach program to all Ohio communities with an emphasis on cultural diversity and the groups that it represents. The Department of Public Safety/Division of Homeland Security recognizes the need to develop regular communication with all citizens for the purpose keeping Ohio and Ohioans safe and secure. The office will pay special attention on building positive relationship with Arab and Muslim Americans because they're very important part in this fight. Unlike the status of Arab and Muslim Europeans who were invited as workers but were not treated as equal citizens as evident in the riots in France for the last several years, Arab and Muslim Americans immigrated ( and still immigrating) to the United States since the end of the 19th century. The American system treats them with equality as citizens with rights and duties. They're proud Americans who have contributed greatly to the success of the American culture as many of them ascended to positions of prominence in all fields like politics, science, entertainment, sports. MCR will reach out to these communities, affirm their citizenry, and work closely them and law enforcement agencies.

**Primary Objective**: To communicate, coordinate, and engage the communities throughout the state of Ohio with a focus on the Arab Muslim American communities on matters related to fighting terrorism.

## Goals of the Office

1. Forming advising councils that represent our community to help build a society that is based on mutual respect, understanding and cooperation.
2. Engage the community to become part of the Homeland Security mission of prevention, protection, response and recovery.
3. Present terrorism awareness programs to the community through public speaking, workshops and training and by visiting schools and work place in both public and private sectors
4. Encourage state wide cooperation and build partnerships within the community and citizen groups
5. Participation in the celebration and cultural events observed by our diverse citizens and groups.
6. Nurturing a relationship or mutual respect between the community and Law Enforcement/Homeland Security.
7. Hold regular meeting with the members of the community
8. Establish a task force representing community based organizations that include leadership of the largest spectrum of the society
9. Work as bridge to promote harmony, cooperation, understanding, and mutual respect among different religious and cultural organization in the state of Ohio.
10. Counter issues of stereotypes and profiling of multicultural groups
11. Establish direct lines of communications with the leaders of the multicultural groups.

ACLU-1208

12. Create a working relationship with all mediums of communication to provide accurate information regarding multiple cultures.

13. Offer training workshops to public employees regarding multiculturalism to include presentations on Islam and Middle Eastern cultures

14. Create a public speaking program that presents issues relate to the goals of the office

15. Publish and make available to the public synaptic literature on religious and cultural issues relate to multicultural groups in the community

### Action plans:

1. Identify and list all cultural and religious organizations important to work with

2. Identify and list leadership within these organizations

3. Identify important members of these communities in private and public sectors.

4. Choose a contact person with the necessary background for successful contacts.

5. Contacts should be personal and slow in order to build trust in mission and establish communication and working relationship.

6. Engage the leadership in as many meetings as possible to keep lines of communication open. Meetings' agendas should establish major and specific matters that are important to both government and communities.

7. Explain the mission of the office and the role they have in working with OHLS

8. Solicit their input, cooperation , and consultation in your work

9. Coordinate and Plan with community organizations town hall meetings in which the larger number of members attends to address their issues and concerns and OHLS issues and concerns. Meetings should include representatives of various governmental agencies.

10. Form advisory councils with members that represent the diverse population.

11. Formalize these councils in appointments and media announcements.

12. Councils should be divided into task forces to address issues of concern

13. Councils should select members as contact persons with 24 hours contact access.

14. Attend meetings and cultural events celebrated by the communities.

15. Work closely with the communities to counter profiling and stereotyping.

16. Enable the communities to represent themselves and make their voice heard when and where it's needed.

ACLU-1209

## Advisory Councils

Community advisory councils represent all groups that feel disconnected or alienated or those who don't have same access to the law Enforcement/Homeland Security

- Bring in a diverse population of one community to regularly meet with Law Enforcement/Homeland Security for the purpose of increasing communication with the community. Presenting a whole spectrum of diverse views, these councils can help LE/HLS understand issues they face
- each Group will be assigned a member of the staff of HLS that has an experience in working with each particular group
- groups meet to discuss issues of concerns, needs, and recommendations
- In order to promote trust and honesty communication between HLS and the community, groups will provide directly to HLS their feedback on issues of concerns.
- Each council meets and works with Law Enforcement/Homeland Security differently

In addition to advisory councils and task force, MCR will work with liaisons to work in the following four areas:

## Youth Liaison

**General goals**: To engage the youth in a multitude of programs and activities for the purpose of preventing violence and terrorism by producing good citizens less vulnerable to extremism and fanaticism.

