| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|



b6

ACLU-1220

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|



b6

ACLU-1221

# AGENDA FOR MONDAY, SEPTEMBER 18, 2006, MEETING OF THE MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

6:00 P.M. - 6:15 P.M.          Meet and Greet

6:15 P.M. - 6:30 P.M.          Current Issues
                                     *October MCAC meeting 10/16/06 - Ramadan

6:30 P.M. - 7:15 P.M.          Discuss Town Hall Meeting
                                     * November 4, 2006 - Anaheim

7:15 P.M. - 7:30 P.M.          Break

7:30 P.M. - 7:50 P.M.          Website update

7:50 P.M. - 8:00 P.M.          New Membership Process
                                     *applications

8:00 P.M.                          Conclusion

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

ACLU-1222

## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## SEPTEMBER 18, 2006  MEETING

### Announcements:

- Next month's MCAC meeting will be on 10/16/06, at **5:00** p.m.  Please respond ASAP
  and let us know if you are going to attend, so that the food can be planned accordingly.
  The Muslim members are going to break the fast with us during this meeting, so we will
  be starting a bit earlier to accommodate the schedule.

- Congresswoman Jane Harman is inviting MCAC members to attend a program about the
  value of Muslims in America.  It will be held on Monday, 9/25/06 in Washington, D.C.
  This event has various organizations involved, including MPAC and the Congressional
  Muslim Staff, and is going to be a Bipartisan approach.  Reserved seating is available for
  LA MCAC members.

- Please let[      ]know ASAP if there are costs associated with advertising for the TH
  meeting.  We may be able to assist you.                                                    b6

- On 9/1/06[      ]osted 60 FBI supervisors for the meeting at the mosque.  The 6 hour
  day included a tour, prayer and lunch.  It was an introduction type discussion on the
  basics of Islam, jihads, and terrorist issues/concerns.  CNN opted not to attend.  But
  feedback from the FBI side was positive.  Interest was definitely generated, and all
  literature available was taken.  Thank you.  If anyone else would like to invite the FBI,
  please let us know.

- Annual Humanitarian Da with Muslim Comm. of Southern CA 10/15/06.  This will be on
  Skid Row.  Last year over 2100 people were helped.  Volunteers hand out food, clothes,
  toys, etc.  Flyer coming soon!

- USC does a Fastathon to donate money to the Humanitarian day efforts.  Also, MSA will
  do a national day.  Flyers with details for all events are coming soon!

### Town Hall Meeting:

- The next TH meeting will be on 11/04/06 from 4:00 to 6:00 p.m. at the Brookhurst
  Center in Anaheim.  Admission is FREE for all to attend, and free parking is available as
  well.  Because the mayor is hosting this event, the facility use is free.  Additionally,
  advertising for an Orange County newspaper will be used free of cost.

- The format of the next meeting was discussed, and the consensus was that the MCAC
  members should not be asking questions of the expert panel.  Members should allow the
  attendees to present their community issues/concerns.  However, note cards will be
  available for those who wish to submit anonymous questions.  If there is a lull in the
  program, members may pose questions that they feel are issues within the community.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

- The panel of experts will remain, as well as a moderator from MCAC and a question and answer portion. This Q & A will be the main portion of the program. The introductions of the panel members should be shorter than the last meeting (i.e. no more than 1-3 minutes each person) to allow more time for the audience to engage in dialogue. The FBI booths will also remain present, with literature available for the public. If possible, additional pamphlets in other languages are requested.

- Mayor Pro-Temp Chavez is sponsoring the event, and will introduce ADIC Steven Tidwell and say a few words. It will not be anything of political nature.

- The flyer will be updated and sent to everyone by the end of this week. It is pertinent that revisions are given before Monday, so please look for the email! This time around, we are hoping for a more focused flyer, that lists topics of interest to draw in community members (i.e. Crimes against children, identity theft, hate crimes, civil rights, etc.). The official press release will also be given to you shortly, so that we can start publicizing the meeting.

- A sub-committee is needed to facilitate the logistics of the OC TH meeting. We'll send out an email again this week with additional information for those who volunteered.

