## ADVERTISEMENT



Case 8:07-cv-01088-CJC-AN    Document 31-26    Filed 11/04/08    Page 2 of 10    Page ID #:1002

# Lebanon's War With Cluster Bombs

By Saree Makdisi

Of all the statistics to emerge from Israel's recent war on Lebanon, the most shocking concerns the number of cluster bombs that Israel dropped on or fired into Lebanon.

A cluster bomb is made up of a canister that opens and releases hundreds of individual bomblets, which are dispersed and explode over a wide area, showering it with molten metal and lethal fragments.

About 60% of the bomblets dropped by Israel (many of which were American-made) did not explode in the air or on impact with the ground. They now detonate when someone disturbs them — a soldier, a farmer, a shepherd, a child attracted by the lure of a shiny metal object.

Cluster bombs are, by definition, inaccurate weapons that are designed to affect a very wide area unpredictably. If they do not discriminate between civilian and military targets when they are dropped, they certainly do not discriminate in the months and years after the end of hostilities, when they go on killing and maiming anyone who happens upon them.

When the count of unexploded cluster bomblets passed 100,000, the United Nation's undersecretary-general for humanitarian affairs, Jan Egeland, expressed his disbelief at the scale of the problem.

"What's shocking and, I would say to me, completely immoral," he said, "is that 90% of the cluster-bomb strikes occurred in the last 72 hours of the conflict, when we know they would be a resolution, when we really knew there would be an end of this."

That was on Aug. 30, by which time U.N.

teams had identified 359 separate cluster-bomb sites.

Since then, the true dimensions of the problem have become even clearer: 770 cluster-bomb sites have now been identified. And the current U.N. estimate is that Israel dropped between 2 million and 3 million bomblets on Lebanon, of which up to a million have yet to explode.

In fact, it is estimated that there are more unexploded bomblets in southern Lebanon than there are people. They lurk in tobacco fields, olive groves, on rooftops, in farms, mixed in with rubble. They are injuring two or three people every day, according to the United Nations, and have killed 20 people since the cease-fire in August.

"What we did was insane and monstrous," one Israeli commander admitted to the newspaper Haaretz. "We covered entire towns in cluster bombs."

As Egeland noted, the majority of these bombs were dropped in the last three days of the war — a time when the U.N. resolution to end the fighting had been agreed on, when the war was virtually over, when it was clear that Israel had failed to accomplish its declared objectives in launching this campaign.

Dropped so late in the war, it's hard to imagine what specific military objective these bombs could possibly have been meant to accomplish. Instead, they seem to have been dropped as a final, gratuitous act of violence in a war waged against



Lebanese men grieve at the funeral of a child killed in the Israeli attacks against Lebanon this year.

an entire population. The vast majority of the 1,200 Lebanese killed by Israeli bombardments were civilians; one in three was a child.

With 100,000 innocent people trapped in the south because they could not, or dared not, flee on roads that Israel was indiscriminately bombing every day, Israel's justice minister declared that they were all — men, women and children — "terrorists who are related in some way to Hezbollah."

Nor was this his view alone. The Israeli-dropped leaflets warning that "any vehicle of any kind traveling south of the Litani River will be bombed, on suspicion of transporting rockets, military equipment and terrorists." The Israeli chief of staff was especially clear. "Nothing is safe" in

Lebanon, he said. "As simple as that."

Israel carried out 7,000 air raids and fired 160,000 artillery projectiles into Lebanon, a tiny country. That's about two air raids and 40 projectiles per square mile.

But the punishment was not evenly distributed. Israel's war was aimed specifically at Lebanon's Shiite population. Shiite neighborhoods in Beirut were destroyed, but other neighborhoods remained untouched. Shiite villages in the south were obliterated — literally wiped from the surface of the Earth — while nearby Christian villages escaped unscathed, mercifully able to shelter their Shiite neighbors.

Israeli officials said this was a war against Hezbollah, that Hezbollah was hiding in the midst of the population. But this wasn't a war against Hezbollah. It was a war to punish the entire population for its support of the guerrillas.

Not only was Hezbollah not hiding behind civilians, it ought to be obvious that the violence was directed in the first instance at the civilians themselves. To direct such violence at one community, one religious group, one minority — and to deny them the ability to return safely home — was what this war was all about.

To drop two or three bomblets for every man, woman and child in southern Lebanon — after having wiped out their homes, smashed their communities, destroyed their livelihoods — is to wage war against them all.

And we supplied the weapons.

Saree Makdisi is a professor of English and comparative literature at UCLA.

WHERE THE CROSS MEETS THE CRESCENT
Reflections on Muslim and Christian Spirituality in the Southland

By Rev. Connie Regener

Note: This month's column features a second for answering a recent letter sent to a local Muslim organization from a local Christian pastor.

# A Letter to a Pastor

Dear Brother,

I am glad to provide this information concerning your impression that "there is no congruent theological evidence that the Allah of Islam is the same source as Jehovah of Christianity and Judaism." Rev. Bill Baker, an expert on this topic, in his book More in Common Than You Think, states, "Indeed, the universality of believers in the One God along with numerous biblical passages make clear that the God of the Bible bears no special allegiance or commitment to any nation or state today. Believers in God transcend the checkerboard of political systems and human ideologies, and those who submit to and obey the teachings of God, regardless of where they are found throughout the world are, in reality, spiritually related and thus become the only nation, a spiritual nation of the Holy One" (p. 42).

You also refer to the "globalisation of terrorism in the name of Islam," but this is a selective statement that falsely implies a cause and effect relationship between Islam and terrorism. The same inappropriate comparison can be made of Christianity during the Crusades, or the Jewish adoption of Zionism against the Palestinian claim of the right of return to the disputed Holy Land. A careful study of all these religions reveals that no one ...

than another. It is the fundamentalist or radical elements of any religion that are a danger to civil society. Again, a simple literature search easily reveals excellent expositions of this topic by R. Scott Appleby in his Strong Religion: The Rise of Fundamentalism around the World, and Religious Fundamentalisms and Global Conflicts.

You call for a dialogue between the Sunnis and Shiites to stop the killing. Hmm. This seems no more shameful than the bloody wars between the Catholics and Protestants, or the animosity among the Hasidic, Reform, and Orthodox Jews. Surely, an experienced pastor such as yourself is aware that all religions find it harder to get along with those who have variant beliefs about their own religion than among those of other religions.

