# Dubai Tours Offer Positive View of Islam

By Jim Krane
Associated Press

With tensions high between the Western and Islamic worlds, Dubai's leaders are trying to help with an unusual new form of tourism in this Gulf Arab boomtown best known for shopping and sunbathing.

Dubai's leader, Sheik Mohammed bin Rashid Al Maktoum, is funding mosque tours for Western visitors that aim to clear up misconceptions about Islam, especially that the religion condones violence. The ultimate goal is defusing strains between Muslims and Christians that rose after the Sept. 11, 2001 attacks in the United States, and the war in Iraq.

The hope is that tourists can spread understanding of Muslims in their home countries.

"They are our messengers," said Abdallah bin Eisa al-Serkal, a 40-year-old real estate salesman who moonlights as director of the Sheik Mohammed Center for Cultural Understanding.

The tours of Jumeirah Mosque have grown over a decade from irregular gatherings of a dozen people to five-times-weekly tours of a hundred or more.

Now, the government-linked center wants to expand inside the United Arab Emirates and beyond with an eye on the more than 1 million Westerners, mostly Europeans, who visit every year.

It has budgeted $2.7 million for a multimedia center devoted to Islam and Arab culture at the mosque. The center is also expanding tours to seven more mosques in Dubai and Abu Dhabi, capital of the Emirates.

On a recent Sunday, about 100 Western tourists reclined on perfumed carpet under the soaring dome of the Jumeirah Mosque to listen to al-Serkal describe the beliefs of 1.6 billion Muslims, with references to common themes in Judaism and Christianity.

Jumeirah Mosque, Dubai

He explained the idea behind Ramadan fasting — sacrificing things you like — and demonstrated Muslim prayer technique: standing, bowing, kneeling, sitting and then pressing his forehead to the carpet.

Then he revealed the contents of his prayers. Standing, he cleared his mind of anything related to work. Kneeling he recited a bit of the Quran. Prostrate, he whispered "glory to God in the highest." And sitting he prayed for his parents.

Tourists had plenty of questions, asking about the differences between Sunni and Shiite sects, and between Christianity and Islam, as well as Islam's problem with violent extremists. Two of the 19 hijackers in the Sept. 11 attacks were from the Emirates.

Briton Steve Smith, 53, who works for the London Underground train system, said al-Serkal's message didn't explain how suicide bombers could use Islam in 2005 to justify killing 52 commuters.

"This message is all peace and happiness. As an English person I see the bad side of it. How can you equate one with the other?" Smith asked.

Al-Serkal said Muslim lands suffer from extremist "psychos and crazy people."

It isn't just tourists who seek answers about Islam in Dubai. The Jumeirah mosque recently hosted 160 U.S. Navy sailors and an American businesswomen's group.

The center has managed to turn its Ramadan fast-breaking dinners into a vogue event for Western diplomats and dignitaries.

Eventually, the center wants to open branches in Europe and North America. Al-Serkal stressed that he wants only to improve the West's view of Islam, not chase converts.

Al-Serkal's message did make some headway. Belgian Lode De Busscher, 48, and his Slovak wife Zdenka Ochodnicka, 33, said they now questioned their "very negative" opinions of Muslims in Belgium.

Ochodnicka said she was scared when arriving in Dubai seeing women veiled and men in traditional Arab robes. After a few days, she realized Dubai was safe and that her negative impressions stemmed from television.

"When anything is Muslim, it's automatically negative," Ochodnicka said. "Maybe it shouldn't be that way. That's why I'm glad I came here. Now I'm open to this."

For more information on the Sheik Mohammed Center, visit http://www.cultures.ae/index.php

# Somalian Leader Urges Ethiopia Revolt

By Mohamed Olad Hassan
Associated Press

A senior leader of the Islamic group who control much of southern Somalia urged people in neighboring Ethiopia on October 23 to revolt against their government, calling it an oppressive regime led by an unpopular minority group.

Sheik Hassan Dahir Aweys

Tensions between Ethiopia and the Islamic group have been mounting in recent months with reports that Ethiopian troops have entered Somalia to support the country's weak government. So far they have avoided direct clashes, but the rhetoric on both sides has been fiery, raising fears of a conflict that could engulf the Horn of Africa region.

"I dare you to come and fight us. Do not just run," Islamic leader Shaikh Hassan Dahir Aweys said in a challenge to Ethiopia. He was addressing thousands of Somalis gathered in the capital, Mogadishu, to celebrate the end of the fasting month of Ramadan.

"We urge Ethiopian people, who are not part of this aggression against Somalia, to revolt against and remove the oppressive regime led by (Ethiopia Prime Minister) Meles Zenawi," a senior Islamic leader, Shaikh Sharif Shaikh Ahmed, said at the same event.

Somalia's Islamic leaders made similar calls in other towns, threatening to drive Ethiopian forces from Baidoa, the only town the Somali government controls, about 150 miles from Mogadishu.

Ethiopia, whose population of 77 million is nearly half Muslim, is fearful of a fundamentalist state developing next door. It consistently has denied that its forces are in Somalia, but Meles acknowledged October 26 that his troops were training Somali government forces.

Eritrea, which fought a border war with Ethiopia that ended in 2000, is accused of providing military support to the Islamic group.

Aweys' comments came as Somali government troops withdrew from Bur Haqaba, a strategic hilltop town they had taken over with the help of Ethiopian troops two days earlier, a resident said.

Islamic officials said they re-entered the town Monday morning after the government forces had pulled out. Militia leader Mohammed Ibrahim Bilal said an Islamic court would be established there and the town would become one of his movement's biggest bases.

One government soldier who remained was shot and killed by the militia, resident Ahmed Osman told The Associated Press by telephone. Officials were not immediately available to comment.

Somalia has not had an effective national government since 1991, when warlords overthrew dictator Mohamed Siad Barre and turned on one another, throwing the country into anarchy. The current government was formed in 2004 with U.N. help in hopes of restoring order.

# Bin Mahfouz Libel Rulings Boost Saudi Confidence

By Siraj Wahab
Arab News

A Saudi banker's name has been cleared after a book accused him of funding Al-Qaeda.

Banker Khalid Bin Mahfouz received an unqualified apology and substantial damages from Jean-Charles Brisard and Guillaume Dasquie who alleged in their 2001 book, "The Forbidden Truth," that he had funded Al-Qaeda. The book is now set to be withdrawn from sale worldwide.

"Ever since Sept. 11, 2001, Saudi and Muslim businessmen have been under intense attack from upstart Western writers who, passing themselves off as international terrorism financing experts, have been dishing out all kinds of nonsense in the name of journalism. This verdict will serve as a kind of deterrent to would-be mudslingers and character-assassins," said an ecstatic Jeddah-based businessman. "We can fight back and we should."

TRUTH
The 2001 bestseller will been taken off the stands for libeling a Saudi banker

Judges in the UK and Switzerland found that in the book Brisard and Dasquie had defamed Khalid Bin Mahfouz and his son, Abdul Rahman Bin Mahfouz. Upon publication, the book received huge publicity and rave reviews. Brisard published additional allegations in a 2002 report, "Terrorism Financing," which he submitted to the United Nations.

In in a written apology to the Bin Mahfouz family, the authors said, "As a result of what we now know, we accept and acknowledge that all of those allegations about you and your families, businesses and charities are entirely and manifestly false."

This is perhaps the first time that a non-fiction book has been withdrawn from sale because of falsehoods.

Khalid Bin Mahfouz was formerly the chairman of the National Commercial Bank (NCB), which his father, Salem Bin Mahfouz, founded in the 1950s. Salem Bin Mahfouz was a Saudi entrepreneur who rose from being a smalltime money changer to becoming the founder of the leading Saudi bank.

ORANGE COUNTY'S CARGO VAN HEADQUARTERS
FAM VANS
CHEVY ASTROS, CHEVY SAVANNAH, FORD VANS, FORD CLUB WAGONS, ISUZU NPRS AND MANY MORE!
CHEVY ASTRO
FORD CLUB WAGONS
VISIT OUR NEW VAN HEADQUARTERS! MORE VANS FOR MORE CHOICES
VAN HEADQUARTERS
10870 Kalama River Rd.
Fountain Valley
@ The 405 & Euclid
next to Fry's
(714) 274-1144

## YOUTH POLITICS
FROM PAGE 1

and humane organizations, is attracting impressive and ambitious youth that genuinely aspire to make a difference.

