## Don't Make These Investment Mistakes

By Saghir Aslam



Investing is a gradual process—purchasing some investments and selling others as the years go by. After a period of years, this can result in a mixture of investments that don't fit your overall investment strategy. Thus, periodically review your portfolio, watching out for the following mistakes.

**You don't use an asset allocation strategy**

Many investors select individual investments over the years, not considering the overall makeup of their portfolio. Add up all your investments and calculate what portion is invested in each investment category. The basic categories are stocks, bonds, and cash, but each category has many subcategories. Since subcategories can have very different risk levels (i.e., blue chip and growth stocks have very different risk levels), review subcategories as well. Assess your current allocation and determine whether it fits your personal situation.

**You have too many investments that aren't adding diversification to your portfolio**

Diversification helps reduce the volatility in your portfolio, since various investments will respond differently to economic events and market factors. Yet it's common for investors to keep adding investments to their portfolio that are similar in nature. This does not add much in the way of diversification, while making the portfolio more difficult to monitor. Before adding an investment to your portfolio, make sure it will further diversify your investments. (Keep in mind that diversification does not ensure a profit or protect against loss in a declining market.)

**Your portfolio's return is lower than benchmark returns**

While everyone likes to think their portfolio is beating the market averages, many investors simply aren't sure. Review the return of each component of your portfolio, comparing it to a relevant benchmark. While you may not want to sell an investment that has underperformed for a year or two, at least closely monitor any investments that significantly underperform their benchmarks. Next, calculate the overall rate of return of your portfolio and compare it to a relevant benchmark. Include all your investments—those in taxable accounts and in your retirement accounts. Also, be sure to compare your actual return to the return you targeted when setting up your investment program. If you aren't achieving your targeted return, you risk not reaching your financial goals. Now honestly assess how well your portfolio is performing. Are major changes needed to get it back in shape?

**You Trade Frequently Without Adequate Research**



In this fast-paced investment world, it's tempting to trade often based simply on other people's recommendations. Yet, besides the tax and trading costs associated with frequent trades, several studies have shown that frequent traders often underperform those who trade less frequently. Instead, purchase investments you are willing to hold onto for the long term.

**You don't consider income taxes when investing**

Ordinary income taxes on short-term capital gains and interest can go as high as 35%, while long-term capital gains and dividend income are taxed at rates not exceeding 15% (5% for taxpayers in 10% or 15% tax bracket). Using strategies that defer income taxes for as long as possible can make a substantial difference in the ultimate size of your portfolio. Some strategies to consider include utilizing tax-deferred investment vehicles (such as 401(k) plans and individual retirement accounts), minimizing portfolio turnover, selling investments with losses to offset gains, and placing assets generating ordinary income or that you want to trade frequently in your tax-deferred accounts.

---

### INTERFAITH IFTAR
**FROM PAGE 6**

Rabbi Mark B. Goldfard of Temple Israel stressed the importance of dialogue in building bridges. "Peace proves a partnership with God," Goldfard said.

Shaikh Hosni from the Long Beach Islamic Center said that the three faiths had a common link to Prophet Ibrahim, through whom they are brethren.

Sherrel Johnson of the Council on American Islamic Relations (CAIR), Gretchen Krutz of the South Coast Interfaith Council, and Rene Castro of the National Conference for Community and Justice also spoke at the event.

The event was initiated by the Long Beach Police Department along with the Islamic Center of Long Beach.

"We want to create an environment where people know they can be free from violence and not be attacked because of their race or gender or national origin or sexual orientation in this city," said Lt. Josef Levy, representing the Long Beach Police Department.

---

## Preaching From the Pulpit:
### Allowable Political Activities of Mosques and Other Non-Profits

By Todd Gallinger



In the last few months, there has been a lot of news coverage about IRS investigations into churches and charities regarding their political activities. One local church, Pasadena's All Saints Episcopal Church, is actively resisting IRS subpoenas regarding an anti-war/anti-Bush sermon given just a few days before the 2004 Presidential election. These recent occurrences demonstrate just how important it is for mosques and other non-profits to ensure that their political activities are within the limits of U.S. Tax Law.

The most common form of categorization for mosques and other non-profits is called a 501(c)(3), after the section of the tax law that grants their tax exempt status. Donations made to these groups, unlike those made to politicians or political groups, are deductible by the donor. Because donors to 501(c)(3)s are able to deduct their contribution, the organization is forbidden from "substantially" engaging in lobbying and absolutely prohibited from participating in any political campaigns.

The difference between lobbying and a political campaign is that lobbying is an attempt to influence legislation while a political campaign elects a specific person to a governmental position. Here in California we have referendums or propositions, which are laws voted on by the public. These are considered legislation by the IRS and a 501(c)(3) can attempt to influence the outcome, as long as their efforts are not "substantial."

Unfortunately, the definition of "substantial" can be unclear. The IRS will examine the time devoted by staff and volunteers and the expenditures made in support of legislation. It is within the discretion of the IRS, however, to determine whether the contributions and efforts of the group were substantial.

Charities, other than religious institutions, can elect to use the expenditure test under IRC 501(h). This allows them to avoid the subjective IRS test and instead rely on their actual expenditures. The organization would then be allowed to use up to 20% of the first $500,000 spent in a given year, with the allowable percentage decreasing up to a total of $1,000,000 spent on legislative campaigns. While this creates some additional paperwork for the charities because it lets charities know exactly how much they can spend, it might be wise for non-profits with substantial legislative activities to consider.

The prohibition against non-profit involvement in political campaigns, those in which a person is elected, is much stricter. Non-profits are completely prohibited from participating in these campaigns. Of course, mosques and charities can participate in election activities, such as voter registration drives or candidate forums, but they are absolutely prohibited from supporting any candidate.

If a non-profit does wish to hold a candidate forum, they need to ensure that all candidates have the opportunity to speak at the same or similar events, that no one from the organization expresses direct support of any candidate, and that no fundraising occurs. Alternately, candidates can speak at non-profits as non-candidates, i.e. because of their position in the community, current elected office, or other reason. In these situations, however, both the candidate and representatives of the non-profit are forbidden from mentioning the election and that the speaker is running for office.

Obviously, the regulation of non-profits can be complex. Hopefully this article has helped some community leaders understand exactly what mosques and charities can and cannot do in connection with politics. If any detailed questions arise, the IRS website has good resources, or you can consult with a qualified attorney.

*Todd Gallinger is an attorney with Gill & Gallinger. He represents numerous charities and religious organizations. He can be reached at (949) 862-0010.*

---

**CAN YOU READ THIS?** So can 50,000 others who read InFocus every month.

**Call now for our special rates for small businesses.**
(714) 678-1820
info@infocusnews.net



**LAW OFFICES OF OWAIS QAZI P.C.**
A PROFESSIONAL CORPORATION

**IMMIGRATION:**
- Health Care Immigration • Work Visas • Investor Visas
- Permanent Residence • Naturalization • Deportation Defense

**CIVIL RIGHTS**
Racial Discrimination
Religious Discrimination
Wrongful Termination

**WE ALSO HANDLE CRIMINAL DEFENSE MATTERS!**
* FREE TELEPHONE CONSULTATION *
125 Business Center Drive, Suite F Corona, CA. 92880 Tel. No. 951-273-0956

# Blessing or Punishment:
## Reinterpreting Prosperity and Hardship



By Yasmin Mogahed

Since we were children, we have learned the difference between good and bad. The formula is simple. When something good happens, we're happy. When something bad happens, we're sad. And the criterion is clear: Good is about having, and we play to see results that can be weighed and measured. For example, someone who wins a million dollars is lucky. Someone who loses all they own is unlucky.

