

ACLU-1303

Case 8:07-cv-01988-CJC-AN Document 31-29 Filed 11/04/08 Page 2 of 17 Page ID #:1034



Press Office
U.S. Department of Homeland Security

**U.S. Citizenship
and Immigration
Services**

April 25, 2006

# Fact Sheet

### Immigration Security Checks—How and Why the Process Works

**Background**

All applicants for a U.S. immigration benefit are subject to criminal and national security background checks to ensure they are eligible for that benefit. U.S. Citizenship and Immigration Services (USCIS), the Federal agency that oversees immigration benefits, performs checks on every applicant, regardless of ethnicity, national origin or religion.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. However, in some cases, USCIS customers and immigrant advocates have expressed frustration over delays in processing applications, noting that individual customers have waited a year or longer for the completion of their adjudication pending the outcome of security checks. While the percentage of applicants who find their cases delayed by pending background checks is relatively small, USCIS recognizes that for those affected individuals, the additional delay and uncertainty can cause great anxiety. Although USCIS cannot guarantee the prompt resolution of every case, we can assure the public that applicants are not singled out based on race, ethnicity, religion, or national origin.

USCIS strives to balance the need for timely, fair and accurate service with the need to ensure a high level of integrity in the decision-making process. This fact sheet outlines the framework of the immigration security check process, explaining its necessity, as well as factors contributing to delays in resolving pending cases.

**Why USCIS Conducts Security Checks**

USCIS conducts security checks for all cases involving a petition or application for an immigration service or benefit. This is done both to enhance national security and ensure the integrity of the immigration process. USCIS is responsible for ensuring that our immigration system is not used as a vehicle to harm our nation or its citizens by screening out people who seek immigration benefits improperly or fraudulently. These security checks have yielded information about applicants involved in violent crimes, sex crimes, crimes against children, drug trafficking and individuals with known links to terrorism. These investigations require time, resources, and patience and USCIS recognizes that the process is slower for some customers than they would like. Because of that, USCIS is working closely with the FBI and other agencies to speed the background check process. However, USCIS will never grant an immigration service or benefit before the required security checks are completed regardless of how long those checks take.

www.uscis.gov                                                                                    1

ACLU-1304

Immigration Security Checks—How and Why the Process Works

## How Immigration Security Checks Work

To ensure that immigration benefits are given only to eligible applicants, USCIS adopted background security check procedures that address a wide range of possible risk factors. Different kinds of applications undergo different levels of scrutiny. USCIS normally uses the following three background check mechanisms but maintains the authority to conduct other background investigations as necessary:

- **The Interagency Border Inspection System (IBIS) Name Check—** IBIS is a multiagency effort with a central system that combines information from multiple agencies, databases and system interfaces to compile data relating to national security risks, public safety issues and other law enforcement concerns. USCIS can quickly check information from these multiple government agencies to determine if the information in the system affects the adjudication of the case. Results of an IBIS check are usually available immediately. In some cases, information found during an IBIS check will require further investigation. The IBIS check is not deemed completed until all eligibility issues arising from the initial system response are resolved.

- **FBI Fingerprint Check—**FBI fingerprint checks are conducted for many applications. The FBI fingerprint check provides information relating to criminal background within the United States. Generally, the FBI forwards responses to USCIS within 24-48 hours. If there is a record match, the FBI forwards an electronic copy of the criminal history (RAP sheet) to USCIS. At that point, a USCIS adjudicator reviews the information to determine what effect it may have on eligibility for the benefit. Although the vast majority of inquiries yield no record or match, about 10 percent do uncover criminal history (including immigration violations). In cases involving arrests or charges without disposition, USCIS requires the applicant to provide court certified evidence of the disposition. Customers with prior arrests should provide complete information and certified disposition records at the time of filing to avoid adjudication delays or denial resulting from misrepresentation about criminal history. Even expunged or vacated convictions must be reported for immigration purposes.

- **FBI Name Checks—**FBI name checks are also required for many applications. The FBI name check is totally different from the FBI fingerprint check. The records maintained in the FBI name check process consist of administrative, applicant, criminal, personnel and other files compiled by law enforcement. Initial responses to this check generally take about two weeks. In about 80 percent of the cases, no match is found. Of the remaining 20 percent, most are resolved within six months. Less than one percent of cases subject to an FBI name check remain pending longer than six months. Some of these cases involve complex, highly sensitive information and cannot be resolved quickly. Even after FBI has provided an initial response to USCIS concerning a match, the name check is not complete until full information is obtained and eligibility issues arising from it are resolved.

