

# Learn About the United States:

## Quick Civics Lessons



U.S. Citizenship and Immigration Services

M-638

ACLU-1320

# Learn About the United States: Quick Civics Lessons

To become a United States citizen, you need to learn about the history of the United States and how its government works. Knowing about your new country is a very important part of being a good citizen.

*Learn About the United States: Quick Civics Lessons* will help you learn more about U.S. history and government as you prepare for citizenship. This booklet provides short lessons, based on each of the sample civics questions that you should study for your naturalization test. As you study the Questions and Answers you can learn more about the topic by reading the paragraph. To help you learn words that may not be familiar, a glossary is provided at the end.

The United States has a rich, interesting history and a unique system of government. Learning more about the United States as you prepare to naturalize will help make your journey toward U.S. citizenship more meaningful.

During your naturalization interview, you will **not** be tested on the additional information in the short lessons.

## Another Option to Help You Study: Civics Flash Cards

The USCIS Civics Flash Cards are a useful study tool for those preparing to take the naturalization test. These colorful, easy-to-use cards present each of the questions that can be asked during the test. The Civics Flash Cards are available for free online at http://uscis.gov/graphics/citizenship/. Hard copies can be ordered from the Government Printing Office (GPO) by calling 1-866-512-1800 or by going online to http://bookstore.gpo.gov/ and searching for "flash cards."




ACLU-1321

# Quick Civics Lessons

**Question 1:** What are the colors of our flag?
**Answer 1:** Red, white, and blue

We call the American flag the "Stars and Stripes." Congress chose the "Stars and Stripes" design for our flag on June 14, 1777. Americans celebrate June 14th as Flag Day. Much later, Congress explained the colors: red stands for *hardiness* and *valor*, white for purity and innocence, and blue for *vigilance*, *perseverance*, and *justice*.



**Question 2:** What do the stars on the flag mean?
**Answer 2:** One for each state

The white stars on the flag represent the United States as being like "a new *constellation*" in the sky. The nation was seen as a new constellation because the *republican* system of government was new and different in the 1770s. Very few other countries were republics at that time. In the republican system of government, leaders work to help all of the country's people. They do not act to help only a few special citizens. Since the people themselves choose these leaders, the people hold the power of government.

**Question 3:** How many stars are there on our flag?
**Answer 3:** There are 50 stars on our flag.

Each star represents a state. This is why the number of stars has changed over the years from 13 to 50. The number of stars reached 50 in 1959. In that year, Hawaii joined the United States as the 50th state.

**Question 4:** What color are the stars on our flag?
**Answer 4:** The stars on our flag are white.

The stars represent the *Founding Fathers'* view of the American experiment in democracy. To them, the goal of a republic based on individual freedom was a *noble*, *lofty* idea. Stars are considered a symbol of the heavens and the high, ambitious vision that our Founders were trying to reach.

**Question 5:** How many stripes are there on our flag?
**Answer 5:** There are 13 stripes on our flag.

For 18 years after becoming an independent country, the United States had only 13 states. In 1794, Kentucky and Vermont joined the United States, making the number of states 15. At that time, Congress increased the number of stars and stripes on the flag from 13 to 15. The number of stripes was not changed again to 13 for many years.

**Question 6:** What do the stripes on the flag represent?
**Answer 6:** The first 13 states

In 1818, Congress decided that the number of stripes on the flag should always be 13. This would honor the original states, no matter how many new states would join the United States later. These original 13 states had been *colonies* of Great Britain before America's independence.

**Question 7:** What colors are the stripes on the flag?
**Answer 7:** The stripes on the flag are red and white.

The pre-independence American flags also had stripes. The "Boston Liberty" flag, for example, was flown in the early part of the *American Revolution*. This flag was flown by a famous group of patriots called the Sons of Liberty. This group and others felt that British laws treated the American colonists unfairly. They were also angry at being taxed by the British while having no say, or *representation*, in the government.

**Question 8:** How many states are there in the Union (the United States)?
**Answer 8:** 50 states

There are 50 states in the Union. The first 13 states, which were the original 13 colonies, were Connecticut, New Hampshire, New York, New Jersey, Maryland, Virginia, Pennsylvania, Rhode Island, Massachusetts, Georgia, Delaware, North Carolina, and South Carolina. The last state to join the Union was Hawaii.

