**Question 59: What is the minimum voting age in the United States?**

**Answer 59:** 18 is the minimum voting age.

For most of U.S. history, Americans had to be at least 21 years old to vote. By the 1970s, many people thought that if someone was old enough to fight in a war, he or she should be old enough to vote. So, in 1971 the 26th Amendment changed the minimum voting age to 18.

**Question 60: Who signs bills into law?**

**Answer 60:** The President

A bill is a proposed law being considered by Congress. Both parts of Congress—the Senate and the House of Representatives—must pass the same version of the bill. When they do so, the bill goes to the President to be signed into law. The President does, however, have veto power. This means that the President can reject a bill passed by Congress. If two-thirds of the House and two-thirds of the Senate vote to pass the bill again, though, the bill becomes a law. This process is called overriding the President's veto.

**Question 61: What is the highest court in the United States?**

**Answer 61:** The Supreme Court

The U.S. Supreme Court exercises complete authority over all federal courts. It has the final word on cases heard in federal court. The Supreme Court's interpretations of federal laws and of the Constitution are final. The Supreme Court is limited, though, in its power over states. It cannot interpret state law or state constitutions. The Court can, however, decide that a state law conflicts with federal law or the U.S. Constitution and is, thus, invalid.

**Question 62: Who was President during the Civil War?**

**Answer 62:** Abraham Lincoln



The Lincoln Memorial in Washington, DC

We honor Abraham Lincoln because he led the nation during the Civil War, a very difficult time. The war began when a group of southern states, known as the Confederacy, tried to separate from the United States. They wanted to preserve slavery and their farm-based economic system. This system was threatened by the northern states. Lincoln was a lawyer, legislator, and celebrated speaker before he was President. He became nationally famous for his debates with Senator Stephen A. Douglas. These took place when Lincoln and Douglas ran against each other for Illinois' U.S. Senate seat in 1858.



Civil War Engineers in the Union Army

**Question 63: What did the Emancipation Proclamation do?**

**Answer 63:** The Emancipation Proclamation freed the slaves.

President Lincoln issued the Emancipation Proclamation in the middle of the Civil War, in 1863. It freed the slaves in the rebelling Confederate states. In 1865, the northern soldiers, known as the Union soldiers, defeated the soldiers from the South, known as the Confederate soldiers. The bitter, bloody Civil War was over, and the Union had been preserved. Soon afterwards, the 13th Amendment made the abolition of slavery part of the Constitution.

**Question 64: What special group advises the President?**

**Answer 64:** The Cabinet advises the President.

The Constitution says that the leaders of the executive departments should advise the President. These department leaders, most of them called Secretaries, make up the Cabinet. Throughout history, Presidents have been able to change who makes up the Cabinet. For instance, when Congress created the Department of Homeland Security, President George W. Bush added the leader of this department to his Cabinet.



A meeting with the President in the Oval Office

**Question 65:** Which President is called the "Father of our Country"?

**Answer 65:** George Washington

Washington was a brave military general, a respected leader of the American Revolution, and our first President. His leadership was very important during America's transition from war and revolution to stability under the new government. After his victory over the British army, Washington retired. He reluctantly left this retirement when problems arose with the new country's system of government. Washington helped lead the effort to create a Constitution for the United States.

**Question 66:** Which President was the first Commander-in-Chief of the U.S. Army and Navy?

**Answer 66:** George Washington

The writers of the Constitution argued over how much power the new President should have. They decided that the President's powers should be limited in many ways, but that the President should be Commander-in-Chief of the military. During the Revolutionary War, George Washington had been supreme commander of the military. From this position, he led the U.S. forces to victory. This helped make him a unanimous choice to be the first President and Commander-in-Chief.

**Question 67:** What was the 50th state to be added to our Union (the United States)?

**Answer 67:** Hawaii

Hawaii is the only state completely separated from the continent of North America. There are six major islands and many smaller ones in this state. Hawaii is located in the Pacific Ocean, about 2,400 miles from Los Angeles, California. The islands officially became a U.S. territory in 1898. For many decades after this, Hawaiians pushed for Congress to make the territory a state. This finally happened in 1959.

