Case 8:07-cv-01088-CJC-AN Document 31-32 Filed 11/04/08 Page 1 of 4 Page ID #:1070

# Serving the Homeless with Dignity and Respect

By Sahar Kassaimah for IslamOnline.net and InFocus News Staff

The annual Muslim Humanitarian Day to feed the homeless is now in its sixth year, and has expanded to serve all backgrounds in fourteen cities nationwide.

The event, which originated in Los Angeles, has become a Ramadan tradition for Southland Muslims who are eager to earn rewards while in a state of fasting. This year, buses filled all ages from Islamic centers swarmed to Skid Row on October 15 to serve over 1600 people in need.

"We usually provide them with a warm meal like a burger donated by a restaurant," said Mostafa Mahboob, media and public relations representative of Islamic Relief, one of the lead coordinators of the event along with the Intellect, Love, and Mercy (ILM) Foundation.

Beneficiaries received a gift package including hygiene and emergency kits, bath towels, clothing, blankets, ponchos and toys for children. The event also includes free critical medical services, such as health screening, HIV/AIDS screenings, flu vaccinations, educational materials and referral information, and other social and health services.

"Humanitarian Day is a day when we provide service to our fellow homeless in the form of dignity and respect," said Umar A. Hakeem of the Coalition to Preserve Human Dignity (CPHD).

"Ramadan is a time of increased compassion and caring for others," said Habibe Husein, founder of the Rahima Foundation, the event's primary organizer in the Greater San Francisco Bay Area.

"I really like it because they made me feel really good. They upped my spirits," said a middle-aged, female beneficiary.

"This is new to me. I have never been in this situation before. I just lost everything and I'm now trying to pick myself back up," said another beneficiary.

SEE HUMANITARIAN DAY * PAGE 6

## My Reflections on Humanitarian Day

By Hannah Sohrabi

My first experience of Humanitarian Day was something I will never forget, something I will probably carry for the rest of my life. Physically helping people less fortunate than I am was something different from giving [illegible]. My main goal was to hand out shirts or supplies, it was just to bring a smile to their faces and bring a little hope to their lives. The people were so polite, thankful and humorous that I couldn't help but smile to myself. Every time someone came by our booth the other volunteers and I would ask them what color shirt they wanted or what size, and when they picked up their [illegible], we would say, "have a nice day" or "we hope you enjoy your [illegible]" shirts," and the people would just smile at us and say, "thank you for coming out here" or "you guys are doing something amazing." Just hearing them say that made me swell with pride that I could barely choke out the words "you're welcome." One man felt so special that he began to cry [illegible]. On the bus heading back home my legs were very sore, but I knew it had been worth it. I was thinking that maybe I gave the homeless a tiny drop of hope that day. I would do it again because it is my duty as a Muslim to help people in their time of need. That's what you do in the month of Ramadan and in any month because that is [illegible] a Muslim. *Hannah Sohrabi is a freshman at [illegible] High School* [illegible]

# Muslim Appointed to Human Relations Commission

By Aisha Aziz

Riverside resident Omar Zaki recently became the first Muslim to be appointed to the Riverside Human Relations Commission (HRC).

*Riverside resident Omar Zaki is sworn in*

Zaki hopes that having a seat on one of the city's most prominent commissions will bring American Muslims closer to the mainstream and encourage the community to foster bonds.

"I believe we as Muslims have a duty to be ambassadors of bringing people together and developing cooperation, understanding and respect for all people, irrespective of race, ethnicity or religion," Zaki said. "The HRC is an excellent vehicle in achieving these important goals that help strengthen our communities and ultimately, our country."

Election to the commission is open to Riverside residents, but is a highly competitive process. One has to have the right experience, background and interest to be eligible for selection.

Zaki's case was somewhat different. He was directly appointed by Riverside Mayor Ron Loveridge, a result of the mayor's work with the Muslim community there.

Loveridge said, "I was looking for first rate people to appoint to the Human Relations Commission. I met, shared platforms, and worked with Omar Zaki. He comes with outstanding community credentials, excellent analytical skills, and a personal style that is effective in small (and large) groups. I value his perspectives on Riverside and its governance approach. I value his ability to speak as a member of the Islamic community in Riverside. And most of all, Omar Zaki will help make the Human Relations Commission more attentive and more effective for all residents of Riverside."

Zaki is currently vice president of a high-tech company in Orange County. He previously served as Director of Government Relations for the Southern California based Council on American-Islamic Relations. His background has been in the area of business development and marketing, and he possesses a BS in marketing and management from the University of Redlands. He also studied law at the University of La Verne, College of Law. Zaki is married and has two girls, Nina and Deena.

# Congresswoman's Name on No Fly List

By Gillian Flaccus
Associated Press

A California congresswoman said she was briefly denied access to a United Airlines flight last week because her name appeared on a "no fly list" set up after the Sept. 11 terrorist attacks.

