## YOUTH POLITICS
### FROM PAGE 1

and humane organizations, is attracting impressive and ambitious youth that genuinely aspire to make a difference.

Alsma Gheyoub, community outreach coordinator for the D.C. office of the Council on American-Islamic Relations (CAIR) said that she has definitely seen more involvement from Muslim youth in the past five years. "My generation of over 50 years of ago is just now seeing the value of voting and of participating in our communities, but the youth today are well aware of their responsibility and are working hard already."

Safiyah Ghori, 25, the D.C. program director for MPAC, the Muslim Public Affairs Council, said that she enjoys the "political atmosphere" of the city. "There are excellent opportunities for Muslims to get involved in government. It is great that our community is producing more and more young people who want to make a difference on the governmental level."

Influenced by 9/11, Ghori chose to attend law school. "After 9/11... I realized the need for Muslim lawyers and activists, and I understood that a legal education would equip me with the skills to make a difference for the Muslim community. We as Muslim Americans are not aware of our rights. By studying law, I feel like I can contribute more towards establishing an American Muslim identity."

More young Muslims like Ghori are realizing that they have a responsibility to fulfill.

Azmin Al-Sarraf, 22, a resident of Los Angeles, grew up immersed in politics and is an innate activist. He came to D.C. to pursue his undergraduate degree at George Washington University and obtained internships with MPAC and with the United States State Department at the Office of Israeli and Palestinian Affairs.

Al-Sarraf's experiences alone delineate the need for more Muslim involvement in political and social issues. He recounts that his meetings on the Hill were trying because a trust had to be built. "They didn't have personal contact with Muslims so they had no idea who Muslims were."

Fortunately, Muslims who arrive in D.C. today meet with their counterparts from all over America. Now, Friday afternoon prayers are held on the Hill and Muslims can easily connect with other Muslims through the Muslim Student Network (MSN) or through the local universities' Muslim Student Associations.

The presence of more young Muslims in offices has also proven to be beneficial in terms of visibility and influence.

Arshi Siddiqui, 33, is Counsel to House Democratic Leader, Congresswoman Nancy Pelosi for the Ways and Means Committee, one of the most powerful committees on the Hill. Siddiqui serves as Pelosi's point person and helps form democratic positions on tax and trade issues as well as health care and social security. She shared that her work is for a greater good and that there are moments when she knows that she is influencing and shaping something.

Another notable young Muslim is Asad Akhter. Akhter, 25, has been working on Capitol Hill for three years and wishes to run for office one day. He works for Representative Bill Pascrell from New Jersey whose constituent pool is made up of the second largest Muslim community in America. Akhter has had the opportunity to work on many community concerns, such as immigration and holiday accommodations.


*Dina Duello is the current field representative of Congresswoman Lorretta Sanchez*

Akhter is also vice-president of the Congressional Muslim Staffers Association, a congressionally recognized group whose mission is to educate Capitol Hill on Islam. The one-year old association has held a screening of Legacy of a Prophet after the cartoon controversy earlier this year and hosted an event with a professor from the Navy War College on the misuse of words like "jihad."

The Association has garnered positive reception from non-Muslims and has accrued attention from the New York Times, the Boston Globe, and the AP.

The MSN is also a growing vehicle for young Muslims to tap into D.C. while examining their identity and faith and focusing on contributing to American politics.

Aydan Kalyuncu, 60, the Executive Director of the Muslim Public Service Network (MPSN) in D.C. explained that MSN is a summer internship program designed to encourage and support Muslim college students interested in policy-oriented internships in Washington D.C. MPSN is the successor organization created in 2005, which supports American Muslims who want to study and work in the public service and policy arenas.

"We definitely need more Muslims involved in the political process, but what we also need are well educated Muslims who understand US policy and who are networked with policy-makers and legislators," Kalyuncu pointed out.

Young Muslims are also coming to D.C. through training and leadership programs. KARAMAH, a US based charitable and educational organization of Muslim women lawyers that focuses on the domestic and global issues of human rights for Muslims, has been providing a three-week leadership program for Muslim women for the past four years.

A lot of the participants in this program were not necessarily interested in politics, but more into social work and human rights. Musarrat Yusufzi, 24, applied for the program because she wanted something that would increase her awareness about current issues as well as simultaneously learn the Islamic view...

Both MSN and KARAMAH stress the importance of leading a life in a political and social field that is conducive with Islam.

While opportunities are slowly surfacing for upcoming Muslim generations, contemporary challenges are still at bay.

The Muslim community at large lacks understanding in encouraging youth to consider a career in political or social work.

"The community can definitely help by providing more support to students. The only way Muslims can truly assimilate into the fabric of America is by creating an identity that is integrated into all parts of American society. We need Muslim journalists, Muslim news anchors, Muslim artists, Muslim architects etc.," said Ghori.

More often than not, parents tend to be wary of a career in the political and social field. Many mentioned that their parents are supportive, but that they really don't understand the scope of the work that they do and would have preferred if they had chosen another career route.

While finding work in the political and social field is not easy, Al-Sarraf assured that "if you pound the pavement long and hard you will find something."

As America observes the five-year anniversary of 9/11, many say that Muslims need to evaluate the advances made in improving relations with the surrounding American public and with governmental representatives.

"It is imperative that Muslims be engaged in a visible and effective way. Otherwise, they will have no right to complain for the loss of their rights and liberties," said the Dean of Saginaw Valley State University's College of...

SEE YOUTH POLITICS, PAGE 17



# UNITED AMERICAN OIL CO., INC.
## (626) 812-0167

### TOTAL
#### TOP OF THE AUTOMOTIVE LINE

**MOTOR OIL PRICES PER GAL/BULK**

| | |
|---|---|
| ATF | $5.88 |
| 10W-40 | $5.88 |
| 10W-30 | $5.88 |
| 20W-50 | $5.88 |
| 5W-30 | $5.88 |
| 5W-20 | $5.88 |

Prices do not include any fees

DIESEL OIL • SYNTHETIC OIL
HYDRAULIC FLUID, ANTI-FREEZE, GEAR OILS, AND DEGREASERS
FAX: (626) 812-9398   P.O. BOX 2961, COVINA, CA 91722
PRICES SUBJECT TO CHANGE WITHOUT NOTICE

## FEATURE

**16** November 2006

Southern California InFocus

### TV IN THE HOME
#### FROM PAGE 1

Muslim woman in Covina, does not agree that television is all that bad. "I watch Discovery and History channels as well as the Arabic channels," Ascha said. "My younger brothers only watch children programming." Ascha added that her parents set limits to what she and her three brothers can or can't watch. With Arabic satellite hooked up, they find that watching television keeps them in touch


*Jennifer Kabir provides alternatives to TV watching for her two kids.*

with their cultural heritage. Ascha argued that with the rating system in place, people do get advance warning about what they are about to watch.

