Case 8:07-cv-01088-CJC-AN   Document 31-36   Filed 11/04/08   Page 1 of 11   Page ID #:1105





*Press Office*
U.S. Department of Homeland Security

**U.S. Citizenship and Immigration Services**

# Fact Sheet

April 25, 2006

## Immigration Security Checks—How and Why the Process Works

**Background**

All applicants for a U.S. immigration benefit are subject to criminal and national security background checks to ensure they are eligible for that benefit. U.S. Citizenship and Immigration Services (USCIS), the Federal agency that oversees immigration benefits, performs checks on every applicant, regardless of ethnicity, national origin or religion.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. However, in some cases, USCIS customers and immigrant advocates have expressed frustration over delays in processing applications, noting that individual customers have waited a year or longer for the completion of their adjudication pending the outcome of security checks. While the percentage of applicants who find their cases delayed by pending background checks is relatively small, USCIS recognizes that for those affected individuals, the additional delay and uncertainty can cause great anxiety. Although USCIS cannot guarantee the prompt resolution of every case, we can assure the public that applicants are not singled out based on race, ethnicity, religion, or national origin.

USCIS strives to balance the need for timely, fair and accurate service with the need to ensure a high level of integrity in the decision-making process. This fact sheet outlines the framework of the immigration security check process, explaining its necessity, as well as factors contributing to delays in resolving pending cases.

**Why USCIS Conducts Security Checks**

USCIS conducts security checks for all cases involving a petition or application for an immigration service or benefit. This is done both to enhance national security and ensure the integrity of the immigration process. USCIS is responsible for ensuring that our immigration system is not used as a vehicle to harm our nation or its citizens by screening out people who seek immigration benefits improperly or fraudulently. These security checks have yielded information about applicants involved in violent crimes, sex crimes, crimes against children, drug trafficking and individuals with known links to terrorism. These investigations require time, resources, and patience and USCIS recognizes that the process is slower for some customers than they would like. Because of that, USCIS is working closely with the FBI and other agencies to speed the background check process. However, USCIS will never grant an immigration service or benefit before the required security checks are completed regardless of how long those checks take.

www.uscis.gov                                                                                                    1

Immigration Security Checks—How and Why the Process Works

### How Immigration Security Checks Work

To ensure that immigration benefits are given only to eligible applicants, USCIS adopted background security check procedures that address a wide range of possible risk factors. Different kinds of applications undergo different levels of scrutiny. USCIS normally uses the following three background check mechanisms but maintains the authority to conduct other background investigations as necessary:

- **The Interagency Border Inspection System (IBIS) Name Check**— IBIS is a multiagency effort with a central system that combines information from multiple agencies, databases and system interfaces to compile data relating to national security risks, public safety issues and other law enforcement concerns. USCIS can quickly check information from these multiple government agencies to determine if the information in the system affects the adjudication of the case. Results of an IBIS check are usually available immediately. In some cases, information found during an IBIS check will require further investigation. The IBIS check is not deemed completed until all eligibility issues arising from the initial system response are resolved.

- **FBI Fingerprint Check**—FBI fingerprint checks are conducted for many applications. The FBI fingerprint check provides information relating to criminal background within the United States. Generally, the FBI forwards responses to USCIS within 24-48 hours. If there is a record match, the FBI forwards an electronic copy of the criminal history (RAP sheet) to USCIS. At that point, a USCIS adjudicator reviews the information to determine what effect it may have on eligibility for the benefit. Although the vast majority of inquiries yield no record or match, about 10 percent do uncover criminal history (including immigration violations). In cases involving arrests or charges without disposition, USCIS requires the applicant to provide court certified evidence of the disposition. Customers with prior arrests should provide complete information and certified disposition records at the time of filing to avoid adjudication delays or denial resulting from misrepresentation about criminal history. Even expunged or vacated convictions must be reported for immigration purposes.

- **FBI Name Checks**—FBI name checks are also required for many applications. The FBI name check is totally different from the FBI fingerprint check. The records maintained in the FBI name check process consist of administrative, applicant, criminal, personnel and other files compiled by law enforcement. Initial responses to this check generally take about two weeks. In about 80 percent of the cases, no match is found. Of the remaining 20 percent, most are resolved within six months. Less than one percent of cases subject to an FBI name check remain pending longer than six months. Some of these cases involve complex, highly sensitive information and cannot be resolved quickly. Even after FBI has provided an initial response to USCIS concerning a match, the name check is not complete until full information is obtained and eligibility issues arising from it are resolved.

For most applicants, the process outlined above allows USCIS to quickly determine if there are criminal or security related issues in the applicant's background that affect eligibility for immigration benefits. Most cases proceed forward without incident. However, due to both the sheer volume of security checks USCIS conducts, and the need to ensure that each applicant is thoroughly screened, some delays on individual applications are inevitable. Background checks may still be considered pending when either the FBI or relevant agency has not provided the final response to the background check or when the FBI or agency has provided a response, but the response requires further investigation or review by the agency or USCIS. Resolving pending cases is time-consuming and labor-intensive; some cases legitimately take months or even

ACLU-1377

Immigration Security Checks—How and Why the Process Works

several years to resolve. Every USCIS District Office performs regular reviews of the pending caseload to determine when cases have cleared and are ready to be decided. USCIS does not share information about the records match or the nature or status of any investigation with applicants or their representatives.



