GREGORY G. KATSAS
Assistant Attorney General
JOHN TYLER
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | No. SACV07-1088 CJC (ANx)<br><br>DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER TO FILE EXHIBIT D TO SECOND DECLARATION OF DAVID M. HARDY UNDER SEAL<br><br>[ Hon. Cormac J. Carney] |

Defendants United States Department of Justice and the Federal Bureau of Investigation apply pursuant to Local Rules 79-5.1 and 7-19, for an <u>ex parte</u> order to file under seal Exhibit D to the Second Declaration of David M. Hardy. This action focuses on requests filed by six organizations and five individuals under the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, for documents relating to themselves. The Second Declaration corrects and clarifies certain statements made by Mr. Hardy, the Section Chief of the

Record/Information Dissemination Section, Records Management Division of the FBI in his initial declaration, which was filed in support of defendants' Motion for Summary Judgment (Dkt # 13). The Second Declaration also describes the supplemental search conducted by the FBI of the file pertaining to the Los Angeles Multi-Cultural Advisory Committee, the results of that search and the justification for withholding of information from these records. Exhibit D consists of the documents produced by defendants to the five individual plaintiffs as a result of this additional search.[1] These five plaintiffs are individuals as defined by the Privacy Act, 5 U.S.C. § 552a(2).[2] Because these documents contain personal information about these individuals, that information is protected from disclosure to the public by the Privacy Act. 5 U.S.C. § 552a(b). The defendants, therefore, request that Exhibit D be filed under seal. A proposed Order is submitted with this request.

    This ex parte application is submitted pursuant to Local Rules 7-19 and 79-5.1, Local Rules of the Court, Central District of California, and is based on the attached declaration of Marcia K. Sowles, the files and pleadings in this case.

    On October 27, 2008, defendants' counsel, Marcia K. Sowles, contacted plaintiffs' counsel, Tasneem Dohawala, regarding this matter and she had no objection to placing the exhibit under seal.

                                  Respectfully Submitted,
                                  GREGORY G. KATSAS

---

[1] Because of the volume of pages Exhibit D is divided into two parts: Part 1 (ACLU 125 - ACLU 376) and Part 2 (ACLU 377 - 678).

[2] The term "individual" under the Privacy Act is defined as "a citizen of the United States or an alien lawfully admitted for permanent residence." 5 U.S.C. § 552a(a)(2).

2

Assistant Attorney General

JOHN TYLER
Assistant Branch Director

*Marcia K Sowles*
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O Box 883
Washington, D.C. 20044
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail: marcia.sowles@usdoj.gov

Attorneys for Defendants

## DECLARATION OF MARCIA K. SOWLES

I, Marcia K. Sowles, declare as follows:

1. I am Senior Counsel in the Federal Programs Branch, Civil Division, U.S. Department of Justice in Washington, D.C. I am the attorney assigned to defend the Department of Justice and the Federal Bureau of Investigation in the civil action entitled "Islamic Shura Counsel of Southern California, et al. v. Federal Bureau of Investigations, et al., No. SACV07-1088 CJS (Anx)." I make this declaration in support of defendants' ex parte application to file under seal Exhibit D to the Second Declaration of David M. Hardy. The supplemental declaration of Mr. Hardy was file in support of defendants' motion for summary judgment.

2. This application to file Exhibit D under seal is required to protect personal information of the five individual plaintiffs. Exhibit D consists of the documents produced by defendants to plaintiffs as a result of the subsequent search conducted by the FBI in response to their request under the Freedom of

3

1 | Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, for
2 | documents relating to themselves. Five of the plaintiffs are individuals as defined
3 | by the Privacy Act, 5 U.S.C. § 552a(2). Because the documents contain personal
4 | information about these individuals, that information is protected from disclosure
5 | to the public by the Privacy Act. 5 U.S.C. § 552a(b).

6 |     3. On October 27, 2008, defendants' counsel, Marcia K. Sowles, contacted
7 | plaintiffs' counsel, Tasneem Dohadwala, regarding the application, and she had no
8 | objection to placing Exhibit D under seal.

9 |     I declare under penalty of perjury under the laws of the United States of
10 | America that the foregoing is true and correct.

11 |     Executed on November 4, 2008, at Washington, D.C.

*[signature: Marcia K. Sowles]*
MARCIA K. SOWLES

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Department of Justice. My business address is 20 Massachusetts Ave., N.W., Room 7114, Washington, D.C. 20530. On November 4, 2008 served Defendants' Ex Parte Application for an Order to File Exhibit D to Second Declaration of David Hardy under Seal by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing collection and mailing, it is deposited in the ordinary course of business within the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: November 4, 2008. Place of mailing: Washington, D.C. Person(s) and/or Entity(is) To Whom Mailed:

RANJANA NATARAJAN,
MARK ROSENBAUM
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017

TASNEEM DOHADWALA
JEREMY ROSS
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on November 4, 2008 at Los Angeles, California.


MARCIA K. SOWLES