1 | GREGORY G. KATSAS
Assistant Attorney General
2 | JOHN TYLER
MARCIA K. SOWLES
3 | D.C. Bar No. 369455
Department of Justice
4 | Civil Division
Federal Programs Branch
5 | P.O. Box 883
Washington, D.C. 20044
6 | Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> ORDER SEALING <br><br> [ Hon. Cormac J. Carney] |

Upon ex parte application of defendants United States Department of Justice and the Federal Bureau of Investigation. IT IS HEREBY ORDERED THAT the document entitled "Exhibit D To the Second Declaration of David M. Hardy" shall be filed under seal.

DATED: November 6, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1 | PRESENTED BY:

2 | JOHN TYLER
Assistant Director
3 | Federal Programs Branch

4

5 | *Marcia K. Sowles*
MARCIA K. SOWLES, D.C. Bar No. 396455
6 | U.S. Department of Justice
Civil Division, Federal Programs Branch
7 | P.O. Box 883
Washington, D.C. 20044
8 | Tel: (202) 514-4960
Fax: (202) 616-8470

9 | Attorneys for Defendants

- 2 -

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Department of Justice. My business address is 20 Massachusetts Ave., N.W., Room 7114, Washington, D.C. 20530. On November 4, 2008 served proposed Order Sealing by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing collection and mailing, it is deposited in the ordinary course of business within the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: November 4, 2008. Place of mailing: Washington, D.C. Person(s) and/or Entity(is) To Whom Mailed:

    RANJANA NATARAJAN,
    MARK ROSENBAUM
    ACLU FOUNDATION OF SOUTHERN CALIFORNIA
    1313 West Eighth Street
    Los Angeles, CA 90017

    TASNEEM DOHADWALA
    JEREMY ROSS
    300 South Grand Ave., Suite 3400
    Los Angeles, CA 90071

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on November 4, 2008 at Los Angeles, California.

*Marcia K Sowles*
MARCIA K. SOWLES