JENNIE PASQUARELLA*
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1313 West Eighth St.
Los Angeles, CA 90017
Telephone: (213) 977-9236
Facsimile: (213) 977-5297
jpasquarella@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tasneem.dohadwala@probonolaw.com

Attorneys for Plaintiffs

*Pro Hac Vice Application Pending

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | Case No: SA CV07-01088-CJC (ANx) <br><br> NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT <br><br> Hearing Date: April 20, 2009 <br> Hearing Time: 1:30 p.m. <br> Judge: Hon. Cormac J. Carney |

Please take notice that Plaintiffs will bring the following Cross-Motion for Summary Judgment before the Honorable Cormac J. Carney, United States District Judge, in his courtroom, 9B, at the Ronald Regan Federal Building and U.S Courthouse, 411 West Fourth Street, Santa Ana, California, on April 20, 2009, at 1:30 p.m., or at such time as the Court directs the matters to be heard.

Plaintiffs move this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there is no genuine issue as to

any material fact and that they are entitled to judgment as a matter of law. This Motion is based upon this notice, the attached Memorandum of Points and Authorities in Support of Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment, the Declaration of Tasneem Dohadwala and the exhibits attached thereto, any reply memorandum, the pleadings, and such oral argument as may be advanced in support of this Motion.

This Motion is made following several telephone conferences of counsel and pursuant to Local Rule 7-3, which began with their initial conference on December 14, 2007. Based on our discussions in those conferences, the parties agreed to the following briefing schedule:

  a. Plaintiffs will file their Plaintiffs will file their Opposition to Defendants' Summary Judgment Motion and Cross-Motion for Summary Judgment on or before November 26, 2008;

  b. Defendants will file their Reply Supporting Defendants' Summary Judgment Motion and Opposition to Plaintiffs' Cross-Motion for Summary Judgment on January 23, 2009; and

  c. Plaintiffs will file a Reply Supporting Plaintiffs' Cross-Motion for Summary Judgment on March 6, 2009.

This schedule was approved by the Court. <u>See</u> Order re Joint Stipulation to Amend Briefing Schedule (Oct. 22, 2008).

Respectfully Submitted,

*[signature]*

TASNEEM DOHADWALA, SBN 218067
300 South Grand Avenue
34th Floor
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 621-5687

Attorney for Plaintiffs

1

537091-Los Angeles Server 2A - MSW