1  JENNIE PASQUARELLA*
   MARK ROSENBAUM, SBN 59940
2  ACLU Foundation of Southern California
   1313 West Eighth St.
3  Los Angeles, CA 90017
   Telephone: (213) 977-9236
4  Facsimile: (213) 977-5297
   jpasquarella@aclu-sc.org
5
   TASNEEM DOHADWALA, SBN 218067
6  300 South Grand Ave., Suite 3400
   Los Angeles, CA 90071-3144
7  Telephone: (213) 687-5627
   Facsimile: (213) 621-5627
8  tasneem.dohadwala@probonolaw.com
9
10 Attorneys for Plaintiffs

   *Pro Hac Vice Application Pending
11

12              UNITED STATES DISTRICT COURT

13        FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15 ISLAMIC SHURA COUNCIL OF          ) Case No: SA CV07-01088-CJC (ANx)
   SOUTHERN CALIFORNIA et al.,       )
16                                   ) DECLARATION OF TASNEEM
                      Plaintiffs,    ) DOHADWALA AND EXHIBITS IN
17                                   ) SUPPORT THEREOF
                 v.                  )
18                                   )
   FEDERAL BUREAU OF                 )
19 INVESTIGATION; and UNITED         ) Hearing Date: April 20, 2009
   STATES DEPARTMENT OF              ) Hearing Time: 1:30 p.m.
20 JUSTICE                           ) Judge: Hon. Cormac J. Carney
                                     )
21                    Defendants.    )

22

23

24

25

26

27

28

─────────────────────────────────────────────
              DECLARATION OF TASNEEM DOHADWALA

## DECLARATION OF TASNEEM DOHADWALA

I, Tasneem Dohadwala, declare as follows:

1.    I am an attorney at law duly licensed to practice in the State of California and before the United States District Court for the Central District of California.  I am an attorney of record for Plaintiffs in this action.  This declaration is provided in support of Plaintiff's Notice of Cross-Motion and Cross-Motion for Summary Judgment; the Memorandum of Points and Authorities in Support of Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment; and Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law and Statement of Genuine Issues of Material Fact submitted in connection with Plaintiffs' Cross-Motion for Summary Judgment.

2.    The following facts are within my own personal knowledge and, if called upon as a witness, I could and would competently testify thereto.

**Exhibit A:  Correspondence**

3.    Attached hereto as Exhibit A-1 is a true and correct copy of Plaintiffs' FOIA request letter to the FBI, dated May 15, 2006.

4.    Attached hereto as Exhibit A-2 is a true and correct copy of the Plaintiffs' FOIA appeal letter to the FBI Appeals Unit, dated July 14, 2006, and the delivery confirmation.

5.    Attached hereto as Exhibit A-3 is a true and correct copy of the FBI's letters, dated April 27, 2007, to Plaintiffs Aleem, Husain, Siddiqi, Syed, Human Assistance and Development International, Inc., Islamic Center of Hawthorne, Islamic Center of San Gabriel, Islamic Shura Council of Southern California, and West Coast Islamic Center stating that no records responsive to their requests were located.

6.     Attached hereto as Exhibit A-4 is a true and correct copy of the FBI's letter to Plaintiff Council on American Islamic Relations (CAIR-California), dated May 10, 2007.

7.     Attached hereto as Exhibit A-5 is a true and correct copy of the FBI's letter to Plaintiff Ayloush, dated May 30, 2007.

8.     Attached hereto as Exhibit A-6 is a true and correct copy of Plaintiffs' FOIA appeal letter to the Director of the Office of Information and Privacy, Department of Justice, dated June 7, 2007, and the facsimile confirmation.

9.     Attached hereto as Exhibit A-7 is a true and correct copy of the FBI's letter to Plaintiff Ayloush, dated June 13, 2007, releasing three pages of documents responsive to his request.

10.     Attached hereto as Exhibit A-8 is a true and correct copy of the FBI's letter to Plaintiff CAIR-California, dated June 14, 2007, releasing one page responsive to its request.

11.     Attached hereto as Exhibit A-9 is a true and correct copy of the Office of Information and Privacy Letters, dated July 16, 2007, to Plaintiffs Aleem, Ayloush, Husain, Siddiqi, Syed, CAIR-California, Human Assistance and Development International, Inc., Islamic Center of Hawthorne, Islamic Center of San Gabriel,  Islamic Shura Council of Southern California, and West Coast Islamic Center, acknowledging receipt of their administrative appeals.

12.     Attached hereto as Exhibit A-10 is a true and correct copy of the Office of Information and Privacy's responses to the administrative appeal of Plaintiffs Islamic Shura Council of Southern California, dated September 5, 2007; Aleem and Husain, dated September 18, 2007; Islamic Center of Hawthorne, Islamic Center of San Gabriel Valley, Syed, and West Coast Islamic Center, dated September

1    19, 2007; and Human Assistance and Development International, Inc. and Siddiqi,

2    dated September 27, 2007.

