# EXHIBIT A



ACLU FOUNDATION OF SOUTHERN CALIFORNIA    1616 BEVERLY BOULEVARD LOS ANGELES CA 90026-5711 T: 213 977 9500 F: 213 250 3919 WWW.ACLU-SC.ORG

*By Facsimile, Regular and Certified Mail, Return Receipt Requested*

May 15, 2006

Federal Bureau of Investigation
Record Information/Dissemination Section (RIDS)
Service Request Unit, Room 6359
935 Pennsylvania Ave. NW
Washington, DC 20535
Fax: (202) 324-3752

Federal Bureau of Investigation
Los Angeles Field Office
Attn: FOIA Office
Suite 1700, FOB
11000 Wilshire Blvd.
Los Angeles, CA 90024-3672

Re:    Request Under Freedom of Information Act and Privacy Act

Dear FOIA officer:

    This letter constitutes a request for records made pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, by and on behalf of the Islamic Shura Council of Southern California, the Council on American Islamic Relations (Southern California chapter), the Islamic Center of San Gabriel Valley, the Islamic Center of Hawthorne, the West Coast Islamic Center, Human Assistance Development International (HADI), Dr. Muzammil Siddiqi, Shakeel Syed, Hussam Ayloush, Mohammed Abdul Aleem, Rafe Hussain, and Yasser Aman (collectively, "the Requestors"). See Exhibit A (requestors' authorizations).

    The Requestors make this request for records because of their concerns about disproportionate targeting of Muslim Americans and Muslim organizations

## The Requestors

1.    The Islamic Shura Council of Southern California (Shura Council) is a federation of over sixty mosques and Muslim organizations in Southern California, representing over 500,000 area Muslims. Founded in 1995, the Shura Council is a tax-exempt non-profit organization headquartered in Anaheim, California and led by a Board of Directors. The Shura Council's mission is to promote communications, understanding, cooperation, and coordination among the Muslim communities in Southern California. The Shura Council also represents its Muslim membership in interfaith forums, socio-civic groups and with government agencies.

CHAIR JARL MOHN I PRESIDENT DANNY GOLDBERG I EXECUTIVE DIRECTOR RAMONA RIPSTON I LEGAL DIRECTOR MARK D. ROSENBAUM
CHAIRS EMERITI: DANNY GOLDBERG I ALLAN K. JONAS I BURT LANCASTER*
IRVING LICHTENSTEIN, MD* I LAURIE OSTROW* I STANLEY K. SHEINBAUM I *DECEASED

Federal Bureau of Investigation
May 15, 2006
Page 2

2.     The Council on American Islamic Relations is a non-profit, grassroots membership organization that was established to promote a positive image of Islam and Muslims in the United States. CAIR's Southern California chapter is based in Anaheim, California, and its mission is to present Islamic perspectives on issues of importance to the American public and to empower Muslim communities through political and social activism. CAIR also holds a position on the Board of Directors of the Shura Council.

3.     The Islamic Center of San Gabriel Valley, also known as Masjid Quba, is a mosque located in Rowland Heights, California that serves the religious needs of the Muslim communities of Walnut, Rowland Heights, West Covina and surrounding areas. The Islamic Center of San Gabriel Valley is a member of the Shura Council.

4.     The Islamic Center of Hawthorne is a mosque located in Hawthorne, California that serves the religious needs of the Muslim communities of Hawthorne, Lawndale, Torrance, Inglewood and surrounding areas. The Islamic Center of Hawthorne is a member of the Shura Council.

5.     The West Coast Islamic Center, also known as Masjid Al Ansar, is a mosque located in Anaheim, California that serves the religious needs of the Muslim communities of Anaheim, Garden Grove, Cypress, Fullerton and surrounding areas. The West Coast Islamic Center is a member of the Shura Council.

6.     Human Assistance and Development International, Inc. (HADI) is an organization that works towards the long-term social, economic, educational, and scientific development of people worldwide. HADI is a tax-exempt non-profit organization based in Culver City, California. HADI operates IslamiCity (www.islam.org), a website advancing information, fostering community, and educating people about Islam.

7.     Dr. Muzammil Siddiqi is the Chariman of the Board of the Islamic Shura Council of Southern California. He is a past president of the Islamic Society of North America. He has organized and participated in several national and international conferences relating to Islam. He lectures widely on Islam and interfaith dialogue in North America and abroad. Dr. Siddiqi teaches undergraduate classes at Chapman University. He has authored numerous books and articles on Islamic practice and concepts, and regularly delivers sermons at area mosques.

8.     Shakeel Syed is the Executive Director of the Islamic Shura Council of Southern California and an activist for social justice issues in Southern California. As the Executive Director of the Shura Council, Mr. Syed is a frequent speaker on issues related to Muslims and Islam at educational institutions, places of worship, and other public forums. Mr. Syed also delivers sermons at area mosques and is a volunteer chaplain at United States Bureau of Prisons facilities.

9.     Hussam Ayloush is the Executive Director of the Southern California chapter of the Council of American-Islamic Relations. Mr. Ayloush is a frequent public speaker, delivering sermons at area mosques as well as speaking on issues relating to Islam and Muslims in America at conferences,



Federal Bureau of Investigation
May 15, 2006
Page 3

interfaith gatherings, and to the media.

10.     Mohammed Abdul Aleem is a co-founder and the Chief Executive Officer of IslamiCity, a website advancing information, fostering community, and educating people about Islam. Mr. Abdul Aleem delivers lectures on inter-faith dialogue and other issues facing Muslim Americans at area colleges and universities. He is also a member of the Board of Directors of the Shura Council.

11.     Rafe Husain is a former President and member of the Board of Directors of the Islamic Society of Corona-Norco, a mosque located in Corona, California that serves the religious needs of the Muslim communities in Corona and Norco.

12.     Yasser Aman is the President and CEO of the University Muslim Medical Association (UMMA) Community Clinic in South Los Angeles. The UMMA clinic is a community clinic providing access to high-quality health care to under-served and indigent communities in Los Angeles. The UMMA clinic was founded by Muslim Americans and operates under Islamic values of service, compassion, human dignity, social justice, and ethical conduct. Mr. Aman is also a member of the Board of Directors of the Shura Council.

## The Request for Records

The Requestors seek disclosure of any records[1] created from January 1, 2001 to the present, which were prepared, received, transmitted, collected and/or maintained by the FBI, the National Joint Terrorism Task Force, or any Joint Terrorism Task Force relating or referring to the following:

1.     Any records relating or referring to the Requestors, including but not limited to records that document any collection of information about, monitoring, surveillance, observation, questioning, interrogation, investigation and/or infiltration of any of the Requestors or their activities[2];

---

[1] The term "records" as used herein includes but is not limited to all records or communications preserved in electronic or written form, including but not limited to correspondence, documents, data, videotapes, audio tapes, faxes, files, guidance, guidelines, evaluations, instructions, analyses, memoranda, agreements, notes, orders, policies, procedures, protocols, reports, rules, technical manuals, technical specifications, training manuals, or studies.

