# EXHIBIT C



SECRET

FD-302 (Rev. 10-6-95)

- 1 -

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    04/14/2003

Individual, who has not agreed to testify, provided the following information:

On April 11, 2003, at approximately 1:45 p.m., immediately following afternoon prayers at the ISLAMIC CENTER OF SOUTHERN CALIFORNIA, 434 S. Vermont Ave., Los Angeles, California, source observed two men outside of the mosque handing out flyers for an "Emergency Fundraising Dinner for the people of Iraq." The flyers indicated that the event was presented by LIFE FOR RELIEF AND DEVELOPMENT (LRD) in cooperation with the ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA (ISCSC). The fundraiser is to be held Saturday, April 19, 2003 at 6:00 p.m. at Sequoia Center, 7530 Orangethorpe Ave., Buena Park, California 90621. Tickets are $25.00 for adults and $20.00 for students. The following guest speakers are listed on the flyer:

1.   SHAYKH SHAKER EL-SYED, Secretary General of MAS
2.   DR. MUZAMMIL SIDDIQI, Chairman of ISCSC
3.   DR. KHALIL JASSEMM, President of LIFE

Source advised that besides the names of SIDDIQI and JASSEMM as guest speakers and the reference to the cooperation of the ISCSC, the flyer was identical to a flyer that had been handed out at the same mosque on April 4, 2003. The April 04, 2003 and April 11, 2003 flyers are enclosed in a FD-340 1A envelope and photocopies of the flyers are attached to this FD-302.

The flyer provided the following information for LRD:

Address:   12912 Brookhurst St.
           Suite 420, Garden Grove, CA 92840
Phone:     (714) 530-7336, (310) 930-8534
e-mail:    adbula@lifeusa.org
Website:   www.lifeusa.org

Outside the Scope



DATE: 03-11-2008
CLASSIFIED BY 65179/DMH/RK67CH
REASON: 1.4 (c)
DECLASSIFY ON: 03-11-2033

Investigation on    04/12/2003    at Los Angeles, California

Outside the Scope

File                                                       Date dictated

by  SA                        (S)                                   b1
                                                                    b6
                                                                    b7C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SECRET    ACLU-1

Exhibit C-1
75

SECRET

Outside the Scope

SECRET//NOFORN, ORCON



(S)

(S)

(S) According to ____ who attended ____
speakers at the event included ____                    b2
                                                        b6
____ of the ISLAMIC SHURA COUNCIL OF                    b7c
SOUTHERN CALIFORNIA, and ____                           b7D

(S)

(S)                                                    (S)

3

SECRET

Outside the Scope

ACLU-2

Exhibit C-1
76



SECRET

DATE: 03-12-2008
CLASSIFIED BY 65179 DMH/HKG/CH
REASON: 1.4 (C)
DECLASSIFY ON: 03-12-2033

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Outside the Scope

Outside the Scope

(S)

FEDERAL BUREAU OF INVESTIGATION

DOI: (U) 19900000.
REQS: Q-FBI-2400-001-05.
SOURCE: (U) AN FBI AGENT.
(U)

SECRET    (S)

b1

ACLU-3

Exhibit C-1
77

SECRET                                    ·Outside the Scope.



(S)

DURING THE LATE 1980'S
SHURA\ COUNCIL INCLUDED

b1
b6
b7c

(S)

(S)

(S)

(S)

SECRET                          ACLU-4

Outside the Scope

Exhibit C-1
78

(Rev 01-31-2003)



SECRET

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                         Date: 05/11/2006

To: Los Angeles

From: Los Angeles Field Office

    Contact: SA

Approved By:                                          b2
                                                      b6
Drafted By:                                           b7C
                                                      b7B
Case ID #: (S)                                        b1

(S)

(U)

On the Shura Council of Southern California website
(www.shuracouncil.org)

Outside the Scope

DATE: 03-04-2006
CLASSIFIED BY 65179 DMH/HKG/VTA
REASON: 1.4 (C)
DECLASSIFY ON: 03-04-2033

SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

ACLU-5

Exhibit C-1
79



SECRET

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Outside the Scope Date of transcription    06/21/2005



(S)

Grove mosque) are all members of The Shura Council of California,
an organization that acts as the umbrella over sixty-two (62)        and FNU                from a Garden

b6
b7C
b7D

(S) Investigation on _____ at La Habra, California

(S) File #: _____

by  SA _____

DATE: 03-06-2006
CLASSIFIED BY 65179 DMH/HGK/VTA
REASON: 1.4 (C)
DECLASSIFY ON: 03-06-2031
06/21/2005
INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b1
b6
b7C
b7D

SECRET

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

ACLU-16

Exhibit C-1
80

SECRET

FD-302a (Rev 10-6-95)

**(S)**

b1

Continuation of FD-302 of ___Source_____, On __06/10/2005__, Page __2__

mosques.

Outside the Scope



SECRET

ACLU-7

Exhibit C-1
81

SECRET

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  05/05/2005

b6
b7C
b7D

b1



(S)                                                    faxed the following
information to SA                    concerning
members in Southern California and various mosques that were
associated with the SHURA COUNCIL:

(S)

(S)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE          b1

DATE: 03-05-2008
CLASSIFIED BY 65179/DMH/RKG/YTA
REASON: 1.4 (C)
DECLASSIFY ON: 03-05-2033

Investigation on                        at Los Angeles, California      (telephonically)
                                                                          b1
(S)  File                                          Date dictated          b6
                                                                          b7C
                                                                          b7D
by  SA                                                                    Outside the Scope

SECRET

ACLU-8

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

Exhibit C-1
82

~~SECRET~~

FD-302a (Rev. 10-6-95)

.b1

(S)

Continuation of FD-302 of _____ , On 05/05/2005 , Page    2

Outside the Scope

Some of the mosques in Southern California that belong to the SHURA COUNCIL are:

1. ISLAMIC CENTER OF SOUTHERN CALIFORNIA
2. ISLAMIC CENTER OF HAWTHORNE
3. ISLAMIC CENTER OF CLAREMONT
4. ISLAMIC CENTER OF ORANGE COUNTY
5. ISLAMIC CENTER OF SOUTH BAY
6. ISLAMIC EDUCATION CENTER
7. ISLAMIC CENTER OF NORTHRIDGE
8. AL-FATIHA ISLAMIC CENTER
9. BILAL ISLAMIC CENTER
10. MASJID AL-SHARIF
11. MASJID IBADULLAH
12. MASJID AL-ANSAR
13. MASJID AL-TAQWA

A copy of the fax is attached to the 302.

~~SECRET~~    ACLU-9

Exhibit C-1
83



SECRET

To: Los Angeles    From: Los Angeles
(S) ──Re:──FBI──                05/02/2006            b1

Precedence: ROUTINE            Date: 05/02/2006

From: Los Angeles
          Contact: SA                                 b2
                                                      b6
Approved By:                                          b7c
                                                      b7E
Drafted By:                           b1

(S)                                          Outside the Scope



(U) (S)   The following Southern California Islamic organizations have become involved with the so-called immigration reform movement, and actively supported the recent protest in Los Angeles on 05/01/2006:

(U) (S)  1.  Muslim Public Affairs Council (MPAC);

         2.  Muslim Students Association (MSA);

         3.  Muslim American Society (MAS);

         4.  Council on American-Islamic Relations (CAIR);

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 03-11-2008
CLASSIFIED BY: 65179 DMH/HKO/CH
REASON: 1.4 (C)
DECLASSIFY ON: 03-11-2033



SECRET

ACLU-10

Exhibit C-1
84

SECRET

(S) To: Los Angeles  From: Los Angeles          b1
    Re:                    05/02/2006

    5.  Islamic Shura Council of Southern California;

    6.  L.A. Latino Muslim Association (LALMO).

(U)

Outside the Scope

3

ACLU-11

Exhibit C-1
85

SECRET

To: Cairo   From: Los Angeles                    b1
Re:  (S)                    05/06/2003
(S)                                              Outside the Scope



(S)

(U)   The flyers advertised an "Emergency Fundraising Dinner for the people of Iraq" sponsored by LRD in cooperation with the ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA (ISCSC) on April 19, 2003.  Tickets were listed at $25.00 for adults and $20.00 for students.  The following guest speakers were listed on the flyer:

   1.  SHAYKH SHAKER EL-SYED, Secretary General of MAS
   2.  DR. MUZAMMIL SIDDIQI, Chairman of ISCSC
   3.  DR. KHALIL JASSEMM, President of LIFE

(S)                                              Outside the Scope

(U)   The flyer advertising the fundraising dinner provided the following contact information for LRD:

   Address:  12912 Brookhurst St.
             Suite 420, Garden Grove, CA 92840
   Phone:    (714) 530-7336, (310) 930-8534
   e-mail:   adbulq@lifeusa.org
   Website:  www.lifeusa.org
   Tax ID#:  95-4402149                          Outside the Scope

(U)

SECRET

3

ACLU-13

Exhibit C-1
86

(Rev. 01-31-2003)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  09/07/2005

To:  Los Angeles                    Attn:

From:  Los Angeles
            Contact:  SA                                          b2
                                                                         b6
                                                                         b7C
Approved By:                                                       b7E

Drafted By:

Case ID #: (U)                              (Pending)       b1
      (S)                        (Pending)
                                                Outside the Scope
      (S)

      (S)

      (U)



            SECRET

                                                Outside the Scope

                        ACLU-14

Exhibit C-1
87

~~SECRET~~

To: Los Angeles  From: Los Angeles
(S) ...... Re: ☒                                    b1
                    09/07/2005

Outside the Scope

(S)

2. MUSLIM AMERICAN SOCIETY/ISLAMIC CIRCLE OF NORTH AMERICA West
Regional Convention, 11/24-26/2005, LAX Hilton, 1-888-mas-1cna,
www.mas-la.org, endorsed by the ISLAMIC SHURA COUNCIL OF SOUTHERN
CALIFORNIA, speakers: Imam SIRAJ WAHHAJ, Dr. JAMAL BADAWI, Dr.
ZULFIQAR ALI SHAH, Dr. MUZZAMMIL SIDDIQUI, ZAHID BUKHARI, Dr.



~~SECRET~~

6

ACLU-15

Exhibit C-1
88

SECRET

To: Los Angeles   From: Los Angeles
(S) Re: [          ] 09/07/2005   b1

AHMED SAKR, SH. ABDEL JALIL MEZGOURI, Imam SADULLAH KHAN, Dr.
ESAM OMEISH, BUTHAYNA IBRAHIM, Dr. REDA BASHEER, MAHDI GRAY, Dr.
SOUHEIL GHANNOUCHI, TAHA HASSANE, FAISAL HAMMOUDA, SAMEERA AHMED,
CHANTAL CARNES, MUNIR QTAISH.

(U) 

Outside the Scope

SECRET

7

ACLU-16

Exhibit C-1
89

(Rev. 01-31-2003)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  05/21/2005

To:  Los Angeles                 Attn:

From:  Los Angeles
        Contact:  SA

Approved By:                                                    b2
                                                               b6
Drafted By:                                                    b7C
                                                               b7E
Case ID #:  (X)
        (S)                                          b1



Outside the Scope

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 03-11-2008
CLASSIFIED BY 65179 DMH/HRG/CH
REASON: 1.4 (S)
DECLASSIFY ON: 03-11-2033

ACLU-17

Exhibit C-1
90

~~SECRET~~

(S)  To: Los Angeles  From: Los Angeles                    b1
     Re: ~~XX~~          [          ] 05/21/2005   Outside the Scope

4. A flyer for a "WHYISLAM FUNDRAISING BANQUET" Sponsored by
SHURA COUNCIL OF SOUTHERN CALIFORNIA; Endorsed by MAS, CAIR,
MPAC, ISLAMICITY, LALMA and MSA-WEST; 6:00 pm Sunday June 26,
2005 Tickets $30.00; Embassy Suites, 11767 Harbor Boulevard,
Garden Grove, CA 92480. "1-877-WHY-ISLAM, www.whyislam.org.
WhyIslam is a dedicated nationwide network of committed
volunteers who provide means for non-Muslims to initiate
dialog, arrange visits to Masjids, or acquire knowledge and
free material on Islam. These services are offered via a toll-
free hotline, website and information booths at public venues.
For further information and to purchase tickets go to
www.WhyIslamSC.org Speakers Dr. MUZAMMIL SIDDIQUI, Chairman
ISLAMIC SHURA COUNCIL; Dr. AHMAD SAKR, Director, IEC; SHEIKH
SADULLAH KHAN, Religious Director, ICOI; Brother HUSSAM
AYLOUSH, Director CAIR Southern California; Brother Jim
Coates, Coordinator, WhyIslam Houston. Tax ID#20-2355718,
email info@whyislamsc.org An ICNA project.            Outside the Scope

(U)  ✗

~~SECRET~~

4

ACLU-18

Exhibit C-1
91

(Rev. 01-31-2003)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION



Precedence:  ROUTINE

Date:  04/29/2005

To:  Los Angeles

Attn:

New York

Attn:  SA

Washington Field

Attn:  SA

From:  Los Angeles

Contact:  SA

Approved By:

Drafted By:

Case ID #:

b2
b6
b7C
b7E

b1

Outside the Scope

(S)

(S)

(S)

(U)                (S)

(S)

(S)

(S)

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 03-04-2008
CLASSIFIED BY 65179/DMH/HKG/VTA
REASON: 1.4 (C)
DECLASSIFY ON: 03-04-2033

ACLU-19        ACLU - 19

Exhibit C-1
92

SECRET

To: Los Angeles  From: Los Angeles
(S) --Re+--(U)-.    04/29/2005         b1

Outside the Scope



1. A flyer from the MUSLIM AMERICAN SOCIETY (MAS) presenting "Empowering the Community: Investing in the future, a Fund-raising Dinner for MAS Youth Center and MAS Freedom Foundation, Speakers Imam SIRAJ WAHHAJ (Imam Masjid Taqwa in Brooklyn); BROTHER MAHDI BRAY (Executive Director of MAS Freedom Foundation); DR. SOUHEIL GHANNOUCHI (Executive Director of MAS National) and DR. MUZAMMIL SIDDIQUI (President of ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA); Date 04/02/2005, Location Embassy Suites, 11767 Harbor Boulevard, Garden Grove, California 92840, telephone 714-539-3300, for more information contact 1-877-MAS-YOUTH or email info@mas-la.org or visit www.mas-la.org, MOHAMMAD ALADRA, email maladra@yahoo.com, telephone 714-932-9636.



