JENNIE PASQUARELLA*
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1313 West Eighth St.
Los Angeles, CA 90017
Telephone: (213) 977-9236
Facsimile: (213) 977-5297
jpasquarella@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tasneem.dohadwala@probonolaw.com

Attorneys for Plaintiffs

*Pro Hac Vice Application Pending

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants. | Case No: SA CV07-01088-CJC (ANx)<br><br>[PROPOSED] ORDER<br><br>Hearing Date: April 20, 2009<br>Hearing Time: 1:30 p.m.<br>Judge: Hon. Cormac J. Carney |

Upon consideration of Defendants' Motion for Summary Judgment; Plaintiffs' Cross-Motion for Summary Judgment; and all arguments submitted by the parties in support of their respective motions,

IT IS HEREBY ORDERED that Plaintiffs' Cross-Motion for Summary Judgment is GRANTED, and Defendants' Motion for Summary Judgment is DENIED.

IT IS SO ORDERED.

DATED: November ___, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

*/s/ Tasneem Dohadwala*

TASNEEM DOHADWALA, SBN 218067
300 South Grand Avenue
34th Floor
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 621-5687

Attorney for Plaintiffs

1