1  JENNIE PASQUARELLA*
   MARK ROSENBAUM, SBN 59940
2  ACLU Foundation of Southern California
   1313 West Eighth St.
3  Los Angeles, CA  90017
   Telephone:  (213) 977-9236
4  Facsimile:  (213) 977-5297
   jpasquarella@aclu-sc.org
5
   TASNEEM DOHADWALA, SBN 218067
6  300 South Grand Ave., Suite 3400
   Los Angeles, CA  90071-3144
7  Telephone:  (213) 687-5627
   Facsimile:  (213) 621-5627
8  tasneem.dohadwala@probonolaw.com

9  Attorneys for Plaintiffs

10 *Pro Hac Vice Application Pending

11 GREGORY G. KATSAS
   Assistant Attorney General
12 ELIZABETH J. SHAPIRO
   MARCIA K. SOWLES, D.C. Bar No. 369455
13 Department of Justice, Civil Division
   Federal Programs Branch
14 P.O. Box 883
   Washington, D.C.  20530
15 Telephone:  (202) 514-4960
   Facsimile:  (202) 514-8470
16 marcia.sowles@usdoj.gov

17 Attorneys for Defendants

18                UNITED STATES DISTRICT COURT

19              FOR THE CENTRAL DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21 ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., | Case No: SA CV07-01088-CJC (ANx) |
| 22 | JOINT STIPULATION RE MOVING PRETRIAL AND TRIAL DATES |
| 23         Plaintiffs, | |
| 24    v. | Judge: Hon. Cormac J. Carney |
| 25 FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF | |
| 26 JUSTICE | |
| 27         Defendants. | |

28

1 | THE PARTIES THROUGH COUNSEL HEREBY STIPULATE AND AGREE:

2 |     1. On March 21, 2008, Defendants moved for summary judgment. On November 26, 2008, Plaintiffs filed a cross-motion for summary judgment. The parties will continue to brief these summary judgment motions until March 6, 2009, when Plaintiffs' will submit their reply brief in support of their cross-motion for summary judgment. The parties anticipate that all remaining issues will be resolved by the cross-motions for summary judgment and that trial will not be necessary.

    2. In light of the pending summary judgment motions, the parties stipulate to continue the scheduled Pretrial Conference from January 12, 2009 at 3:30 p.m. to September 14, 2009 at 3:30 p.m. and to continue the scheduled trial date from January 20, 2009 at 9:00 a.m. to September 22, 2009 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: January 6, 2009

                                                     TASNEEM DOHADWALA
                                                   Attorneys for Plaintiffs

Dated: January____, 2009

                                                     MARCIA K. SOWLES
                                                   Attorneys for Defendants

THE PARTIES THROUGH COUNSEL HEREBY STIPULATE AND AGREE:

1. On March 21, 2008, Defendants moved for summary judgment. On November 26, 2008, Plaintiffs filed a cross-motion for summary judgment. The parties will continue to brief these summary judgment motions until March 6, 2009, when Plaintiffs' will submit their reply brief in support of their cross-motion for summary judgment. The parties anticipate that all remaining issues will be resolved by the cross-motions for summary judgment and that trial will not be necessary.

2. In light of the pending summary judgment motions, the parties stipulate to continue the scheduled Pretrial Conference from January 12, 2009 at 3:30 p.m. to September 14, 2009 at 3:30 p.m. and to continue the scheduled trial date from January 20, 2009 at 9:00 a.m. to September 22, 2009 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: January ___, 2009

_____
TASNEEM DOHADWALA
Attorneys for Plaintiffs

Dated: January 6, 2009

*Marcia K. Sowles*
MARCIA K. SOWLES
Attorneys for Defendants

540844-Los Angeles Server 2A - MSW

1