JENNIE PASQUARELLA*
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1313 West Eighth St.
Los Angeles, CA 90017
Telephone: (213) 977-9236
Facsimile: (213) 977-5297
jpasquarella@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tasneem.dohadwala@probonolaw.com

Attorneys for Plaintiffs

*Pro Hac Vice Application Pending

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | Case No: SACV 07-01088-CJC(ANx) <br><br> [PROPOSED] ORDER RE MOVING PRETRIAL AND TRIAL DATES <br><br> Judge: Hon. Cormac J. Carney |

1 | IT IS HEREBY ORDERED that, in light of the parties' pending summary judgment motions, the Pretrial Conference scheduled for January 12, 2009 at 3:30 p.m. is continued to September 14, 2009 at 3:30 p.m. and the trial date scheduled for January 20, 2009 at 9:00 a.m. is continued to September 22, 2009 at 9:00 a.m.

DATED: January 8, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

_____
TASNEEM DOHADWALA, SBN 218067
300 South Grand Avenue
34th Floor
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 621-5687

Attorney for Plaintiffs