MICHAEL F. HERTZ
Acting Assistant Attorney General
JOHN TYLER
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS <br><br> Date: April 20, 2009 <br> Time: 1:30 p.m. <br> Judge: Hon. Cormac J. Carney |

Pursuant to Local Rule 56-2, defendants hereby submit the following statement of genuine issues of material facts. The following responses correspond to the paragraph numbers listed in Plaintiffs' Statement of Uncontroverted Facts filed on November 26, 2008. While defendants dispute plaintiffs' interpretation and characterizations of certain letters cited by plaintiffs, they do not believe that these disputes create genuine issues of material facts because the letters are the best evidence of their contents:

    1.    Defendants oppose plaintiffs' characterization of their request and

|  |  |
|---|---|
|  | refer the Court to the cited letter as the best evidence of the nature of plaintiffs' request. |
| 2. | No opposition. |
| 3. | Defendants have no record of the letter cited in paragraph. Defendants note that the letter is addressed to " FOIA Appeals Unit, Federal Bureau of Investigation," an entity which does not exist. Under the Department of Justice ("DOJ") regulations, appeals from Federal Bureau of Investigation's responses to FOIA requests are made to the DOJ's Office of Information and Privacy. 28 C.F.R. § 16.9. |
| 4. | No opposition. |
| 5. | No opposition. |
| 6. | No opposition. |
| 7. | Defendants oppose plaintiffs' characterization of the issues raised in their appeal to the Office of Information and Privacy and refer the Court to the cited letter, which is the best evidence of the nature of its content. |
| 8. | No opposition. |
| 9. | No opposition. |
| 10. | No opposition. |
| 11. | No opposition. |
| 12. | No opposition. |
| 13. | No opposition. |
| 14. | No opposition. |
| 15. | No opposition. |
| 16. | No response is necessary. |

Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

JOHN TYLER
Assistant Branch Director

  s/Marcia K.Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O Box 883
Washington, D.C.  20044
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendants