JENNIE PASQUARELLA*
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1313 West Eighth St.
Los Angeles, CA 90017
Telephone: (213) 977-9236
Facsimile: (213) 977-5297
jpasquarella@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tasneem.dohadwala@probonolaw.com

Attorneys for Plaintiffs

*Pro Hac Vice Application Forthcoming

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | Case No: SA CV07-01088-CJC (ANx) <br><br> DECLARATION OF TASNEEM DOHADWALA SUPPORTING PLAINTIFFS' REPLY IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT <br><br> Hearing Date: April 20, 2009 <br> Hearing Time: 1:30 p.m. <br> Judge: Hon. Cormac J. Carney |

# DECLARATION OF TASNEEM DOHADWALA

I, Tasneem Dohadwala, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before the United States District Court for the Central District of California. I am an attorney of record for Plaintiffs in this action. This declaration is provided in support of Plaintiffs' Reply In Support Of Their Cross-Motion For Summary Judgment. The following facts are within my own personal knowledge and, if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an article that appeared in the Los Angeles Times on March 1, 2009 entitled "OC Muslims say FBI surveillance has a chilling effect."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2009 in Los Angeles, California:

TASNEEM DOHADWALA, SBN 218067
300 South Grand Avenue
34th Floor
Los Angeles, CA 90071-3144
Tel: (213) 687-5627
Fax: (213) 621-5627
Tasneem.dohadwala@probonolaw.com

Attorney for Plaintiffs

---

DECLARATION OF TASNEEM DOHADWALA SUPPORTING PLAINTIFFS' REPLY IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT, CASE NO: SA CV07-01088-CJC (ANx)
1

549374-Los Angeles Server 2A - MSW

# EXHIBIT A




Jobs | Cars.com | Real Estate |

LAT Home | Print Edition | All Sections

# Los Angeles Times

You are here: LAT Home > **Top News**

**News/Opinion**

California | Local
National
World
Business
Sports
Washington
Science
Environment
Opinion

**Arts/Entertainment**

Entertainment
The Guide
Company Town
Arts & Culture
Calendar
The Envelope
TV Listings
Movie Showtimes

**Living**

Travel
Health
Autos
Home & Garden
Food
Image
Books
Living Green
Magazine

Data Desk
Video
Photography
Obituaries

## OC Muslims say FBI surveillance has a chilling effect

Email

*Gina Ferazzi / Los Angeles Times*
Irvine resident Craig Monteilh, said last week in interviews and court documents that he served the FBI as a paid informant from July 2006 to October 2007.

**Use of an informant in Orange County leads some to avoid mosques and cut charitable giving.**

By Teresa Watanabe and Paloma Esquivel
March 1, 2009

The Islamic Center of Irvine is a beige stucco building that blends into the rows of office buildings surrounding it. But last week, it became the most publicized mosque in California with disclosures that the FBI sent an informant there to spy and collect evidence of jihadist rhetoric and other allegedly extremist acts by a Tustin man who attended prayers there.

The revelations dismayed mosque members like Omar Turbi, 50, and his 27-year-old son who shares his name. After Friday prayer service last week, while hundreds of others scurried back to work, the pair stood with their backs to a wall and mulled over

Crosswords/Sudoku
Your Scene

Blogs
Columnists
Print Edition
Readers Rep
Corrections
All Sections

**Buy, Sell & More**

Jobs
Cars
Real Estate
Foreclosure Sale
Rentals
Personals
Local Values
Coupons
Newspaper Ads

**Place an Ad**

In the Newspaper
Online

**Settings/Services**

Sign In
Register
E-Mail Newsletters
RSS Feeds
Help
Contact Us
L.A. Times Archives
Reprint Requests
Work for Us

**Home Delivery**

Customer Support
Subscribe



the news.

**ADS BY GOOGLE**

**Criminal History Check**
Lookup Free Criminal Records On Anyone!. Takes 5 Secornds.
Criminals.GovCriminalsRecords.com

**Search Criminal Records**
Instant Criminal records lookup. Criminal records online database.
Criminal.GovtRegistry.com

**Expunge Your Record**
Case Dismissed? Found Not Guilty? You May Be Eligible to Expunge
BettyBlackwell.com/Criminal-History

"It gives you a little bit of apprehension about who you trust," the elder Turbi said. "Makes you think twice about what you say; what if people misunderstand you?"

Turbi's fears were echoed by other Muslims throughout Southern California last week. Some say a climate of suspicion toward them, fueled by 9/11 and underscored by the latest disclosures of FBI surveillance, is inhibiting their freedoms of speech and faith.

According to Muslim leaders, some people are avoiding mosques, preferring to pray at home. Others are reducing donations to avoid attracting government attention or paying in cash to avoid leaving records. And some mosques have asked speakers to refrain from political messages in their sermons, such as criticism of U.S. foreign policy, said Hussam Ayloush, executive director of the Council on American-Islamic Relations in Anaheim.

"Some average Muslims interested only in praying are avoiding mosques for fear of somehow being monitored or profiled," Ayloush said. "Everybody is afraid, and it is leading to an infringement of the free practice of our religion."

