1  MARK ROSENBAUM, SBN 59940
2  ACLU FOUNDATION OF
     SOUTHERN CALIFORNIA
3  1313 West Eighth Street
   Los Angeles, CA 90017
   Telephone: (213) 977-9500 x229
4  Facsimile: (213) 250-3980
   mrosenbaum@aclu-sc.org
5
6  TASNEEM DOHADWALA, SBN 218067
   300 South Grand Ave., Suite 3400
   Los Angeles, CA 90071-3144
7  Telephone: (213) 687-5627
   Facsimile: (213) 621-5627
8  tdohadwa@probonolaw.com
9
10 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; and RAFE HUSAIN, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.   SACV 07-1088 CJC (ANx) <br><br> APPLICATION FOR ADMISSION OF JENNIFER PASQUARELLA *PRO HAC VICE*; DECLARATION OF JENNIFER PASQUARELLA; [PROPOSED] ORDER |

TO THE HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

The Applicant, Jennifer Pasquarella, is a Staff Attorney at the ACLU of Southern California. The Applicant states that she is a member in good standing of the Bar of the State of New York, and is eligible to practice before the highest courts of that jurisdiction.

In addition, the Applicant certifies and affirms that she took the California Bar Examination for admission to the State Bar of California in February 2009 and is awaiting her results.  The Applicant certifies and affirms that she is familiar with the Local Civil Rules, the Local Criminal Rules, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and the General Order authorizing electronic filing.

Pursuant to Local Rule 83-2.3.1, Applicant respectfully requests the Court grant her permission to practice *pro hac vice* in the Central District of California on behalf of plaintiffs Islamic Shura Council of Southern California, et al. in the above-captioned matter.

Dated: March 18, 2009                    Respectfully submitted,


_____/S/_____
Mark Rosenbaum
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

Attorney for Plaintiffs

1

1

ORDER

2

IT IS ORDERED that Applicant, Jennifer Pasquarella, is permitted to

3

practice before this Court in Islamic Shura Council, et al. v. FBI, et al. on a *pro hac*

4

*vice* basis.

5

6

Dated:  March ____, 2009                                  _____

7

                                                          CORMAC J. CARNEY
                                                          United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28