# DECLARATION OF JENNIFER PASQUARELLA

## DECLARATION OF JENNIFER L. PASQUARELLA

I, Jennifer L. Pasquarella, hereby state and declare as follows:

1. This declaration is filed in support of my *pro hac vice* application for permission of this Court to represent Islamic Shura Council of Southern California; Council on American Islamic Relations - California; Islamic Center of San Gabriel Valley; Islamic Center of Hawthorne; West Coast Islamic Center; Human Assistance and Development International, Inc.; Muzammil Siddiqi; Shakeel Syed; Hussam Ayloush; Mohammed Abdul Aleem; and Rafe Husain in the United States District Court for the Central District of California.

2. I am a Staff Attorney at the American Civil Liberties Union of Southern California in Los Angeles.

3. In September 2008, I moved from New York to California to work for the ACLU of Southern California.

4. I am a member in good standing of the Bar of the State of New York, and I am eligible to practice before the highest courts of that jurisdiction. *See* Exhibit A to this Declaration.

5. I sat for the California Bar Examination for admission to the State Bar of California in February 2009, and I am awaiting the results.

6. I certify and affirm that I am familiar with the Local Civil Rules, the Local Criminal Rules, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and the General Order authorizing electronic filing.

//

//

1  I declare under penalty of perjury that the foregoing is true and correct to
2  the best of my knowledge.
3
4  Dated:   March 18, 2009, in Los Angeles, California

*[signature]*
Jennifer L. Pasquarella

# EXHIBIT A



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jennifer Pasquarella** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 18th day of April 2007, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 11, 2009.

*James Edward Pelzer*
Clerk of the Court