MARK ROSENBAUM, SBN 59940
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500 x229
Facsimile: (213) 250-3980
mrosenbaum@aclu-sc.org

TASNEEM DOHADWALA, SBN 218067
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5627
Facsimile: (213) 621-5627
tdohadwa@probonolaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; and RAFE HUSAIN,<br><br>      Plaintiffs,<br><br>    vs.<br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendants.<br>_____ | Case No.  SACV 07-1088 CJC (ANx)<br><br>[~~PROPOSED~~] ORDER RE APPLICATION FOR ADMISSION OF JENNIFER PASQUARELLA *PRO HAC VICE*; DECLARATION OF JENNIFER PASQUARELLA; |

ORDER

IT IS ORDERED that Applicant, Jennifer Pasquarella, is permitted to practice before this Court in Islamic Shura Council, et al. v. FBI, et al. on a *pro hac vice* basis.

Dated: March 19, 2009

_____

CORMAC J. CARNEY
United States District Court Judge