# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-01088-CJC(ANx) | Date | April 20, 2009 |
|---|---|---|---|
| Title | Islamic Chura Council of Southern California, et al v. Federal Bureau of Investigation, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tasneem Dohadwala<br>Mark D. Rosenbaum<br>Jennie Pasquarella<br>Ahilan Arulanantham | Marcia Sowles |

**Proceedings:** DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF LAW (fld 3/21/08)

  Court's tentative issued to counsel before case called.  Court hears oral argument.  Court rules in accordance with the tentative.  Final order to be issued.

                                 :   33

Initials of Preparer   mu