MICHAEL F. HERTZ
Deputy Assistant Attorney General
JOHN R. TYLER
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> DEFENDANTS' NOTICE OF *IN CAMERA, EX PARTE* SUBMISSION PURSUANT TO COURT'S ORDER |

    Defendants United States Department of Justice and the Federal Bureau of Investigation ("FBI") hereby provide notice that, pursuant to the Court's order on April 20, 2009, a classified declaration attaching copies of the pages which the FBI redacted or withheld as "outside the scope" of plaintiffs' Freedom of Information Act request is being lodged with the cleared designee of the court security officer for the Court's *in camera, ex parte* review. The classified declaration explains the markings made on the documents to indicate the portions which have been withheld, and informs the Court of the classification and

sensitivity of the national security and law enforcement information contained within these documents which requires special handling in order to preserve their confidentiality.

        Respectfully Submitted,

        MICHAEL F. HERTZ
        Deputy Assistant Attorney General

        JOHN R. TYLER
        Assistant Branch Director

        s/Marcia K.Sowles
        MARCIA K. SOWLES
        DC Bar No. 369455
        Senior Counsel
        United States Department of Justice
        Civil Division
        Federal Programs Branch
        P.O Box 883
        Washington, D.C. 20044
        Tel.: (202) 514- 4960
        Fax: (202) 616- 8470
        E-mail: marcia.sowles@usdoj.gov

        Attorneys for Defendants