# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 07-01088-CJC(ANx)                                      Date:  May 11, 2009

Title: <u>ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA ET AL. V. FEDERAL BUREAU OF INVESTIGATION ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                          <u>     N/A     </u>
Deputy Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER SCHEDULING *IN CAMERA* HEARING RE DOCUMENTS SUBMITTED FOR *IN CAMERA* REVIEW**

     The Court has received the documents submitted by the government for an *in camera* review.  The Court has determined that an *in camera* hearing is necessary to discuss the government's submission.  Accordingly, the Court will hold an *in camera* hearing with counsel for the government on Thursday, May 14, 2009 at 10:00 a.m.

law

MINUTES FORM 11
CIVIL-GEN                                                                                       Initials of Deputy Clerk MU