```
 1  TONY WEST
    Assistant Attorney General
 2  JOHN R. TYLER
    MARCIA K. SOWLES
 3  D.C. Bar No. 369455
    Department of Justice
 4  Civil Division
    Federal Programs Branch
 5  P.O. Box 883
    Washington, D.C.  20530
 6  Telephone: (202) 514-4960
    Facsimile: (202) 514-8470
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., | No. SACV07-1088 CJC (ANx) |
|---|---|
| Plaintiffs, | |
| v. | EX PARTE APPLICATION TO EXTEND TIME FOR DEFENDANTS TO COMPLETE REVIEW OF RECORDS FOR PLAINTIFFS AYLOUSH AND CAIR OF SOUTHERN CALIFORNIA |
| FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants. | |

On April 20, 2009, this Court ordered defendant Federal Bureau of Investigation ("FBI") to search its ELSUR indices and perform a cross-reference search for records responsive to the requests filed by plaintiffs Hussam Ayloush and CAIR of Southern California pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and to produce any responsive records by May 20, 2009. Defendants United States Department of Justice and the FBI hereby file this *ex parte* application for an extension of time to comply with this order until June 3, 2009. This two-week extension of time is required because the FBI

1 needs additional time to complete its processing of the records. See attached
2 Declaration of David M. Hardy. ¶ 4. While the FBI has completed its search,
3 the records must be reviewed by the FBI Classification Unit to determine if they
4 are properly classified. Id. When classification review has been completed, the
5 Legal Administrative Analyst responsible for processing the records will review
6 the records for other exemptions, if any, and release to plaintiffs any non-
7 exempt information pursuant to the FOIA. Id. Although the FBI is endeavoring
8 to complete its classification review and the processing as expeditiously as
9 possible, it will require an extension of until June 3, 2009. Id.

10     Pursuant to Local Rule 7-19.1, the undersigned counsel contacted
11 plaintiffs' counsel via email on May 18, 2009. Plaintiffs' counsel stated that
12 plaintiffs would not oppose this extension of time if the FBI can assure them
13 that it will seek no further extensions of time with regard to the production of
14 documents pertaining to CAIR and Hussam Ayloush. The FBI states that it will
15 not seek any further extensions with regard to the production at issue.

        Respectfully Submitted,

        TONY WEST
        Assistant Attorney General

        JOHN R. TYLER
        Assistant Branch Director

        s/Marcia K. Sowles
        MARCIA K. SOWLES
        DC Bar No. 369455
        Senior Counsel
        United States Department of Justice
        Civil Division
        Federal Programs Branch
        P.O Box 883
        Washington, D.C. 20044
        Tel.: (202) 514-4960
        Fax: (202) 616-8470
        E-mail: marcia.sowles@usdoj.gov

        Attorneys for Defendants