IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

ISLAMIC SHURA COUNCIL OF
SOUTHERN CALIFORNIA,
et al.,

    Plaintiffs,

        v.                           Civ. A. No. 07-1088-CJC

FEDERAL BUREAU OF INVESTIGATION;
and UNITED STATES DEPARTMENT OF
JUSTICE,

    Defendants.

## THIRD DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1) I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 21, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the state of Texas since 1980.

(2) In my official capacity as Section Chief of RIDS, I supervise approximately 223 employees who staff a total of ten (10) FBIHQ units and two field operational service center

units whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General, and FBI policies and procedures; judicial decisions; and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the treatment which has been afforded the joint FOIA/Privacy Act request of plaintiffs, Islamic Shura Council of Southern California, Council on American Islamic Relations ("CAIR") for Southern California, Islamic Center of San Gabriel Valley, Islamic Center of Hawthorne, West Coast Islamic Center, Human Assistance and Development International, Inc. ("HADI"), Dr. Muzammil Siddiqi, Shakeel Syed, Hussam Ayloush, Mohammed Abdul Aleem and Rafe Husain, to FBIHQ and Los Angeles Field Office ("LAFO") for records pertaining to themselves.

(4)     This declaration is submitted in support of Defendant's Motion for an Enlargement of Time in order to comply fully with the Order of the Court dated April 20, 2009 ordering the FBI to search its ELSUR indices and to perform a cross-reference search for records responsive to the requests of Hussam Ayloush and CAIR Southern California and to produce any responsive documents no later than May 20, 2009.

(5)     While the FBI has already completed the searches, it has encountered

some delays in the processing of the documents. Because the documents located include classified information, they must be reviewed by an FBI Classification Unit to determine if they are properly classified. A Classification Unit can not and does not process any exemptions underlying the classified information. The documents in question are currently undergoing classification review. When completed, the Legal Administrative Analyst ("LAS") responsible for the processing of the documents will apply the underlying exemptions if any, and release to plaintiff any non exempt information. The FBI is endeavoring to complete its classification review and the processing of all responsive information as expeditiously as possible.

(6)     Due to the reasons stated above, the FBI is requesting an enlargement of two weeks until June 3, 2009 to comply fully with the Court's Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of May, 2009.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

TOTAL P.002