1 TONY WEST
Assistant Attorney General
2 JOHN R. TYLER
MARCIA K. SOWLES
3 D.C. Bar No. 369455
Department of Justice
4 Civil Division
Federal Programs Branch
5 P.O. Box 883
Washington, D.C. 20044
6 Telephone: (202) 514-4960
Facsimile: (202) 514-8470
7
Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., ) ) ) Plaintiffs, ) ) v. ) ) FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, ) ) ) ) ) Defendants. ) ) ) | No. SACV07-1088 CJC (ANx)  ORDER GRANTING EXTENSION OF TIME  [ Hon. Cormac J. Carney] |

   Upon ex parte application of defendants United States Department of

Justice and the Federal Bureau of Investigation, IT IS HEREBY ORDERED THAT the time for

the Federal Bureau of Investigation to complete its review of records responsive to the Freedom

of Information Act requests of plaintiff Hussam Ayloush and CAIR of Southern California is

1 | extended until June 3, 2009.

3 | DATED: _____
4 |                 CORMAC J. CARNEY
                UNITED STATES DISTRICT JUDGE

7 | PRESENTED BY:

8 | JOHN TYLER
9 | Assistant Director
  Federal Programs Branch

11 |
  /Marcia K. Sowles
12 | MARCIA K. SOWLES, D.C. Bar No. 396455
  U.S. Department of Justice
13 | Civil Division, Federal Programs Branch
  P.O. Box 883
14 | Washington, D.C. 20044
  Tel: (202) 514-4960
15 | Fax: (202) 616-8470

16 | Attorneys for Defendants