UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 07-01088-CJC(ANx)                    Date:  May 18, 2009

Title: ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA ET AL. V. FEDERAL BUREAU OF INVESTIGATION ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER SCHEDULING *IN CAMERA* HEARING RE DOCUMENTS SUBMITTED FOR *IN CAMERA* REVIEW**

The Court has determined that an additional *in camera* hearing is necessary to discuss the documents submitted by the government for an *in camera* review. Accordingly, the Court will hold an *in camera* hearing with counsel for the government on Tuesday, June 23, 2009 at 9:00 a.m.

law

MINUTES FORM 11
CIVIL-GEN                                                                                     Initials of Deputy Clerk MU