UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 07-01088-CJC(ANx)                              Date:  May 20, 2009

Title: <u>ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA ET AL. V. FEDERAL BUREAU OF INVESTIGATION ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>                              <u>    N/A    </u>
Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING *EX PARTE* APPLICATION TO EXTEND TIME FOR DEFENDANTS TO COMPLETE REVIEW OF RECORDS FOR PLAINTIFFS AYLOUSH AND CAIR OF SOUTHERN CALIFORNIA**

      In light of the important issues raised by the government's *in camera* submission, the Court believes that it is necessary and in the interests of justice to stay that government's review of records for Plaintiffs Ayloush and CAIR of Southern California until the Court has resolved those important issues. The Court will be conducting another *in camera* hearing in this regard on June 23, 2009, and it is the Court's hope and expectation to resolve the important issues shortly thereafter.

law

MINUTES FORM 11
CIVIL-GEN                                                                 Initials of Deputy Clerk MU