UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-01088-CJC(ANx) | Date | May 14, 2009 |
|---|---|---|---|
| Title | Islamic Chura Council of Southern California, et al v. Federal Bureau of Investigation, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Michelle Urie - Not Present | Maria Dellaneve |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | Marcia Sowles<br>Barbara Lee Walls<br>Edward Hong<br>Sarilu Cardona |

**Proceedings:** IN CAMERA HEARING RE DOCUMENTS SUBMITTED FOR IN CAMERA REVIEW

Court conducts an in camera hearing with counsel for the defendants. Court orders the transcript of the proceedings sealed.

|  | 2 | : | 10 |
|---|---|---|---|
| Initials of Preparer | mu | | |