TONY WEST
 Assistant Attorney General
JOHN R. TYLER
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> DEFENDANTS' NOTICE OF *IN CAMERA, EX PARTE* SUBMISSION PURSUANT TO COURT'S ORDER |

Defendants United States Department of Justice and the Federal Bureau of Investigation ("FBI") hereby provide notice that, pursuant to the Court's order at the *in camera, ex parte* hearing on May 14, 2009, a submission containing classified and sensitive law enforcement information is being lodged with the cleared designee of the court security officer for the Court's *in camera, ex parte* review.

                                                              Respectfully Submitted,

                                                              TONY WEST
                                                              Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

  s/Marcia K.Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O Box 883
Washington, D.C.  20044
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendants