# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 07-01088-CJC(ANx)                                      Date: June 25, 2009

Title: <u>ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA ET AL. V. FEDERAL BUREAU OF INVESTIGATION ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>                                                        <u>     N/A     </u>
Deputy Clerk                                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING REQUEST FOR A STATUS CONFERENCE**

The Court is in receipt of Plaintiffs' request for a status conference. The Court understands Plaintiffs' concern with the *ex parte* proceedings in this case. Plaintiffs need to know that the Court, after conducting two *ex parte* hearings in this matter, has issued a sealed order regarding the Government's responses to Plaintiffs' FOIA request. The Court's order will be unsealed and made public on July 7, 2009, unless the Court of Appeals for the Ninth Circuit directs otherwise. Accordingly, Plaintiffs' request for a status conference is DENIED.

law

MINUTES FORM 11
CIVIL-GEN                                                                            Initials of Deputy Clerk MU