TONY WEST
Assistant Attorney General
JOHN R. TYLER
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; and RAFE HUSAIN,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | No. SACV07-1088 CJC (ANx)<br><br>**NOTICE OF APPEAL OF SEALED ORDER** |

Notice is hereby given that defendants Federal Bureau of Investigation ("FBI") and the United States Department of Justice ("DOJ"), by and through its undersigned counsel, appeal to the United States Court of Appeals for the Ninth Circuit from the Under Seal Order Regarding Plaintiffs' Request Under The

Freedom of Information Act, dated June 23, 2009, and entered June 24, 2009 (Docket No. 58).

               Respectfully Submitted,

               TONY WEST
               Assistant Attorney General

               <u>s/ Marcia K. Sowles</u>
               JOHN R. TYLER
               MARCIA K. SOWLES
               DC Bar No. 369455
               Senior Counsel
               United States Department of Justice
               Civil Division
               Federal Programs Branch
               20 Massachusetts Avenue N.W.
               Room 7114
               Washington, D.C.  20530
               Tel.: (202) 514- 4960
               Fax: (202) 616- 8470
               E-mail:  marcia.sowles@usdoj.gov

               Attorneys for Defendants