1  TONY WEST
   Assistant Attorney General
2  JOHN R. TYLER
   MARCIA K. SOWLES
3  D.C. Bar No. 369455
   Department of Justice
4  Civil Division
   Federal Programs Branch
5  P.O. Box 883
   Washington, D.C.  20530
6  Telephone: (202) 514-4960
   Facsimile: (202) 514-8470
7

8              UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10
   ISLAMIC SHURA COUNCIL OF      )
11 SOUTHERN CALIFORNIA;          )
   COUNCIL ON AMERICAN           )
12 ISLAMIC RELATIONS -           )
   CALIFORNIA; ISLAMIC CENTER    )
13 OF SAN GABRIEL VALLEY;        )
   ISLAMIC CENTER OF             )
14 HAWTHORNE; WEST COAST         )
   ISLAMIC CENTER; HUMAN         )
15 ASSISTANCE AND                )
   DEVELOPMENT                   )
16 INTERNATIONAL, INC.;          )
   MUZAMMIL SIDDIQI; SHAKEEL     )
17 SYED; HUSSAM AYLOUSH;         )
   MOHAMMED ABDUL ALEEM;         )
18 and RAFE HUSAIN,              )
                                 )
19           Plaintiffs,         )
                                 )
20      v.                       )   No.  SACV07-1088 CJC
                                 )   (ANx)
21                               )
   FEDERAL BUREAU OF             )   **REPRESENTATION**
22 INVESTIGATION; and UNITED     )   **STATEMENT**
   STATES DEPARTMENT OF          )
23 JUSTICE,                      )
                                 )
24           Defendants.         )

25      Plaintiffs are represented by the following attorneys in this district court
26 case:

27      Jennie Pasquarella, *Pro Hac Vice*
        Email: jpasquarella@aclu-sc.org
28      Mark Rosenbaum

Email: mrosenbaum@aclu-sc.org
Peter Birbring
Email: pbibring@aclu-sc.org
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Tasneem Dohadwala
Email: tdohadwa@probonolaw.com
Thomas Haroldson
Email: thomas.haroldson@probono.com
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5327
Facsimile: (213) 621-5327

The undersigned counsel represented defendants Federal Bureau of Investigation and United States Department of Justice in the district court case. On appeal, defendants are represented by the following:

Catherine Y. Hancock
Email: catherine.hancock@usdoj.gov
Telephone: (202) 514-3469
Douglas N. Letter
Email: douglas.letter@usdoj.gov
Telephone: (202) 514-3602
Leonard Schaitman
Email: leonard.schaitman@usdoj.gov
Telephone: (202) 514-3441
Appellate Staff
Civil Division, Room 7236
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Respectfully Submitted,

TONY WEST
Assistant Attorney General

s/ Marcia K. Sowles
JOHN R. TYLER
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch

20 Massachusetts Avenue N.W.
Room 7114
Washington, D.C. 20530
Tel.: (202) 514-4960
Fax: (202) 616-8470
E-mail: marcia.sowles@usdoj.gov

Attorneys for Defendants