# CERTIFICATE OF SERVICE

IT IS CERTIFIED that I have caused the foregoing **Representation Statement** to be electronically filed, which will result in automated electronic service, on July 1, 2009, for the same by the Court's ECF system and, in addition, to the extent any of the following are not indicated as served on the ECF confirmation notices, I will immediately cause them to be served by First Class Mail, postage prepaid, as follows:

```
JENNIE PASQUARELLA
MARK ROSENBAUM
PETER BIBRING
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017

TASNEEM DOHADWALA
THOMAS HAROLDSON
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071
```

s/Marcia K. Sowles
MARCIA K. SOWLES