```
1   TONY WEST
    Assistant Attorney General
2   JOHN R. TYLER
3   MARCIA K. SOWLES
    D.C. Bar No. 369455
4   Department of Justice
    Civil Division
5   Federal Programs Branch
6   P.O. Box 883
    Washington, D.C. 20530
7   Telephone: (202) 514-4960
    Facsimile: (202) 514-8470
8
9   Attorneys for Defendants
```



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 28 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> **DEFENDANTS' APPLICATION SEEKING LEAVE TO FILE IN CAMERA AND EX PARTE DOCUMENTS REGARDING THE SEALED JUNE 23 ORDER** <br><br> [ Hon. Cormac J. Carney ] |

Defendants apply pursuant to Local Rules 79-5.1 and 7-19, for an ex parte order granting defendants leave to file under seal documents regarding the Sealed Order dated June 23, 2009. Because documents relate to an order that is presently sealed under the direction of the Court of Appeals, defendants cannot on the public

record provide any further description of their documents at this time. Nor can defendants provide plaintiffs with a copy of the documents. Defendants respectfully refer this Court to the sealed documents for further details.

On July 24, 2009, defendants' counsel, Marcia K. Sowles, contacted plaintiffs' counsel by email regarding this matter, but they have not responded.

Dated: July 24, 2009

                                                 Respectfully Submitted,

                                                 TONY WEST
                                                  Assistant Attorney General

                                               JOHN R. TYLER
                                               Assistant Branch Director

                                               */s/ Marcia K. Sowles*
                                               MARCIA K. SOWLES
                                               DC Bar No. 369455
                                               Senior Counsel
                                               United States Department of Justice
                                               Civil Division
                                               Federal Programs Branch
                                               P.O Box 883
                                               Washington, D.C. 20044
                                               Tel.: (202) 514- 4960
                                               Fax: (202) 616- 8470
                                               E-mail: marcia.sowles@usdoj.gov

                                               Attorneys for Defendants

**CERTIFICATE OF SERVICE BY MAIL**

I, **REBECCA SATO**, declare: That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is United States Attorney's Office, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose discretion the service by mail described in this Certificate was made; that on <u>July 24, 2009</u>, I deposited in the United States Mails, United States Attorney's Office, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701 in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

> **DEFENDANT'S APPLICATION SEEKING LEAVE TO FILE IN CAMERA AND EX PARTE DOCUMENTS REGARDING THE SEAL JUNE 23 ORDER**

addressed to:
> **SEE ATTACHMENT**

at their last known address, at which place there is a delivery service by CERTIFIED United States Mail.

This Certificate is executed on <u>July 24, 2009</u>, Santa Ana, California. I declare under penalty or perjury that the foregoing is true and correct.

_____
REBECCA SATO

Service List

Jeannie Pasquarella
Mark Rosenbaum
Peter Bibring
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017

Tasneem Dohadwala
Thomas Haroldson
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071