TONY WEST
Assistant Attorney General
JOHN TYLER
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> ORDER SEALING <br><br> [Hon. Cormac J. Carney] |

Upon ex parte application of defendants United States Department of Justice and the Federal Bureau of Investigation. IT IS HEREBY ORDERED THAT the documents regarding the Sealed Order dated June 23, 2009, shall be filed under seal.

DATED: July 24, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1 | PRESENTED BY:

2 | JOHN TYLER
Assistant Director
3 | Federal Programs Branch

4 |

5 | *Marcia K. Sowles* (signature)
MARCIA K. SOWLES, D.C. Bar No. 396455
6 | U.S. Department of Justice
Civil Division, Federal Programs Branch
7 | P.O. Box 883
Washington, D.C. 20044
8 | Tel: (202) 514-4960
Fax: (202) 616-8470

9 | Attorneys for Defendants

**CERTIFICATE OF SERVICE BY MAIL**

I, **REBECCA SATO**, declare: That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is United States Attorney's Office, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose discretion the service by mail described in this Certificate was made; that on July 24, 2009, I deposited in the United States Mails, United States Attorney's Office, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701 in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

**ORDER SEALING**

addressed to:
**SEE ATTACHMENT**

at their last known address, at which place there is a delivery service by CERTIFIED United States Mail.

This Certificate is executed on July 24, 2009, Santa Ana, California. I declare under penalty or perjury that the foregoing is true and correct.

_____
REBECCA SATO

Service List

Jeannie Pasquarella
Mark Rosenbaum
Peter Bibring
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017

Tasneem Dohadwala
Thomas Haroldson
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071