FILED

JUL 30 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ISLAMIC CHURA COUNCIL OF SOUTHERN CALIFORNIA; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>Defendants - Appellants. | No. 09-56035<br><br>D.C. No. 8:07-cv-01088-CJC<br>Central District of California, Santa Ana<br><br>ORDER |




Before: CANBY and THOMAS, Circuit Judges.

The motion for reconsideration raises issues that warrant a response. *See* 9th Cir. R. 27-10. Accordingly, within 7 days after the filing date of this order, appellants shall file and serve a response.

KB/MOATT