JENNIE PASQUARELLA, SBN 263241
Email: jpasquarella@aclu-sc.org
MARK ROSENBAUM, SBN 59940
Email: mrosenbaum@aclu-sc.org
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500 x236
Facsimile: (213) 977-5297

THOMAS HAROLDSON, SBN 250136
Email: tharoldson@probonolaw.com
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5327
Facsimile: (213) 621-5327
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; at al., <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No.  SACV 07-1088 CJC (ANx) <br><br> NOTICE OF MOTION AND MOTION FOR RECONSIDERATION <br><br> Date: September 14, 2009 <br> Time: 1:30 p.m. <br> Courtroom: 9B <br><br> Hon. Cormac J. Carney |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on September 14, 2009 at 1:30 p.m. in the
3  Courtroom of the Honorable Cormac J. Carney, Ronald Regan Federal Building
4  and U.S. Courthouse, 411 West Fourth Street, Courtroom 9B, Santa Ana,
5  California, the plaintiffs in this action through their attorneys of record, will move
6  for reconsideration of the Court's July 24, 2009 order granting Defendants'
7  application for leave to file documents under seal and *in camera*.

8      This motion is based on the complaint in this action; the accompanying
9  memorandum of points and authorities; the declaration filed in support of this
10 motion; all other papers filed in this case; and such other evidence or argument as
11 may be presented at hearing.

12     On August 14, 2009, counsel for the Plaintiffs, Jennie Pasquarella,
13 contacted counsel for Defendants, Marcia Sowles, regarding this motion.
14 Defendants oppose this motion for reconsideration.

16 Dated: August 14, 2009                 Respectfully submitted,

18                                                     /S/
                                     Mark Rosenbaum
19                                    ACLU FOUNDATION OF
                                   SOUTHERN CALIFORNIA
20
                                   Attorney for Plaintiffs