1  JENNIE PASQUARELLA, SBN 263241
   Email: jpasquarella@aclu-sc.org
2  MARK ROSENBAUM, SBN 59940
   Email: mrosenbaum@aclu-sc.org
3  ACLU FOUNDATION OF
      SOUTHERN CALIFORNIA
4  1313 West Eighth Street
   Los Angeles, CA 90017
5  Telephone: (213) 977-9500 x236
   Facsimile: (213) 977-5297
6
   THOMAS HAROLDSON, SBN 250136
7  Email: tharoldson@probonolaw.com
   300 South Grand Ave., Suite 3400
8  Los Angeles, CA 90071-3144
   Telephone: (213) 687-5327
9  Facsimile: (213) 621-5327
   Attorneys for Plaintiffs
10

11            **UNITED STATES DISTRICT COURT**

12        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13                   **SOUTHERN DIVISION**

14
   ISLAMIC SHURA COUNCIL OF          )  Case No.  SACV 07-1088 CJC (ANx)
15 SOUTHERN CALIFORNIA; at al.,      )
                                     )  [PROPOSED] ORDER GRANTING
16            Plaintiffs,            )  PLAINTIFFS' MOTION FOR
                                     )  RECONSIDERATION
17       vs.                         )
                                     )  Date:  September 14, 2009
18 FEDERAL BUREAU OF                 )  Time: 1:30 p.m.
   INVESTIGATION; and UNITED         )  Courtroom: 9B
19 STATES DEPARTMENT OF              )
   JUSTICE,                          )  Hon. Cormac J. Carney
20                                   )
              Defendants.            )
21 _____ )

22

23

24

25

26

27

28

The Court has reviewed all papers filed in support of and in opposition to Plaintiffs' Motion for Reconsideration and the Court hereby **ORDERS** as follows:

    1)    Plaintiffs' Motion for Reconsideration be **GRANTED**; AND

    2)    This Court's July 24, 2009 Order granting Defendants' application for leave to file documents under seal and *in camera* be **VACATED.**


DATED: _____           _____

                                      Honorable Cormac J. Carney
                                      District Court Judge