UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES REOPENING/CLOSING

Case No. SACV 07-01088-CJC(ANx)   Date August 21, 2009

Title  Islamic Shura Council of Southern California, et al v. Federal Bureau of Investigation, et al

Present: THE HONORABLE CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

---

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| None Present | None Present |

---

Proceedings:   ☐ In Court   X In Chambers   ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on entry dated June 23, 2009 [58]. Make JS-6.

☐   Case settled but may be reopened if settlement is not consummated within __ days.  Make JS-6.

☐   Other _____

☐   Entered _____.

CV-74 (08/97)                                   Initials by Deputy Clerk   mu