TONY WEST
Assistant Attorney General
JOHN R. TYLER
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470
marcia.sowles@usdoj.gov

Attorneys for Defendants

JENNIE PASQUARELLA, SBN 26341
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1313 West Eighth St.
Los Angeles, CA 90017
Telephone: (213) 977-9500 x236
Fax: (213) 250-3950

THOMAS HAROLDSON, SBN 250136
300 South Grand Ave.
34th Floor
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Fax: (213) 621-5687

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION <br><br> [ Before Hon. Cormac J. Carney] |

1  IT IS HEREBY STIPULATED by and between the parties, through their
2  undersigned counsel, subject to the Court's approval, that the hearing date on
3  plaintiffs' motion for reconsideration (Dkt. No. 72), which is set for September 14,
4  2009, at 1:30 p.m. be continued to October 5, 2009, at 1:30 p.m. This brief
5  extension is required because defendants' counsel has a previously planned
6  vacation from September 10, 2009, until September 14, 2009. Under this
7  schedule, defendants' opposition would be filed on or before September 16, 2009,
8  and plaintiffs' reply would be filed on or before September 28, 2009.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

*/s/ Marcia K. Sowles/*
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants

THOMAS HAROLDSON
300 South Grand Ave.
34th Floor
Los Angeles, CA 90071
Tel: (213) 687-5000
Fax: (213) 621-5687

JENNIE PASQUARELLA, SBN 26341
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1313 West Eighth St.
Los Angeles, CA 90017
Tel: (213) 977-9500 x236
Fax: (213) 250-3980

Attorneys for Plaintiffs

2