TONY WEST
Assistant Attorney General
JOHN R. TYLER
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470
marcia.sowles@usdoj.gov

Attorneys for Defendants

JENNIE PASQUARELLA, SBN 26341
MARK ROSENBAUM, SBN 59940
ACLU Foundation of Southern California
1313 West Eighth St.
Los Angeles, CA 90017
Telephone: (213) 977-9550 x236
Fax: (213) 250-3980

THOMAS HAROLDSON, SBN 250136
300 South Grand Avenue
34th Floor
Los Angeles, CA 90071-3144
Telephone: (213)687-5000
Fax: (213) 621-5687

Attorneys for Plaintiffs

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (Anx) <br><br> [~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION <br><br> [ Before Hon. Cormac J. Carney] |

1  Good cause having been shown in the parties stipulation to continue the
2  hearing on plaintiffs' motion for reconsideration and to amend the briefing
3  schedule, it is hereby ordered that the hearing date on plaintiffs' motion for
4  reconsideration (Dkt. No. 72), which is set for September 14, 2009, at 1:30 p.m. be
5  continued to October 5, 2009, at 1:30 p.m.  Pursuant to the parties' stipulation,
6  defendants' opposition shall filed on or before September 16, 2009, and plaintiffs'
7  reply shall be filed on or before September 28, 2009.

Dated: September 1, 2009

HONORABLE CORMAC CARNEY
United States District Judge

2