**FILED**

UNITED STATES COURT OF APPEALS

SEP 02 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., | No. 09-56035 |
|---|---|
| Plaintiffs - Appellees, | D.C. No. 8:07-cv-01088-CJC Central District of California, Santa Ana |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION; et al., | ORDER |
| Defendants - Appellants. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: CANBY and THOMAS, Circuit Judges.

Appellees' motion to file a reply in support of the motion for reconsideration is granted.

Appellees' motion for reconsideration of the court's July 6, 2009 order is denied. This is a purely interlocutory appeal, seeking a determination of whether the district court can properly reveal its order or whether redaction is required. Our July 6, 2009 order addressed a limited and narrow question, specifically whether an administrative stay of the unsealing of the district court's order pending review by a merits panel was appropriate. We reiterate that the grant of the administrative

KB/MOATT

stay was done without prejudice to the ability of the merits panel to amend or vacate our order if it deems such action to be appropriate.