**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 07-01088-CJC(ANx)                              Date: September 28, 2009

Title: <u>ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA ET AL. V. FEDERAL BUREAU OF INVESTIGATION ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                      <u>    N/A    </u>
Deputy Clerk                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION** [filed 8/17/09]

  Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* FED. R. CIV. P. 78; LOCAL RULE 7-15. Accordingly, the hearing set for October 5, 2009, at 1:30 p.m. is hereby vacated and off calendar.

  This action arises from a request filed under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, by six organizations and five individuals—Islamic Shura Council of Southern California, Council on American Islamic Relations – California ("CAIR"), Islamic Center of San Gabriel Valley, Islamic Center of Hawthorne, West Coast Islamic Center, Human Assistance and Development International, Inc., Dr. Muzzammil Siddiqi, Shakeel Syed, Hussam Ayloush, Mohammed Abdul Aleem, and Rafe Husain (collectively "Plaintiffs"). Plaintiffs requested information reflecting any investigation or surveillance of them by Defendant Federal Bureau of Investigation (the "FBI"). For the following reasons, Plaintiffs motion for reconsideration of the Court's order on July 24, 2009, is DENIED.

  After the parties cross-moved for summary judgment, the Court conducted *ex parte*, *in camera* hearings to determine whether the FBI had properly complied with FOIA disclosure requirements. The Court issued a sealed, *ex parte* order on June 23,

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 07-01088-CJC(ANx)                              Date: September 28, 2009
                                                                                                               Page 2

2009 (the "Sealed Order"), stating that the order would be unsealed and made public on July 7, 2009, unless the Court of Appeals for the Ninth Circuit directed otherwise. The government immediately appealed. On July 6, 2009, the Ninth Circuit granted the government's emergency motion for a stay of the Sealed Order pending appeal. The Ninth Circuit ordered the Sealed Order to remain under seal until further action by the merits panel. Plaintiffs moved for reconsideration of the Ninth Circuit's order on July 27, 2009. The Ninth Circuit denied this motion on September 2, 2009.

     While the parties litigated the case in the Ninth Circuit, the government applied for an *ex parte* order granting it leave to file documents in the district court *ex parte* and under seal. The Court granted this request, and the government submitted the documents on July 24, 2009. On August 17, 2009, Plaintiffs moved under Local Rule 7-18[1] for reconsideration of the July 24 order granting the government leave to file documents *ex parte* and under seal.

     Although the Court understands Plaintiffs' frustration at being left in the dark, the Court properly granted leave for the government to file documents *ex parte* and under seal. The government submitted the documents pursuant to the Sealed Order, which is to remain under seal pending the Ninth Circuit's resolution of the merits. (Order, July 6, 2009.) Disclosure of the documents or a description of them would effectively reveal the contents of the Sealed Order, thus violating the Ninth Circuit's order. Accordingly, Plaintiffs motion for reconsideration is DENIED.

jhp

MINUTES FORM 11
CIVIL-GEN                                                                                Initials of Deputy Clerk MU

---

[1] Central District Local Rule 7-18 states, "A motion for reconsideration of the decision on any motion may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change in law occurring after the time of such decision, or (c) a manifest showing of a failure to consider material facts presented to the Court before such decision." LOCAL RULE 7-18.