# EXHIBIT A

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 06 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISLAMIC CHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; et al., <br><br> Defendants - Appellants. | No. 09-56035 <br><br> D.C. No. 8:07-cv-01088-CJC <br> Central District of California, <br> Santa Ana <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: CANBY and THOMAS, Circuit Judges.

Appellants' motion for leave to file an emergency motion *ex parte* and *in camera* is granted.

Appellants' emergency motion for a stay of the district court's June 23, 2009 order pending appeal is granted. Pending further action by the merits panel, the June 23, 2009 order will remain sealed. The stay is for administrative purposes only, to allow a merits panel sufficient time to consider the motion. We express no opinion on the merits of the motion, and this stay is issued without prejudice to any further determination to the contrary by the merits panel.

KB/MOATT

Appellants are directed to address in the opening brief whether this court properly exercises appellate jurisdiction over this appeal, and specifically, the applicability of the collateral order doctrine.

The opening brief and excerpts of record remain due December 15, 2009. If any portion of the appellants' opening brief is not filed under seal, appellees may file an answering brief in response, which shall be filed within 30 days after service of the opening brief. An optional reply brief is due within 14 days after service of the answering brief, if any.

The Clerk shall calendar this case as soon as possible following the completion of briefing. Appellants' July 2, 2009 motion to stay the unsealing of the district court's June 23, 2009 order is referred to the panel that will hear the merits of this appeal for whatever consideration the panel deems appropriate.