TONY WEST
Assistant Attorney General
JOHN R. TYLER
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. SACV07-1088 CJC (ANx) <br><br> RESPONSE TO PLAINTIFFS' REQUEST FOR STATUS CONFERENCE |

On March 23, 2010, plaintiffs filed a request for a status conference "to discuss the Defendants' production and release of records at issue in this case, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552." Request for Status Conference, at 1 (Doc. No. 86).

This request should be denied because a status conference at this time is neither necessary nor appropriate. On July 6, 2009, the Ninth Circuit Court of Appeals granted defendants' motion for a stay of this Court's June 23, 2009 Order,

and the order remains under seal. As we have indicated in the public briefs filed in that appeal, the district court FOIA action can proceed <u>after</u> the appeal is resolved. See Brief for Appellants – Public Version, at 23 (attached as Exhibit B to Plaintiffs' Request for Status Conference). But any litigation in this Court before that time would necessarily reveal the contents of the Sealed Order, and would therefore be contrary to the Ninth Circuit's stay. Thus, proceeding as to any part of this Court's order must await resolution of the appeal. As defendants have pointed out to the Ninth Circuit, if plaintiffs are concerned that the appeal be resolved quickly so that the district court litigation can proceed, they are free to file a motion to expedite that appeal. They have not done so. Accordingly, plaintiffs' request for a status conference should be denied.

Respectfully Submitted,

TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director

 s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
P.O Box 883
Washington, D.C. 20044
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail: marcia.sowles@usdoj.gov

Attorneys for Defendants

2