UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 07-01088-CJC(ANx)                                    Date: March 26, 2010

Title: ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA ET AL. V. FEDERAL BUREAU OF INVESTIGATION ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                       None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFFS' REQUEST FOR STATUS CONFERENCE** [filed 3/24/10]

This action arises from a request filed under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, by six organizations and five individuals—Islamic Shura Council of Southern California, Council on American Islamic Relations – California ("CAIR"), Islamic Center of San Gabriel Valley, Islamic Center of Hawthorne, West Coast Islamic Center, Human Assistance and Development International, Inc., Dr. Muzzammil Siddiqi, Shakeel Syed, Hussam Ayloush, Mohammed Abdul Aleem, and Rafe Husain (collectively "Plaintiffs"). The Court issued a sealed order on this matter on June 23, 2009, and the Ninth Circuit granted the government's emergency motion to stay the unsealing of the order pending appeal. Plaintiffs request a status conference to discuss the status of the government's production and release of the records at issue. The Court's June 23 Order resolves most, if not all, of the claims arising from the FOIA request, so the Court cannot proceed until the Ninth Circuit rules on the merits of the appeal. Plaintiffs' request for a status conference is DENIED.

jhp

MINUTES FORM 11
CIVIL-GEN                                                                              Initials of Deputy Clerk MU