**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISLAMIC CHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants - Appellants. | No. 09-56035 <br><br> D.C. No. 8:07-cv-01088-CJC <br> Central District of California, Santa Ana <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Before: LEAVY and CALLAHAN, Circuit Judges.

Appellees' motion for a protective order is denied.

The answering brief is due within 30 days after the date of this order, and the optional reply brief shall be filed within 14 days after service of the answering brief.

The Clerk shall calendar this case as soon as possible following the completion of briefing.

KB/MOATT