

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM

Date: _____

To: **U.S. Court of Appeals**     **Attention:**    ☐ Civil
      **for the Ninth Circuit**                         ☐ Criminal
      Office of the Clerk                           ☐ Docketing
      95 Seventh Street                            ☐ Records Unit
      San Francisco, California 94103

From: **U.S. District Court**
         **Central District of California**
         312 North Spring Street, Room G-8
         Los Angeles, California 90012

D C No. _____     Appeals No. _____

Short Title _____

### Composition of Record

Clerk's files in _____ volumes    ☐ original    ☐ certified copy
Bulky docs. in _____ volumes *(folders)*    Docket No. _____
Reporter's Transcripts in _____ volumes    ☐ original    ☐ certified copy
Exhibits:   in _____    ☐ envelopes    ☐ under seal
           in _____    ☐ boxes    ☐ under seal
Other:

*Note: Please note any document filed under seal are listed on Form A-22.*

By _____
       Deputy Clerk

Acknowledgment: _____    Date: _____

**APPEALS TRANSMITTAL LETTER**
ORIGINAL FILE(S)

A-26 (09/08)