

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## RECORD TRANSMITTAL FORM FOR SEALED DOCUMENTS

Date: _____

| | | |
|---|---|---|
| To: | **U.S. Court of Appeals for the Ninth Circuit** Office of the Clerk 95 Seventh Street San Francisco, California 94103 | **Attention:** ☐ Civil ☐ Criminal ☐ Docketing ☐ Records Unit |

From: **U.S. District Court**
**Central District of California**
312 North Spring Street, Room G-8
Los Angeles, California 90012

D C No. _____   Appeals No. _____
Short Title _____

Sealed documents in _____ envelopes  ☐ under seal
Sealed documents in _____ Boxes      ☐ under seal
Other:

*Note:* Please return sealed documents in same manner as received.

By _____
Deputy Clerk

Acknowledgment: _____   Date: _____