UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA    JS-5

CIVIL MINUTES – GENERAL

Case No. SACV 07-01088-CJC(ANx)            Date: April 1, 2011

Title: <u>ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA ET AL. V. FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                  <u>N/A</u>
Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DIRECTING BRIEFING BY GOVERNMENT AND SETTING HEARING ON REMAND ISSUES**

     On March 30, 2011, the Ninth Circuit remanded this matter to this Court with instructions to revise its June 23, 2009 Sealed Order to eliminate statements the Government has designated as national security and sensitive law enforcement information before the order is unsealed.

     Accordingly, the Court hereby directs the Government to submit an ex parte brief under seal that identifies by page and line number the parts of the Sealed Order that the government believes contain national security and sensitive law enforcement information. The brief shall also set forth the government's basis for contending that disclosure of such information would compromise national security or law enforcement. The Government shall submit its brief on or before April 18, 2011.

     The Court hereby ORDERS both parties to appear at a hearing on April 27, 2011 at 9 a.m. related to the remanded issue and the unsealing of the Court's amended order.

mkyc

MINUTES FORM 11
CIVIL-GEN                                                          Initials of Deputy Clerk MU