JENNIE PASQUARELLA, SBN 263241
Email: jpasquarella@aclu-sc.org
AHILAN ARULANANTHAM, SBN 237841
Email: aarulanantham@aclu-sc.org
HECTOR O. VILLAGRA, SBN 177586
Email: hvillagra@aclu-sc.org
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500 x236
Facsimile: (213) 977-5297

THOMAS HAROLDSON, SBN 250136
Email: tharoldson@probonolaw.com
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5327
Facsimile: (213) 621-5327
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No.   SACV 07-1088 CJC (ANx) <br><br> NOTICE REGARDING DATE OF MANDATE AND REHEARING *EN BANC* DEADLINE |

## NOTICE REGARDING DATE OF MANDATE
## AND REHEARING *EN BANC* DEADLINE

Plaintiffs submit this notice to apprise the Court of the timing of the issuance of the mandate in this case, and the related deadline for filing any petition for rehearing *en banc* of the Ninth Circuit's decision in this case. Plaintiffs provide the notice out of an abundance of caution, and in case there are any implications for the forthcoming hearing on April 27, 2011.

The Ninth Circuit's opinion in this case was published on March 30, 2011. Under Federal Rule of Appellate Procedure 40, "in a civil case, if the United States or its officer or agency is a party, the time within which any party may seek rehearing is 45 days after entry of judgment, unless an order shortens or extends the time." Plaintiffs are not aware of any order that has shortened or extended the time thus far. Thus, the deadline to seek rehearing *en banc* in this case is May 16, 2011, and the mandate will issue only after any petition for rehearing *en banc* has been adjudicated.

Plaintiffs have not yet determined whether they intend to seek rehearing *en banc*, as that determination involves several competing considerations, and in any event Plaintiffs do not anticipate that this Court's decision to unseal certain portions of its order will have any bearing on the Ninth Circuit's consideration of any petition for rehearing *en banc*. Nonetheless, out of an abundance of caution, Plaintiffs submit this Notice to advise the Court that the Ninth Circuit's mandate

///
///
///
///
///
///

1 | has not yet issued, and that Plaintiffs may file a petition for rehearing *en banc* that
2 | could in theory result in a modification of the Ninth Circuit's remand order.

Respectfully submitted,

Dated: April 22, 2011        ACLU Foundation of Southern California

By:   /s/Ahilan Arulanantham

    AHILAN ARULANANTHAM, SBN 237841
    Counsel for Plaintiffs