UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-01088-CJC(ANx) | Date | April 27, 2011 |
|---|---|---|---|
| Title | Islamic Chura Council of Southern California, et al v. Federal Bureau of Investigation, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ahilan Arulanantham | John R. Tyler<br>Marcia Sowles |

**Proceedings:**  STATUS CONFERENCE

Court's order is issued to counsel before case called. Status conference held. Court confers with counsel and hears oral argument.

                                                                                     :     31

Initials of Preparer   mu