# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-01088-CJC(ANx) | Date | April 27, 2011 |
|---|---|---|---|
| Title | Islamic Chura Council of Southern California, et al v. Federal Bureau of Investigation, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL

    In light of the Court's amended order regarding Plaintiffs request under the Freedom of Information Act issued on April 27, 2011, the Court orders Plaintiffs to show cause why the complaint should not be dismissed without prejudice.  Plaintiffs shall file their opposition to such a dismissal by May 13, 2011, and Defendants shall file any response by May 20, 2011.

    The Clerk is directed to serve a copy of this minute order on counsel for all parties of record.

                                                                                                 : 0

Initials of Preparer    mu