JENNIE PASQUARELLA, SBN 263241
Email: jpasquarella@aclu-sc.org
AHILAN ARULANANTHAM, SBN 237841
Email: aarulanantham@aclu-sc.org
ACLU OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

THOMAS HAROLDSON, SBN 250136
Email: tharoldson@probonolaw.com
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5327
Facsimile: (213) 621-5327
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, et al., <br><br> Defendants. | Case No.   SACV 07-1088 CJC (ANx) <br><br> **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE OF APRIL 27, 2011** <br><br> Honorable Cormac J. Carney |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE OF APRIL 27, 2011**

Plaintiffs respectfully request that the Court refrain from dismissing this case without prejudice at this time. As explained herein, Plaintiffs instead request that the Court order the parties to provide the Court with a status update within 14 days of any final decision by the Ninth Circuit with respect to the Court's sealing order.

The Court should not dismiss this matter at this time for two reasons. First, the Ninth Circuit's decision with respect to the Court's sealing order is not yet final, as the mandate has not issued. Plaintiffs have sought and obtained an extension of time to file a petition for rehearing or rehearing *en banc* in that portion of the case, such that their rehearing petition is now due on or before June 15, 2011. *See* Dkt# 57 (Case No. 09-56035). Thus, at a minimum, Plaintiffs respectfully request that the Court decline to dismiss this case until the Ninth Circuit has issued a final decision, as modification of the Ninth Circuit order could allow this Court to re-write its ruling, perhaps in a way that would permit a final written order more in keeping with the order issued on June 23, 2009.

Second, as Plaintiffs understand the current procedural posture, those portions of the Court's order which rule that the government may not mislead the Court are not appealable, and therefore arguably not part of the holding of this case. In addition, it appears that the government has defended its conduct with respect to that portion of the Court's order. *See* statement of Department of Justice spokeswoman Tracy Schmaler (available at http://www.mainjustice.com/2011/04/28/judge-doj-deceived-me). Given the importance of the question whether the government may mislead the courts in cases involving Section 552(c), Plaintiffs may seek an appealable order from this Court on that issue, which may in turn require further action prior to dismissal.

However, any such action would be premature at this time, given that the Ninth Circuit's decision on the sealing order is not yet final, and a revised Ninth

Circuit opinion may in turn obviate the need for an appealable order from this Court on the question whether the government may mislead the courts in cases such as this one. For that reason as well, Plaintiffs respectfully request that the Court refrain from dismissing the case.

Therefore, Plaintiffs respectfully request that the Court not dismiss the case at this time, but instead order the parties to provide the Court with a status update within 14 days of any final decision by the Ninth Circuit.

                                          Respectfully submitted,

                                          ACLU OF SOUTHERN CALIFORNIA

Dated: May 13, 2011              s/ Ahilan T. Arulanantham
                                          AHILAN T. ARULANANTHAM
                                          Attorney for Plaintiffs