**FILED**

UNITED STATES COURT OF APPEALS

JUN 10 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISLAMIC CHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., | No. 09-56035 |
| Plaintiffs - Appellees, | D.C. No. 8:07-cv-01088-CJC-AN Central District of California, Santa Ana |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, | ORDER |
| Defendants - Appellants. | |



The appellees' unopposed motion for an extension of time in which to file

the answering brief is granted. The answering brief is due July 19, 2010. Any

further request for an extension of time to file this brief is disfavored. The optional

reply brief is due within 14 days after service of the answering brief.

For the Court:
MOLLY C. DWYER
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

tah/06.07.10/Pro Mo