**FILED**

UNITED STATES COURT OF APPEALS

AUG 03 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISLAMIC CHURA COUNCIL OF SOUTHERN CALIFORNIA; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; et al.,<br><br>Defendants - Appellants. | No. 09-56035<br><br>D.C. No. 8:07-cv-01088-CJC-AN<br>Central District of California,<br>Santa Ana<br><br>ORDER |



Appellants' August 2, 2010, motion to file a Sealed/Ex Parte Version of the Reply Brief is granted. The Sealed/Ex Parte Version of the Reply Brief has been filed.

By Tuesday, August 17, 2010, appellants shall file with this court under seal 7 copies of the Reply Brief (Sealed/Ex Parte Version).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Susan Soong
Chief Deputy Clerk