UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 21 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISLAMIC CHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants - Appellants. | No. 09-56035 <br><br> D.C. No. 8:07-cv-01088-CJC-AN <br> U.S. District Court for Central California, Santa Ana <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 1 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The answering brief submitted on July 19, 2010 is filed.

Within 7 days of this order, appellee is ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Pearl Kariakin
Deputy Clerk