**FILED**

**OCT 28 2010**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; RAFE HUSAIN, | No. 09-56035<br><br>D.C. No. 8:07-cv-01088-CJC-AN<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| Plaintiffs - Appellees, | |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendants - Appellants. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Oral argument shall be limited to the issues addressed in the government's public brief. The government is directed to remain available to respond, in camera, to questions of the panel concerning the issues addressed in the government's brief filed "sealed/ex parte."

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Li
Deputy Clerk