**FILED**

UNITED STATES COURT OF APPEALS

MAY 12 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; RAFE HUSAIN, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants - Appellants. | No. 09-56035 <br><br> D.C. No. 8:07-cv-01088-CJC-AN <br> Central District of California, <br> Santa Ana <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 1 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Before: SCHROEDER, TALLMAN, and M. SMITH, Circuit Judges.

Plaintiffs-Appellees' motion for an extension of time to file a Petition for Rehearing and Rehearing En Banc is GRANTED. Any Petition for Rehearing or Rehearing En Banc must be filed by June 15, 2011.