UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 07-01088-CJC(ANx)          Date: June 27, 2011

Title: <u>ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA ET AL. V. FEDERAL BUREAU OF INVESTIGATION ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

| <u>Michelle Urie</u> | <u>  N/A  </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER STAYING CASE PENDING RULING ON PETITION FOR REHEARING OR REHEARING EN BANC**

     In light of Plaintiffs' filing a petition for rehearing or rehearing en banc before the Ninth Circuit Court of Appeals on June 15, 2011, the Court hereby STAYS this action. Plaintiffs are directed to submit a status report with this Court within fourteen days from the date that the Ninth Circuit issues its ruling on Plaintiffs' petition.


mkyc

MINUTES FORM 11
CIVIL-GEN                                                                                      Initials of Deputy Clerk MU