**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 22 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; RAFE HUSAIN, Plaintiffs - Appellees, v. FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE, Defendants - Appellants. | No. 09-56035<br><br>D.C. No. 8:07-cv-01088-CJC-AN<br>Central District of California, Santa Ana<br><br>ORDER  |

Before: SCHROEDER, TALLMAN, and M. SMITH, Circuit Judges.

The panel has voted to deny plaintiffs-appellees' petition for panel rehearing and to deny the petition for rehearing en banc.

The full court has been advised of plaintiffs-appellees' petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

Plaintiffs-appellees' petition for panel rehearing and petition for rehearing en banc are denied.