JENNIE PASQUARELLA, SBN 263241
Email: jpasquarella@aclu-sc.org
AHILAN ARULANANTHAM, SBN 237841
Email: aarulanantham@aclu-sc.org
ACLU OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

THOMAS HAROLDSON, SBN 250136
Email: tharoldson@probonolaw.com
300 South Grand Ave., Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5327
Facsimile: (213) 621-5327
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>FEDERAL BUREAU OF INVESTIGATION, et al., <br><br>　　　　Defendants. | Case No.   SACV 07-1088 CJC (ANx) <br><br>**PLAINTIFFS' STATUS REPORT** <br><br>Honorable Cormac J. Carney |

# PLAINTIFFS' STATUS REPORT

Plaintiffs submit this status report pursuant to this Court's Order of June 27, 2011, Dkt. # 112.

The Ninth Circuit denied Plaintiffs' petition for rehearing en banc on July 22, 2011. As a result, there remains no published opinion in this case – either from this Court or the Ninth Circuit – that *holds* that the government may not provide false information to the courts when a Plaintiff seeks review of a FOIA response that, according to the government, falls under Section 552(c).

At this time, Plaintiffs are finalizing their research and concluding their internal deliberations concerning the best method by which to obtain an order that decides that question on the merits. In particular, Plaintiffs are considering whether to file a motion for sanctions, as it may present the only vehicle for obtaining such an order. Plaintiffs have not yet made a final determination as to whether they believe a sanctions motion to be appropriate, but they anticipate making such a determination within approximately two weeks.

For this reason, Plaintiffs respectfully request that the Court permit them to file a further status report in 21 days. Plaintiffs anticipate that they will either file a sanctions motion or determine not to do so on or before that date.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: August 5, 2011      s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Attorney for Plaintiffs