MARK ROSENBAUM, SBN 59940
AHILAN ARULANANTHAM SBN 237841
JENNIE PASQUARELLA, SBN 263241
ACLU Foundation of Southern California
1313 West Eighth St.
Los Angeles, CA  90017
Telephone:  (213) 977-9236
Facsimile:  (213) 977-5297
mrosenbaum@aclu-sc.org
aarulanantham@aclu-sc.org
jpasquarella@aclu-sc.org

THOMAS HAROLDSON, SBN 250136
300 South Grand Ave., Suite 3400
Los Angeles, CA  90071-3144
Telephone:  (213) 687-5627
Facsimile:  (213) 621-5627
tharoldson@probonolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | CASE NO. SA CV07-01088-CJC (ANx) <br><br> **APPLICATION OF THOMAS HAROLDSON FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD** <br><br><br> Judge: The Honorable Cormac J. Carney <br> Department: Courtroom 9B |

Pursuant to Local Rule 83-2.9.2.1, Thomas Haroldson, co-counsel for Plaintiffs Islamic Shura Council of Southern California et al., respectfully requests to withdraw as attorney of record for Plaintiffs. Mr. Haroldson is no longer participating in the litigation of this matter, and Plaintiffs will continue to be represented by the ACLU Foundation of Southern California. Each Plaintiff has consented to Mr. Haroldson's withdrawal. Accordingly, counsel for Plaintiffs respectfully request that the Court grant this application for leave to withdraw Mr. Haroldson as attorney of record in this case.

DATED: September 14, 2011

        ACLU Foundation of Southern California
        Mark Rosenbaum
        Ahilan Arulanantham
        Jennifer Pasquarella


        By:     /s/ Ahilan Arulanantham
            Attorneys for Plaintiffs