1  MARK ROSENBAUM, SBN 59940
   mrosenbaum@aclu-sc.org
2  AHILAN ARULANANTHAM SBN 237841
   aarulanantham@aclu-sc.org
3  JENNIE PASQUARELLA, SBN 263241
4  jpasquarella@aclu-sc.org
   ACLU FOUNDATION OF SOUTHERN CALIFORNIA
5  1313 West 8th Street
   Los Angeles, CA  90017
6  Telephone:  (213) 977-5211
7  Facsimile:  (213) 977-5297

8  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. SA CV07-01088-CJC (ANx) <br><br> **NOTICE OF LODGING OF PROPOSED ORDER GRANTING APPLICATION FOR LEAVE TO WITHDRAW THOMAS HAROLDSON AS ATTORNEY OF RECORD** <br><br> Honorable Cormac J. Carney |

1  To all parties and their counsel of record:

2      Plaintiffs hereby lodge with the Court the attached Proposed Order Granting

3  Application for Leave to Withdraw Thomas Haroldson as Attorney of Record.

4                                      Respectfully submitted,

5                                      ACLU OF SOUTHERN CALIFORNIA

6

7  DATED: September 21, 2011          s/ Ahilan T. Arulanantham
                                        AHILAN T. ARULANANTHAM
                                        Counsel for Plaintiffs