MARK ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
AHILAN ARULANANTHAM SBN 237841
aarulanantham@aclu-sc.org
JENNIE PASQUARELLA, SBN 263241
jpasquarella@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone:  (213) 977-5211
Facsimile:  (213) 977-5297

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. SA CV07-01088-CJC (ANx)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO WITHDRAW THOMAS HAROLDSON AS ATTORNEY OF RECORD**<br><br>Honorable Cormac J.  Carney |

1 | Good cause having been shown in Plaintiffs applicaton, docket number 117, the
2 | application is granted and Thomas Haroldson is hereby withdrawn as an attorney of
3 | record for all Plaintiffs in this case.
4 |     It is so ORDERED.
5 |
6 | DATED: September ____, 2011
7 |                                        HONORABLE CORMAC J. CARNEY
                                       United States District Court Judge