MARK ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
AHILAN ARULANANTHAM SBN 237841
aarulanantham@aclu-sc.org
JENNIE PASQUARELLA, SBN 263241
jpasquarella@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. SA CV07-01088-CJC (ANx) <br><br> **NOTICE OF LODGING OF PROPOSED ORDER GRANTING APPLICATION FOR LEAVE TO WITHDRAW TASNEEM DOHADWALA AS ATTORNEY OF RECORD** <br><br> Honorable Cormac J. Carney |

1 | To all parties and their counsel of record:

2 |     Plaintiffs hereby lodge with the Court the attached Proposed Order Granting

3 | Application for Leave to Withdraw Tasneem Dohadwala as Attorney of Record.

4 |                                     Respectfully submitted,

5 |                                     ACLU OF SOUTHERN CALIFORNIA

7 | DATED:  September 21, 2011          s/ Ahilan T. Arulanantham
                                      AHILAN T. ARULANANTHAM
                                      Counsel for Plaintiffs