1  MARK ROSENBAUM, SBN 59940
   mrosenbaum@aclu-sc.org
2  AHILAN ARULANANTHAM SBN 237841
   aarulanantham@aclu-sc.org
3  JENNIE PASQUARELLA, SBN 263241
4  jpasquarella@aclu-sc.org
   ACLU FOUNDATION OF SOUTHERN CALIFORNIA
5  1313 West 8th Street
   Los Angeles, CA  90017
6  Telephone:  (213) 977-5211
7  Facsimile:  (213) 977-5297

8  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. SA CV07-01088-CJC (ANx) <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO WITHDRAW TASNEEM DOHADWALA AS ATTORNEY OF RECORD** <br><br> Honorable Cormac J.  Carney |

1  Good cause having been shown in Plaintiffs applicaton, docket number 118, the
2  application is granted and Tasneem Dohadwala is hereby withdrawn as an attorney of
3  record for all Plaintiffs in this case.
4  It is so ORDERED.

5

6  DATED: September ____, 2011
   _____
7  HONORABLE CORMAC J. CARNEY
   United States District Court Judge