MARK ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
AHILAN ARULANANTHAM SBN 237841
aarulanantham@aclu-sc.org
JENNIE PASQUARELLA, SBN 263241
jpasquarella@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone:  (213) 977-5211
Facsimile:  (213) 977-5297

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. SA CV07-01088-CJC (ANx) <br><br> **[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR LEAVE TO WITHDRAW TASNEEM DOHADWALA AS ATTORNEY OF RECORD** <br><br> Honorable Cormac J. Carney |

1  Good cause having been shown in Plaintiffs applicaton, docket number 118, the
2  application is granted and Tasneem Dohadwala is hereby withdrawn as an attorney of
3  record for all Plaintiffs in this case.
4  It is so ORDERED.
5
6  DATED: September 22, 2011
7                                             HONORABLE CORMAC J. CARNEY
                                               United States District Court Judge