MARK ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
AHILAN ARULANANTHAM SBN 237841
aarulanantham@aclu-sc.org
JENNIE PASQUARELLA, SBN 263241
jpasquarella@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone:  (213) 977-5211
Facsimile:  (213) 977-5297

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. SA CV07-01088-CJC (ANx)<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR LEAVE TO WITHDRAW THOMAS HAROLDSON AS ATTORNEY OF RECORD**<br><br>Honorable Cormac J.  Carney |

1  Good cause having been shown in Plaintiffs applicaton, docket number 117, the
2  application is granted and Thomas Haroldson is hereby withdrawn as an attorney of
3  record for all Plaintiffs in this case.
4  It is so ORDERED.

6  DATED:  September 23, 2011          _____
                                       HONORABLE CORMAC J. CARNEY
7                                      United States District Court Judge