1  AHILAN ARULANANTHAM SBN 237841
   aarulanantham@aclu-sc.org
2  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
3  Los Angeles, CA 90017
   Telephone: (213) 977-5211
4  Facsimile: (213) 977-5297

5  Attorney for Plaintiffs

6
7
8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
                            **SOUTHERN DIVISION**
11
12
13
14
15 ISLAMIC SHURA COUNCIL OF          ) Case No.  SACV 07-1088 CJC (ANx)
   SOUTHERN CALIFORNIA, et al.,       )
16                                     ) **PLAINTIFFS' NOTICE OF MOTION**
                  Plaintiffs,          ) **AND MOTION FOR IMPOSITION OF**
17                                     ) **SANCTIONS PURSUANT TO**
          v.                           ) **FEDERAL RULE OF CIVIL**
18                                     ) **PROCEDURE 11**
   FEDERAL BUREAU OF                   )
19 INVESTIGATION, et al.,              ) Honorable Cormac J. Carney
                                       )
20                                     ) Hearing Date: November 14, 2011
                  Defendants.          )
21                                     ) Hearing Time: 1:30 p.m.
                                       )
22
23
24
25
26
27
28

1  To all parties and their counsel of record, please take notice that on November 14, 2011 at 1:30 p.m., before the Honorable Cormac J. Carney, in Courtroom 9B of the United States District Court, Central District of California, Southern Division, located at 411 West 4th Street, Room 1053, Santa Ana, California, 92701, Plaintiffs will move for this Court to issue sanctions against Defendants pursuant to Federal Rule of Civil Procedure 11, because Defendants "lied to the Court." *See* Dkt. # 98 at 18.

Pursuant to Fed. R. Civ. P. 11(c)(2), undersigned counsel served counsel for Defendants:

Marcia K. Sowles
Department of Justice
Civil Division
Federal Branch Programs
P.O. Box 883
Washington, DC 20503
Phone: (202) 514-4960
Email: Marcia.Sowles@usdoj.com

with the attached Memorandum of Points and Authorities on September 1, 2011, via email. On September 21, 2011, undersigned counsel spoke with Ms. Sowles and her co-counsel Mr. Tyler, who stated that Defendants oppose the motion and believe that no correction or other amelioration is warranted.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: September 26, 2011

 s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Counsel for Plaintiffs