AHILAN ARULANANTHAM SBN 237841
aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone:  (213) 977-5211
Facsimile:  (213) 977-5297

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. SA CV07-01088-CJC (ANx) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR IMPOSITION OF SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11** <br><br> Honorable Cormac J. Carney |

1 | Good cause having been shown in Plaintiffs' motion, this Court hereby sanctions
2 | Defendants.  Defendants are ordered to pay Plaintiffs' fees associated with the filing of
3 | their sanctions motion.
4 |     It is so ORDERED.
5 |
6 | Dated: September_____, 2011
                                                                                     HONORABLE CORMAC J. CARNEY
                                                                                     United States District Court Judge