1  AHILAN ARULANANTHAM SBN 237841
   aarulanantham@aclu-sc.org
2  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
3  1313 West 8th Street
   Los Angeles, CA  90017
4  Telephone:  (213) 977-5211
   Facsimile:  (213) 977-5297
5
6  Attorney for Plaintiffs

7
8
9
10                    **UNITED STATES DISTRICT COURT**
11                    **CENTRAL DISTRICT OF CALIFORNIA**
12                         **SOUTHERN DIVISION**
13
14

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., | Case No. SA CV07-01088-CJC (ANx) |
| Plaintiffs, | **JOINT STIPULATION REGARDING BREIFING AND HEARING SCHEDULE OF PLAINTIFFS' MOTION FOR SANCTIONS** |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, | Honorable Cormac J. Carney |
| Defendants. | |

1. The parties in this case through their counsel of record, hereby request that the Court enter one of the following two schedules.

The parties' first preference is for the following schedule:
1. Defendants' opposition to Plaintiffs' motion will be due on October 24, 2011.
2. Plaintiffs' reply in support of their motion will be due on November 4, 2011.
3. The hearing on Plaintiffs' motion will take place on November 14, 2011 at 1:30 p.m.

If the Court is not amenable to this schedule, the parties respectfully request the following alternative schedule:
1. Defendants' opposition to Plaintiffs' motion will be due on October 24, 2011.
2. Plaintiffs' reply in support of their motion will be due on November 21, 2011.
3. The hearing on Plaintiffs' motion will take place on December 5, 2011 at 1:30 p.m.

It is so STIPULATED.

Respectfully submitted,

DATED: September 26, 2011   s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Counsel for Plaintiffs

DATED: September 26, 2011   s/ Marcia K. Sowles
JOHN R. TYLER
MARCIA K. SOWLES
Counsel for Defendants