AHILAN ARULANANTHAM SBN 237841
aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. SA CV07-01088-CJC (ANx) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BREIFING AND HEARING SCHEDULE OF PLAINTIFFS' SANCTIONS MOTION** <br><br> Honorable Cormac J. Carney |

1  Good cause having been shown in the parties joint stipulation, the stipulation is
2  granted. The following schedule regarding Plaintiffs' Sanctions Motion is hereby
3  ordered:
4  1. Defendants' opposition to Plaintiffs' motion will be due on October 24, 2011.
5  2. Plaintiffs' reply in support of their motion will be due on November 4, 2011.
6  3. The hearing on Plaintiffs' motion will take place on November 14, 2011 at
7     1:30 p.m.
8     OR
9  1. Defendants' opposition to Plaintiffs' motion will be due on October 24, 2011.
10 2. Plaintiffs' reply in support of their motion will be due on November 21, 2011.
11 3. The hearing on Plaintiffs' motion will take place on December 5, 2011 at
12    1:30 p.m.

14 It is so ORDERED.

16 Dated: September_____, 2011

_____
HONORABLE CORMAC J. CARNEY
United States District Court Judge