# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-01088-CJC(ANx) | Date | November 14, 2011 |
|---|---|---|---|
| Title | Islamic Shura Council of Southern California, et al v. Federal Bureau of Investigation, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Nancy Boehme | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ahilan T. Arulanantham | John Tyler |
| | Marcia K. Sowles |

**Proceedings:** Plaintiff's Motion for Imposition of Sanctions Pursuant to F.R.Civ.P 11 (fld 9/26/11)

    Cause called and counsel state their appearance. Court hears oral argument and takes motion under submission.

                                                                1 : 15

Initials of Preparer   nkb