AHILAN ARULANANTHAM SBN 237841
aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone:  (213) 977-5211
Facsimile:  (213) 977-5297

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. SA CV07-01088-CJC (ANx) <br><br> **NOTICE OF ERRATA** <br><br> Honorable Cormac J. Carney |

**NOTICE OF ERRATA**

During oral argument on Plaintiffs' motion for sanctions, counsel for Plaintiffs referred to a letter written to Congress during the debates preceding the 1986 amendments that enacted Section 552(c). Although counsel correctly referred to this letter as stating that the FBI ultimately interpreted Section 552(c) as authorizing a responding agency to give a "Glomar" response to requests seeking records that purportedly fell within that section, counsel mistakenly identified the author of this letter as former Attorney General Edwin Meese. In fact, the letter was written by then-FBI Director William Webster. The letter is discussed in greater detail in Plaintiffs-Appellees' Petition for Rehearing or Rehearing En Banc, at 14 n.6. *See Islamic Shura Council, et al. v. FBI*, et al., No. 09-56035 (9th Cir. 2011) (Dkt. # 58-1). The letter itself is available at *The Freedom of Information Reform Act: Hearings on S.774 Before the Subcommittee of the Commission on Government Operations*, 98th Cong. at 909 (1984) (letter of William Webster, Director, Federal Bureau of Investigations).

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: November 15, 2011    s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Attorney for Plaintiffs