AHILAN T. ARULANANTHAM, SBN 237841
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Email: aarulanantham@aclu-sc.org
Telephone: (213) 977-9511
Facsimile: (213) 977-5297

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No.   SACV 07-1088 CJC (ANx) <br><br> **SUBMISSION OF ATTORNEYS' FEES PURSUANT TO COURT ORDER REGARDING MOTION FOR SANCTIONS** <br><br> Honorable Cormac J. Carney |

**SUBMISSION OF ATTORNEYS' FEES PURSUANT TO COURT ORDER REGARDING MOTION FOR SANCTIONS**

Pursuant to the Court's Order of November 17, 2011 (Dkt. # 134), undersigned counsel for Plaintiffs submits this accounting of fees, accompanied by a detailed declaration explaining, *inter alia*, why the fees sought are reasonable. *See* Exhibit 1.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: December 1, 2011

s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Attorney for Plaintiffs