AHILAN ARULANANTHAM (SBN 237841)
 aarulanantham@aclu-sc.org
LAURA MORAN (Bar Admission Pending)
 lmoran@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA  90017
Telephone:  (213) 977-5211
Facsimile:  (213) 977-5297

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br>　　　　　Defendants. | Case No. SA CV07-01088-CJC (ANx) <br><br>**REQUEST FOR ENTRY OF FINAL JUDGMENT** <br><br>Honorable Cormac J. Carney |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Plaintiffs respectfully request that the Court enter final judgment in this case. See Fed. R. Civ. P. 58(a) ("Every judgment and amended judgment must be set out in a separate document"). On April 27, 2011, this Court suggested through its issuance of an Order to Show Cause Regarding Dismissal that it had resolved the parties' disputes concerning the underlying FOIA documents at issue, but had not yet entered final judgment in this case. See Dkt. 100. Subsequent to the Order to Show Cause, the Plaintiffs filed a Motion for Sanctions under Rule 11, which the Court granted. See Dkt. 123, Dkt. 136. However, so far as Plaintiffs are aware, the Court has yet to enter a single document that constitutes a final judgment as required by Rule 58 of the Federal Rules of Civil Procedure. See Vernon v. Heckler, 811 F.2d 1274, 1276 (9th Cir. 1987) (stating that Rules 58 and 79 should be "mechanically applied").

Plaintiffs respectfully suggest that any of the following orders of this Court may contain rulings that should be incorporated into any final judgment: Civil Minutes – General (Dkt. 48, April 20, 2009); Amended Order Regarding Plaintiffs' Request Under the Freedom of Information Act (Dkt. 98, April 27th, 2011), Order to Show Cause Regarding Dismissal (Dkt. 100, April 27th, 2011), Order Granting Plaintiffs an Award

//

//

//

1

1 of Reasonable Attorneys' Fees in the Amount of $36,248 (Dkt. 136, December 14, 2011).

For these reasons, Plaintiffs respectfully request that the Court enter final judgment pursuant to Rule 58.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated:  January 25, 2012     s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Attorney for Plaintiffs

2