UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA ET AL.<br><br>    Plaintiffs,<br><br>  vs.<br><br>FEDERAL BUREAU OF INVESTIGATION ET AL.<br><br>    Defendants. | Case No.: SACV 07-1088-CJC(ANx)<br><br>**JUDGMENT AWARDING PLAINTIFFS REASONABLE ATTORNEYS' FEES IN THE AMOUNT OF $36,248** |

On November 17, 2011, the Court granted Plaintiffs' motion for sanctions under Rule 11 of the Federal Rules of Civil Procedure against Defendants the Federal Bureau of Investigation (the "FBI") and the United States Department of Justice ("DOJ") (collectively, the "Government") for providing false and misleading information to the Court in pleadings, declarations, and briefs regarding the documents responsive to Plaintiffs' request for information under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  (Ct. Order, Dkt. No. 134, Nov. 17, 2011.)  The Court imposed monetary

sanctions on the Government in the amount of reasonable attorneys' fees to Plaintiffs for bringing their motion for sanctions and ordered Plaintiffs to submit a detailed affidavit with an accounting of fees within fourteen (14) days of the Order. (*Id.*) Pursuant to the Court's Order, Plaintiffs filed a timely submission of attorneys' fees on December 1, 2011, in which they requested total fees in the amount of $37,128. (Dkt. No. 135.) The Government did not file any objections to the requested fees. After careful review of Plaintiffs' submission papers, the Court awarded Plaintiffs a total amount of $36,248 in reasonable attorneys' fees. (Ct. Order, Dkt. No. 136, Dec. 14, 2011.) On January 25, 2012, Plaintiffs filed a request for entry of judgment pursuant to Federal Rule of Civil Procedure 58. (Dkt. No. 137.)

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT: The Government is obligated to pay Plaintiffs the sum of $36,248 in reasonable attorneys' fees incurred by Plaintiffs in bringing their motion for sanctions.

DATED: January 30, 2012

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT