AHILAN ARULANANTHAM SBN 237841
aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. SA CV07-01088-CJC (ANx) <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF THE DEADLINE TO FILE FOR ATTORNEY'S FEES UNDER LOCAL RULE 54-12** <br><br> Honorable Cormac J. Carney |

Good cause having been shown in the parties joint stipulation , the stipulation is herby GRANTED.

Plaintiffs' deadline for their application for attorney's fees is extended 14 days after Defendants' time to file an appeal has expired.  Should the Defendants file an appeal, Plaintiffs' application is due 14 days after final disposition of this case on appeal.  *See Al-Harbi v. I.N.S.*, 284 F. 3d 1080, 1084 (9th Cir. 2002).

Dated:  February ____, 2012

HONORABLE CORMAC J. CARNEY
United States District Court Judge