AHILAN ARULANANTHAM SBN 237841
aarulanantham@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-5211
Facsimile: (213) 977-5297

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants. | Case No. SA CV07-01088-CJC (ANx) <br><br> **ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION OF THE DEADLINE TO FILE FOR ATTORNEY'S FEES UNDER LOCAL RULE 54-12** <br><br> Honorable Cormac J. Carney |

1  Good cause having been shown in the parties joint stipulation , the stipulation is
2  herby GRANTED.
3  Plaintiffs' deadline for their application for attorney's fees is extended 14 days
4  after Defendants' time to file an appeal has expired.  Should the Defendants file an
5  appeal, Plaintiffs' application is due 14 days after final disposition of this case on
6  appeal.  *See Al-Harbi v. I.N.S.*, 284 F. 3d 1080, 1084 (9th Cir. 2002).

Dated:  February 10, 2012

HONORABLE CORMAC J. CARNEY
United States District Court Judge