TONY WEST
Assistant Attorney General
IAN HEATH GERSHENGORN
Deputy Assistant General Counsel
JOHN R. TYLER
DC Bar No. 297713
MARCIA K. SOWLES
D.C. Bar No. 369455
Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20530
Telephone: (202) 514-4960
Facsimile: (202) 514-8470

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; and RAFE HUSAIN, <br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION; and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | No. SACV07-1088 CJC (ANx)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that defendants Federal Bureau of Investigation ("FBI") and the United States Department of Justice ("DOJ"), by and through its

undersigned counsel, appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment Awarding Plaintiffs Reasonable Attorneys' Fees in the Amount of $36,248, entered on January 30, 2012 (ECF No. 139); Order Granting Plaintiffs' Motion for Sanctions, entered on November 17, 2011(ECF No. 134); and the Order Granting Plaintiffs' An Award of Reasonable Attorney Fees, entered on December 14, 2011 (ECF No. 136).

Respectfully Submitted,

TONY WEST
Assistant Attorney General

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director
DC Bar No. 297713

s/ Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue N.W.
Room 7114
Washington, D.C. 20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail: marcia.sowles@usdoj.gov

Attorneys for Defendants