# CERTIFICATE OF SERVICE

IT IS CERTIFIED that I have caused the foregoing **Notice of Appeal** to be electronically filed, which will result in automated electronic service, on February 13, 2012, for the same by the Court's ECF system and, in addition, to the extent any of the following are not indicated as served on the ECF confirmation notices, I will immediately cause them to be served by First Class Mail, postage prepaid, as follows:

Ahilan T. Arulanantham
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017

Jennie Pasquarella
ACLU Foundtion of Southern California
1313 West Eighth Street
Los Angeles, CA 90017

Hector O. Villagra
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017

s/Marcia K. Sowles
MARCIA K. SOWLES