1  TONY WEST
   Assistant Attorney General
2  IAN HEATH GERSHENGORN
   Deputy Assistant General Counsel
3  JOHN R. TYLER
   DC Bar No. 297713
4  MARCIA K. SOWLES
   D.C. Bar No. 369455
5  Department of Justice
   Civil Division
6  Federal Programs Branch
   P.O. Box 883
7  Washington, D.C. 20530
   Telephone: (202) 514-4960
8  Facsimile: (202) 514-8470

9
10              UNITED STATES DISTRICT COURT

11        FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  ISLAMIC SHURA COUNCIL OF              )
    SOUTHERN CALIFORNIA;                  )
13  COUNCIL ON AMERICAN                   )
    ISLAMIC RELATIONS -                   )
14  CALIFORNIA; ISLAMIC CENTER            )
    OF SAN GABRIEL VALLEY;                )
15  ISLAMIC CENTER OF                     )
    HAWTHORNE; WEST COAST                 )
16  ISLAMIC CENTER; HUMAN                 )
    ASSISTANCE AND                        )
17  DEVELOPMENT                           )
    INTERNATIONAL, INC.;                  )
18  MUZAMMIL SIDDIQI; SHAKEEL             )
    SYED; HUSSAM AYLOUSH;                 )
19  MOHAMMED ABDUL ALEEM;                 )
    and RAFE HUSAIN,                      )
20                                        )
            Plaintiffs,                   )
21                                        )
         v.                               )        No. SACV07-1088 CJC
22                                        )        (ANx)
                                          )
23  FEDERAL BUREAU OF                     )        **REPRESENTATION**
    INVESTIGATION; and UNITED             )        **STATEMENT**
24  STATES DEPARTMENT OF                  )
    JUSTICE,                              )
25                                        )
            Defendants.                   )
26
27
28

1      Plaintiffs are represented by the following attorneys in this district court

2  case:

3      Ahilan T. Arulanantham
    Email: aarulanantham@aclu-sc.org
4      ACLU Foundation of Southern California
    1313 West Eighth Street
5      Los Angeles, CA 90017
    Telephone: 213-977-5236
6      Fax: 213–977-5297

7      Jennie Pasquarella, *Pro Hac Vice*
    Email: jpasquarella@aclu-sc.org
8      ACLU Foundation of Southern California
    1313 West Eighth Street
9      Los Angeles, CA 90017
    Telephone: (213) 977-9500
10     Facsimile: (213) 977-5297

11     Hector O. Villagra
    Email: hvillagra@aclu-sc.org
12     ACLU Foundation of Southern California
    1313 West Eighth Street
13     Los Angeles, CA 90017
    Telephone: 213-977-9500
14     Fax: 213-977-5297

15 The undersigned counsel represented defendants Federal Bureau of Investigation

16 and United States Department of Justice in the district court case.  On appeal,

17 defendants are represented by the following:

18     Catherine Y. Hancock
    Email: catherine.hancock@usdoj.gov
19     Telephone: (202)514-3469
    Douglas N. Letter
20     Email: douglas.letter@usdoj.gov
    Telephone: (202) 514-3602
21     Leonard Schaitman
    Email: leonard.schaitman@usdoj.gov
22     Telephone: (202) 514-3441
    Appellate Staff
23     Civil Division, Room 7236
    950 Pennsylvania Ave., N.W.
24     Washington, D.C. 20530-0001

25                   Respectfully Submitted,

26                   TONY WEST
                  Assistant Attorney General

27

28                   2

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director
DC Bar No. 297713


s/ Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue N.W.
Room 7114
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendants