FILED

DEC 17 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; et al., Plaintiffs - Appellees, v. FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE, Defendants - Appellants. | No. 12-55305 D.C. No. 8:07-cv-01088-CJC-AN Central District of California, Santa Ana ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

12/17/2012

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: GOODWIN and M. SMITH, Circuit Judges.

Appellants' September 27, 2012, motion for leave to file ex parte and under seal the opening brief, the excerpts of record, and the classified excerpts of record is referred to the panel assigned to decide the merits of this appeal.

The court shall maintain the opening brief and excerpts of record ex parte and under seal pending disposition of appellants' motion for leave to file ex parte and under seal.

Principal briefing is completed. The optional reply brief remains due December 31, 2012.

RJ/MOATT