FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 25 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; RAFE HUSAIN,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendants - Appellants. | No. 12-55305<br><br>D.C. No. 8:07-cv-01088-CJC-AN<br>U.S. District Court for Central California, Santa Ana<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
3/25/13
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MAT_____ DEPUTY

Before: SCHROEDER, TALLMAN and M. SMITH, Circuit Judges.

  Defendants-Appellants Federal Bureau of Investigation and the United States Department of Justice's motion for leave to file ex parte and under seal Appellants' brief, excerpts of record and classified excerpts of record is

GRANTED. Appellants' opening brief and excerpts of record received on September 27, 2012 are directed to be filed.