**FILED**

**MAR 26 2013**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; RAFE HUSAIN, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants - Appellants. | No. 12-55305 <br><br> D.C. No. 8:07-cv-01088-CJC-AN U.S. District Court for Central California, Santa Ana <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

3/26/13

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MAT\_\_\_\_ DEPUTY

Before: SCHROEDER, TALLMAN and M. SMITH, Circuit Judges.

Oral argument will take place during the week of June 24, 2013, in Seattle, Washington. The date and time will be determined by separate order.