**FILED**

MAY 17 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; RAFE HUSAIN,<br><br>            Plaintiffs - Appellees,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE,<br><br>            Defendants - Appellants. | No. 12-55305<br><br>D.C. No. 8:07-cv-01088-CJC-AN<br>U.S. District Court for Central California, Santa Ana<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

5/17/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: SCHROEDER, TALLMAN and M. SMITH, Circuit Judges.

Oral argument will be held on Wednesday, June 26, 2013, at 3:00 p.m., at the William K. Nakamura United States Courthouse, 1010 Fifth Avenue, Seattle, Washington 98104, in the Fifth Floor Courtroom.  Each side will be allotted twenty (20) minutes to present its arguments.