**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 08 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; RAFE HUSAIN, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants - Appellants. | No. 12-55305 <br><br> D.C. No. 8:07-cv-01088-CJC-AN Central District of California, Santa Ana <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

10/8/13

CENTRAL DISTRICT OF CALIFORNIA
BY: CR DEPUTY

Before: SCHROEDER, TALLMAN, and M. SMITH, Circuit Judges.

Defendants-Appellants are directed to file a response to the Petition for Rehearing En Banc filed with this court on September 17, 2013. The response shall not exceed fifteen pages or 4200 words, and shall be filed within 21 days of the date of this order.