FILED

OCT 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ISLAMIC SHURA COUNCIL OF SOUTHERN CALIFORNIA; COUNCIL ON AMERICAN ISLAMIC RELATIONS - CALIFORNIA; ISLAMIC CENTER OF SAN GABRIEL VALLEY; ISLAMIC CENTER OF HAWTHORNE; WEST COAST ISLAMIC CENTER; HUMAN ASSISTANCE AND DEVELOPMENT INTERNATIONAL, INC.; MUZAMMIL SIDDIQI; SHAKEEL SYED; HUSSAM AYLOUSH; MOHAMMED ABDUL ALEEM; RAFE HUSAIN, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendants - Appellants. | No. 12-55305 <br><br> D.C. No. 8:07-cv-01088-CJC-AN Central District of California, Santa Ana <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

10/22/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: SCHROEDER, TALLMAN, and M. SMITH, Circuit Judges.

Defendants-Appellants' unopposed motion for an extension of time to file a response to Plaintiffs-Appellees' Petition for Rehearing En Banc is GRANTED. Any response must be filed by November 12, 2013.