Steps to achieve plan:
1. Engaging Muslim youth in civic duties and provide them with a sense of belonging to the larger community
2. Provide the youth with a voice in expressing and discussing their issues and concerns
3. Provide support through coordinating with other youth and service organizations to address issues not addressed by faith based organizations
4. Establish leadership initiative to empower and activate youngsters in political and cultural life. This initiative can be achieved through organizing training programs and by soliciting the help of specialists in this field
5. Create awareness of good citizenry with focus on rights and duties to confirm the concepts of " natural rights", societal obligation, and social contract
6. Engage the Arab/Muslim American communities in working with youth

ACLU-1210

7. Engage the youth in discussing and debating ideologies of cultural and religious extremism with focus on alternative views and ramification of each possibility. OHLS should develop literature to serve this purpose. Literature should include among other things mainstream Islam and its universal appeal

8. Establish a list of printed and digital sources with easy and open access to serve the youth on wider range of issues

9. Establish a hotline for youth as an empowering tool of communication and participation

10. Provide educational materials published by a various educational organizations on Islam and Arabic culture to youth in schools and detention centers.

11. Engage the youth in anti-drug campaign and anti gang activities

### Women Liaison

**General Goals:** In work place and in popular culture, Arab/Muslim American women seem to be either misrepresented or under-represented. While women can't be defined as homogenous or monolithic, we recognize the importance of working with these groups for the important role they can play in the fight against terrorism. Their role as parents is very important in education and preparing good citizenry. We feel the need to empower women to be active participant in issues like health, employment, harassment, discrimination, racism, misogyny, and religious issues in a free format.

### Steps to achieve goals:

1. Encourage women to participate in civic duties and public service. OHLS should coordinate with workplace in public and private sector to address sensitivity to faith-based employment.

2. Create women task force comprising of members of professional women in both public and private sectors. This task force would work as an example of success to the general population and as a role model for Arab/Muslim American women

3. Support established women organizations and solicit their participation in achieving OHLS mission.

4. Affirm equal opportunity employment for women of faith especially when Islamic attire or prayer create issues in work place

5. Steer the establishment of issues based women organizations to attract the participation of Muslim/Arab American women so a network of women voices is heard.

6. Encourage intellectual and cultural participation for women. OHLS should help in providing women a podium for public speaking, writing and publishing

ACLU-1211

7. Working with Arab and Islamic organizations to provide educational research on political, cultural and religious issues. OHLS should create a dynamic forum to continuously engage women to debate and discuss their issues.
8. Create a manual detailing Muslim and Arab women past and present contributions to world cultures and civilizations.
9. Coordinate between Arab/Muslim women organizations and local, national, and international women organizations for the purpose of increasing the cooperation and connection with women everywhere.
10. Work with the popular media to enable women to express their views and debate their issues in public forums
11. Establish a plethora of printed and digital resources to inform, communicate, and educate women on family, health and maternal issues.
12. Facilitate societal awareness and help for women and families who face social, cultural, or personal issues with no re-course.

## Community Organizations and Leadership Liaison

**General Goals:** Recognizing the importance of communication and information, OHLS works tirelessly to connect with and activate the Arab/Muslim communities throughout the state of Ohio to work closely with first responders to protect these communities in specific and Ohio in general by creating effective security measures to prepare for and prevent terrorism. In the aftermath of 9/11, Arab and Muslim Americans came under scrutiny and many in the popular media and their communities became isolated and secluded. Consequently, contacts with Arab and Muslim Americans were minimized. Working with the community organizations and their leadership should re-connect Arab and Muslim Americans with society on one hand, and with law enforcement agencies on the other. OHLS will help in countering profiling, stereotyping, misconception, false information, and coordinate in presenting the true culture of Islam and Arabs.

### Steps to implement plan:

1. Establish continuous lines of communication with the leadership of Arab/Muslim American organizations.
2. Develop a list of representative names as anytime contacts with the community for the purpose of disseminating information as needed.
3. Hold periodical and open town hall meeting to enable members of these communities and the law enforcement to ask and answer questions of concern to both sides
4. Form advisory councils with members representing the A/M communities in all cities of Ohio. These councils should advise and recommend to OHLS on matters of importance.