**MCAC Website Update:**

- Please see the handout from the meeting for details on the website. The notes below are in conjunction with the 11 bullets on the handout:

  1. Team of 4 creative minds designing the site
  2. The plan is to complete it by November.
  3. Proposed sections for release are in asterisks; if you see info that should be included, please let them know
  4. Cost to host and maintain site is $100 per month. Ideas for paying monthly costs included each organization donating the full $100 amount, thus securing the site for a year
  5. Website name ideas were given. Voted on http://www.MCACLA.org
  6. Need web material review team to propose guidelines. Volunteers will be contacted
  7. Fresh material is a must! All members are collectively responsible for providing new information every 2 weeks
  8. Sign in feature will be maintained by a web-savvy member to add the addresses. Volunteer will be contacted
  9. All members will have an MCACLA.org email address. For privacy, your personal/business email address will not be given, however, unbeknownst to those contacting you via MCAC, the email will be forwarded to your personal account. (i.e [            ]emails [        ]@mcacla.org and it is sent to her aol email address) Also, there will be both organization addresses as well as individual addresses available

b6

10.    Press releases will be discussed later, as tools are not yet established

11.    Each organization will have contact info, mission statement and a hot link for
       more information on each organization

## Membership Process:

- Needed a formal membership application to recruit new MCAC members. Please review
  the handout from the meeting and decide if it needs further revision. (The essay portion
  will basically consist of listing why they'd like to join us) It may be necessary to create a
  separate application for organizations, and not just individuals. We'll discuss this again
  later, but a definite structure is needed for the review process. We'll need volunteers for
  the membership/review committee.

- If individuals apply, they must have the ability to influence and inform others within the
  community if not representing a specific organization.

- We'll discuss the new invitations for different organizations to join LA MCAC. Tidwell
  wants all entities to be well balanced, and healthy, with good membership numbers in
  each branch of the LA MCAC. FYI the OC/IE MCAC is scheduled to debut in 2007.

ACLU-1225

# MCAC WebSite
## Design, Development & Management Plan

b6

## (1) Website DDM Team
Members:
Develop & Propose guidelines
Documentation will be maintained with Revision Control

## (2) Schedule
Go Live: Nov 2006
Minimal material: See asterisk items in Section #3
Review complete: Oct 2006

## (3) Proposed Sections (* Initial Release)
(a) *FLASH Animation with two hands (MCAC & FBI)
coming to shake with US Flag in background.
Handshake goes to initial screen
(b) *Organization List. (See #11 below)
(c) *Mission, Description & Logos
(d) FBI (Steve) Statement
(e) MCAC [        ] Statement
(f) Database Sign-Up
(g) Visitor Feedback & Comments
(h) Past Events
(i) *Upcoming Events
(j) Archive
(k) Picture Gallery
(l) Press Releases
(m) *Youth Committee
(n) Useful Links

## (4) Estimated Funding
Initial Build: $1,000
Monthly: $100
6 month funding/organization
Recognition of funding organization

## (5) Name
Structure & Umbrella Proposal
Proposed Names:
(a) MCACWest.org
(b) MCACSoCal.org
(c) MCACLA.org
(d) MCACUSA.org

## (6) Web Material Review Team
Website Material Review Team
Develops & proposes guidelines
Request & Nominations for team members

## (7) Content Team
All MCAC Members
Follow guidelines proposed in Section #6
Request & Nominations for team members

## (8) Database
Self Sign-Ups
Request for manual entry person
Using Constant Contact

## (9) eMails
All MCAC members
Example: FirstMILast@mcacla.org
Auto forwarded to your current addresses
Web accessible email
Establishes privacy
Looks professional

## (10) Rapid Response Team
Develop & Propose guidelines
2-3 people who will write & respond
Request & Nominations for team members

## (11) Participating Individuals & Organizations
Name & Alternate
Contact information (eMail, Phone, FAX)
Mission Statement
Hotlinks

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/BKG/VTA

Rev #2

ACLU-1226

# FBI Los Angeles
## Multi Cultural Advisory Committee Application

Name: _____
        Last                        First                   Full Middle