You are readily dismiss the suggestion of theological equity between Christianity and Islam. Indeed, it is a serious and puzzling problem that the three Abrahamic religions cannot agree on what is sacred revelation and therefore what is authoritative. But all three religions call for repentance and reconciliation with the Creator God, and for charity to one's neighbors. The many parallels between Christianity and Islam are detailed in Rev. Baker's book, which was previously referenced. This is a must-read for a pastor such as yourself who attempts religious commentary.

You also mention the "Triumphalism of Islam," and question how God honors the intentions of the suicide bombers. Again, this is deceptively selective. Triumphalism has reared its ugly head in Christianity also, as detailed in the LA Times expose of the Trinity Broadcasting Network, defining Christian Triumphalism as a variation of the heretical prosperity doctrine. In each case, Triumphalism causes its adherents to blindly violate the rights of others and to turn a deaf ear to reasoned pleas. It is as lethal as its Jewish version. Zionism. Triumphalism in any

leaders we are duty bound to impose it. I agree with you that imposing any political agenda — due to Triumphalism or any other distortion — in the name of God is small-minded. I would go even further and

You also refer to the "globalisation of terrorism in the name of Islam," but this is a selective statement that falsely implies a cause and effect relationship between Islam and terrorism. The same inappropriate comparison can be made of Christianity during the Crusades, or the Jewish adoption of Zionism.

say that it is unrighteous and shameful. Nevertheless, since good people on both sides vehemently disagree as to the will of Allah, it is even more important that rules of civility be observed.

As you may recall during the United States Civil Rights Movement of the

1960's, it was the Ku Klux Klan who misappropriated the Christian message in order to oppress certain segments of society. This abuse was tolerated by Christian moderates who valued order and comfort more than justice. It is significant that it wasn't the moderates who caused change, but those who practiced civility and non-violent fellowship that experienced violence in return. Yes, I would agree with you that Muslims should challenge fundamentalist Islamists in the same way that some Christians took on the war, segregation, bombing, and social injustices.

As a Christian pastor, I encourage you to engage in dialogue that conforms to the pleas for civility that the Council on American-Islamic Relations (CAIR) called for at a news conference in October, to good scholarship, and to the resolve to stand shoulder to shoulder with the Muslim community in denouncing all forms of violence in the name of anyone's god.

And that is where I find that the cross meets the crescent.

Rev. Connie Regener, a graduate of Fuller Theological Seminary in Pasadena, is religious commentator in the Southland.



Maher Azzawi D.D.S.
الدكتور ماهر عزاوي

Dentist

Laser, Digital X-Ray, and all the latest dental technology!

www.DrAzzawi.com

Case 8:07-cv-01088-CJC-AN    Document 31-26    Filed 11/04/08    Page 3 of 10    Page ID #:1003

# Ten-year-old Goes to College

By Sama Wareh

On a Wednesday evening, when children are playing outside or indoors on their Nintendo 64, Shabana Syed is rushing to make it to a digital electronics and chip design class at Harvey Mudd College in Claremont. But, the class is not for her. It is for her 10-year-old son, Daanyaal Syed.

Syed, a sixth grade student at Sierra Vista Elementary school, is one grade ahead at his elementary school and several steps ahead of his peers.

Syed, along with classmate Jake McLees, was selected to audit the college class for his skills in programming and algebra. Bonnie Fulmer, his fifth grade teacher, had arranged for a small group of her advanced students to do enrichment work with Harvey Mudd professor David Money Harris.

"They took to programming very quickly and went beyond the weekly projects to explore their own ideas," said Harris, who teaches the chip design class at the college. "I realized that they were capable of so much more than I could offer, and it was at this point that they were offered to take this class at Harvey Mudd."

125 college students applied for the class and only 14 students made it in. "They were the thirteenth and fourteenth," Fulmer proudly told InFocus. "They are treated as equals and do the same amount of homework and participate equally, if not more."

It came as no surprise for Syed's parents. "By the time he was three years old, he had already memorized a large deal of Latin words and their pronunciations," said his mother, Shabana.

Despite a high I.Q., Syed enjoys playing games and endures the burdens of peer pressure like any other kid. Syed's preferred hobbies include reading, playing chess, board games, and video games, but unlike other kids, he will hack into the video game instead of actually playing it.

"The biggest challenge that I think that I face at this age is trying to fit in and actually have some social status," Syed told InFocus. But at his elementary school, he seems to have no trouble with that, for he just got elected Student Body President. "In elementary school, it's not a problem, because everyone knows about me and really respects me and I have a lot of friends. I don't know if that will change in junior high as the peer pressure increases," Syed confided.

Syed is also quite the philosopher and offers this advice to parents, "I think that your kids should just try to be really determined to reach their dreams and always try their best. Allah has given everyone the same brain. It's how you use it that matters."


*10-year-old Daanyaal Syed attends a digital electronics and chip design class at Harvey Mudd College*

# Ramadan Brings Different Faith Groups Together

By Zeinab Rhazi

A Catholic pastor, a Jewish Rabbi and a Muslim imam shared warm words, hugs and a meal in the first annual interfaith Iftar gathering organized by the Long Beach Islamic Center at the Marriott on October 5.

Father José Magana of St. Anthony's Catholic Church spoke about the importance of coming together as a community and teaching tolerance. He also apologized for the Pope's speech. Quoting from Pope John Paul II, Magana spoke about the respect he has for Muslims and their devotion to their faith. "The religiosity of Muslims deserves respect. It is impossible not to admire, for example, their fidelity to prayer. The image of believers in Allah who, almost without caring about time or place, fall to their


*From left to right: Sherrel Johnson, Assistant to Director of Council on American-Islamic Relations (CAIR), Father José Magana, St. Anthony Catholic Church, Rabbi Mark Goldfarb, Temple Israel.*

knees and immerse themselves in prayer remains a model for all those who invoke the true God," he said.

SEE INTERFAITH IFTAR * PAGE 26

# Muslim Selected OC Bailiff of the Year

InFocus News Staff

On October 11, Deputy Aness Hakim was awarded the Bailiff of the Year Award for 2006 by the Orange County Chapter of the American Board of Trial Advocates (ABOTA). This award is presented annually to an Orange County Sheriff's Department Bailiff who consistently demonstrates outstanding professionalism and civility in performing his or her tasks. The members of ABOTA, and all litigants and their attorneys, appreciate being treated with courtesy, dignity, and professionalism,


*Deputy Aness Hakim*

which Hakim exemplifies.

Hakim is the first American Muslim to receive this prestigious award and honor in Orange County. His career in law enforcement started in 1998 when he joined the Orange County Marshal's Department, which merged with the Sheriff's Department in July 2000. Hakim has been assigned to the Honorable Judge David A. Thompson's Courtroom in Santa Ana Superior Courtfor the past five years.