Asma Gheyoub, community outreach coordinator for the D.C. office of the Council on American-Islamic Relations (CAIR) said that she has definitely seen more involvement from Muslim youth in the past five years. "My generation of over 50 years of age is just now seeing the value of voting and of participating in our communities, but the youth today are well aware of their responsibility and are working hard already."

Shafiyah Ghori, 25, the D.C. program director for MPAC, the Muslim Public Affairs Council, said that she enjoys the "political atmosphere" of the city. "There are excellent opportunities for Muslims to get involved in government. It is great that our community is producing more and more young people who want to make a difference on the governmental level."

Influenced by 9/11, Ghori chose to attend law school. "After 9/11, I realized the need for Muslim lawyers and activists, and understood that a legal education would equip me with the skills to make a difference for the Muslim community. We as Muslim Americans are not aware of our rights. By studying law, I feel like I can contribute more towards establishing an American Muslim identity."

More young Muslims like Ghori are realizing that they have a responsibility to fulfill.

Aamin Al-Sarraf, 22, a resident of Los Angeles, grew up immersed in politics and is an innate activist. He came to D.C. to pursue his undergraduate degree at George Washington University and obtained internships with MPAC and with the United States State Department at the Office of Israeli and Palestinian Affairs.

Al-Sarraf's experiences alone delineate the need for more Muslim involvement in political and social issues. He recounts that his meetings on the Hill were trying because a trust had to be built. "They didn't have personal contact with Muslims so they had no idea who Muslims were."

Fortunately, Muslims who arrive in D.C. today meet with their counterparts from all over America. Now, Friday afternoon prayers are held on the Hill and Muslims can easily connect with other Muslims through the Muslim Student Network (MSN) or through the local universities' Muslim Student Associations.

The presence of more young Muslims in offices has also proven to be beneficial in terms of visibility and influence.

Arshi Siddiqui, 39, is Counsel to House Democratic Leader, Congresswoman Nancy Pelosi for the Ways and Means Committee, one of the most powerful committees on the Hill. Siddiqui serves as Pelosi's point person and helps form democratic positions on tax and trade issues as well as health care and social security. She shared that her work is for a greater good and that there are moments when she knows that she is influencing and shaping something.

Another notable young Muslim is Assad Akhter. Akhter, 25, has been working on Capitol Hill for three years and wishes to run for office one day. He works for Representative Bill Pascrell from New Jersey whose constituent pool is made up of the second largest Muslim community in America. Akhter has had the opportunity to work on many community concerns, such as immigration and holiday accommodations.

*Dina Duello is the current field representative of Congresswoman Lorretta Sanchez*

Akhter is also vice-president of the Congressional Muslim Staffers Association, a congressionally recognized group whose mission is to educate Capitol Hill on Islam. The one-year old association has held a screening of Legacy of a Prophet after the cartoon controversy earlier this year and hosted an event with a professor from the Navy War College on the misuse of words like "jihad."

The Association has garnered positive reception from non-Muslims and has accrued attention from the *New York Times*, the *Boston Globe*, and the AP.

The MSN is also a growing vehicle for young Muslims to tap into D.C. while examining their identity and faith and focusing on contributing to American politics.

Aydan Kalyoncu, 60, the Executive Director of the Muslim Public Service Network (MPSN) in D.C. explained that MSN is a summer internship program designed to encourage and support Muslim college students interested in policy-oriented internships in Washington D.C. MPSN is the successor organization created in 2005, which supports American Muslims who want to study and work in the public service and policy arenas.

"We definitely need more Muslims involved in the political process, but what we also need are well educated Muslims who understand US policy and who are networked with policy-makers and legislators," Kalyoncu pointed out.

Young Muslims are also coming to D.C. through training and leadership programs. KARAMAH, a US based charitable and educational organization of Muslim women lawyers that focuses on the domestic and global issues of human rights for Muslims, has been providing a three-week leadership program for Muslim women for the past four years.

A lot of the participants in this program were not necessarily interested in politics, but more into social work and human rights. Musarrat Yusufani, 24, applied for the program because she wanted something that would increase her awareness about current issues as well as simultaneously learn the Islamic basics.

Both MSN and KARAMAH stress the importance of leading a life in a political and social field that is conducive with Islam

While opportunities are slowly surfacing for upcoming Muslim generations, contemporary challenges are still at bay.

The Muslim community at large lacks understanding in encouraging youth to consider a career in political or social work.

"The community can definitely help by providing more support to students. The only way Muslims can truly assimilate into the fabric of America is by creating an identity that is integrated into all parts of American society. We need Muslim journalists, Muslim news anchors, Muslim artists, Muslim architects etc.," said Ghori.

More often than not, parents tend to be wary of a career in the political and social field. Many mentioned that their parents are supportive, but that they really don't understand the scope of the work that they do and would have preferred if they had chosen another career route.

While finding work in the political and social field is not easy, Al-Sarraf assured that "if you pound the pavement long and hard you will find something."

As America observes the five-year anniversary of 9/11, many say that Muslims need to evaluate the advances made in improving relations with the surrounding American public and with governmental representatives.

"It is imperative that Muslims be engaged in a visible and effective way. Otherwise, they will have no right to complain for the loss of their rights and liberties," said the Dean of Saginaw Valley State University's College of

SEE YOUTH POLITICS / PAGE 17

UNITED AMERICAN OIL CO., INC.
(626) 812-0167
TOTAL
TOP OF THE AUTOMOTIVE LINE
MOTOR OIL PRICES PER GAL/BULK

| | |
|---|---|
| ATF | $5.88 |
| 10W-40 | $5.88 |
| 10W-30 | $5.88 |
| 20W-50 | $5.88 |
| 5W-30 | $5.88 |
| 5W-20 | $5.88 |

Prices do not include any fees
DIESEL OIL • SYNTHATIC OIL
HYDRAULIC FLUID, ANTI-FREEZE, GEAR OILS, AND DEGREASERS
FAX: (626) 812-9398 P.O. BOX 2961, COVINA, CA 91722
PRICES SUBJECT TO CHANGE WITHOUT NOTICE

## TV IN THE HOME

FROM PAGE 1

Muslim woman in Covina, does not agree that television is all that bad. "I watch Discovery and History channels as well as the Arabic channels," Ascha said. "My younger brothers only watch children programming." Ascha added that her parents set limits to what she and her three brothers can or can't watch. With Arabic satellite hooked up, they find that watching television keeps them in touch with their cultural heritage. Ascha argued that with the rating system in place, people do get advance warning about what they are about to watch.

Jennifer Kabir provides alternatives to TV watching for her two kids.

Shaikh Yassir Fazaga, Imam of Mission Viejo mosque, characterized television as being a tool that can be used for either good or evil. "It's like a knife," he said, "You can use it for cooking or you can use it to kill people. What we do with it determines whether it's *halal* (lawful) or *haram* (unlawful)." Fazaga pointed out that television has some positive programming as well as negative ones. What we decide to watch determines how we intend to use television.

However, Imam Muhammad Al-Shareef, founder of Khutbah.com, argues that parents cannot always monitor their children's television habits. "95% of parents with children aged 8 and over don't monitor the viewing material," he said. "Besides, what happens if the parent dies on the way to work one day, and the children inherit the TV?" Al-Shareef also recalled the verse in the Qur'an that says, "Tell the believing men to lower their gaze (from looking at forbidden things), and protect their private parts (from illegal sexual acts). That is purer for them" (Qur'an 24:30). He asks, "How do we reconcile these verses with the television that assaults our eyes with haram almost every second that it is on?"

Experts may be more in agreement with Al-Shareef than with proponents of restrictive viewing. Jon P. Barns, psychiatrist and child expert, said that research has shown that, "children who consistently spend more than four hours per day watching TV are more likely to be overweight." Moreover, he indicated that kids who view violent events, such as a kidnapping or murder, are also more likely to believe that the world is scary and that something bad will happen to them.

Barns added that research also indicates that TV consistently reinforces gender-role and racial stereotypes. "Experts agree that it's so important for parents to monitor the content of TV programming and set viewing limits to ensure that children do not spend time watching TV that should be spent on other activities, such as playing with friends, exercising, and reading," he said.

Sarah Ascha and her siblings catch some TV time after school. Sarah says that her family practices controlled TV viewing.