Many years ago, there was a group of people who thought just the same way. Qarun was a very wealthy man who lived at the time of Musa, or Moses (pbuh). Qarun was given so many treasures that the very keys to those treasures "would have been a burden to a body of strong men" (Qur'an 28:76). The Qur'an tells us his story, and the story of those around him:

"So he went forth among his people in the (pride of his worldly) glitter. Said those whose aim is the Life of this World: 'Oh! That we had the like of what Qarun has got! For he is truly a lord of mighty good fortune!' But those who had been granted (true) knowledge said: 'Alas for you! The reward of Allah (in the Hereafter) is best for those who believe and work righteousness: but this none shall attain, save those who steadfastly persevere (in good)'" (28:79-80).

Soon the reality of Qarun's situation became clear, and those who had once envied his position came to realize who the lucky ones really were:

"Then We caused the earth to swallow up him and his house; and he had not (the least little) party to help him against Allah, nor could he defend himself. And those who had envied his position the day before began to say on the morrow: 'Ah! It is indeed Allah Who enlarges the provision or restricts it, to any of His servants He pleases! Had it not been that Allah was gracious to us, He could have caused the earth to swallow us up! Ah! Those who reject Allah will assuredly never prosper'" (Qur'an 28:81-82).

As it was for the people of Qarun, the common criterion of good and bad is simple enough. But it is also completely wrong. According to this criterion, prosperity is defined largely by how much we own, while poverty is defined as the loss or lack of that which can be owned. Yet the true definition of prosperity—given to us by our Creator—is quite different:

"Every soul shall have a taste of death: And only on the Day of Judgment shall you be paid your full recompense. Only he who is saved far from the Fire and admitted to the Garden will have succeeded: For the life of this world is but goods and chattels of deception" (Qur'an 3:185).

We may live in this world, and have all the goods and chattel of deception that anyone could dream of, but we may have completely failed at the object of our existence. And if the object of our existence is, as Allah tells us, only to serve Him (Qur'an 51:56), then it would follow that only that which brings us closer to that end, would be a blessing, while that which takes us away from that end would be the greatest calamity—no matter what those things were. And so it may be that the loss of everything dear to us is in fact the greatest blessing from Allah. If that loss brings us closer to the very purpose of our creation, what greater blessing could there be?

It is for this reason that Allah's messenger (pbuh) said, "If Allah wants to do good to someone, He afflicts him with trials." (Sahih Bukhari)

And Allah says in the Qur'an: "Whenever We sent a prophet to a town, We took up its people in suffering and adversity, in order that they might learn humility" (7:94).

It is, in fact, out of Allah's mercy for those people that he does so. Because, what would be the greater tragedy? Afflicting a nation with adversity and trials, until they became humble, or providing them with all the wealth and ease, until they became arrogant?

And so, correcting our criterion is a challenge, but is absolutely necessary. Only when we can see through the deceptive definitions that surround us, can we correctly orient ourselves, prepare for the real test, and ever hope to reach true prosperity in this life and the next.

---

## WHAT DREW ME TO ISLAM
### The People Around Me

By Jaime Banyalmarjeh

Alhamdulillah (praise and thanks to God), I have been a Muslim for 19 years. I came to Islam because Allah guided me, of course. I was not one who read extensively. For me it was more a matter of the people who surrounded me.

When I was 19, I married a fellow student from Syria. He was very adamant that I believed in God before he would marry me. I told him I did, although at the time I would not have considered myself a religious person.

My immediate family was not religious. We only went to church for special occasions such as marriages and deaths. My mother's side of the family was primarily Catholic and my father's side I didn't really know.

I had very little religious knowledge, and thought that all religious people were on [some] deep level somewhere. I remember thinking about Catholicism while I was 13, but never pursued that seriously.

My husband would tell me his beliefs about his faith here and there, and I would listen and not agree or disagree. It seemed to make sense, but I didn't go into it either.

Then Allah sent to me a wonderful sister. I had decided to take Arabic at the local university. Sister Mervat is a special person. She was so genuine and charismatic, loving and patient. You could tell she had a real love of people. She took me under her wing and asked me to come to the mosque, something my husband had never done.

[text obscured]

...for me to be Muslim? I told him that I constantly thought about it, but I was just holding back from really taking the plunge. He said, "If you are thinking about it that much, just do it. Make the commitment." So I did.

It was a Friday when I took my shahada (declaration of faith). The community at the masjid, everyone cried and cried. It was a very special feeling and a very special day.

After my shahada, I was at peace. It was the best time in my life.

Even though iman (faith) increases and decreases, I could never go back to the ignorance that I lived in before.

Sister Mervat is a special person. She was so genuine and charismatic, loving and patient. You could tell she had a real love of people.

My uncle, who was a devout Catholic, was the only one in my family who was supportive of my decision. He was happy for me: happy that I was happy. My mother was very upset. She was not religious but she had all this negative stereotypes of Muslims.

I was hesitant about wearing hijab. About 6 months after I took my shahada. It was Ramadan and I had just made wudu (ablution). I went to my office, put on my hijab, took out my prayer rug and performed my prayer. Then I sat there thinking "That's it, I'm keeping this on." And I did.

Everyone at work noticed something. Sister Mervat is A— and laughed that I had a hijab on.

The funniest time I had was with my own mother. Her exact words were, "Take that [expletive] thing off your head." Now she is used to the fact that I really [text cut off]

---

### AYAH TO PONDER
"And He provides for him from (sources) he never could imagine. And if any one puts his trust in Allah, sufficient is (Allah) for him. For Allah will surely accomplish his purpose: verily, for all things has Allah appointed a due proportion." (Qur'an 65:3)

### PROPHETIC WISDOM
Narrated Abu Hurairah: Allah's Messenger said, "Allah will cover up on the Day of Judgement the defect (faults) of the one who covers up the faults of the others in this world." (Muslim)

---



**SECURITY CONSULTANT SPECIALISTS**
Industrial * Commercial * Residential * Hotels
Available All Over California
- Best Hourly Rates
- Services Offered on a Trial Basis
- Computerized DETEX CLOCK System
- Fully Trained Security Officers
- Marked Vehicles
- Armed or Unarmed

Job Openings! For more information and a list of available positions, please call 800-482-7371.

All Action Security and Consulting Group, Inc.
800-482-7371
Hamid Arian or Fahim Abid — Satisfaction Guaranteed

---

## COME JOIN THE WALKING TOGETHER PROGRAM!

This program is aimed at bringing together families from the three Abrahamic faiths of Islam, Judaism & Christianity for parents and children between the ages of 9 to 11.

To participate in the program or become a facilitator, please call Khalil Jr. at (714) 963-7681.

Facilitators must be at least 24 years old and will receive training by the founders.