For most applicants, the process outlined above allows USCIS to quickly determine if there are criminal or security related issues in the applicant's background that affect eligibility for immigration benefits. Most cases proceed forward without incident. However, due to both the sheer volume of security checks USCIS conducts, and the need to ensure that each applicant is thoroughly screened, some delays on individual applications are inevitable. Background checks may still be considered pending when either the FBI or relevant agency has not provided the final response to the background check or when the FBI or agency has provided a response, but the response requires further investigation or review by the agency or USCIS. Resolving pending cases is time-consuming and labor-intensive; some cases legitimately take months or even

ACLU-1305

Immigration Security Checks—How and Why the Process Works

several years to resolve. Every USCIS District Office performs regular reviews of the pending caseload to
determine when cases have cleared and are ready to be decided. USCIS does not share information about the
records match or the nature or status of any investigation with applicants or their representatives.

ACLU-1306



b6

ACLU-1307



b6

ACLU-1308



*Multi Cultural Forum Sign-In*

Full Name

Sign-In

b6

b6

ACLU-1310

## AGENDA FOR MONDAY, NOVEMBER 13, 2006, MEETING OF THE MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

6:00 P.M. - 6:15P.M.          Meet and Greet

6:15 P.M. - 6:30 P.M.         Current Issues                                                                    b6
                              [            ]U.S. Citizenship & Immigration Services

6:30: P.M. - 7:30 P.M.        Townhall Meeting

                                   -Agenda
                                   -Speakers
                                   -Publicity
                                   -Refreshments

7:30 P.M.                     Conclusion

## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
### NOVEMBER 13, 2006 MEETING

**Announcements:**

- Next month's MCAC meeting will be on **12/18/06**, at 6 p.m.

b6

**Immigration Info from** [          ]

- Name checks/security checks are still the big issue. Notes/pamphlet information were provided at this meeting with details on the three tiered name check system, as well as the revised naturalization exam.

- In reference to the three tiers, please note that the most time consuming is the last one: the FBI name checks. This is problematic because when there is a match on the name provided by Immigration, the application process is held up. This is not because the FBI is deciding whether or not to let the individual in; they are merely searching and providing their results of the databases, and the decision lies with the immigration office.

- 80% of names come back shortly. Of the 20% that don't come back immediately, most cases are resolved within six months. The top countries are Mexico, Korea, Iraq and Iran.

- The naturalization exam is in the process of revision due to the subjectivity among various locations. Pilot testing will begin in Tuscon and Washington state, with ESL's "High Beginnings" program. The program itself won't be deployed until 2008 though. It will be civics based, with 96 questions and a short lesson plan included. This new format will try to show what the individual's attachment to the constitution is.

- Also in process is the Comprehensive Fee Review. The last one took place in 1998, and this is the first year that the program is not funded by tax revenue dollars. All the money from the user fees collected from the application process are paying for the agency's entire services, including the employees' salary. This is approximately $4 million of Citizenship/Immigration Services that general tax revenue is not funding. Rumors have been circulating regarding the increase of the fee from $400 to $800. Although the fee study will probably show the results of a necessary increase, an increase of $400 is not likely.

- The DHS Public Affairs contact for reg is [          ] Office of Civil Rights/Civil Liberties. [    ] will provide the contact number via email.

b6

**Town Hall Meeting:**

- The TH Meeting will be this Sunday, 11/19/06 from 4-7 p.m. at the Brookhurst Community Center.

- Light refreshments are needed for estimated 100-200 people. MCAC will cover the cost as a group, and next month reimbursement will be discussed. It was decided at this meeting that the local members of MCAC will assist in obtaining the pastries from a local Arab bakery, as well as coffee from a local shop. Details will be discussed at the next meeting.

- Setting up will be from approximately 4 - 4:30 p.m., with informational booths set up within the venue and auditorium. Booths present will include information on: Crimes against children, hate crimes, public corruption, internet fraud, identity theft, gangs and violent crime, terrorists, recruitment/community outreach, etc. Each booth will have an expert in the subject matter, as well as pamphlet information.