**Question 9:** What do we celebrate on the 4th of July?
**Answer 9:** Independence Day

Congress voted for the United States to become independent from Great Britain on July 2, 1776. However, we celebrate Independence Day on July 4th. This is because it took two days for Congress to vote to accept an official *Declaration of Independence*. This Declaration was written by Thomas Jefferson and edited by Congress. It explained why the American colonies were separating from their British ruler. The 4th of July is now considered to be the birthday of America. We celebrate with parades, fireworks, the playing of patriotic songs, and live readings of the Declaration of Independence.

★ For definitions of words that are in italics, please see the Civics Glossary in the

**Question 10: Independence Day celebrates independence from whom?**

**Answer 10:   Independence from Great Britain**

The decision to break from the British was not an easy choice for many colonists. However, Great Britain's "repeated injuries" against the Americans, as noted in the Declaration of Independence, convinced many to join the rebellion. After years of difficult fighting, the colonists went on to win their freedom.



Fireworks on the 4th of July

**Question 11: What country did we fight during the Revolutionary War?**

**Answer 11:   We fought Great Britain in the Revolutionary War.**

The American colonists' anger had been building for years before the Revolutionary War began. The Americans fought this war because they wanted freedom from British rule. The fighting of the war ended in 1781, after the Battle of Yorktown. The Americans, with French help, won this battle. It was not until 1783 that the British fully accepted United States independence.

**Question 12: Who was the first president of the United States?**

**Answer 12:   George Washington**

We honor George Washington as the first President of the United States. After leading the military campaign to win American independence, Washington played an important role in the new nation's formation. He was the elected leader of the meeting, or convention, that was held to create the Constitution. Later on, Washington's service as the first



George Washington

U.S. President set a tradition for future presidents to follow. For example, he refused to try to become President more than twice. This began the very *democratic* tradition of a President not serving more than two *terms*. This limit is now required by a Constitutional Amendment.

**Question 13: Who is the President of the United States today?**

**Answer 13:   George W. Bush**



President Bush

George W. Bush is the 43rd President of the United States. He was the Governor of Texas before winning the presidential election of 2000. Four years later, Bush won election to a second term as President. The name of the President's wife, called "the First Lady," is Laura. President Bush's father was the 41st President of the United States. His name is also George. He was President from 1989 until 1993.

**Question 14: Who is the Vice President of the United States today?**

**Answer 14:   Dick Cheney**

Richard B. (Dick) Cheney is the 46th Vice President of the United States. Vice President Cheney grew up in Wyoming. He later *represented* the people of Wyoming in the U.S. Congress. As Vice President, Cheney is President of the U.S. Senate and a top advisor to the President.

**Question 15: Who elects the President of the United States?**

**Answer 15:   The Electoral College**

The Electoral College is not a place or a school. It is a process that was designed by the writers of the Constitution to select presidents. It came from a compromise between the President being elected directly by the people and the President being chosen by Congress. Combining these ideas, the American people vote for a "college" of electors, who then meet to choose the President. Today, the people of each of the 50 states and the District of Columbia vote for the electors in November. The electors then officially vote for the President in December.

**Question 16: Who becomes President if the President dies?**

**Answer 16:   The Vice President**

The Vice President is first in line to take over as President. This has happened eight times in U.S. history. William Henry Harrison died in office in 1841. Zachary Taylor died in office in 1850. Abraham Lincoln was killed in office in

ACLU-1323

1865. James Garfield was killed in office in 1881. William McKinley was killed in office in 1901. Warren Harding died in office in 1923. Franklin Roosevelt died in office in 1945. John F. Kennedy was killed in office in 1963.

**Question 17: What is the Constitution?**
**Answer 17:** The supreme law of the land



The Constitution of the United States

The U.S. Constitution has lasted longer than any other country's constitution. It is the basic legal framework establishing the U.S. government. Every person and every agency and department of government must follow the Constitution. This is why it is called the "*supreme* law of the land." Under this system, the powers of the national government are limited to those written in the Constitution. The guiding principle behind this system is often called the rule of law.

**Question 18: What do we call changes to the Constitution?**
**Answer 18:** Amendments

It is not easy for the Constitution to be changed, or amended. First, two-thirds of the Senate and two-thirds of the House of Representatives must vote to approve an Amendment. Then, three-fourths of the states must approve the Amendment. This process is called *ratification*. Six times an Amendment has passed the U.S. Senate and House of Representatives, but was not approved by enough states to be ratified.