**Question 68:** Who helped the Pilgrims in America?

**Answer 68:** The American Indians/Native Americans

At the time of the Pilgrims' arrival, great Indian tribes such as the Navajo, Sioux, Cherokee, and Seminoles lived in America. When the Pilgrims came to America, they settled in an area where a tribe called the Wampanoag lived. The Wampanoag taught the Pilgrims important skills, such as how to grow corn, beans, and squash. As more Europeans moved to America, relations with the Indians were not always peaceful. Eventually, after much bloodshed, the settlers defeated the Indian tribes and took much of their land.

**Question 69:** What is the name of the ship that brought the Pilgrims to America?

**Answer 69:** The Mayflower

The Mayflower left from Plymouth, England, on September 6, 1620. After 65 days crossing the ocean, the ship landed in what is now the state of Massachusetts. Soon after, the Pilgrims signed an agreement called the Mayflower Compact. In it, the Pilgrims agreed to unite into a "Civil Body Politic." The Compact did not set up a governing system, as the Constitution later would. It did, however, contain the idea that the people freely agreed to live under the government. The power of this government came directly from the people themselves.

**Question 70:** What were the 13 original states of the United States called before they were states?

**Answer 70:** Colonies

European countries began taking control of areas of America in the 1500s. These European-controlled areas were called colonies. England's first successful American colony was Virginia. Virginia began in 1607 as a small camp at Jamestown. Later, Pennsylvania was founded as a home for a religious group, the Quakers. This group opposed war and rejected all rituals and oaths. The Dutch colony of New Netherlands was captured by British forces in 1664 and renamed New York. The 13 American colonies would later unite into one country, but the history of each one was quite distinct.

**Question 71:** What group has the power to declare war?

**Answer 71:** Congress has the power to declare war.

Congress has formally declared war 11 times. The Senate vote for war was very close two of these times. These close votes took place before the War of 1812 and the Spanish-American War. Congress has not declared war since the United States entered World War II in 1941. However, seven times since then Congress has authorized military action. This step reflects the democratic tradition of the legislative branch approving the President's use of troops.

**Question 72:** Name the amendments that guarantee or address voting rights.

**Answer 72:** The 15th, 19th, 24th and 26th amendments

The 19th Amendment gave women the ability to vote. It was a result of decades of hard work by the women's rights movement. This was also known as the women's suffrage movement. The 15th



Suffragette parade in New York City in 1912

ACLU-1331

Amendment was written after the Civil War and the end of slavery. It allowed all American men of all races to vote. Some leaders of southern states were upset that the 15th Amendment allowed African-Americans to vote. These leaders designed fees called poll taxes to stop them from voting. The 24th Amendment made it illegal to stop someone from voting because he or she did not pay a poll tax. The 26th Amendment lowered the voting age to 18.

**Question 73: In what year was the Constitution written?**
**Answer 73:** The Constitution was written in 1787.

Before the U.S. Constitution, the Articles of Confederation was the document that established the U.S. system of government. The Articles were ratified in 1783. By 1786, many American leaders had become unhappy with this document. The national government it set up was simply too weak. In 1787, Congress decided that a convention would meet in Philadelphia to revise the Articles. At this meeting, the leaders quickly decided to go beyond revising the Articles. Instead, they wrote a whole new governing document—the Constitution.

**Question 74: What are the first 10 amendments to the Constitution called?**
**Answer 74:** The Bill of Rights

The first ten Amendments to the Constitution, ratified in 1791, became known as the Bill of Rights. The Bill, using principles from the Declaration of Independence, guarantees the rights of individuals and limits government power. The first eight Amendments set out individual rights, such as the freedom of expression, the right to bear arms, freedom from search without warrant, freedom to not be tried twice for the same crime, the right to not testify against yourself, the right to trial by a jury of peers, the right to an attorney, and protection against excessive fines and unusual punishments. The last two Amendments in the Bill of Rights address the rights of the people in their relationship with the state and federal governments.