*Loretta Sanchez*

Rep. Loretta Sanchez, a Democrat who has been a critic of the no-fly list, said her staff had booked her a one-way ticket from Boise, Idaho, to Cincinnati through Denver. But they were prevented from printing her boarding pass online and at an airport kiosk. Sanchez said she was instructed to check in with a United employee, who told her she was on the terrorist watch list. The employee asked her for identification, Sanchez said.

"I handed over my congressional ID and he started laughing and said, 'I'm going to need an ID that has your birthday on it,'" Sanchez said in a phone interview with The Associated Press. The employee used Sanchez's birth date to determine she was not the same Loretta Sanchez on the list, and she was able to board her

Transportation Security Administration spokeswoman Jennifer Peppin said that for security reasons she couldn't confirm that the name was on the list. But she said that name mix-ups do occur. "Generally what happens is people have a name that is very similar to someone who is on the no-fly list. It's the airlines' responsibility to do further checking," Peppin said.

Sanchez is favored to win a sixth term representing the 47th Congressional District. The district includes many of the 24,000 Arab Americans who live in Orange County and is home to the Islamic Society of Orange County, one of the state's largest Islamic centers.

Sanchez said that she has fought to get some of her constituents' names off the no-fly list and that doing so can take up to six months. "When they want to, TSA can make sure that you don't have that identification problem," she said. "Sometimes it's taken us months to get these people off the lists so they can travel in a normal way. I can't have to worry

## STAFF

SOUTHERN CALIFORNIA INFOCUS
2180 W. Crescent Ave., Suite G
Anaheim, CA 92801

Phone: (714) 676-1820
Fax: (714) 776-8340
email: info@infocusnews.net
web: www.infocusnews.net

*Southern California InFocus is the largest American Muslim newspaper in California with a circulation of 25,000 papers and a distribution to over 350 Muslim businesses and 70 mosques throughout California. It is a monthly newspaper and is published on the first of every month.*

Publisher
GOOD TREE INC.

Managing Editor
ASMA AHMAD

Deputy Editor
MUNEER ADHAMI

WRITERS
ABDUSSALAM MOHAMED
AYSHA BAWANY
ANAYAT DURRANI
ALI MOHAMED
AMEL ABDULLAH
ANGELA COLLINS
FATIMA KHAN

COLUMNISTS
LAWRENCE SWAIM

POLITICAL CARTOONIST
KHALIL BENDIB

CONTRIBUTING WRITERS
AISHA AZIZ
SAHAR KASSAIMAH
HANNAH SOHRABI

BOARD OF DIRECTORS
MOHAMMAD AUWAL

Advertisements
MUNEER ADHAMI



IN THE NAME OF ALLAH (GOD), MOST GRACIOUS, MOST MERCIFUL.

The Council on American-Islamic Relations invites you to its Annual Fundraising Banquet

# AMERICAN MUSLIMS Connecting & Sharing

## SATURDAY, NOVEMBER 18, 2006

**Registration 5:00 | Dinner & Program 6:00**

**Dr. Sulayman Nyang**
Professor of African Studies
Howard University, Washington D.C.

**Imam Siraj Wahhaj**
Masjid At-Taqwa
Brooklyn, New York

**Mohammad Amer**
Muslim American Comedian

**And various interfaith leaders & public officials**

**Anaheim Hilton**
777 Convention Way, Anaheim, CA 92802 | 714-740-4270 TEL

TICKETS
$45 per person
Table of 10: $400

Call in advance to reserve or purchase them online

Childcare available for a fee

RESERVATIONS
Seating is limited, reserve your seat early.

CAIR-LA
2180 W. Crescent Ave, Suite F
Anaheim, CA 92801

714-776-1847 TEL
socal@cair.com EMAIL
www.cair-california.com

Case 8:07-cv-01088-CJC-AN Document 31-32 Filed 11/04/08 Page 3 of 4 Page ID #:1072

# WORD ON THE STREET: Ramadan's Over, Now What?

By Ghalia Mohder

During the holy month of Ramadan, many Muslims go the extra mile with worship as they strive to improve their character and iman (faith). With the blessed month over, however, InFocus asked Muslims what they could do to help maintain iman after Ramadan. [illegible]

# MAKING A SPLASH:

*Local company provides swim apparel for Muslim women*

By Sama Wareh

Underwater photography, scuba diving, and professional surfing, not the hobbies you would expect from the average American Muslim woman, especially a hijab-clad one.

But Sherean Sabet, who does all three in addition to swimming, has made it possible for women to conform to Islamic dress codes while in the water.

While companies providing in-water modest apparel have gained increasing popularity in Muslim countries, southern California based Sabet has founded her own Splashgear.