Shaikh Yassir Fazaga, Imam of Mission Viejo mosque, characterized television as being a tool that can be used for either good or evil. "It's like a knife," he said, "You can use it for cooking or you can use it to kill people. What we do with it determines whether it's halal (lawful) or

haram (unlawful)." Fazaga pointed out that television has some positive programming as well as negative ones. What we decide to watch determines how we intend to use television.

However, Imam Muhammad Al-Shareef, founder of Khutbah.com, argues that parents cannot always monitor their children's television habits. "95% of parents with children aged 8 and over don't monitor the viewing material," he said. "Besides, what happens if the parent dies on the way to work one day, and the children inherit the TV?" Al-Shareef also recalled the verse in the Qur'an that says, "Tell the believing men to lower their gaze (from looking at forbidden things), and protect their private parts (from illegal sexual acts). That is purer for them" (Qur'an 24:30). He asks, "How do we reconcile these verses with the television that assaults our eyes with haram almost every second that it is on?"

Experts may be more in agreement with Al-Shareef than with proponents of restrictive viewing. Jon P. Barns, psychiatrist and child expert, said that research has shown that, "children who consistently spend more than four hours per day watching TV are more likely to be overweight." Moreover, he indicated that kids who view violent events, such as a kidnapping or murder, are also more likely to believe that the world is scary and that something bad will happen to them.

Barns added that research also indicates that TV consistently reinforces gender-role


*Sarah Ascha and her siblings catch some TV time after school. Sarah says that her family practices controlled TV viewing.*

and racial stereotypes. "Experts agree that it's so important for parents to monitor the content of TV programming and set viewing limits to ensure that children do not spend time watching TV that should be spent on other activities, such as playing with friends, exercising, and reading," he said.

Nour Mattar, a 29-year-old business proprietor and wife Yasmin Bhuj, a 29-year old engineer, are parents of one child who exemplify the veracity of the research. Both said that they have a very productive lifestyle without television. "There is more time to read, worship, and develop other skills, whether it be physical, through sports, intellectual or craft-based," said Mattar. "I was shocked by how much I missed out on life when I was addicted to television," Bhuj added. However, that habit was interrupted a few months ago when World Cup came into the scene. Being soccer fans, the Mattars decided to get a television set. Straying from their no-television vows was not without cost. "All of a sudden, we went back to being couch potatoes. We started watching regular television when the games were not on," Bhuj said. "Once we realized that, we got rid of the television set as soon as World Cup was over."

Another cause for concern with television that should leave parents alarmed, according to experts, is advertisements. According to the American Association of Pediatrics (AAP), children in the United States see over 40,000 commercials each year. From junk food and toy advertisements during morning cartoons to the promos on the backs of cereal boxes, marketing messages flood children of all ages. And to children, all that glitters is gold. They view these alluring products as something they simply have to have.

Children under the age of 8 years are unable to understand the meaning of commercials and therefore fall easily for their allure. Children 6 years and under are unable to distinguish program content from commercials, especially if their favorite character is promoting the product.

Experts say although it is nearly impossible to eliminate all exposure to commercial messages, parents have the option of turning off or at least restricting their children's watching time. Another cause for worry, experts argue, is commercials that depict risky behaviors such as sex and substance abuse as cool, fun, and exciting. These commercials often ignore the consequences of drinking alcohol, doing drugs, smoking cigarettes, and having premarital sex.

Studies have demonstrated that teens who watch a lot of sexual content are more likely to engage in sexual activity earlier


*Yasmin Bhuj and Nour Mattar with baby Omar recommend watching educational programs such as Harun Yahya's videos available online.*

than peers who do not.

Also, more underage children are being exposed to alcohol ads, and although cigarette ads are banned on television.

SEE TV IN YOUR HOME - PAGE 17





ACLU-1355

Southern California InFocus

# FEATURE

November 2006  17

## DISCRIMINATION
### FROM PAGE 1

in Islamophobic rhetoric that has flooded the Internet and talk radio in the post-9/11 era."

CAIR intervened in the case of the Dell employees who were denied time for prayers. After meeting with Dell, the mostly Somali employees were reinstated, received back pay, and granted religious accommodation. The settlement also called for managers to receive additional training on existing religious accommodation policies and practices.

The Dunkin' Donuts employee in Wilmington is now allowed to wear her headscarf to work. The incident occurred after the employee, a new convert to Islam, requested permission to wear the scarf. Her request was denied and she was allegedly threatened with termination. Like many cases, the incident was resolved after CAIR's Civil Rights Department contacted the company explaining the law that states that employees must provide reasonable religious accommodation in the workplace.

### Post-September 11 America

Following the events of September 11, the Equal Employment Opportunity Commission devoted a section on employment discrimination against people who are or are perceived to be Arab, Muslim, Middle Eastern, South Asian or Sikh. Since Sept 11, 2001, over 1,000 charges were filed with the EEOC under Title VII alleging post-9/11 backlash employment discrimination against individuals who are, or are perceived to be, Muslim, Arab, Middle Eastern or South Asian. Though the EEOC statistics show a decline in the number of workplace discrimination complaints since 2002, the difference may suggest a hesitance by many Muslims to report such incidents to a government agency.

Abdellatif Hadji filed an EEOC suit on August 31 against the Albion River Inn in Mendocino County, Calif., where he worked as manager. Hadji was fired after he opposed a customer's harassment of himself and of an Arab waiter from Tunisia under his supervision. The EEOC's investigation found that after Hadji protested the customer's harassment of the waiter, the customer turned on him, saying, "If you don't like it, why don't you go back to your country?" and "I fought two wars to get rid of people like you!"

EEOC San Francisco District Director Joan Ehrlich said the comments made by the customer to Hadji and the waiter "reflect the climate of fear and hatred that

has increased after the September 11 attacks." She said litigation of cases like the one involving Hadji, "will, we hope, prevent future situations."

The EEOC filed the suit after attempting to reach a voluntary settlement through conciliation. The suit seeks monetary damages, training on anti-discrimination laws, and other injunctive relief.

"What my employer did to me was wrong," Hadji said in a statement. "All I was trying to do was to protect my staff from racial harassment. Instead of standing up for me, my employer fired me because I wouldn't apologize to the customer."