ACLU-1379

202 324 3752  P.06/11

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|
| | | | | |

Monday, November 13, 2006

Page 4 of 4

ACLU-1380

## Multi Cultural Forum Sign-In

| Full Name | Sign-In | Work Phone | Mobile Phone | Email |
|---|---|---|---|---|
| Mr. Hussam Ayloush | [signature] | (714) 776-1847 | (714) 814-4444 | hussam@cair.com |

Monday, November 13, 2006

Page 1 of 4

b6

ACLU-1381

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|
| | | | | |

Monday, November 13, 2006                                                                                   Page 1 of 4

ACLU-1382

# AGENDA FOR MONDAY, NOVEMBER 13, 2006, MEETING OF THE MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

6:00 P.M. - 6:15 P.M.          Meet and Greet

6:15 P.M. - 6:30 P.M.          Current Issues                                                          b6
                               [          ] U.S. Citizenship & Immigration Services

6:30 P.M. - 7:30 P.M.          Townhall Meeting

                                          -Agenda
                                          -Speakers
                                          -Publicity
                                          -Refreshments

7:30 P.M.                      Conclusion

ACLU-1383

## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## NOVEMBER 13, 2006 MEETING

**Announcements:**

- Next month's MCAC meeting will be on **12/18/06**, at 6 p.m.

**Immigration Info from** [redacted]                                                                 b6

- Name checks/security checks are still the big issue. Notes/pamphlet information were provided at this meeting with details on the three tiered name check system, as well as the revised naturalization exam.

- In reference to the three tiers, please note that the most time consuming is the last one: the FBI name checks. This is problematic because when there is a match on the name provided by Immigration, the application process is held up. This is not because the FBI is deciding whether or not to let the individual in; they are merely searching and providing their results of the databases, and the decision lies with the immigration office.

- 80% of names come back shortly. Of the 20% that don't come back immediately, most cases are resolved within six months. The top countries are Mexico, Korea, Iraq and Iran.

- The naturalization exam is in the process of revision due to the subjectivity among various locations. Pilot testing will begin in Tuscon and Washington state, with ESL's "High Beginnings" program. The program itself won't be deployed until 2008 though. It will be civics based, with 96 questions and a short lesson plan included. This new format will try to show what the individual's attachment to the constitution is.

- Also in process is the Comprehensive Fee Review. The last one took place in 1998, and this is the first year that the program is not funded by tax revenue dollars. All the money from the user fees collected from the application process are paying for the agency's entire services, including the employees' salary. This is approximately $4 million of Citizenship/Immigration Services that general tax revenue is not funding. Rumors have been circulating regarding the increase of the fee from $400 to $800. Although the fee study will probably show the results of a necessary increase, an increase of $400 is not likely.

- The DHS Public Affairs contact for reg is [redacted] Office of Civil Rights/Civil     b6
  Liberties. [redacted] will provide the contact number via email.

**Town Hall Meeting:**

- The TH Meeting will be this Sunday, 11/19/06 from 4-7 p.m. at the Brookhurst Community Center.

ACLU-1384

- Light refreshments are needed for estimated 100-200 people. MCAC will cover the cost as a group, and next month reimbursement will be discussed. It was decided at this meeting that the local members of MCAC will assist in obtaining the pastries from a local Arab bakery, as well as coffee from a local shop. Details will be discussed at the next meeting.

- Setting up will be from approximately 4 - 4:30 p.m., with informational booths set up within the venue and auditorium. Booths present will include information on: Crimes against children, hate crimes, public corruption, internet fraud, identity theft, gangs and violent crime, terrorists, recruitment/community outreach, etc. Each booth will have an expert in the subject matter, as well as pamphlet information.

- Anaheim Police Department requested that the Chief of Police speak at the meeting. So, the order of speakers for the program is as follows:
    Moderator: Tareef
    1st speaker: Richard Chavez
    2nd speaker: Chief John Welter (of Anaheim PD)
    3rd speakers: Sireen & Hussam with opening remarks (MCAC)
    4th speaker: ADIC Steve Tidwell, FBI LA

- Special thanks to [____] for the discounted "In Focus" ad. She also took care of publicity with the OC mosques. b6

- CAIR's banquet is this Saturday evening. We'll bring flyers and Tidwell will also speak about the TH Meeting there, too.

- ADIC Steve Tidwell did various interviews and plugged the TH Meeting during press advisories, the Iranian based newspapers, NBC, Wall Street Journal and the last ten interviews as well. We will send out press advisories via email, and printed interviews he's done, too. We are also open to future press conferences with MCAC for the next meetings.

**MCAC Website Update:**

- [____] announced that MCAC has a separate account with HADI (Human Assistance Development International). Please write any checks to HADI and place MCAC in the memo/notes line of your check. Per our last meeting, it was agreed upon to have each organization contribute a total of $300 for the next year. That should cover the expenses estimated with maintaining the site. b6

TOTAL P.11

ACLU-1385