3            13.   Attached hereto as Exhibit A-11 is a true and correct copy of the

4    Office of Information and Privacy's response to the administrative appeal of Plaintiff

5    CAIR-California, dated September 5, 2007.

6            14.   Attached hereto as Exhibit A-12 is a true and correct copy of the

7    Office of Information and Privacy's response to the administrative appeal of Plaintiff

8    Ayloush, dated September 27, 2007.

9    **Exhibit B:  Exhibits to Second Hardy Declaration**

10           15.   Attached hereto as Exhibit B-1 is a true and correct copy of the

11   Letter from Marcia Sowles, attorney for Defendants, to Tasneem Dohadwala,

12   attorney for Plaintiffs, dated June 27, 2008, submitted as Exhibit A to the Second

13   Declaration of David M. Hardy.

14           16.   Attached hereto as Exhibit B-2 is a true and correct copy of the

15   ACLU (Shura Litigation) Page Count, submitted as Exhibit A to the Second

16   Declaration of David M. Hardy.

17   **Exhibit C:  Disputed Pages ACLU 1-124**

18           17.   Attached hereto as Exhibit C-1 is a true and correct copy of the

19   pages ACLU 1-11, 13-30, 35-43, 45-46, 73-75, and 101-105, containing "outside the

20   scope" redactions.  Plaintiffs have redacted certain information for privacy reasons

21   using a black marker on pages ACLU 99, 101

22           18.   Attached hereto as Exhibit C-2 is a true and correct copy of the

23   pages ACLU 12, 31-34, 44, 47-72, 76-100, and 106-124, that do not contain "outside

24   the scope" redactions.  Plaintiffs have redacted certain information for privacy

25   reasons using a black marker on pages ACLU 118-119, 125-126, 129, 144-154, 179,

26   197-198.

27

28

**Exhibit D:  Sample of News Articles from 2004 to 2006**

19.   Attached hereto as Exhibit D is a sampling of seven news articles that appeared in various national newspapers from 2004 until the time the Plaintiffs' original FOIA request was sent in 2006.  These articles illustrate the public concern about FBI illegal surveillance and racial and religious profiling.

**Exhibit E:  Sample of Recent News Articles**

20.   Attached hereto as Exhibit E-1 is a true and correct copy of an article that appeared in the Los Angeles Times on May 16, 2006, regarding this litigation, entitled "On Behalf of Muslims, ACLU Seeks FBI Surveillance Data."

21.   Attached hereto as Exhibit E-2 is a true and correct copy of four articles published in newspapers in 2008.  Two articles are from the San Diego Union-Tribute (dated May 22 and Nov. 17) regarding the Camp Pendleton documents.  Two other articles are from the New York Times (dated Oct. 31) and the Fairfield Weekly (Nov. 20) regarding Operation Frontline documents uncovered through FOIA litigation.

**Exhibit F:  Public Request for Congressional Hearings**

22.   Attached hereto as Exhibit F-1 is a true and correct copy of a Letter from CAIR-California, Islamic Shura Council of Southern California and the ACLU of Southern California to Congressional Leaders, dated May 28, 2008, requesting congressional hearings on federal surveillance of Muslim groups.

23.   Attached hereto as Exhibit F-2 is a true and correct copy of an article that appeared in the Los Angeles Times on May 29, 2008, entitled "New Fears in Muslim Community Follow Reports of U.S. Monitoring," regarding the request for congressional hearings.

**Exhibit G:  2008 FBI Guidelines**

1        24.    Attached hereto as Exhibit G-1 is a true and correct copy of the

2    ACLU press release of October 3, 2008 entitled "ACLU Condemns New FBI

3    Guidelines."

4        25.    Attached hereto as Exhibit G-2 are true and correct copies of two

5    articles (dated Oct. 4, 2008 and Aug. 21, 2008) from the New York Times regarding

6    the new FBI Guidelines that take effect on December 1, 2008.

7    **Exhibit H:  2002 FBI Guidelines**

8        26.    Attached hereto as Exhibit H is a true and correct copy of "The

9    Attorney General's Guidelines on General Crimes, Racketeering Enterprise and

10   Terrorism Enterprise Investigations," signed by Attorney General John Ashcroft on

11   May 30, 2002.

12   **Exhibit I:  DOJ Internal Guidance on FOIA Requests**

13       27.    Attached hereto as Exhibit I-1 is a true and correct copy of the

14   Department of Justice's "Office of Information and Privacy Guidance: Determining

15   the Scope of a FOIA Request."

16       28.    Attached hereto as Exhibit I-2 is a true and correct copy of the

17   Department of Justice's "Office of Information and Privacy: FOIA Post Q&A."

18   **Exhibit J:  Chart of First Amendment Activity Contained in ACLU 1-124**

19       29.    Attached hereto as Exhibit J is a true and correct copy of a "Chart

20   of First Amendment Activity Contained in ACLU 1-124" prepared by attorneys for

21   Plaintiffs.  This chart catalogues the First Amendment content contained in the FBI

22   investigation memoranda that are heavily redacted as "outside the scope."

23       I declare under penalty of perjury under the laws of the United States of

24   America that the foregoing is true and correct.

25

26

27

28

1

Executed on November 26, 2008 in Los Angeles, California

2

3

4     TASNEEM DOHADWALA, SBN 218067
      300 South Grand Avenue
      34th Floor

5     Los Angeles, CA  90071-3144
      Tel: (213) 687-5000

6     Fax:  (213) 621-5687
      Tasneem.dohadwala@probonolaw.com

7

      Attorney for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28