[2] The term "activities" as used herein includes but is not limited to any activities of the Requestors described above, and any provision of services, dissemination of information, organizing, fundraising, involvement with meetings, marches, rallies, protests, conventions, conferences, campaigns, and any media or communications to, from or about the Requestors in any form (including any oral, written, electronic or online communications, including but not limited to any books, pamphlets, brochures, newsletters, fundraising letters, correspondence,



Federal Bureau of Investigation
May 15, 2006
Page 4

2.     Any records authorizing, ordering, instructing, or agreeing to collect information about, monitor, conduct surveillance of, observe, question, interrogate, investigate, and/or infiltrate any of the Requestors;

3.     Any records relating or referring to how, why or when any of the Requestors was selected for collection of information, monitoring, surveillance, observation, questioning, interrogation, investigation, and/or infiltration;

4.     Any records relating or referring to how collection of information about, monitoring, surveillance, observation, questioning, interrogation, investigation, and/or infiltration of any of the Requestors was or will be conducted;

5.     Any records relating or referring to the names of any federal, state, or local government agencies participating in any collection of information about, monitoring, surveillance, observation, questioning, interrogation, investigation and/or infiltration of any of the Requestors;

6.     Any records relating or referring to the specific role of the National Joint Terrorism Task Force or any local Joint Terrorism Task Force in any collection of information about, monitoring, surveillance, observation, questioning, interrogation, investigation and/or infiltration of any of the Requestors;

7.     Any records relating or referring to the specific role of any federal, state, or local government agency participating in any collection of information about, monitoring, surveillance, observation, questioning, interrogation, investigation, and/or infiltration of any of the Requestors;

8.     Any records relating or referring to how records about any of the Requestors have been, will be, or might be maintained or used;

9.     Any policies or procedures for analyzing records about any of the Requestors;

10.    Any policies or procedures for cross-referencing records about any of the Requestors with information contained in any database;

11.    Any policies or procedures for cross-referencing records about any of the Requestors with information about any other organizations or individuals;

12.    Any policies or procedures for cross-referencing records about any of the Requestors with any other information not covered in numbers 10 and 11 above;

13.    Any policies or procedures regarding retention of records about any of the Requestors;

---

action alerts, e-mail, web communications, discussion groups, or listservs).



Exhibit A-1
9

Federal Bureau of Investigation
May 15, 2006
Page 5

14.   Any records referring or relating to the destruction of records about any of the Requestors, including any policies permitting or prohibiting the destruction of records;

15.   Any records referring or relating to how records about any of the Requestors were destroyed or might be destroyed in the future;

16.   Any policies or procedures in place to protect the privacy of records that refer or relate to the employees, members, and/or board of directors of any of the Requestors;

17.   Any records relating or referring to how, why or when collection of information about, monitoring, surveillance, observation, questioning, interrogation, investigation, and/or infiltration of any of the Requestors was or will be suspended or terminated;

18.   Any records referring or relating to the recipient(s) of records about any of the Requestors;

19.   A complete list of all recipient(s) of data about any of the Requestors.

## Limitation of Processing Fees and Waiver of Search and Review Fees

We request a limitation of processing fees pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) ("fees shall be limited to reasonable standard charges for document duplication when records are not sought for commercial use and the request is made by . . . a representative of the news media . . .") and 28 C.F.R. §§ 16.11(c)(1)(i), 16.11(d)(1) (search and review fees shall not be charged to "representatives of the news media."). The information sought in this request is not sought for a commercial purpose. The requestors include non-profit religious organizations serving the community who intend to disseminate the information gathered by this Request to the public at no cost.

The ACLU of Southern California (ACLU-SC) also requests limitation of fees. ACLU-SC is a non-profit organization dedicated to the defense of civil rights and civil liberties. As part of its work, ACLU-SC disseminates information to the public through newsletters, news briefings, "Know Your Rights" documents, and other educational and informational materials. ACLU-SC also disseminates information to individuals, tax-exempt organizations, not-for-profit groups, and members through its website, http://www.aclu-sc.org/. In addition, ACLU-SC shares information with the national ACLU office. The ACLU publishes information through multiple outlets including newsletters, action alerts, videos, and other media. ACLU publications are disseminated across the country to individuals and organizations. The ACLU also publishes an electronic newsletter, which is distributed to subscribers by e-mail, and maintains a website of civil rights and civil liberties information at http://www.aclu.org/.

## Waiver of All Costs

We request a waiver of all costs pursuant to 5 U.S.C. §552(a)(4)(A)(iii) ("Documents shall be furnished without any charge . . . if disclosure of the information is in the public interest because it is



Federal Bureau of Investigation
May 15, 2006
Page 6

likely to contribute significantly to public understanding of the operations or activities of the
government and is not primarily in the commercial interest of the requester"). Disclosure of the
information sought is in the public interest and will contribute to public understanding of FBI and
JTTF policies and practices of surveillance and infiltration of religious organizations. The records
requested are not sought for commercial use, and the Requestors plan to disseminate the information
disclosed through print and other media to the public at no cost, and through meetings with members
and affected communities.

<u>Request for Expedited Processing</u>

Expedited processing is warranted because there is "an urgency to inform the public about an actual
or alleged federal government activity" by organizations "primarily engaged in
disseminating information" 28 C.F.R. § 16.5(d)(1)(ii). This request implicates a matter of urgent
public concern: namely, government policies and practices of increased surveillance and infiltration
of religious organizations by the FBI and JTTF. Such government activity may infringe upon the
public's freedoms of religion, speech, association, and privacy, which are guaranteed by the First,
Fourth, Fifth, and Fourteenth Amendments to the United States Constitution. Requests for
information bearing upon potential Constitutional violations require an immediate response to cease
present violations, prevent future violations, and prevent any chilling effect on public participation in
potentially targeted groups and/or activities.

Expedited processing is also warranted because the information sought relates to "a matter of
widespread and exceptional media interest in which there exist possible questions about the
government's integrity which affect public confidence." 28 C.F.R. § 16.5(d)(1)(iv). The instant
request relates to possible violations of Constitutional rights by federal law enforcement and possible
targeting of groups based on religion.

The exceptional media interest in this issue is reflected in widespread news coverage at both the local
and national level. See, e.g., Caroline Dees, In Terror War, U.S. Muslims Wary of American
"Outreach," www.dailytimes.com.pk, May 10, 2006; FBI Town Hall Meeting: With Advisors in Tow,
FBI Multicultural Panel Opens Up to Public, Daily Press (Newport News, VA) April 9, 2006;
Jonathan S. Landay, FBI Report Shows Agency Monitored Antiwar Group, Philadelphia Inquirer,
March 15, 2006; Muslim Groups Seek Answers on Spying, Christian Century, January 24, 2006, Vol.
123, Issue 2; Mosque Members Mistrust Camera, San Jose Mercury News, January 15, 2006; Jerry
Seper, Monitoring of Muslims Addressed, Washington Times, January 12, 2006; Muslim Group
Wants Gonzales Meeting: MPAC Protesting Reports of Widespread Surveillance and Nuclear
Monitoring of American Muslims, The Arab American News, December 31, 2005; Larry Margasak,
Muslim Locales in U.S. Tested: Secret Radiation Checks Done Without Warrants, Akron Beacon
Journal, December 24, 2005; Richard A. Serrano, Muslims Angered by FBI Radiation Checks at
Mosques, Seattle Times, December 24, 2005; Katherine Cocoran, Rights Group Focus on Iranians:
Discrimination Cases Reported, San Jose Mercury News, August 4, 2005; Gail Ryall, Civil Rights
Groups Contest FBI on Lodi Arrests, People's Weekly World, June 26, 2005; Daily Star Staff,
American Arabs Concerned Over FBI's 'October Plan,' www.dailystar.com.lb, October 6, 2004;