3

Outside the Scope

ACLU-20

Exhibit C-1
93

Nunca

SECRET

---- Working Copy ----                    Page      1

Outside the Scope

Outside the Scope

DATE: 03-07-2008
CLASSIFIED BY 65179 DMH/BSG/VTA
REASON: 1.4 (c)
DECLASSIFY ON: 03-07-2033

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b6
b7C
b7D

reported a special event
occurring at the UCI campus on March 13, 2002, from 7 pm - 9 pm at the
University Students Center, Emerald Bay Conference Room.  The event is
titled "Jihad versus Terrorism".  It is being sponsored by UCI,
Department of Social Sciences and the Muslim Public Affairs Counsel.
Scheduled to speak at the event are Dr.'s Maher Hathout, Muzammil Siddiqi
and Aslam Abdullah.

Outside the Scope

(S)

Case ID :                                          b1

SECRET                    ACLU-21

Exhibit C-1
94

~~SECRET~~                    ---- Working Copy ----                    Page        1

04/28/2003

        Individual, who has not agreed to testify, provided the
following information:

        On April 19, 2003 at approximately 6:00 p.m., source
attended an event described as an "emergency fundraising dinner for
the people of Iraq."  The dinner was sponsored by LIFE FOR RELIEF
AND DEVELOPMENT (LRD) and held at the SEQUOIA CENTER in Buena Park,
California.  Source advised that the event consisted of four
presentations and a videotape showing Iraqi civilians, including
children, dying as a result of the current conflict in Iraq.

        Source advised that the first speaker was introduced as
DR. MUZAMMIL SIDDIQI.  SIDDIQI spoke extensively on zakat, the
Muslim requirement to provide donations to those in need.          Outside the Scope



WHERE SHOWN OTHERWISE
-------------------------------------------------------------------- b1

Case ID [                                                        ]

   {S}
                          DATE: 03-07-2008
                          CLASSIFIED BY 65179 DMH/HRG/VTA ACLU-22
        SECRET            REASON: 1.4 (C)
                          DECLASSIFY ON: 03-07-2033

Exhibit C-1
95

~~SECRET~~

---- Working Copy ----                          Page      1

07/12/2002

b6
b7C
b7D

a fund
raising event presented by the Islamic Society of Orange County on
July 20th at 6:00pm.  The fund raiser is for earthquake relief in
Gujarat, India.  The location of the event is 4117 Overland, Culver
City, California.  The cost to attend the fund raiser is twenty
dollars.

     Source stated that a brochure was obtained from the King
Fahd Mosque for the event.  The flyer stated that 5000 Muslims were
killed, 300 Mosques were damaged, 3000 homes damaged, and 100's
burnt alive.  Dr. Muzammil Siddiqi is listed as the main speaker.

DATE: 03-06-2008
CLASSIFIED BY 65179/DMH/HRS/VTA
REASON: 1.4 (C)
DECLASSIFY ON: 03-06-2033

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

(S)
Case ID :                                      b1
                                               Outside the Scope

ACLU-23

~~SECRET~~

Exhibit C-1
96



SECRET

---- Working Copy ----

Page    1

08/21/2005

Outside the Scope

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 03-04-2008
CLASSIFIED BY 65179/DMH/HKG/CTA
REASON: 1.4 (C)
DECLASSIFY ON: 03-04-2008

(S)

(S)                                    b1

SECRET

ACLU-24

Exhibit C-1
97



---- Working Copy ----

Page    3

Outside the Scope

Outside the Scope

b6
b7C
b7D

Earlier in the week Muzammil Siddiqui and other leaders in the Muslim community issued a fatwa and spoke against violence.

Outside the Scope

Outside the Scope

ACLU-25

Exhibit C-1
98



(S) [redacted]

JC:jc

b1

SECRET
---- Working Copy ----

Page    1

Outside the Scope

(U)  According to NAIT'S 2002 annual report filed
12/18/2002, Bassam Osman, 745 McClinktock Drive, Suite 114, Burr
Ridge, IL 60527, is NAIT'S registered agent.  NAIT'S officers and
directors are as follows:

Bassam Osman, Chairman

M. Naziruddin Ali, Secretary

Muzammil Siddiqi, Director

Gaddoor Saidi

Mujeeb Cheema

Farooq Malik

M. Nur Abdullah

Monzer Kahf

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 03-06-2008
CLASSIFIED BY 65179/DMH/HKG/NTA
REASON: 1.4 (C)
DECLASSIFY ON: 03-06-2033

(U)  Derived From : G-3
      Declassify On:  X1

(S)

Case ID [redacted]    b1

SECRET

ACLU-26

Exhibit C-1
99



SECRET
---- Working Copy ----

Page    1

Precedence:  ROUTINE

To:  Los Angeles

Date:  06/01/2004

Attn:  SA

b2
b6
b7C
b7E

SA

b2
b7E

From:  Los Angeles

Contact:  SA                      (310)

b6
b7C

Approved By:

Drafted By:                      dsl

Case ID #: (U)                   b1

(S)                              (Pending)

(U)

Outside the Scope

(S)

(S)  (U)

(U)

(S)

(S)

Case ID :                                         b1

(S)

Outside the Scope

SECRET

ACLU-27

DATE: 03-07-2008
CLASSIFIED BY 65179 DMH/HKG/VTA
REASON: 1, 4 (C)
DECLASSIFY ON: 03-07-2033

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Exhibit C-1
100



Outside the Scope

(S) Source provided a flyer for a fundraising dinner to benefit THE ISLAMIC SOCIETY OF CORONA/NORCO, 500 West Harrington Street, #L, Corona, California 92880, telephone (909) 736-8155.  The flyer indicates that funds are needed for the construction of a mosque and school.  The event is scheduled for 06/20/2004 at 5:30 p.m. at the Embassy Suites Hotel, 11767 Harbor Boulevard, Garden Grove, California 92840, telephone (714) 539-3300.  The flyer further indicates that guest speakers include DR. MAHER HATHOUT, DR. MUZAMMIL SIDDIQI, and BR. ABDUL JABBAR HAMDAN.  Invited guests include DR. MUSTAFA KIKO ███████████████.  The flyer states that further information can be obtained from the website www.coronamuslims.com or by calling the following persons: AHMED RADWAN, ████████████ NABEM SALEEMI, ████████ or KALIM FAROOKI, ████████

b1
b6
b7C

ACLU-28



Exhibit C-1
101

SECRET
---- Working Copy ----                          Page      i

Precedence:  ROUTINE                    Date:  08/24/2004

To: Los Angeles

From:  Los Angeles .

        Contact:  SA _____  (562) _____        b2
                                                      b6
Approved By: _____                         b7C
                                                      b7E
Drafted By: _____ :ms

        (S)
Case ID #: _____      b1      Outside the Scope

  (S) ----

      X -(U)

      X-(U)        X

 (S)
 X

      X -(U)


      X-(U)




      X-(U)


      (S)
Case ID : _____      b1

                    SECRET
        ACLU-29

DATE: 03-07-2008
CLASSIFIED BY 65179 DMH/HRG/VTA
REASON: 1.4 (c)
DECLASSIFY ON: 03-07-2033

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Exhibit C-1
102

SECRET
----- Working Copy -----            Outside the Scope        2

(S) (U)

conference hosted by Muslims in America titled, "Muslim Family Development - Woman and Child." The conference is scheduled for 09/18/2004, from 10:00 am to 10:00 pm at California State University at Long Beach, 1250 Bellflower Blvd., Long Beach, California 90840. The following individuals are confirmed to speak at the conference: [          ] Dr. Muzammil Siddiqi. [          ]

b6
b7C

b6
b7C

SECRET
ACLU-30

Exhibit C-1
103



Exhibit C-1
104



SECRET
**** Working Copy ****

Page     3

Outside the Scope

4. A flyer for a "WHYISLAM FUNDRAISING BANQUET" Sponsored by
SHURA COUNCIL OF SOUTHERN CALIFORNIA; Endorsed by MAS, CAIR,
MPAC, ISLAMICITY, LALMA and MSA-WEST; 6:00 pm Sunday June 26,
2005 Tickets $30.00; Embassy Suites, 11767 Harbor Boulevard,
Garden Grove, CA 92480. "1-877-WHY-ISLAM, www.whyislam.org.
WhyIslam is a dedicated nationwide network of committed
volunteers who provide means for non-Muslims to initiate
dialog, arrange visits to Masjids, or acquire knowledge and
free material on Islam. These services are offered via a toll-
free hotline, website and information booths at public venues.
For further information and to purchase tickets go to
www.WhyIslamSC.org Speakers Dr. MUZAMMIL SIDDIQUI, Chairman
ISLAMIC SHURA COUNCIL; Dr. AHMAD SAKR, Director, IEC; SHEIKH
SECRET

ACLU-36

Exhibit C-1
105

SECRET
---- Working Copy ----

Page    · 4

SADULLAH KHAN, Religious Director, ICOI; Brother HUSSAM
AYLOUSH, Director CAIR Southern California; Brother Jim
Coates, Coordinator, WhyIslam Houston. Tax ID#20-2355718,
email info@whyislamsc.org An ICNA project.

(U)                                            Outside the Scope

SECRET

ACLU-37

Exhibit C-1
106



SECRET
---- Working Copy ----

Page    1

Precedence:  ROUTINE

To:

Date:  05/06/2003

Attn:

SSA

SSA

SA

Detroit

Attn:

SA

b2
b6
b7C
b7E

Los Angeles

Attn:

SA

SA

DATE: 03-06-2008
CLASSIFIED BY 65179/DMH/HKG/VTA
REASON: 1.4 (G)
DECLASSIFY ON: 03-06-2033

SA

San Diego

Attn:

SA

From:  Los Angeles

Contact:  SA

(310)

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Approved By

Case ID

b1

(S)

SECRET

ACLU-38

Outside the Scope

Exhibit C-1
107



(S)

(S)

(S)

(S)

(S)

(S)    (S)

(U)

(S)

(S)

(U)  The flyers advertised an "Emergency Fundraising

Exhibit C-1
108

SECRET
---- Working Copy ----                              Page      3

Dinner for the people of Iraq" sponsored by LRD in cooperation
with the ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA (ISCSC) on
April 19, 2003.  Tickets were listed at $25.00 for adults and
$20.00 for students.  The following guest speakers were listed on
the flyer:

    1.  SHAYKH SHAKER EL-SYED, Secretary General of MAS
    2.  DR. MUZAMMIL SIDDIQI, Chairman of ISCSC
    3.  DR. KHALIL JASSEMM, President of LIFE

Outside the Scope



Outside the Scope

    (U)  The flyer advertising the fundraising dinner
provided the following contact information for LRD:

    Address:  12912 Brookhurst St.
           Suite 420, Garden Grove, CA 92840
    Phone:    (714) 530-7336, (310) 930-8534
    e-mail:   adbulg@lifeusa.org
    Website:  www.lifeusa.org
    Tax ID#:  95-4402149

Outside the Scope

(S)

(S)

(S)

(S)

SECRET          ACLU-40

Exhibit C-1
109

(S)                                     SECRET                     Outside the Scope
                          ---- Working Copy ----                        Page      4



(U)  Source advised that the first speaker was introduced as DR. MUZAMMIL SIDDIQI.  SIDDIQI spoke extensively on zakat, the Muslim requirement to provide donations to those in need.

(S)—X



SECRET

---- Working Copy ----

Page    1

04/14/2003

Individual, who has not agreed to testify, provided the following information:

Outside the Scope

out flyers for an "Emergency Fundraising Dinner for the people of Iraq." The flyers indicated that the event was presented by LIFE FOR RELIEF AND DEVELOPMENT (LRD) in cooperation with the ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA (ISCSC). The fundraiser is to be held Saturday, April 19, 2003 at 6:00 p.m. at Sequoia Center, 7530 Orangethorpe Ave., Buena Park, California 90621. Tickets are $25.00 for adults and $20.00 for students. The following guest speakers are listed on the flyer:

     1.  SHAYKH SHAKER EL-SYED, Secretary General of MAS
     2.  DR. MUZAMMIL SIDDIQI, Chairman of ISCSC
     3.  DR. KHALIL JASSEMM, President of LIFE

Source advised that besides the names of SIDDIQI and JASSEMM as guest speakers and the reference to the cooperation of the ISCSC, the flyer was identical to a flyer that had been handed out at the same mosque on April 4, 2003. The April 04, 2003 and April 11, 2003 flyers are enclosed in a FD-340 1A envelope and photocopies of the flyers are attached to this FD-302.

The flyer provided the following information for LRD:

Address:    12912 Brookhurst St.
            Suite 420, Garden Grove, CA 92840
Phone:      (714) 530-7336, (310) 930-8534
e-mail:     adbulg@lifeusa.org
Website:    www.lifeusa.org
Tax ID#:    95-4402149

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

b7D
b6
b7C

FTW

Case ID :                                                  b1
(S)

SECRET                    Outside the Scope

ACLU-42

Exhibit C-1
111



Exhibit C-1
112



SECRET

---- Working Copy ----

Page    1

01/31/2002

Outside the Scope

This list appeared on the "eMuslim" web site at www.emuslim.com; and,

a web site for the COUNSEL OF ISLAMIC EDUCATION located at www.cie.org. This web site contained a listing of affiliated scholars and executive staff for the Council for Islamic Education, these individuals were listed as follows:

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Affiliated Scholars

Outside the Scope

DATE: 03-07-2008
CLASSIFIED BY 65179 DMH/DHG/VTA
REASON: 1.4 (C)
DECLASSIFY ON: 03-07-2033

(S)

Case ID :                              b1        ACLU-45

SECRET

Exhibit C-1
113

SECRET

•••• Working Copy ••••

Page    3

Outside the Scope

Dr.Muzamml Sldiqi Adjunct Professor of Religion
California State University
Fullerton, CA

Outside the Scope

ACLU-46

SECRET

Exhibit C-1
114



SECRET

. ---- Working Copy ----          Page     1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

DATE: 03-05-2008
CLASSIFIED BY 65179 DMH/HKG/VTA
REASON: 1.4 (C)
DECLASSIFY ON: 03-05-2033

Outside the Scope
09/07/2004



a VISA and went to study at Southern Illinois University.     MOHAMMED ABDUL ALEEM, obtained

b6
b7C

Outside the Scope
- - - - - - - - - - -

Case ID :

(S)                                                          b1

SECRET   ACLU-73

Outside the Scope

Exhibit C-1
115

SECRET

Working Copy                    Outside the Scope

Page      3



b6
b7c

SECRET    ACLU-74

Exhibit C-1
116

SECRET

---- Working Copy ----

Page    4

Outside the Scope



Mohammed Abdul ALEEM, purchased a condominium.

b6
b7C

Outside the Scope

Exhibit C-1
117



SECRET
---- Working Copy ----                                    Page        1

Precedence:  ROUTINE                    Date:  06/30/2004

To:  Los Angeles                                                    b1

From:  Los Angeles

        Contact:  SA                    (310)          b2
                                                        b6
Approved By:                                            b7C
                                                        b7E
Drafted By: (S)              rh

Case ID #:                        (Pending)

Title: (S)
                                    Outside the Scope    b6
        (S)                                              b7C

Synopsis:  (U)
testimony against a defendant in a federal terrorism trial in
Idaho.                         Mohammed Aleem, his business and his

        (S)    (U)   Derived From:  G-3           Outside the Scope
                     Declassify On:  X1

Reference: (S)                                          b1

Enclosure(s):  (U)  Five newspaper articles regarding Aleem
and a photocopy of Mohammed Aleem's CDL photograph.    Outside the Scope

Details:  (U)

Mohammed Abdul Aleem,                          was
recently described in newspaper articles as a prosecution
witness in a Federal terrorism case in Idaho.
                                        Aleem is Outside the Scope
described in the articles as testifying "about how the
defendant, Sami Al-Hussayen, registered the domain name of a Web site
prosecutors say supported terror efforts with a
company he works for, Tjara Networks".  The lead defense
attorney, David Nevin, presented the idea that Tjara Networks
maintains a Web site called islamcity.com, which is filled
with content similar to the material that federal prosecutors
were prosecuting Al-Hussayen for.