The latest anxiety wave was triggered by an FBI agent's testimony last week that an informant was sent into several Orange County mosques and helped collect evidence against Ahmadullah Sais Niazi. The Afghanistan-born Niazi, 34, is scheduled for arraignment this month on charges of perjury, naturalization fraud and other acts related to lying about ties to Al Qaeda.

A man claiming to be that informant, Irvine resident Craig Monteilh, said last week in interviews and court documents that he served the FBI as a paid informant from July 2006 to October 2007 and used concealed audio and video equipment to record thousands of hours of conversations with Muslims in homes, restaurants and mosques in Irvine, Tustin, Mission Viejo and elsewhere.

But Ayloush and other Muslim leaders said that FBI scrutiny of the Muslim community -- and efforts to recruit informants -- began years ago. The FBI declined to comment.

Both Ayloush and Shakeel Syed of the Islamic Shura Council of Southern California, an umbrella organization of 68 area mosques, said numerous Muslims have reported to them attempts by the FBI to recruit them as informers. In virtually all cases, they said, the Muslims in question had immigration and other legal problems or were applying for green cards. "We will make your problems vanish if you cooperate," Syed said the FBI told Muslims.

Suspecting widespread surveillance of their community, several American Muslim organizations and their leaders filed a Freedom of Information Act request, followed in




2007 by a lawsuit against the federal government, demanding the release of all information collected on them.

Muslims have also complained of FBI interrogations about their charitable contributions, asking why were they donating and who was receiving their money. At one Los Angeles-area mosque, nearly every donor was quizzed by the FBI, and the mosque subsequently experienced a steep decline in donations, Ayloush said.

Leaders at other mosques also say their contributions are down, although most attribute much of the decline to the recession. The Islamic Center of Corona Norco, for instance, has experienced a decline in donations of 30% to 50% in the last three to four years, which board member Rafe Husain attributed both to the economy and what he called a climate of fear. "People feel tense and uncomfortable," Husain said. "I've talked to some people who try to avoid mosque activity."

Since 9/11, federal authorities have also shut down at least six of the Muslim community's major charitable organizations, accusing them of involvement in terrorist financing. The actions have impeded Muslims from fulfilling the duties of their faith, Syed said, because charitable giving is not a voluntary act in Islam but a religious obligation.

The latest tensions have further frayed relations between the FBI and Muslims.

Since 9/11, the two sides had worked to develop a partnership, forming a Multi-Cultural Advisory Committee to meet monthly.

But the FBI unilaterally broke off ties with the American-Islamic council a few weeks ago, issuing a cryptic statement that the agency would limit contact until "certain issues" were addressed by CAIR's national headquarters in Washington.

In protest, Syed's umbrella group of Southern California mosques suspended its contacts with the FBI.

The Muslim Public Affairs Council in Los Angeles remains active with the committee, saying it believes in engagement, but has asked for a meeting with the FBI, said the council's senior advisor, Maher Hathout.

"People cannot be suspects and partners at the same time," he said. "Unless the FBI's style changes, the partnership with the Muslim community will not be fruitful."

At the Irvine mosque, some seemed eager to offer assurances that there was nothing to fear from Muslims.

"We are against any kind of terrorist acts by any person in the community," said Assad Manley, 52, who has attended the Irvine mosque for three years. "If any of us hears anything dangerous we will inform the authorities."

Younus Mohammad, 50, said many Muslims assumed they were under surveillance -- and that did not worry them.

"We know they are coming," Mohammad said. "They will come any time they want, to



http://www.latimes.com/news/la-me-muslim1-2009mar01,0,6492477.story

Exhibit  A  ,
Page  4

listen or anything. It's not something we need to hide."

teresa.watanabe@latimes.com

paloma.esquivel@latimes.com

Save/Share       


### Home office solutions
How are Southern Californians incorporating work spaces into their homes?


### Dubai's aquatic oasis
Pink palace. Ziggurat. Giant aquarium. Atlantis, the Palm is like something out of an ancient myth. **Photos**


### Keds goes green
The company known for canvas oxfords has started an all-green line made from organic cotton.


### Photos: Britney's 'Circus' tour
Images from her stop in New Orleans. **Review** - Compiling critical reactions

 Save over 50% off the newsstand price. Click here to subscribe to The Times.

---

**ADS BY GOOGLE**

Surveillance Cameras
**Quickly Find Security Camera & Surveillance Equipment Suppliers.**
www.business.com

Security Camera Systems
**Tallahassee area security experts Custom built home systems**
HiTechSystemAssociates.com

I Got Scammed 27 Times
**Avoid Work At Home Online Scams! I Will Show You The Ones That Work.**
HomeJob50kMonth.com

---

**More on LATimes.com**
California/Local | National | World | Sports
Opinion | Entertainment | Travel | Health | Autos
Real Estate

**Partners**
ViveloHoy | KTLA | Metromix | Daily Pilot
Glendale News Press | Grocery Coupons | Zap2it

**Classifie**
Career Bu
(For Sale

Copyright 2009 Los Angeles Times    Privacy Policy | Terms of Service | Advertise | Home Deliv

http://www.latimes.com/news/la-me-muslim1-2009mar01,0,6492477.story

Exhibit __A__,
Page __5__