ACLU-1212

5. Work with communities in providing the correct knowledge of Islam and the Arabic culture by initiating educational programs, seminars, workshops, and public speaking on these issues.
6. Advise and recommend to the school systems in Ohio on curriculum and information regarding both the religion and the cultures of the Middle East
7. Encourage the A/M communities to actively participate in the popular culture as a member of diverse community with rights, duties, and roles to play in American society.
8. Work hard to minimize discrimination against A/M Americans in all sectors including employment.
9. Generate an interfaith dialogue among the willing pious to develop mutual respect, awareness and understanding of all faiths. This should be part of a general plan to promote harmony among all communities including minorities and majority and how can they relate to each other. Mosques should be encouraged to extend themselves to the community through open house tours and dialogues
10. Engage the A/M communities in frank and productive discussion on extremism and fanaticism in all religions including Islam.
11. Develop a public campaign for the purpose of affirming the cultural inclusiveness and the right of every American citizen to "belong" to our society.
12. Bridge the gap between A/M American organizations and other organizations by spearing cooperation and close working relationship between the diverse communities.

## Liaison working with the Law Enforcement

OHLS recognizes that Arab and Muslim American groups have the utmost interest in a safer Ohio with proven support for a pluralistic and a "salad bowl" society with different parts, colors, and taste yet all essential and work together to produce cohesiveness. Enabling Law enforcement agencies in Ohio to use all sources available to fight, prevent prepare for terrorism, OHLS should establish a dynamic connection with the diverse communities including Arab and Muslim Americans.

### Steps to achieve plan:

1. Familiarize the Arab Muslim American communities with law enforcement work, mission, law, rights and duties. Exchange of tours and face-to-face meetings between the two sides should "humanize" the other and thus minimize misconception, stereotyping and profiling. The image of law enforcement in the Middle East is very negative and many immigrants still have the same views even though they live in the United States.
2. Develop cultural and religious awareness seminars and workshops to empower law enforcement with the correct information on do's and taboos in world cultures.

ACLU-1213

3.  Coordinate with the law enforcement to develop informational public events as needed in which representatives of all agencies can educate the public and answer questions on law enforcement.
4.  Develop and distribute educational materials to all law enforcement agencies to help as a source on working with and interacting with Arab and Muslim Americans.
5.  Coordinate with law enforcement to maintain a balance between the fight against terrorism and the preservation of civil liberties
6.  Collaborate with colleges and universities to develop courses on Homeland Security and certification to law officers throughout the state of Ohio.
7.  Coordinate town hall meetings to enable law enforcement to be part of panels to communicate issues and concerns to the Arab/Muslim American communities
8.  Work as a liaison between the local mosques and law enforcement agencies for the purpose of working with the mosques and soliciting the help of imams in the fight against terrorism.
9.  Engage the A/M groups and solicit their participation and recommendation in the ways to fight terrorism
10. Work with law enforcement and the media to counter anti-Islamic views and events.
11. Work with cultural organizations to initiate exhibits and cultural events depicting Islamic culture, art, contribution to world civilization, and way of life in order to bring more factual understanding to the public.

ACLU-1214

ervisor

FEDERAL BUREAU OF INVESTIGATION
Westwood, California

July 23,2006

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

Nowadays people are quick to criticize our government and its agencies
in unprecedented ways, and are given to make remarks on every issue.
While that is a necessary check and test of our freedoms, many of those
issues are completely unjustified, make no justice and are ungrateful
to all those anonimous people who voluntarily put themselves in the
front line, wearing the flag on their hearts, and sacrificing many
things -sometimes everyting- for the common good.
It is true some people are not up to high standards, but that is com-
pensated by all of those others who pass the bar with colors. And these
are the FBI people.
I now gladly take the opportunity and give firsthand proof that many
of these people are first rate citizens, the ones our country loves
and needs.