List all other names you have used, including nicknames and maiden names.  If you have ever used any other surname, please indicate the time period this occurred and describe the circumstances.  If you legally changed your name, please list the date, place, and court:

_____

_____

Date of Birth: _____  Place of Birth: _____  Current Age: _____

Gender:  Male _____  Female _____  Social Security Number: _____

**Personal Data**
**Address and Point of Contact**

Current Address: _____
Street                City           State     Zip Code

Home Phone:  (   ) _____  Work Phone:  (   )

Cellular Phone: (   ) _____  E-Mail:

Please provide the name and telephone number of a relative, friend, or associate we can contact in case of an emergency:

_____

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

**Employment Information**

Current Employer: _____

Business Address: _____
                Street              City        State   Zip Code

Job title:_____  Length of time with present employer:_____

Company Website (if applicable): _____

Brief description of business/duties:

ACLU-1227

Spouse's full name: _____    Date of birth: _____

Spouse's place of employment, position, and business address: _____

_____

*Relatives*

Please list any organizations, associations, or community groups to which you belong:

Please identify the person who has nominated you to attend:

*Organizational Memberships / Community Service*

ACLU-1228

*Referral*
*Authorization to Conduct Law Enforcement Check*

Have you been arrested within the last 6 months?                    Yes _____ No _____

Have you ever been convicted of a felony or serious misdemeanor?    Yes _____ No _____

If you answered "yes" to either question, please provide details including date, place, law enforcement agency, court, charge, and disposition:

_____

_____

_____

I hereby authorize the FBI to conduct a standard check of law enforcement records pursuant to my application to the FBI Multi Cultural Advisory Committee.   I understand this check will include, but not be limited to, any record of arrests, prosecutions or convictions for criminal or civil offenses, state or federal.   Any information obtained through this record check will be used exclusively for the purpose of determining my eligibility for a security clearance to allow me to participate in the Multi Cultural Advisory Committee.   My consent is valid for three months from the date of my authorization appearing below.
I also understand that concealing a material fact on this application can be the basis for rejection of my application to the FBI Multi Cultural Advisory Committee.

_____         _____         _____
Full Name (Typed or Printed)       Full Name (Signature)             Date


### Return this form with attached essay to:

FBI Los Angeles
Community Outreach Program (Los Angeles OPCA)
11000 Wilshire Boulevard, Suite 1100,
Los Angeles, CA 90024

**or**

fax to (310) 996-3345

ACLU-1229

(Rev 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 10/19/2006

**To:** Los Angeles

**From:** Los Angeles
            OPCA
            **Contact:** SA [          ] (310)[          ]

**Approved By:** [                    ]                    b6
                                                            b2
**Drafted By:** [                    ] bgg

**Case ID #:** 188A-LA-C236680    (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH OMBUDSMAN
            PROGRAM

**Synopsis:** Document the October 16, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

**Enclosure(s):** Enclosed are the following documents: (1) the sign
in sheet, (2) agenda, (3) minutes of October 16, 2006 MCAC
Meeting, (4) November 19th 2006 town hall meeting flyer (5) two
flyers from U.S. Congresswoman Jane Harman regarding upcoming
events.

**Details:** On Monday, October 16, 2006, at 6:00pm, the monthly
Multi-Cultural Advisory Committee (MCAC) meeting was held at the
FBI Office in Westwood, California.  The following individuals
were in attendance:



1. [          ]
   Shura Council of Southern California

2. [          ]

3. [          ]                                              b6
   Iranian American Lawyers Association

4. [          ]
   Omar Ibn Al Khattab Foundation

5. [          ]                 ALL INFORMATION CONTAINED
   C.A.I.R.                     HEREIN IS UNCLASSIFIED
                                DATE 07-01-2008 BY 65179 DMH/HKG/VTA

6. [          ]
   Free Muslim [          ] ..ism

188 A-LA- C236680- 181

ba

1 /51

To:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680, 10/19/2006



7.

8.
    Bahai Foundation

9.
    Council of Pakistan American Affairs

10.