# Competition Tests Islamic Smarts

More than 40 participants ranging from age 13 to 17 took part in a religious quiz program entitled "Know Your Deen" at the King Fahad Mosque in Culver City on October 21. Abdurahman Lachgar, a 14-year-old student at Santa Monica College,

secured the first place prize of $300. Second and third place winners were Sameer Ahmed and Sara Ihtan. The program was organized by Atif Akbar and focused on general questions on Islam, the Prophet Muhammad (pbuh), and Muslim history.



*Top: Prepping hard - Anum Inayatullah, Faaizah Patail, Hanna Yoseph, Mariam Faruqui, Noor Sulaiman, Sarah Deen, Sarah Yusuf, Irum Ahmed, Weida Sidiqi, Fatimah Muhammad, Umaymah Muhammad and Aishah Mujeed.*
*Left: Umaymah Muhammad thinks hard before giving her final answer to competition host and organizer Atif Akbar.*
*Right: First place winner Abdurahman Lachgar shows off his prize of $300. (Photos by YKKB)*

# ISOC Celebrates 30 Years

By Radia Husain

From first having prayers in a garage in Fullerton 30 years ago, to becoming the largest and oldest Orange County Islamic organization, the Islamic Society of Orange County (ISOC) has come a long way.

To celebrate 30 years of service to the community, about 500 people attend the ISOC fundraiser on October 15 in Buena Park.

The Garden Grove-based center consists of Masjid Al-Rahman and Orange Crescent School and provides other services such as

... a Muslim mortuary, Zakat to the needy,


*Attendees and guests*

SEE ISOC 30 YEARS * PAGE 17

# Plight of the Palestinian Children

By InFocus News Staff

On October 7, KinderUSA focused on the plight of Palestinian children at its fourth annual iftar and fundraiser in La Mirada.

Dr. Maher Hathout, the recent recipient of the Los Angeles County Commission on Human Relations; John Allen Buggs award, was the keynote speaker at the interfaith gathering.

With Palestinian unemployment at the highest levels ever, and an unrelenting siege by Israel, more than 60% of Palestinian children suffer from malnutrition and disease. One in every three children born in Gaza dies to lack of nutrition and medical supplies. Further complicating matters is the international effort to deprive the Palestinian people of much needed aid that they had been receiving.

SEE PALESTINIAN PLIGHT * PAGE 17

## HUMANITARIAN DAY
FROM PAGE 2

"And all this is Godsend. And I appreciate it."

Participating organizations included the Muslim American Society (MAS), Council

(CPHD) and the Rahima Foundation.

It was organized this year in fourteen cities: Los Angeles, CA, Las Vegas, NV, Detroit, MI, Newark, NJ, Baltimore, MD, Baton Rouge, LA, Boston, MA, Chicago, IL, Dallas, TX, Houston, TX, New Orleans, LA, New York, NY, Portland, OR and

Proudly serving the American Muslim Community with
**Professionalism & Integrity**

(949) 862-0010    Two Park Plaza

Southern California InFocus

# NORTHERN CALIFORNIA/NATIONAL

November 2006   **7**

## Stunned City Mourns Killing of Afghan Woman

By Jonathan Jones and Ben Aguirre Jr.
Inside Bay Area

As Alia Ansari's body lay in a gray casket beside the still waters of Lake Elizabeth, a group of Muslim men knelt facing east toward Mecca and quietly prayed.

Behind them, another group gathered, many of them non-Muslims, to offer their own prayers according to their own faiths.

They came to Central Park, hundreds strong, for a memorial and Islamic prayer service to remember Ansari, a 38-year-old mother of six who was shot in the head last week as she walked with her 3-year-old daughter along a Glenmoor neighborhood sidewalk.

They came to embrace Ahmad Ansari, Alia's husband, whose eyes stayed downcast as he removed his leather sandals and joined the others to kneel on a checkered mat before God. The six Ansari children, ages 3 to 11, stood at home with their grandmother.

Speaking somberly in Arabic, Shaikh Hamza Yusuf, a well-known Muslim scholar who heads an Islamic study center in Hayward, called Ansari "a helper of God" and asked that her death not be in vain.

"Our sister Alia Ansari was a beneficial servant," Yusuf said to the community, which included rows of Muslim men, some sitting on prayer rugs, others on the grass. "She was serving her family. She was serving her children, and she was serving her community. ... She preferred others even in the moment of death."

According to witnesses, a dark-skinned man who was either black



*Muslims as well as non-Muslims come to show solidarity at Alia Ansari's funeral.*

or Latino drove up to Ansari and shot her in the head, police said. She was pronounced dead at the scene.

Some witnesses told police they heard multiple shots and saw the man flee in a black Toyota Tercel or BMW with a rear spoiler, but at least two witnesses told The Argus they heard only one shot.

Officers nearby arrested Urango, 27, whose clothing and vehicle matched the description of the assailant, on an unrelated parole violation. He has been labeled a "person of interest" in the daytime killing, and is being held at Santa Rita county jail in Dublin.

Police have not released any new information about the slaying, which has touched a nerve in the community, home to one of the largest Afghan populations in the country.

Last weekend, two churches, two schools and a business in the Centerville district near the crime scene were spray-painted. Four of the sites were tagged with references to an old Afghan gang, and one — at Centerville Presbyterian Church — made a direct reference to Ansari.

Police have yet to determine a motive in the killing, though some family members believe it was a hate crime because Ansari was wearing a hijab, a traditional Muslim head scarf.

On Friday, though, Yusuf said he hoped Ansari's death would serve as a symbol for the community "to unify (and) take care of each other, to protect our women and children (and) the weak among us."

Despite earlier concerns raised by some Afghan elders about the public nature of the event, most in attendance said they were encouraged by the number of people from various faiths and religious organizations who attended Friday's memorial service.

"This is a good show of support," said Sohaila Azimi, a health coordinator for the Afghan coalition.

Sisters Charlotte Shea, Jarleth McGrath and Florence Cumbelich of the Dominican Sisters of Mission San Jose said they heard about the attack and wanted to be part of the memorial.

"We came out here regardless of what faith was represented here," said Herman Rosenbaum, about six members of the Jewish Community Relations Council. Islamic Networks Group coalition who attended the gathering, said they came to support Muslims and the victim's family.