Nour Mattar, a 29-year-old business proprietor and wife Yasmin Bhuj, a 29-year old engineer, are parents of one child who exemplify the veracity of the research. Both said that they have a very productive lifestyle without television. "There is more time to read, worship, and develop other skills, whether it be physical, through sports, intellectual or craft-based," said Mattar. "I was shocked by how much I missed out on life when I was addicted to television," Bhuj added. However, that habit was interrupted a few months ago when World Cup came into the scene. Being soccer fans, the Mattars decided to get a television set. Straying from their no-television vows was not without cost. "All of a sudden, we went back to being couch potatoes. We started watching regular television when the games were not on," Bhuj said. "Once we realized that, we got rid of the television set as soon as World Cup was over."

Another cause for concern with television that should leave parents alarmed, according to experts, is advertisements. According to the American Association of Pediatrics (AAP), children in the United States see over 40,000 commercials each year. From junk food and toy advertisements during morning cartoons to the promos on the backs of cereal boxes, marketing messages flood children of all ages. And to children, all that glitters is gold. They view these alluring products as something they simply have to have.

Children under the age of 8 years are unable to understand the meaning of commercials and therefore fall easily for their allure. Children 6 years and under are unable to distinguish program content from commercials, especially if their favorite character is promoting the product.

Experts say although it is nearly impossible to eliminate all exposure to commercial messages, parents have the option of turning off or at least restricting their children's watching time. Another cause for worry, experts argue, is commercials that depict risky behaviors such as sex and substance abuse as cool, fun, and exciting. These commercials often ignore the consequences of drinking alcohol, doing drugs, smoking cigarettes, and having premarital sex.

Studies have demonstrated that teens who watch a lot of sexual content are more likely to engage in sexual activity earlier than peers who do not.

Yasmin Bhuj and Nour Mattar with baby Omar recommend watching educational programs such as Harun Yahya's videos available online.

Also, more underage children are being exposed to alcohol ads, and although cigarette ads are banned on television.

SEE TV IN YOUR HOME • PAGE 17

## DISCRIMINATION

FROM PAGE 1

in Islamophobic rhetoric that has flooded the Internet and talk radio in the post-9/11 era."

CAIR intervened in the case of the Dell employees who were denied time for prayers. After meeting with Dell, the mostly Somali employees were reinstated, received back pay, and granted religious accommodation. The settlement also called for managers to receive additional training on existing religious accommodation policies and practices.

The Dunkin' Donuts employee in Wilmington is now allowed to wear her headscarf to work. The incident occurred after the employee, a new convert to Islam, requested permission to wear the scarf. Her request was denied and she was allegedly threatened with termination. Like many cases, the incident was resolved after CAIR's Civil Rights Department contacted the company explaining the law that states that employees must provide reasonable religious accommodation in the workplace.

**Post-September 11 America**

Following the events of September 11, the Equal Employment Opportunity Commission devoted a section on employment discrimination against people who are or are perceived to be Arab, Muslim, Middle Eastern, South Asian or Sikh. Since Sept. 11, 2001, over 1,000 charges were filed with the EEOC under Title VII alleging post-9/11 backlash employment discrimination against individuals who are, or are perceived to be, Muslim, Arab, Afghani, Middle Eastern or South Asian. Though the EEOC statistics show a decrease in the number of workplace discrimination complaints since 2002, the difference may suggest a hesitance by many Muslims to report such incidents to a government agency.

Abdellatif Hadji filed an EEOC suit on August 31 against the Albion River Inn in Mendocino County, Calif., where he worked as manager. Hadji was fired after he opposed a customer's harassment of himself and of an Arab waiter from Tunisia under his supervision. The EEOC's investigation found that after Hadji protested the customer's harassment of the waiter, the customer turned on him, saying, "If you don't like it, why don't you go back to your country?" and "I fought two wars to get rid of people like you!"

EEOC San Francisco District Director Joan Ehrlich said the comments made by the customer to Hadji and the waiter "reflect the climate of fear and hatred that has increased after the September 11 attacks." She said litigation of cases like the one involving Hadji, "will, we hope, prevent future situations."

The EEOC filed the suit after attempting to reach a voluntary settlement through conciliation. The suit seeks monetary damages, training on anti-discrimination laws, and other injunctive relief.

"What my employer did to me was wrong," Hadji said in a statement. "All I was trying to do was to protect my staff from racial harassment. Instead of standing up for me, my employer fired me because I wouldn't apologize to the customer!"

Title VII of the Civil Rights Act of 1964 prohibits employers from discriminating against individuals based on their religion in hiring, firing, and other terms and conditions of employment. Title VII covers employers with 15 or more employees, including state and local governments, according to the EEOC.

**What's in a Name?**

Marwa Hassan (first name has been changed) said she's always wary when she sends out resumes for jobs. Hassan, who has a graduate degree and work experience in educational research, said she is always well-liked in interviews. But her last name can sometimes work against her.

"Sometimes you really know you are qualified enough to at least get an interview. So, when you don't, you start wondering 'are they just stopping at my name?'" said Hassan. "I always imagine the person getting the job as a Jim or Jennifer."

A nonprofit group called Discrimination Research Center wanted to find out if names really do make a difference. They sent approximately 6200 resumes to temporary employment agencies throughout California. The 20 different resume types were distributed equally among male and female job applicants with identifiable Arab American/ South Asian, Latino, African American, Asian American or white names. Resumes listed comparable education, experience and computer skills for administrative and office jobs. Arab American/South Asian job applicants received significantly fewer responses than any other race or ethnicity. The name Heidi McKenzie received the highest response rate of all applicants at 36.7%, while the name Abdul-Aziz Mansour received the lowest response at 23%.

The report concluded more civil rights law enforcement, and public and community education on worker and employer rights and responsibilities needs to occur. It went further, adding, "Periodic audits of employer hiring practices by industry associations and the companies themselves are also vital if the nation is going to eliminate barriers to equal employment opportunities and professional advancement."

**Sensitivity Training**

Cindy Wigglesworth is owner and founder of Conscious Pursuits, an organization that focuses on integrating spirituality and work. She coordinates with companies on how to religiously accommodate their employees. "Muslim employees are especially of concern because many Americans are suspicious of all Muslims since 9/11," said Wigglesworth. "A little knowledge diffuses a lot of [that] fear."

Wigglesworth said that religion in general is frightening for many companies. They are afraid of proselytizing in the workplace, which could in turn lead to lawsuits.

Wigglesworth works with companies by first trying to reduce the fear by increasing understanding of the major faith traditions, their commonalities, and "the good they are all trying to create in their most noble forms." Then she discusses what is actually needed versus what is desired (such as a private space for prayer vs. a private dedicated Islamic prayer hall). She said in the real world Muslims pray wherever they are so this does not have to be a large expense for the company and can easily be accommodated. She reminds clients that the "tradition of taking off on Sabbath goes back to Jewish and Christian times and has long been accommodated in our workplaces virtually without thought." She also emphasizes that accommodation needs to come from both sides and should be discussed before taking the issue to outside parties.

"This isn't opening a Pandora's box, which is what many people fear," said Wigglesworth. "It is actually a healthy way of addressing issues that human beings need to have addressed. We'll have much healthier workplaces as a result."

**Muslim Lawyers On the Rise**

Among the American Muslim community, workplace discrimination and other civil rights issues since 9/11 have sparked greater interest in law. The National Association of Muslim Lawyers, which began in 1996 with 20 members, now has over 500. The interest in law comes at a time when American Muslims have experienced some of the worst civil rights abuses in their history. As a result, many Muslim lawyers and law students are giving back to their communities.

*Marwa Elzankaly, President of Bay Area Association of Muslim Lawyers (BAAML).*

"Traditionally, members of our community did not go into law, so our community is not very legally sophisticated and that makes us a prime target for workplace discrimination and harassment by law enforcement," said Marwa Elzankaly, President of Bay Area Association of Muslim Lawyers (BAAML).

Sajid Khan is a third year law student attending UC Hastings College of the Law. He wanted to attend law school because he views it as a means to continue in the tradition of social change and minority empowerment set out by well-known figures like Malcolm X, Martin Luther King Jr., and Thurgood Marshall.

"I wanted to represent the under-represented, and support disadvantaged and discriminated against communities, specifically minority and Muslim groups, and the law was the best path for this ambition of mine," Khan said.

Groups like BAAML have been exceptional resources for their local communities. After 9/11, BAAML teamed up with CAIR to conduct several "Know Your Rights" presentations at local mosques and community centers. The presentations were given by three attorneys and cover immigration, employment discrimination, and FBI investigations.