## Have you always wanted to learn Arabic? Here's your chance!

**Norco campus**
- Arabic 1 (Beginners)
  Mondays & Wednesdays 2:00–5:15pm
- Arabic 2 (Intermediate)
  Saturdays from 10 am–5:00pm

**Riverside Campus**
- Arabic 1 (Beginners)
  Tuesdays & Thursdays from 2:00–5:15pm
- Arabic 2 (Intermediate)
  Thursdays 10:30 am–1:15pm

Advanced & conversational Arabic classes open once enough students enrolled.

Enroll Today at www.rcc.edu
(951) 372-7005
Spring Semester February

For more information contact Huda at huda.aljord@rcc.edu



"Working here has taught me what Muslims are all about."

Steven Murphy, M.D.

Dr. Steven Murphy works at the UMMA Community Clinic. He turned down several lucrative job offers to become UMMA's full-time Medical Director.

"When I saw the great work going on here, I knew this was where I wanted to be," he says. "I've realized that UMMA is a living example of Muslim beliefs. But it brings together people of different faiths and backgrounds like myself, who share in common a desire to serve humanity."

Located in South Central Los Angeles, 15,000 of the city's poorest residents depend on UMMA for all of their health care. UMMA is the oldest, full-time charitable medical facility in the United States set up by Muslim Americans.

UMMA is the new face of Muslim American community activism. It's a place where the age-old tradition of Islamic charity meets 21st-century medical science.



UMMA COMMUNITY CLINIC
University Muslim Medical Association



UMMA CLINIC
10 YEARS
MUSLIMS MAKING A DIFFERENCE
1996-2006

711 Florence Avenue • Los Angeles, CA 90044 • 323 789 5610
Donate online at www.ummaclinic.org

ACLU-1295

# California Weekend Getaway:
# Yosemite National Park

By Affad Shaikh

Yosemite National Park is  referred to as "the incomparable valley," and with over 1200 square miles of wilderness and 800 miles worth of hiking trails you can imagine the solitude and immensity of this preserved natural wonder.

There are two ways to see Yosemite, by driving in the valley and to the villages or by hiking the trails. Most people are content with driving, which I recommend to families with small children and elderly members but I will focus on planning to hike Half Dome.

Like any trip, I suggest a certain degree of preparation. Plan a weekend retreat. There is a park entrance fee, but purchasing a National Park pass will allow access to all National parks in the US. Plan to avoid critical weekends like Fourth of July, Labor Day, Veterans Day, and Memorial Day. Ideally, your weekend visit should be before or after these weekends, which is still during peak season (May to September). Towards the end of the season the snow has largely melted, which might make the falls less spectacular, but in my opinion, it does not take away from the beauty of the park.

I suggest arriving early Friday evening, get situated and rested. Saturday should be physically intensive while Sunday should be leisurely "drive by" sight seeing, with departure depending on the drive back. Accommodations range in price; the cheapest is to set up a tent at one of the camp sites, but reserve the spot in advance. If camping, I advise arriving early to set up your tents during sunlight, so planning your drive will be critical.

Looking for more comfort than a tent can offer? There are alternatives, which include lodging in the park as well as places outside the park, but remember that entrance fee. Peak seasons require you to have a two day minimum stay and advance booking.

There is one station at the entrance of the park with miles of one-way highways and steep inclines, so planning ahead will maximize your trip. After settling down, visit Yosemite Valley and enjoy the sunset and stars, which most people do not take the opportunity to do.

Half Dome is strenuous. I have seen kids as young as eight and people who are elderly hike it, but the hike is long (17 miles roundtrip), steep (close to 5000-foot elevation gain from where you begin to the top), high in altitude (8842 feet from sea level) and requires "climbing" the last quarter mile.

Fit hikers take 7 hours to make the round trip; less fit and experienced hikers can take up to 12 hours. The goal should be to make it downhill by sunset, and your goal should be to make it to the peak no later than 3 PM. Park at Curry Village and take the bus to the Happy Isle Trail head where the Half Dome hike begins. The free shuttle service ends at 10PM, so you want to make it on time, or else there is a painful walk to your car. 

For gear I suggest bringing plenty of water, a camelback pack is a good investment, trail mix and Gatorade. Also, having worn-in hiking shoes helps, but a pair of sneakers will do; however, downhill will be painful on your ankles. Bring a pair of sturdy gloves, because the last quarter mile requires that you hold onto a cable; if you forget, not to fret, you can find a pair at the cables, some hikers leave them there. Finally, bring a flashlight just in case your descent is after sunset.

Finally, after hiking all day, you might want to take advantage of eating out. For twelve dollars, you can enjoy a variety of food at the Buffet Cafeteria at Curry Village or a pizza, but both stop serving by 9:45 pm. There is a grocery store located at Yosemite village, but the cafeteria is a good way to wind down after a hard day of hiking in the sun. Also for campers, there are community showers at Curry Village behind the Cafeteria. (Use at your risk – bring a LARGE towel, slippers, and your own soap, but try not to touch anything.)

For Sunday, I suggest visiting some of the sightseeing spots or the Ansel Adams Museum, most of which you can drive to. There are numerous places you can visit. Also to get an idea of the beauty of the park, the Gene Autry Museum is holding an exhibit called, Yosemite: Art of an American Icon from September 2006 to January 2007.

For links, more inside information and other places of interest or activities at Yosemite, or to get general questions or concerns addressed please visit the Muslim Travel Guide blog at http://muslimtravelguide.blogspot.com.

## Performance Collision Center Inc.
## AUTO BODY SHOP

ASE CERTIFIED

We work with all insurance companies
Discounts to community members available

ACLU-1296

# in the footsteps of PROPHETS

*The following is the first in a series of articles InFocus will be running to highlight the lives of Prophets of the three Abrahamic religions and the peaceful nature of their message. Each piece will postulate a theme relevant to our times. The theme beforehand is "Peaceful Resistance".*

By Abdussalam Mohamed

Mahatma Gandhi once said, "I like your Christ but I don't like your Christians. Your Christians are so unlike your Christ." Gandhi, who achieved legendary status by leading a non-violent uprising against the British in his native India, became an exemplar for "peaceful resistance." His comments about Christians were directed at the British who occupied and plundered his homeland. He was keen to distinguish between the Christian faith and the actions of its followers.

During the Civil Rights movement, Martin Luther King Jr. emulated Gandhi by preaching non-violence. Ironically, both men were assassinated. Nelson Mandela treaded in his predecessors' footsteps during the Apartheid regime and paid the price by spending most of his life in jail. He too earned a place in the pantheon of peaceful warriors.

As wars and terrorism flare up around the world, humanity seems in need now more than ever for the likes of Gandhi, King and Mandela, who are often regarded as icons of peaceful resistance. But is the concept a modern one?

Prophets in the Bible and the Qur'an are honored by followers of the three Abrahamic faiths. Although their stories are almost identical, the Qur'an is especially reverent in its approach. In Islam, infallibility of character is key to prophethood. Allah, or God, only chooses the best among His creation. He then purifies hearts and minds to prepare the chosen ones for the onerous task of preaching salvation.