- Anaheim Police Department requested that the Chief of Police speak at the meeting. So, the order of speakers for the program is as follows:

      Moderator: Tareef                                                                     b6
      1st speaker: Richard Chavez
      2nd speaker: Chief John Welter (of Anaheim PD)
      3rd speakers: Sireen & Hussam with opening remarks (MCAC)
      4th speaker: ADIC Steve Tidwell, FBI LA

- Special thanks to _____ for the discounted "In Focus" ad. She also took care of publicity with the OC mosques.

- CAIR's banquet is this Saturday evening. We'll bring flyers and Tidwell will also speak about the TH Meeting there, too.

- ADIC Steve Tidwell did various interviews and plugged the TH Meeting during press advisories, the Iranian based newspapers, NBC, Wall Street Journal and the last ten interviews as well. We will send out press advisories via email, and printed interviews he's done, too. We are also open to future press conferences with MCAC for the next meetings.


**MCAC Website Update:**

- _____ announced that MCAC has a separate account with HADI (Human Assistance Development International). Please write any checks to HADI and place MCAC in the memo/notes line of your check. Per our last meeting, it was agreed upon to have each organization contribute a total of $300 for the next year. That should cover the expenses estimated with maintaining the site.                                                        b6

---- Working Copy ----                          Page    1


Precedence: ROUTINE                    Date:   11/17/2006

To:      Los Angeles

From:  Los Angeles
         OPCA
         Contact:  SA [                    ]    (310)[              ]
                                                                        b2
Approved By:          [                        ]                        b6

Drafted By:          [                    ] bgg

Case ID #: 188A-LA-C236680    (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH OMBUDSMAN P

Synopsis:  Document the November 13, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s):  Enclosed are the following documents: (1) the sign
in sheet, (2) agenda, (3) minutes of November 13, 2006 MCAC
Meeting, (4) A fact sheet and two brochures from U.S. Citizenship
and Immigration Services, (5) InFocus Newspaper.

Details:  On Monday, November 13, 2006, at 6:00pm the monthly
Multi-Cultural Advisory Committee (MCAC) meeting was held at the
FBI Office in Westwood, California.  The following individuals
were in attendance:

        1. [                    ]
            Shura Council of Southern California

        2. [                    ]
            Congresswoman Jane Harman                        b6

        3. [                    ]
            Syrian Orthodox Church

        4.  Hussam Ayloush
            C.A.I.R.

        5. [                    ]
            Omar Ibn Al Khattab Foundation

        6. [                    ]

        7. [                    ]
            U.S. Citizenship and Immigration Services

        8. [                    ]
            C.A.I.R.

-----------------------------------------------------------------------
Case ID : 188A-LA-C236680                    Serial : 188

ACLU-1314

---- Working Copy ----                                    Page    2

9. [redacted]
   Council of Pakistan American Affairs

10. [redacted]
    Syrian Orthodox Church

11. [redacted]
    LEDtronics

12. [redacted]

13. [redacted]
    MPAC

14. [redacted]
    Inter Religious Federation for World Peace

15. SSA [redacted]
    FBI Los Angeles

16. SA [redacted]
    FBI Los Angeles

17. [redacted]
    FBI Los Angeles

18. [redacted]
    FBI Los Angeles

b6

    MCAC members were informed that the next will be held
December 18, 2006. The above mentioned enclosures are attached.

**

U.S. Department of Homeland Security



U.S. Citizenship
and Immigration
Services

Dear Sir or Madam:

Thank you for your interest in becoming a citizen of the United States of America. Your decision to apply
for U.S. citizenship is a very meaningful demonstration of your commitment to this country and we
applaud your efforts.

The United States has a long and rich history of welcoming immigrants from all parts of the world. U.S.
citizenship is the common thread that connects people from different cultures and backgrounds. For more
than 200 years, the United States has remained strong because of our citizens and the common values we
share. As President George W. Bush said, "America has never been united by blood or birth or soil. We
are bound by ideals that move us beyond our backgrounds, lift us above our interests and teach us what it
means to be citizens. Every child must be taught these principles. Every citizen must uphold them. And
every immigrant, by embracing these ideals, makes our country more, not less, American."