**Question 19: How many changes, or amendments, are there to the Constitution?**
**Answer 19:** Twenty-seven amendments

The first Amendments to the Constitution were added in 1791. These original ten Amendments are called the Bill of Rights. Since the Bill of Rights passed, 17 more Amendments have been added. The 27th Amendment is the most recent addition. It was added in 1992 and addresses how Senators and Representatives are paid. Interestingly, Congress first discussed this Amendment back in 1789.

**Question 20: What are the three branches of our government?**
**Answer 20:** Executive, Judicial, and Legislative

The Constitution divides the government's power among three *branches*. These branches operate under a system of checks and balances. This means that each branch can block, or threaten to block, the action of another branch. This way, no one branch can grow too powerful and harm the *liberties* of citizens. For example, the Senate can block a treaty signed by the President, or the U.S. Supreme Court can reject a law passed by Congress. In the first example, the *legislative* branch is "checking" the executive, and in the second, the judicial branch is "checking" the legislative.

**Question 21: What is the legislative branch of our Government?**
**Answer 21:** Congress

The main job of Congress is to make *federal* laws. Congress is divided into two parts—the Senate and the House of Representatives. By dividing Congress into two parts, the Constitution put the checks and balances idea to work within the legislative branch. Each part of Congress makes sure that the other does not become too powerful. These two "check" each other because both must agree for a law to be made. A Congress divided into two parts is known as a bicameral legislature.



The Capitol in Washington, DC, where Congress meets to make federal laws

**Question 22: What makes up Congress?**
**Answer 22:** The Senate and the House of Representatives

Specific powers are assigned to each of these chambers. Only the Senate has the power to reject a treaty signed by the President or a person chosen to serve on the Supreme Court. Only the House of Representatives has the power to begin considering a bill that makes Americans pay taxes. Also, only the House has the power to make a President go to trial for a crime against the United States. This is called impeachment.

Question 23: Who makes the Federal laws in the United States?

Answer 23: Congress

A federal law is a rule that all people living in the United States must follow. Every law begins as a proposal made by a member of Congress. Tax proposals must begin in the House. Other types of proposals can be made by any Senator or Representative. When the Senate or House begins to debate the proposal, it is called a bill. If the President signs the bill, it becomes a federal law.

Question 24: Who elects Congress?

Answer 24: The citizens of the United States

The nation is divided into 435 Congressional districts. The people of each district are represented by a member of the House of Representatives. The people of each state also vote for two U.S. Senators. The term of office for members of the House of Representatives is two years. The term for Senators is six years. Before 1913, state legislatures elected the U.S. Senators to represent that state. Since then, the people of a state have directly elected their two Senators.

Question 25: How many Senators are there in Congress?

Answer 25: There are 100 Senators in Congress, 2 from each state.

One reason the Senate was created was to give states with few people equal power to states with many people. With two Senators representing each state, states with small populations have the same Senate representation as states with large populations. In contrast, in the House, states with more people have more Representatives and therefore more power.

Question 26: For how long do we elect each Senator?

Answer 26: 6 years

The writers of the Constitution wanted Senators to be independent from public opinion. A longer, six-year term would give them this protection. They also wanted the Senate to balance the two-year term of the members of the House, who would more closely follow public opinion. The Constitution puts no limit on the number of terms a Senator may serve.

Question 27: Name two Senators from your state.

Answer 27: The answer to this question depends on where you live.

For a complete list of United States Senators and the states they represent, go to http://www.senate.gov.

Question 28: How many voting members are in the House of Representatives?

Answer 28: There are 435 voting members in the House of Representatives.

The House has had 435 members since 1912. Since that year, however, the distribution among the states of those 435 members has changed. This is because the number of Representatives from each state is re-calculated every ten years. New information from the Census is used in this re-calculation. If one state gains many residents while another state loses many, the first state could get one or more new Representatives, while the other state could lose one or more. But the overall number of U.S. Representatives does not change.



The U.S. House of Representatives in Washington, DC

Question 29: For how long do we elect each member of the House of Representatives?

Answer 29: For 2 years

People living in a Representative's district are called constituents. Representatives tend to reflect the views of his or her constituents. If Representatives do not do this, they may be voted out of office. The writers of the Constitution believed that short two-year terms and frequent elections keep Representatives closer to their constituents and public opinion. The Constitution puts no limit on the number of terms a Representative may serve.

Question 30: Who is the head of the Executive Branch of the U.S. Government?