**Question 75: Whose rights are guaranteed by the Constitution and the Bill of Rights?**
**Answer 75:** All people living in the United States

One reason that millions of immigrants have come to America is this guarantee of rights. The 5th Amendment guarantees everyone in the United States equal protection under the law. This is true no matter what color your skin is, what language you speak, or what religion you practice. The 14th Amendment, ratified after the Civil War, expanded this guarantee of rights. No state would be able to abridge, or block, the rights of any of its citizens.

**Question 76: What is the introduction to the Constitution called?**
**Answer 76:** The Preamble

The preamble says: "**We the People** of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America." This means that our government has been set up by the people, so that it can be responsive to them and protect their rights. All power to govern comes from the people; who are the highest power. This idea is known as popular sovereignty.



The Preamble of the Constitution

**Question 77: Who meets in the U.S. Capitol building?**
**Answer 77:** Congress

In 1791, an area between Maryland and Virginia was chosen to be the new capital city. French engineer Pierre L'Enfant was hired to plan the city. While L'Enfant chose the hill on which to build the Capitol building, he was not the one to actually design the building. A doctor, William Thornton, sent in the successful plan for the Capitol. President Washington approved this design in 1793. Congress first met in the Capitol building in November of 1800.

**Question 78: What is the name of the President's official home?**
**Answer 78:** The White House

The White House was built between 1792 and 1800. President George Washington helped choose its exact location and supervised its construction, but never actually lived there. America's second President, John Adams, was the



The White House in Washington, DC

first to live in the White House. Fourteen years after it was built, the White House was burned by British troops during the War of 1812. Another destructive fire took place there in 1929, when Herbert Hoover was President.

### Question 79: Where is the White House located?
**Answer 79:** Washington, DC

When the Constitution established our nation in 1789, the city of Washington did not exist. At that time, the capital was New York City. Congress soon began discussing the location of a permanent capital city. Within Congress, representatives of northern states fought bitterly against representatives of southern states. Each side wanted the capital to be in their region. Finally, with the Compromise of 1790, the north agreed to let the capital be in the south. In return, the north was relieved of some of the debt that they owed from the Revolutionary War.



A view of Washington, DC, from Virginia, across the Potomac River. The view shows the Lincoln Memorial, the Washington Monument, and the Capitol.

### Question 80: Name one right or freedom guaranteed by the first amendment.
**Answer 80:** The rights of freedom of speech, of religion, of assembly, and to petition the Government

These 1st Amendment rights are all part of a person's freedom of expression. Protecting free expression promotes open dialogue and debate on public issues, which is the foundation of democracy. Similarly, the free flow of ideas facilitates peaceful change and advances knowledge. Also in the 1st Amendment, freedom of religion has two parts. It blocks Congress from setting up an official U.S. religion, and it protects citizens' rights to hold any religious belief, or none at all.

### Question 81: Who is Commander-in-Chief of the United States military?
**Answer 81:** The President

Making the President the Commander-in-Chief shows the Founding Fathers' commitment to democratic ideals. This is because the head of the armed forces is a civilian chosen by the people, rather than a professional military leader. In 1973, many in Congress felt that the President was using his power as Commander-in-Chief wrongly. They thought that the legislative branch was being ignored, which harmed checks and balances. So Congress passed the War Powers Act, which strengthens the role of Congress in the use of U.S. troops. President Richard Nixon vetoed this bill, but Congress overrode his veto.

### Question 82: In what month do we vote for the President
**Answer 82:** November

The Constitution did not set a standard national election day. There was no specified day until 1845. Even then, Congress did not set an exact date for elections. Rather, Congress set the Tuesday after the first Monday in November as Election Day. They chose Tuesday so that voters had a full day after Sunday to travel to the polls. At that time, for religious reasons, many Americans considered Sunday to be a strict day of rest. Travel on this day was not allowed.