After she decided to wear the hijab, Sabet had to find an alternative to the skin tight wetsuit required for the scuba diving. She found a solution within the existing dive suit market, but realized that for other water activities American Muslim women had few options.

"Muslim women all over the nation really want to go in the water, but feel hindered," said Sabet.

The breaking point for Sabet was when an older Muslim woman asked her for some modest in-water clothing. The Syrian woman—who was in her sixties—was able to get into the swimming pool and Jacuzzi for the first time in her life. "She said that the hot water in the Jacuzzi made her arthritis feel better. That was when I decided to do Splashgear," Sabet told InFocus.

Sabet identified four criteria for the Splashgear swimming outfits. "They must be modest, comfortable, safe to use, and fashionable," she said.

For the Muslim women who have tried Splashgear's products, the excitement of being able go in the water while maintaining their modesty can hardly be contained.

"I loved it," said Dalia, a local customer from Rancho Palos Verdes. "Not only did it dry fast, but it didn't stick like all other water clothing does, and that's great for someone who is a bit self-conscious."

Sabet has tested different fabrics to find the best one to maintain modesty in and out of the water. Her product line includes hair covers ($10-$15), swim shirts ($25-$40), and swim pants ($50-60). She sells through the website and also plans to start mail ordering.

*For more information, please visit www.splashgearusa.com.*

# Controversies Continue in Anaheim Elections

By Ghalia Mohder

Last month, InFocus reported that Republican candidate Tan Nguyen was spreading Islamophobia with his attacks on Loretta Sanchez, implying that Sanchez has the support of terrorist sympathizers. Nguyen has again created controversy and is under investigation by the state after his office was found to have links to a threatening letter mailed to Latinos informing them that immigrants can be imprisoned for voting.

Nguyen denied approving the letter, however, County Republican Chairman Scott Baugh found that Nguyen was personally involved and has called for him to drop out of the race for the 47th Congressional District seat.

In other local election news, Anaheim City Council Candidate Bill Dalati re-registered as a Democrat after encountering racism and religious intolerance from members of the Republican Party. Earlier this month, former State Republican Party Chair Shawn Steel accused Dalati of being a "Manchurian Candidate" and "Extremist" because of his Muslim faith and Arab ethnicity.

In a press conference held on October 13, Dalati expressed his disappointment with Steel's remarks. "It's very sad that I am being attacked based on my faith and heritage in a non-partisan race."

County Democratic Chair Frank Barbaro and Anaheim City Council members Richard Chavez and Lori Galloway welcomed Dalati to the Democratic Party on November 1.

Ask the FBI
Townhall Meeting
Members of the Los Angeles Office- Multicultural Advisory Committee
(MCAC) include the following organizations:

# Empowering Young Muslims to Vote

By Nadia Hussain

*Co-organizers, Sharaf Mowjood and Anbar Mahar address a room full of young adults on the importance of political activism.*

With the November elections around the corner, two young Muslims hosted an iftar to encourage political participation and dialogue about related issues of concern.

"We want to bring back faith in the system by empowering people to vote and participate," said Sharaf Mowjood, who co-[illegible]

Attendees had a chance to voice their concerns in a moderated discussion.

"Many people in the world where democracy isn't widespread do not have the luxury or right to participate in free elections," said guest speaker Dina Thella, an active young Arab American Muslim serves as a field representative for Congresswoman Loretta Sanchez. "By throwing away our vote that counts, we are making a mockery of their situation. The youth need to be more involved and active by showing concern and involvement in political life."

Fawad Shaiq, a graduate student in history at the UCLA, said that the event was an important first step in educating the young community members about "how the system works" but said that more needs to be done. "It would be nice to have small discussion groups on a regular basis to talk about the actual issues and current events, especially since people don't have that much time to read the news," he said.

For more on voting, visit www.smartvoter.org. Also, check out the newly released report "American Muslim Voters: A Demographic Profile and Survey of Attitudes," available at www.cair.com.

Muslim Public Affairs Council
Muslim Public Affairs Council
6th Annual Convention
Save the Date!
REFORM, RENEWAL AND RELEVANCE:
UNDERSTANDING ISLAM FOR THE FUTURE
2006
LONG BEACH CONVENTION CENTER
ROBERT FISK
The Independent
IMAM MOHAMED MAGID
AMY GOODMAN
JOHN ESPOSITO
Georgetown University
SHERMAN JACKSON
DR. ASMA AFSARUDDIN
DR. HAMID MAVANI
And more to be announced...
ADULTS
STUDENTS
TO PURCHASE TICKETS & FOR MORE INFO
www.mpac.org
213.383.3443
convention@mpac.org
Convention only $35
Banquet only $45
Both $65
Convention only $20
Banquet only $20
Both $30
Childcare $20
All ticket prices do not include lunch