Title VII of the Civil Rights Act of 1964 prohibits employers from discriminating against individuals based on their religion in hiring, firing, and other terms and conditions of employment. Title VII covers employers with 15 or more employees, including state and local governments, according to the EEOC.

### What's in a Name?

Marwa Hassan (first name has been changed) said she's always wary when she sends out resumes for jobs. Hassan, who has a graduate degree and work experience in educational research, said she is always well-liked in interviews. But her last name can sometimes work against her.

"Sometimes you really know you are qualified enough to at least get an interview. So, when you don't, you start wondering 'are they' just stopping at my name?" said Hassan. "I always imagine the person getting the job as a Jim or Jennifer."

A nonprofit group called Discrimination Research Center wanted to find out if names really do make a difference. They sent approximately 6200 resumes to temporary employment agencies throughout California. The 20 different resume types were distributed equally among male and female job applicants with identifiable Arab American/South Asian, Latino, African American, Asian American or white names. Resumes listed comparable education, experience and computer skills for administrative and office jobs. Arab American/South Asian job applicants received significantly fewer responses than any other race or ethnicity. The name Heidi McKenzie received the highest response rate of all applicants at 36.7%, while the name Abdul-Aziz Mansour received the lowest response at 23%.

The report concluded more civil rights law enforcement, and public and community education on worker and employer rights and responsibilities needs to occur. It went further, adding, "Periodic audits of employer hiring

practices by industry associations and the companies themselves are also vital if the nation is going to eliminate barriers to equal employment opportunities and professional advancement."

### Sensitivity Training

Cindy Wigglesworth is owner and founder of Conscious Pursuits, an organization that focuses on integrating spirituality and work. She coordinates with companies on how to religiously accommodate their employees. "Muslim employees are especially of concern because many Americans are suspicious of all Muslims since 9/11," said Wigglesworth. "A little knowledge diffuses a lot of [that] fear."

Wigglesworth said that religion in general is frightening for many companies. They are afraid of proselytizing in the workplace, which could in turn lead to lawsuits.

Wigglesworth works with companies by first trying to reduce the fear by increasing understanding of the major faith traditions, their commonalities, and "the good they are all trying to create in their most noble forms." Then she discusses what is actually needed versus what is desired (such as a private space for prayer vs. a private dedicated Islamic prayer hall). She said in the real world Muslims pray wherever they are so this does not have to be a large expense for the company and can easily be accommodated. She reminds clients that the "tradition of taking off on Sabbath goes back to Jewish and Christian times and has long been accommodated in our workplaces virtually without thought." She also emphasizes that accommodation needs to come from both sides and should be discussed before taking the issue to outside parties.

"This isn't opening a Pandora's box, which is what many people fear," said Wigglesworth. "It is actually a healthy way of addressing issues that human beings need to have addressed. We'll have much healthier workplaces as a result."

### Muslim Lawyers On the Rise

Among the American Muslim community, workplace-discrimination and other civil rights issues since 9/11 have sparked greater interest in law. The National Association of Muslim Lawyers, which began in 1996 with 20 members, now has over 500. The interest in law comes at a time when American Muslims have experienced some

of the worst civil rights abuses in their history. As a result, many Muslim lawyers and law students are giving back to their communities.

"Traditionally, members of our community did not go into law, so our community is not very legally sophisticated and that makes us a prime target for workplace discrimination and harassment by law enforcement," said Marwa Elzankaly, President of Bay Area Association of Muslim Lawyers (BAAML).



*Marwa Elzankaly, President of Bay Area Association of Muslim Lawyers (BAAML)*

Sojid Khan is a third year law-student attending UC Hastings College of the Law. He wanted to attend law school because he views it as a means to continue in the tradition of social change and minority empowerment set out by well-known figures like Malcolm X, Martin Luther King Jr., and Thurgood Marshall.

"I wanted to represent the under-represented, and support disadvantaged and discriminated-against communities, specifically minority and Muslim groups, and the law was the best path for this ambition of mine." Khan said.

Groups like BAAML have been exceptional resources for their local communities. After 9/11, BAAML teamed up with CAIR to conduct several "Know Your Rights" presentations at local mosques and community centers. The presentations were given by three attorneys and cover immigration, employment discrimination, and FBI investigations.

"The attorneys usually discuss current issues facing Muslims today, so, for example, we talk about how to handle a situation where an FBI agent comes knocking or calls," said Elzankaly. "Or in the employment arena, we talk about what is considered workplace discrimination, how to handle such a situation, issues of workplace accommodation, etc."

BAAML has worked with the ACLU and the NLG to provide community members with referrals for attorneys to contact, particularly attorneys who can handle work on a pro bono or reduced fee basis.

"This work is important post 9/11 because our community has never had to deal with these legal issues on such an intense level," said Elzankaly.

CAIR publishes a booklet called "An Employer's Guide to Islamic Religious Practices." The booklet is designed to assist employers in formulating and implementing policies to help foster a culturally sensitive workplace environment. To obtain a copy, visit: www.cair.com.

## YOUTH POLITICS
### FROM PAGE 17

Business and Management. Dr. Marwan Wafa, 48. "I hope to see in my lifetime American Muslims as Senators, Representatives in Congress, Supreme Court judges and leaders of think tanks in D.C."

A generation of youth are rolling up their sleeves and getting their hands dirty - penetrating the American system and working for justice. More Muslims are stepping up to bat to get their voices heard. As Al-Sarraf eloquently said, "We are at an infant stage and the people getting involved now will be our future leaders."

Dina Dwella, a second generation Lybian who serves as field representative for Congresswoman Lauretta Sanchez sees eye-to-eye with Al-Sarraf. "One thing we are lacking is Muslims in this field," said Dwella. The recent Chapman University graduate believes it's very important for the Muslim community to step up and take on more responsibility in the political arena.

"It's our responsibility and we have to start at any level possible, so long as we get our voices out there." Dwella also thinks it's the youth's responsibility to be a good example of moderate Islam by getting involved and showing people what Muslim values and Islam are about. "I'm seeing more kids at the university level majoring in political science and getting involved," she said.

Although it is more typical of first generation Muslim immigrants to encourage their offspring to pursue an education in engineering and medicine, Dwella said her parents have always been supportive of her love for debate and political involvement.

With the growing understanding of the importance of involvement of Muslims in the political arena, Dwella said "we should expect more Muslim staffers and more Muslims working in non-profit organizations." "It is important not to give up even if one starts from entry level... There's definitely room for growth in the political world." Dwella believes that Muslims will eventually hold a place since Islam is the fastest growing religion in the United States.