Federal Bureau of Investigation
May 15, 2006
Page 7

David Shepardson, FBI Agents Hunt for Terror Leads: Agency Combs Muslim Neighborhoods for Help in Preventing Election Day Attack, The Detroit News, October 1, 2004; Eric Lichtblau, Subpoena Seeks Records About Delegate Lists on Web, NY Times, August 30, 2004, at P10; Alex Bradley and John Mayer, The War at Home: Nationwide Crackdown on Activists Part, www.saveourliberties.com, September 2, 2004; Eric Lichtblau, Protestors at Heart of Debate on Security vs. Civil Rights, NY Times, August 27, 2004, at A9; Larry Abramson, FBI Questioning Political Demonstrators, NPR.org; Susan Greene, Activists Decry Pre-Convention Security Tactics: Questions by FBI, The Feds Say They're Trying to Avoid Terror Threats, But Many People Say the Steps Veer Toward Intimidation, The Denver Post, August 26, 2004, at A-08; Eric Lichtblau, F.B.I. Goes Knocking for Political Troublemakers, NY Times, August 16, 2004, at A1; Amy Herder, Teaching the Silent Treatment, The Denver Post, August 8, 2004, at C-01; Jayashri Srikantiah, Few Benefits to Questioning Targeted Groups, San Francisco Chronicle, August 6, 2004; Camille T. Taiara, New F.B.I. Witch-Hunt, San Francisco Bay Guardian, August 4-10, 2004; Kelly Thornton, F.B.I.'s Home Visits Have Some Muslims Feeling Harassed, Alienated, Signonsandiego.com, August 4, 2004; Richard Schmitt and Donna Horowitz, FBI Starts to Question Muslims in U.S. About Possible Attacks, latimes.com, July 18, 2004; Karen Abbott, FBI's Queries Rattle Activist, www.rockymountainnews.com, July 27, 2004; Mary Beth Sheridan, Interviews of Muslims to Broaden, www.washingtonpost.com, July 17, 2004; Jeff Eckhoff and Mark Siebert, Group Fights Anti-war Inquiry, The Des Moines Register, February 7, 2004; Jeff Eckhoff and Mark Siebert, Anti-war Inquiry Unrelated to Terror, The Des Moines Register, February 10, 2004, at 1A; Jeff Eckhoff and Mark Siebert, Group Fights Anti-war Inquiry, The Des Moines Register, February 7, 2004; Monica Davey, An Antiwar Forum in Iowa Brings Federal Subpoenas, NY Times, February 10, 2004, at A14; Monica Davey, Subpoenas on Antiwar Protest Are Dropped, NY Times, February 11, 2004, at A18; Michelle Goldberg, A Thousand J. Edgar Hoovers, www.salon.com, February 12, 2004; Michelle Goldberg, Outlawing Dissent, www.salon.com, February 11, 2004; Kerri Ginis, Peace Fresno Seeks Damages, The Fresno Bee, February 28, 2004; Eric Lichtblau, F.B.I. Scrutinizes Antiwar Rallies, www.nytimes.com, November 23, 2003.

We appreciate your prompt response to this request. Please provide us responsive documents as soon as they are identified. If you have questions, please contact me at 213-977-5236. Thank you in advance for your timely consideration of this request.

Sincerely,

RNatarajan

Ranjana Natarajan
Staff Attorney





ACLU FOUNDATION OF SOUTHERN CALIFORNIA    1616 BEVERLY BOULEVARD LOS ANGELES CA 90026-5711 T: 213 977 9500 F: 213 250 3919 WWW.ACLU-SC.ORG

*By Certified Mail, Return Receipt Requested*

July 14, 2006

FOIA Appeals Unit
Federal Bureau of Investigation
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

RE:    FOIA Appeal / Request Nos. 1049664-000; 1049665-000; 1049666-000;
1049667-000; 1049669-000; and 1049670-000

Dear Madam or Sir:

This is an appeal under the Freedom of Information Act (FOIA) and Privacy Act, 5 U.S.C. § 552(a)(6). On May 15, 2006, pursuant to FOIA and the Privacy Act, we requested the disclosure of all records in the possession of the FBI and JTTF, relating to monitoring, surveillance, questioning, and investigation of the requestors. The requestors included the Islamic Shura Council of Southern California, the Council on American Islamic Relations (Southern California chapter), the Islamic Center of San Gabriel Valley, the Islamic Center of Hawthorne, the West Coast Islamic Center, Human Assistance Development International (HADD), Dr. Muzammil Siddiqi, Shakeel Syed, Hussam Ayloush, Mohammed Abdul Aleem, Rafe Hussain, and Yasser Aman. A copy of the FOIA request is attached hereto.

On May 25, 2006, the FBI informed me in writing that it had received some of the FOIA requests. To date, we have not received any records in response to the FOIA request, nor a timeline for processing and release. We contacted the FBI FOIA office by phone on June 21, 2006. No one answered the phone, so we left a voicemail message, which was not returned.

We hereby file an appeal of our FOIA request. We do not know whether the agency has found any responsive records, whether it has searched for records on all of the requestors, or whether it has a timeline for processing and release. We believe that all of the records requested are subject to disclosure, and we request a prompt processing and release. If any records are withheld, please state the exemption claimed and provide a list of the records being withheld.

We look forward to a timely written response. If you have any questions, please contact me at 213-977-5236. Thank you for your consideration of this appeal.

Sincerely,

*Ranjana Natarajan/JB*

Ranjana Natarajan
Staff Attorney

CHAIR JARL MOHN I PRESIDENT DANNY GOLDBERG I EXECUTIVE DIRECTOR RAMONA RIPSTON I LEGAL DIRECTOR MARK D. ROSENBAUM
CHAIRS EMERITI: DANNY GOLDBERG I ALLAN K. JONAS I BURT LANCASTER*
IRVING LICHTENSTEIN, MD* I LAURIE OSTROW* I STANLEY K. SHEINBAUM I *DECEASED



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

RANJANA  NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

April 27, 2007

Request No.: 1071083- 000
Subject: ALEEM, MOHAMMED ABDUL

Dear Requester:

    This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

    To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

    You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

    Enclosed for your information is a copy of the FBI File Fact Sheet.

                                    Sincerely yours,

                                    David M. Hardy
                                    Section Chief,
                                    Record/Information
                                        Dissemination Section
                                    Records Management Division

Enclosure

Exhibit A-3
14

# FBI FILE FACT SHEET

The primary function of the FBI is law enforcement.
The FBI does not keep a file on every citizen of the United States.

The FBI was not established until 1908 and we have very few records prior to the 1920's.

FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04

Exhibit A-3
15



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

April 27, 2007

Request No.: 1071089- 000
Subject: HUSAIN, RAFE

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

Exhibit A-3
16

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  The FBI does not keep a file on every citizen of the United States.

- The FBI was not established until 1908 and we have very few records prior to the 1920's.

- FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.  Background investigations for security clearances are conducted by many different Government agencies.  Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service.  The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306.  Each request must have proof of identity which shall consist of  name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

- The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency.  For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located.  The NNCP also searches for both "main" and "cross reference" files.  A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file.  The results from a search of this magnitude can result in several "hits" and "idents" on an individual.  In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- The Record/Information Dissemination Section/Freedom of information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information.  FOIPA provides responsive documents to requesters seeking "reasonably described information."  For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject.  This is called a "main file search" and differs from The  NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04

Exhibit A-3
17



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD                           April 27, 2007
LOS ANGELES, CA 90026 5711

                                Request No.: 1071071- 000
                                Subject: SIDDIQI, MUZAMMIL

Dear Requester:

        This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

        To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

        You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

        Enclosed for your information is a copy of the FBI File Fact Sheet.