        (S)
Case ID                                                  b1

                        SECRET
DATE: 03-05-2008                    ACLU-101
CLASSIFIED BY 65179 DMH/HKC/VTA
REASON: 1.4 (C)
DECLASSIFY ON: 03-05-2033

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Exhibit C-1
118

~~SECRET~~
---- Working Copy ----

(U)  Sami Al-Hussayen, a 34 year old University of Idaho computer science doctoral student, was charged with three counts of conspiracy to support terrorism and 11 counts of visa and immigration fraud.  This jury trial began in U.S. District Court on April 13, 2004.

(U)  In a separate article (from issue 10 August of Arab-American Business magazine) [                    ]        ALEEM is described as the CEO of IslamiCity.com.  This article describes Islamicity.com as a Muslim portal run by ALEEM that has signed a strategic partnership agreement with OIC Networks aimed at increasing trade and cooperation among Muslim businesses in the global economy.  Under the terms of the partnership agreement, IslamiCity will provide OICexchange.com with content.  The two organizations will also cooperate on several joint-marketing and business development initiatives. Ishakandar Baharain is described as the CEO of OICexchange.com

b6
b7c

Descriptive Data:

(U) [                    ]
Name -                            Outside the Scope
  Last:                          ALEEM
  First:                         MOHAMMED
  Middle:                        ABDUL
Race:                            W
Sex:                             M
DOB:
DBA:                             ICOMMERCE NETWORKS, INC.
DBA:                             TJARA NETWORKS
DBA:                             http://Islamicity.com
DBA:                             5860 HANNUM AVE
DBA:                             CULVER CITY, CA ████
DLN:
SOC:                             ████████████████
VIN:                             ████████████
VIN:                             ████████████
VIN:
Address(es) -
  House #:                       ████████
  Street Name:                   ████████████
  Street Suffix:
  Unit:
  City:                          ████████████
  State:                         CA
  Country:                       USA
Miscellaneous -                  ████████████████████
                                 ████████████████████
                                 ████████████████████

182JRH02.04

~~SECRET~~  ACLU-102

Exhibit C-1
119

(Rev. 01-31-2003)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

Precedence: PRIORITY                          Date:
05/01/2006

To:     Los Angeles

From:   Los Angeles
        Contact: SA                    (310)                    b2
                                                                b6
Approved By:                                                    b7C
                                                                b7E
Drafted By:                            nml

Case ID #: ~~(X)~~                                    b1
           ~~(U)~~
    ~~(S)~~                                        Outside the Scope

    ~~(S)~~    ✗
                                              Outside the Scope
    ~~(S)~~    ✗

    ~~(S)~~    ✗

              ✗ ~~(U)~~        ✗ ~~(S)~~
        ~~(S)~~ ✗
    ~~(U)~~          ✗

DATE: 01-11-2006
CLASSIFIED BY 65179/DMH/DCG/VTA
REASON: 1.4 (C)
DECLASSIFY ON: 01-11-2033

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

    ~~(S)~~                ACLU-103                    b1

Exhibit C-1
120



SECRET

(S)

Outside the Scope

(S)
(S)

(U)    Currently,_____at the Islamic Center of San Gabriel Valley and the Islamic Center in Walnut.  They make their money primarily through the donations used to keep the school going.

b6
b7c

SECRET

2

Outside the Scope

ACLU-104

Exhibit C-1
121

FD-302 (Rev 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    10/24/2002



On 10/09/2002
Special Agent (SA)                                    participated in the execution of b2
b6
During the search of                                   b7C
the following items were observed:                     b7E

Outside the Scope

Membership application                    ation form and          b6
homework completed                          from the Islamic      b7C
Center of Hawthorne.

Outside the Scope

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-14-2008 BY 65179/DMH/DCG/VTA

Investigation on    10/09/2002    at  Lawndale, CA

File # 265C-LA-232103-4                              Date dictated  10/24/2002    b6
b7C

by    SA                              DRH:dh
                                                              b6
                                                              b7C

ACLU-105

This document contains neither recommendations nor conclusions of the FBI  It is the property of the FBI and is loaned to your agency.

Exhibit C-1
122

(Rev. 01-31-2003)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION



Precedence: ROUTINE

To: 

Date: 05/06/2003

Attn:

SSA

SSA

SA

Detroit

Attn:

SA

SA

b2
b6
b7C
b7E

Los Angeles

Attn:

SA

SA

SA

San Diego

Attn:

SA

From: Los Angeles

Contact: SA

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

~~SECRET~~

DATE: 03-11-2008
CLASSIFIED BY 65179 DMH/HKG/CH
REASON: 1.4 (C)
DECLASSIFY ON: 03-11-2033

ACLU-12

Exhibit C-2
123



---- Working Copy ----                                    Page        1

11/24/2004

        Dr. Muzammil H. Siddiqi, Religious Director, Islamic
Society of Orange County (ISOC), One Al-Rahman Plaza, Garden Grove,
California, telephone number 714-531-1722, was contacted at the
ISOC.  After being advised of the identity of the interviewing
agents and the nature of the interview, Siddiqi provided the
following information:

        Siddiqi recalled that [        ] arrived at the ISOC,     b6
possibly in November 1997, desiring to convert to Islam.  As a   b7c
result, Siddiqi presided over a meeting at which [      ] declared
himself a Muslim.  As part of the meeting, [      ] signed a written
declaration accepting Islam in the presence of Siddiqi, [      ]
and [      ]

        Shortly after [      ] converted to Islam [            ]
provided [      ] with [      ]
[      ] was observed by [                          ] However
[                                                              ]   b6
[                                                              ]   b7c

        Siddiqi had little contact with [      ] other than
observing him at the Mosque or after prayer. [      ] was generally
quiet and Siddiqi could not recall any specific individuals that   b6
[      ] with whom he associated.  Siddiqi could not recall anything  b7c
unusual about [      ] voice or mannerisms.  Siddiqi had no
photographs or images of [      ]

        Siddiqi had not seen the "Azzam the American" video aired
on television.  After viewing footage of the video, shown to him by
the interviewing agents, Siddiqi advised that the voice and
gestures of the individual in the video did not remind him of
[      ] Further, Siddiqi would not have recognized the
individual's voice if he had heard it in passing. Siddiqi observed  b6
that the individual in the video must have had extensive training  b7c
in speaking Arabic if English was his primary language.

        In the latter stages of the video, Siddiqi observed that
the individual's profile, eyes, and eye brows reminded him of
[      ] Siddiqi made these observations during the portions of the
video in which the tint on individual's glasses had become lighter.  b6
Based on these observations, Siddiqi estimated that there was a    b7c
sixty percent chance the individual in the video was [      ]
However, Siddiqi admitted that he was somewhat biased during his
viewing of the video because of the possibility that the individual
could be [                          ]

Case ID [                          ]        SECRET    [              ]   b1

ALL INFORMATION CONTAINED          DATE: 01-14-2008
HEREIN IS UNCLASSIFIED EXCEPT      CLASSIFIED BY 65179/DMH/DCG/VTA    ACLU-31
WHERE SHOWN OTHERWISE              REASON: 1.4 (c)
                                   DECLASSIFY ON: 01-14-2033

Exhibit C-2
124



SECRET
---- Working Copy ----                                    Page        1

Precedence:  ROUTINE
                                        Date:  05/27/2004
To: Los Angeles                   Attn:  SA
                                         SARA 6 / JTTF

From:  Los Angeles
          SARA 6 / JTTF                                              b2
          Contact:  TFO                   (714) 245                  b6
                                                                     b7C
Approved By:

Drafted By:                                    jyh

Case ID #:                          (Pending)        b1

Title: (S)

Synopsis:  (U) To document interview of MUZAMMIL HUSAIN
SIDDIQI and                    on May 27, 2004.

     (S)  (U)  Derived From:  G-3
                 Declassify On:  X1

(S)                                                          b1

Enclosure(s):  (U)  (S)  For Los Angeles, a FD-340 envelope
containing notes of the SIDDIQI and            interviews, a
signed Declaration of Islam by           and a business card
from Dr. MUZAMMIL SIDDIQI of the Islamic Society of Orange
County.

Details:  (U)  (S)  On Thursday, May 27, 2005, Orange County FBI    b6
Joint Terrorism Task Force officers,          and Special          b7C
Agent                    made contact with Dr. MUZAMMIL HUSAIN SIDDIQI
at the Islamic Society of Orange County (ISOC) located at One
Al-Rahman Plaza, Garden Grove, California. The nature of the
contact was to follow-up on

     (U)  (S)  After being advised of the nature of the
interview and the identities of the interviewing Task Force
Officers, SIDDIQI voluntairly provided the following
information:

          (U)  SIDDIQI                         nd is the Religious
Director of the Islamic Society of Orange County, located at
One AL-RAHMAN Plaza, Garden Grove, California and

Case ID                                                      b1

                              SECRET

DATE: 01-14-2008
CLASSIFIED BY 65179/DMH/DCG/VTA
REASON: 1.4 (C)
DECLASSIFY ON: 01-14-2033

ALL INFORMATION CONTAINED          ACLU-32
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Exhibit C-2
125

~~SECRET~~
---- Working Copy ----

b6
b7C



(U) ~~(S)~~   SIDDIQI advised that ⬛⬛⬛ converted to Islam at the Islamic Society of Orange County. SIDDIQI said he did not remember the name but when he saw ⬛⬛⬛ picture in the news he remembered the face.

(U) ~~(S)~~   SIDDIQI has been the Religious Director at ISOC for over twenty-two (22) years.  He stated that ⬛⬛⬛ was known as ⬛⬛⬛ around the mosque. The name ⬛⬛⬛ is a common name for ⬛⬛⬛                               SIDDIQI was not sure how ⬛⬛⬛ chose to convert to Islam.

b6
b7C

(U) ~~(S)~~   SIDDIQI produced a copy of a Declaration of Islam, signed by ⬛⬛⬛ This document is showing that ⬛⬛⬛ is declaring himself a Muslim and his allegiance to the one God.  The document was also witnessed by ⬛⬛⬛ and ⬛⬛⬛ and dated 11/17/1995.

b6
b7C

(U) ~~(S)~~   SIDDIQI said that ⬛⬛⬛ came to mosque almost everyday.  SIDDIQI believes that ⬛⬛⬛                               Apparently around May 1997 ⬛⬛⬛                               SIDDIQI believes the incident occurred because ⬛⬛⬛

b6
b7C

(U) ~~(S)~~   SIDDIQI could not think of anyone that became ⬛⬛⬛ mentor or even who ⬛⬛⬛ associated with at ISOC. SIDDIQI also said that ⬛⬛⬛ is presently ⬛⬛⬛ and should be returning at the ⬛⬛⬛

b6
b7C

(U) ~~(S)~~   As mentioned above, one of the names of the witnesses was a ⬛⬛⬛                   is a secretary for the ISOC and was there during the SIDDIQI interview.

b6
b7C

(U)   ⬛⬛⬛ was interviewed by TFOs ⬛⬛⬛ and ⬛⬛⬛ after the SIDDIQI interview. ⬛⬛⬛ was born ⬛⬛⬛ resides at ⬛⬛⬛ Garden Grove, California, home telephone number ⬛⬛⬛ and is employed at the Islamic Society of Orange County, One Al-Rahman Plaza, Garden Grove, California, business telephone number of (714) 531-1722.

b6
b7C

(U) ~~(S)~~   After being advised of the identities of the interviewing task force officers and the nature of the interview, ⬛⬛⬛ voluntarily provided the following information.

b6
b7C

(U) ~~(S)~~   ⬛⬛⬛ has worked as ⬛⬛⬛ for the ISOC since 1990.  ⬛⬛⬛ said that he did not recognize the name of ⬛⬛⬛ but recognized the photo.  ⬛⬛⬛ was known as ⬛⬛⬛ around the ISOC.  ⬛⬛⬛ said ⬛~~SSC~~⬛ an

b6
b7C

ACLU-33

Exhibit C-2
126

SECRET
---- Working Copy ----

ISOC Board member and President at that time, gave

(U)          (S)          was working in the office the day
got into the altercation with          could
not recall the date and when asked if it could have been
around May 1997, he said yes.          came into the office and
wanted to see Mr. SIDDIQI.          appeared angry.
said          was known to have a short temper.          told
SIDDIQI was not there so          went to the          b6
door where          was.  There is a window between offices          b7C

(U)          (S)          did not know who called.

mentor type for          was not aware of anyone at the mosque who was

SECRET

ACLU-34

Exhibit C-2
127

SECRET
---- Working Copy ----                     Page     2

review of the website indicates the following list of invited
speakers.

(S) (U)          Abdullah Idris
                 Ahmad Sakr
                 Aslam
                 Abdullah
                 Hasan Karim
                 Ingrid Mattson
                 Jamal Badawi
                 Khalifah
                 Ramadan
                 Maha Hamawi
                 Maher Hathout
                 Murad
                 Hoffman
                 Muhammad
                 Nur
                 Mustafa
                 Qazini
                 Muzammil Siddiqi
                 Rafeek Beekun
                 Saadiq Safir
                 Saadullah Khan
                 Sayyid M. Syeed
                 Siraj Wahhaj
                 Suhaib Webb
                 W. D. Muhammad
                 Yusuf Islahi
                 Zaid Shakir
                 Zulfiqar Ali Shah

(S) (U) The website further states that it is the first
annual ISNA West Zone Regional Conference, co-sponsored by the
Islamic Shura Council of Southern California from December 25,
2003, to December 27, 2003.  Topics include grant writing,
MYNA/MSA sessions, AMSE science/engineering, cultural Bazaar,
live entertainment, and training workshops.