———————————

b6

Some months ago, a friend of mine, ⬚⬚⬚⬚⬚⬚⬚⬚⬚ was the target-
ed person of an FBI short investigation.
The act that caused it was wholly innocent but perceived in a different
way because our raised awareness regarding terrorism concerns.
A team of FBI agents, ⬚⬚⬚⬚⬚⬚ and his partner, skilfully tracked down
my friend and an interview with her took place at which I was present.
⬚⬚⬚⬚ and his partner questioned ⬚⬚⬚⬚⬚⬚ at length, precisely.
During the interview, it became clear that the act was completely
innocuous and did not pose any danger to anyone or anything. But no one
knew that beforehand. Monday quarterbacking is not good for national
defense.
⬚⬚⬚⬚⬚ and I were very impressed at the persistence, seriousness,
professionalism and great courtesy of agent ⬚⬚⬚⬚ and his partner.
When the issue was cleared up, we were left with the feeling that big
good brother is watching everything, even very small unknown possible
threats, and guarding us 24 hours a day.
We felt safer.

We say thank you

August 20, 2006

[ ]

Special Agent
FBI Legal Unit
Los Angeles, California


Dear [ ]

[ ]. I write this letter to inform
you about my deep appreciation of your staff, helping me with one of the most critical
problems affecting my career and my family life.

As my clinical and research activities at UCI have been funded by federally
funded grants, I needed to clarify my FBI name check (to obtain my permanent residency
status) by August 15th 2006. My FBI name check had been pending for more than 1.5
years and several inquiries from Congressman Campbell and Senator Feinstein's offices
had not resulted in expedited review of my file. As my career and professional life were
on the line, I personally contacted LA FBI office and eventually discussed my desperate
situation with [ ] from Legal Unit. Her patience, professionalism and response
were exemplary and she literally saved my career by her follow up that resulted in
clearance of my name in a timely fashion. Her action has proved to me (and to my
colleagues) that your office is not only very sensitive to security and safety of our
community but also is sensitive to individuals' problems and concerns.

b6

I believe [ ] is an example of a responsible and caring individual whose
kindness and professionalism should be well recognized. Certainly, individuals like
[ ] build our trust in our system and government and we should all be proud of
these responsible and patriotic individuals.

Gratefully,

[ ]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

ACLU-1216

---- Working Copy ----                          Page    1

Precedence:  ROUTINE                        Date:   09/19/2006

To:        Los Angeles

From:  Los Angeles
       OPCA
       Contact:  SA [        ]        (310)[        ]
                                                          b6
Approved By:  [                    ]                      b2

Drafted By:  [                    ]:bgg

Case ID #: 66F-LA-C236680      (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
        OMBUDSMAN PROGRAM

Synopsis:  Document the September 18, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s):  Enclosed are the following documents: (1) the sign in sheet,
(2) agenda, (3) minutes of August 28, 2006 MCAC Meeting, (4)handout on MCAC
Website (rev#2), (5) MCAC application.

Details:  On Monday, September 18, 2006, at 6:00pm, the monthly Multi-
Cultural Advisory Committee (MCAC) meeting was held at the FBI Office in
Westwood, California.  The following individuals were in attendance:

   1.  [        ]
       Congresswoman Jane Harman

   2.  [        ]
       Shura Council of Southern California

   3.  [        ]

   4.  [        ]        Omar Ibn Al Khattab Foundation

   5.  [        ]

   6.  [        ]                                         b6
       Free Muslim Coalition Against Terrorism

   7.  [        ]        ALL INFORMATION CONTAINED
       MPAC                HEREIN IS UNCLASSIFIED
                           DATE 07-01-2008 BY 65179 DMH/HKG/VTA
   8.  [        ]
       Council of Pakistan American Affairs

   9.  [        ]        188A-LA- C236680 -178

  10 [        ]

--------------------------------------------------------------------------
Case ID : 188A-LA-C236680                    Serial : 178

ACLU-1217

---- Working Copy ----                          Page    2

LEDtronics

11. [        ]
C.A.I.R.

12. [          ]

13. [        ]
C.A.I.R.

14. [          ]                                                      b6
Inter Religious Federation for World Peace

15. SSA [      ]
FBI Los Angeles

16. SA [           ]
FBI Los Angeles

17. [        ]
FBI Los Angeles

18. [        ]
FBI Los Angeles

MCAC members were informed that the next meeting will be held
October 16, 2006.  The above mentioned enclosures are attached.


**

## *Multi Cultural Forum Sign-In*



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|

*Monday, September 18, 2006*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179 DMH/HKG/VTA

*Page 1 of 3*

b6

ACLU-1219