11.

12.
    Ledtronics

13.

14.
    MPAC

15.
    C.A.I.R.

16. SSA
    FBI Los Angeles

17. SA
    FBI Los Angeles

18.
    FBI Los Angeles

19.
    FBI Los Angeles

20. ASAC Barbara Walls
    FBI Los Angeles

21.
    Congresswoman Jane Harman

22.
    MPAC

    MCAC members were informed that the next meeting will
be held November 13, 2006 at 6:00pm

♦♦

b6

2

ACLU-1231



b6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 07-16-2008 BY 65179 DMH/HKG/VTA



Full Name    Sign-In    Work Phone    Mobile Phone    Email Address

b6

Monday, October 16, 2006

Page 2 of 4

ACLU-1233



Full Name        Sign-In        Work Phone   Mobile Phone   Email Address

b6

Monday, October 16, 2006

Page 3 of 4

ACLU-1234

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|
|           |         |            |              |               |

b6

ACLU-1235

# AGENDA FOR MONDAY, OCTOBER 16, 2006, MEETING OF THE MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

5:00 P.M. - 5:15P.M.        Meet and Greet

5:15 P.M. - 5:45 P.M.       Current Issues
                            *Meeting with Congresswoman Harman

5:45 P.M. - 6:30 P.M.       Discuss Town Hall Meeting
                            *November 19, 2006 - Anaheim
                            *Flyer

6:30 P.M. - 7:00 P.M.       Break/ Meal (break fast)

7:00 P.M.                   Conclusion

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## OCTOBER 16, 2006 MEETING

**Announcements:**

- Next month's MCAC meeting will be on **11/13/06**, at 6 p.m. Please note that this is not
  the 3rd Monday of the month, as normally scheduled. We've changed the date to meet
  one last time before the Town Hall Meeting.

- Next Town Hall Meeting will be on Sunday 11/19/06 from 4-7 p.m. at the Brookhurst
  Community Center in Anaheim. No cost is attached, since we're being hosted by the city.
  We will have the hall from 2-8 p.m., so there will be sufficient time to set up and clean
  up.

- The meeting last week with Congresswoman Jane Harmon was an overall good meeting.
  There was nice interaction between MCAC and Harmon. She is also interested in using
  MCAC as a model for members of Congress (both parties!) among the community. She
  has also expressed interest in hosting regionally.

- Guest [          ] from Congressman Gary Miller's office (representing the 42nd    b6
  District) is joining MCAC today. He was invited by [      ] Also please welcome ASAC
  Barbara Walls.

**Town Hall Meeting:**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

- We're in the process of revising the final draft of the TH Meeting flyer. It will be sent out
  to all of you via email within 48 hours. Please submit your revisions ASAP so that we
  can get it back out in the community.

- Ideas for immediate revision included: shrinking the 2 logos and offsetting them, creating
  a "hook" such as listing the subjects presented and advertising opportunity to "ask the
  FBI"

- The discussion about the MCAC logo briefly began, however, we will revisit this idea at
  a later time. For now, the logo will remain as is, due to time constraints.

- We will have free publicity with the OC newspaper. There will also be a press
  release/advisory for the media outlets from the FBI 24-48 hours before the event. ADIC
  Tidwell also mentioned a walk thru within the neighboring communities in order to
  advertise more.

- Congressional members will also be invited formally as well.

- Plans for refreshments are still being finalized.

ACLU-1237

**MCAC Website Update:**

- A treasurer is needed for the group. However, after [   ] shed some light on legal
  issues in terms of MCAC acting as an "entity", it was decided that IslamiCity will cover
  the cost of the site/hosting, and we will be a client of theirs. We will receive an invoice
  each month, and pay directly to IslamiCity.

  b6

- Since Washington Mutual identifies MCAC as an "unincorporated entity", ideas of future
  decisions on the topic of alliance vs. entity were discussed. [   ] advised that WAMU
  was inaccurate in stating that we'd be an "entity", and that legally, we would be
  considered an alliance. We're all in agreement that a long term solution is to be discussed
  at a later date.