Abdullah Kazem, 68, of San

Jose, leader of the Afghan Elders Association of the Bay Area, said he fears that being "showy" about Islam in the United States — with various Muslims and Christians "grandstanding about their political agendas and talking about Alia as if she were a religious martyr" — will bring trouble for Afghans from



*Community members pray at Alia Ansari's funeral. Alia was shot in the head in what community members say was a hate crime.*

"radicals" in Afghanistan.

Still, Kazem went to the service, showing up an hour early.

City leaders, including Police Chief Craig Steckler and Mayor Bob Wasserman, also attended.

Earlier in the day, members of the Council on American-Islamic Relations met with police to discuss the case.

Abiya Ahmed, a spokeswoman for the group's Bay Area chapter, said they came away from the meeting "reassured that the police are doing all they can to get to the bottom of this crime."

The group also is planning to hold an open forum in Fremont next week to discuss the case. Ahmed said, because "there's a lot between what's happening in the investigation and what's getting into the community."

Wasserman told the memorial service he was not proud of what, but that it was spread from a thin measure to an open space with a

Central Park so that everyone could have the opportunity to attend.

Longtime Fremont resident Zain Ali said he could not remember such a public demonstration of support for a Muslim family.

"To see the community and city officials here voicing their sympathy is really amazing."

## Indian Community Burgeoning in America

By Erin Texeira
Associated Press

The train station billboards tell it all.

Local travel agents promise the best airfares from New York to Mumbai. Shagun Fashions is selling dazzling Indian saris. And DirecTV offers "the six top Indian channels direct to you."

Roughly every third person who lives in Edison, a New York suburb, is of Asian Indian ancestry. Many are new immigrants who have come to work as physicians, engineers and high-tech experts and are drawn to "Little India" by convenience and familiarity.

Although a steady stream of Indians have settled in the U.S. since the 1960s, immigrants positively poured into the country between 2000 and 2005 — arriving at a higher rate than any other group.

Not only is the Indian community burgeoning, it's maturing. Increasingly, after decades of quietly establishing themselves, Indians are becoming more vocal in the American conversation — about politics, ethnicity and many other topics.

"I've been studying the community for 20 years and in the last four or five years something different has been happening," said Madhulika Khandelwal, president of the Asian American Center at Queens College in



*A sign at Little India in Artesia, California is testament to the growing Indian community in America.*

New York. "Indian-Americans are finally out there speaking for themselves."

Roughly 2.3 million people of Indian ancestry, including immigrants and the American-born, now call the U.S. home, according to 2006 Census data. That's up from 1.7 million in 2000.

They have big communities in New Jersey, New York, California and Texas, and their average yearly household income is more than $60,000 — 36 percent higher than the nation overall. Indian Americans, along with Indian expatriates worldwide, sent about $23 billion back to India in 2006, World Bank data show.

And so when Virginia Sen. George Allen (news, bio, voting record) was caught on video in August calling an Indian

American man "macaca" — a type of monkey and an offensive term — the community quickly responded.

Within days after the reports emerged, Sanjay Puri, founder of the U.S. Indian Political Action Committee, and other Indian leaders in the Washington, D.C. area requested and got a lengthy meeting with Allen, Puri said. The senator publicly apologized.

Many Indian immigrants arrived in the U.S. focused almost entirely on individual success — getting a top-notch job, making good money and pushing their children to do the same.

But things are changing. After the Sept. 11 attacks, many Indian Sikhs, who wear turbans as part of their faith, were mistaken for Muslims — and terrorists. Hundreds were harassed or worse: In Mesa, Ariz., a Sikh gas station owner was shot and killed on Sept. 15, 2001, by a man who told police "all Arabs had to be shot."

Few knew their plight because few had been engaged politically, said Amardeep Singh, executive director of The Sikh Coalition in New York.

"We were caught with our pants down," he said. "Sept. 11 created a confrontation. We realized we now need to actively involve ourselves in the policy-making process. Otherwise policies will be made that exclude us."

The group now has two bills pending in the New York city council — one would allow city employees to wear turbans and the other would make city officials craft plans to prevent hate crimes if another terrorist attack happened. The community

recently saw three Sikhs elected to low-level offices around the city. "It's a good first step," Singh said.

Indians also are working outside politics to influence broader society. They are overrepresented among college professors, engineers and technology workers. Between 10 percent and 12 percent of all medical school students are Indians, according to the American Association of Physicians of Indian Origin, the biggest physicians' group in the nation after the American Medical Association.



*Indian filmmaker Mira Nair*

Half of all motel rooms in the nation are owned by Indians, according to the Asian American Hotel Owners Association.

There are novelists, including Pulitzer Prize winner Jhumpa Lahiri of Brooklyn, filmmakers like Mira Nair, whose "The Namesake," based on Lahiri's novel and distributed by Fox Searchlight Pictures, is due in theaters next spring, and prime-time television stars such as Parminder Nagra on "E.R." and Naveen Andrews on "Lost."

"Many of these things are converging around the same time so it all adds up," Khandelwal said. "It seems like every other day there's a big book or movie or high-profile accomplishment."

With rapid growth, the community is becoming more complex.

Layered atop the dizzying diversity of India itself — there are dozens of languages, and distinct regional differences in culture, politics and cuisine — are growing class differences among Indian-Americans.

About one-tenth live in poverty, and as many as 400,000 are undocumented, said Deepa Iyer, executive director of South Asian American Leaders of Tomorrow, in Takoma Park, Md.

Such topics are often discussed in New Jersey, home to 170,000 Asian Indians as of Census 2000. Many have fresh memories of gangs of anti-Indian white youth in the late 1980s in Jersey City — then the nexus of the state's Indian community — who called themselves Dotbusters, referring to the decorative bindi some Hindi women wear between their eyebrows. In 1987, a finance manager was beaten to death with a baseball bat while his attackers shouted "Hindu! Hindu!"

Desai, the immigration lawyer, has lived in New Jersey since she was 3, and said she sees many signs of positive change compared to a generation ago.

"We've made an impact in all sorts of things, and now you even have people knowing about our holidays and our culture," she said. "Things are different now. We're more visible."

ADVERTISEMENT

"Why do they **harass** us at the airport?"

"Why do people vote **against** us?"

"Why aren't our **voices** being heard?"

"Why don't they listen to us?"

"How can I protect the rights of immigrants?"

"Why do they link Islam with **Fascism?**"

"HOW can I get off the list?"

"Why did we invade Iraq?"

"Why do we send **missiles**

and not food to the Middle East?"