"The attorneys usually discuss current issues facing Muslims today, so, for example, we talk about how to handle a situation where an FBI agent comes knocking or calls," said Elzankaly. "Or in the employment arena, we talk about what is considered workplace discrimination, how to handle such a situation, issues of workplace accommodation, etc."

BAAML has worked with the ACLU and the NLG to provide community members with referrals for attorneys to contact, particularly attorneys who can handle work on a pro bono or reduced fee basis.

"This work is important post 9/11 because our community has never had to deal with these legal issues on such an intense level," said Elzankaly.

CAIR publishes a booklet called "An Employer's Guide to Islamic Religious Practices." The booklet is designed to assist employers in formulating and implementing policies to help foster a culturally sensitive workplace environment. To obtain a copy, visit: www.cair.com.

## YOUTH POLITICS

FROM PAGE 17

Business and Management, Dr. Marwan Wafa, 48. "I hope to see in my lifetime American Muslims as Senators, Representatives in Congress, Supreme Court judges and leaders of think tanks in D.C."

A generation of youth are rolling up their sleeves and getting their hands dirty - penetrating the American system and working for justice. More Muslims are stepping up to bat to get their voices heard. As Al-Sarraf eloquently said, "We are at an infant stage and the people getting involved now will be our future leaders."

Dina Dwella, a second generation Lybian who serves as field representative for Congresswoman Loretta Sanchez sees eye-to-eye with Al-Sarraf. "One thing we are lacking is Muslims in this field," said Dwella. The recent Chapman University graduate believes it's very important for the Muslim community to step up and take on more responsibility in the political arena.

"It's our responsibility and we have to start at any level possible, so long as we get our voices out there." Dwella also thinks it's the youth's responsibility to be a good example of moderate Islam by getting involved and showing people what Muslim values and Islam are about. "I'm seeing more kids at the university level majoring in political science and getting involved," she said.

Although it is more typical of first generation Muslim immigrants to encourage their offspring to pursue an education in engineering and medicine, Dwella said her parents have always been supportive of her love for debate and political involvement.

With the growing understanding of the importance of involvement of Muslims in the political arena, Dwella said "we should expect more Muslim staffers and more Muslims working in non profit organizations." "It is important not to give up even if one starts from entry level... There's definitely room for growth in the political world." Dwella believes that Muslims will eventually hold a place since Islam is the fastest growing religion in the United States.

"Muslims need to mobilize and have a voice," Dwella said. "We need to have a mechanism to get the word out about the different possibilities and opportunities available in this country," she said. Muslims tend to not know many of the possibilities granted to them within the United States.

## TV IN THE HOME

FROM PAGE 16

kids and teens are routinely exposed to "product placement" in movies and television shows that make smoking and drinking alcohol acceptable behavior. In fact, children who watch 5 or more hours of television per day are far more likely to begin smoking cigarettes than those who watch less than the suggested 2 hours a day.

"Violence is another concern for children who watch too much television," said Barns. "By age 18, the average American child would have watched over 200,000 violent acts on television." Barns indicated that TV violence sometimes begs for imitation because violence is often promoted as a fun and effective way to get

The images children absorb can also leave them traumatized and vulnerable. According to research, children ages 2 to 7 are particularly frightened by scary-looking things like grotesque monsters. "Simply telling children that those images aren't real won't console them, because they can't yet distinguish between fantasy and reality," Barns said.

Additionally, children aged 2 and under should strictly not be exposed to television. The first 2 years of life are especially important in the growth and development of a child's brain. During this time, children need good, positive interaction with other children and adults. Exposure to television can negatively affect early brain development.

Rania Naeem and her husband

their children at such an early age convinced them that strictly monitoring their children's TV time would protect them from the evil that comes their way through the tube. While Jennifer Kabir and Yasmin Bhuj's families support the idea of a television-free household, many Muslim families would find it hard to get rid of something their children cannot seem to live without. The alternative, according to the Matters, is to rent or buy DVDs that have films or programs suitable for children without the commercial junk, such as those made by Harun Yahya (www.harunyahya.com). Kabir agrees, but contends that, "children growing up without television at all would not only be more productive members of society, they won't miss it at all."

## ISOC 30 YEARS

FROM PAGE 6

free iftars during Ramadan, and dawah materials. "Programs are waiting, and with proper funding and full support we can become a full-fledged Islamic center," said Dr. Musammil Siddiqi, the religious director of ISOC. "ISOC serves people from cradle to grave, and it should continue and grow," he added.

200,000 dollars were raised for building a youth center, a social/senior center, a new high school, expansion of the pre-school, street additions and parking improvements.

To donate, make your checks out to "ISOC" and mail it to: One Al-Rahman Plaza, Garden Grove, 92844. *For more information, visit www.*

## PALESTINIAN PLIGHT

FROM PAGE 6

prior to 2006 elections.

Dr. Hathout stated that while international attempts to forge a Palestinian state are ongoing, "statehood is meaningless if the Palestinian children suffer long term psychological and physical damage." He concluded his speech by stating that it is the duty of American Muslims to assist the children of Palestine during these harsh times.

KinderUSA board members Dr. Basil Abdelkarim and Dr. Layla Al-Maryati presented the organization's numerous projects in a slideshow including school bus rides for elementary school children, nutritional aid packages, and aid for Hurricane Katrina relief efforts. The audience of approximately



CARAVAN TOURS & TRAVEL
Highest Volume Consolidator of PIA in West Coast
Award Winning Agency for Major Airlines
Authorized Agent for Umra & Hajj
Toll Free: 1-877-588-3238
Telephone: 1-714-379-4595
Fax: 1-714-379-4582
www.caravanair.com
caravantour@yahoo.com
8161 Westminster Ave Ste #103 Westminster, CA 92683
Office Hours: Mon-Fri: 9:30 am -6:30 pm / Sat: 10:30 am - 2:30 pm
IATA
SINGAPORE AIRLINES
Lufthansa
virgin atlantic
PIA
Emirates
AA
Thai
CATHAY PACIFIC
malaysia
BRITISH AIRWAYS








10

11

12

13

14

*1,2,3 at King Fahad Masjid in Culver City (YKKB) * 4,6,11 at Islamic Institute of Orange County in Anaheim (Azizan Khamis) * 5 at Palmdale (Affad Shaikh) * 7,8 at Orange County Islamic Foundation in Mission Viejo (Umer Khan) * 9 at Masjid Al Fatihah in Azusa (Sharaf Mowjood) * 10 at Boomers (Eman Al-Dabbagh) * 12 at San Diego (Zaid Shakur) * 13 at Islamic Center of Irvine (Aisha Aslam) * 14 at Pomona Fairplex (Mohammad Mertaben)*

ISNA West Zone Conference

Hyatt Regency Long Beach

December 22-24, 2006

Sample Topics

Education, Children, Parenting, Domestic Violence, Fiqh, Moon Sighting, Media, Business Networking, Government, Seerah, Leadership

Speakers

Ingrid Mattson, Abdalla Idris Ali, Sayyid M. Syeed, Altaf Hussain, Maher Hathout, Salam Al-Marayati, Hussam Ayloush, Khadija Marta Gaiedari.

Invited: Anwer Ibrahim, Zaid Shakir, Ahmed Sakr

Contact Info: 317-839-8157 Registration: Ext 241 Booth Reservation (Bazaar) & Sponsorships: Ext. 244

Rejuvenate the Spirit of Islam

ISNA ~ MSA ~ MYNA Co-Sponsored by:

Register online: www.isna.net

Islamic Society of North America

# NAIM SHAH: Beacon of Social Change

By Angie El Sherif

*Naim Shah, Jr. could not be doing more for the Muslim community here in Southern California. His extensive list of roles include Executive Director of ILM Foundation, managing partner of Shah and Associates CPA Firm, Assistant Imam and Chairman of the Board of Masjid Ibaadillah, Program Director of Coalition to Preserve Human Dignity, board member of UMMA Community Clinic, former Treasurer of Islamic Shura Council of Southern California, Co-National Coordinating Director of Humanitarian of the Homeless, Consultant for the Bilal Learning Center School Project and volunteer mentor for Dorsey High School Football Team.*

*37-year-old Shah was born and raised in Los Angeles. He has a Bachelor of Science degree in Business Administration from Fresno State University and started working for the corporate world before devoting himself to Islam. Recently, InFocus had the privilege of talking to him about his inspiring journey.*

**InFocus: What are your day-to-day responsibilities?**

Naim Shah: First and foremost, my job is being a husband and father of four beautiful children. I oversee the operations of the ILM Foundation. I am a managing partner of my CPA firm that provides tax and audit services. Other work includes establishing and maintaining relationships with the Muslim community in Southern California, which has supported the foundation over the past eight years. I am also invited to speak about Islam and the ILM Foundation.