Prophets and messengers are a breed apart because they are supposed to be exemplary beacons of behavior to be both emulated and followed. Lapses of judgment or improprieties of character would certainly undermine message and messenger and drive followers away. Politicians in our time, for instance, fall easily for as little as questionable behavior. How could Prophets be held to a different standard when their message addresses humanity's very salvation?

Prophets share a common theme: uniformity of message. All preached the same precept: worship one God. When Prophet Musa, or Moses, stood in Pharaoh's court and preached that precept he faced overwhelming odds. Weak and with only his brother Aaron as an ally, he asked for the impossible: let thousands of enslaved children of Israel go! Moses could have asked for an army or perhaps himself tried to stir up rebellion by enlisting followers to take up arms against the Egyptians. He did neither. Spilling blood to free his people was not an option in spite of Pharaoh's overwhelming injustice. In the end, Moses' peaceful Jihad triumphed. His faith in a just God eventually defeated the most powerful nation of his time without firing a single arrow.

## Peaceful Resistance: Is it a modern concept?

In 610 AD, Muhammad, the son of Abdullah, who for months withdrew to a cave to worship the God of Abraham, came down one day with a message that would change the fate of humanity. At the time Arabs did not have a civilization like the Greeks or the Persians. They were nomads whose only claim to notoriety was confined to hospitality and mastery of the Arabic language. When the illiterate Muhammad came down with the Qur'an, he put their most eloquent poets to shame. While preaching his message in Makkah, Muhammad never once advocated violence even though his followers were openly persecuted. He lived thirteen years in his native town peacefully preaching his faith and putting up with the most egregious of physical and verbal abuse. Thirteen years of unbearable hardship went by before he was forced to flee to Medina. There he established a state and was later forced to wage few defensive wars against his enemies. When the Makkans broke a peace treaty, he marched on his hometown at the helm of ten thousand men. Upon his peaceful entrance to the holy city his enemies were brought before him for retribution. It was his chance to get even and it seemed like fair reciprocity. However, the merciful Prophet took only one glance at his former enemies before proclaiming, "Go, you are free men!" These were not the words of a man who spread his faith with the sword or brought anarchy to the world, they were the words of a man God called "a mercy to mankind."

Before Gandhi, King or Mandela brought about the idea of peaceful resistance, mighty prophets of God pioneered the concept, practiced it to perfection and were able to win the battle of hearts and minds without resorting to violence. They never invaded and plundered countries, killed in the name of God or moralized hatred of other faiths. They also didn't fly planes into buildings, behead prisoners on the Internet, plant car bombs or wage suicidal terrorist attacks on civilians.

Today, many who claim to be followers of Prophet Moses, Christ and Muhammad practice everything these mighty Prophets did not preach and preach everything they repudiated, namely hatred and random acts of violence to achieve political or religious goals. What is the difference between Pat Robertson and Osama Bin Laden for example? Both preach hatred. While tho former has the luxury of being in the camp of the most powerful nation, the latter resorts to violence as an end and that justifies the means.

As far as Muslims are concerned, there is much soul searching to be done. In spite of the West's many sins against the Islamic world, Muslims today must take a critical look at themselves and wonder if they amplify the teachings of their Prophet. Detractors alone cannot always shoulder the blame for the calamities befalling the Islamic world. The way we reacted to the Danish cartoons or to the Pope's fallible words was certainly not in line with the teachings of Prophet Muhammad. Muslims must open up to criticism and learn to respond only with love, kindness and wisdom when verbally attacked.

But this message applies to people of all faiths too, and not just to Muslims. Jews and Christians must also embrace the concept of non-violence in the tradition of God's mighty prophets. They must denounce hate and aggression being done in their name.

Injustice will not prevail. That is a promise God made in the Torah, the Gospel and the Qur'an. By embracing non-violence, the children of Abraham must celebrate their faiths and lead by example, by being a light unto the nations. If they were to fail, Gandhi's words would easily apply to all of them. "I like your Moses/Jesus/Muhammad but I don't like your Jews/Christians/Muslims. Your Jews/Christians/Muslims are so unlike your Moses/Jesus/Muhammad."



**Islamic Institute of Orange County**

**Al-Farouk Learning Center**

"Where Children Learn with Love"

The First Grade private school curriculum based on California State requirements:

Reading / Math / English / Social Studies / Science

Quran / Islamic Studies / Computers

Science Lab / Music / Physical Education

Art / Penmanship / Cursive

1220 N. State College Blvd
Anaheim, CA 92806

Phone: 714-533-6271
Fax: 714-533-6272

www.masjidomar.com/school
school@masjidomar

ACLU-1297

# No Veiled Threat

By Sheema Khan



Last week, I stopped at a local mosque to offer my sunset prayers before heading off to a restaurant for an iftar dinner with friends (iftar is the meal for breaking the daylong fast during the month of Ramadan). I met a pleasant young woman, who had removed her niqab (face veil) in the privacy of the women's section. She was gracious to all, offering dates and milk to break the fast. Her demeanour exuded a generous spirituality. While we spoke, she gently exhorted her children to stop running, restraining her exasperation when they disobeyed. What mother hasn't gone through the same?

At the restaurant, a niqabi woman came up to me whom I did not recognize at first. Her eyes glistened with familiarity. "Assalaamu alaikum, Sheema. I see you more often on TV than in person," she joked. I immediately recognized her voice. We had first met 16 years ago and had struck an instant friendship. Life had taken us in different directions; now we were both married with kids. She had memorized the entire Koran during that time, and was now teaching women and children to do the same. I felt humbled in the presence of her knowledge.

I respect women who wear the niqab. At Harvard, after much spiritual reflection, I donned the hijab (headscarf) and also tried the niqab -- for all of one hour. I found it stifling and unnatural. Yet others don't. And their choice should be respected. In some places, women are forced by the state to cover up. In other places, some have exercised their own choice to do so. At a recent scientific conference in Dubai, I met intelligent, assertive niqabis who discussed current research with both genders. What is the big deal?

The niqab has been in the news recently, often in the most unflattering terms. These new WMDs (women in Muslim dress) seem to evoke the same fear once reserved for real WMDs (weapons of mass destruction). The most vocal critics are European men in positions of power, with feminists being equally vocal or mute. Few have taken the time to understand the issue from veiled women themselves.

The debate is eerily similar to the discourse that took place during the British occupation of Egypt in the late 1800s. Intent on controlling the natives, the Empire sought to weaken nationalist sentiment by stripping away indigenous Egyptian identity. In the colonial hierarchy, Victorian England was the pinnacle of civilization; the rest had to be civilized.

Lord Cromer (Evelyn Baring), the first British proconsul of Egypt, viewed Islam as the "other" -- a faith utterly devoid of any good. In particular, he focused on the dress (i.e. the veil) and seclusion of Muslim women as emblematic of their oppression and inferiority. They were in need of rescue -- by the Empire. He pushed the feminist envelope to ostensibly liberate Egyptian women. Yet during his rule, he greatly reduced women's access to education. When he returned to England, he opposed the women's movement at every turn. Feminism was good for the colonized, but not for the colonizer.

Many members of the Egyptian elite internalised the superiority of British civilization, and championed Lord Cromer's call. One such person was Qasim Amin, who published the controversial tract Liberation of Women in 1899. In it, he derided all of Egyptian society for its inferiority. Women were described in the most misogynistic terms. In contrast, the sycophantic Amin extolled the virtues of the European male.