Enclosed is a copy of *Learn About the United States: Quick Civics Lessons,* a publication to help you
study for the naturalization test and learn more about U.S. history and government. The *Quick Civics
Lessons* are based on each of the sample civics questions that you should study for the naturalization test.
During your naturalization interview, you will not be tested on the additional information in the short
lessons. An audio CD that allows you to listen to the questions, answers, and civic lessons read aloud, is
also included.

For additional study tools, or to learn more about naturalization, please visit http://www.uscis.gov or
contact the National Customer Service Center at 1-800-375-5283. Again, thank you for your interest in
U.S. citizenship.

Sincerely,

Dr. Emilio T. González
Director

www.uscis.gov

ACLU-1316

U.S. Department of Homeland Security



**U.S. Citizenship
and Immigration
Services**

# Clarification Sheet
## for the publication
### *Learn About the United States: Quick Civics Lessons*

Clarification posted May 19, 2006

| Question | Page Number | Clarification |
|----------|-------------|---------------|
| 80 | 12 | The answer to Question 80 is incomplete. It should read as follows: *The rights of freedom of religion, of speech, of the press, of assembly, and to petition the Government.* |

ACLU-1317

## المشاركة في نشاطات منطقتك المحلية

إن الحكومة الأميركية هي حكومة للشعب ومنه ومن أجله، مما يعني أن الشعب يستطيع رسم بنية الحكومة وسياساتها. فكل شخص يلعب دوراً هاماً في منطقته المحلية. وأنت تستطيع بدورك المشاركة في نشاطات منطقتك المحلية



من خلال الهيئات المحلية، أو مكان ممارسة ديانتك أو عملك، أو حيك، أو مدارس أولادك. ويقدم لك دليل "أهلاً وسهلاً إلى الولايات المتحدة" بعض الأفكار عن المشاركة في نشاطات منطقتك المحلية والمزيد من المعلومات عن الحياة في هذا الوطن.



## كيف تصبح مواطناً أميركياً

يقدم دليل "أهلاً وسهلاً إلى الولايات المتحدة" معلومات هامة للمهاجرين الذين يريدون أن يصبحوا مواطنين أميركيين عن طريق عملية التجنس. ويعطيك الدليل المعلومات عن كيفية المباشرة بعملية التجنس في الوقت المناسب، والشروط المطلوبة، وكيفية تقديم الطلب لذلك باستعمال الاستمارة رقم N-400.

## كيفية الحصول على دليل "أهلاً وسهلاً إلى الولايات المتحدة: دليل للمهاجرين الجدد"

تستطيع طبع نسخة من دليل "أهلاً وسهلاً إلى الولايات المتحدة" من الانترنت، لكن إذا لم يكن لديك جهاز كمبيوتر في منزلك، تستطيع استعمال أحد أجهزة الكمبيوتر في إحدى المكتبات العامة في منطقتك أو في أحد مقاهي الانترنت "Internet café".

يستطيع المقيمون الدائمون الجدد طلب نسخة مجانية من الدليل بالإنجليزية من دائرة خدمات الجنسية والهجرة الأميركية (USCIS). خط الاستمارات بالاتصال على الرقم 3676-870-800-1.

للحصول على المزيد من المعلومات من دائرة USCIS:

- يرجى زيارة موقعنا على الانترنت على العنوان http://www.uscis.gov.

- يرجى الاتصال بـ"المركز الوطني لخدمات الزبائن" [National Customer Service Center] التابع لنا على الرقم: 5283-375-800-1 أو 1833-767-800-1 (لضعفاء السمع).

- للحصول على استمارات دائرة خدمات الجنسية والهجرة الأميركية، يرجى الاتصال بـ 3676-870-800-1.



أهلاً وسهلاً إلى الولايات المتحدة: دليل للمهاجرين الجدد

U.S. Citizenship and Immigration Services

(M 617 A)

ACLU-1318

## أهلاً وسهلاً إلى الولايات المتحدة!

تهانينا على حصولك حديثاً على صفة "مقيم دائم" [Permanent Resident] في الولايات المتحدة. لهذا أعدت دائرة خدمات الجنسية والهجرة الأميركية [USCIS أو U.S. Citizenship and Immigration Services] التي تشكل جزءاً من وزارة الأمن الوطني الأميركية [DHS أو U.S. Department of Homeland Security] دليلاً يحتوي على المعلومات والخدمات التي أنت بحاجة إليها كي تستقر في الولايات المتحدة، عنوانه "أهلاً وسهلاً إلى الولايات المتحدة: دليل للمهاجرين الجدد".