Answer 30: The President

The President is both the head of state and the head of government. Presidential powers include the ability to sign treaties with other countries and select ambassadors to represent the United States abroad. As head of the executive branch, the President names the top leaders of the federal departments. However, the Senate has the power to reject the President's choices. This limit on the power of the President is another example of checks and balances.

Question 31: For how long is the President elected?

Answer 31: The President is elected for 4 years.

Early American leaders felt that the head of the British government, the king, had too much power. Because of



The President's home, the White House

this, they limited the powers of the head of the new U.S. government. They decided that the President would have to be elected by the people every four years.

**Question 32: What is the highest part of the Judiciary Branch of our Government?**

**Answer 32:** The Supreme Court

Many different federal courts make up the judiciary branch. The Constitution created the Supreme Court, but gave Congress the right to create lower federal courts. District and appellate courts are two examples of lower courts. Decisions made by these courts can be reviewed and overturned by the higher-ranking Supreme Court. The lower courts are spread throughout the country, in various districts and circuits.

**Question 33: What are the duties of the Supreme Court?**

**Answer 33:** To interpret and explain the laws



The Supreme Court

The U.S. Supreme Court makes sure that laws are consistent with the Constitution. If they are not, the Court can declare them unconstitutional and therefore not valid. In this case, the laws are rejected. The Court has the last word on all cases that have to do with federal laws and treaties. It also rules on other cases, such as those between states.

**Question 34: What is the supreme law of the United States?**

**Answer 34:** The Constitution

The government set up by the Constitution is based on the consent, or agreement, of the governed. The introduction to the Constitution reflects this idea. This introduction is called the Preamble. It states that "We the People" establish the Constitution. The actual system of the U.S. government is a representative democracy. The Constitution also reflects the idea of consent of the governed. The "governed"—all U.S. citizens—choose representatives to make the nation's laws and a president to lead the executive branch.

**Question 35: What is the Bill of Rights?**

**Answer 35:** The first 10 amendments to the Constitution



The Bill of Rights

When the Constitution was first written, it did not focus on individual rights. Its goal was to create the system and structure of government. Many Americans, including a group called the Anti-Federalists, wanted a specific list of things the government could not do. James Madison responded with a list of individual rights and limits of government. Some of these included citizens' rights to practice their religion freely, to speak and publish freely, and to complain publicly about anything they wanted. The list was in the form of changes, or Amendments, to the Constitution. These Amendments were ratified in 1791. They soon became known as the Bill of Rights.

**Question 36: What is the capital of the state you live in?**

**Answer 36:** The answer to this question depends on the state where you reside. To learn the capital of your state, go to http://www.firstgov.gov and select the state government link.



**Question 37: Who is the current Governor of the state you live in?**

**Answer 37:** The answer to this question depends on where you live. To learn the name of the Governor of your state, go to http://www.firstgov.gov and select the state government link.

**Question 38: Who becomes President if both the President and Vice President die?**

**Answer 38:** The Speaker of the House

The answer to this question has changed throughout history. At first, following a 1791 law, the *Senate President Pro Tempore* was second in line to become President after the Vice President. Later, Congress passed a law making the *Secretary of State* next in line if the President and Vice President died.

★ For definitions of words that are in italics, please see the Civics Glossary in

5

ACLU-1326

However, in 1947 Congress returned to the original idea of a Congressional leader being next in line. This time, though, the *Speaker of the House* was chosen to be the next in line after the President and Vice President.

### Question 39: Who is Chief Justice of the Supreme Court?
Answer 39:   John G. Roberts, Jr.

John G. Roberts, Jr. is currently the 17th Chief Justice of the U.S. Supreme Court. President George W. Bush nominated him for this position following the death of former Chief Justice William Rehnquist in September 2005. At age 50, Judge Roberts became the youngest Chief Justice since 1801, when John Marshall was confirmed at the age of 45. Previously, Judge Roberts served on the U.S. Court of Appeals for the District of Columbia Circuit.

### Question 40: What were the original 13 states?
Answer 40:   Virginia, Massachusetts, Maryland, Rhode Island, Connecticut, New Hampshire, North Carolina, South Carolina, New York, New Jersey, Pennsylvania, Delaware, and Georgia

These 13 states had been colonies before the United States became an independent country. The British king ruled the 13 colonies, but Great Britain was very far away and focused on *domestic affairs* or wars in Europe, not on the colonies. Therefore, even before their independence, the colonies largely governed themselves. This was done partly through colonial legislatures. These legislatures were elected by the colonists. Until the American Revolution, though, most colonists considered the British king their true ruler.