### Question 83: In what month is the new President inaugurated?
**Answer 83:** January

Before 1933, Presidents were inaugurated on March 4th. This meant that there were four months between when new Presidents were elected and when they took office. This gave the new President enough time to make the long journey to Washington, DC. By the 1930s, with the invention of automobiles and speedy trains, it was much faster to travel. The 20th Amendment officially changed the date of inauguration to January 20th. Franklin Roosevelt was the first President inaugurated on this date.

### Question 84: How many times may a Senator or Congressman be re-elected?
**Answer 84:** There is no limit.

Several states, such as California, have term limits for members of their state legislature. Also, several states have considered limiting the number of terms that their U.S. Senators and Representatives can serve. In 1995, the U.S. Supreme Court ruled that no state can do this. The Court stated that such a practice would weaken the national character of Congress. The only way that Congressional terms could be limited is through an Amendment to the U.S. Constitution.



A session of the Senate

ACLU-1333

**Question 85: What are the two major political parties in the United States today?**

**Answer 85:** The Democratic and Republican parties

The Constitution did not establish political parties, and President George Washington specifically warned against them. Still, a split between two political groups, the Democratic-Republicans and the Federalists, appeared early in U.S. history. The current Democratic Party was created from the old Democratic-Republicans by President Andrew Jackson. The Republican Party took over from the Whigs as a major party in the 1860s. Abraham Lincoln, who was first elected in 1860, was the first Republican President. Throughout U.S. history, other parties, such as the Know-Nothing, Bull-Moose (also called Progressive), Reform, and Green Parties, have played various roles in American politics.

**Question 86: What is the executive branch of our government?**

**Answer 86:** The President, the Cabinet, and departments under the cabinet members

The job of the executive branch is to carry out, or *execute*, the laws of the nation. While the Constitution does discuss the Cabinet, it does not say what each federal department or agency should do. Throughout U.S. history, Congress has established the specific functions of these organizations. The State Department, Department of Homeland Security, and Environmental Protection Agency are three examples of federal departments.

**Question 87: Where does freedom of speech come from?**

**Answer 87:** The Bill of Rights

Freedom of speech is a very important civil liberty. The very first section of the Bill of Rights, the 1st Amendment, guarantees this freedom. Speech can mean writing, performing, or other ways of expressing yourself. Americans have the basic right to express their views on any subject. This is true even if the government disagrees with these views. However, in certain very specific situations, freedom of expression is limited. For example, no one can shout "fire!" in a theater and cause panic.

**Question 88: What U.S. Citizenship and Immigration Services form is used to apply for naturalized citizenship?**

**Answer 88:** Form N-400 (Application for Naturalization)

The Constitution did not clearly set up a *naturalization* process. It gave Congress the power to create "a uniform Rule of Naturalization." Beginning in 1790, Congress passed laws to govern naturalization. Since then, Congress has changed this process many times. The naturalization exam is a very important part of the current process.

**Question 89: What kind of government does the United States have?**

**Answer 89:** A Republic

In a republic, the power that the government exercises comes from the people themselves. Government is therefore responsible for protecting the rights of all persons, not just a few special people. The way this happens in the United States is through a system of representative democracy. The people freely choose who will lead them and represent their interests. President Abraham Lincoln said our republican government is "of the people, by the people, and for the people."

**Question 90: Name one of the purposes of the United Nations.**

**Answer 90:** For countries to discuss and try to resolve world problems or to provide economic aid to many countries



The United Nations, often called the U.N., was established in 1945, soon after World War II ended. The Charter of the United Nations names the main functions of the U.N.: "to maintain international peace and security...to develop friendly relations among nations...(and) to achieve international cooperation in solving international problems." The two best-known parts of the U.N. are the General Assembly, made up of over 190 countries, and the Security Council, with only ten countries. The United States is one of five countries that is a permanent member of the Security Council. The President has the power to choose the Ambassador of the United States to the United Nations. The Senate must then confirm this choice.