"Muslims need to mobilize and have a voice," Dwella said. "We need to have a mechanism to get the word out about the different possibilities and opportunities available in this country," she said. Muslims tend to not know many of the possibilities granted to them within the United States.

## TV IN THE HOME
### FROM PAGE 16

kids and teens are routinely exposed to "product placement" in movies and television shows that make smoking and drinking alcohol acceptable behavior. In fact, children who watch 5 or more hours of television per day are far more likely to begin smoking cigarettes than those who watch less than the suggested 2 hours a day.

"Violence is another concern for children who watch too much television." said Barns. "By age 18, the average American child would have watched over 200,000 violent acts on television." Barns indicated that TV violence sometimes begs for imitation because violence is often promoted as a fun and effective way to get

The images children absorb can also leave them traumatized and vulnerable. According to research, children ages 2 to 7 are particularly frightened by scary-looking things like grotesque monsters. "Simply telling children that these images aren't real won't console them, because they can't yet distinguish between fantasy and reality," Barns said.

Additionally, children aged 2 and under should strictly not be exposed to television. The first 2 years of life are especially important in the growth and development of a child's brain. During this time, children need good, positive interaction with other children and adults. Exposure to television can negatively affect early brain development.

Rania Naeem and her husband

their children at such an early age convinced them that strictly monitoring their children's TV time would protect them from the evil that comes their way through the tube. While Jennifer Kabir and Yasmin Bhuj's families support the idea of a television-free household, many Muslim families would find it hard to get rid of something their children cannot seem to live without. The alternative, according to the Mattars, is to rent or buy DVDs that have films or programs suitable for children without the commercial junk, such as those made by Sound Vision (www. harunyahya.com). Kabir agrees, but contends that, "children growing up without television at all would not only be more productive members of society, they won't miss it at all."

## ISOC 30 YEARS
### FROM PAGE 6

free iftars during Ramadan, and dawah materials. "Programs are waiting, and with proper funding and full support we can become a full-fledged Islamic center," said Dr. Muzammil Siddiqi, the religious director of ISOC. "ISOC serves people from cradle to grave, and it should continue and grow," he added.

200,000 dollars were raised for building a youth center, a social/senior center, a new high school, expansion of the pre-school, street additions and parking improvements.

To donate, make your checks out to "ISOC" and mail it to: One Al-Rahman Plaza, Garden Grove, 92844. For more information, visit www.

## PALESTINIAN PLIGHT
### FROM PAGE 6

prior to 2006 elections.

Dr. Hathout stated that while international attempts to forge a Palestinian state are ongoing, "statehood is meaningless if the Palestinian children suffer long term psychological and physical damage." He concluded his speech by stating that it is the duty of American Muslims to assist the children of Palestine during these harsh times.

KinderUSA board members Dr. Basil Abdelkarim and Dr. Layla Al-Marayati presented the organization's numerous projects in a slideshow including school bus rides for elementary school children, nutritional aid packages, and aid for Hurricane Katrina relief efforts. The diverse audience of appro-

ACLU-1356

EID IN PICTURES







CARAVAN TOURS & TRAVEL

Highest Volume Consolidator on the West Coast
Award Winning Agency for Major Airlines
Authorized Agent for Umra & Haj

IATA

SINGAPORE AIRLINES

Lufthansa

virgin atlantic

CATHAY PACIFIC

Toll Free: 1-877-588-3238
Telephone: 1-714-379-4595
Fax: 1-714-379-4582
www.caravanair.com
caravantour@yahoo.com

8161 Westminster Ave. Ste.#103, Westminster, CA 92683
Office Hours: Mon-Fri 9:30 am-6:30 pm / Sat 10:30 am-2:30 pm

malaysia

PIA

Emirates

AA

Thai

BRITISH AIRWAYS

ACLU-1357

Southern California InFocus          EID IN PICTURES          November 2006  19









*1,2,3 at King Fahad Masjid in Culver City (YKKB) * 4,6,11 at Islamic Institute of Orange County in Anaheim (Azizan Khamis) * 5 at Palmdale (Affad Shaikh) * 7,8 at Orange County Islamic Foundation in Mission Viejo (Umer Khan) * 9 at Masjid Al Fatihah in Azusa (Sharn/ Moujood) * 10 at Boomers (Eman Al-Dabbagh) * 12 at San Diego (Zaid Shakur) * 13 at Islamic Center of Irvine (Aisha Aslam) * 14 at Pomona Fairplex (Mohammad Mertaben)*

# ISNA West Zone Conference

## Hyatt Regency Long Beach

## December 22-24, 2006

### Sample Topics
Education, Children, Parenting,

Domestic Violence, Fiqh, Moon Sighting,

Media, Business Networking,

Government, Search, Leadership

### Speakers
Ingrid Mattson, Abdalla Idris Ali,

Sayyid M. Syeed, Altaf Hussain, Maher Hamoui,

Salam Al-Marayatti, Hussam Ayloush, Khadija

Marta Galedari.

Invited: Anwer Ibrohim, Zaid Shakir, Ahmed Sakr

Contact Info: 317-839-8157 Registration: Ext 241 Booth Reservation (Bazaar) & Sponsorships: Ext. 244

## Rejuvenate the Spirit of Islam

ISNA ~ MSA ~ MYNA Co-Sponsored by:


Register online: www.wisna.net
Islamic Society of North America




Islamic Shura Council

ACLU-1358

# NAIM SHAH: Beacon of Social Change

By Angie El Sherif

*Naim Shah, Jr. could not be doing more for the Muslim community here in Southern California. His extensive list of roles include Executive Director of ILM Foundation, managing partner of Shah and Associates CPA Firm, Assistant Imam and Chairman of the Board of Masjid Ibaadillah, Program Director of Coalition to Preserve Human Dignity, board member of UMMA Community Clinic, former Treasurer of Islamic Shura Council of Southern California, Co-National Coordinating Director of Humanitarian of the Homeless, Consultant for the Bilal Learning Center School Project and volunteer mentor for Dorsey High School Football Team.*

*37-year-old Shah was born and raised in Los Angeles. He has a Bachelor of Science degree in Business Administration from Fresno State University and started working for the corporate world before devoting himself to Islam. Recently, InFocus had the privilege of talking to him about his inspiring journey.*

**InFocus: What are your day-to-day responsibilities?**

Naim Shah: First and foremost, my job is being a husband and father of four beautiful children. I oversee the operations of the ILM Foundation. I am a managing partner of my CPA firm that provides tax and audit services. Other work includes establishing and maintaining relationships with the Muslim community in Southern California, which has supported the foundation over the past eight years. I am also invited to speak about Islam and the ILM Foundation.