                                Sincerely yours,

                                David M. Hardy
                                Section Chief,
                                Record/Information
                                    Dissemination Section
                                Records Management Division

Enclosure

                                                        Exhibit A-3
                                                            18

# FBI FILE FACT SHEET

The primary function of the FBI is law enforcement.
The FBI does not keep a file on every citizen of the United States.

The FBI was not established until 1908 and we have very few records prior to the 1920's.

FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify <u>any</u> information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

April 27, 2007

Request No.: 1071079-000
Subject: SYED, SHAKEEL

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  The FBI does not keep a file on every citizen of the United States.

- The FBI was not established until 1908 and we have very few records prior to the
  1920's.

- FBI files generally contain reports of FBI investigations of a wide range of matters,
  including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent
  crime, white-collar crime, applicants, and civil rights.

- The FBI does not issue clearances or nonclearances for anyone other than its own
  personnel or persons having access to FBI facilities. Background investigations for
  security clearances are conducted by many different Government agencies. Persons who
  received a clearance while in the military or employed with some other government agency
  should write directly to that entity.

- An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is
  simply a listing of information taken from fingerprint cards submitted to the FBI in
  connection with arrests, federal employment, naturalization, or military service. The
  subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS
  Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia
  26306. Each request must have proof of identity which shall consist of name, date and
  place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint
  cards or forms commonly utilized for applicant or law enforcement purposes by law
  enforcement agencies, plus payment of $18.00 in the form of a certified check or money
  order, payable to the Treasury of the United States.

- The National Name Check Program (NNCP) conducts a search of the FBI's Universal
  Index to identify any information contained in FBI records that may be associated with an
  individual and provides the results of that search to the requesting Federal, State or local
  agency. For the NNCP, a name is searched in a multitude of combinations and phonetic
  spellings to ensure all records are located. The NNCP also searches for both "main" and
  "cross reference" files. A main file is an entry that carries the name corresponding to the
  subject of a file while a cross reference is merely a mention of an individual contained in a
  file. The results from a search of this magnitude can result in several "hits" and "idents" on
  an individual. In each instance where UNI has identified a name variation or reference,
  information must be reviewed to determine whether it is applicable to the individual in
  question.

- The Record/Information Dissemination Section/Freedom of Information-Privacy
  Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request
  for information. FOIPA provides responsive documents to requesters seeking "reasonably
  described information." For a FOIPA search, the subject name, event, activity, business,
  or event is searched to determine whether there is an investigative file associated with the
  subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04

Exhibit A-3
21



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

April 27, 2007

Request No.: 1049670- 000
Subject: HUMAN ASSISTANCE AND
DEVELOPMENT INTERNATIONAL, INC

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

Exhibit A-3
22

# FBI FILE FACT SHEET

The primary function of the FBI is law enforcement.
The FBI does not keep a file on every citizen of the United States.

The FBI was not established until 1908 and we have very few records prior to the 1920's.

FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.
An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04

Exhibit A-3
23



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

April 27, 2007

Request No.: 1049667-000
Subject: ISLAMIC CENTER OF
HAWTHORNE (THE)

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

Exhibit A-3
24

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  The FBI does not keep a file on every citizen of the United States.

- The FBI was not established until 1908 and we have very few records prior to the 1920's.

- FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.
  An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

- The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04

Exhibit A-3
25



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

April 27, 2007

Request No.: 1049666- 000
Subject: ISLAMIC CENTER OF SAN
GABRIEL VALLEY (THE)

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

Exhibit A-3
26

# FBI FILE FACT SHEET

The primary function of the FBI is law enforcement.
The FBI does not keep a file on every citizen of the United States.

The FBI was not established until 1908 and we have very few records prior to the 1920's.

FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.
An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod, D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon FOIPA fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

April 27, 2007

Request No.: 1049664-000
Subject: ISLAMIC SHURA COUNCIL OF
SOUTHERN CALIFORNIA (THE)

Dear Requester:

This is in response to your Freedom of Information Acts (FOIA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

Exhibit A-3
28

# FBI FILE FACT SHEET

The primary function of the FBI is law enforcement.
The FBI does not keep a file on every citizen of the United States.

The FBI was not established until 1908 and we have very few records prior to the 1920's.

FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

An FBI identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04

Exhibit A-3
29



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

April 27, 2007

Request No.: 1049669- 000
Subject: WEST COAST ISLAMIC CENTER (THE)

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the Central Records System at FBI Headquarters and the Los Angeles Field Office. No records responsive to your FOIA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

The primary function of the FBI is law enforcement.
The FBI does not keep a file on every citizen of the United States.

The FBI was not established until 1908 and we have very few records prior to the 1920's.

FBI files generally contain reports of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities. Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

An FBI Identification record or "rap sheet" is NOT the same as an FBI "file" - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of name, date and place of birth and a set of rolled-ink fingerprint impressions placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus payment of $18.00 in the form of a certified check or money order, payable to the Treasury of the United States.

The National Name Check Program (NNCP) conducts a search of the FBI's Universal Index to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA) search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov

3-23-04

Exhibit A-3
31



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*
May 10, 2007

RANJANA NATARAJAN, ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026

Request No: 1049665-000
Subject: COUNCIL ON AMERICAN
ISLAMIC RELATIONS (THE)

Dear Requester:

    The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is in the "perfected backlog", where your request is waiting assignment to an analyst. Requests in the backlog are divided into three groups, small (<500 pages), medium (501-2499 pages), and large (2500> pages). Large requests take the longest time to be assigned an analyst.

    You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

May 30, 2007

MR. RANJANA NATARAJAN
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026

Request No: 1071082-000
Subject: AYLOUSH, HUSSAM

Dear Requester:

The purpose of this letter is to advise you of the status of your pending Freedom of Information/Privacy Acts (FOIPA) request at the Federal Bureau of Investigation (FBI). Currently your request is being reviewed by an analyst. The analyst will confirm that all records are responsive to your request and apply exemptions allowed under FOIPA. If your request is for sensitive national security information, then the records must undergo a systematic declassification review prior to application of FOIPA exemptions. Large requests take the longest time to be processed by an analyst.

You may inquire as to the status of your request by calling the FBI's FOIPA Public Information Center at 540-868-4593.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information Dissemination Section
Records Management Division

Exhibit A-5
33



1616 BEVERLY BOULEVARD LOS ANGELES CA 90026-5711 ᵀ 213 977 9500 F 213 250 3919 WWW.ACLU-SC.ORG

President
Isabelle R. Gunning

Vice-Presidents
Antonio Brown
Carole Pfahler
Alan Toy

Secretary
Ante Richardson

Treasurer
James Gilliam, Jr.