LEAD(s):

Set Lead 1:   (Info)

         LOS ANGELES

             AT LOS ANGELES, CA

             (U)  Read and clear.

SECRET
                  ACLU-44

Exhibit C-2
128

---- Working Copy ----                    Page        1

03/29/2001

Mohammed Abdul Aleem, ▓▓▓▓▓▓▓▓▓▓ was interviewed at
his place of business, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Aleem was advised
of the identity of the interviewing agents and that the interview
concerned the defacement of his web page, iViews.com, on
02/13/2001.  Thereafter, Aleem voluntarily provided the following
information:

      Aleem is the Chief Executive Officer of IC Networks,
Inc., IJARA Networks, Qroute Internet Service Provider, and owns
the domain names IslamiCity.com and iViews.com.  On 02/13/2001,
Aleem discovered that his web site, iViews.com, had been replaced
by anti-Islamic messages.  The actual text of the web page
defacement is attached to this FD-302.

      Aleem explained that he had no reason to suspect any
single person for the defacement.  However, from the text of the
message, Aleem deduced that the hacker was probably an Israeli
about to enter into conscript service in the Israeli Army.  Aleem
also believed that the hacker (who used the nickname v0dka) was
probably of Russian descent based on his nickname and his misuse of
English grammar.

      During the interview, Aleem made a conference call to
▓▓▓▓▓▓▓▓▓ who is the ▓▓▓▓▓▓ of iViews.com. ▓▓▓▓ was asked
about any connection between V0dka and a note she received citing
the websites: www.jewwatch.com and www.jewsnotzionists.org.  It was
determined that there was no obvious connection between the hacking
incident and the note ▓▓▓▓▓▓▓▓ received a few days later.  The
author of the note enclosed $100 and appeared to be pro-
Palestinian.  The author of the note may have assumed that ▓▓▓▓▓▓
was responsible for hacks against the referenced Jewish websites.

      Aleem brought ▓▓▓▓▓▓ of Information Technology in to
the interview, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ explained that
iViews.com was run from a Windows NT 4.0 system.  He also explained
that IC Networks, Inc. did not utilize Intrusion Detection software
at the time of the hack.  However, he was able to preserve logs of
the actual hack.  The logs were generated from Microsoft Windows
web server IIS 4.0.  These logs are included in the 1A section of
this file.

      Aleem was asked to provide the hard drive from his server
to the investigating agents in order to determine if the hacker had
left any "root kits" or trojan horse programs in order to re-enter
his system.  Aleem stated that he needed to finish backing up that
hard drive and once he took it offline, he would provide it to the
FBI for analysis.

b6
b7C

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-14-2008 BY 65179/DMH/DCG/VTN

-----------------------------------------------------------------

Case ID : 288A-LA-C221061                Serial : 98
                              ACLU-47

Exhibit C-2
129

---- Working Copy ----                                    Page    1

Precedence:  ROUTINE                        Date:  4/28/2006

To:  Los Angeles

From:  Los Angeles
              OPCA
              Contact: [                    ] ext. [        ]

Approved By: [                         ]         b6
Drafted By:  [                         ]         b6

Case ID #: 66F-LA-C236680 (Pending)

Title:  LOS ANGELES ARAB/MUSLIM/SIKH
           OMBUDSMAN PROGRAM.

Synopsis:  Document the April 28, 2006 Multi-Cultural Advisory
Committee (MCAC) meeting.

Enclosure(s):  Enclosed is the sign in sheet, agenda, and minutes
of the April 28, 2006 MCAC meeting.

Details:  On Monday, January 28, 2006, at 6 p.m., the monthly
Multi-Cultural Advisory Committee (MCAC) meeting was held at the
FBI Office in Westwood, California.  The following individuals
were in attendance:

     1.  [                         ]
     Omar Ibn Al-Khattab Foundation

     2.  [                         ]
     Iranian American Lawyers Association

     3.       Mohammed Aleem
     Shura Council of Southern California          b6

     4.  [                         ]
     MPAC

     5.  [                         ]     ALL INFORMATION CONTAINED
     CAIR                               HEREIN IS UNCLASSIFIED
                                        DATE 03-05-2008 BY 65179 DMH/HKG/VTA

     6.       SA [                    ]
     FBI Los Angeles

--------------------------------------------------------
Case ID : 188A-LA-C236680              Serial : 150
                    ACLU-48

Exhibit C-2
130

---- Working Copy ----                          Page      2

7.        ▮▮▮▮▮▮▮▮▮▮▮
Free Muslim Coalition Against Terrorism

8.        ▮▮▮▮▮▮▮▮▮▮
Islamic Society of Orange County

9.  ·     ▮▮▮▮▮▮▮▮▮
Council of Pakistan American Chamber of Commerce

10.       ▮▮▮▮▮▮▮▮
Department of Homeland Security

11.       ▮▮▮▮▮▮▮▮▮▮
Armenian Church

12.       ▮▮▮▮▮▮▮▮▮▮▮▮
Bahai Foundation

13.       ▮▮▮▮▮▮▮▮▮▮
Masjid Al-Faitha of America

14.       ▮▮▮▮▮▮▮▮▮                    b6
Inter Religious Federation for World Peace

15.       ▮▮▮▮▮▮▮▮▮▮▮▮
COPAA

16.       ▮▮▮▮▮▮▮▮▮▮
Pakistan -American Business Executives

17.       ▮▮▮▮▮▮▮▮▮
Council of Pakistan American Chamber of Commerce

18.       ▮▮▮▮▮▮▮▮▮▮
Department of Homeland Security

21.       ▮▮▮▮▮▮▮▮▮▮
Los Angeles Latino Muslim Association

22.       ▮▮▮▮▮▮▮▮
Council of Pakistan American Affairs COPAA

ACLU-49

Exhibit C-2
131

---- Working Copy ----                          ·Page    3

24.    [ ]
Former UC Irvine Muslim Student Union

25.    [ ]
Community Outreach Specialist

26.          SSA [ ]
FBI Los Angeles

27.    [ ]
Arab American Republican Club of Orange County          b6

28.    [ ]
MPAC

29.          ASAC Eric Velez
FBI Los Angeles

30.    [ ]
Associated Press

31.    [ ]

    SA [ ] informed that the next MCAC meeting will be
held on April 17, 2006.  Attached is the sign-in sheet, agenda,          b6
and minutes for the above meeting.

ACLU-50

Exhibit C-2
132

(Rev 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                           Date: 10/19/2006

To: Los Angeles

From: Los Angeles
      OPCA
      Contact: SA                          (310) 996-

Approved By:

Drafted By:                          bgg

Case ID #: 188A-LA-C236680        (Pending)

b6
b6
b2

Title: LOS ANGELES ARAB/MUSLIM/SIKH OMBUDSMAN
       PROGRAM

Synopsis: Document the October 16, 2006 Multi-Cultural Advisory
Committee (MCAC) Meeting.

Enclosure(s): Enclosed are the following documents: (1) the sign
in sheet, (2) agenda, (3) minutes of October 16, 2006 MCAC
Meeting, (4) November 19th 2006 town hall meeting flyer (5) two
flyers from U.S. Congresswoman Jane Harman regarding upcoming
events.

Details: On Monday, October 16, 2006, at 6:00pm, the monthly
Multi-Cultural Advisory Committee (MCAC) meeting was held at the
FBI Office in Westwood, California.  The following individuals
were in attendance:



1. Mohammed Aleem
   Shura Council of Southern California

2.

3.
   Italian American Lawyers Association

4.
   Omar Ibn Al Khattab Foundation

5.
   C.A.I.R.

6.
   Free Muslim Coalition Against Terrorism

b6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/EKG/VTA

ACLU-51

Exhibit C-2
133

To:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680, 10/19/2006



7.

8.
   Bahai Foundation

9.
   Council of Pakistan American Affairs

10.

11.

12.
   Ledtronics

13.

14.
   MPAC

15.
   C.A.I.R.

16. SSA
    FBI Los Angeles

17. SA
    FBI Los Angeles

18.
    FBI Los Angeles

19.
    FBI Los Angeles

20. ASAC Barbara Walls
    FBI Los Angeles

21.
    Congresswoman Jane Harman

22.
    MPAC

b6

    MCAC members were informed that the next meeting will
be held November 13, 2006 at 6:00pm

♦♦

2

ACLU-52

Exhibit C-2
134

*Multi Cultural Forum Sign-In*



Mr Mohammed Aleem

(310) 842-0004     (310) 633-6020     Aleem@islamiccry.com

b6

*Monday, October 16, 2006*

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/SEG/VTA

*Page 1 of 4*

ACLU-53

Exhibit C-2
135



Full Name    Sign-In    Work Phone    Mobile Phone    Email Address

b6

Monday, October 16, 2006

Page 2 of 4

ACLU-54

Exhibit C-2
136



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|------------|--------------|---------------|

b6

Monday, October 16, 2006

Page 3 of 4

ACLU-55

Exhibit C-2
137

## AGENDA FOR MONDAY, OCTOBER 16, 2006, MEETING OF THE MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

5:00 P.M. - 5:15P.M.          Meet and Greet

5:15 P.M. - 5:45 P.M.         Current Issues
                              *Meeting with Congresswoman Harman

5:45 P.M. - 6:30 P.M.         Discuss Town Hall Meeting
                              *November 19, 2006 - Anaheim
                              *Flyer

6:30 P.M. - 7:00 P.M.         Break/ Meal (break fast)

7:00 P.M.                     Conclusion

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DEH/MKG/YTA

ACLU-56

Exhibit C-2
138

## MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## OCTOBER 16, 2006 MEETING

**Announcements:**

- Next month's MCAC meeting will be on **11/13/06**, at 6 p.m. Please note that this is not the 3rd Monday of the month, as normally scheduled. We've changed the date to meet one last time before the Town Hall Meeting.

- Next Town Hall Meeting will be on Sunday 11/19/06 from 4-7 p.m. at the Brookhurst Community Center in Anaheim. No cost is attached, since we're being hosted by the city. We will have the hall from 2-8 p.m., so there will be sufficient time to set up and clean up.

- The meeting last week with Congresswoman Jane Harmon was an overall good meeting. There was nice interaction between MCAC and Harmon. She is also interested in using MCAC as a model for members of Congress (both parties!) among the community. She has also expressed interest in hosting regionally.

- Guest [ ] from Congressman Gary Miller's office (representing the 42nd b6 District) is joining MCAC today. He was invited b[ ] Also please welcome ASAC Barbara Walls.

**Town Hall Meeting:**

- We're in the process of revising the final draft of the TH Meeting flyer. It will be sent out to all of you via email within 48 hours. Please submit your revisions ASAP so that we can get it back out in the community.

- Ideas for immediate revision included: shrinking the 2 logos and offsetting them, creating a "hook" such as listing the subjects presented and advertising opportunity to "ask the FBI"

- The discussion about the MCAC logo briefly began, however, we will revisit this idea at a later time. For now, the logo will remain as is, due to time constraints.

- We will have free publicity with the OC newspaper. There will also be a press release/advisory for the media outlets from the FBI 24-48 hours before the event. ADIC Tidwell also mentioned a walk thru within the neighboring communities in order to advertise more.

- Congressional members will also be invited formally as well.

- Plans for refreshments are still being finalized.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HKG/VTA

ACLU-57

Exhibit C-2
139

**MCAC Website Update:**

- A treasurer is needed for the group. However, after⬚shed some light on legal issues in terms of MCAC acting as an "entity", it was decided that IslamiCity will cover the cost of the site/hosting, and we will be a client of theirs. We will receive an invoice each month, and pay directly to IslamiCity.

b6

- Since Washington Mutual identifies MCAC as an "unincorporated entity", ideas of future decisions on the topic of alliance vs. entity were discussed.⬚advised that WAMU was inaccurate in stating that we'd be an "entity", and that legally, we would be considered an alliance. We're all in agreement that a long term solution is to be discussed at a later date.

ACLU-58

Exhibit C-2
140

# Town Hall Meeting

## Sunday, November 19th, 2006

### Join members of the Multi-Cultural Advisory Committee (MCAC) & Special Agents of the FBI for an educational session.

 

Relationships Based on Mutual Respect, Understanding, and the Upholding of Constitutional & Civil Rights

### Members of the MCAC include the following organizations:

- Bahai Faith- Beverly Hills Spiritual Assembly
- Council of Pakistan American Affairs
- Council on American Islamic Relations
- Free Muslims Coalition
- Interview Religious Federation for World Peace
- Iranian American Lawyers' Association
- Islamic Society of Orange County
- Islamic Center of Southern California
- LA County Sheriff's Advisory Council
- LA Latino Muslim Association

- Muslim Public Affairs Council
- Masjid Al-Fatiha of America
- Maleki Foundation
- Omar Ibn Al Khattab Foundation
- Council of Pakistan American Chamber of Commerce
- Pakistan-American Business Executives
- Shura Council of Southern California
- Sikh Society
- Syriac Orthodox Foundation
- US COPTS Association

Location
Brookhurst Community Center
2271 West Crescent Avenue, Anaheim, CA 92801
(Directions attached)

Time: 4:00 p.m. - 7:00 p.m.

Refreshments served.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HKG/VTA

ACLU-59

Exhibit C-2
141

# U.S. CONGRESSWOMAN JANE HARMAN

### Cordially invites you to attend a

## *FILM SCREENING & DISCUSSION ON*

# THE THREAT OF NUCLEAR TERRORISM

*Showing the 45-minute docudrama "Last Best Chance" followed by a panel of experts discussing the threat posed to our communities by what the 9-11 Commission called "loose nukes."*

| West Los Angeles/LAX Screening | Port of Los Angeles Screening |
|---|---|
| **Tuesday, October 24, 2006**<br>6:00 PM to 8:30 PM | **Wednesday, October 25, 2006**<br>6:00 PM to 8:30 PM |
| IMAN Cultural Center<br>3376 Motor Avenue<br>Los Angeles, CA 90034 | LA Harbor Commission Board Room<br>425 South Palos Verdes Street<br>San Pedro, CA 90731 |
| *Co-Sponsored by*<br>LA Councilmember Bill Rosendahl<br>Assembly Member Ted Lieu | *Co-Sponsored by*<br>LA Councilmember Janice Hahn<br>Assembly Member Betty Karnette<br>Committee on Port Safety and Security |

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HSC/YTS



*Last Best Chance* **is a film based on facts.**

➤ **Some events depicted may have already happened.**

➤ **Some may be happening now.**

➤ **All may happen in the near future if we don't act now to prevent them.**

There are more than 100 research reactors or related facilities worldwide with enough highly enriched uranium to potentially build a bomb. Some of this material is secured by nothing more than an underpaid guard and a chain link fence.