ACLU-1238

# Town Hall Meeting

## Sunday, November 19th, 2006

### Join members of the Multi-Cultural Advisory Committee (MCAC) & Special Agents of the FBI for an educational session.




Relationships Based on Mutual Respect, Understanding, and the Upholding of Constitutional & Civil Rights

### Members of the MCAC include the following organizations:

- Bahai Faith- Beverly Hills Spiritual Assembly
- Council of Pakistan American Affairs
- Council on American Islamic Relations
- Free Muslims Coalition
- Interview Religious Federation for World Peace
- Iranian American Lawyers' Association
- Islamic Society of Orange County
- Islamic Center of Southern California
- LA County Sheriff's Advisory Council
- LA Latino Muslim Association

- Muslim Public Affairs Council
- Masjid Al-Fatiha of America
- Maleki Foundation
- Omar Ibn Al Khattab Foundation
- Council of Pakistan American Chamber of Commerce
- Pakistan-American Business Executives
- Shura Council of Southern California
- Sikh Society
- Syriac Orthodox Foundation
- US COPTS Association

Location:
Brookhurst Community Center
2271 West Crescent Avenue, Anaheim, CA 92801
(Directions attached)

Time: 4:00 p.m. - 7:-00 p.m.

Refreshments served.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

ACLU-1239

# CONGRESSWOMAN JANE HARMAN

## AND

# COUNCILMEMBER BILL ROSENDAHL





### ANNOUNCE

# WESTSIDE OPEN HOUSE

## THURSDAY, OCTOBER 19, 2006
## 5:30 PM TO 7:00 PM
### LIGHT FOOD AND REFRESHMENTS PROVIDED

- Come and talk to Congresswoman Harman and Councilmember Rosendahl
- Learn about the services offered by their offices

## Located at the West Los Angeles Municipal Building

*1645 Corinth Avenue (1st Floor Lobby), West Los Angeles, CA 90025*
*Free parking located in the adjacent lot.*

### Please **RSVP** with Trevor Ash at (310) 643-3636
### or e-mail trevor.ash@mail.house.gov

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 06-30-2008 BY 65179 DMH/HKG/VTA

ACLU-1240

# U.S. CONGRESSWOMAN JANE HARMAN

### Cordially invites you to attend a

## *FILM SCREENING & DISCUSSION ON*

# THE THREAT OF NUCLEAR TERRORISM

*Showing the 45-minute docudrama "Last Best Chance" followed by a panel of experts discussing the threat posed to our communities by what the 9-11 Commission called "loose nukes."*

| West Los Angeles/LAX Screening | Port of Los Angeles Screening |
|---|---|
| **Tuesday, October 24, 2006**<br>6:00 PM to 8:30 PM | **Wednesday, October 25, 2006**<br>6:00 PM to 8:30 PM |
| IMAN Cultural Center<br>3376 Motor Avenue<br>Los Angeles. CA 90034 | LA Harbor Commission Board Room<br>425 South Palos Verdes Street<br>San Pedro. CA 90731 |
| *Co-Sponsored by*<br>LA Councilmember Bill Rosendahl<br>Assembly Member Ted Lieu | *Co-Sponsored by*<br>LA Councilmember Janice Hahn<br>Assembly Member Betty Karnette<br>Committee on Port Safety and Security |



*Last Best Chance* **is a film based on facts.**

➤ **Some events depicted may have already happened.**

➤ **Some may be happening now.**

➤ **All may happen in the near future if we don't act now to prevent them.**

There are more than 100 research reactors or related facilities worldwide with enough highly enriched uranium to potentially build a bomb. Some of this material is secured by nothing more than an underpaid guard and a chain link fence.

*Last Best Chance* is based on facts about inadequate security for nuclear weapons and materials around the world. Starring Fred Dalton Thompson ("Law and Order"), the film explores the national security threat posed by what the 9/11 Commission calls "loose" nuclear weapons.

  

## Please **RSVP** with Trevor Ash at (310) 643-3636
## or e-mail trevor.ash@mail.house.gov

ACLU-1241