"How did they get away with... "

# If you don't
# vote
# don't complain
### REGISTER TO VOTE


CAIR

www.cair-california.org                                        www.cair.com

# Third South African Muslim Deported from US in Past Month

By Roux Van Zyl and Tom Mapham
Daily Dispatch and News Agencies

A storm is brewing after leading South African academic and Muslim, Professor Adam Habib, was deported from the US on October 21.

Habib, executive director of the Human Sciences Research Council's Democracy and Governance Research Programme, was questioned for more than seven hours at John F Kennedy International Airport in New York.

His visa was then revoked and he was escorted back to a plane by armed guards and deported.

Habib is the third South African Muslim to be deported from the US in the past month.

South African human rights activists, including Muslim groups, have reacted with outrage, calling on the US to justify their actions.

Habib told the Daily Dispatch that on his arrival in the US, officials pulled him aside and asked whether he knew any terrorists or if he belonged to any terror organizations.

"They asked me if I was a terrorist and I said no. Then they asked if I had ever been in prison and I said yes, I was politically detained by the apartheid government," he said.

Habib, who has not been given a reason for his deportation, said he felt his "personal rights" were severely infringed. "You can't just deny someone access to a country and not give them any reasons why. It's like you accuse someone, but you don't tell them what for," he said.

*South African human rights activists are outraged at Professor Adam Habib's deportation*

Habib's ordeal started on Saturday when he arrived in New York with an HSRC delegation scheduled to meet officials of a number of US institutions, including the National Institute of Health, the Center for Disease Control, the World Bank, Columbia University and some donor agencies. It came "out of the blue. I have a 10-year multiple entry visa issued three years ago. The last time I traveled to the US was in 2004 and I did not have any problems."

In 2002 and 2003 the Financial Mail described Habib as one of the 300 most influential black opinion makers in South Africa.

Habib said he had visited the US more than 20 times previously for work and personal reasons without any problems.

Also on the same day, Muslim scholar Fazlur Rahman Azmi was detained by officials from US Customs and Border Protection when he arrived at San Francisco International Airport from London to lead prayers in Ramadan.

Azmi, who had made previous visits to the country as recently as April without problems, was questioned for hours before being denied entry and sent on a plane out of the country on Saturday, the group said.

Azmi, a 60-year-old diabetic, told the Council on American-Islamic (CAIR) relations that he was "put in jail" and treated "like I did a big crime" despite the fact that he was never informed why he was refused entry. He said he only ate bread during his time in detention and that he slept in a chair Friday night.

"The way visiting Islamic leaders are treated by American authorities can send either a positive or negative message to Muslims worldwide," CAIR spokesperson Ibrahim Hooper said in a statement. "So far, the message in this case has been negative."

In September, another Islamic scholar from South Africa, Ismail Mullah, was denied entry into the country when he arrived at Dulles International Airport for a trip to visit Muslims in northern Virginia.

# Mobilized US Muslims Decisive Voting Block

By Sahar Kassaimah
IslamOnline.net

With over two million registered voters and growing political awareness, experts believe American Muslims could affect the outcome of the upcoming mid-term elections, especially in heavily Muslim-populated districts.

"There are several states in which, given the size of the Muslim population and closeness of the political race, that large Muslim voter turnouts could make a difference," Mahdi Bray, the Executive Director of the Muslim American Society Freedom Foundation (MAS), told IslamOnline.net.

"Some of those states are Virginia, New Jersey, Maryland, Texas, Florida,

*Hussam Ayloush, Executive Director of the Council on American-Islamic Relations (CAIR)*

Arizona, California, Ohio, Pennsylvania, New York, Illinois, and Minnesota," he said.

"Additionally, if you factor in voter apathy among many non-Muslim Americans, large Muslim voter turnout becomes even more significant," asserted Bray.

Hussam Ayloush, executive director of the Council on American-Islamic Relations (CAIR) at Los Angeles, agrees.

"In certain portions of the country, where American Muslims are concentrated such as Dearborn, Michigan, they can make a difference and change the tide of politics in their favor," he told IOL.

American Muslims, estimated at between five and seven millions, have already set up voter registration booths in mosques across the country to encourage fellow Muslim voters to sign up for the mid-term elections.

They have also established a website to enable online registrations. There are over two million registered Muslim voters in the United States.

All 435 House seats, 34 of 100 Senate seats and 36 governorships are up for grasp in the November elections.

A new poll by CAIR, the largest Muslim civil advocacy group in the US, shows the Muslim community has changed a great deal since supporting Republicans in 2000.

"The wars in Iraq and Afghanistan, the staunch support for Israel especially during the recent Lebanon war, the suspension of civil rights and the war on terrorism, increasingly perceived by Muslims as the war on Islam, and persistent Islamophobia are critical issues that haven't been resolved to Muslim Americans' satisfaction," said Ayloush.

"These issues will help rally Muslim Americans to become more politically active," he asserted.

The CAIR poll was based on interviewing 1,000 registered Muslim voters. Eighty nine percent of those surveyed said they vote regularly.

Bray also believes that American Muslims are highly motivated to be more politically active. "They recognize that if they don't want to be second class citizens in their own country then they have no option but to be politically active."

"The latest poll commissioned by CAIR is a good example and goes to show that Muslim Americans and Muslim political parties are issue-oriented instead of being

SEE MOBILIZED MUSLIMS • PAGE 10

# 40% Believe Israel Lobby Key Factor in Iraq

CNI

A new poll commissioned by the Council for the National Interest Foundation shows that a significant number of Americans are wary of the power of the Israel lobby, and believe it is behind the invasion of Iraq and the current belligerent tone of the White House and Congress toward Iran.

The poll, which was carried out by Zogby International, reveals that 39% of the American public "agree" or "somewhat agree" that "the work of the Israel lobby on Congress and the Bush administration has been a key factor for going to war in Iraq and now confronting Iran." However, a similar number, 40%, "strongly disagreed" or "somewhat disagreed" with this position. Some 20% of the public, or more than one in five, were not sure.

The poll suggests that the espionage charges against two employees of the American Israel Public Affairs Committee (AIPAC) and the publicity given to a new study of the power of the Israel lobby by two mainstream academic professors has had an affect on people's awareness of the lobby.

The academic study, done by Professor John Mearsheimer of the University of Chicago and Professor Stephen Walt of Harvard University, was published in the London Review of Books in March 2006, and was the subject of a recent debate at Peter Cooper Union that included Professor Mearsheimer, Prof. Rashid Khalidi (Columbia University), and Prof. Tony Judt (New York University) and three influential pro-Zionists, Martin Indyk, Dennis Ross, and Shlomo Ben-Ami.