**IF: Describe your life growing up.**

NS: I was blessed with a very strong family that instilled in me the love for Islam and hard work. My father had such a strong presence in our home and the neighborhood that I had no desire to join gangs or commit any crimes. All my brothers and I played sports and all earned full football scholarships to college.

**IF: What was it that made you leave the Nation of Islam and come to mainstream Islam?**

NS: In 1975, the Nation of Islam under the leadership of Imam W.D. Muhammad made the transition into mainstream Islam. My parents also made that transition and have been Muslim ever since. My mom in fact made her pilgrimage to Hajj three years ago.

**IF: In what way have your roots been cultivated by the Nation of Islam?**

NS: The original Nation of Islam, as an organization, was second to none in removing many of the social ills that plagued the African American community from the 1930s through the 1970s. What impressed me most about the Nation of Islam were the members. They were so sincere, very hard working and extremely courageous. My parents, Imam Saadiq Saafir, Al Hajj Malik Shabazz and Muhammad Ali are products of the Nation of Islam. It was the people of this great movement who paved the way for living Islam in America in the twenty first century. And it was those same members Allah blessed to evolve into mainstream Islam, so I am grateful for those roots.

**IF: What made you leave the corporate world?**

NS: I wanted to devote all my time toward developing my character and the Muslim community. So I prayed and left with the experience I gained and hoped that the work the ILM was doing in the community could grow to sustain me and my family.

**IF: What is the ILM Foundation?**

NS: The ILM Foundation really stands for Knowledge Foundation, but the acronym stands for Intellect, Love, and Mercy. It is a 501(c)3 non profit organization that focuses on establishing programs that can serve those in need, which implies low income or a certain location in Los Angeles. The programs provide immediate services such as food, education, crisis management and mentoring. In addition to that, we strategically try to address the need for peace, justice, unity and youth leadership.

**IF: What inspired such an organization?**

NS: The ILM Foundation was inspired by Imam Saadiq Saafir. He is the founder of the ILM Foundation along with myself and Hanafi Shakur. Our inspiration came from Qur'an and life examples of Prophet Muhammad. Islam began addressing the social needs of people; therefore, our goal was to use the same model to address the social needs in our neighborhood. We had to do something in the face of more youth going to jail than college and more likely to be killed on the streets of Los Angeles than in Iraq.

*From left to right: Ahmad Hattab, Abdul Wahab, Naim Shah, Imam Saadiq Saafir (sitting down)*

> "Islam began addressing the social needs of people; therefore, our goal was to use the same model to address the social needs in our neighborhood. We had to do something in the face of more youth going to jail than college and more likely to be killed on the streets of Los Angeles than in Iraq."

**IF: ILM Foundation's mission is to "Teach Life Skills to Replace Social Ills." What do you mean by "social ills"?**

NS: A social ill is simply a barrier to faith. Social ills are things Islam encourages humanity to guard against and not participate in. Of the multitude of social ills, we focus on those affecting the youth and homeless. This list includes hunger, lack of shelter, job/leadership training, human dignity, mentoring and education. Also, I would like to announce ILM Foundation's new chapter in Las Vegas, whose executive director is Imam Fateen. The Las Vegas chapter programs are well established and they are doing an excellent job.

**IF: What types of life skills have you successfully taught?**

NS: The type of life skills we teach at the ILM Foundation is youth leadership training. We recruit youth from the community to run and oversee many of our large events. At ILM Foundation, we are willing to comprise an excellently managed event to train our youth. For the past five years, Hasan and Rahim Muhammad coordinated our annual football camps and next year are speaking of doubling the number of participants. This year, Umar Hakim and Asif Kazi coordinated Humanitarian Day for the Homeless. Imam Saadiq has also established a tradition of educating Muslims here and abroad about living Islam in America. The ILM Foundation offers basic Islamic classes to assist Muslims to practice their faith in this society.

**IF: How is Humanitarian Day different from other homeless feedings that take place throughout the year by other organizations?**

NS: Humanitarian Day is unique for feeding that is served off of four tables and 25 volunteers, on this day nearly 2,000 homeless are served by over 500 Muslim volunteers. The gift items include hygiene packs, toys and ponchos. Also, UMMA Community Clinic coordinates a health fair offering various tests and education. Islamic Relief and ILM Foundation also lead the effort to spread this event nationally in over 13 cities that served over 18,000 homeless collectively. This is the largest collective Humanitarian event during Ramadan lead by Muslims in America.

**IF: Do you think there are enough Muslims involved in working to make a social change?**

NS: No, especially domestically. The theme for Coalition to Preserve Human Dignity for 2007 is to make Humanitarian Day a daily affair. Our incentive originates from our faith, which should have greater influence in our life to make a difference here in America. People are dying and children are crying out for help. Our blessing and opportunity in America is tied to answering their call for help. Muslims will be seen as heroes in their eyes, not as terrorists as the media depicts.

**IF: What is the "Go Beyond the G.A.M.E." student athlete mentoring program?**

NS: The youth activities are divided into the following three categories of recreational enrichment, educational support and community service. The recreational enrichment includes sport camps, arts/cultural events and youth conferences. The community service activities include feeding the homeless in Downtown Los Angeles, graffiti removal and helping senior citizens. The educational support services include college and corporate tours, college preparation workshops, homework assistance and entrepreneurial project training.

**IF: What has all this community service taught you, and what can it teach others?**

NS: Charity is the proof of your faith. I learn my religion by serving others. I receive help from Allah by serving others. I am reminded how much Islam and Muslims are needed in this world. The wars are destroying, but in the name of Islam I am taught everyday we can rebuild it.

**IF: What motivates you day after day to do what you do?**

NS: I love Allah, and I want to show Allah that love in my action as our Prophet, peace be upon him, and his companions did.

**IF: What are fields that American Muslims need to get more involved in?**

NS: The field of community activism is wide open. I would like us to get involved in areas that change peoples' lives. Muslims from prominent communities should team up with Muslims from disadvantaged communities and exchange resources to remove the blight in and around the Muslim community. This is how we perpetuate the Ansari tradition of over 1,400 years ago. It is time to put our faith into action.

*For more information on ILM call the office at 323-294-374-*

MAS
ISLAMIC RESTAURANT
HALAL CHINESE FOOD
DINE IN • TAKE OUT • CATERING • BANQUETS

601 E. Orangethorpe Ave.
Anaheim, CA 92801

(714) 446-9553

Open Seven Days a Week
Sunday - Thursday: 11:00 AM - 3:00 PM / 5:00




# "Muslim hero deserves cheers!" - Muslim Forum

The Fountain Theatre Presents
THE HIT COMEDY
WITH THE
MUSLIM HERO

Featuring
Mueen Jahan Ahmad

With Nameer El Kadi, Anna Khaja, Anver Garib, Archie Lee Simpson, and an all-star cast.

Nasruddeen, a Muslim taxi-driver in a large American city, dreams of converting an abandoned store-front Baptist church into a beautiful, small mosque. He is beset by obstacles both painful and hilarious... and gets help from unexpected sources. West coast premier.

## Taxi to Al-Jannah

The Muslim answer to 'Everybody Loves Raymond' - New York Sun
For the first time a Muslim is the "good guy" - Muslims Weekly
Wonderfully engaging—often hilarious! Who says Muslims can't have fun! - E.A.P.S

Written by Mark Stein
Directed by Deborah
Script Consultant
Stage Manager

October 28 - December 3
Thurs, Fri, Sat 8:00 pm / Sunday Matinee 2:00 pm
Buy Tickets (323) 663-1525 / Group Sales (323) 663-1365
Tickets $22–$30 Group rates available
www.fountaintheatre.com
Contact the author: (858) 459-8107 5060 Fountain Avenue, Los Angeles CA 90029 (near Normandie)

www.WarehART.com
WAREH ART
Unique
Arabic Calligraphy
Oil and Acrylic
Paintings
Custom Engraved Leather
Hairbands
Handmade Greeting Cards
Henna Tattoos
Your local Artist serving
Orange County and Los
Angeles
(714)745-3001
Let Wareh Art create that custom piece you
had always wanted or decorate your
business or home! Call today for a free quote!