Amin was not interested in substantive issues of equality, such as women's education, health or employment. His main focus was on the veil, as the symbol of all of society's ills. It represented backwardness. He called on women to discard it so that Egypt could join the ranks of the civilized. He had as much interest in the welfare of Egyptian women as did Lord Cromer.

The reaction was predictable. An uproar ensued, with the greatest outrage expressed by nationalists. While many of them were not particularly religious, they championed the veil in reaction to colonialist designs.

Thus began a series of chain reactions, wherein the veil became a symbol, acquiring new meanings that were never part of classical Islamic teachings. It was a banner of resistance in Algeria (against the French) and Iran (against the Shah), a response to autocratic rulers who banned the veil as a symbol of inferiority. These simplistic debates deflected attention away from examination of substantive issues. Complex problems could simply be solved by either donning or discarding the veil.

Which brings us to current events. In a Monty Pythonesque scenario, the British political establishment demands that a particular minority (Muslims) integrate into British society, by coercing a minority within that minority to change its appearance. British Prime Minister Tony Blair and House of Commons leader Jack Straw have appropriated the veil as a symbol of "separateness" and an impediment to integration. In the 1890s, it symbolized backwardness and an impediment to civilization.

Integration is a complex issue. It is disingenuous to think that discarding the niqab will engender a new path toward integration — especially into a society as hierarchical as that of the British. In a recent study by the Home Office, Muslim students were found to be far more tolerant than their non-Muslim counterparts. By placing full onus on the Muslim community, the government has abdicated its responsibility in the integration impasse. It also has embarked on a dangerously divisive path.

If history is an indication, we can expect a counter-reaction. Especially at a time when an increasing number of Muslims see the "war on terror" as a "war on Islam," it is critical that cooler heads (covered or not) prevail, so that issues can be discussed objectively and dispassionately.

# Reject the Political Muslim-bashing Smears



By Parvez Ahmed and Nihad Awad

There has been much sound and fury in certain circles about the American Muslim community's support for Keith Ellison and his campaign to represent Minnesota's Fifth Congressional District.

A handful of right-wing bloggers, agenda-driven commentators and political operatives have used scurrilous smear tactics in an attempt to derail his campaign and to marginalize American Muslim voters. These smears and distortions send an un-American message of intolerance and bigotry.

We are proud of our personal donations to Ellison's campaign. He has proven himself to be an effective legislator and his commitment to social justice is worthy of admiration. We believe his election will send a powerful message to the world about America's commitment to religious inclusion and tolerance.

No one should be vilified merely for exercising their rights as an American citizen. Yet attacks on Ellison fit a disturbing pattern of Muslim-bashing that has been seen nationwide this campaign season.

In New York, Rep. Peter King tarred the vast majority of mosques in his state and nationwide as being run by "radicals." In California, a Muslim candidate for the Anaheim City Council is labeled "anti-American" by his Republican opponents. In Wisconsin, a candidate for Congress questioned about his call for profiling of Muslims suggested looking for anyone who is "wearing a turban and his name is Muhammad."

We understand the fear some Americans have of all things Muslim and Islamic. We bear these fears when visiting temples, synagogues and churches. We see the fear in people's eyes when we board an aircraft.

The current wave of terror committed in the name of Islam by a tiny minority of misguided individuals makes it all too easy to attack Islam and stereotype Muslims. Yet a look beyond the violent headlines reveals a more complex situation.

When churches in the Occupied Territories were vandalized, apparently in reaction to comments on Islam by Pope Benedict, major Muslim organizations condemned the violence and reached out for dialogue. Our organization also raised money to repair the damaged churches.

At the Council on American-Islamic Relations (CAIR), we are proud of our record of promoting interfaith understanding. We are also proud of our commitment to peace and our repeated condemnations of terrorism in all its forms, whether carried out by individuals, groups or states.

A CAIR statement released on the fifth anniversary of 9/11 said: "As American Muslims ... we will not allow terrorist groups like Al-Qaida to be the voice of Muslims or the representation of Islam to the rest of the world."

Other CAIR antiterror initiatives include our "Not in the Name of Islam" online petition, signed by hundreds of thousands of Muslims, and the Islamic religious ruling (fatwa) repudiating religious extremism and violence. (see www.cair.com).

When President Bush visited a Washington, D.C., mosque immediately after the 9/11 attacks, he met with a CAIR official. Over the years, CAIR representatives have been in numerous discussions about our nation's affairs with Condoleezza Rice, Al Gore, Karen Hughes, Bill Clinton, and any number of other top government officials. CAIR officials have also been invited by the FBI to participate in its press conferences.

In a desperate bid to boost sagging poll numbers, an Ellison opponent sent campaign materials to voters smearing him as being linked to terrorism, all because he accepted donations from Muslims like us.

This type of guilt by association has been tried in the past. Fortunately, the vast majority of

SEE MUSLIM BASHING  PAGE 33

---

## Why Advertise in Southern California InFocus?



- The largest American Muslim Newspaper in California.
- 25,000 copies distributed to more than 250 local businesses and Islamic centers, public libraries, and in select Las Vegas and Northern California
- Southern California is home to the largest American Muslim community, numbering over 600,000. Let them know about your product and services!
- InFocus is also mailed to media, interfaith, and political leaders. Your support will help us educate them about the Muslim community and its issues.
- Support independent community media.
- Up to 50% discounts for small businesses and non-profits
- Free ad placed online.

For advertising rates and information,
Call (714) 678-1820 or email us at ads@infocusnews.net

ACLU-1298

# Lebanon's War With Cluster Bombs

By Saree Makdisi

Of all the statistics to emerge from Israel's recent war on Lebanon, the most shocking concerns the number of cluster bombs that Israel dropped on or fired into Lebanon.

A cluster bomb is made up of a canister that opens and releases hundreds of individual bomblets, which are dispersed and explode over a wide area, showering it with molten metal and lethal fragments.

About 40% of the bomblets dropped by Israel (many of which were American-made) did not explode in the air or on impact with the ground. They now detonate when someone disturbs them — a soldier, a farmer, a shepherd, a child attracted by the lure of a shiny metal object.

Cluster bombs are, by definition, inaccurate weapons that are designed to affect a very wide area unpredictably. If they do not discriminate between civilian and military targets when they are dropped, they certainly do not discriminate in the months and years after the end of hostilities, when they go on killing and maiming anyone who happens upon them.

When the count of unexploded cluster bomblets passed 100,000, the United Nation's undersecretary-general for humanitarian affairs, Jan Egeland, expressed his disbelief at the scale of the problem.

"What's shocking and, I would say to me, completely immoral," he said, "is that 90% of the cluster-bomb strikes occurred in the last 72 hours of the conflict, when we knew there would be a resolution, when we really knew there would be an end of this."

teams had identified 359 separate cluster-bomb sites.

Since then, the true dimensions of the problem have become even clearer: 770 cluster-bomb sites have now been identified. And the current U.N. estimate is that Israel dropped between 2 million and 3 million bomblets on Lebanon, of which up to a million have yet to explode.