تستطيع الحصول على الدليل الكامل باللغة:

| الإنجليزية | الإسبانية | الصينية |
| التاغالوغية | الفييتنامية | الروسية |
| الكورية | العربية | الفرنسية |
| البرتغالية | الكريولية الهاييتية |

على موقع دائرة خدمات الجنسية والهجرة الأميركية على الانترنت http://www.uscis.gov.



## الاستقرار في الولايات المتحدة

ستستغرق عملية الاستقرار بعض الوقت، لكن هناك مبالاً متوفرة للمساعدة، إذ تستطيع الحصول على معلومات في دليل "أهلاً وسهلاً إلى الولايات المتحدة" عن:

- العثور على معلومات مجانية في مجتمعك المحلي وعلى الإنترنت

---

- البحث عن مكان للإقامة
- الحصول على رقم بطاقة تأمين وطني ورخصة سواقة



- الحصول على عمل
- تسجيل أبنائك في المدارس
- الحصول على العناية الصحية
- العثور على أماكن تقدم دروس تعلم اللغة الإنجليزية وتعليم الراشدين
- الإعداد للحالات الطارئة
- العثور على هيئات مجتمعية تساعد المهاجرين

## حقوقك ومسؤولياتك كمقيم دائم

من المهم جداً أن تفهم حقوقك ومسؤولياتك بصفتك مقيماً دائماً. إذا يتضمن دليل "أهلاً وسهلاً إلى الولايات المتحدة" معلومات لمساعدتك على فهم حقوقك، بما فيها تلك التي في الدستور الأميركي ووثيقة الحقوق. وتستطيع أيضاً الحصول على معلومات عن القوانين الفدرالية التي تحميك من التمييز ضدك عندما تبحث عن مسكن أو وظيفة. وسيحذر الدليل أيضاً من العواقب الوخيمة التي يخضع لها المقيمون الدائمون الذين يرتكبون جريمة في الولايات المتحدة أو تتم إدانتهم بها.

من المهم جداً أيضاً أن تعلم كيف تحافظ على صفة "مقيم دائم"، فعليك أن تعلم أنواع الاستمارات التي عليك أن تعبئها، وكيف تتقيد بالمواعيد الهامة، وأنواع النشاطات التي يجب تجنبها إذا أردت أن تصبح مواطناً أميركياً في وقت لاحق. دليل "أهلاً وسهلاً إلى

---

*الولايات المتحدة* يعطيك معلومات عن كيفية تلبية شروط:

تقديم كشوفات التصريح عن ضرائب الفدرالية لمصلحة ضريبة الدخل [IRS أو Internal Revenue Service].

- وللحصول على المزيد من المعلومات، اتصل بـ 1-800-829-1040 أو اطلع على http://www.irs.gov.

التسجيل في "الخدمة العسكرية الإلزامية" [Selective Service]" (للذكور من سن 18 إلى 26).

- للتسجيل أو الحصول على المزيد من المعلومات، اتصل بـ 1-847-688-6888 أو اطلع على http://www.sss.gov.



تزويد وزارة الأمن الوطني بعنوانك الجديد في غضون 10 أيام بعد انتقالك.

- للحصول على الاستمارة رقم AR-11 والاستعلام عن كيفية تعبئتها، اتصل بـ 1-800-870-3676 أو اطلع على http://www.uscis.gov.

الحفاظ على إقامتك في الولايات المتحدة.

- إذا كنت تنوي الإقامة خارج الولايات المتحدة لمدة طويلة (أكثر من 12 شهراً)، عليك أولاً تقديم طلب للحصول على تصريح للسماح لك بدخول البلاد ثانية قبل المغادرة، يمكنك الحصول على الاستمارة رقم J-131 من الموقع http://www.uscis.gov. وبالإضافة إلى ذلك، عليك ألا تقيم بشكل دائم في بلد آخر.

ACLU-1319