### Question 41: Who said, "Give me liberty or give me death"?
Answer 41:   Patrick Henry


American patriot Patrick Henry

Patrick Henry was a *fiery* leader of the American Revolution. Before U.S. independence, he spoke out for colonial rights within the Virginia legislature. Henry represented Virginia in both the First and Second Continental Congresses. He helped push the colonies toward independence. In 1775, when the Revolutionary War began, Henry convinced Virginia to join the colonists' side. Later he became the first governor of Virginia.

### Question 42: Name some countries that were our enemies during World War II.
Answer 42:   Germany, Italy, and Japan


World War II airplanes

The United States officially went to war on December 8, 1941. President Franklin Roosevelt, as Commander-in-Chief of the military, obtained an official *declaration of war* from Congress. This was one day after Japan bombed Pearl Harbor, an American naval base in Hawaii. Japan's partners in the *Axis*, Italy and Germany, then declared war on the United States, Great Britain, and their *Allies*. The Allies fought against the German Nazis, the Italian Fascists, and Japan's military empire. This was very difficult for the United States, which had to fight wars in both the Pacific region and Europe.

### Question 43: What was the 49th state added to our Union (the United States)?
Answer 43:   Alaska

In 1867, the U.S. government bought the land of Alaska from Russia, paying $7,200,000. Secretary of State William Seward made the decision to buy Alaska. Ninety-two years later, in 1959, Alaska finally became a state. The people of Alaska now honor Seward for his commitment to their state. They celebrate Seward's Day every March.

### Question 44: How many full terms can a President serve?
Answer 44:   Two full terms

The first U.S. President, George Washington, only ran for President twice. Washington felt that one person should not serve as President for a very long time. Following this tradition, no future President served for more than two terms until Franklin Roosevelt. Roosevelt was elected to four terms. Not long after he died, the Constitution was amended so that a President could only serve two terms.

### Question 45: Who was Martin Luther King, Jr.?
Answer 45:   A civil rights leader

Martin Luther King, Jr. was a Baptist minister and civil rights hero. During his short life he did much to make America a more fair, tolerant, and equal nation. He was the main leader

ACLU-1327

of the civil rights movement of the 1950s and 1960s. Because of this movement, civil rights laws that protected voting rights and ended segregation were passed. King believed in the ideals of the Declaration of Independence. He advanced the idea that every citizen deserves America's promise of equality and justice.



The civil rights leader Martin Luther King, Jr.

**Question 46: What are some of the requirements to be eligible to become President?**

**Answer 46:** A candidate for President must
- be a native-born, not naturalized, citizen,
- be at least 35 years old, and
- have lived in the U.S. for at least 14 years.

The writers of the Constitution wanted the President to be an experienced leader with a strong connection to the United States. The eligibility requirements try to make sure that this happens. In Federalist Paper #64, John Jay wrote that the President should be a man "of whom the people have had time to form a judgment." This, Jay explains, is one main reason for the eligibility requirements. The youngest person in American history to become President was Theodore Roosevelt. Roosevelt entered the White House when he was 42 years old.

**Question 47: Why are there 100 Senators in the United States Senate?**

**Answer 47:** Each state elects 2 Senators.

The writers of the Constitution wanted the two parts of Congress to have different characters. By giving each state only two Senators, the writers made sure that the Senate would be small. This would keep the Senate more orderly than the larger House of Representatives. As James Madison wrote in Federalist Paper #63, the Senate should be a "temperate and respectable body of citizens" that operates in a "cool and deliberate" way.

**Question 48: Who nominates judges for the Supreme Court?**

**Answer 48:** The President nominates judges for the Supreme Court.

The process of nominating a Supreme Court Justice is an example of checks and balances. The executive branch has the power to choose the members of the judicial branch of the federal government. The legislative branch can check this power, since the Senate must confirm the President's nominee. However, once on the Court, the Justices have lifelong terms. Therefore, the judicial branch's power and independence is protected.

**Question 49: How many Supreme Court Justices are there?**

**Answer 49:** There are 9 Supreme Court Justices.

The number of justices is not established in the Constitution. In the past, it has been as high as ten and as low as six. Now, there are eight Associate Justices and one Chief Justice. The current Associate Justices are Ruth Bader Ginsburg, David Souter, Clarence Thomas, Stephen Breyer, Antonin Scalia, John Paul Stevens, Anthony Kennedy, and Samuel Alito. The Chief Justice of the Supreme Court is John Roberts.