**Question 91: Name one benefit of being a citizen of the United States.**

**Answer 91:** To obtain Federal government jobs, to travel with a U.S. passport, or to petition for close relatives to come to the United States to live

Former Chief Justice of the Supreme Court Earl Warren once said citizenship is "nothing less than the right to have rights." Some of the most important of these are the rights to choose your job, speak freely about your beliefs, and even disagree with government policies. At the same time, citizen responsibilities include obeying the law, voting, and serving on juries. Responsible citizens also take part in their

★ For definitions of words that are in italics, please see the [illegible]

communities. This can mean joining the Parent Teacher Association (PTA) of your child's school, running for a position on the local school board, or volunteering to help at a *polling station*.

### Question 92: Can the Constitution be changed?
**Answer 92:** Yes, the Constitution can be changed.

One of the great things about the U.S. Constitution is that it is flexible, and can be changed. It is changed through an addition called an Amendment. This is why we often refer to it as the "living Constitution." The Constitution's writers wisely decided that Amendments should be rare. Because of this, the Amendment process is difficult. Still, the Constitution has been changed 27 times, with the most recent Amendment added in 1992.

### Question 93: What is the most important right granted to United States citizens?
**Answer 93:** The right to vote



No American is required by law to vote, but exercising your right to vote is a very important part of citizenship. This is the case in any democracy. Only by voting can your voice be heard. By voting, you actively commit yourself to the democratic process. Citizens vote to be represented by leaders who share their ideas and stand up for their interests. Constitutional Amendments such as the 15th (former slaves can vote) and 19th (women can vote) greatly improved our democracy. They did this by allowing more groups of citizens to vote.

### Question 94: What is the White House?
**Answer 94:** The President's official home

The building was not officially known as the White House until 1901, when Theodore Roosevelt was President. Before then, it was also called the "President's Palace," the "President's House," and the "Executive Mansion." The current look of the White House comes from a renovation that happened when Harry Truman was President.

### Question 95: What is the United States Capitol?
**Answer 95:** The place where Congress meets

When Congress moved into the Capitol in 1800, much of the construction of interior rooms was not complete. It took two more years before Congress set aside funding to finish construction. Soon after, when British troops invaded Washington during the War of 1812, they set fire to the Capitol. Luckily, a heavy rainstorm saved the building from being burned down. Rebuilding the massive Capitol was not completed until 1829.

### Question 96: How many branches are there in the United States government?
**Answer 96:** There are 3 branches

The writers of the Constitution believed that no one group in government should have total power. They thought that any person or group that has total power over government usually abuses it. In creating the U.S. system, they followed the idea of separation of powers. Along with checks and balances among the parts of government, the separation of powers into three branches prevents concentration of power. This means that the rights of citizens are better protected. The powers to make laws, to execute laws, and to interpret the laws are given to different branches. These are the legislative, executive, and judicial branches.

USCIS has used the following photo with the permission of the Office of the Curator, the Supreme Court of the United States: West Facade of the Supreme Court by Fran Jantzen, Collection of the Supreme Court of the United States.

Photos of Engineers of the 8th New York State Militia, 1861, National Archives and Records Administration (NARA) photo reference No. TLL-B-499, and "TBF (Avengers) flying in formation over Norfolk, Va." (World War II airplanes) attributed to Lt. Comdr. Horace Bristol, September 1942, NARA photo reference 80-G-427475 are courtesy of the NARA.