**IF: Describe your life growing up.**

NS: I was blessed with a very strong family that instilled in me the love for Islam and hard work. My father had such a strong presence in our home and the neighborhood that I had no desire to join gangs or commit any crimes. All my brothers and I played sports and all earned full football scholarships to college.

**IF: What was it that made you leave the Nation of Islam and come to mainstream Islam?**

NS: In 1975, the Nation of Islam under the leadership of Imam W.D. Muhammad made the transition into mainstream Islam. My parents also made that transition and have been Muslim ever since. My mom in fact made her pilgrimage to Hajj three years ago.

**IF: In what way have your roots been cultivated by the Nation of Islam?**

NS: The original Nation of Islam, as an organization, was second to none in removing many of the social ills that plagued the African American community from the 1930s through the 1970s. What impressed me most about the Nation of Islam were the members. They were so sincere, very hard working and extremely courageous. My parents, Imam Saadiq Saafir, Al Hajj Malik Shabazz and Muhammad Ali are products of the Nation of Islam. It was the people of this great movement who paved the way for living Islam in America in the twenty-first century. And it was those same members Allah blessed to evolve into mainstream Islam, so I am grateful for those roots.

**IF: What made you leave the corporate world?**

NS: I wanted to devote all my time toward developing my character and the Muslim community. So I prayed and left with the experience I gained and hoped that the work the ILM was doing in the community could grow to sustain me and my family.

**IF: What is the ILM Foundation?**

NS: The ILM Foundation really stands for Knowledge Foundation, but the acronym stands for Intellect, Love, and Mercy. It is a 501(c)3 non profit organization that focuses on establishing programs that can serve those in need, which implies low income or a certain location in Los Angeles. The programs provide immediate services such as food, education, crisis management and mentoring. In addition

"Islam began addressing the social needs of people; therefore, our goal was to use the same model to address the social needs in our neighborhood. We had to do something in the face of more youth going to jail than college and more likely to be killed on the streets of Los Angeles than in Iraq."

to that, we strategically try to address the need for peace, justice, unity and youth leadership.

**IF: What inspired such an organization?**

NS: The ILM Foundation was inspired by Imam Saadiq Saafir. He is the founder of the ILM Foundation along with myself and Hanafi Shakur. Our inspiration



*From left to right: Ahmad Hattab, Abdal Wahab, Naim Shah, Imam Saadiq Saafir (sitting down)*

came from Qur'an and life examples of Prophet Muhammad. Islam began addressing the social needs of people; therefore, our goal was to use the same

model to address the social needs in our neighborhood. We had to do something in the face of more youth going to jail than college and more likely to be killed on the streets of Los Angeles than in Iraq.

**IF: ILM Foundation's mission is to "Teach Life Skills to Replace Social Ills." What do you mean by "social ills"?**

NS: A social ill is simply a barrier to faith. Social ills are things Islam encourages humanity to guard against and not participate in. Of the multitude of social ills, we focus on those affecting the youth and homeless. This list includes hunger, lack of shelter, job/leadership training, human dignity, mentoring and education. Also, I would like to announce ILM Foundation's new chapter in Las Vegas, whose executive director is Imam Fateen. The Las Vegas chapter programs are well established and they are doing an excellent job.

**IF: What types of life skills have you successfully taught?**

NS: The type of life skills we teach at the ILM Foundation is youth leadership training. We recruit youth from the community to run and oversee many of our large events. At ILM Foundation, we are willing to comprise an excellently managed event to train our youth. For the past five years, Hasan and Rahim Muhammad coordinated our annual football camps and next year are speaking of doubling the number of participants. This year, Umar Hakim and Asif Kazi coordinated Humanitarian Day for the Homeless. Imam Saadiq has also established a tradition of educating Muslims here and abroad about living Islam in America. The ILM Foundation offers basic Islamic classes to assist Muslims to practice their faith in this society.

**IF: How is Humanitarian Day different from other homeless feedings that take place throughout the year by other organizations?**

NS: Humanitarian Day is unique for

feeding that is served off of four tables and 25 volunteers, on this day nearly 2,000 homeless are served by over 500 Muslim volunteers. The gift items include hygiene packs, toys and ponchos. Also, UMMA Community Clinic coordinates a health fair offering various tests and education. Islamic Relief and ILM Foundation also lead the effort to expand this event nationally in over 13 cities that served over 18,000 homeless collectively. This is the largest collective Humanitarian event during Ramadan lead by Muslims in America.

**IF: Do you think there are enough Muslims involved in working to make social change?**

NS: No, especially domestically. Tho it's the for Coalition to Preserve Human Dignity for 20 is to make Humanitarian Day a daily affair. Our intention originates from our youth, which should have greater influence in our life to make a difference here in America. People are dying and children are crying out for help. Our blessing and opportunity in America is tied to answering their call for help. Muslims will be seen as heroes in their eyes, not as terrorists as the media depicts.

**IF: What is the "Go Beyond the G.A.M.E." student athlete mentoring program?**

NS: The youth activities are divided into the following three categories of recreational enrichment, educational support and community service. The recreational enrichment includes sport camps, and cultural events and youth conferences. The community service activities include feeding the homeless in Downtown Los Angeles, graffiti removal and helping senior citizens. The educational support services include college and corporate tours, college preparation workshops, homework assistance and entrepreneurial project training.

**IF: What has all this community service taught you, and what can it teach others?**

NS: Charity is the proof of your faith. I learn my religion by serving others. I receive help from Allah by serving others. I am reminded how much Islam and Muslims are needed in this world. The wars are destroying, but in the name of Islam I am taught everyday we can rebuild it.

**IF: What motivates you day after day to do what you do?**

NS: I love Allah, and I want to show Allah that love in my action as our Prophet, peace be upon him, and his companions did.

**IF: What are fields that American Muslims need to get more involved in?**

NS: The field of community activism is wide open. I would like us to get involved in areas that change peoples' lives. Muslims from prominent communities should team up with Muslims from disadvantaged communities and exchange resources to remove the blight in and around the Muslim community. This is how we perpetuate the Ansari tradition of over 1,400 years ago. It is time to put our faith into action.

*For more information on ILM Foundation, call the office at 323-294-3744 or visit them*

## MAS
## ISLAMIC RESTAURANT
### HALAL CHINESE FOOD

DINE IN • TAKE OUT • CATERING • BANQUETS

601 E. Orangethorpe Ave.
Anaheim, CA 92801

**(714) 446-9553**

Open Seven Days a Week
Sunday - Thursday: 11:00 AM - 9:00 PM / 5:00

ACLU-1359







# Ramadan's Over

By Fatima Khan

THUMP-THUMP! THUMP-THUMP! Mohsin raced down the stairs of his house.