Affirmative
Action Officer
Shiela Joseph

National Board
Representative
David Cruz

ACLU/ACLU FOUNDATION

Chief Executive Officer
Ramona Ripston

Chief Operating Officer
Heather Carrigan

Communications Director
Celeste Durant

Development Director
Lindsey Rachelefsky

Director of Finance &
Administration
Brenda Mault

Director of Investments &
Gift Planning
Harold Gunn

Legal Director
Mark D. Rosenbaum

Managing Attorney &
Manheim Family Attorney
for First Amendment Rights
Peter J. Eliasberg

Director of Program Support
Elizabeth Schroeder

## VIA FACSIMILE & U.S. MAIL

June 7, 2007

Director
Office of Information & Privacy
United States Department of Justice
1425 New York Ave., NW
Suite 11050
Washington, DC 20530-0001
Facsimile No.: (202) 514-1009

Re:   The Islamic Shura Council of Southern California (Request No. 1049664-000)
      The Council on American Islamic Relations (Request No. 1049665-000)
      The Islamic Center of San Gabriel Valley (Request No. 1049666-000)
      The Islamic Center of Hawthorne (Request No. 1049667-000)
      The West Coast Islamic Center (Request No. 1049669-000)
      Human Assistance and Development International, Inc. (Request No. 1049670-000)
      Muzammil Siddiqi (Request No. 1071071-000)
      Shakeel Syed (Request No. 1071079-000)
      Hussam Ayloush (Request No. 1071082-000)
      Mohammad Abdul Aleem (Request No. 1071083-000)
      Rafe Husain (Request No. 1071089-000)
      Yasser Amam (Request No. 1071090-000)

Dear Madam or Sir:

I am writing in response to your letters of April 27, 2007, May 10, 2007 and May 30, 2007 regarding the above-referenced FOIA requests made in May 2006. This is written in furtherance of my written appeal of the FOIA request, originally submitted on July 14, 2006.

First, with regard to the FBI's responses that it has searched the Central Records Service and found no responsive records with respect to eleven requestors, I believe that this database search was not adequate under the FOIA, and that all other databases and offices that may have responsive records should have been searched as well. Second, with regard to the FBI's responses regarding requestors CAIR and Hussam Ayloush, these responses are untimely under the FOIA, and responsive records should be disclosed promptly, with only those exempt records redacted and exemptions claimed in accordance with the FOIA.

Exhibit A-6
34



Office of Information and Privacy
U.S. Department of Justice
June 5, 2007
Page 2

Finally, since I have previously appealed the FOIA request dated May 16, 2006 on July 14, 2006, I believe that the above issues are encompassed within that appeal, and that no further administrative appeal is necessary or appropriate. Therefore, in considering my original appeal, please include the issues enumerated above.

I believe we have exhausted all administrative remedies. I look forward to a prompt response in hopes of avoiding litigation. Please call me at (213) 977-5236 to discuss this matter.

Sincerely,

Ranjana Natarajan

Exhibit A-6
35

**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
**1616 BEVERLY BOULEVARD**
**LOS ANGELES, CA 90026-5752**
**(213) 977-9500**
**FAX: (213) 250-3919**

## FAX COVER LETTER

THIS COMMUNICATION MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. IT IS INTENDED ONLY FOR THE ADDRESSEE. IF YOU RECEIVED IT IN ERROR, THEN ANY DISTRIBUTION, READING, COPYING, OR USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IN SUCH CIRCUMSTANCES, PLEASE NOTIFY US IMMEDIATELY BY CALLING THE ABOVE NUMBER AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ABOVE ADDRESS BY MAIL. THANK YOU.

To:        Director                                    Fax No. (202) 514-1009
           Office of Information and Privacy
           U.S. Department of Justice

From:      Ranjana Natarajan  (ext. 236)
           Staff Attorney

Date:      June 7, 2007

Re:        The Islamic Shura Council of Southern California (Request No. 1049664-000)
           The Council on American Islamic Relations (Request No. 1049665-000)
           The Islamic Center of San Gabriel Valley (Request No. 1049666-000)
           The Islamic Center of Hawthorne (Request No. 1049667-000)
           The West Coast Islamic Center (Request No. 1049669-000)
           Human Assistance and Development International, Inc. (Request No. 1049670-000)
           Muzammil Siddiqi (Request No. 1071071-000)
           Shakeel Syed (Request No. 1071079-000)
           Hussam Ayloush (Request No. 1071082-000)
           Mohammad Abdul Aleem (Request No. 1071083-000)
           Rafe Husain (Request No. 1071089-000)
           Yasser Amam (Request No. 1071090-000)

No. of Pages:  ___3___  (including cover)

Exhibit A-6
36

06/06/2007 23:52 FAX 213 250 3980        A C L U                                    ☒001

```
                        *********************
                        ***  TX REPORT  ***
                        *********************

        TRANSMISSION OK

        TX/RX NO              1260
        CONNECTION TEL              12025141009
        SUBADDRESS
        CONNECTION ID
        ST. TIME             06/06 23:51
        USAGE T              00'34
        PGS. SENT            .3
        RESULT               OK
```

## ACLU FOUNDATION OF SOUTHERN CALIFORNIA
### 1616 BEVERLY BOULEVARD
### LOS ANGELES, CA 90026-5752
### (213) 977-9500
### FAX: (213) 250-3919


## FAX COVER LETTER

THIS COMMUNICATION MAY CONTAIN CONFIDENTIAL AND PRIVILEGED INFORMATION. IT IS INTENDED ONLY FOR THE ADDRESSEE. IF YOU RECEIVED IT IN ERROR, THEN ANY DISTRIBUTION, READING, COPYING, OR USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IN SUCH CIRCUMSTANCES, PLEASE NOTIFY US IMMEDIATELY BY CALLING THE ABOVE NUMBER AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ABOVE ADDRESS BY MAIL. THANK YOU.


To:      Director                                   Fax No. (202) 514-1009
         Office of Information and Privacy
         U.S. Department of Justice

From:    Ranjana Natarajan  (ext. 236)
         Staff Attorney

Date:    June 7, 2007

Re:      The Islamic Shura Council of Southern California (Request No. 1049664-000)
         The Council on American Islamic Relations (Request No. 1049665-000)
         The Islamic Center of San Gabriel Valley (Request No. 1049666-000)
         The Islamic Center of Hawthorne (Request No. 1049667-000)
         The West Coast Islamic Center (Request No. 1049669-000)
         Human Assistance and Development International, Inc. (Request No. 1049670-000)
         Muzammil Siddiqi (Request No. 1071071-000)
         Shakeel Syed (Request No. 1071079-000)
         Hussam Ayloush (Request No. 1071082-000)



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR. RANJANA NATARAJAN
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

June 13, 2007

Subject: AYLOUSH, HUSSAM

FOIPA No. 1071082- 000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☒(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

3 page(s) were reviewed and 3 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐ referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☐ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

Enclosure(s)

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

___ )(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

Exhibit A-7
40

b2
b6
b7c

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                              Date: 09/18/2006

To: Los Angeles                    Attn: I-3

From: Los Angeles
      I-3
      Contact:

Approved By:

Drafted By:                        hae

Case ID #: 800D-LA-A242867    (Pending)

Title: INTELLIGENCE BRIEFING/LIAISON

Synopsis: Liaison meeting with CAIR.

Details:  On 09/13/2006, SA            met with Hussam Ayloush,
Executive Director of the Southern California Council on American
Islamic Relationship (CAIR). The meeting was coordinated in
advance with SARA 7 and OPCA.

        The purpose of the meeting was to conduct liaison
relationship with CAIR in order to facilitate future meetings
with Islamic centers in the Southern California area. SA
had tried to establish contact with some members of the Muslim
community, but was told that CAIR had instructed the community
not to talk to FBI agents without an attorney present. These
instruction by CAIR could seriously hinder the FBI's efforts to
establish a direct dialogue with the community with the hope of
developing a channel for obtaining actionable intelligence.