*Last Best Chance* is based on facts about inadequate security for nuclear weapons and materials around the world. Starring Fred Dalton Thompson ("Law and Order"), the film explores the national security threat posed by what the 9/11 Commission calls "loose" nuclear weapons.



## Please **RSVP** with Trevor Ash at (310) 643-3636
### or e-mail trevor.ash@mail.house.gov



ACLU-60

Exhibit C-2
142

# CONGRESSWOMAN JANE HARMAN
## ·AND
# COUNCILMEMBER BILL ROSENDAHL

  

ANNOUNCE

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HKG/TTA

# WESTSIDE OPEN HOUSE

### THURSDAY, OCTOBER 19, 2006
### 5:30 PM TO 7:00 PM
### LIGHT FOOD AND REFRESHMENTS PROVIDED

- Come and talk to Congresswoman Harman and Councilmember Rosendahl
- Learn about the services offered by their offices

## Located at the West Los Angeles Municipal Building

*1645 Corinth Avenue (1st Floor Lobby), West Los Angeles, CA 90025*
*Free parking located in the adjacent lot.*

### Please **RSVP** with Trevor Ash at (310) 643-3636
### or e-mail trevor.ash@mail.house.gov

ACLU-61

Exhibit C-2
143

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    06/24/2004

MOHAMMED ABDUL ALEEM (ALEEM), work address ███████
███████████████████████████ was contacted at his place of work.  After
being advised of the identities of the interviewing agents and the
nature of the interview, ALEEM voluntarily provided the following
information:

ALEEM founded a religious non-profit organization
called the HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL (HADI)
in 1995.  As part of that organization, a website was
maintained, ISLAMICITY.com (ISLAMICITY).  TJARA was another
company that operated under HADI.  HADI had eight employees, and
was located in Culver City.  The office was located in an office
park, with the names TJARA and HADI on the front door.

ISLAMICITY was the largest Islamic website in the
United States, according to ALEEM.  The website contained
articles about the religion, contributed from a variety of
sources.  ISLAMICITY received e-mail responses on a regular
basis from all kinds of people.  Sometimes the e-mails were
positive, and sometimes negative.  ISLAMICITY had received an e-
mail in September 2001 in response to an article title "Twin
Towers Viewed from a Western Minaret", which is attached to this
FD-302.  ALEEM was concerned with its threatening tone and
contacted the FBI.  The e-mail is attached to this FD-302.  Also
attached to this FD-302 are four other e-mails that are more
recent, and also have a threatening tone.

There has not been any physical vandalism done to the
office building or any of the employees' property, other than
some unusual markings carved into the window of the building two
months ago.  ALEEM did not report the graffiti to the police.
There had not been any personal confrontations towards any
employee.  None of the employees' identifying information is
listed on the website.  ALEEM did not think anyone knew that the
company ran the website, therefore the building and office was
relatively anonymous.

███████████████████████████████████████████████████████

Investigation on  06/22/2004     at  Culver City, California

File #  LA 266-0 - 407                          b6           Date dictated
        SA                         b7C          ALL INFORMATION CONTAINED
by  SA  ┌─────────────────────┐                HEREIN IS UNCLASSIFIED
        └─────────────────────┘                DATE 01-14-2008 BY 65179/DMH/DCG/VTX

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;

ACLU-62

Exhibit C-2
144

FD-302a (Rev. 10-6-95)

LA 266-0

Continuation of FD-302 of _____Mohammed Aleem_____ , On 06/22/2004 , Page __2__

ACLU-63

Exhibit C-2
145

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES IMAGE

MOHAMMED ABDUL ALEEM



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HRG/YTA

http://167.10.34.14/calphoto/dmv/response.asp?sid=7209163142006CPH2178015&action...   3/14/2006

ACLU-64

Exhibit C-2
146

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES IMAGE
MOHAMMED ABDUL ALEEM

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 6S179 DMH/HKG/VTA

http://167.10.34.14/calphoto/dmv/response.asp?sid=7209163142006CPH2178015&action...   3/14/2006

ACLU-64

Exhibit C-2
146



TO: FB09   FROM: CLETS   ... ███ ████ REQUESTED BY TE   NAL FB09
4DFZDFB09Z.ID                          03/14/06  09:49:2█

DATE:03-14-06*TIME:09:49*

DMV RECORD FOR LAW ENFORCEMENT USE ONLY

IDENTIFYING INFORMATION:

LATEST APP:

LICENSE STATUS:
  VALID*

DEPARTMENTAL ACTIONS:
NONE

CONVICTIONS:
NONE

FAILURES TO APPEAR:
NONE

ACCIDENTS:
NONE

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HKG/VPA

ACLU-65

Exhibit C-2
147



```
TO: FB09  FROM: CLETS ·           03/14/06  09:47:4.
4DFZDFBG9V.IH
RE:QHA.CAFBILA00.NAM/ALEEM, MOHAM     DATE:20060314 TIME:09:47:36      b6
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:         66FLA

RECORD #                 NAM
M95172618 ALEEM,MOHAMMED ABDUL
                                                                      b6
```

\*   \*   \*   \*   \*   \*   END OF MESSAGE   \*   \*   \*   \*   \*   \*   \*   \*

ACLU-66

Exhibit C-2
148

```
TO: FB09   FROM: NCIC              03/14/06  09:47:4.
4DFZDFB09V.IJ
NL01
CAFBILA00
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/ALEEM,MOHAMMED.SEX/M.RAC████████████,PUR/C.
END
```

ACLU-67

Exhibit C-2
149

TO: FB09   FROM: CLETS           *** PRINT REQUESTED BY TE   NAL FB09
4DFZDFB09Y.IH                       03/14/06  09:48:5b

RE: QHY.CAFBILA00.95172618.LOZA-66     DATE:20060314 TIME:09:48:54
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:[          ]-66FLA

CII/M95172618                                           b6

NAM/01 ALEEM,MOHAMMED ABDUL

NO CRIMINAL RECORD - APPLICANT FINGERPRINT ON FILE ONLY
        *    *    *         END OF MESSAGE     *    *    *

ACLU-68

Exhibit C-2
150

P. 02

## FBI Los Angeles
## Multi Cultural Advisory Committee Application

**Personal Data**

| Name: | ALEEM | MOHAMMED | ABDUL |
|---|---|---|---|
| | Last | First | Full Middle |

List all other names you have used, including nicknames and maiden names. If you have ever used any other surname, please indicate the time period this occurred and describe the circumstances. If you legally changed your name, please list the date, place, and court:

FAMILY NICKNAME ILMI

| Date of Birth: ▓▓▓ | Place of Birth: ▓▓▓▓▓▓ | Current Age: ▓▓▓ |
|---|---|---|
| Gender: Male ✓  Female ___ | Social Security Number: ▓▓▓▓▓▓ | |

**Address and Point of Contact**

| Current Address: ▓▓▓▓ | | | |
|---|---|---|---|
| Street | City | State | Zip Code |
| Home Phone: ▓▓▓▓ | Work Phone: ▓▓▓▓ | | |
| Cellular Phone: ▓▓▓▓ | E-Mail: ▓▓▓▓ | | |

Please provide the name and telephone number of a relative, friend, or associate we can contact in case of an emergency:

▓▓▓▓▓▓▓▓

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HKG/VTA

**Employment Information**

| Current Employer: ▓▓▓▓▓▓ | | | DEA |
|---|---|---|---|
| Business Address: ▓▓▓▓▓▓ | | | |
| Street | City | State | Zip Code |
| Job title: ▓▓ | Length of time with present employer: 5 yrs |
| Company Website (if applicable): ▓▓▓▓ | |
| Brief description of business/duties: ▓▓▓▓▓▓ | |

ACLU-69

Exhibit C-2
151

P. 02

**Relatives**

Spouse's full name: ▮▮▮▮▮▮▮▮▮▮▮    Date of birth: ▮▮▮▮▮▮▮▮

Spouse's place of employment, position, and business address:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Organizational Memberships / Community Service*

Please list any organizations, associations, or community groups to which you belong:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please identify the person who has nominated you to attend:

_SHAKEEL SYED_

ACLU-70

Exhibit C-2
152

P. 04

TOTAL P.04

*Referral*
*Authorization to Conduct Law Enforcement Check*

Have you been arrested within the last 6 months?          Yes _____ No ✓

Have you ever been convicted of a felony or serious misdemeanor?   Yes _____ No ✓

If you entered "yes" to either question, please provide details including date, place, law
enforcement agency, court, charge, and disposition:

_____

_____

_____

I hereby authorize the FBI to conduct a standard check of law enforcement records pursuant to
my application to the FBI Multi Cultural Advisory Committee. I understand this check will
include, but not be limited to, any record of arrests, prosecutions or convictions for criminal
or civil offenses, state or federal. Any information obtained through this record check will
be used exclusively for the purpose of determining my eligibility for a security clearance to
allow me to participate in the Multi Cultural Advisory Committee. My consent is valid for three
months from the date of my authorization appearing below.
I also understand that concealing a material fact on this application can be the basis for
rejection of my application to the FBI Multi Cultural Advisory Committee.

MOHAMMED ABDUL ALEEM                    ████████████                 2.15.06
Full Name (Typed or Printed)         Full Name (Signature)              Date

Return this form with attached essay to:

**FBI Los Angeles**
**Community Outreach Program (Los Angeles OPCA)**
11060 Wilshire Boulevard, Suite 1100,
Los Angeles, CA 90024

or

fax to (310) 996-3345

ACLU-71

Exhibit C-2
153



**Human Assistance & Development International**

*Social Economic Educational Scientific*

| | | | |
|---|---|---|---|
| **To:** | Norma Loza | **Fax:** | ████████ |
| **From:** | Mohammed A. Aleem | **Date:** | 2/15/2006 |
| **Re:** | Multi Cultural Advisory | **Pages to Follow:** 3 |
| **CC:** | | | |

Hi Norma,

Please find attached the completed application for the Multi Cultural Advisory Committee that was sent to me by Shakeel.

If you have any questions please let me know.

Aleem-



ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DHH/HKG/VTA

Human Assistance and Development International is approved as a tax-exempt organization under section 501 (c)(3) of the US Federal Tax Code (ID # 95-4348674).

P.O. Box 4598, Culver City, CA 90231-4598
Tel: (310) 642-0006, Fax: (310) 568-9533
Eml: info@hadi.org

ACLU-72

Exhibit C-2
154

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 5/15/2006

**To:** Los Angeles

**From:** Los Angeles
      OPCA
      **Contact:** [ ] ext. [ ]

**Approved By:** [ ]                    b6
**Drafted By:** [ ] : nil                    b2

**Case ID #:** 66F-LA-C236680 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
      OMBUDSMAN PROGRAM.

**Synopsis:** Document the May 15, 2006 Multi-Cultural Advisory Committee (MCAC) meeting.

**Enclosure(s):** Enclosed are the following documents: (1) the sign in sheet, (2) agenda, (3) minutes of the May 15, 2006 MCAC meeting, (4) FBI Los Angeles Press Release in Response to ACLU FOIA Requests, (5) hard copy of fbi.gov website concerning FOIA, (6) FOIA FACTS, and (7) Multi-Cultural Advisory Committee's List of Frequently Asked Questions By The Public.

**Details:** On Monday, May 15, 2006, at 6 p.m., the monthly Multi-Cultural Advisory Committee (MCAC) meeting was held at the FBI Office in Westwood, California. The following individuals were in attendance:

1. [ ]
Omar Ibn Al Khattab Foundation

2. [ ]                    b6
Iranian American Lawyers Association

3.     Mohammed Aleem
Shura Council of Southern California

4.
MPAC [ ]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HKG/VTA

136 NL01.06

Exhibit C-2
155

To:  Los Angeles   From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 5/15/2006

5.
CAIR

6.        SA
FBI Los Angeles                                          .b6

7.
Free Muslim Coalition Against Terrorism

8.
FBI Los Angeles

9.        ADIC Steven Tidwell
FBI Los Angeles

10.        Chief Sandra Hutchens
Los Angeles Sheriff's Department

11.
Armenian Church

12.
Bahai Foundation

13.                          b6
Masjid Al-Faitha of America

14.        Commander Michael Downing
Los Angeles Police Department

15.
Council of Pakistan American Affairs COPAA

2

ACLU-77

Exhibit C-2
156

To: Los Angeles  From: Los Angeles
Re: 66F-LA-C236680 (Pending), 5/15/2006

16.
Pakistan -American Business Executives

17.
US COPTS

18.
Sikh Foundation

b6

19.
CAIR

20.
·CAIR

21.
Council of Pakistan American Affairs COPAA

22.
Islamic Society of Orange County

23.
Community Outreach Specialist

24.    SSA
FBI Los Angeles

SA [ ] informed that the next MCAC meeting will be
held on June 19, 2006. Attached is the sign-in sheet, agenda,
minutes of the meeting, LAFO's Press Release in response to the
ACLU FOIA requests, a hard copy of the fbi.gov website concerning
FOIA, FOIA fact sheet, and MCAC's frequently asked questions by
the public.

♦♦

3

ACLU-78

Exhibit C-2
157

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## MAY 15, 2006  MEETING

**Current Events:**

- Future Membership: MCAC Members were asked to suggest organizations that are currently under-represented within the FBI MCAC. LAFO is currently compiling a list of various groups that may be considered for future involvement. Suggestions must be of community based leadership, with constituents and a specific organization.
- LAFO would like to hold it's second Town Hall Meeting in Orange County. Members stated that the best time of year would be September, as most of their constituents are on holiday. Possible location ideas include Santa Ana P.D. facility and the Orange County Islamic Center.
- The possibility of a separate MCAC Orange County branch was discussed.
- SA[＿＿＿＿＿＿＿＿＿＿]was introduced as the new Community Outreach Coordinator.                                                                                    b6
- Guest speakers included LAPD Commanding Officer Michael Downing and LASD Chief of Homeland Security Sandy Hutchins.
- MCAC Members where updated on the Name Check Program.  FAQs available on the fbi.gov website.  MCAC members were instructed the community of the availability of this information.  The completed Name Check Power Point presentation will be available next month.
- MCAC members were updated on the new policy with respect to CIS submissions of "Name Check" requests.  CIS must requests name checks to be expedited.

**Information on FOIA:**

- ADIC Tidwell briefed the MCAC Members about the current FOIA procedures with respect to documents requested of the FBI.. Handouts included FOIA fact sheet, FBI Website regarding FOIA, and Press Release in Response to ACLU FOIA filing.   MCAC Members where instructed to share such information with their constituents.

**Youth Advisory Committee:**

- Youth Advisory Committee update: next meeting will be June 5th at 5:30 p.m. Currently, MCAC Member[＿＿＿＿＿＿＿]nformed that the Youth Steering Committee is presently in the process of  contacting different organizations in order to get a membership base.