The poll's details show that 46% of Democrats tended to believe that the lobby was influential in the decision to go to war in Iraq while 45% of Republicans tended to believe it was not.

Along religious lines, while Protestants tended to be evenly divided on the role of the Israel Lobby in the Iraq invasion, 49% of Catholics tended to see the lobby's hand in the invasion, while 77% of Jewish American's overwhelming disagreed with the premise. Among ethnic groups, Hispanics (53%) believed that the lobby's role was influential.

Among age groups, 60% of those between the ages of 18 and 29 agreed that the Israel lobby had a hand in forming the current pro-war policy. As one might expect, those who call themselves progressive (49%) or liberal (52%) also agreed in the role of the lobby, while "moderates" (42%) and "very conservative" (44%) people disagreed with the idea, as did a significant percentage of college graduates (44%).

Eugene Bird, president of CNI Foundation, commented about the poll, "It demonstrates the need for widening the circulation of information about the role of the Neocons and the pro-Israel lobby in the corridors of power during the lead-up to the invasion of Iraq in 2003."

Some 1,035 people participated in the poll, which was conducted in every part of the country.

HARWELL & WAHID
An Affiliation of Independent Attorneys
310-793-
We Will Continue to Serve Clients in the Areas of:

**10** November 2006                    **NATIONAL**                    Southern California InFocus

# Soros-backed American Jews to Launch new Mideast Initiative

- By Foreign News Desk
zaman.com

The Israeli attacks on Lebanon that were quietly supported by the United States sparked hot debates on Israeli-American relations inside the American Jewish community.

The *Financial Times* claimed that some Jewish circles in the United States are trying to organize a new Jewish lobby that will spend efforts to maintain peace between Israel and Palestine. The paper also noted that the new initiative to be called "The New Israel Project" will be backed by the renowned Jewish tycoon George Soros, also known for his opposition to the U.S. President George Bush.


Renowned Jewish tycoon George Soros, will be backing a new U.S. lobby that will counter the existing pro-Israeli lobbies in proposing a two-state solution and bringing peace to the region.

The paper reported on October 24 that within the Jewish community in the United States,

a new initiative was launched with the support of Soros and Palestinians to lobby for a viable peace accord. According to the report, the new group, which will be designed as an alternative to other U.S. Jewish lobbies, will be lobbying for an initiative that will propose a two-state solution, and involve the United States. The *Financial Times*, which asserted that the new structure might rival the most influential U.S. lobbying institution, the American-Israeli Public Affairs Committee (AIPAC), also noted that the leaders of this initiative, however, denied the allegations of this sort. An organizer of the proposed "New Israel Project," Jeremy Ben-Ami, said: "The Lebanon conflict provided a sense of urgency to discussions: The discussions

represent a new effort to promote the perspective in the Jewish community that Israel's security depends on ending the Palestinian conflict peacefully. We deeply care for Israel. The Lebanon conflict shows the dangers facing Israel and its need for peace as quickly as possible."

David Elcott from the U.S. Jewish Congress; Morton Halperin, former State Department foreign policy analyst and executive of the Open Society Institute chaired by Soros; and Debra DeLee, Chair of the Peace Now! Organization, were listed by the paper among the supporters of the new project. It is expected that George Soros, who has been criticizing Israel's tactics against Hezbollah while seeking a political settlement with the Palestinians, will express support for the project.

The discussions over American-Israeli relations were resumed as John Mearsheimer from the University of Chicago and Stephen Walt from Harvard University, who stated in their article on the influence of the Israeli lobby published in March that Israel blockaded the United States by all means, and that no U.S. administration could ever take a step not favored by Israel.

## MOBILIZED MUSLIMS
**FROM PAGE 9**

-party-oriented," Ayloush said.

The CAIR poll showed that 42 percent of respondents were Democrats and 17 percent Republicans, while some 25 percent had no party affiliation. [...]

## IRAQ WAR
*FROM PAGE 1*

Dr. David Rush presented the study at the conference organized by the Physicians for Social Responsibility (PSR).

Other speakers also emphasized the dire situation.

"For the Iraqi people, it's a disaster, and medical care is worse," said neurosurgeon Dr. Gene Bolles.

"Any American who goes to Iraq for just fifteen minutes, will know and want US troops to come back home," Dr. Dahlia Wasfi told *InFocus*. After completing two trips to Iraq since the 2003 "Shock and Awe" campaign led by the Bush administration, Dr. Wasfi had put her medical career on hold and founded liberatethis. com to educate Americans about the war.

According to Wasfi, Iraq's

and voted for Republican presidential candidate George W. Bush, but switched to support the Democrats in 2004 to protest what they saw as Bush's anti-Muslim policies.

"The lesson of the 2000 endorsement is quite simple," said Bray, a long time civil and human rights activist with over 40 years of political experience. [...]

healthcare system, once known as the "jewel" of the Arab world, was devastated in the 1991 Gulf War, and the current invasion has only aggravated the situation. "Since 2003, hospital conditions have gone from bad to worse, with supplies more scarce than before the invasion," she said.

On the American side, 2,700 soldiers have been killed and 20,000 injured since the start of the US led occupation.

The clinical trauma affecting soldiers is also a cause of alarm. "Veterans feel like animals because of the violence they saw," said clinical psychologist Dr. Helena Young. Other fatal issues that veterans face include what Dr. Young referred to as "hyper-vigilance," a term that describes the mental state of veterans' behavior patterns that include remaining in combat mode even in civilian life through emotional overload, spiritual

local, state, and national political campaigns.

"A select few, and of them political novices, should never give the community's endorsement without a broad base of participation and the consultation of many of us who have been doing political work for years." [...]

trauma, substance abuse, suicide, and identity issues.

In one counseling session, Dr. Young was told by a female veteran, "The only fabric I am comfortable with is Kevlar." Dr. Young said that female veterans are not able to adapt to motherhood because they are afraid of being too attached. Sixty percent of veterans with brain injuries end up being divorced by their spouse.

According to Congressman Bob Filner, senior democrat on the Committee on Veteran's Affairs, the U.S. is spending one billion dollars every two and half days to fight Iraq. "And they can't spend at least one billion on veterans returning home?" he asked.

"I would recommend we become proactive and stop this war," said Dr. Bolles.

PSR is a non-profit advocacy organization with more than 30 offices nationwide.

# Rising Star Obama Weighs White House Run

Associated Press

Sen. Barack Obama acknowledged Sunday he was considering a run for president in 2008, backing off previous statements that he would not do so.