*This time of year, while most are looking for the moon, we're also seeing stars.*

**Morningstar Rating™**

| Amana Growth Fund (AMAGX) | | Amana Income Fund (AMANX) | |
|---|---|---|---|
| Overall | ★★★★★ | Overall | ★★★★★ |
| Out of 1379 funds in the Large Growth Category | | Out of 1070 funds in the Large Value Category | |
| 3-Year | ★★★★★ | 3-Year | ★★★★★ |
| 5-Year | ★★★★★ | 5-Year | ★★★★★ |
| 10-Year | ★★★★★ | 10-Year | ★★★★ |

## Amana Mutual Funds Trust

www.amanafunds.com 1-888-73-AMANA

*Please carefully consider an investment's objectives, risks, charges and expenses. To obtain a free prospectus that contains this and other important information about the Amana Mutual Funds, please visit www.amanafunds.com or call 888-73-AMANA. Please read the prospectus carefully before you invest or send money. The Amana Funds restrict investments to those companies consistent with Islamic principles, which limits opportunities and therefore may increase risk. The Amana Funds do not impose sales charges or transaction fees, however, a redemption penalty will be imposed on shares redeemed within 30 days of purchase. Distributor: Saturna Brokerage Services, Member NASD/SIPC and wholly owned subsidiary of Saturna Capital, adviser to the Amana Mutual Funds.*

*Source: Morningstar 6/30/06. Performance data quoted represents past performance and does not guarantee future results. For each fund with at least a three-year history, Morningstar calculates a Morningstar Rating™ based on a Morningstar Risk-Adjusted Return measure that accounts for variation in a fund's monthly performance (including the effects of sales charges, loads, and redemption fees), placing more emphasis on downward variations and rewarding consistent performance. The top 10% in each category receive 5 stars, the next 22.5% 4 stars, the next 35% 3 stars, the next 22.5% 2 stars and the bottom 10% receive 1 star.*

*The Overall Morningstar Rating for a fund is derived from a weighted average of performance figures associated with its 3-, 5- and 10-year (if applicable) Morningstar Rating metrics. Amana Gr[...] received Morningstar Ratings of 5 stars among 1379, 1086 and 400 funds for the past 3-year, 5-[...] 10-year periods respectively. Amana Income received Morningstar Ratings of 5 stars among 107[...] 788 funds for the past 3-year and 5-year periods respectively, and 4 stars among 369 funds for th[...]*

Case 8:07-cv-01088-CJC-AN Document 31-27 Filed 11/04/08 Page 9 of 12 Page ID #:1019

# Ramadan's Over

By Fatima Khan

THUMP-THUMP! THUMP-THUMP! Mohsin raced down the stairs of his house.

"Mooooeoooommmm!!!! I want a BIG omelet with LOTS of cheese, and I want cereal, and I want orange juice, and I want a bagel, and I want a croissant, and I want—"

"Sweetie, you can't possibly eat that much. Let's not be greedy now."

"Mom, Ramadan is OVER, and I need to make up for all those meals that I missed, all those lunches I had to skip!! Oh! That reminds me! I need to watch me some TV!!! Didn't get to do any of that last month either!" Mohsin said as he sat down at the kitchen table.

"For now, I'll just give you the omelet and toast; we'll see about the rest a bit later. And TV? I thought you stopped watching TV in Ramadan."

"Like I said, Mom, Ramadan's over!" Mohsin jumped off his chair. "Let me know when the food's ready." He turned on the television and planted himself on the floor in front of it. Within moments, he was engrossed.

After breakfast, Mohsin dashed out the front door, jumped on his bike, and sped to his friend Abdullah's house down the street.

Mohsin rang the doorbell. Abdullah opened the door with a copy of the Qur'an in his hand.

"Assalamu alaikum!" Abdullah smiled, clearly happy to see his friend.

"Come on in. What's up?" They walked inside the house and flopped on the couch in the living room.

"Nothing much, man; getting over Ramadan! What're you doing with that mus'haf?" asked Mohsin, surprised to see his friend with the Qur'an even after Ramadan.

"Oh, nothing much, just reciting some Qur'an. I'm really missing Ramadan, and I'm trying to learn from it.."

"How will you have enough time to recite with homework and everything?" asked Mohsin. I never have enough time for reciting the Qur'an, he thought to himself.

"I figure if I have enough time to watch TV, then I definitely have enough time to recite! Plus, I'll be gaining rewards instead of losing time."

Mohsin felt his conscience bothering him. Ramadan was not just about fasting for one month. He knew that even though Ramadan was over, he should take some good from it.

"Hey, why don't you do that too! It'll be great! We'll see who can finish first!" Abdullah said, excited.

Mohsin smiled. This was his chance. "Sounds good to me! Hand me another mus'haf so I can get a head start."

# Most Beautiful Names of Allah

| R | X | M | W | W | K | O | A | N | O | Y | P | Y | X | A | D | E | W | R | W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | I | A | L | Q | U | D | D | U | S | Z | O | P | O | D | Z | U | N | Y | J |
| K | L | B | F | X | B | C | T | D | I | X | U | D | Y | Y | T | A | I | K | Q |
| J | H | S | B | O | L | Q | V | Z | U | I | P | J | B | C | X | L | M | A | Y |
| A | H | A | Y | A | K | K | A | L | S | J | X | T | N | E | U | K | Y | K | L |
| W | L | S | W | O | K | L | J | X | J | X | E | A | M | A | F | H | A | R | T |
| A | Y | J | L | P | A | A | C | Z | U | W | M | E | Q | H | X | A | H | F | E |
| G | W | I | A | E | M | P | T | F | P | H | D | E | W | P | K | L | U | S | J |
| B | M | F | Z | B | D | V | U | U | A | R | Z | T | D | S | W | I | M | C | E |
| O | Q | I | E | X | B | C | T | R | M | R | F | Y | M | B | F | Q | L | G | C |
| W | D | V | V | I | G | A | R | K | I | L | A | M | L | A | P | R | A | W | T |
| Q | X | D | H | H | O | A | R | P | T | V | A | L | O | L | L | J | G | J | P |
| J | E | Y | V | Y | U | A | K | E | D | T | Y | D | L | L | H | A | D | R | G |
| V | D | A | H | O | R | N | L | R | Y | G | D | M | C | E | N | L | S | N | H |
| V | X | Y | Q | R | F | R | H | B | X | X | T | K | P | S | I | U | B | S | P |
| G | U | L | A | T | B | Z | F | O | O | Z | F | S | V | C | M | D | O | Z | A |
| D | B | H | A | C | K | N | W | C | C | R | Y | K | Q | T | U | X | E | O | S |
| D | I | A | L | B | A | R | I | K | L | I | S | U | H | F | M | A | G | Y | K |
| M | H | G | W | A | K | A | F | E | A | M | X | K | U | U | L | K | W | E | T |
| M | C | C | D | Y | Z | Y | K | W | H | D | Z | H | X | T | A | Y | E | D | S |

Ar-Rahman
Ar-Rahim
Al-Malik
Al-Quddus
As-Salam
Al-Mu'min
Al-Muhaymin
Al-'Aziz
Al-Jabbar
Al-Mutakabbir
Al-Khaliq
Al-Bari

InFocus would like to thank all the ADVERTISERS who have made it possible for InFocus to continue its mission of educating and empowering the community.

CAN YOU READ THIS? So can 50,000 others who read InFocus every month.

Call now for our special rates for small businesses.
(714) 678-1820
info@infocusnews.net

San Giovanni Pizza - Leading the Industry
We bring innovative and delicious Halal products to mainstream cuisine!

San Giovanni

100% HALAL New York Style Pizza

GOURMET PIZZA - PASTA
SALADS - ITALIAN SUBS

(714) 999-1500

1001 N. Euclid St.
Anaheim, CA

www.sangiovannipizza.com

DINE-IN CARRY-OUT DELIVERY

Open 7 Days a week - 11am to 11pm

Al Hannah Islamic Clothing
www.alhannah.com
(860) 229-3838

Everyday low prices on authentic traditional Islamic Clothing for your whole family.

Shop online 24 hours a day from the comfort of your home and save!

Al Hannah has a friendly, knowledgable staff that's glad to help you.

Mail & Telephone orders welcome



# WHAT'S COOKIN'

Restaurant Review by Aidan Qasim Muhammad

## How about Sri Lankan?

I was discussing food with a friend of mine, and asked him for something different, new, and unique. His suggestion: Curry Bowl in Tarzana. So I thought, great, more curries and basmati rice. Being Pakistani, there is no need for "Indian" eats out when your Mom is the head chef.