In fact, it is estimated that there are more unexploded bomblets in southern Lebanon than there are people. They lurk in tobacco fields, olive groves, on rooftops, in farms, mixed in with rubble. They are injuring two or three people every day, according to the United Nations, and have killed 20 people since the cease-fire in August.

"What we did was insane and monstrous," one Israeli commander admitted to the newspaper Haaretz. "We covered entire towns in cluster bombs."

As Egeland noted, the majority of these bombs were dropped in the last three days of the war — a time when the U.N. resolution to end the fighting had been agreed on, when the war was virtually over, when it was clear that Israel had failed to accomplish its declared objectives in launching this campaign.

Dropped so late in the war, it's hard to imagine what specific military objective these bombs could possibly have been meant to accomplish. Instead, they seem to have been dropped as a final, gratuitous act of violence in a war waged against



Lebanese men grieve at the funeral of a child killed in the Israeli attacks against Lebanon this year.

an entire population. The vast majority of the 1,200 Lebanese killed by Israeli bombardments were civilians; one in three was a child.

With 100,000 innocent people trapped in the south because they could not, or dared not, flee on roads that Israel was indiscriminately bombing every day, Israel's justice minister declared that they were all — men, women and children — "terrorists who are related in some way to Hezbollah."

Nor was this his view alone. The Israelis dropped leaflets warning that "any vehicle of any kind traveling south of the Litani River will be bombed, on suspicion of transporting rockets, military equipment and terrorists." The Israeli chief of staff was especially clear. "Nothing is safe" in

Lebanon, he said. "As simple as that." Israel carried out 7,000 air raids and fired 160,000 artillery projectiles into Lebanon, a tiny country. That's about two air raids and 40 projectiles per square mile.

But the punishment was not evenly distributed. Israel's war was aimed specifically at Lebanon's Shiite population. Shiite neighborhoods in Beirut were destroyed, but other neighborhoods remained untouched. Shiite villages in the south were obliterated — literally wiped from the surface of the Earth — while nearby Christian villages escaped unscathed, mercifully able to shelter their Shiite neighbors.

Israeli officials said this was a war against Hezbollah, that Hezbollah was hiding in the midst of the population. But this wasn't a war against Hezbollah. It was a war to punish the entire population for its support of the guerrillas.

Not only was Hezbollah not hiding behind civilians, it ought to be obvious that the violence was directed in the first instance at the civilians themselves. To direct such violence at one community, one religious group, one minority — and to deny them the ability to return safely home — was what this war was all about.

To drop two or three bomblets for every man, woman and child in southern Lebanon — after having wiped out their homes, smashed their communities, destroyed their livelihoods — is to wage war against them all.

And we supplied the weapons.

*Saree Makdisi is a professor of English and comparative literature at UCLA.*

## WHERE THE CROSS MEETS THE CRESCENT
### Reflections on Muslim and Christian Spirituality in the Southland

By Rev. Connie Regener

*Note: This month's column provides a model for answering a recent letter sent to a local Muslim organization from a local Christian pastor.*

Dear Brother,

I am glad to provide this information concerning your impression that "there is no congruent theological evidence that the Allah of Islam is the same source as Jehovah of Christianity and Judaism." Rev. Bill Baker, an expert on this topic, in his book More in Common Than You Think, states; "Indeed, the universality of believers in the One God, along with numerous biblical passages make clear that the God of the Bible bears no special allegiance or commitment to any nation or state today. Believers in God transcend the checkerboard of political systems and human ideologies, and those who submit to and obey the teachings of God, regardless of where they are found throughout the world are, in reality, spiritually related and thus become the only nation, a spiritual nation of the Holy One" (p. 42).

You also refer to the "globalization of terrorism in the name of Islam," but this is a selective statement that falsely implies a cause and effect relationship between Islam and terrorism. The same inappropriate comparison can be made of Christianity during the Crusades, or the Jewish adoption of Zionism against the Palestinian claim of the right of return to the disputed Holy Land. A careful study of all three religions reveals that no one religion is more likely to spawn terrorism

## A Letter to a Pastor

than another. It is the fundamentalist or radical elements of any religion that are a danger to civil society. Again, a simple literature search easily reveals excellent expositions of this topic by R. Scott Appleby in his Strong Religion: The Rise of Fundamentalism around the World, and Religious Fundamentalisms and Global Conflicts.

You call for a dialogue between the Sunnis and Shiites to stop the killing. Hmm. This seems no more shameful than the bloody wars between the Catholics and Protestants, or the animosity among the Hasidic, Reform, and Orthodox Jews. Surely, an experienced pastor such as yourself is aware that all religions find it harder to get along with those who have variant beliefs about their own religion than among those of other religions.

You sarcastically dismiss the suggestion of theological equity between Christianity and Islam. Indeed, it is a serious and puzzling problem that the three Abrahamic religions cannot agree on what is sacred revelation and therefore what is authoritative. But all three religions call for repentance and reconciliation with the Creator God, and for charity to one's neighbors. The many parallels between Christianity and Islam are detailed in Rev. Baker's book, which was previously referenced. This is a must-read for a pastor such as yourself who attempts religious commentary.

You also mention the "Triumphalism of Islam," and question how God honors the intentions of the suicide bombers. Again, this is deceptively selective. Triumphalism has reared its ugly head in Christianity also, as detailed in the LA Times expose of the Trinity Broadcasting Network, defining Christian Triumphalism as a variation of the heretical prosperity doctrine. In each case, Triumphalism causes its adherents to blindly violate the rights of others and to turn a deaf ear to reasoned pleas. It is as lethal as its Jewish version, Zionism. Triumphalism in any

leaders we are duty bound to oppose it.

I agree with you that imposing any political agenda—due to Triumphalism or any other distortion—in the name of God is small-minded. I would go even further and

> You also refer to the "globalization of terrorism in the name of Islam," but this is a selective statement that falsely implies a cause and effect relationship between Islam and terrorism. The same inappropriate comparison can be made of Christianity during the Crusades, or the Jewish adoption of Zionism...

say that it is unrighteous and shameful. Nevertheless, since good people on both sides vehemently disagree as to the will of Allah, it is even more important that rules of civility be observed.

As you may recall during the United States Civil Rights Movement of the 1960's, it was the Ku Klux Klan who misappropriated the Christian message in order to oppress certain segments of society. This abuse was tolerated by Christian moderates who valued order and comfort more than justice. It is significant that it wasn't the moderates who caused change, but those who practiced civility and non-violence (although they experienced violence in return). Yes, I would agree with you that Muslims should challenge fundamentalist Islamists in the same way that some Christians took on slavery, segregation, lynching, and social injustices.

As a Christian pastor, I encourage you to engage in dialogue that conforms to the pleas for civility that the Council on American-Islamic Relations (CAIR) called for at a news conference in October, to good scholarship, and to the rules of logic. Above all, let us stand shoulder to shoulder with the Muslim community in denouncing all forms of violence in the name of anyone's god.

And that is where I find that the cross meets the crescent.

*Rev. Connie Regener, a graduate of Fuller Theological Seminary in Pasadena, is a religious commentator in the Southland.*

## Maher Azzawi D.D.S.
### الدكتور ماهر عزاوي
### Dentist
Laser, Digital X-Ray, and all the latest dental technology!

www.DrAzzawi.com

ACLU-1299

# Build Bridges of Understanding

By Sabiha Khan



Often seemingly well-intentioned editorials and public discourse are characterized by broad-brush statements about Islam and Muslims.