**Question 50: Why did the Pilgrims come to America?**

**Answer 50:** To gain religious freedom

In the early 1600s, the Pilgrims left England. They first went to Holland, where they lived for a few years, then America. Many English settlers sailed across the Atlantic Ocean to the American colonies during the 17th century. Many came for political freedom or, like the Pilgrims, the right to practice their religion. Others came because of economic opportunity. These freedoms and opportunities often



Pilgrims

did not exist in the home countries of these settlers. For them, the American colonies meant a new chance in life and the freedom to live as they wanted.

**Question 51: What is the executive of a state government called?**

**Answer 51:** The Governor

The position of governor is not the same in every state. The number of years that a governor is elected to serve—called a term—may differ from state to state. The governor's job within a state government is similar to the President's job within the federal government. However, the state laws that a governor carries out are different from the federal laws that the President carries out. The Constitution says that certain issues are covered by federal, not state, laws. All other issues are covered by state laws. This system is known as federalism. Federalism forces states and the federal government to share power on many issues.

**Question 52: What is the head executive of a city government called?**

Answer 52: The Mayor



Like a Governor or the President, a mayor usually shares power with a legislative body. In city government, this is often called the City Council. Cities in the United States are located within larger regions called counties. Usually, each county has its own government.

**Question 53: What holiday was celebrated for the first time by American colonists?**

Answer 53: Thanksgiving

The first Thanksgiving feast was held in Massachusetts in 1621. The Pilgrims who had traveled to this colony gave thanks for a successful fall harvest. They learned from local Native Americans, or Indians, which crops would grow and how best to grow them. The Indians' lessons helped the Pilgrims grow enough food to survive the winter. In 1941, President Franklin Roosevelt signed a bill that officially made the last Thursday of November Thanksgiving Day.

**Question 54: Who was the main writer of the Declaration of Independence?**

Answer 54: Thomas Jefferson



Thomas Jefferson

Jefferson was a Virginia lawyer and planter when he wrote the Declaration in 1776. He would become a very important political leader and thinker. Before becoming President, he was the governor of Virginia and the first U.S. Secretary of State. Jefferson strongly supported individual rights, especially freedom of religion. Because he wanted to protect these rights, Jefferson opposed a strong national government. Instead, he argued for states' rights. He wanted America to be a nation of small farmers who actively participated in their democracy.

**Question 55: When was the Declaration of Independence adopted?**

Answer 55: July 4, 1776

In 1774, representatives from 12 of the colonies met in Philadelphia, Pennsylvania, for the First Continental Congress. They protested British laws that treated them unfai[rly]. They also began to organize an army. After fighting began between the colonists and the British army, a Second Continental Congress met. This group appointed Jefferson and others to create the Declaration of Independence. This document stated that, if a government does not protect the rights of the people, the people can create a new government. Following this idea, the colonists broke from their British rulers and formed a new country.

**Question 56: What are some of the basic beliefs of the Declaration of Independence?**

Answer 56: That all men are created equal and have the right to life, liberty, and the pursuit of happiness

The Declaration is based on ideas about freedom and individual rights. For Jefferson and the Founding Fathers, people are born with natural rights that no government can take away. Government exists only to protect these rights. Because the people voluntarily give up power to a government, they can take that power back. The British government was not protecting the rights of the colonists, they took back their power and separated from Great Brita[in].

**Question 57: What is the national anthem of the United States?**

Answer 57: The Star-Spangled Banner

During the War of 1812, British soldiers invaded the United States. On the night of September 13, 1814, British warships bombed Fort McHenry. This fort protected the city of Baltimore. An American named Francis Scott Key watched the fierce bombing, and thought that the fort would fall. A[s] the sun rose the next morning, Key looked toward the fort He saw that the American flag above the fort was still flying, proving that the United States had not been defeated. Key immediately wrote the words to "The Star-Spangled Banne[r]"

**Question 58: Who wrote The Star-Spangled Banner?**

Answer 58: Francis Scott Key

Key first wrote the words to "The Star-Spangled Banner" as a poem. He named this poem "The Defence [sic] of Fort M'Henry." Many years later music was added to the words of the poem. This music came from a piece called "Anacre[on] in Heaven." The combination of the poem with the music created the song that is now so well-known. It was not unt[il] 1931 that Congress passed a law naming "The Star-Spangle[d] Banner" the official national anthem.