## Civics Glossary

1) **The Allies**—The formal partnership of countries that first opposed Germany during World War I and then formed once again to oppose the Axis countries during World War II.
2) **Ambassador**—A person who officially represents a country somewhere outside that country.
3) **American Revolution**—The struggle by which the United States won independence from Great Britain. It took place from 1775 to 1783.
4) **Abroad**—Outside of one's home country; in a foreign country.
5) **The Axis**—The partnership, or alliance, of Germany, Italy, and Japan during World War II. The Axis opposed the Allies, which included the United States.
6) **Bill**—Legislation that has formally been introduced in Congress.
7) **Bloodshed**—Violence that causes injuries or death; carnage.
8) **Branch**—A section or division of something; a part.
9) **Census**—An official count of the number of persons living in a country.
10) **Civil liberty**—A freedom that involves limiting the power of the government over people. The individual freedoms mentioned in the Bill of Rights are often known as civil liberties.
11) **Civil rights**—Idea that all people of a nation or society should be treated equally.
12) **Civil rights movement**—An organized effort that promoted equality, political rights, and fair treatment for all Americans, no matter what their skin color was.
13) **Colonies**—Areas of land controlled by a foreign country.
14) **Compact**—A formal agreement between two (or more) groups, which often is signed.
15) **Compromise**—When two groups of people with opposing views on some issue come to an agreement; a deal.
16) **To confirm**—When the Senate approves the President's choice for an important government position.
17) **Constellation**—A group of stars in the night sky.
18) **Constituents**—People who are represented by an elected official.
19) **To debate**—When people argue by presenting their different opinions about something.
20) **Debt**—Money that someone, or some government, owes to someone else.
21) **Declaration**—A statement of some idea or argument.
22) **Declaration of war**—Official statement by one country that it is at war with another country (or countries).
23) **Deliberate**—Careful and methodical; taking time to think.
24) **Democratic**—Having to do with government by the people or the idea of political equality for all.
25) **Domestic affairs**—Things that go on within a country, or political issues that affect one country and its people; having nothing to do with foreign or international affairs.
26) **Equal**—The exact same; identical.
27) **Equality**—The idea that all humans have the same rights, and that none are worse or lower than others simply because of their skin color or ethnic background.
28) **To execute**—To carry out; to turn a written rule into an action.
29) **Feast**—A big, special meal, which is often held to celebrate something; banquet.
30) **Federal**—Having to do with the national, or central, government, rather than the government of a specific state.
31) **Federalist Papers**—85 essays that were printed in New York newspapers while that state was deciding whether or not to support the U.S. Constitution. The essays were written by Alexander Hamilton, John Jay, and James Madison in 1787 and 1788 and explained why New Yorkers should support the Constitution.
32) **Fiery**—Intense and forceful; passionate.
33) **Founding Fathers**—The men who wrote the U.S. Constitution. They created, or "founded," our system of government.
34) **To govern**—To set rules that people have to follow; to use political power to lead or to administer.
35) **Hardiness**—Ability to survive difficulties and keep going.
36) **Harvest**—The food that farmers get from the crops they have been growing during the summer.
37) **Ideals**—Basic principles or morals, which often discuss how a society should operate.
38) **To inaugurate**—To have gone through the ceremony of becoming President, known as inauguration.
39) **To invade**—To enter somewhere by force, using the military; to march into a place that belongs to your enemy.
40) **Jury**—Group of citizens that listens to a case in court and makes a decision about the case; each U.S. citizen is called from time to time to serve on a jury.
41) **Justice¹**—Fairness; the state of being morally good. (Question 1)
42) **Justice²**—Another word for a judge, used especially for the judges who are members of the Supreme Court. (Question 39)
43) **Legislative**—Having to do with making laws; often refers to the group of elected officials, such as the U.S. Congress, who get together to make laws.
44) **Liberties**—Special freedoms or rights.
45) **Lofty**—Very high or elevated; grand.
46) **Naturalization**—The process by which a foreign-born person can become a United States citizen.
47) **Noble**—Having very good qualities; excellent.
48) **Nominee**—A person who is selected, or nominated, for an important government position.
49) **Oath**—A promise or vow; a pledge.
50) **Perseverance**—Never giving up and always going ahead.
51) **Pilgrims**—English settlers who came to America long ago and set up communities.
52) **Planter**—A farmer, especially one who operates a large farm called a plantation.