"Mooooooooommmm!!!! I want a BIG omelet with LOTS of cheese, and I want cereal, and I want orange juice, and I want a bagel, and I want a croissant, and I want—"

"Sweetie, you can't possibly eat that much. Let's not be greedy now."

"Mom, Ramadan is OVER, and I need to make up for all those meals that I missed, all those lunches I had to skip!! Oh! That reminds me! I need to watch me some TV!!! Didn't get to do any of that last month either!" Mohsin said as he sat down at the kitchen table.

"For now, I'll just give you the omelet and toast; we'll see about the rest a bit later. And TV? I thought you stopped watching TV in Ramadan."

"Like I said, Mom, Ramadan's over!" Mohsin jumped off his chair. "Let me know when the food's ready." He turned on the television and planted himself on the floor in front of it. Within moments, he was engrossed.

After breakfast, Mohsin dashed out the front door, jumped on his bike, and sped to his friend Abdullah's house down the street.

Mohsin rang the doorbell. Abdullah opened the door with a copy of the Qur'an in his hand.

"Assalomu alaikum!" Abdullah smiled, clearly happy to see his friend.



"Come on in. What's up?" They walked inside the house and flopped on the couch in the living room.

"Nothing much, man; getting over Ramadan! What're you doing with that mus'haf?" asked Mohsin, surprised to see his friend with the Qur'an even after Ramadan.

"Oh, nothing much, just reciting some Qur'an. I'm really missing Ramadan, and I'm trying to learn from it."

"How will you have enough time to recite with homework and everything?" asked Mohsin. I never have enough time for reciting the Qur'an, he thought to himself.

"I figure if I have enough time to watch TV, then I definitely have enough time to recite! Plus, I'll be gaining rewards instead of losing time."

Mohsin felt his conscience bothering him. Ramadan was not just about fasting for one month. He knew that even though Ramadan was over, he should take some good from it.

"Hey, why don't you do that too! It'll be great! We'll see who can finish first!" Abdullah said, excited.

Mohsin smiled. This was his chance. "Sounds good to me! Hand me another mus'haf so I can get a head start."

# Most Beautiful Names of Allah

```
R X M W W K O A N O Y P Y X A D E W R W
F I A L Q U D D U S Z O P O D Z U N Y J
K L B F X B C T D I X U D Y Y T A I X Q
J H S B O L Q V Z U I P J B C X L M A Y
A H A Y A K K A L S J X T N E U K Y K L
W L S W O K L J X J X E A M A F H A R T
A Y J L P A A C Z U W M E Q H X A H F E
G W I A E M P T F P H D E W P K L U S J
B H F Z B D V O U A R Z T O S W I M C E
O Q I E X B C T R M R F Y M B F Q L G C
W O U V I G A R K I L A M L A P R A W T
Q X O H H O A R P T V A L O L L J G J P
J E Y V Y U A K E D T Y D L L H A D R G
V D A H O R N L R Y G D M C E N L S N H
V X Y Q R F R H B X X T K P S I U B S P
G U L A T B Z F O O Z F S V C M D O Z A
D B H A C K U W C C R Y K Q T U X E O S
D I A L B A R I K L I S U H F M A G Y K
M H G W A K A F E A M X K U U L K W E T
M C C D Y Z Y K W H D Z H X T A Y E D S
```

Ar-Rahman          Al-Muhaymin
Ar-Rahim           Al-'Aziz
Al-Malik           Al-Jabbar
Al-Quddus          Al-Mutakabbir
As-Salam           Al-Khaliq
Al-Mu'min          Al-Bari

*InFocus* would like to thank all of the ADVERTISERS who have made it possible for InFocus to continue its mission of educating & empowering the community.

CAN YOU READ THIS? So can 50,000 others who read InFocus every month.

Call now for our special rates for small businesses.
(714) 678-1820
info@infocusnews.net

San Giovanni Pizza - Leading the Industry
We bring innovative and delicious Halal products to mainstream cuisine!

*San Giovanni*

100% HALAL New York Style **Pizza**

GOURMET PIZZA - PASTA
SALADS - ITALIAN SUBS

(714) 999-1500

1001 N. Euclid St.
Anaheim, CA



www.sangiovannipizza.com

DINE-IN  CARRY-OUT  DELIVERY

Open 7 Days a week - 11am to 11pm



Al Hannah Islamic Clothing
www.alhannah.com
(860) 229-3838

Everyday low prices on authentic traditional Islamic Clothing for your whole family.

Shop online 24 hours a day from the comfort of your home and save!

Al Hannah has a friendly, knowledgable staff that's glad to help you.

Mail & Telephone orders welcome



Southern California InFocus

## FOOD REVIEW/HEALTH CORNER

November 2006 · 23

---

WHAT'S COOKIN'
Restaurant Review by Aidan Qasim Muhammad

# How about Sri Lankan?

I was discussing food with a friend of mine, and asked him for something different, new, and unique. His suggestion: Curry Bowl in Tarzana. So I thought, great, more curries and basmati rice. Being Pakistani, there is no need for "Indian" eats out when your Mom is the head chef.

But I was in for a surprise.

While the name might mislead some to think it is an Indian eatery, the restaurant is actually Sri Lankan. People often associate Sri Lanka with the Tamil Tigers, the recent tsunami, and possibly the thirty years of civil War, but Sri Lanka has a much richer history. An island nation off the southern tip of the Indian peninsula, Sri Lanka was colonized by the Portuguese, Dutch, and British, and is populated by two distinct groups—the Singhalese and Tamils, and has a healthy Muslim minority.

Rukshan Pillai and his business partner Rajiv Leeamwasam assumed ownership of the restaurant four years ago. They have fostered the Sri Lankan atmosphere of harmony, inclusiveness and calm, incredible food lost by years of war.

Pillai says that most people approach Sri Lankan food as being an extension of Indian food, which is a critical mistake. To appreciate the cuisine, a sense of adventurism and an open-mind is necessary, because that curry here is nothing like Indian food and you might be disappointed if that is what you want.

Perhaps the one commonality that Sri Lankan food shares with Indian food is how hot it can get. Except here its more built in taste that is experienced as you chew, much like South Indian food from Kerala and Tamil Nadu. So beware of the food, it's all based on the "mildly medium" hot scale.