        After introductions, Ayloush was very welcoming of SA
            visit, explaining that he was a very active member of
the Los Angeles' office Community Outreach program. Ayloush went
on to explain the relationship CAIR had with the FBI and the
Muslim community. Ayloush further indicated that while the
community is beginning to trust the FBI, it still has some ways
to go to enhance that trust. On a personal level, Ayloush has
tremendous respect to FBI agents, however, he does not extend the
same respect to informants. Ayloush elaborated that FBI agents
have to operate within strict rules and guidelines, however,
informants often provide vindictive information to further their
own interest, and this information often results in destroying a
person's life. Ayloush went on to provide some example of
historic incidents where a member of the community was arrested
on minor charges resulting from informant's information.

Exhibit A-7
41

To: Los Angeles  From: Los Angeles
Re:  800D-LA-A242867, 09/18/2006

b6
b7C

    As for CAIR's advise for community members to seek a lawyer prior to talking to the FBI, Ayloush said that although he knew that 95 percent of the FBI agents are professionals and experienced, he does not know if the person requesting to interview a member of the community was one of the 95 percent or the other 5 percent. Therefore, he can not make a blanket statement asking the community to fully cooperate without a lawyer present. Ayloush did however mention that he may be able to vouch for individual agents with whom he is familiar, such as SA [ ] as they attempt to reach out to the community.

    Ayloush agreed with SA [ ] that it would be a great benefit for the Muslim community in the United States to actively participate with Law Enforcement in order to prevent the next potential terrorist attack similar to the events in London. Ayloush characterized the US Muslim community to be different than that in Europe, the reason being is that European Muslims are not provided an outlet to vent their anger and frustration. Additionally, European Muslims are mostly denied the same socioeconomic opportunities and advancements offered to their non-Muslim counterparts, which lead to sentiments of isolation and animosity. The US Muslim community, however, is well integrated and has ample opportunity to voice their opinions and concerns, and for such, the likelihood of a terrorist incident being carried out by a US based second generation Muslims as in London is less likely.

    At the end of the meeting Ayloush offered to assist SA [ ] with reaching out to a broader audience within the Muslim community by first holding meetings with the prominent Islamic centers in Southern California, such as [ ] and the Vermont center, then reaching out to smaller mosques.

♦♦

2

```
04/20/07                    View Document Text                    ECFVTOM0
10:56:57                                                          More : +

  Case ID . : 8Q0D-LA-A242867              Serial : 360
  Responses :
  -----------------------------------------------------------------------

  Precedence: ROUTINE                Date: 09/18/2006

  To: Los Angeles              Attn: I-3

  From: Los Angeles
        I-3
        Contact:  [                          ]

  Approved By:  [                     ]

  Drafted By:  [                    ]:hae

  Command . . . > .........................................................+
  F1=Help F3=Exit F4=Prompt F8=Fwd F12=Cancel F13=Attrib F14=List F16=NextDoc

  4A0                                                    22,018
```



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

RANJANA NATARAJAN ESQ
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1616 BEVERLY BOULEVARD
LOS ANGELES, CA 90026 5711

June 14, 2007

Subject: COUNCIL ON AMERICAN ISLAMIC RELATIONS

FOIPA No. 1049665- 000

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the exision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3) _____ | ☒(b)(7)(C) | ☐(k)(1) |
| | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

1  page(s) were reviewed and 1 page(s) are being released.

☐ Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

☐. referred to the OGA for review and direct response to you.

☐ referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s).

If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

□ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

Enclosure(s)

Exhibit A-8
45

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)  related solely to the internal personnel rules and practices of an agency;

(b)(3)  specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)  trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)  inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)  personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal  privacy;

(b)(7)  records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)  contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)  geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)  material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)  information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)  investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)  material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)  required by statute to be maintained and used solely as statistical records;

(k)(5)  investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)  testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)  material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

Exhibit A-8
46

LA 44-0 SARA                                                              b6
RMC:rmc                                                                   b7C

<u>1</u>

      The following investigation was conducted by SA [        ]
[        ] on 07/23/2002:

[                                                                        ]
[        ] was contacted telephonically regarding
a complaint that [        ] made to the FBI on 07/10/2002.

      [        ] was advised that the E-mail CAIR received on
07/05/2002 from LAZY BONES RECORDING did not rise to the level of a
hate crime. [        ] was told to contact the FBI if CAIR received
further communications from that source.

*LA·44-0-SARA-316*



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

JUL 1 6 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA  90026-5711

Re:  Request No. 1071083-Mohammad Abdul Aleem

Dear Ms. Natarajan :

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 07-1931. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

Exhibit A-9
48



U.S. Department of Justice

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

JUL 16 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA  90026-5711

     Re:  Request No. 1071082-Hussam Ayloush

Dear Ms. Natarajan:

     This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on June 13, 2007.

     The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt.  Your appeal has been assigned number
07-1930.  Please mention this number in any future correspondence to this Office regarding this
matter.

     We will notify you of the decision on your appeal as soon as we can.  We regret the
necessity of this delay and appreciate your continued patience.

                        Sincerely,

                        Priscilla Jones
                        Supervisory Administrative Specialist



U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

JUL 1 0 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026-5711

Re:  Request No. 1071089-Rafe Husain

Dear Ms. Natarajan:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number 07-1932.  Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                                        Sincerely,

                                        Priscilla Jones
                                        Supervisory Administrative Specialist



U.S. Department of Justice

Office of Information and Privacy

_Telephone: (202) 514-3642_                                    _Washington, D.C. 20530_

JUL 1 6 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA  90026-5711

     Re:  Request No. 1071071-Muzammil Siddiqi

Dear Ms. Natarajan:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **07-1928**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

               Sincerely,

               Priscilla Jones
               Supervisory Administrative Specialist

Exhibit A-9
51



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                              _Washington, D.C. 20530_

JUL 1 0 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA. 90026-5711

      Re: Request No. 1071079-Shakeel Syed

Dear Ms. Natarajan:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 07-1929. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                    Sincerely,

                    Priscilla Jones
                    Supervisory Administrative Specialist

Exhibit A-9
52



U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

JUL 1 6 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA  90026-5711

Re:  Request No. 1049665-The Council on American Islamic Relations

Dear Ms. Natarajan:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number 07-1923.  Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

Exhibit A-9
53



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                          _Washington, D.C. 20530_

JUL 1 6 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA  90026-5711

Re:  Request No. 1049670-Human Assistance and Development International, Inc.

Dear Ms. Natarajan:

    This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on June 13, 2007.

    The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt.  Your appeal has been assigned number
07-1927.  Please mention this number in any future correspondence to this Office regarding this
matter.

    We will notify you of the decision on your appeal as soon as we can.  We regret the
necessity of this delay and appreciate your continued patience.

                                                    Sincerely,

                                                    Priscilla Jones
                                                    Supervisory Administrative Specialist

Exhibit A-9
54



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

Ms. Ranjana Natarajan                                      JUL 16 2007
ACLU of Southern California
1616 Beverly Buolevard
Los Angeles, CA 90026-5711

Re: Request No. 1049667-The Islamic Center of Hawthorne

Dear Ms. Natarajan:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-1925**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

Exhibit A-9
55



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                              Washington, D.C. 20530.

JUL 1 6 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA  90026-5711

Re:  Request No. 1049666-The Islamic Center of San Gabriel Valley.