**MCAC Member Matters**                                                                             b6

- MCAC Member[＿＿＿＿＿＿＿]informed of community outreach program he is involved in regarding loan and mortgage fraud.  If any individual organization is interested in learning more about such program, they may contact[＿＿＿＿＿＿＿]

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DHH/HKG/VTA

ACLU-79

Exhibit C-2
158

**AGENDA FOR May 15, 2006 MEETING OF THE
MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)**

6:00P.M. - 6:15P.M.     Meet and Greet

6:15P.M. - 6:30 P.M.     Introduction of Guests
- Chief Sandra Hutchens,
  Los Angeles County Sheriff's Department
- Commander Michael Downing,
  Los Angeles Police Department

6:30P.M. - 7:00P.M.     Current Issues
- FOIA
- Orange County Town Hall Meeting
- Name Check Update
- Request from UCLA Professor

7:00P.M. - 7:10P.M.     Break

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2006 BY 65179 DMH/HKG/TTA

7:10 P.M. - 7:40 P.M.     MCAC Membership
- Expansion/under represented groups
- Process/requirements for new members

7:40 P.M.-7:55 P.M.     Youth Advisory Committee Status
- Next Meeting

7:55 P.M. - 8:00 P.M.     Closing Remarks

ACLU-80

Exhibit C-2
159

ADIC J. Stephen Tidwell:

The FBI will address the ACLU's FOIA request. As we have said in the past, the FBI does not investigate anyone based on their lawful activities, religious or political beliefs. There are instances where specific information is received about an individual where investigative steps may be taken, or interviews conducted.  In each case these steps are taken within the existing Department of Justice Guidelines and the law.

The FBI, locally and nationally, has also sought to increase its outreach to diverse communities through programs dedicated to enhancing relations, particularly with religious and civic groups from the Muslim and Sikh communities as well as Arab American groups.  The FBI's Los Angeles Office has spearheaded the Multi-Cultural Advisory Committee (MCAC), which includes leaders from the Shura Council, CAIR and MPAC among others.  On April 8th of this year, the Los Angeles FBI, in conjunction with MCAC, held its first Town Hall meeting to address concerns of the Muslim, Arab, Sikh, Coptic and Middle Eastern Christian communities.  We have also sought to increase the participation of these community leaders in the FBI's "Citizens Academy" program, as well as other FBI sponsored activities.  We believe open, honest and continuous dialogue is the only way to build and maintain trust and confidence.  We are pleased that so many in the diverse communities we serve have agreed to be our partners in these efforts.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HKG/YTA

ACLU-81

Exhibit C-2
160

### FOIA FACTS

1.   ALL FOIA REQEUSTS ARE NOW PROCESSED AT FBIHQ. IF YOU
FILE A FOIA REQUEST WITH THE LOS ANGELES FBI, IT
WILL BE SENT TO FBIHQ AND YOU WILL RECEIVE A LETTER
FROM THE LOS ANGELES FIELD OFFICE TO THAT EFFECT.
IT WILL PROBABLY DELAY YOUR REQUEST, SO SEND ALL
REQUESTS DIRECTLY TO FBIHQ.

2.   YOUR REQUEST FOR DOCUMENTS HAS TO BE SPECIFIC AS
PROVIDED FOR UNDER THE FOIA STATUTE. BASICALLY,
DESCRIBE THE RECORDS YOU ARE REQUESTING IN ENOUGH
DETAIL.   GENERALLY, A RECORD IS REASONABLY DESCRIBED
WHEN THE DESCRPTION CONTAINS SUFFICIENT FILE-RELATED
INFORMATION (TYPE OF DOCUMENTS, TITLE, SUBJECT AREA,
DATE OF CREATION, ORIGINATOR, ETC.) FOR EXAMPLE, IF
YOUR FOIA REQUEST IS MADE DIRECTLY TO FBIHQ, AND YOU
REQUEST SPECIFIC DOCUMENTS AND DO NOT SPECIFY THE
LOCATION, YOU WILL PROBABLY ONLY GET FBIHQ FILES.
IF YOU WANT TO KNOW IF THE LOS ANGELES FIELD OFFICE
HAS ANY DOCUMENTS, THEN YOU HAVE TO INCLUDE THE
SPECIFIC LOCATION, LOS ANGELES, IN YOUR REQUEST FOR
DOCUMENTS. IT IS IMPORTANT TO REVIEW THE STATUTE FOR
THE SPECIFIC INFORMATION NECESSARY IN A FOIA REQUEST.

3.   REQUESTS ARE TAKEN ON A FIRST COME,FIRST SERVE BASIS.

4.   THIS YEAR, WITH THE VAST INCREASE IN POLITICAL
CONCERNS, THERE HAS BEEN 4X THE NUMBER OF FOIA
REQUESTS.   BASICALLY, THEY ARE BACKLOGGED!

5.   DEPENDING ON THE COMPLEXITY OF THE REQUEST, IT COULD
TAKE UP TO A YEAR.

6.   ON OUR WEBSITE (WWW.FBI.GOV) THERE IS A PHONE NUMBER
WHICH YOU CAN CALL TO GET THE STATUS OF YOUR REQUEST.
YOU NEED TO KNOW YOUR FOIA NUMBER.  WITHIN 20 DAYS
FROM THE DATE THE FBI RECEIVES YOUR REQUEST YOU WILL
GET A LETTER FROM FBIHQ STATING THAT THEY RECEIVED
YOUR REQUEST AND THAT YOU HAVE BEEN ASSIGNED A
CERTAIN FOIA NUMBER. IF YOU HAVE NOT RECEIVED THIS
LETTER WITHIN 2 MONTHS OF YOUR SUBMISSION, CALL/
WRITE TO FBIHQ AND INFORM THEM OF SUCH.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HKG/VTA

ACLU-82

Exhibit C-2
161

Federal Bureau of Investigation - ...dom of Information Privacy Act                    Page 1 of 3



**Federal Bureau of Investigation**
www.fbi.gov

**Freedom of Information-Privacy Act**
foia.fbi.gov

## Welcome to the FBI's FOIA Website

Here you will find one-stop shopping to request information that may be found in the FBI's Central Records System. What kind of information?

... Information about an organization, business, investigation, historical event, or incident.

... Information about a third party.
... Information about a deceased person.
... Information about yourself.

Each of these requests uses a different form or process, all carefully described in our sections on FOIA Request Instructions and Privacy Act Instructions, accessible on the right hand menu.

Here you will also find one-stop browsing of the FBI's FOIA Reading Room Index of our most frequently requested documents available for reading at FBI Headquarters in Washington, DC...and a separate index of our ever expanding Electronic Reading Room, where you can read our most popular documents from the comfort of your own computer. Here you will find everything you wanted to know about spies, gangsters, famous people, history, and unusual case from our files.

Want to do research at The FBI Reading Room? It is located at FBIHQ, 935 Pennsylvania Avenue, NW, Washington, DC; hours, 8:30 am to 2:30 pm. You are required to make appointments 48 hours in advance of arriving; please call 202-324-8057 to make your appointment.

The following are FOIA officers and contact numbers:

Section Chief, Record Information/Dissemination Section (RIDS)
David M. Hardy

FOIA Requester Service Center (RSC)
(202) 324-9486

Please call the RSC number to inquire about the status of an existing FOIPA request or to acquire information

**Left navigation menu:**
- FBI Priorities
- About Us
- Press Room
- What We Investigate
- Counterterrorism
- Directorate of Intelligence
- Most Wanted
- Law Enforcement Services
- Your Local FBI Office
- Reports & Publications
- FBI History
- For the Family
- FOIA Library Requests
- Employment
- How Do I...
- Search
- Home

- Submit A Tip
- Apply Today
- Links
- Contact Us
- Site Map
- Privacy Policy

**Right navigation menu:**
- Introduction
- Reading Room Index
- Electronic Reading Room
- FBI File Fact Sheet (pdf)
- FOIA Request Instructions (pdf)
  - FOIA Request Form (pdf)
  - Privacy Waiver and Certificate of Identity Form (pdf)
- Privacy Act Instructions (pdf)
  - Privacy Act Request Form (pdf)
- Privacy Impact Assessments
- Major Information Systems
  - Central Records System
  - Fingerprint Identification Records System
  - National Crime Information Center
  - National DNA Index System
  - National Instant Criminal Background Check System
- DOJ Reference Guide
- U.S. DOJ FOIA
- Search

ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED.
DATE 03-05-2008 BY 65179 DMH/HKG/VTA

ACLU-83

http://foia.fbi.gov/

5/15/2006

Exhibit C-2
162

Federal Bureau of Investigation - Freedom of Information Privacy Act                    Page 2 of 3

| | |
|---|---|
| | about submitting a new FOIPA request. |
| **FOIPA Public Information Officer (PIO)** Gloria Ralph-McKissic (202) 220-1122 | Please call the PIO number for other FOIPA matters such as narrowing the scope of a voluminous request, expedite processing, conducting research, duplication fees, etc. |
| **FOIPA Public Liaison Officer (PLO)** Nancy L. Steward (540) 545-2809 | Please call the PLO number if you have concerns about information received about the FOIPA after contacting either the RSC or the PIO. |

**A little bit about our operation—brought to you by the Record/Information/Dissemination Section (RIDS) of the FBI's Records Management Division.**

- **Mission :** to effectively plan, develop, direct and manage responses to requests for access to FBI records and information. The requests and disclosure comply with the Freedom of Information and Privacy Acts (Title 5, United States Code, Section 552 and 552a), Executive Order 12958, as amended, Presidential, Attorney General, and FBI policies and procedures, judicial decisions, and other Presidential and Congressional directives. In furtherance of this mission, RIDS efforts are directed to appropriately release information in an efficient and effective manner protecting legitimate law enforcement, foreign policy, and national security and defense interests and to remain forthcoming to the American public.
- **Staff:** RIDS currently employs approximately 300 employees, most of whom are Legal Administrative Specialists. RIDS consists of 11 Units whose shared function is to intake, review, process, and release information in response to FOIA and Privacy Act requests.
- **Use of technology to expedite customer service:** We've moved to paperless processing through our FOIPA Document Processing Systems (FDPS), compliant with the legal requirements under E-FOIA for the electronic processing of requests for documents classified at the "Secret" level or below. The FDPS allows the FBI to scan official FBI paper files, documents, and correspondence, and then process them electronically rather than by the traditional method of redacting information manually on paper. RIDS is using the system for all new FOIA and Privacy Act requests.
- **Maintenance of FOIA reading rooms:** RIDS maintains the FBI Reading Room in FBIHQ. All

ACLU-84

Exhibit C-2
163

Federal Bureau of Investigation - Freedom of Information Privacy Act                    Page 3 of 3

Reading Room documents have been converted
to CD ROMs, each CD holding some 18,000
pages of text and photos. These can be
purchased on site for $15 per CD. RIDS also
maintains the Electronic Reading Room located on
this website.

**Get Acrobat
Reader**

All of these publications are in PDF (Portable Document Format). To view
them you will need to have the Adobe Acrobat Reader plug-in installed on your
computer. The Reader can be downloaded at no cost from Adobe's site on the
World Wide Web.

If you have difficulty accessing any material on this site because of a disability,
please contact us in writing or via telephone and we will work with you to make
the information available.

Freedom of Information/Privacy Act Section
202-324-5520

ACLU-85

Exhibit C-2
164

## MULTICULTURAL ADVISORY COMMITTEE'S (MCAC'S) LIST OF FREQUENTLY ASKED QUESTIONS BY THE PUBLIC

1. **Once an individual has learned that his/her name has been submitted to the FBI for a name check, how long should he/she wait before following-up regarding the results?**

The length of time it takes for a name check to be completed varies from name to name. Normally, a name is submitted by an agency, such as the United States Citizenship and Immigration Services (USCIS) on a data tape. Recent reports indicate that the National Name Check Program (NNCP) receives over 62,000 name checks every week, with over 27,000 coming from USCIS on a weekly basis. When a data tape comes in, the names on the tape are electronically checked against the Federal Bureau of Investigations (FBI's) Universal Index (UNI). The searches seek all instances of the individual's name appearing in both main files and reference files. A main file name is that of an individual who is, himself, the subject of an FBI investigation, whereas a reference is someone whose name appears in an FBI investigation. References may be associates, conspirators, or witnesses.

The majority of name checks submitted on a data tape are electronically checked and returned to the submitting agency as having "No Record" within 48 - 72 hours. A "No Record" indicates that the FBI's UNI database contains no identifiable information regarding a particular individual. Duplicate submissions (i.e., identically spelled names with identical dates of birth submitted within the last 120 days) are not checked, and the duplicate findings are returned immediately to the submitting agency.

A secondary manual name search conducted within 30 - 60 days usually identifies additional requests as having a "No Record." The remaining name checks (usually about 10% of the name checks originally submitted) are identified as possibly being the subject of an FBI record. At this point, the FBI record must now be retrieved and reviewed. If the record is available in the FBI's electronic record keeping system, it can be reviewed quickly. If not, the relevant information must be retrieved from an existing paper record. Review of this information determines whether the information is positively identified with the name check request. If the information is not identified with the request, the request is closed as a "No Record," and the requesting agency is notified as such.

The average time required to retrieve and review an FBI record for possible information related to a name check request is case specific - - it depends on the number of files an analyst must obtain (which is dictated by the number of "hits" on a name), the location and availability of those files, and the amount of information contained in a file. If a file is stored locally, an analyst will be able to obtain the file within a matter of days. If a file is located in a field office or other FBI location, the applicable information must be requested from that location. There are over 265 different FBI locations that could house information pertinent to a name check request. If a file is electronically available, an analyst will have immediate access to that file. Additionally,

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DHH/HKG/VTA          ACLU-86

Exhibit C-2
165

once an analyst receives the file, or the pertinent information contained in a file, the analyst must review it for possible information related to the name check request.

Many times, the delay associated with the processing of the remaining name checks is not the actual time it takes to analyze the information in a file for a name check, but the time it takes for an analyst to get to the name check request in order to analyze it. This is due to the constant volume of name checks, several million each year, combined with the FBI's current work on processing residual name checks from a batch of 2.7 million requests submitted by USCIS in December 2002, as compared to the NNCP's limited resources. Less than 1% of the requests are identified with a file containing possible derogatory information. If applicable, the FBI then forwards a summary of the derogatory information to the requesting agency. It is important to note that the FBI does not adjudicate the name check requests, but only provides available information to a requesting Agency for its adjudication process.

2. **If a person wishes to follow-up regarding the status of their name check, who is the appropriate person within the FBI to contact? Is there a liaison/ ombudsman for the public to contact?**

The FBI will only respond to status inquires from the Customer Agency. If a person wishes to follow-up regarding the status of their name check they should contact the organization receiving their original application. In Citizenship and Immigration cases, contact USCIS for a status.