The Illinois Democrat said he could no longer stand by the statements he made after his 2004 election and earlier this year that he would serve a full six-year term in Congress. He said he would not make a decision until after the Nov. 7 elections.

"That was how I was thinking at that time," said Obama, when asked on NBC's "Meet the Press" about his previous statements.

"Given the responses that I've been getting over the last several months, I have thought about the possibility" although not with the seriousness or depth required, he said. "My main focus right now is in the '06. ... After November 7, I'll sit down, I'll sit down and consider, and if at some point I change my mind, I will make a public announcement and everybody will be able to go


at me."

Obama was largely unknown outside Illinois when he burst onto the national scene with a widely acclaimed address at the 2004 Democratic National Convention.

In recent weeks, his political stock has been rising as a potentially viable centrist candidate for president in 2008 after former Virginia Gov. Mark Warner announced earlier this month that he was bowing out of the race.

# US Muslim Charity Aid Worker Killed in Iraq

Associated Press

A key staffer for a Muslim humanitarian organization based in suburban Detroit was slain in his native Iraq, the group said Monday.

Abdul-Sattar Abdullah Al-Mashhadani was killed October 7, a member of the sectarian militias in Baghdad. Southfield-based LIFE for Relief and Development said in a statement.

Al-Mashhadani, 43, was the director of programs for the group's Baghdad office. He oversaw projects including the opening of medical clinics, renovating schools and completing a major water treatment plant project in southern Iraq in partnership with UNICEF.

Al-Mashhadani was the first LIFE staffer to be killed during the sectarian violence in Iraq, spokesman Mohammed Alomari said.

Survivors include Al-


After receiving death threats, Abdul-Sattar Al-Mashhadani was killed at a security checkpoint on October 7

Mashhadani's pregnant wife, four children and three brothers. He was buried October 9.

"Our staff members in Iraq are really risking their lives everyday to do the badly-needed humanitarian work that the country desperately needs," said Khalil Jassemin, the charity's chief executive. "In the end, Abdul-Sattar paid the ultimate price. He will be greatly missed."

FBI agents assigned to a terrorism task force searched Life's Southfield offices on Sept. 18, seizing computer servers, donor records and other financial documents. They also searched the homes of the charity's chief executive, an ex-employee and two board members.

No charges have been brought in the case. Life has sought to reassure the Detroit area's Muslim community that it is legal to donate money to the organization, which was founded in 1992 by Iraqi immigrants

# Jarir Bookstore
www.JarirBooks.Net

Our unique selection includes Arabic & English

Are you looking for:
- History, Poetry, Islamic Education, Arabic Literature
- CDs with individual Surahs of the entire Quran
- DVDs to educate or just to entertain
- Decorative items including beautiful calligraphy for your home or office
- And some items directly from the Islamic & Arabic world

That we invite you to browse our website or visit our store located off of Brookhurst & Katella

1-877-88-JARIR

11107 Brookhurst St. Garden Grove, CA 92840 Tel: (714) 539-8100

Southern California InFocus    **INTERNATIONAL**    November 2006  **11**

# Israel Used Phosphorous Bombs in Lebanon

By Ramzi Plushnick-Masti
Associated Press

The Israeli army used phosphorous artillery shells against Hezbollah guerrilla targets during their war in Lebanon this summer, an Israeli Cabinet minister said October 29, confirming Lebanese allegations for the first time.

Until now, Israel had said it only used the weapons — which cause severe chemical burns — to mark targets or territory, according to Israeli media reports. The Geneva Conventions ban using white phosphorous against civilians or civilian areas and Israel said the weapons were used solely against military targets.

Cabinet Minister Jacob Edery said Israel used the weapons before an Aug. 14 cease-fire went into effect, ending its 34-day war against Hezbollah. Edri's spokeswoman Orly Yehezkel said he was speaking on behalf of Defense Minister Amir Peretz.

"The Israeli army holds phosphorous munitions in different forms," Edri said. "The Israeli army made use of phosphorous shells during the war against Hezbollah in attacks against military targets in open



*Minister Jacob Edery admitted Israel used Phosphorous bombs in Lebanon*

ground."

The Lebanese government accused Israel of dropping phosphorous bombs during the war. Edri did not specify where or against what types of targets the shells were used.

White phosphorous is a translucent wax-like substance with a pungent smell that, once ignited, creates intense heat and smoke.

The United States acknowledged last year that U.S. troops used white phosphorous as a weapon against insurgent strongholds during the battle of Fallujah in November, 2004, but said it had never been used against civilian targets.

Israel is a signatory to the Geneva Conventions. The Israeli military said in July its use of weapons "conforms with international law" and it investigates claims of violations based on the information provided.

Overall, more than 1,200 civilians were killed on both sides during the conflict, which started with Hezbollah's kidnapping of two Israeli soldiers in July.

Israel has been accused of firing as many as 4 million cluster bombs into Lebanon during the war, especially in the last hours before the cease-fire. U.N. demining experts say up to 1 million cluster bombs failed to explode immediately and continue to threaten civilians.

On October 29, a cluster bomb exploded in a southern Lebanese village, killing a 12-year-old boy and wounding his younger brother, security officials said. At least 21 people have been killed and more than 100 wounded by cluster bombs since the end of the war, the U.N. Mine Action Center said.

---

# Bangladeshi Bank Wins Nobel Prize

Aljazeera

The Nobel peace prize has been jointly awarded to the economist Muhammad Yunus and the bank he founded, which provides loans to the rural poor of Bangladesh.

The Grameen bank and its creator were praised by the Nobel committee for their efforts to help "create economic and social development from below" in their home country by using innovative economic programs such as micro-credit lending.

"Across cultures and civilizations, Yunus and Grameen Bank have shown that even the

poorest of the poor can work to bring about their own development," the Nobel committee said in a statement.

"Lasting peace cannot be achieved unless large population groups find ways in which to break out of poverty. Micro-credit is one such means," the statement said.

Yunus himself told Norway's NRK public television that he was "delighted, really delighted."

"You are endorsing a dream to achieve a poverty-free world," he said.

The 65-year-old economist said he would use part of his share of the award money to create a company that would make low-cost, high-nutrition food for the poor and the rest would go toward setting up an eye hospital for the poor.

Yunus has drawn praise for giving loans to poor Bangladeshi women which help pull them out of poverty.

Grameen Bank, which was founded by Yunus in 1976, provides credit to "the poorest of the poor" in rural Bangladesh, without any collateral, according to its website.

Loans average about $200 and go towards buying items such as cows to start a dairy, chickens for an egg business, or cell phones to start businesses where villagers who have no access to phones pay a small fee to make calls.