But I was in for a surprise.

While the name might mislead some to think it is an Indian eatery, the restaurant is actually Sri Lankan. People often associate Sri Lanka with the Tamil Tigers, the recent tsunami, and possibly the thirty years of civil war, but Sri Lanka has a much richer history. An island nation off the southern tip of the Indian peninsula, Sri Lanka was colonized by the Portuguese, Dutch, and British, and is populated by two distinct groups- the Singhalese and Tamils- and has a healthy Muslim minority.

**Curry Bowl**
19662 Ventura Blvd.,
Tarzana, CA 91356
Ph: (818) 609-7683
Hours: 11 am to 8 pm

Rukshan Pillai and his business partner Rajiv, Lecamwasam assumed ownership of the restaurant four years ago. They have fostered the Sri Lankan atmosphere of harmony, inclusiveness and some incredible food lost by years of war.

Pillai says that most people approach Sri Lankan food as being an extension of Indian food, which is a critical mistake. To appreciate the cuisine, a sense of adventurism and an open mind is necessary, because the curry here is nothing like Indian food and you might be disappointed if that is what you want.

Perhaps the one commonality that Sri Lankan food shares with Indian food is how hot it can get. Except here its more built in taste that is experienced as you chew- much like South Indian food from Karala and Tamil Nadu. So beware of the food, it's all based on the "mildly medium hot" scale.

The meat is halal, but I tried the veggie dishes from the buffet. There are nine dishes to choose from, and each day the dishes vary, so there is wide variety of choices on any given visit. One thing that is incredible is this banana bud saute that is truly unique in flavor. The food has a stronger hint of cardamom, cloves, and coconut milk, creating a soothing aroma appealing to the taste buds.

Much like Thai food, coconut milk is a staple ingredient. Most meats are marinated in it before being cooked. But there are distinctions, and these distinctions matter.

For instance, one is the light and pleasant dish referred to as "hoppers." A decent description of hoppers is like vermicelli noodles often cooked in coconut milk, and eaten as a replacement to Indian naan and/or basmati rice either shredded and mixed with vegetables (prepared like rice) or made into small pancakes (like naan). Hoppers are light, to an extent bland so they absorb the spice and do not stand on their own in flavor.

If your heart desires a bit more adventure, then I suggest two other dishes that are sure to knock your taste buds around: kottu roti and Lampries.

Kottu roti is a dry curry with your choice of meat, mixed with carrots, hot peppers, bits of egg and chopped flatbread. With curry flavorings and roti bread diced in, the dish is much like a large dish of hash browns mixed with extras. The food is very rich and comes in large servings as well.

Lampries is an amazing dish meant to take you into a state of awe. It is tastier when kept over night and re-heated. This is the Sri Lankan answer to a TV dinner with class.

Lampries is prepared by wrapping a banana leaf around rice, chicken curry, eggplant and plantain curries, a couple of sambols (hot, sour, spicy coconut; there are three types you can also have for appitizers: Pol, Katta and Seeni Sombol, which I will leave for you to discover) and a fish cutlet and then is baked to mingle the taste. Whether eaten hot, or taken home and re-heated it will be a dish that will keep you coming back to Curry Bowl.

With no sea view like Columbo or Galle, the Curry Bowl does make up the Sri Lankan experience with the authenticity of the food and above all the love and care the owners place in the service. Prices are decent, and the ambience is mixed but the center piece here is the food.

# Depressed?

By Dr. Khaliq Siddiq

Recent statistics show that depression is a common condition that affects about 121 million people worldwide. It spares no group. In fact, recent studies from the United Kingdom suggest that Muslim men may be at higher risk for depression.

Depression can be triggered by an event — the death of a loved one, a divorce, the loss of a job, or any major change in one's life.

Depression is not just a state of mind. It is related to physical changes in the brain and connected to an imbalance of neurotransmitters, a type of chemical that carries signals in the brain and nerves.

**Symptoms**

One of the most recognized symptoms of depression is a profound feeling of sadness, hopelessness, or emptiness. There may be physical symptoms as well.

**Emotional**

- Sadness throughout the day, nearly every day
- Loss of interest in or enjoyment of your favorite activities
- Feelings of emptiness or hopelessness
- Feeling stressed, nervous, or overwhelmed
- Trouble concentrating or making decisions
- Feelings of worthlessness
- Excessive or inappropriate feelings of guilt
- Irritability or restlessness
- Thoughts of death or suicide

**Physical**

- Fatigue or lack of energy
- Sleeping too much or too little
- Change in appetite or weight
- Aches and pains
- Headache
- Back pain
- Digestive problems
- Dizziness

If you think you might have depression, see your doctor. For people diagnosed with depression, there are some things they can do to help in addition to the treatment prescribed by their doctor.

**Don't bottle things up** – Talking to someone about one's problems can be therapeutic.

**Keeping active** - Get outdoors and exercise, even if it's only a walk. It prevents dwelling on painful thoughts and feelings.

**Eating properly** - Eat a balanced diet. It's easy to lose weight and run low on vitamins when depressed.

**Fun activities** – Set some time aside regularly each week to do something one enjoys such as exercising, reading, or a hobby.

**Lifestyle change** - A lot of people who have depression are perfectionists and tend to drive themselves too hard. Setting more realistic targets and reducing workload may help.

**Take a break** – Getting away from normal routine for a few days—even a few hours—can be helpful.

Individuals diagnosed with depression should not ignore the spiritual aspects of healing, in addition to the treatment prescribed by their doctor. Many Muslim scholars have given us the means to cure depression. For example, the book Medicine of the Prophet provides many recommendations for depression. An imam or religious scholar can be a valuable source of guidance.

See your doctor if you think you might have depression. Medications may be necessary in treating depression. Severe depression can result in suicidal thoughts - take any such thoughts seriously. If you feel like giving up or feel like you might hurt yourself, get help immediately: call your doctor, go to the emergency room, or call 911.

Depression is a treatable condition, and overcoming one's embarrassment or fear of being stigmatized is often the biggest hurdle to being cured.

*Dr. Siddiq is a co-founder of the UMMA Clinic and also serves on its Advisory Board. He practices internal medicine in Orange County.*

UMMA COMMUNITY CLINIC **HEALTH CORNER**

# HELP SAVE BABY AARIZ

9-month-old Aariz Aatif was diagnosed with a rare form of liver cancer (hepatoblastoma) in Pakistan when he was 2 months old. He has already undergone 11 chemotherapy sessions and now is in New York for surgery. He has no insurance and as a foreigner is not entitled to any emergency medicaid. His medical costs are expected to be around $500,000.

*Please give a donation to help save this baby's life. No amount is too small. Make your checks out to "Save Aariz Foundation" and mail to 51 Clarke St. Brentwood, NY 11717*

ph: (914) 837-0070 www.saveaariz.com

Mel Rich Pharmacy & Compounding Center

- Diabetic Center
- Incontinent Supplies
- Convalescent Aides and Sickroom Supplies
- Braces/Canes
- Vitamins/Herbal Supplements

Most Insurance Plans Accepted Medicare & Medical

Dr. Iqtadar Malik ~ Pharmacist

*Come in to see how you can qualify for:*

* A Free Blood Glucose Monitor * A Free Pair of Diabetic Shoes *
* Receive $5 off any transferred or New Prescription *
(1 transaction per household and for qualifying patients)

* Offering immunizations for Hajj travelers *

Hours: Monday - Friday: 9:30 am - 7:00 pm / Saturday: 10:00 am - 3:00 pm
(714) 558-0121

Come see why Pearl Dental Care is one of the most technologically advanced dental offices in Irvine!!

Woodbridge Square Medical Center
4980 Barranca Pkwy., #203 • Irvine, 92604
949-551-5805

FREE $170 Value
• Comprehensive Dental Exam
• Oral Cancer Screening
• Full Mouth X-Rays
• Dental Health Consultation

$299 Regularly $499
• "Pearlize" Your Smile

$500 OFF
Any Invisalign

ACLU-1290



We Invite You
to live without Riba (Interest)

Our Mission is to Remove Riba from the lives of people of all faiths. LARIBA is dedicated to providing Shari'aa compliant products to serve your Financing & Refinancing needs for Homes, Automobiles and Businesses.