One of the oft-repeated canards is that Muslims have not condemned violence or have done little to condemn it. Such perception unfortunately translates into prejudice against Muslims. Recent polls show that nearly 4 in 10 Americans admit to prejudice against Muslims, with 1 in 4 refusing to live next to Muslims.

Ordinary Americans cannot be entirely blamed for their attitudes as they are fed a steady diet of negative news pertaining to Islam and Muslims. But a careful study of the lesser-covered stories beyond the headlines will show that the negative attitudes toward Islam and Muslims are often the result of ignorance, which can be overcome by a dose of reality.

Muslim leaders have and will continue to speak out against violence in the name of Islam for it is Islam that teaches us to value human life. Those Muslims who react violently to protest cartoons or speeches do so despite the teachings of Islam, which advocates peace and justice for all people.

Muslims have condemned the 9-11 attacks on our country. Pages of these condemnations are posted on our Web site at www.cair.com/html/911statements.html.

The Council on American-Islamic Relations has ran full-page ads and TV/radio public-service announcements condemning terrorism, has held protests and candlelight vigils and has initiated "Not in the Name of Islam" online campaigns. CAIR members have spoken at churches and synagogues, issued numerous statements and conducted hundreds of interviews in our struggle to relay the message of peace to our fellow Americans.

Some Muslims erroneously resorted to violence to protest against Pope Benedict XVI's inaccurate comments about Islam. However, missing from the headlines were gestures for dialogue from Muslims and the unequivocal condemnation of violence. At CAIR, we went further and raised money to repair the churches that were damaged in the misguided attacks.

Prophet Muhammad's teachings continue to inspire most of the 1.5 billion Muslims to be kind, tolerant and loving to all people. Unfortunately, most Americans judge Muslims by the sensational headlines of violence and rarely have a chance to correct their misperceptions by interacting with the millions of Muslims who are their neighbors, doctors, teachers, engineers, nurses etc.

> We Muslims will continue to stand for justice and condemn violence in the name of our faith whenever and wherever it occurs.

We Muslims will continue to stand for justice and condemn violence in the name of our faith whenever and wherever it occurs. We ask others to judge us not by the minuscule minority of extremists among us. Stereotyping is un-American and hurts our national interest at home and abroad.

It is time our fellow Americans made the effort to learn about Islam and Muslims. More than ever, we must remain united as a nation striving to bring peace and harmony to our world through education and mutual understanding. My office stands ready to offer lectures, seminars and workshops to build a harmonious community. Contact me at (407) 649-1660 or skhan@cair.com.

*Sabiha Khan is executive director of the Council on American-Islamic Relations (CAIR) -- Orlando.*

---

## AN INTERFAITH VIEW
## Whose Moderation?

By Lawrence Swaim



No sooner had the US political class become aware of Islam than it began trying to manipulate its future. With a great cry it was announced that America would forthwith encourage a hitherto unknown figure to save the West from religiously-motivated extremism. This paragon was known as the "Moderate Muslim."

The only problem was that the Bush administration and the Religious Right and its neoconservative allies set to define who's moderate and who isn't. To them, the moderate Muslim possesses two all-important qualities: he will never, ever criticize the Bush administration, and never, ever criticize (you guessed it) the state of Israel.

The real issue, as author George Lakoff sees it, is how issues are framed. Lakoff is a professor of cognitive linguistics at UC Berkeley who believes that whoever frames the debate wins the debate. If someone says that all Muslims are traitors, you may lose the debate if you try to prove you're not—because you're accepting the frame of the bigot. If, on the other hand, you create your own frame (that free speech and religious pluralism are fundamental to both Islamic and American values), you may do better.

The problem with the "Moderate Muslim" as a frame is that it makes Islam sound like an intrinsically dangerous enterprise. (If the MM is the only Muslim the US can talk to, does that mean that all the others are potential terrorists?) The "Moderate Muslim" frame also feeds into the desire of the West to remake Islam to suit its own interests. The reality is that Muslims often see the world differently, and that's okay. Muslims have something to say that the West needs to hear, even if it's sometimes hard for the West to listen.

Negative framing happens often in American discourse. "You're an anti-Semite!" says the neoconservative when a liberal dares to criticize Israel. The liberal, since he values civility in discourse, awkwardly tries to defend himself. But by accepting the frame of his opponent, he ends up sounding like he has something to hide. Neoconservatives know that if you throw enough mud, some of it sticks.

Frames can also be used by unscrupulous leaders to manipulate public opinion. President Bush has recently begun to talk about Muslims who want to restore an Islamic Caliphate. Now, there is about as much chance of the Ottoman Caliphate being restored as I have of playing shortstop for the New York Yankees. But, when Bush refers to something, it tends to make the idea attractive to uninformed young people who despise Bush's foreign policy. Therefore the number of Muslims who like the Caliphate idea goes from .0001 percent to maybe .001 percent. And if you don't think that's what Bush wants—to create more straw men that he and his party can use to frighten the American people—you haven't been paying attention.

President Bush did something similar during the war in Lebanon. "Everybody can now see that we are fighting Islamic fascism," Bush said—and suddenly Islamic (or Islamo-) fascism became the new buzzword. (The neocons have used it for years, but this time Bush's chance to slip it into popular discourse.) But since when are we fighting anybody in Lebanon? I thought the war was between Israel and Hizbullah.

> The problem with the "Moderate Muslim" as a frame is that it makes Islam sound like an intrinsically dangerous enterprise.

If new frames should be found for discourse about Islam in the West, and political Islam generally, Than I believe should be the decision of Muslims themselves. Whatever frames are used, it must be those that Muslims themselves control and can define (or redefine) according to their own interests. Like other religions in the West, Muslims want to define their relationship with God and society based on conscience, not on the imperial fantasies of the rich and powerful. That form of spiritual self-determination is an important aspect of religious liberty.

*Lawrence Swaim is the Executive Director of the Interfaith Freedom Foundation. He taught for eight years at Pacific Union College, and his academic specialties are American Studies and American literature. His column addresses current affairs from an American Christian and Interfaith perspective.*

---

### DISCRIMINATION
FROM PAGE 31

Americans rejected such tactics when the "other" of the day included Catholics, Irish immigrants, Jews or Asians.

The Rev. Martin Luther King Jr. once said, "The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy."

We are clearly living at a time of challenge and controversy. In a campaign as important as this one, and in a time as trying as ours, it is perfectly acceptable to challenge the ideas and policy positions of any candidate. But smears, distortions and unfounded guilt by association are by people of conscience.

In endorsing Ellison, the American Jewish World wrote: "Voters could make an emphatic statement -- one that would gain national and international attention -- by casting their ballots for Keith Ellison."

The election of an African-American Muslim supported by Muslims, Christians and Jews will be among the finest displays of American democracy -- one that will reverberate across the globe.