53) **Polling station**—Where people go to vote in elections.
54) **Posterity**—Future generations.
55) **To protest**—To publicly oppose or complain about something; to object to something.
56) **Ratification**—To give formal consent to; when a majority of the state legislatures approve a proposed constitutional Amendment.
57) **To represent**—To serve within government as the voice of the people who elected you.
58) **Representation**—The right or privilege of being represented by delegates in a legislative body.
59) **Republican**—When a country's political power comes from the citizens, not the rulers, and is put into use by representatives elected by the citizens.
60) **Rights**—Basic things that people can freely do; freedoms and privileges.
61) **Secretary of State**—The government official in charge of directing and supervising the foreign relations of the United States. He or she leads the main foreign policy agency of the United States, the Department of State. The Secretary of State is the highest-ranking head of a department in the President's Cabinet.
62) **Segregation**—Separation of citizens of different races.
63) **Senate President Pro Tempore**—The Senator who, when the Vice President is not present, presides over the Senate. This means that he or she chooses which Senators can speak to the Senate. The President Pro Tempore is the Senator from the majority political party—the party which has the most Senators—who has served in the Senate for the longest time.

64) **Speaker of the House**—The most powerful member of the House of Representatives, who always comes from the majority party—the party with the most Representatives. The Speaker presides over the House by deciding which Representatives can speak during debate and usually plays a very visible role in public.
65) **Speedy**—Fast; done quickly.
66) **Supreme**—Highest; cannot be challenged; ultimate.
67) **Temperate**—Calm, composed, and reasonable; self-controlled.
68) **Term**—Length of time that a government leader serves before he or she must be elected once again.
69) **Term limits**—A limit on the number of terms that a leader can be elected to serve. A term is the length of time that a government leader serves before he or she must be elected once again.
70) **Territory**—New land controlled by a government; many states were U.S. territories before officially becoming states.
71) **Treaty**—A formal agreement between two (or more) countries; a pact.
72) **Unanimous**—When everyone in a group that is deciding something decides the same way.
73) **Valor**—Bravery in facing great danger, especially in battle.
74) **Vigilance**—The state of being alert and watching out for danger.
75) **Whigs**—American political party of the 1800s. The party stood for business and banking interests and opposed Andrew Jackson and his Democratic Party. Four Presidents, all serving in the 1840s and 1850s, were Whigs.

---

To find this and other educational materials for permanent residents, please visit the Office of Citizenship website at http://uscis.gov/graphics/citizenship/

For more information on naturalization requirements, including information on the naturalization test, please visit http://uscis.gov

**Note:** Some of the content in this publication may change due to elections and appointments. U.S. Citizenship and Immigration Services will make every effort to update this publication in a timely manner. As of March 2006, all information in this publication is current.

ACLU-1337

An audio CD of the civics lessons comes with this booklet. While the CD plays, you can read along in the booklet. Track 1 of the CD has the questions, answers and civics lessons. Track 2 of the CD has only the questions and answers. Remember, you will not be tested on the additional information in the *Quick Civics Lessons*.



The Office of Citizenship would like to acknowledge the **Center for Civic Education** for their assistance in the development of this product. For more information on the Center and its products, visit http://www.civiced.org.

ACLU-1338

# SOUTHERN CALIFORNIA InFocus

Vol. 2 Issue No. 10 (Monthly)   November 2006   Shawwal/Thul-Qi'dah - 1427H



Serving the Homeless with Dignity
...Page 2



Stunnedy City Mourns Killing
...Page 7



Naim Shah: Beacon of Social Change
...Page 20



Taxi to Jannah: A Review
...Page 22

Peaceful Resistance: A Modern Concept?
...Page 30

### INDEX
| | |
|---|---|
| LOCAL | 2 |
| NO. CALIFORNIA | 7 |
| NATIONAL | 7 |
| INTERNATIONAL | 11 |
| FEATURE | 15 |
| PROFILE | 20 |
| KIDS CORNER | 22 |
| FOOD REVIEW/HEALTH | 24 |
| ARTS/MEDIA | 25 |
| MONEY/LEGAL | 26 |
| ISLAM | 27 |
| TRAVEL | 29 |
| SPECIAL | 30 |
| COMMENTARY | 31 |