The meat is halal, but I tried the veggie dishes from the buffet. There are nine dishes to choose from, and each day the dishes vary, so there is wide variety of choices on any given visit. One thing that is incredible is this banana bud saute

that is truly unique in flavor. The food has a stronger hint of cardamom, cloves, and coconut milk, creating a soothing aroma appealing to the taste buds.

Much like Thai food, coconut milk is a stable ingredient. Most meats are marinated in it before being cooked. But there are distinctions, and these distinctions matter.

For instance, one is the light and pleasant dish referred to as "hoppers." A decent description of hoppers is like vermicelli noodles often cooked in coconut milk, and eaten as a replacement to Indian naan and/or basmati rice. Sticky shredded and mixed with vegetables (prepared like rice) or made into small pancakes (like naan). Hoppers are light, to an extent bland so they absorb the spice and do not stand on their own in flavor.

If your heart desires a bit more adventure, then I suggest two other dishes that are sure to knock your taste buds around: kottu roti and Lamprie.

Kottu roti is a dry curry with your choice of meat, mixed with carrots, hot peppers, bits of egg, and chopped flatbread. With curry flavoring (and very overindulged in), the dish is much like a large dish of hash browns mixed with extras. The food is very rich and comforting. It also carries with it a taste when kept over night and reheated. This is like Sri Lankan flavor in a TV dinner with class.

Lamprie is prepared by wrapping a banana leaf around rice, chicken curry, eggplant and plaintain curries, a couple of sambols (hot, sour, spicy coconut, there are three types you can also have, for appetizers: Pol Kattu and Seeni Sambol, which I will leave for you to discover) and a fish cutlet, and then all baked to mingle the taste. Whether eaten hot or taken home and re-heated, it will be like a dish that will keep you coming back to Curry Bowl.

With no sea view like Colombo or Galle, the Curry Bowl does make up the Sri Lankan experience with the authenticity of the food and above all the love and care the owners place in the service. Prices are decent, and the ambience is mixed, but the center piece here is the food.

## Curry Bowl

**19662 Ventura Blvd.**
**Tarzana, CA 91356**
**Ph. (818) 609-7683**
**Hours: 11am to 8 pm**



---

# Depressed?

By Dr. Khaliq Siddiq

Recent statistics show that depression is a common condition that affects about 121 million people worldwide. It spares no group. In fact, recent studies from the United Kingdom suggest that Muslim men may be at higher risk for depression.

Depression can be triggered by an event — the death of a loved one, a divorce, the loss of a job, or any major change in one's life.

Depression is not just a state of mind. It is related to physical changes in the brain and connected to an imbalance of neurotransmitters, a type of chemical that carries signals in the brain and nerves.

### Symptoms

One of the most recognized symptoms of depression is a profound feeling of sadness, hopelessness, or emptiness. There may be physical symptoms as well.

**Emotional**
- Sadness throughout the day, nearly every day
- Loss of interest in or enjoyment of your favorite activities
- Feelings of emptiness or hopelessness
- Feeling stressed, nervous, or overwhelmed
- Trouble concentrating or making decisions
- Feelings of worthlessness
- Excessive or inappropriate feelings of guilt
- Irritability or restlessness
- Thoughts of death or suicide

**Physical**
- Fatigue or lack of energy
- Sleeping too much or too little
- Change in appetite or weight
- Aches and pains
- Headache                     · Back pain
- Digestive problems      · Dizziness

If you think you might have depression, see your doctor. For people diagnosed with depression, there are some things that can do to help in addition to the treatment prescribed by their doctor.

Don't bottle things up — Talking to

someone about one's problems can be therapeutic.

Keeping active — Get outdoors and exercise, even if it's only a walk. It prevents dwelling on painful thoughts and feelings.

Eating properly - Eat a balanced diet. It's easy to lose weight and run low on vitamins when depressed.

Fun activities — Set some time aside regularly each week to do something one enjoys such as exercising, reading, or a hobby.

Lifestyle change — A lot of people who have depression are perfectionists and tend to drive themselves too hard. Setting more realistic targets and reducing workload may help.

Take a break — Getting away from normal routine for a few days—even a few hours—can be helpful.

Individuals diagnosed with depression should not ignore the spiritual aspects of healing, in addition to the treatment prescribed by their doctor. Many Muslim scholars have given us the means to cure depression. For example, the book Medicine of the Prophet provides many recommendations for depression. An imam or religious scholar can be a valuable source of guidance.

See your doctor if you think you might have depression. Medications may be necessary in treating depression. Severe depression can result in suicidal thoughts - take any such thoughts seriously. If you feel like giving up or feel like you might hurt yourself, get help immediately: call your doctor, go to the emergency room, or call 911.

Depression is a treatable condition, and overcoming one's embarrassment or fear of being stigmatized is often the biggest hurdle to being cured.

*Dr. Siddiq is a co-founder of the UMMA Clinic and also serves on its Advisory Board. He practices internal medicine in Orange County.*

---

**UMMA** COMMUNITY CLINIC

## HEALTH CORNER

---

## HELP SAVE BABY AARIZ



9-month-old Aariz Aarif was diagnosed with a rare form of liver cancer (hepatoblastoma) in Pakistan when he was 2 months old. He has already undergone 11 chemotherapy sessions and now is in New York for surgery. He has no insurance and as a foreigner is not entitled to any emergency medicaid. His medical costs are expected to be around $500,000.

Please give a donation to help save this baby's life. No amount is too small. Make your checks out to "Save Aariz Foundation" and mail to 51 Clarke St. Brentwood, NY 11717

ph: (914) 837-0070 www.saveaariz.com

---

# Mel Rich Pharmacy
## & Compounding Center

. Diabetic Center          . Braces/Canes
. Incontinent Supplies  . Vitamins/Herbal
. Convalescent Aides    Supplements
and Sickroom Supplies



**Dr. Iqtadar Malik** ~ Pharmacist

*Come in to see how you can qualify for:*
* A Free Blood Glucose Monitor * A Free Pair of Diabetic Shoes *
* Receive $5 off any transferred or New Prescription *
(1 transaction per household and for qualifying patients)
* Offering Immunizations for Hajj travelers *

Hours: Monday - Friday: 9:30 am - 7:00 pm / Saturday: 10:00 am - 3:00 pm
(714) 558-0131

---



## PEARL DENTAL CARE

Come see why Pearl Dental Care is one of the most technologically advanced dental offices in Irvine!

**Pearl Dental Care**

Woodbridge Square Medical Center
4980 Barranca Pkwy., #203 • Irvine, 92604
949-551-5805 www.