Dear Ms. Natarajan:

.This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number 07-1924.  Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

Exhibit A-9
56



U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642       Washington, D.C. 20530

JUL 1 6 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026-5711

     Re: Request No. 1049664-The Islamic Shura Council of Southern California

Dear Ms. Natarajan:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 07-1922. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

             Sincerely,

             Priscilla Jones
             Supervisory Administrative Specialist

Exhibit A-9
57



U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

JUL 1 6 2007

Ms. Ranjana Natarajan
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA  90026-5711

Re:  Request No. 1049669-The West Coast Islamic Center

Dear Ms. Natarajan:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 13, 2007.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number 07-1926.  Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

Exhibit A-9
58



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

SEP - 5 2007

Ms. Ranjana Natarajan                    Re:     Appeal No. 07-1922
ACLU of Southern California                      Request No. 1049664
1616 Beverly Boulevard                           ADW:RMF
Los Angeles, CA  90026-5711

Dear Ms. Natarajan:

    You appealed from the action of the Headquarters Office and the Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to the Islamic Shura Council of Southern California.

    After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated indices.  I have determined that the FBI's response was correct.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,

                                        _Janice Galli McLeod_

                                        Janice Galli McLeod
                                        Associate Director



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

SEP 1 8 2007

Ranjana Natarajan, Esq.
ACLU of Southern California          Re:    Appeal No. 07-1931
1616 Beverly Boulevard                       Request No. 1071083
Los Angeles, CA 90026-5711                   ADW:RMF

Dear Ms. Natarajan:

        You appealed from the action of the Headquarters Office and the Los Angeles Field
Office of the Federal Bureau of Investigation on your request for access to records pertaining to
Mohammad Abdul Aleem.

        After carefully considering your appeal, I am affirming the FBI's action on your request.
The FBI informed you that it could locate no records responsive to your request in its automated
indices. I have determined that the FBI's response was correct.

        If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

                                            Sincerely,

                                            Janice Galli McLeod
                                            Associate Director

FBI

FDPs

Exhibit A-10
60



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                _Washington, D.C. 20530_

SEP 1 8 2007

Ranjana Natarajan, Esq.                Re:   Appeal No. 07-1932
ACLU of Southern California                  Request No. 1071089
1616 Beverly Boulevard                       ADW:RMF
Los Angeles, CA  90026-5711

Dear Ms. Natarajan:

    You appealed from the action of the Headquarters Office and the Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to Rafe Husain.

    After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated indices.  I have determined that the FBI's response was correct.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

FBI

no FOIA

Exhibit A-10
61

Case 8:07-cv-01088-CJC-AN      Document 13-9      Filed 03/21/2008      Page 4 of 36



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                          _Washington, D.C. 20530_

SEP 1 9 2007


Ranjana Natarajan, Esq.                    Re:    Appeal No. 07-1925
ACLU of Southern California                       Request No. 1049667
1616 Beverly Boulevard                           ADW:RMF
Los Angeles, CA  90026-5711

Dear Ms. Natarajan:

　　　You appealed from the action of the Headquarters Office and the Los Angeles Field
Office of the Federal Bureau of Investigation on your request for access to records pertaining to
the Islamic Center of Hawthorne.

　　　After carefully considering your appeal, I am affirming the FBI's action on your request.
The FBI informed you that it could locate no records responsive to your request in its automated
indices. I have determined that the FBI's response was correct.

　　　If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,


                                        Janice Galli McLeod
                                        Associate Director


FBI

Exhibit A-10
62



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

SEP 1 9 2007

Ranjana Natarajan, Esq.                 Re:    Appeal No. 07-1924
ACLU of Southern California                    Request No. 1049666
1616 Beverly Boulevard                         ADW:RMF
Los Angeles, CA  90026-5711

Dear Ms. Natarajan:

　　　You appealed from the action of the Headquarters Office and the Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to the Islamic Center of San Gabriel Valley.

　　　After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated indices. I have determined that the FBI's response was correct.

　　　If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,

                                        Janice Galli McLeod
                                        Associate Director

ino
FDPS

FBI

Exhibit A-10
63



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 1 9 2007

Ranjana Natarajan, Esq                          Re:     Appeal No. 07-1929
ACLU of Southern California                              Request No. 1071079
1616 Beverly Boulevard                                  ADW:RMF
Los Angeles, CA 90026-5711

Dear Ms. Natarajan:

     You appealed from the action of the Headquarters Office and the Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to Shakeel Syed.

     After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated indices. I have determined that the FBI's response was correct.

     If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

FBI

Lu
FDR

**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

SEP 1 9 2007

Ranjana Natarajan, Esq.
ACLU of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026-5711

Re: Appeal No. 07-1926
Request No. 1049669
ADW:RMF

Dear Ms. Natarajan:

You appealed from the action of the Headquarters Office and the Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to the West Coast Islamic Center.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated indices. I have determined that the FBI's response was correct.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

1/4c
FDPS

FBI



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 2 7 2007

Ranjana Natarajan, Esq.                    Re:      Appeal No. 07-1927
ACLU of Southern California                         Request No. 1049670
1616 Beverly Boulevard                              ADW:RMF
Los Angeles, CA 90026-5711

Dear Ranjana Natarajan:

     You appealed from the action of the Headquarters Office and the Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to the Human Assistance and Development International, Inc.

     After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated indices. I have determined that the FBI's response was correct.

     If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

     Sincerely,

Janice Galli McLeod
Associate Director

11&/-
FDPS

FBI



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP 2 7 2007

Ranjana Natarajan, Esq.                   Re:    Appeal No. 07-1928
ACLU of Southern California                      Request No. 1071071
1616 Beverly Boulevard                          ADW:RMF
Los Angeles, CA 90026-5711

Dear Ranjana Natarajan:

      You appealed from the action of the Headquarters Office and the Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to Muzammil Siddiqi.

      After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated indices. I have determined that the FBI's response was correct.

      If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,

                              Janice Galli McLeod
                              Associate Director

no
FOPs

FBI



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

SEP – 5 2007

Ms. Ranjana Natarajan
ACLU of Southern California                Re:     Appeal No. 07-1923
1616 Beverly Boulevard                              Request No. 1049665
Los Angeles, CA  90026-5711                        ADW:RMF

Dear Ms. Natarajan:

You appealed from the action of the Headquarters Office and the Los Angeles Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to the Council on American Islamic Relations.

After carefully considering your appeal, I am affirming, on partly modified grounds, the FBI's action on your request.  The FBI properly withheld information because it is protected from disclosure under the Freedom of Information Act pursuant to 5 U.S.C. § 552(b)(7)(C).  This provision concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

Ի Ն

Exhibit A-11
68



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                                    *Washington, D.C. 20530*

SEP 27 2007

Ranjana Natarajan, Esq.
ACLU of Southern California                   Re:    Appeal No. 07-1930
1616 Beverly Boulevard                               Request No. 1071082
Los Angeles, CA 90026-5711                           ADW:RMF

Dear Ranjana Natarajan:

You appealed from the action of the Headquarters Office and Los Angeles Field Office of
the Federal Bureau of Investigation on your request for access to records pertaining to Hussam
Ayloush.

After carefully considering your appeal, I am affirming the FBI's action on your request.
The FBI properly withheld certain information that is protected from disclosure under the
Freedom of Information Act pursuant to:

5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal
agency practices;

5 U.S.C. § 552(b)(6), which concerns material the release of which would
constitute a clearly unwarranted invasion of the personal privacy of third parties;
and

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for
law enforcement purposes the release of which could reasonably be expected to
constitute an unwarranted invasion of the personal privacy of third parties.