3. **We know that there is a backlog because of 9/11, but why are there still some individuals waiting for two to three years for their results.**

See the response to Question Number 1 above regarding the length of time it takes to complete a name check.

4. **Regarding the backlog, is there an estimation of how much time before they are resolved?**

Unfortunately, the FBI is unable to provide an estimation of when the backlog will be completed. As stated in the answer to Question Number 1 above, each name check request is case specific.

5. **There are occasions where an individual's name has been submitted to the FBI and while the individual is awaiting the results, their documents expire (usually immigration related) and they are in "limbo." What is their recourse?**

Questions specifically involving immigration issues should be addressed to the Immigration authorities.

ACLU-87

Exhibit C-2
166

6. Do non-government agencies submit name check inquires to the FBI?

In addition to Federal agencies, the FBI's name check customers include Congressional committees, the Federal Judiciary, foreign police and intelligence agencies, and state and local criminal justice agencies.

7. On occasion, when someone has been waiting over a year for the results of their name check, immigration will say "FBI is still in the process of conducting a name check." However, when the FBI is asked about the status of their name check, the FBI's response is that the name check has been completed. What is the recourse?

If the FBI has provided information indicating that a name check submitted by USCIS is complete, it means that according to the FBI's name check database, the name check was completed and the information was forwarded to USCIS Headquarters in Washington, D.C. In such a case, an individual should again contact USCIS.

8. List the demographics of the names being checked? (i.e. country, race, etc.)

The name check requests submitted to the FBI cover many different demographics, which may vary depending upon the submitting agency requirements.

9. If someone has been waiting more than six months for the results of their name check, they have to resubmit their fingerprints to the FBI for review. Thus, for individuals waiting one, two, or three years for a name check, this becomes nonsensical. Why is resubmission of fingerprints required?

In accordance with policy established by the FBI's Criminal Justice Information Services (CJIS), fingerprints are valid for 15 months. If an application has not been completed during the 15-month validity period, the applicant will be fingerprinted again if the earlier set of prints resulted in a non-ident (no-record) response. If the earlier response was an indent (rap sheet), the local immigration office may obtain an updated rep sheet from CJIS instead of scheduling the applicant for another fingerprinting.

10. Why has there been an increase in name check requests made to the FBI?

As a result of the increase in post-9/11 counterterrorism and homeland security efforts, the number of FBI name checks has grown. Additionally, new laws, regulations, policies and Executive Orders, such as the Homeland Security and Presidential Directive 12, are now requiring National Agency Checks (NACs) resulting in FBI name checks where none were previously required.

ACLU-88

Exhibit C-2
167

**11. Who is able to make name check requests to the FBI?**

The FBI's name check customers include Federal agencies, Congressional committees, the Federal Judiciary, foreign police and intelligence agencies, and state and local criminal justice agencies.

**12. What kind of information is provided by the FBI to the requesting entity?**

As stated above, if the FBI's initial database search does not locate any identifiable information regarding a particular individual, the requesting entity will receive a response of "No Record". If the initial database search yields a possible "hit", and an additional manual review results in no identifiable information regarding a particular individual, the requesting entity will also receive a "No Record" response. If a file is positively identified with a name check request, an employee reviews the file for possible derogatory information. If the information in the file is considered not pertinent to the request or not derogatory in nature, the requesting entity will be notified as such. If derogatory information exists, that information will also be passed to the requesting agency.

ACLU-89

Exhibit C-2
168



# Multi Cultural Forum Sign-In

| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|-----------|---------|-----------|--------------|---------------|
| Mr Mohammed Aleem | Mr. M. Aleem | ( 3+c) 642-cccb | 642-42 3ac-433 | Aleem@Islamicity.com |

b6

Monday, May 15, 2006

Page 1 of 3

ACLU-90

Exhibit C-2
169



Full Name | Sign-In | Work Phone | Mobile Phone | Email Address

b6

Monday, May 15, 2006

Page 2 of 3

ACLU-91

Exhibit C-2
170



ACLU-92

Full Name | Sign-In | Work Phone | Mobile Phone | Email Address

b6

Monday, May 15, 2006

Page 3 of 3

Exhibit C-2
171

(Rev 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE

Date: 2/21/2006

To: Los Angeles

From: Los Angeles
      OPCA
      Contact: [          ] ext. [      ]

Approved By: [                    ]                    b6
                                                       b2
Drafted By: [              ] : nil

Case ID #: 66F-LA-C236680 (Pending)

Title: LOS ANGELES ARAB/MUSLIM/SIKH
       OMBUDSMAN PROGRAM.

Synopsis: Document the March 20, 2006 Multi-Cultural Advisory
Committee (MCAC) meeting.

Enclosure(s): Enclosed is the sign in sheet, agenda, and minutes
of the February 21, 2006 MCAC meeting.

Details: On Monday, March 20, 2006, at 6 p.m., the monthly
Multi-Cultural Advisory Committee (MCAC) meeting was held at the
FBI Office in Westwood, California. The following individuals
were in attendance:

1. [              ]
Council of Pakistan American Affairs

2. [              ]
Iranian American Lawyers Association

3. [              ]                                 b6
CAIR

4. [              ]
MPAC

5. [              ]
USC Muslim Student Association

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HKG/VTA

ACLU-93              52NL01.06

Exhibit C-2
172

To: Los Angeles   From: Los Angeles
Re: 66F-LA-C236680 (Pending), 2/21/2006

6.      SA ▊
FBI Los Angeles

7.      ▊
Free Muslim Coalition Against Terrorism

8.      ▊
Syriac Orthodox Foundation

9.      ▊
COPTIC Church

10.     ▊                                          b6
Department of Justice, Community Service Relations

11.     ▊
Armenian Church

12.     ▊
Bahai Foundation

13.     ▊
Masjid Al-Fatiha of America

14.     ▊
Inter Religious Federation for World Peace

15.     ▊
Sikh Community

17.     ▊
Department of Homeland Security

18.     ▊
Islamic Center of Southern California

2

ACLU-94

Exhibit C-2
173

To: Los Angeles  From: Los Angeles
Re: 66F-LA-C236680 (Pending), 2/21/2006

19. _____
Council of Pakistan American Affairs

20. _____
Council of Pakistan American Chamber of Commerece

21. _____
UC Irvine Muslim Student Union

22. _____
Pakistan-American Business Executives

23.      Mohammed Aleem
Shura Council

24. _____
Pakistan-American Business Executives

25. _____
UCLA Student

26.      SAC Warren Bamford
FBI Los Angeles

27.      SSA _____
FBI Los Angeles

28.      ASAC Barbara Walls
FBI Los Angeles

29. _____
Muslim Student Assocation West

30. _____
UCLA Student

b6

3

ACLU-95

Exhibit C-2
174

```
To:  Los Angeles  From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 2/21/2006
```

b6

```
     SA [          ] nformed that the next MCAC meeting will be
held on March 20, 2006.  Attached is the sign-in sheet, agenda,
draft town hall flyer, and minutes for the above meeting.
```

♦♦

4

ACLU-96

Exhibit C-2
175

AGENDA FOR THE MARCH 20, 2006
MULTI-CULTURAL ADVISORY COMMITTEE MEETING

6:00-6:15pm     Meet and Greet

6:15-6:25pm     Presentation by MCAC Member ☐          b6
                ☐ regarding Youth Advisory Meeting

6:25-6:40pm     Introduction Of New Counter Terrorism
                Special Agent In Charge Warren Bramford

6:40-7:00pm     Current Issues
                * Islamic Center of Claremont
                    Incident Update

7:00-7:10pm     Break         ALL INFORMATION CONTAINED
                              HEREIN IS UNCLASSIFIED
                              DATE 03-05-2008 BY 65179 DMH/BRO/VTA

7:10-8:00pm     Town Hall Meeting
                * Structure of Town Hall Meeting
                * Speakers
                * Moderator
                * Press
                * MCAC Logo
                * Set Up and Break Down

8:00pm          Conclusion

ACLU-97

Exhibit C-2
176

## FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)
## MARCH 20, 2006  MEETING

**Current Events:**

- Description of Iranian New Year
- Advisory Council Youth update by MPAC member ⬚
- Introduction of new Counter Terrorism  SAC Warren Bamford

**Town Hall Meeting Section:**

b6

- Final edition of flyer will be emailed shortly (entitled final320.doc)
- Approximately 14 FBI employees (subject matter experts) will be present at the meeting
- Meeting schedule is 10:30 am - 1:00 pm
- Initial meeting will be solely FBI question & answer.  We will invite other agencies to future town hall meetings.
- MCAC's spokesperson at the Town Hall meeting will be ⬚ and the Town Hall moderator will be ⬚
- FBI press advisory will go out shortly announcing the event.
- All MCAC members need to advertise the event with their constituents.
- Coordinate ideas with ⬚ in reference to ADIC Tidwell's offer to cover expenses for newsmedia outlet running ads for the meeting.
- Each entity present at the meeting should provide an informational flyer/pamphlet about the organization represented
- Maximum occupancy of the room is 300.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/BKG/VTA

1

ACLU-98

Exhibit C-2
177



# TOWN HALL MEETING



## PRESENTED BY:

## THE FBI AND MULTI-CULTURAL ADVISORY COMMITTEE (MCAC)

Join members of MCAC and Special Agents from the Los Angeles FBI Office at Exposition Park for an informal question and answer session.

### LEARN ABOUT:
- Civil Rights
- Internet Crimes
- Crimes Against Children
- MCAC

- Gangs/Organized Crime
- Identity Theft
- Employment with the FBI
- Myths and Facts about the FBI

- Hate Crimes
- Counter Terrorism
- Public Corruption

### Location: Exposition Park Community Center
3980 South Menlo Avenue, Los Angeles (Directions Attached)
### Date: Saturday, April 8th, 2006
### Time: 10:30 a.m. - 1:00 p.m.
### Refreshments Served

Members of the MCAC include the following organizations:

Bahai Faith- Beverly Hills Spiritual Assembly
Council of Pakistan American Affairs
Council on American Islamic Relations
Free Muslims Coalition
Inter Religious Federation for World Peace
Iranian American Lawyers' Association
Islamic Center of Orange County
Islamic Center of Southern California
LA County Sheriff's Advisory Council
LA Latino Muslim Association

Muslim Public Affairs Council
Masjid Al-Fatiha of America
Maleki Foundation
Omar Ibn Al Khattab Foundation
Pakistani Chamber of Commerce
Pakistan-American Business Executives
Shura Council of Southern California
Sikh Society
Syriac Orthodox Foundation
US COPTS Association

ACLU-99

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 03-05-2008 BY 65179 DMH/HMG/VTA

Exhibit C-2
178



ACLU-100

Exhibit C-2
179

*Relatives*

Spouse's full name:                              Date of birth:

Spouse's place of employment, position, and business address:

.b6

*Organizational Memberships / Community Service*

Please list any organizations, associations, or community groups to which you belong:

Please identify the person who has nominated you to attend:

SHAKEEL SYED

Exhibit C-2
180



### Human Assistance & Development International

**Social Economic Educational Scientific**

| | | |
|---|---|---|
| **To:** | **Fax:** | |
| **From:** | **Date:** | 2/15/2006 |
| **Re:** Multi Cultural Advisory | **Pages to Follow:** 3 | |
| **CC:** | | b6 |
| | | b2 |

Hi

Please find attached the completed application for the Multi Cultural Advisory Committee that was sent to me by Shakeel.

If you have any questions please let me know.

b6 -4

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-14-2008 BY 65179/DHH/PCG2/TD

Human Assistance and Development International is approved as a tax-exempt organization under section 501 (c)(3) of the US Federal Tax Code (ID # 95-4348874).

P.O. Box 4598, Culver City, CA 90231-4598
Tel: (310) 842-0006, Fax: (310) 568-0533
Eml: info@hadi.org

ACLU-107

Exhibit C-2
181

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 2/21/2006

**To:** Los Angeles

**From:** Los Angeles
     OPCA
     **Contact:** _____ ext. _____                    b2
                                                                         b6

**Approved By:** _____

**Drafted By:** _____ : nil

**Case ID #:** 66F-LA-C236580 (Pending)

**Title:** LOS ANGELES ARAB/MUSLIM/SIKH
      OMBUDSMAN PROGRAM.

**Synopsis:** Document the February 21, 2006 Multi-Cultural Advisory Committee (MCAC) meeting.

**Enclosure(s):** Enclosed is the sign in sheet, agenda, proposed draft town hall flyer, and minutes of the February 21, 2006 MCAC meeting.

**Details:** On Tuesday, February 21, 2006, at 6 p.m., the monthly Multi-Cultural Advisory Committee (MCAC) meeting was held at the FBI Office in Westwood, California. The following individuals were in attendance:

1. _____
Omar Ibn Al Khattab Foundation

2. _____
Iranian American Lawyers Association

                                                  b6

3. _____
CAIR

4. _____
MPAC

5. _____
CAIR

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-14-2008 BY 65179/DHH/DCG/VFA

ACLU-108

Exhibit C-2
182

To: Los Angeles  From: Los Angeles
Re: 66F-LA-C236680 (Pending), 2/21/2006

6.  SA [redacted]
FBI Los Angeles

7. [redacted]
Free Muslim Coalition Against Terrorism

8. [redacted]
Syriac Orthodox Foundation

9. [redacted]
COPTIC Church

10. [redacted]
Department of Justice, Community Service Relations

11. [redacted]
Armenian Church

12. [redacted]                                    b6
Bahai Foundation

13. [redacted]
Masjid Al-Fatiha of America

14. [redacted]
Inter Religious Federation for World Peace

15. [redacted]
Sikh Community

17. [redacted]
MPAC

18. [redacted]
Immigration Attorney

19. [redacted]
Council of Pakistan American Affairs COPAA

20. [redacted]
Syrian Orthodox Church

21. [redacted]
Former UC Irvine Muslim Student Union

2

ACLU-109

Exhibit C-2
183

To:  Los Angeles   From:  Los Angeles
Re:  66F-LA-C236680 (Pending), 2/21/2006

     22.                
Pakistan-American Business Executives

     23.     Shakeel Syed
Shura Council

     24.
Pakistan-American Business Executives

     25.
UCLA Student

     26.     ADIC Stephen Tidwell
FBI Los Angeles

     26.     SSA
FBI Los Angeles

     27.
Sikh Community

b6

     SA ⬚ informed that the next MCAC meeting will be
held on March 20, 2006. Attached is the sign-in sheet, agenda,
draft town hall flyer, and minutes for the above meeting.

b6

◆◆

3

ACLU-110

Exhibit C-2
184

## *Multi Cultural Forum Sign-In*



Tuesday, February 21, 2006

b6

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-14-2008 BY 65179/DMH/pcc/vta

ACLU-111

Exhibit C-2
185



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address |
|---|---|---|---|---|

Tuesday, February 21, 2006

b6

Page 2 of 3

ACLU-112

Exhibit C-2
186



| Full Name | Sign-In | Work Phone | Mobile Phone | Email Address | |
|---|---|---|---|---|---|
| | | | | | b6 |
| | | | | | |
| Mr Shakeel Syed | | (714) 239-6473 | (310) 384-7791 | ssshakeel@gmail.com | |

b6

*Tuesday, February 21, 2006*                                                                                                          *Page 3 of 3*

ACLU-113

Exhibit C-2
187

<u>**FBI MULTI-CULTURAL ADVISORY COMMITTEE (MCAC) MINUTES**</u>
<u>**February 21, 2006 MEETING**</u>

**I.     COMMENCEMENT OF MEETING**

ADIC Stephen Tidwell greeted all the members and began the meeting.