As of May 2006, it had 6.61 million borrowers in 71,371 villages, 97 percent of whom are women, the website says.

Grameen, which means rural in the Bengali language, says it encourages social responsibility. The results are hard to argue with — the bank says it has a 99 per cent repayment rate.

The Nobel prizes, an international award administered by the Nobel Foundation in Sweden, are awarded for achievements in

## Micro-credit Helps Egyptian Women

Thousands of poor Egyptian women are benefiting from a partnership between the bank founded by Nobel peace prize-winning Bangladeshi banker Muhammad Yunus and a local credit organization.

Hanaan Rashad, an Egyptian worker in Cairo's poorer quarter, is one of many who have managed to make a difference in their own lives...

physics, chemistry, physiology or medicine, economics, literature and for peace.

**12** November 2006     INTERNATIONAL     Southern California InFocus

# Musharraf Defends Pakistan School Attacks

News Agencies

Pakistan President Pervez Musharraf defended the October 30 army action against an Islamic school which killed 80 alleged terrorists, as Islamists across the country protested what their top leader called "the unpardonable crime."

Musharraf told an international gathering in Islamabad that anyone saying those killed in the airstrike on the madrassa were innocent "is telling lies."

"They were all militants. They were doing military training there. We were working on them for last six, seven days and we know who they are and what they were doing," the president said.

Thousands of Pakistanis protested the missile strike in several rallies on October 31. Speakers declared it was a U.S.



Leaders and activists of a political party protest in Hyderabad against the air strike on a seminary in Bajaur.

attack, with Pakistan participating in the operation in order to hide the Americans'

role.

US television channel ABC News reported that a US Predator drone had fired the missiles that destroyed the Chenagai madrassa in Bajaur tribal region, which borders Afghanistan's

The NWFP Assembly set aside routine work on Tuesday to debate the attack on madrassa. Some speakers alleged that the US carried out the attack to sabotage the peace deal with the Bajaur tribes.

They rejected Musharraf's claim that the school was being used for terrorist training. No arms were recovered from the destroyed madrassa, they pointed out. Even if those inside were identified as terrorists,

as claimed by Musharraf, they should have been taken into custody and prosecuted in courts of law, provincial lawmakers said.

The White House said that it supported Pakistan's deadly air raid on an Islamic school and praised President Pervez Musharraf for showing "determination" to fight terrorism.

"There was a strike and it was intended to go after Al-Qaeda. And the Pakistani government did it on the basis of intelligence that it had gathered and we support them in this," said spokesman Tony Snow.

Human Rights Watch and Pakistani politicians meanwhile called for an independent probe into claims that the 80 people who died in Monday's strike in Bajaur tribal agency were all students and teachers.

---

# Eid in Europe

## Happy 'Eid for Spanish Muslims

By A-Amin Andalusi, IOL Correspondent

'Eid Al-Fitr was a bit different this year for Spanish Muslims after two years of police arrests, vile media campaigns and suspicious looks from fellow Spaniards.

The government seems ready to turn a new leaf in its relations with the Muslim minority, deciding to allocate cash for the main representative Muslim body on par with Christians and Jews.

The decision: put on ice since 1992, is expected to enter into force in 2008, according to ABC newspaper.

Though is it not clear how much the government would set aside for Muslims, the move is a significant goodwill gesture towards much stereotyped Islam, the second religion in Spain after Catholic Christianity.

Spain has a Muslim minority of about 800,000 people out of a total population

of 40 million.

Unlike in the past few years, Spanish media objectively covered Muslim activities during the last days of the holy fasting month of Ramadan.

Reporters and editors left their desks and interviewed Muslims in areas with dense Muslim population to convey untwisted facts about Muslims to fellow countrymen.

Some TV channels have also aired short documentaries on preparation for 'Eid Al-Fitr, one of the two most important Islamic celebrations, together with 'Eid Al-Adha.

## French Dwarfs Arabic in 'Eid Greetings

By Hadi Yahmid, IOL Correspondent

"Bonne Fete" (Happy 'Eid) has become the favorite 'Eid greeting for the second and third generations of French Muslims, eclipsing traditional Arabic ones used by their parents and grandparents.

"It is obvious from the outpour of best wishes I have received that French greetings like "bonne fete" have replaced



Cordoba Mosque in Spain

traditional ones like the Algerian 'Sah 'Eidek' (May God bless your 'Eid)," Murad Allani, a Muslim activist, told IslamOnline.net on Monday, October 23, the first day of 'Eid Al-Fitr in France.

Though the Arabic world 'Eid has entered the French lexicon and is used by politicians to wish Muslims a happy feast, "bonne fete" has become the favorite among the younger generations.

There are approximately 900,000 French

of Moroccan background and 500,000 of Tunisian origin. The rest of the sizable Muslim minority hails from Turkey, Pakistan, India and South East Asia.

## 'Eid Comforts Italian Muslims

By Hadi Yahmid
IslamOnline.net

The three-day 'Eid Al-Fitr brought a long-lost smile to the faces of many Italian Muslims who have had a very hard time with rising Islamophobia in the southern European country.

"We are resolved to leave beyond continuing media onslaughts against Islam and enjoy the 'Eid," Ali Abu Cehwaima, the director of the Islamic Center in Milan, north of Rome, told IslamOnline.net.

"All Muslims in Italy should use 'Eid to wash away their problems." Italy has a Muslim population of some 1.2 million, including 20,000 reverts, according to

Terrorism, violence, Islam and Muslims have been making headlines recently in Italy.

La Stampa newspaper ran a story on Friday, October 20, on the new controversial movie "Propaganda" by Gianfranco Fini which associates Islam with violence.

Publishing a report on the arrest of Pakistani currency smugglers, the local Epoca Milano used a photo of a praying Muslim to run with the story.

---

شركة الدلالي    جميع أنواع التأمينات
جميع أنواع الأعمال العقارية

**Worker's Comp**
**Business General Liability**
**714-956-2222**

التأمين على السيارات والمنازل والصحة
**AUTO, HOME, BUSINESS, HEALTH**



*Aisha's Main Objective Beauty Salon*

**Auto Accidents**
**Medical Malpractice**
**Theft Offences**
**Assault & Battery**
**DUI & DMV**
**Immigration**

**MASHNEY**
**LAW OFFICES**

(714) 535-5090
(888) 656-3678

www.MashneyLaw.com    Trust@MashneyLaw.com
501 NORTH BROOKHURST STREET, SUITE 306, ANAHEIM, CA