Home Financing Features include:

- Shari'aa Compliant, Lease-To-Purchase Model
- Up to 30 years financing
- As low as 3% down
- Fees are minimal
- Property purchased is recorded in your name
- Payments are very competitive

Please visit us at **www.LARIBA.com** or call us toll free at 888 LARIBA-1 **(888 527-4221)** for more information.

**LARIBA**
**American Finance House**

***Financing and Refinancing for Homes, Autos & Businesses***

***www.LARIBA.com***

EQUAL OPPORTUNITY LENDER • EQUAL HOUSING LENDER | All conditions are subject to change from time to time. Not all applicants will qualify for financing. Terms of Automobile financing and Small Business financing are different from features listed above.

---

# IN OUR COMMUNITY, WE'RE YOUR BANK

## A Dream Come True~ A Full Service Community Owned Bank...for Us!

Our Goal at Bank of Whittier is to help you and your business become successful~ because your success makes our community more successful.

We cater to the needs of families, small-to-medium businesses and professionals. Whether you need Riba-Free banking or Shariaa-Compliant Financing we can serve you. We offer On-line banking for your convenience.

We speak your Language! Arabic, Chinese, Gujarati, and Urdu, are a few of the languages with which our bankers can serve you.

Visit us online today at **www.WhittierBank.com** or call us at *(562) 945-7553* for more information.

**BANK of WHITTIER**
Since 1982 National Association
15141 East Whittier Boulevard, Whittier, CA 90603-2198
*Whittier Blvd & Colima Road* • (562) 945-7553
*www.WhittierBank.com*

FDIC - Equal Opportunity Lender. FDIC Certificate of Deposits insured up to $20 Million.

# TAXI TO JANNAH: Shattering Stereotypes

By Salaam Abdul Khaliq

Taxi to Jannah is a new play with a Muslim as the central character.

That's right, a Muslim hero.

It means that the whole play revolves around him. In fact, the entire play is about him trying to open a mosque. And for once he is neither a cardboard stereotype nor a sidekick to a Caucasian protagonist trying to clean up mess left by some swarthy Middle Eastern characters. There has to be a catch, right?

In a post 9/11 world, there can possibly be no positive portrayals of Muslims in American pop culture, least of all in the entertainment industry. Sure, Hollywood is liberal, but when it comes to putting butts in seats, the bottom line dictates that the Fox News mentally conditioned audience must jeer its usual villains and cheer its usual good guys. It's a successful formula very few dare to stray from.

Well, not quite. It seems that Taxi to Jannah (not exactly a Hollywood production, although the theater where it is being staged is in that city) may prove to be the exception.

The play is the brainchild of [illegible] Stickman, an Anglo-American who says he was inspired by two sources. The first is completely ordinary, hard working American Muslims he came in contact with. The second is philosophical: Mulla Nasrudeen, an ancient folkloric character, who was also a Sufi wise man; humbled kings with his common sense and uncommon wit.

And so the main character is named Nasrudeen, a New York cab driver who wants to rent a rundown Baptist church building and turn it into a mosque. In order to achieve that, he has to overcome many hurdles. Money, the root cause of good and evil, is obviously his main problem. Nasrudeen approaches his astute storeowner father-in-law Nabeel and suggests that if they were to open the mosque, Nabeel would be the Imam.

Nabeel is eventually won over, but when he sees how derelict the building is he decides that Nasrudeen should not just pay half the rent but also shoulder the cost of repairs. The hero is then faced with the monumental task of raising the funds within a deadline set by an unsympathetic city building code enforcer who thinks the church structure ought to be crushed by a swinging ball rather than turned into another house of worship. Nasrudeen goes home to wife Rabaab and son Omar every night and unloads his frustrations about the task at hand.

Nasrudeen's luck turns after he picks up a suicidal Jewish man whom he talks out of jumping off a bridge by using reverse psychology. The man overcomes his depression and later suggests to the Muslim taxi driver that his counseling skills are good enough to warrant offering therapy to clients. Nasrudeen latches on to the idea and eventually raises the money needed to pay for the repairs and secure the first month's rent. Unfortunately for him, things don't exactly turn out as expected and problems keep cropping up on him all the way to the end.

> ...Taxi to Jannah's plot is altruistic. It was written with a grand intention: to correct misconceptions and present Muslim Americans as regular likeable and hardworking citizens who are just out to live their faith in peace and raise a family while pursuing the American dream.

With a worthy subject matter at its core, Taxi to Jannah's plot is altruistic. It was written with a grand intention: to correct misconceptions and present Muslim Americans as regular likeable and hardworking citizens who are just out to live their faith in peace and raise a family while pursuing the American [illegible] post 9/11 anti-Muslim [illegible] environment. While the play comes short on many aspects, especially some performances, it makes up greatly in setting a precedent. Its writer took pain in researching his work including Islamic terminology to make sure his characters sounded as Muslim as possible.

The Fountain Theatre producers ought to be commended for their courage to put such an innovative literary work on stage. American Muslim audiences should show their appreciation by supporting Taxi to Jannah, its author and everyone involved in this modest production. Members of the Islamic community should invite their non-Muslim friends and go out in droves to witness this watershed event and ensure its commercial success.

Let Hollywood take notice. Muslims are not just about promoting stereotypes; they will respond favorably to positive portrayals. For that alone, Taxi to Jannah is worth seeing. While some audiences may not exactly be awe-stricken at curtain down, they will certainly feel relieved that at last someone has given American Muslims a place at the table.

# The Audacity of Hope

BARACK
OBAMA
The
AUDACITY
of
HOPE

Reviewed by Sondos Kholaki

Barack Obama —Illinois Senator, democrat, lawyer, professor, first black president of the Harvard Law Review, and possible future candidate for the White House—has given us a reason to reclaim our faith in modern-day politics.

His new book, The Audacity of Hope: Thoughts on Reclaiming the American Dream, is a restorative and heartening work. At a time when campaigning has come to mean mudslinging and image-bashing rather than taking a good, hard look at the core problems facing the US, The Audacity of Hope offers a sensible method of returning to the values this country was founded upon.

For one thing, Obama encourages Americans to reclaim their influence over legislation. "Get involved in an issue that you're passionate about. It almost doesn't matter what it is—improving the school system, developing strategies to wean ourselves off foreign oil, expanding health care for kids. We give too much of our power away, to the professional politicians, to the lobbyists, to cynicism. And our democracy suffers as a result," Obama states.

In addition to covering America's current political climate, Obama addresses a wide-range of topics that are not as directly related to our government, including reducing teen pregnancy, strengthening family and traditional morals, and class inequality. However, rather than coming off as superior-minded or preachy, Obama's years of experience working with the poor gives his points credence. As an African-American who grew up in Hawaii and abroad in Indonesia, Obama possesses a heartfelt understanding of "the world of immediate hunger, disappointment, fear, irrationality, and frequent hardship of the other 99 percent of the population—that is, the people that I'd entered public life to serve" that few of his colleagues on Capitol Hill hold.

Part of the magic of The Audacity of Hope is Obama's style of writing that is both modest and resolute. He is able to point out a problem, offer a solution, and motivate the reader all in one, a perfect example of which is taken from the book: "A government that truly represents these Americans—that truly serves these Americans—will require a different kind of politics. That politics will need to reflect our lives as they are actually lived. It won't be pre-packaged, ready to pull off the shelf. It will have to be constructed from the best of our traditions and will have to account for the darker aspects of our past. We will need to understand just how we got to this place, this land of warring factions and tribal hatreds. And we'll need to remind ourselves, despite all our differences, just how much we share: common hopes, common dreams, a bond that will not break."

Lotus
Chinese Eatery

New Halal Islamic Chinese Restaurant

*Rated the best Restaurant in 2005 by the Orange County Register & Orange County Weekly News*

DINE-IN * TAKE OUT * BANQUET * CATER

Open 7 Days a week

Sun - Thu: 11:00 am - 3:00 pm
4:30 pm - 9:30 pm
Fri - Sat: 11:00 am - 3:00 pm
4:30 pm - 10:00 pm

16883 Beach Blvd
Huntington Beach, CA 92647
Tel: (714) 848-4940
Fax: (714) 843-2050

ARIZONA REAL ESTATE

1% to 4% Listing Fee
Up to 67% Buyers Commission
Discount Rebate

Mohamed Hegazy, Realtor
Top Volume Producer with
DPR Realty LLC

MOBILE: (602) 326-3552
MoeHegazy@yahoo.com
Office: 480-994-0800, Fax: 480-802-1133