*Parvez Ahmed is board chairman of the Council on American-Islamic Relations, the nation's largest Muslim civil liberties group. Nihad Awad is CAIR's national executive director.*

---



G & Z APPRAISALS — HISHAM LABANIEH — 12472 Nelson Street, Garden Grove, Ca 92840 — Ph: (714) 679-2951 — Fax: (714) 908-1621 — E-mail: instantappraisals@sbcglobal.net

**34** November 2006      ADVERTISEMENT      Southern California InFocus

# Case Study
## Orphan Programs

### MAKE A DIFFERENCE IN A CHILD'S LIFE



Hamdi is 12 years old and lives in Mandera, Kenya. Her father died of natural causes, leaving behind a wife and eleven children. His death was a shock to the family. Hamdi's mother, Fatuma, was nine months pregnant at the time. Life was difficult for them already.

Six months after Hamdi's father died, the family could no longer afford to pay rent. Homeless, they built a small hut on their neighbor's plot of land. Months later, they still live and sleep in the same single-room hut, fearing the day they are asked to leave.

"I can't begin to tell you how hard it's been," Fatuma told Islamic Relief. "My children cry at night and I cry with them. I can't control it. The tears just come out."

An Islamic Relief donor currently sponsors Hamdi, supplementing the family income and allowing Hamdi to have an education. "If it were not for Islamic Relief, I wouldn't have been able to go to school," said Hamdi, "but now I have books and even a school bag to carry them in."

Hamdi enjoys studying and does well in most subjects. Her day starts early with morning prayer, Qur'an studies, and then breakfast, followed by a full day at school. Hamdi has high aspirations for the future. One day she hopes to be a doctor.

There are thousands of orphans like Hamdi worldwide. You can make a difference in a child's life. Sponsor an orphan today!

Call (888) 479-7968 or email orphansupport@irw.org


Islamic Relief

ACLU-1301

Southern California InFocus | **EDITORIAL/LETTERS** | November 2006 **35**

## American Muslims: Increasing Political Participation

Election season is upon us once again, and American Muslims are increasingly engaging the political process throughout the country.

A recent survey conducted by the Council on American-Islamic Relations (CAIR), shows that the alienation felt by American Muslims post 9/11, nation's policies at home as well as abroad. We have seen the results of our failure to influence America's foreign policy in Iraq, Palestine, Lebanon, and elsewhere. We have witnessed the erosion of our civil liberties with the Patriot Act. We have seen our community become targets of the media as well as by politicians seeking office, and we have too few friends in public office who defend us from these unjustified attacks. We have become aware of the anti-immigrant and xenophobic

It is high time for the American Muslim community to realize that our ability to vote is a strength that should not be wasted. In the Presidential elections of 2000 and 2004, a small percentage of votes in a few states could have significantly altered the outcome.

has receded and that American Muslims are integrating into the American political system after a 5 year decline. The issues that are of most concern to American Muslim voters are the war on terror and the Iraq war. In addition to CAIR, the Muslim Public Affairs Council (MPAC) and the American Muslim Alliance (AMA) are the main driving forces for increased American Muslim participation in American politics.

This election year is also the first in which an American Muslim candidate has won a congressional primary. Keith Ellison, a Democrat from Minnesota's 5th Congressional district, has won the democratic primary and is considered the front runner in his district. If elected, he will become the first American Muslim in Congress. In addition to Ellison, other American Muslims are on the ballot in various states for congress and the state senate. Locally, Southern California businessman and Muslim community activist Bilal Dalati is running for Anaheim City Council.

We applaud the increasing participation of American Muslims in American politics. Since the attacks of 9/11, we have all become aware of the consequences of not integrating into American society and not having a say in formulating our movements that aim to deport members of our community as well as our neighbors. Thus, we feel that it is our duty as Americans as well as Muslims to actively participate in the local and national elections.

It is high time for the American Muslim community to realize that our ability to vote is a strength that should not be wasted. In the Presidential elections of 2000 and 2004, a small percentage of votes in a few states could have significantly altered the outcome. With voter participation expected to be below 40% in many areas of our nation during the upcoming midterm congressional elections, the American Muslim vote could have a significant impact on the results. Just as important as voting is the necessity of American Muslims to donate money to and volunteer for candidates who share our concerns.

Too much is at stake for American Muslims to sit on the sidelines. We cannot afford to continue to be spectators of American politics. Only by wholeheartedly immersing ourselves in the political arena can we regain our civil liberties and influence our nation's policies. Thus, we implore our readers to vote and to encourage their families and friends to do likewise.



## Letters to the Editor

### Muslims should heed Muslim Comics path

I enjoyed reading your article on Muslim comedians. It is encouraging to see Muslims penetrating the boundaries of American media and projecting such honest images of Islam. These are the Muslims that perform jihad everyday of their lives in their own personal struggle of fighting the negative images and stereotypes people so often associate with Muslims. I also hope that other Muslims follow their footsteps not only in comedy but also journalism, literature, radio and other media-related fields.

Tasbeeh Herwees
Cerritos, CA

### Proud of American Ramadan Film

It was heartwarming to see in last month's issue the article about a Muslim American filmmaker who directed a film that portrays the American Muslim experience in the holy month of Ramadan. Especially after being exposed to such negative coverage of Muslims in the American Media day after day, it puts a smile on my face and brings joy to my heart to see that Muslims around America are trying to build bridges with people of all faiths. The film includes commentary by a Jewish Rabbi, Christian doctor and a Muslim Scholar. The article was inspiring and motivated me to increase dialogue and understanding among my fellow neighbors, co-workers and friends of other faiths.

Sumiya Salama
Los Angeles, CA

### "We're not with Stupid!"

The best way to get our country back, and to especially send a better message to the rest of the world is for all Muslim Americans to wear a shirt with a photo of President Bush and a finger pointing to him which says, "We're not with Stupid!" Everyone around the world would finally understand that bad presidents happen to good people. However, the only people who are allowed to wear these shirts, would be people who actually VOTE. If you don't vote, sorry, you can't say anything to criticize the current administration because you didn't do much to help get them out. So you're technically part of the "stupid" on the t-shirt. (This includes you MSA's!) So please send a clear message to our allies abroad, to a world which has turned hostile to Americans that Muslim in American are "not with stupid." VOTE on Nov. 7th.

Khalid Ghazi
Mission Viejo, CA

### Najee Ali

Najee Ali is indeed a true activist and your profile of him shed light on how we can put our own faith into action. Many times we get caught in our own lives, earning a living, and living the "American dream," and we forget about others who are less fortunate than us. This attitude is in complete contradiction to the teachings of Islam. Individuals like Ali remind of the true meaning of a Muslim, one who is a leader in bringing about positive change in him/herself and others.

Mubeena Siddiqi
Lancaster, CA

**CAN YOU READ THIS?**
So can 50,000 other people who read InFocus

Call now for our special rates for small businesses.
(714) 678-1820

---

**Subscribe & Support InFocus Today!**
Subscribe to Southern California InFocus today and receive quality news, views, and articles relevant to the Muslim Community right at your doorstep!

Name: _____
Address: _____
Phone: _____
Email: _____

Only $25 for One Year!

☐ Please sign me up for a one year subscription of InFocus for $25.00.
☐ Please send me advertising rates

Please make a check out to "Southern California InFocus" then mail along with subscription form to:
Southern California InFocus 2180 W. Crescent Ave.; Suite G Anaheim, CA 92801

ACLU-1302