## IRAQ WAR: A Medical "Disaster"



By Faisal Ansari

According to a study released last month by the medical journal The Lancet, a staggering 655,000 Iraqi deaths resulted from war-related injury and disease due to the US invasion between March 2003 and July 2006.

The shocking results of the study formed the basis for a conference at the University of California at Los Angeles (UCLA) to address "The Medical Consequences of the War in Iraq."

SEE IRAQ WAR • PAGE 10

## T.V. IN YOUR HOME
### Are your children safe?



By Abdusalam Mohamed

Rania Naeem* was shocked when her 4-year-old daughter started rubbing herself in a sensitive area of her body and asking questions that would make any parent shudder. Her 7-year old son Dani also gave her the creeps when he started touching adult women in areas that were off limits to kids his age, or any other age for that matter. Rania and her husband, Kareem, who live in Lake Forest, wondered where their children acquired such behavior. It did not take them long to take action by first limiting their children's access to television and then by monitoring their behavior closely. "We immediately pulled the plug," the mother of two recalls. "We knew that the root cause of the evil was within our household."

Jennifer Kabir, a 28-year old mother of two and a convert to Islam for eight years, shares that sentiment. "I was exposed to television very early in my life," said Kabir, who lives in Mission Viejo. "In fact, my interest in men began when I started watching a sitcom called 'Happy Days.'" The show was very conservative by modern standards, but Kabir never forgot how her sexuality was triggered by something as innocent as a character in the show having several girlfriends. Kabir argues that today's television is highly sexualized and risqué, and that is why she and her husband decided not to have a television set all together.

On the other hand, Sarah Ascha, a 20-year old practicing

SEE TV IN YOUR HOME • PAGE 15

## Discrimination Against Muslims at Workplace

By Anayat Durrani

A Muslim employee at a Dunkin' Donuts franchise in Wilmington, Delaware was told not to report to work wearing her headscarf. Thirty-one Muslim workers walked out of a Dell Inc. plant in Nashville, Tennessee after they were not allowed time for prayers. A Moroccan dining room manager was fired by Albion River Inn in northern California when he reproached a customer for harassing a Tunisian waiter.

Workplace discrimination is on the rise against Muslim employees. Discrimination in the workplace increased from 18 percent in 2004 to more than 25 percent in 2005, according to a report released in September called "The Struggle for Equality" by the Council on American-Islamic Relations (CAIR). The report said that out of the nearly 2,000 complaints received by CAIR during calendar year 2005, over one-quarter of these reports originated in the workplace. CAIR Legal Director Arsalan Iftikhar, the report's author, called the acts of bias the result of "the growth

SEE DISCRIMINATION • PAGE 17

## Muslim Youth Enter Political Arena

By Sarah Hassaine

A new generation of energized and focused young Muslims in America are pursuing career paths that do not fall in the conventional or preferred science and engineering fields. In fact, a growing percentage of youth are considering and practicing careers in the political and social sciences.

Washington D.C., the nation's capital, has become the hotspot for young Muslims across America. The political hub and the home base for national offices of multifarious political, social,

SEE YOUTH POLITICS • PAGE 15



From left to right: Subin Aleem, Mayor Pro Tem Sukhee Kang (misc. Mayor)

Southern California InFocus
2180 W. Crescent Ave. Suite G
Anaheim, CA 92801
ph: (714) 678-1820
TIME DATED MATERIAL - DO NOT DELAY

PRESORTED STANDARD
U.S. POSTAGE PAID
FULLERTON CA
PERMIT NO. 619

ACLU-1339