FREE
$299
$500 OFF Any Invisalign Treatment

ACLU-1362

24 November 2006  ADVERTISEMENT  Southern California InFocus



We Invite You
to live without Riba (Interest)

*O*ur Mission is to Remove Riba from the lives of people of all faiths. LARIBA is dedicated to providing Shari'aa compliant products to serve your Financing & Refinancing needs for Homes, Automobiles and Businesses.

Home Financing Features include:

- Shari'aa Compliant, Lease-To-Purchase Model
- Up to 30 years financing
- As low as 3% down
- Fees are minimal
- Property purchased is recorded in your name
- Payments are very competitive

Please visit us at www.LARIBA.com or call us toll free at 888.LARIBA-1 (888 527-4221) for more information.



# LARIBA
## American Finance House

*Financing and Refinancing for Homes, Autos & Businesses*

## www.LARIBA.com

 EQUAL OPPORTUNITY LENDER · EQUAL HOUSING LENDER | All conditions are subject to change from time to time. Not all applicants will qualify for financing. Terms of Automobile Financing and Small Business financing are different from features listed above.

---

# IN OUR COMMUNITY, WE'RE YOUR BANK



## A Dream Come True~ A Full Service Community Owned Bank...for Us!

Our Goal at Bank of Whittier is to help you and your business become successful~ because your success makes our community more successful.

We cater to the needs of families, small to medium businesses and professionals. Whether you need Riba-Free banking or Shariaa-Compliant Financing we can serve you. We offer On-line banking for your convenience.

We speak your Language! Arabic, Chinese, Gujarati, and Urdu, are a few of the languages with which our bankers can serve you.

Visit us online today at www.WhittierBank.com or call us at (562) 945-7553 for more information.

## BANK of WHITTIER
Since 1982        National Association
15141 East Whittier Boulevard, Whittier, CA 90603-2198
*Whittier Blvd & Colima Road* • (562) 945-7553

## www.WhittierBank.com

FDIC  Equal Housing Lender  FDIC Certificate of Deposit Insured up to $100 Million

Southern California InFocus | **ARTS AND BOOKS** | November 2006  **25**

# TAXI TO JANNAH: Shattering Stereotypes

By Salaam Abdul Khaliq

Taxi to Jannah is a new play with a Muslim as the central character.

That's right, a Muslim hero.

It means that the whole play revolves around him. In fact, the entire play is about him trying to open a mosque. And for once he is neither a cardboard stereotype nor a sidekick to a Caucasian protagonist trying to clean up mess left by some swarthy Middle Eastern characters. There has to be a catch, right?



In a post-9/11 world, there can possibly exist no positive portrayals of Muslims in American pop culture, least of all in the realm of entertainment industry. Sure, Hollywood probably turns out as expected, and

ought to be crushed by a swinging ball rather than turned into another house of worship. Nasrudeen goes home to wife Rubiah and son Omar every night and unloads his frustrations about the task at hand.

Nasrudeen's luck turns after he picks up a suicidal Jewish man whom he talks out of jumping off a bridge by using reverse psychology. The man overcomes his depression and later suggests to the Muslim taxi driver that his counseling skills are good enough to warrant offering therapy to clients. Nasrudeen latches on to the idea and eventually raises the money needed to pay for the being no positive portrayals of Muslims.

## Taxi to Jannah's plot is altruistic. It was written with a grand intention to correct misconceptions and present Muslim Americans as regular, likeable and hardworking citizens who are just out to live their faith in peace and raise a family while pursuing the American dream.

[remainder of column heavily degraded and illegible]

---

# The Audacity of Hope



BARACK OBAMA — *The AUDACITY of HOPE*

Reviewed by Sondos Kholaki

Barack Obama —Illinois Senator, democrat, lawyer, professor, first black president of the Harvard Law Review, and possible future candidate for the White House—has given us a reason to reclaim our faith in modern-day politics.

His new book, The Audacity of Hope: Thoughts on Reclaiming the American Dream, is a restorative and heartening work. At a time when campaigning has come to mean mudslinging and image-bashing rather than taking a good, hard look at the core problems facing the US, The Audacity of Hope offers a sensible method of returning to the values this country was founded upon.

For one thing, Obama encourages Americans to reclaim their influence over legislation. "Get involved in an issue that you're passionate about. It almost doesn't matter what it is—improving the

school system, developing strategies to wean ourselves off foreign oil, expanding health care for kids. We give too much of our power away, to the professional politicians, to the lobbyists, to cynicism. And our democracy suffers as a result," Obama states.

In addition to covering America's current political climate, Obama addresses a wide range of topics that are not as directly related to our government, including reducing teen pregnancy, strengthening family and traditional morals, and class inequality. However, rather than coming off as superior-minded or preachy, Obama's years of experience working with the poor gives his points credence. As an African American who grew up in Hawaii and abroad in Indonesia, Obama possesses a heartfelt understanding of "the world of immediate hunger, disappointment, irrationality, and frequent hardship... the other 99 percent of the population... that is, the people that I'd entered public life to serve" that few of his colleagues on the Hill hold.

Part of the magic of The Audacity of Hope is Obama's style of writing: it is both modest and resolute. He is able to point out a problem, offer a solution, and motivate the reader all in one, a perfect example of which is taken from the book: "A government that truly represents these Americans—that truly serves these Americans—will require a different kind of politics. That politics will need to reflect our lives as they are actually lived. It won't be pre-packaged, ready to pull off the shelf. It will have to be constructed from the best of our traditions and will have to account for the darker part of our past. We will need to understand just how we got to this place, the warring factions and tribal hatreds. And we'll need to remind ourselves, despite our differences, just how much we share: common hopes, common dreams, a bond that will not break.

---



## ARIZONA REAL ESTATE

**1% to 4% Listing Fee
Up to 67% Buyers Commission
Discount Rebate**

Mohamed Hegazy, Realtor
Top Volume Producer with
DPR Realty LLC

**MOBILE: (602) 326-3552**
MoeHegazy@yahoo.com
Office: 480-994-0800, Fax: 480-802-1133

---

## Lotus Chinese Eatery

### New Halal Islamic Chinese Restaurant

*Rated the best Restaurant in 2005 by the Orange County Register & Orange County Weekly News*

**DINE-IN • TAKE OUT • BANQUET • CATER**

**Open 7 Days a week**

Sun - Thu: 11:00 am - 3:00 pm
4:30 pm - 9:30 pm
Fri - Sat: 11:00 am - 3:00 pm
4:30 pm - 10:00 pm

16883 Beach Blvd
Huntington Beach, CA 92647
Tel: (714) 848-4940
Fax: (714) 843-2050

ACLU-1364