If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

FBI

Exhibit A-12
69

# EXHIBIT B



**U.S. Department of Justice**

Civil Division

_Washington, D.C. 20530_

<u>VIA EMAIL AND FIRST CLASS MAIL</u>                    June 27, 2008
Tasneem Dohadwala
300 South Grand Ave.
34th Floor
Los Angeles, CA 90071-3144

       Re:   <u>Islamic Shura Council v. FBI</u>, Case No. SA-CV-1088 CJS (C.D. Cal.)

Dear Tasneem:

       This is in response to your letter dated June 16, 2008, concerning the determinations made by the Federal Bureau of Investigation ("FBI") that portions of certain documents were outside the scope of your request because they did not mention or relate to one of the plaintiffs. The fact that only portions of some documents relate or refer to the plaintiffs is not surprising. As noted in the declaration of David Hardy, the documents at issue were located through the use of the "cross-reference" indices. Declaration of David Hardy ("Hardy Decl."), ¶ 45. As Mr. Hardy explained, when there is a cross-reference to a person or organization, it means that the person or organization is not the subject of the file. <u>Id.</u> ¶ 22. Instead, it means that the person or organization in simply mentioned or referenced in a file about another person or organization. <u>Id.</u>

       In your letter, you stated that plaintiffs intend to challenge all of the redactions made by the Federal Bureau of Investigation ("FBI") on the grounds that they were "outside the scope" of the request. You also stated that plaintiffs intend to pursue production of the pages within the document which FBI did not produce on the grounds that they were not responsive. As support for your challenges, you cite to a statement in FOIA Update, Vol. XVI, No. 3 (1995) ("OIP Guidance: Determining the Scope of a FOIA Request"), which suggests that "information should not be determined to be beyond the scope of a request on less than a page-by page basis."

       Your reliance on this statement made in this FOIA Update is misplaced. First, the statement made in the FOIA Update was simply intended to provide general guidance and is not legally binding on the agencies.

       Second, the Office of Information and Privacy ("OIP"), which issued the cited FOIA Update, has subsequently clarified that "in some circumstances" it is appropriate to determine the portions of a page are outside the scope of the request. <u>See</u> "FOIA Counselor Q & A" (posted 1/24/06) (www.usdoj.gov/OIP/FOIAPost/2006FOIAPost3.htm). As that Q & A notes, the "'processing' of a record's content under the FOIA can be very labor-intensive and time-

-2-

consuming process" when the documents contain information protected by an exemption.  In such circumstances, "scoping" the page for only information responsive to the request can reduce the burden on the agency and allow the agency to respond to the request more expeditiously.

The prior FOIA Update, which you cited, also recognized that the "scoping" determination depends in part on the nature of the non-responsive material contained in the document.  It advised agencies that before making "scoping" determinations "it should at least preliminarily review the contents of the document pages in question with an eye toward FOIA exemption applicability."  FOIA Update, at 4.  "In some cases, the potentially 'scoped' documents might contain little or no exempt information, such that they can be easily included in the FOIA request as not."  Id.  On the other hand, where the potentially "scoped" information contains exempt information, the processing OF the non-responsive material increases the burden on the agency.  The suggestion made in the prior FOIA Update that an agency should include an entire page within the scope of the request failed to consider the circumstances in which the non-responsive information on the page contained information which is protected by one or more of the statutory exemptions.  Instead, it was predicated on the assumption that this approach would "ordinarily involve[] only relatively minimal administrative burden on the agency."  FOIA Update, at 4.

In this case, the determinations made by the FBI with respect to scoping are entirely proper and are consistent with the current guidance provided by OIP.  As explained above, the documents at issue were not contained in files regarding the plaintiffs.  Instead, the documents are contained in investigative files relating to other individuals or organizations.  They simply contain reference to one or more of the plaintiffs.  For example, document 5 (ACLU 6-7) is a witness statement made by another person in connection with an investigation.  The only reference to one of the plaintiffs is that certain individuals -- who are not plaintiffs -- "are all members of the Shura Council of California, an organization that acts as an umbrella over sixty-two (62) mosques."  Moreover, this is not a case where the material which has been determined to be out of scope contains little or no exempt information.  As the declaration of Mr. Hardy explains, the documents from which the FBI has withheld pages or portions of pages based on "scoping" determinations are contained in investigative files involving national security concerns.  A review of the redactions made as outside the scope of the request shows that in almost all cases the redacted information is classified as "SECRET."  Thus, requiring the FBI to process the such non-responsive information for such documents would have impose a time-consuming and labor-intensive burden on the FBI and would have delayed the production of the responsive material.

As I previously explained, the FBI does not believe that it is necessary or appropriate to provide a page by page description of why the remaining portion of each document at issue is not responsive.  However, and while not required by law, in an effort to resolve this matter, the FBI is willing in this case to try answer any specific contextual questions that you might have regarding particular documents to the extent it is possible without revealing exempt information.

-3-

I hope that this proposal will resolve the issues raised by your letter. If you have any
questions, please contact me.

Sincerely,

Marcia K Sowles

Marcia Sowles
Senior Counsel

ACLU (SHURA LITIGATION) PAGE COUNT

| Document Number: | Number of pages reviewed: (total number of pages of document) | Number of responsive pages: (Number of pages processed) | Bates stamps # ACLU 1-124 |
|---|---|---|---|
| 1 | 2 | 1 | 1 |
| 2 | 8 | 2 | 2n-2 |
| 3 | 5 | 2 | 3-4 |
| 4 | 1 | 1 | 5 |
| 5 | 2 | 2 | 6-7 |
| 6 | 2 | 2 | 8-9 |
| 7 | 3 | 2 | 10-11 |
| 8 | 8 | 2 | 12-13 |
| 9 | 7 | 3 | 14,15,16 |
| 10 | 4 | 2 | 17-18 |
| 11 | 5 | 2 | 19-20 |
| 12 | 1 | 1 | 21 |
| 13 | 1 | 1 | 22 |
| 13a | 1 | 1 | 23 |
| 14 | 4 | 2 | 24-25 |
| 15 | 1 | 1 | 26 |
| 16 | 2 | 2 | 27-28 |
| 17 | 2 | 2 | 29-30 |
| 18 | 1 | 1 | 31 |
| 19 | 3 | 3 | 32,33,34 |
| 20 | 4 | 3 | 35,36,37 |
| 21 | 6 | 4 | 38,39,40,41 |
| 22 | 2 | 1 | 42 |
| 23 | 2 | 2 | 43-44 |

ACLU (SHURA LITIGATION) PAGE COUNT

| Document Number: | Number of pages reviewed: (total number of pages of document) | Number of responsive pages: (Number of pages processed) | Bates stamps # ACLU 1-124 |
|---|---|---|---|
| 24 | 3 | 2 | 45-46 |
| 25 | 1 | 1 | 47 |
| 26 | 3 | 3 | 48,49,50 |
| 27 | 11 | 11 | 51-61 |
| 28 | 2 | 2 | 62-63 |
| 29 | 10 | 9 | 64-72 |
| 30 | 4 | 3 | 73,74,75 |
| 31 | 17 | 17 | 76-92 |
| 32 | 8 | 8 | 93-100 |
| 33 | 2 | 2 | 101-102 |
| 34 | 4 | 2 | 103-104 |
| 35 | 1 | 1 | 105 |
| 36 | 10 | 2 | 106-107 |
| 37 | 13 | 11 | 108-118 |
| 38 | 3 | 3 | 119-121 |
| 39 | 1 | 1 | 122 |
| 40 | 2 | 2 | 12-124 |
| Total documents: 40 | Total pages reviewed: 172 | Total pages released: 125 | |