**II.     AGENDA ITEMS**

**1.     FBI Family Day**

ADIC Tidwell informed and invited all the MCAC members of the upcoming FBI Family Day Event scheduled for April 8, 2006.

**2.     Media Issues**

ADIC Tidwell informed MCAC members that if they have any concerns regarding the FBI to address them with him before going to the media.   ADIC Tidwell stressed that he and other members of the Los Angeles FBI Field Office are available to address any such concerns.   This will further foster the relationship already established between MCAC members and the Los Angeles FBI Field Office.

**3.     Update on Claremont Mosque**

ADIC Tidwell informed that the FBI is vigorously investigating the threatening letter left at the Claremont Mosque. If the FBI releases any information to the press/public regarding the investigation, this information will be provided to the MCAC members at the same time.

**4.     Danish Lutheran Church Vandalism**

ADIC Tidwell informed of the vandalism discovered at Danish Lutheran Church in Yorba Linda. ADIC Tidwell explained that they had a description of the subject, but that the vandalism, i.e. writing, had already been painted over before the FBI could view such. At this point, it is unclear the motive of the perpetrator.   ADIC Tidwell stressed to the MCAC members to inform their community members that if any vandalism is found not disturb the vandalized area, i.e. cover, paint over, etc., as evidence could be destroyed.

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-14-2008 BY 65179/DMH/DCG/VTA

ACLU-114

Exhibit C-2
188

**5.    Name Check Power Point Presentation**

The FBIHQ Name Check Power Point presentation was reviewed by the MCAC members and their comments and suggestions were provided to ADIC Tidwell for their dissemination to FBIHQ.  The following comments/suggestions were provided:

1.  Above all, assume that the intended audience of the PowerPoint Presentation does not have any knowledge of FBI terms and of the government process. Please ensure all terms and "processes" are explained.

2.  Slide 2 – Need to spell out acronyms. (Do this for all slides where the acronyms have not been previously spelled out).

3.  Slide 3 – Clarify chart. What are these sections and how do they play into name checks?

4.  Slide 5 - Would not use the term "customers."  Instead, specify the types of entities that request name checks, i.e government agencies, etc.

5.  Slide 5 – Explain the "Central Records System."

6.  Slide 6 – Explain when and why "Immigration" was required to request name checks from the FBI?

7.  Slide 7 – After this slide, the next slide should include an explanation of why there was an increase in requests in FYO3.

8.  Slide 13 – Explain what process takes place for review of the 10% of names found to have "records."  Explain why it takes so long to get results for the 10%. (In the alternative, in the backlog section, you may want to specify that this section refers to the 10%.  It is not clear).

9.  Slide 19 – What is the expected outcome of the "Short Term Improvements?"  What is the estimated reduction?

10.  Slide 21 – What is the expected outcome of the "Long Term Improvements?" What is the estimated reduction? What is the time frame?

The following frequently asked questions were suggested by the MCAC members as well:

1.  Once an individual has learned that his/her name has been submitted to the FBI for a name check, how long should he/she wait before following-up regarding the results?

2.  If a person wishes to follow-up regarding the status of their name check, who is the appropriate person within the FBI to contact? Are there a liaison/ ombudsman for the public to contact?

3.  We know that there is a backlog because of 9/11, but why are there still some individuals waiting for two to three years for their results.

4.  Regarding the backlog, is there an estimation of how much time before they are resolved?

5.  There are occasions where an individual's name has been submitted to the FBI and while the individual is awaiting the results, their documents expire (usually immigration related) and they are in "limbo."  What is their recourse?

6.  Do non-government agencies submit name check inquires to the FBI?

7.  On occasion, when someone has been waiting over a year for the results of their name check, immigration will say "FBI is still in the process of conducting a name check." However, when the FBI is asked about the status of their name check, the FBI's response is that the name check has been completed.  What is the recourse?

ACLU-115

Exhibit C-2
189

8.   List the demographics of the names being checked?  (i.e. country, race, etc.)
9.   If someone has been waiting more than six months for the results of their name check, they have to resubmit their fingerprints to the FBI for review. Thus, for individuals waiting one, two, or three years for a name check, this becomes nonsensical. Why is resubmission of fingerprints required?
10.   Why has there been an increase in name check requests made to the FBI?
11.   Who is able to make name check requests to the FBI?
12.   What kind of information is provided by the FBI to the requesting entity?

## 6.   Town Hall Meetings

The issue of town hall meetings was the final agenda topic discussed.   A draft flyer announcing the town hall meeting prepared by LAFO was distributed and discussed.  SA        informed that the flyer would be re-drafted with the proposed changes and additions.  MCAC member            b6
_____ informed that he was working with Councilman _____ in order to secure Exposition Park for the location of the town hall meeting.  MCAC member _____ informed that he had secured the refreshments for the event.

## 7.   Proposed February Meeting Topics

The proposed items for the next meeting included building a website for MCAC, new membership, and finalizing the details of the town hall meeting.

## III.   MEETING CONCLUDED

ACLU-116

Exhibit C-2
190

# UNCLASSIFIED

## DO YOU WANT TO KNOW WHAT THE FBI REALLY DOES???

 **FBI**

## HERE IS YOUR CHANCE TO ASK

**Special Agents from the Los Angeles FBI Office will be at [?] for an informal question and answer session.**

Learn About :
**CIVIL RIGHTS/HATE CRIMES/CRIMES AGAINST CHILDREN
VIOLENT GANGS/ORGANIZED CRIMES/COUNTER TERRORISM
INTERNET SCAMS/IDENTITY THEFT/PUBLIC CORRUPTION
AND MUCH, MUCH MORE**

**FBI Recruiters will also be available to answer your questions about employment opportunities with the FBI.**

**LOCATION: ?**
**DATE AND TIME: ?**

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-14-2008 BY 65179/DMH/DCG/VTA

This event is hosted by the Los Angeles Field Office of the FBI and the Multi-Cultural Advisory Committee, which includes the following organizations:

Bahai Foundation
Council on American Islamic Relations
Council of Pakistan American Affairs
Free Muslims Coalition
Inter Religious Federation for World Peace
Islamic Center of Orange County
Islamic Center of Southern California

L.A. Latino Muslim Association
Masjid Al-Faitha of America
Muslim Public Affairs Council
Omar Ibn Al Khattab Foundation
Pakistani Chamber of Commerce
Islamic Society of Orange County
Shura Council of Southern California

South Asian Network
Syriac Orthodox Church
Maleki Foundation
Sikh Society
US COPTS Association.



ACLU-117

Exhibit C-2
191

# AGENDA FOR THE FEBRUARY 21, 2006
## MULTI-CULTURAL ADVISORY COMMITTEE MEETING

6:00-6:10pm    Meet and Greet

6:10-6:20pm    Current Issues

6:20-7:20pm    Discussion Regarding Name Check
PowerPoint Presentation

7:20-7:30pm    Break

7:30-8:00pm    Town Hall Meeting Planning Update
- Review Proposed Town Hall Meeting Flyer
- Time/Date/Location of Town Hall Meeting
- Refreshments for Town Hall Meeting

8:00pm         Conclusion

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-14-2008 BY 65179/DMH/DCG/YTA

ACLU-118

Exhibit C-2
192

b2
b6
b7C

(Rev 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 09/18/2006

To: Los Angeles                  Attn: I-3

From: Los Angeles
        I-3
        Contact:

Approved By:

Drafted By:                            hae

Case ID #: 800D-LA-A242867    (Pending)

Title: INTELLIGENCE BRIEFING/LIAISON

Synopsis: Liaison meeting with CAIR.

Details: On 09/13/2006, SA [        ] met with Hussam Ayloush, Executive Director of the Southern California Council on American Islamic Relationship (CAIR). The meeting was coordinated in advance with SARA 7 and OPCA.

        The purpose of the meeting was to conduct liaison relationship with CAIR in order to facilitate future meetings with Islamic centers in the Southern California area. SA [        ] had tried to establish contact with some members of the Muslim community, but was told that CAIR had instructed the community not to talk to FBI agents without an attorney present. These instruction by CAIR could seriously hinder the FBI's efforts to establish a direct dialogue with the community with the hope of developing a channel for obtaining actionable intelligence.

        [        ] After introductions, Ayloush was very welcoming of SA [        ] visit, explaining that he was a very active member of the Los Angeles' office Community Outreach program. Ayloush went on to explain the relationship CAIR had with the FBI and the Muslim community. Ayloush further indicated that while the community is beginning to trust the FBI, it still has some ways to go to enhance that trust. On a personal level, Ayloush has tremendous respect to FBI agents, however, he does not extend the same respect to informants. Ayloush elaborated that FBI agents have to operate within strict rules and guidelines, however, informants often provide vindictive information to further their own interest, and this information often results in destroying a person's life. Ayloush went on to provide some example of historic incidents where a member of the community was arrested on minor charges resulting from informant's information.

ACLU-119

Exhibit C-2
193

To:  Los Angeles   From:  Los Angeles
Re:  800D-LA-A242867, 09/18/2006

b6
b7C

    As for CAIR's advise for community members to seek a
lawyer prior to talking to the FBI, Ayloush said that although he
knew that 95 percent of the FBI agents are professionals and
experienced, he does not know if the person requesting to
interview a member of the community was one of the 95 percent or
the other 5 percent. Therefore, he can not make a blanket
statement asking the community to fully cooperate without a
lawyer present. Ayloush did however mention that he may be able
to vouch for individual agents with whom he is familiar, such as
SA [          ] as they attempt to reach out to the community.

    Ayloush agreed with SA [          ] that it would be a
great benefit for the Muslim community in the United States to
actively participate with Law Enforcement in order to prevent the
next potential terrorist attack similar to the events in London.
Ayloush characterized the US Muslim community to be different
than that in Europe, the reason being is that European Muslims
are not provided an outlet to vent their anger and frustration.
Additionally, European Muslims are mostly denied the same
socioeconomic opportunities and advancements offered to their
non-Muslim counterparts, which lead to sentiments of isolation
and animosity. The US Muslim community, however, is well
integrated and has ample opportunity to voice their opinions and
concerns, and for such, the likelihood of a terrorist incident
being carried out by a US based second generation Muslims as in
London is less likely.

    At the end of the meeting Ayloush offered to assist SA
[          ] with reaching out to a broader audience within the
Muslim community by first holding meetings with the prominent
Islamic centers in Southern California, Such as [          ] and
the Vermont center, then reaching out to smaller mosques.

♦♦

2

ACLU-120

Exhibit C-2
194

```
04/20/07                     View Document Text                    b2
10:56:57                                                           b6       ECFVTOMO
                                                                  b7c        More : +

   Case ID . : 800D-LA-A242867              Serial : 360
   Responses :
   ----------------------------------------------------------------


Precedence: ROUTINE                     Date:  09/18/2006

To: Los Angeles                   Attn:  I-3

From:  Los Angeles
         I-3
         Contact:        [                          ]

Approved By:    [                      ]

Drafted By:     [                  ]hae

Command . . . .> ...............................................  +
F1=Help F3=Exit F4=Prompt F8=Fwd F12=Cancel F13=Attrib F14=List F16=NextDoc

4A0                                                        22,018
```

ACLU-121

Exhibit C-2
195

LA 44-0 SARA
RMC:rmc

b6
b7C

1

    The following investigation was conducted by SA ⬚ on 07/23/2002:

⬚ was contacted telephonically regarding a complaint that ⬚ made to the FBI on 07/10/2002.

    ⬚ was advised that the E-mail CAIR received on 07/05/2002 from LAZY BONES RECORDING did not rise to the level of a hate crime. ⬚ was told to contact the FBI if CAIR received further communications from that source.

*LA·44-0-SARA - 316*

**ACLU-122**

Exhibit C-2
196

FD-302 (Rev 10 6-95)

-1-

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    06/24/2004

MOHAMMED ABDUL ALEEM (ALEEM), ███████████████
█████████████████████████████████████████████████ cell
was contacted at his place of work. After being advised of the identities of the interviewing agents and the nature of the interview, ALEEM voluntarily provided the following information:

ALEEM founded a religious non-profit organization called the HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL (HADI) in 1995. As part of that organization, a website was maintained, ISLAMICITY.com (ISLAMICITY). TJARA was another company that operated under HADI. HADI had eight employees, and was located in Culver City. The office was located in an office park, with the names TJARA and HADI on the front door.

ISLAMICITY was the largest Islamic website in the United States, according to ALEEM. The website contained articles about the religion, contributed from a variety of sources. ISLAMICITY received e-mail responses on a regular basis from all kinds of people. Sometimes the e-mails were positive, and sometimes negative. ISLAMICITY had received an e-mail in September 2001 in response to an article title "Twin Towers Viewed from a Western Minaret", which is attached to this FD-302. ALEEM was concerned with its threatening tone and contacted the FBI. The e-mail is attached to this FD-302. Also attached to this FD-302 are four other e-mails that are more recent, and also have a threatening tone.

There has not been any physical vandalism done to the office building or any of the employees' property, other than some unusual markings carved into the window of the building two months ago. ALEEM did not report the graffiti to the police. There had not been any personal confrontations towards any employee. None of the employees' identifying information is listed on the website. ALEEM did not think anyone knew that the company ran the website, therefore the building and office was relatively anonymous.



Prior to

Investigation on    06/22/2004    at Culver City, California

File # LA 266-0 - 407    b6
SA ██████████████    b7C
by SA ██████████████

Date dictated
ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 01-14-2008 BY 65179/DMH/DCG/FTA

This document contains neither recommendations nor conclusions of the FBI  It is the property of the FBI and is loaned to your agency,

ACLU-123

Exhibit C-2
197

FD-302a (Rev 10-6-95)

LA 266~0

Continuation of FD-302 of ____ Mohammed Aleem _____ ,On 06/22/2004 , Page 2

ACLU-124

Exhibit C-2
198